UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:22-cv-10019

Jane Doe 1, Individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

JP Morgan Chase & Co.,

      Defendant.

_____/

## NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Plaintiff Jane Doe 1, Individually and on behalf of all others similarly situated, hereby moves this Court for an order granting Plaintiff's leave to proceed anonymously.

Dated:  November 24, 2022

      Respectfully Submitted,
EDWARDS POTTINGER, LLC

By: */s/ Bradley Edwards*
     Bradley J. Edwards
     425 N. Andrews Ave., Suite 2
     Fort Lauderdale, FL 33301
     (954)-524-2820
     Fax: (954)-524-2822
     Email: brad@epllc.com

     EDWARDS POTTINGER

Brittany N. Henderson
1501 Broadway
Floor 12
New York, NY
(954)-524-2820
Fax : (954)-524-2820
Email : brittany@epllc.com

David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: dboies@bsfllp.com

Sigrid McCawley
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: smccawley@bsfllp.com