UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:22-cv-10019

Jane Doe 1, Individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

JP Morgan Chase & Co.,

    Defendant.
_____/

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Upon the motion of Plaintiff, Jane Doe 1, Individually and on behalf of all others similarly situated, for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

ORDERED that Plaintiff's Ex Parte Motion for Leave to Proceed Anonymously be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022.