UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:22-cv-10019-JSR

Jane Doe 1, Individually and on
behalf of all others similarly situated,
        Plaintiff,

vs.

JP Morgan Chase & Co.,
        Defendants.
_____/

## **APPEARANCE OF COUNSEL**

TO:   The clerk of court and all parties of record

PLEAE TAKE NOTICE that the undersigned attorney, Brittany N. Henderson, who is a member of good standing of the bar of this Court, hereby appears as counsel for Plaintiff, Jane Doe 1, Individually and on behalf of all others similarly situated.

Dated:  November 30, 2022

                EDWARDS POTTINGER, LLC

                By:   */s/ Brittany N. Henderson*
                      Brittany N. Henderson
                      SDNY Bar No. 5910658
                      425 N. Andrews Ave., Suite 2
                      Fort Lauderdale, FL 33301
                      Telephone: (954)524-2820
                      Fax: (954)524-2822
                      Email: brittany@epllc.com;
                          ecf@epllc.com

                *Attorney for Plaintiff(s)*