UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of all others similarly situated,

                Plaintiffs,

v.

JP MORGAN CHASE & CO.,

                Defendant.
_____/

Case No.: 1:22-cv-10019 (JSR)

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Sigrid S. McCawley, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bars of the State of Florida and the District of Columbia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: December 1, 2022

Respectfully Submitted,

/s/ Sigrid S. McCawley
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: smccawley@bsfllp.com

*Counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated*