UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>Defendant. | Case No. 1:22-cv-10019 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated in the above-captioned proceeding.

Dated: New York, New York
December 2, 2022

BOIES SCHILLER FLEXNER LLP

By:   /s/ *David Boies*
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 749-8300
dboies@bsfllp.com

*Attorney for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated*