IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for JPMorgan Chase & Co. I certify that I am admitted to practice in this court.

Dated:  New York, New York
        December 2, 2022

                                                Respectfully submitted,

                                                *s/ Boyd Johnson*
                                                Boyd Johnson
                                                WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY  10007
                                                Tel: (212) 295-6490
                                                boyd.johnson@wilmerhale.com

                                                *Attorney for JPMorgan Chase & Co.*