**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No. 22-cv-10019-JSR |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT JPMORGAN CHASE & CO.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant JPMorgan Chase & Co. certifies the following:

JPMorgan Chase & Co. is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, the Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage, or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated:  December 2, 2022

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

s/ Robert L. Boone
Robert L. Boone
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel.: (212) 295-6314
Robert.Boone@wilmerhale.com

*Attorney for JPMorgan Chase & Co.*