IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON ORAL MOTION |

Upon the oral motion of Felicia Ellsworth for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Massachusetts, and that her contact information is as follows:

Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6687
Felicia.Ellsworth@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase & Co. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated: __12/5__, 2022
      New York, NY

_____
The Honorable Jed S. Rakoff
United States District Judge