UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of
all others similarly situated,

                Plaintiff,

v.

JP MORGAN CHASE & CO.,

                Defendant.
_____/

Case No.: 1:22-cv-10019 (JSR)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sigrid S. McCawley for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Florida and the District of Columbia; and that her contact information is as follows:

Applicant's Name:   Sigrid S. McCawley

Firm Name:   Boies Schiller Flexner LLP

Address:   401 E. Las Olas Boulevard, Suite 1200

City/State/Zip:   Fort Lauderdale, FL 33301

Telephone/Fax:   Tel: (954) 356-0011 / Fax: (954) 356-0022

Email: smccawley@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/6/22

*Jed S. Rakoff*
United States District Judge