WILMERHALE

December 12, 2022

**Felicia Ellsworth**

+1 617 526 6687 (t)
+1 617 526 5000 (f)
felicia.ellsworth@wilmerhale.com

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**By ECF**

Re: *Jane Doe 1 v. JPMorgan Chase & Co.*, 22-cv-10019 (JSR); Certificate of Good Standing for Felicia Ellsworth for Oral Motion for Admission Pro Hac Vice

Judge Rakoff:

Attached hereto is an affidavit and copy of the Certificate of Good Standing issued by the Massachusetts Supreme Judicial Court for Felicia Ellsworth with respect to the Oral Motion for Admission Pro Hac Vice made at the initial pre-trial conference on December 5, 2022, granted in the Order at ECF No. 15 in the above-captioned case.

Respectfully Submitted,

/s/ Felicia Ellsworth

Felicia Ellsworth

*Attorney for Defendant*
*JPMorgan Chase & Co.*