WILMERHALE

December 12, 2022

Hillary Chutter-Ames *

+1 212 230 8848 (t)
+1 212 230 8888 (f)
hillary.chutter-ames@wilmerhale.com

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**By ECF**

Re:   *Jane Doe 1 v. JPMorgan Chase & Co.*, 22-cv-10019 (JSR); Certificate of Good Standing for Hillary Chutter-Ames for Oral Motion for Admission Pro Hac Vice

Judge Rakoff:

Attached hereto is an affidavit and copy of the Certificate of Good Standing issued by the Illinois Supreme Court for Hillary Chutter-Ames with respect to the Oral Motion for Admission Pro Hac Vice made at the initial pre-trial conference on December 5, 2022, granted in the Order at ECF No. 17 in the above-captioned case.

Respectfully Submitted,

/s/ Hillary Chutter-Ames

Hillary Chutter-Ames

*Attorney for Defendant*
*JPMorgan Chase & Co.*

---

\* Not admitted in NY.  Admitted only in IL. Practice supervised by members of the firm who are members of the NY bar.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington