IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>**DECLARATION OF HILLARY CHUTTER-AMES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Hillary Chutter-Ames, declare under penalty of perjury that the following is true and correct:

1. I am an Associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of Illinois. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  December 12, 2022

Respectfully submitted,

s/ Hillary Chutter-Ames
Hillary Chutter-Ames
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8848
Hillary.Chutter-Ames@wilmerhale.com

*Attorney for Defendant JPMorgan Chase & Co.*