UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe 1, Individually and on
behalf of all others similarly situated,

       Plaintiff,                               CASE NO.:   1:22-cv-10019 (JSR)

vs.

JP Morgan Chase & Co.,
       Defendant.
_____/

**STIPULATION AND [PROPOSED ORDER] ON SUBSTITUTION OF PARTY**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Jane Doe 1, individually and on behalf of all others similarly situated, and Defendant JP Morgan Chase & Co., by and through their undersigned attorneys, as follows:

1.     The party **JP Morgan Chase & Co.** is hereby substituted with **JPMorgan Chase Bank, N.A.**

2.     Counsel for JP Morgan Chase & Co. agrees to accept service on behalf of JPMorgan Chase Bank, N.A.

Dated: December 16, 2022.

By: */s/Bradley J. Edwards*                      By: */s/ Boyd Milo Johnson III*
Bradley J. Edwards                                     Boyd Milo Johnson III
Edwards Pottinger, LLP                         Hillary Chutter-Ames
425 North Andrews Avenue, Suite 2       Wilmer Cutler Pickering Hale and Dorr LLP
Fort Lauderdale, FL 33301                   7 World Trade Center
Telephone: (954) 524-2820                  250 Greenwich Street
Facsimile: (954) 524-2822                   New York, NY 10007
brad@epllc.com                                         Telephone: (212) 230-8800
                                                          boyd.johnson@wilmerhale.com
                                                          hillary.chutter-ames@wilmerhale.com

1

| | |
|---|---|
| Brittany N. Henderson<br>Edwards Pottinger, LLP<br>1501 Broadway<br>Floor 12<br>New York, NY 10036<br>Telephone: (954) 524-2820<br>Facsimile: (954) 524-2820<br>brittany@epllc.com | Felicia H. Ellsworth<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6687<br>Facsimile: (617) 526-5000<br>Felicia.Ellsworth@wilmerhale.com |
| David Boies<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>dboies@bsfllp.com | *Attorneys for Defendant* |

Sigrid McCawley
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
smmcawley@bsfllp.com

*Attorneys for Plaintiff*

      **SO ORDERED.**

DATED:  December 16, 2022
              New York, New York

                                                                    HON JED S. RAKOFF, U.S.D.J.