IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                    Defendants. | Case No. 22-cv-10018 (JSR) |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>                    Defendant. | Case No. 22-cv-10019 (JSR) |

**JPMORGAN CHASE & CO.'S NOTICE OF MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase & Co. (JPMC) hereby respectfully requests that the Court dismiss all claims in the Complaint for failure to state a claim for relief.[1]  The reasons in support of JPMC's Motion are

---

[1] Pending before the Court at ECF No. 29 is a Proposed Stipulation and Order to substitute the party JPMorgan Chase & Co. with JPMorgan Chase Bank, N.A.

set forth in in the attached Memorandum of Law.  Plaintiff's memorandum in opposition is due by January 13, 2023, and Defendant's reply memorandum is due by January 20, 2023.

Dated: December 30, 2022

Respectfully submitted,

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

*Attorneys for JPMorgan Chase & Co.*