UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe 1, Individually and on
behalf of all others similarly situated,

        Plaintiff,              CASE NO.:   1:22-cv-10019 (JSR)

vs.

JP Morgan Chase & Co.,
        Defendant.
_____/

**STIPULATION AND [PROPOSED ORDER] ON SUBSTITUTION OF PARTY**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Jane Doe 1, individually and on behalf of all others similarly situated, and Defendant JP Morgan Chase & Co., by and through their undersigned attorneys, as follows:

1. The party **JP Morgan Chase & Co.** is hereby substituted with **JPMorgan Chase Bank, N.A.**

2. Counsel for JP Morgan Chase & Co. agrees to accept service on behalf of JPMorgan Chase Bank, N.A.

Dated: December 16, 2022.

By: /s/Bradley J. Edwards
Bradley J. Edwards
Edwards Pottinger, LLP
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822
brad@epllc.com

By: /s/ Boyd Milo Johnson III
Boyd Milo Johnson III
Hillary Chutter-Ames
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
boyd.johnson@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

1

Brittany N. Henderson
Edwards Pottinger, LLP
1501 Broadway
Floor 12
New York, NY 10036
Telephone: (954) 524-2820
Facsimile: (954) 524-2820
brittany@epllc.com

David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
dboies@bsfllp.com

Sigrid McCawley
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
smmcawley@bsfllp.com

*Attorneys for Plaintiff*

Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6687
Facsimile: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

*Attorneys for Defendant*

**SO ORDERED.**

DATED:  December 16, 2022
    New York, New York

_____
HON. JED S. RAKOFF, U.S.D.J.
1-11-23

2