IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>**DECLARATION OF RACHEL S. MORSE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Rachel S. Morse, declare under penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Massey & Gail LLP. I am eligible to practice and a member of good standing in the state of Illinois. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore Rachel S. Morse respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

1

| | |
|---|---|
| Dated:  February 3, 2023 | Respectfully submitted,<br><br>*/s/ Rachel S. Morse*<br>Rachel S. Morse<br>MASSEY & GAIL LLP<br>50 East Washington Street, Suite 400<br>Chicago, IL 60602<br>Tel.: (312) 283-1590<br>rmorse@masseygail.com<br><br>*Attorney for Defendant JPMorgan Chase Bank, N.A.* |