**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                Defendant. | Case No. 22-cv-10019-JSR<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Rachel S. Morse for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

      Massey & Gail LLP
      50 East Washington Street, Suite 400
      Chicago, IL 60602
      Tel.: (312) 283-1590
      rmorse@masseygail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

1

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 6 , 2023
         New York, NY

_____
The Honorable Jed S. Rakoff
United States District Judge