**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated, | Case No. 22-cv-10019-JSR |
| Plaintiffs, | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Caitlin A. Kovacs, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

I am in good standing with the bar of Illinois and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 6, 2023

Respectfully submitted,

*/s/ Caitlin A. Kovacs*
Caitlin A. Kovacs
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel.: (312) 283-1590
ckovacs@masseygail.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*