IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>             Defendants. | Case No. 22-cv-10018 (JSR) |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>             Defendant. | Case No. 22-cv-10019 (JSR) |

**JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO DISMISS**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., hereby respectfully requests that the Court dismiss all claims in the First Amended Complaint. The reasons in support of Defendant's Motion are set forth in in the attached Memorandum of Law. Pursuant to this Court's January 12, 2023 minute order, this "motion[] to dismiss the amended complaint" is submitted "no later than 2/7/2023." Pursuant to

the same minute order, Plaintiff's memorandum in opposition is due by February 21, 2023, and Defendant's reply memorandum is due by February 28, 2023.  *Id.*

| | |
|---|---|
| Dated: February 7, 2023 | Respectfully submitted,<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>/s/ Felicia H. Ellsworth<br>Felicia H. Ellsworth<br>60 State Street<br>Boston, MA 02109<br>(t) (617) 526-6000<br>(f) (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br><br>Boyd M. Johnson III<br>Robert L. Boone<br>Hillary Chutter-Ames<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(t) (212) 230-8800<br>(f) (212) 230-8888<br>boyd.johnson@wilmerhale.com<br>robert.boone@wilmerhale.com<br>hillary.chutter-ames@wilmerhale.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A.* |