UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>Deutsche Bank Akteingesellschaft, et. al.,<br><br>    Defendants. | Case No. 1:22-CV-10018 (JSR) |
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>    Defendant. | Case No. 1:22-CV-10019 (JSR) |

**PLAINTIFF JANE DOE 1'S NOTICE OF MOTION TO COMPEL DEFENDANT JPMORGAN CHASE BANK, N.A. TO PRODUCE DOCUMENTS IN CLASS PERIOD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff Jane Doe 1 hereby moves for an order pursuant to Federal Rule of Civil Procedure 37 compelling Defendant JPMorgan Chase Bank, N.A. ("JPMC") to produce responsive documents for the same Class Period alleged in her First Amended Complaint. Doe's motion and supporting Memorandum of Law are submitted before 5:00 PM today as ordered by the Court, JPMC's opposition is due by 5:00 PM on February 28, 2023, and there will be no reply and no oral argument. *Id.*

2

Dated: February 23, 2023

Respectfully Submitted,

*/s/ David Boies*

David Boies
Andrew Villacastin
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com

Sigrid McCawley
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

Bradley J. Edwards
Edwards Pottinger LLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954)-524-2822
Email: brad@epllc.com

Brittany N. Henderson
Edwards Pottinger LLC
1501 Broadway
Floor 12
New York, NY
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@epllc.com

*Counsel for Plaintiff Jane Doe 1*

2