# EXHIBIT 1

| | |
|---|---|
| **From:** | Conery, Ben |
| **To:** | Daniel Crispino; smccawley@bsfllp.com; Andrew Villacastin; Sabina Mariella; Olivia McKenzie; Joshua Arnold; brad@epllc.com; brittany@epllc.com; maria@epllc.com; Diane Cuddihy; PG Cassell |
| **Cc:** | WH JPMC Doe SDNY; Lenny Gail |
| **Subject:** | JPMC Search Terms and Custodians |
| **Date:** | Friday, February 3, 2023 8:11:45 PM |
| **Attachments:** | 2023.02.03 - Search Terms.xlsx |

All,

As discussed, our proposed search terms are attached and custodians are listed below. Our date range is 2000-2013.

- Jes Staley
- Mary Erdoes
- William Langford
    - Langford served as the Senior Vice President and Director of Global Anti-Money Laundering from 2006 to 2010, as Global Head of Compliance from January 2011 to September 2011, as Head of the Enterprise Financial Crimes Compliance group from October 2011 to September 2011, and as the General Counsel for Global Compliance and Regulatory Management from October 2012 to December 2012.
- Justin Nelson
    - Nelson is a private banker.
- Philip DeLuca
    - Deluca was a Compliance Director who ran the Bank's AML investigations group within Compliance from 2005-13.
- Catherine Keating
    - Keating was the CEO of the Private Bank from 2005 to July 2011.
- Maryanne Ryan
    - Ryan served as an Executive Director and AML Compliance Manager from February 2008 to September 2014 for the AML investigations group within Compliance.
- Mary Casey
    - Casey is a private banker.
- Jim Dalessio
    - Dalessio is the Executive Director of Private Bank Risk Management.
- Paul Morris
    - Morris was a private banker.
- Thomas McGraw
    - McGraw is a private banker.
- Kyle Siebert
    - Siebert was a Vice President, Asset & Wealth Management.

Best,

Ben

**Benjamin Conery | WilmerHale**

60 State Street
Boston, MA 02109 USA
+1 617 526 6797 (t)
+1 617 526 5000 (f)
[ben.conery@wilmerhale.com](mailto:ben.conery@wilmerhale.com)
Pronouns: he/him/his

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.