# EXHIBIT 2

| | |
|---|---|
| **From:** | Aguiniga, Sara |
| **To:** | Marvin, Cynthia; Johnson, Boyd; Boone, Robert; Chutter-Ames, Hillary; Schoenfeld, Alan E; Ellsworth, Felicia H; Butts, John; Machen, Ronald C.; WHJPMCService |
| **Cc:** | lsinger@motleyrice.com; dackerman@motleyrice.com; pboggs@motleyrice.com; bnarwold@motleyrice.com; Karafian, Nicole; brad@epllc.com; Hartnett, Brittney |
| **Subject:** | USVI v. JPMorgan Chase Bank, NA; 1:22-cv-10904-JSR |
| **Date:** | Monday, February 6, 2023 5:44:49 PM |
| **Attachments:** | JPMC_2023.02.6 Proposed Custodian for JPMC.pdf |

**EXTERNAL SENDER**

Counsel,

On behalf of the United States Virgin Islands, and with consent of Victims' Counsel, please see the attached.

Best,

Sara

**Sara Aguiniga** | Associate | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
o. 202.386.9628  | f. 202.386.9622 | saguiniga@motleyrice.com

*Please note that our Suite number has changed. We are now located on the 6th floor of the same building.*



**Sara Aguiniga**  Associate

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9628 **c.** 202.590.0832
saguiniga@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.