IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>　　　　　　Defendants. | Case No. 22-cv-10018 (JSR) |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>　　　　　　Defendants. | Case No. 22-cv-10019 (JSR) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-party Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program, in Case No. 22-cv-10019 (JSR):

> Patrick J. Smith
> Smith Villazor LLP
> 250 West 55th Street, 30th Floor
> New York, NY 10019
> Telephone: (212) 582-4400
> Facsimile: (347) 338-2532
> Email: patrick.smith@smithvillazor.com

Dated: New York, New York
       March 8, 2023                                   Respectfully submitted,

                                                             By: *s/ Patrick J. Smith*
                                                                    Patrick J. Smith
                                                                    SMITH VILLAZOR LLP
                                                                    250 West 55th Street, 30th Floor
                                                                    New York, NY 10019
                                                                    (212) 582-4400
                                                                    patrick.smith@smithvillazor.com

                                                                    *Attorney for Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program*