IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>     Defendants. | Case No. 22-cv-10018 (JSR) |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>     Defendants. | Case No. 22-cv-10019 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-party Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program, in Case No. 22-cv-10019 (JSR):

    Brian T. Burns
    Smith Villazor LLP
    250 West 55th Street, 30th Floor
    New York, NY 10019
    Telephone:  (212) 582-4400
    Facsimile:  (347) 338-2532
    Email:  brian.burns@smithvillazor.com

Dated: New York, New York
       March 8, 2023                             Respectfully submitted,


                                         By: *s/ Brian T. Burns*
                                             Brian T. Burns
                                             SMITH VILLAZOR LLP
                                             250 West 55th Street, 30th Floor
                                             New York, NY 10019
                                             (212) 582-4400
                                             brian.burns@smithvillazor.com

                                             *Attorney for Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program*