UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:22-cv-10019 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sabina Mariella, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated in the above-captioned proceeding.

Dated: New York, New York
       March 20, 2023

BOIES SCHILLER FLEXNER LLP

By:   */s/ Sabina Mariella*
      Sabina Mariella
      55 Hudson Yards
      New York, NY
      Telephone: (212) 446-2300
      Fax: (212) 446-2350
      smariella@bsfllp.com

      *Attorney for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated*