UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>      Defendants. | 22-cv-10018 (JSR) |
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>      Defendant. | 22-cv-10019 (JSR) |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>      Defendant. | 22-cv-10904 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On February 1, 2023, and February 7, 2023, defendants filed motions to dismiss the operative complaints in the above-captioned cases. Upon consideration of all parties' written submissions and oral argument, the Court hereby grants those motions in part and denies those motions in part, as specified below.

With respect to <u>Jane Doe v. Deutsche Bank Aktiengesellschaft et al.</u>, 22-cv-10018, the Court hereby grants defendants' motion to dismiss with respect to Counts II, III, IV, V, VII, VIII, IX, and X of the First Amended Complaint. The Court hereby denies defendants' motion with respect to Counts I, VI, XI, and XII of the First Amended Complaint. Thus, for clarity, the following claims asserted by plaintiff Jane Doe against defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas remain as part of the case: (1) the claim that defendants knowingly benefited from participating in a sex-trafficking venture, in violation of 18 U.S.C. § 1591(a)(2); (2) the claim that defendants obstructed enforcement of the Trafficking Victims Protection Act, in violation of 18 U.S.C. § 1591(d); (3) the claim that defendants negligently failed to exercise reasonable care to prevent physical harm; and (4) the claim that defendants negligently failed to exercise reasonable care as a banking institution providing non-routine banking. All other claims are dismissed.

With respect to <u>Jane Doe v. JP Morgan Chase Bank, N.A.</u>, 22-cv-10019, the Court hereby grants defendant's motion to dismiss with

respect to Counts I, II, VI, VII, VIII, and IX of the First Amended Complaint. The Court hereby denies defendant's motion with respect to Counts III, IV, V, and X of the First Amended Complaint. Thus, for clarity, the following claims asserted by plaintiff Jane Doe against defendant J.P. Morgan Chase Bank, N.A. remain as part of the case: (1) the claim that defendant negligently failed to exercise reasonable care to prevent physical harm; (2) the claim that defendant negligently failed to exercise reasonable care as a banking institution providing non-routine banking; (3) the claim that defendant knowingly benefited from participating in a sex-trafficking venture, in violation of 18 U.S.C. § 1591(a)(2); and (4) the claim that defendant obstructed enforcement of the Trafficking Victims Protection Act, in violation of 18 U.S.C. § 1591(d). All other claims are dismissed.

With respect to <u>Government of the United States Virgin Islands v. JP Morgan Chase Bank, N.A.</u>, 22-cv-10904, the Court hereby grants defendant's motion to dismiss with respect to Counts II, III, and IV of the First Amended Complaint. The Court hereby denies defendant's motion with respect to Count I of the First Amended Complaint. Thus, for clarity, the claim of plaintiff the Government of the United States Virgin Islands that defendant JP Morgan Chase Bank, N.A. knowingly benefited from participating in a sex-trafficking venture, in violation of 18 U.S.C. § 1591(a)(2), remains as part of the case. All other claims are dismissed.

An opinion explaining the reasons for these rulings will follow in due course.

The Clerk is respectfully directed to close entry numbers 37 and 43 on the docket of 22-cv-10018; numbers 31 and 44 on the docket of 22-cv-10019; and number 38 on the docket of 22-cv-10904.

SO ORDERED.

New York, NY  
March 20, 2022

JED S. RAKOFF, U.S.D.J.