IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. 22-cv-10019 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-parties the Epstein Victims' Compensation Program ("EVCP") and Jordana H. Feldman, the Independent Administrator of EVCP, in the above-captioned action and certifies that he is admitted to practice in this court.

        Andrew H. Schapiro
        Quinn Emanuel Urquhart & Sullivan, LLP
        51 Madison Avenue, 22nd floor
        New York, NY 10010
        (212) 849-7000 (telephone)
        (212) 849-7100 (facsimile)
        Email: andrewschapiro@quinnemanuel.com

Dated: March 23, 2023　　　　　　　　　　Respectfully submitted,

        */s/ Andrew H. Schapiro*
        Andrew H. Schapiro
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        51 Madison Avenue, 22nd floor
        New York, NY 10010
        (212) 849-7000 (telephone)
        (212) 849-7100 (facsimile)
        Email: andrewschapiro@quinnemanuel.com

        *Counsel for Non-Parties Epstein Victims'*
        *Compensation Program and Jordana H.*
        *Feldman*