UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Deutsche Bank Akteingesellschaft, et. al.,<br><br>　　Defendants. | Case No. 1:22-CV-10018 (JSR) |
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　　Defendant. | Case No. 1:22-CV-10019 (JSR) |

**PLAINTIFF JANE DOE 1'S NOTICE OF MOTION TO COMPEL DEFENDANT JPMORGAN CHASE BANK, N.A. TO PRODUCE DOCUMENTS IN CLASS PERIOD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff Jane Doe 1 hereby moves for an order pursuant to Federal Rule of Civil Procedure 37 compelling Defendant JPMorgan Chase Bank, N.A. ("JPMC") to produce responsive documents for the same Class Period alleged in her First Amended Complaint. Doe's motion and supporting Memorandum of Law are submitted before 5:00 PM today as ordered by the Court, JPMC's opposition is due by 5:00 PM on February 28, 2023, and there will be no reply ~~and~~ but no oral argument ~~Id.~~ was held on 3/16/23.

SO ORDERED

[signature]
USDJ
3-24-23

| | |
|---|---|
| Dated: February 23, 2023 | Respectfully Submitted,<br><br>/s/ David Boies<br><br>David Boies<br>Andrew Villacastin<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY<br>Telephone: (212) 446-2300<br>Fax: (212) 446-2350<br>Email: dboies@bsfllp.com<br>Email: avillacastin@bsfllp.com<br><br>Sigrid McCawley<br>*Pro Hac Vice*<br>Boies Schiller Flexner LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 356-0011<br>Fax: (954) 356-0022<br>Email: smccawley@bsfllp.com<br><br>Bradley J. Edwards<br>Edwards Pottinger LLC<br>425 N. Andrews Ave., Suite 2<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 524-2820<br>Fax: (954)-524-2822<br>Email: brad@epllc.com<br><br>Brittany N. Henderson<br>Edwards Pottinger LLC<br>1501 Broadway<br>Floor 12<br>New York, NY<br>Telephone: (954) 524-2820<br>Fax: (954) 524-2820<br>Email: brittany@epllc.com<br><br>*Counsel for Plaintiff Jane Doe 1* |