UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant /<br>    Third-Party Plaintiff | Case No. 22-cv-10019-JSR<br><br>**AFFIDAVIT OF<br>BRENDAN V. SULLIVAN, Jr.<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | |

## DECLARATION OF BRENDAN V. SULLIVAN, Jr.

I, Brendan V. Sullivan, Jr., do declare as follows:

1. I am a partner at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bars of Rhode Island and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2023

_Brendan V. Sullivan, Jr._
Brendan V. Sullivan, Jr.

Subscribed and sworn to before me

This 28ᵗʰ day of March 2023

_Inez Y. Nocho_
Notary Public

My Commission Expires

INEZ Y. NOCHO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2023