

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Brendan V Sullivan Jr.*

was duly qualified and admitted on January 26, 1970 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 10, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# Supreme Court of Rhode Island
## Providence

*This Certifies that*

## Brendan V. Sullivan, Jr.
*of Washington, DC*

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 21st day of November, 1967 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 14th day of March, 2023.

*Debra A. Saunders*
Clerk

