# EXHIBIT A

| | |
|---|---|
| **From:** | Chutter-Ames, Hillary |
| **To:** | Adam Kern |
| **Cc:** | Ellsworth, Felicia H; carol.jacobs@doj.vi.gov; dackerman@motleyrice.com; lsinger@motleyrice.com; Johnson, Boyd; Butts, John; smccawley@bsfllp.com; maria@epllc.com; andrew.todres@ropesgray.com; brad@epllc.com; david.hennes@ropesgray.com; james.dowden@ropesgray.com; lisa.bebchick@ropesgray.com; michael.ardeljan@ropesgray.com; dboies@bsfllp.com; brittany@epllc.com; avillacastin@bsfllp.com |
| **Subject:** | Doe v. Deutsche Bank; Doe v. JP Morgan; USVI v. JP Morgan; JP Morgan v. Staley: Proposed Revised CMP |

Dear Mr. Kern:

I am writing on behalf of all parties in the JPMorgan Chase and Deutsche Bank matters in response to the Court's direction at last week's hearing that the parties discuss new Case Management Plan deadlines and report back to the Court.

The parties have conferred, but were not able to reach agreement. Their respective proposals are set forth below. The primary disputes reflected in these proposals include:

- Whether to have a temporary standstill on depositions, and if so, how long?
- How long to extend the current fact discovery deadline of April 24?
- When class certification rebuttal expert reports and briefs should be due?
- Defendants' deadlines for responding to the operative complaints

The parties would like to address their views with you and will call at 1:30 p.m. today or any other time you prefer.

Sincerely,
Hillary


| Event | Current Deadline | Plaintiffs' Proposal | JPMC and DB Proposal | Staley Proposal |
|---|---|---|---|---|
| Class Certification Expert Report | March 1, 2023 | March 1, 2023 | March 1, 2023 | N/A |
| Class Certification Rebuttal Expert Report(s) | March 16, 2023 | March 23, 2023 | April 13, 2023 | N/A |
| Class Certification Reply Expert Report(s), if any | March 27, 2023 | April 3, 2023 | April 24, 2023 | N/A |
| Deposition Standstill | | None | Until April 3, 2023 | Until May 31, 2023 |
| Staley Response to JPMC Complaint | | | April 10, 2023 | May 8, 2023 |
| Motion for Class Certification | March 31, 2023 | April 7, 2023 | April 28, 2023 | N/A |
| Requests to Admit | March 17, 2023 | April 7, 2023 | April 17, 2023 | June 30, 2023 |
| JPMC and DB Answers to FACs | April 3, 2023 | Affirmative defenses by April 3, 2023 | April 17, 2023 | N/A |
| Opposition Brief to Class Certification | April 21, 2023 | April 28, 2023 | May 19, 2023 | N/A |
| Fact Discovery closes | April 24, 2023 | May 1, 2023 | May 22, 2023 | July 31, 2023 |
| Proponent of a Claim Expert Reports | April 4, 2023 | May 9, 2023 | May 26, 2023 | August 7, 2023 |
| Reply Brief In Support of Class Certification | May 5, 2023 | May 12, 2023 | May 29, 2023 | N/A |
| Opponent of a Claim Expert Reports | April 18, 2023 | May 23, 2023 | June 9, 2023 | August 21, 2023 |

| | | | | |
|---|---|---|---|---|
| Complete Expert Depositions | April 24, 2023 | June 5, 2023 | June 16, 2023 | August 28, 2023 |
| Summary Judgment Motions | May 1, 2023 | June 9, 2023 | June 19, 2023 | September 8, 2023 |
| Summary Judgment Responses | May 22, 2023 | June 30, 2023 | July 10, 2023 | September 22, 2023 |
| Summary Judgment Replies | June 5, 2023 | July 14, 2023 | July 20, 2023 | September 29, 2023 |
| Pre-Trial Conference | June 12, 2023 | July 24, 2023 | 30 days before trial | October 6, 2023 |

**Hillary Chutter-Ames | WilmerHale**
she/her/hers
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8848 (t)
+1 212 230 8888 (f)
hillary.chutter-ames@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.