## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated, | Case No. 22-cv-10019-JSR |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

## STIPULATED AMENDMENT TO PROTECTIVE ORDER REGARDING "CSI-PROTECTED INFORMATION" BELONGING TO THE OFFICE OF THE COMPTROLLER OF THE CURRENCY

WHEREAS, all of the parties to this action (collectively, the "Parties" and each individually, a "Party") request that this Court issue an amended protective order pursuant to Federal Rule of Civil Procedure 26(c) to protect the confidentiality of confidential supervisory information, including non-public OCC information as defined in 12 C.F.R. § 4.32(b) ("CSI") in connection with discovery in this action;

WHEREAS, the Parties, through counsel, agree to the following terms;

WHEREAS, this Court issued a protective order on January 12, 2023 ("Protective Order") governing the pretrial phase of this action;

WHEREAS, certain discovery materials requested by Plaintiff constitute CSI-Protected Information as that term is defined in paragraph 2, subparagraph g of the Protective Order or CSI as defined above; and

WHEREAS, the Office of the Comptroller of the Currency ("OCC") has agreed, pursuant to 12 C.F.R. §§ 4.35, 4.36, 4.38 and its letter of March 23, 2023, to authorize the Bank to produce in discovery CSI-Protected Information, provided the Parties agree and stipulate to issuance of an amended protective order;

IT IS HEREBY STIPULATED among the Parties and ORDERED that the Protective Order is AMENDED as follows and that the Parties to this action, their respective officers, agents, servants, employees, attorneys, any other person in active concert or participation with any of the foregoing, and all other persons with actual notice of this Order will adhere to the following terms *in addition to* the terms of the Protective Order, upon pain of contempt:

1.  Designations: Any document produced in this action containing CSI-Protected Information belonging to the OCC shall be designated "CONFIDENTIAL" under the Protective Order.  The Parties agree that, in connection with this Amended Protective Order and notwithstanding paragraph 9 of the Protective Order, they shall not challenge a designation of information as "CONFIDENTIAL" and shall file under seal, and shall not oppose the filing under seal of, any information designated as "CONFIDENTIAL."

2.  Public Court Proceedings: The Parties shall take steps to avoid disclosing in public court proceedings any information designated as CONFIDENTIAL information of the OCC or any information that the Party knows constitutes CSI-Protected Information of the OCC and shall confer among themselves and with the Court as necessary to put in place procedures to protect the confidentiality of such information.

**SO STIPULATED AND AGREED.**

*/s/ Bradley Edwards*
Bradley J. Edwards
EDWARDS POTTINGER LLP
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

*/s/ John J. Butts*
John J. Butts (*pro hac vice*)
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP

Tel: (954) 524-2820
Fax: (954) 524-2822
brad@epllc.com

Brittany N. Henderson
EDWARDS POTTINGER LLP
1501 Broadway, Floor 12
New York, NY
Tel: (954) 524-2820
Fax: (954) 524-2822
brittany@epllc.com

David Boies
Andrew Villacastin
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY
Tel: (212) 446-2300
Fax: (212) 446-2350
dboies@bsfllp.com
avillacastin@bsfllp.com

Sigrid McCawley (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

*Counsel for Plaintiff Jane Doe 1*

Dated:  April 13, 2023

60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
john.butts@wilmerhale.com
felicia.ellsworth@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

Ronald C. Machen
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
ronald.machen@wilmerhale.com

*/s/ Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
Caitlin Kovacs (*pro hac vice*)
Bruce W. Doughty (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com
ckovacs@masseygail.com
bdoughty@masseygail.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

Dated:  April 13, 2023

*/s/ Brendan V. Sullivan Jr.*
Brendan V. Sullivan Jr. (*pro hac vice pending*)
Zachary K. Warren (*pro hac vice*)
Stephen L. Wohlgemuth (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5252
Fax: (202) 434-5029
bsullivan@wc.com
zwarren@wc.com
swohlgemuth@wc.com

*Counsel for Third-Party Defendant James Edward Staley*

Dated:  April 13, 2023

**SO ORDERED.**

JED S. RAKOFF, U.S.D.J.

Dated:  April ___ 2023

New York, New York