UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of all others similarly situated,

        Plaintiffs,

v.

JP MORGAN CHASE & CO.,

        Defendant.
_____/

Case No.: 1:22-cv-10019 (JSR)

**DECLARATION OF DANIEL CRISPINO IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Daniel Crispino, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 26, 2023

Respectfully Submitted,

/s/ Daniel Crispino
Daniel Crispino
Boies Schiller Flexner LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: dcrispino@bsfllp.com

*Counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated*