UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of
all others similarly situated,

      Plaintiff,

v.

JP MORGAN CHASE & CO.,

      Defendant.
_____/

Case No.: 1:22-cv-10019 (JSR)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Daniel Crispino for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

 Applicant's Name: Daniel Crispino

 Firm Name: Boies Schiller Flexner LLP

 Address: 401 E. Las Olas Boulevard, Suite 1200

 City/State/Zip: Fort Lauderdale, FL 33301

 Telephone/Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

 Email: dcrispino@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District Judge