**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>    Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes<br>with 1:22-cv-10018-JSR<br>and 1:22-cv-10904-JSR)** |

## DECLARATION OF PAUL G. CASSELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Paul G. Cassell, hereby declare as follows:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3.  There are no pending disciplinary proceedings against me in any state or federal court.

4.  I am a member in good standing of the bar of the State of Utah.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  April 28, 2023
        Salt Lake City, UT

Respectfully submitted,
*/s/  Paul G. Cassell*
Paul G. Cassell
*Pro Hac Vice*
*S.J. Quinney College of Law at the

University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: pgcassell.law@gmail.com

(*institutional address for identification
purposes, not to imply institutional
endorsement)
*Attorney for Non-Party Bradley J.
Edwards*

2