UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR) |

### PLAINTIFF JANE DOE 1'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that, pursuant to this Honorable Court's March 28, 2023, scheduling order (ECF No. 74), Lead Plaintiff Jane Doe 1 ("Lead Plaintiff" or "Jane Doe 1"), by and through her undersigned attorneys, hereby respectfully moves this Court for an Order: (1) certifying this action pursuant to Rule 23 as a class action; (2) appointing Jane Doe 1 as the Class Representative; (3) appointing Boies Schiller Flexner LLP and Edwards Pottinger LLC as Class Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is based upon the accompanying memorandum of law, accompanying declarations and exhibits, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

Dated: April 28, 2023

Respectfully Submitted,

 /s/ David Boies
David Boies
Andrew Villacastin
Sabina Mariella
Boies Schiller Flexner LLP

55 Hudson Yards
New York, New York
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: smariella@bsfllp.com

Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Pottinger LLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954)-524-2822
Email: brad@epllc.com

Brittany N. Henderson
Edwards Pottinger LLC
1501 Broadway
Floor 12
New York, NY
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@epllc.com

*Counsel for Jane Doe 1*