# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 20, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of ▓▓▓▓▓▓▓▓▓▓ pursuant to notice, taken by Plaintiff, at the offices of Podhurst Orseck, 25 West Flagler Street, Suite 800, Miami, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



```
                                                         Page 54
 1                         - CONFIDENTIAL
 2   BY MR. EDWARDS:
 3       Q.   When you got to his house, you were
 4   requested to give a massage?
 5            MR. PAGLIUCA:  Object to foundation and
 6       form.
 7            THE WITNESS:  I don't exactly remember.  I
 8       don't remember if I was asked in the kitchen.
 9       I don't remember if -- I don't remember.
10   BY MR. EDWARDS:
11       Q.   Massage was part of the game, though?
12            MR. PAGLIUCA:  Object to form and
13       foundation.
14            THE WITNESS:  I don't remember.  I'm
15       sorry.
16   BY MR. EDWARDS:
17       Q.   But even during this deposition today, we
18   have described at times you giving him a massage?
19       A.   Yes.  You're asking about my first
20   encounter, though.
21       Q.   Sorry, I'm just trying to sum up the whole
22   thing.
23       A.   Okay.
24       Q.   Was massage part of the lure to get you
25   specifically to his house?
```



```
                                                              Page 55
 1                    ████████████ - CONFIDENTIAL
 2        A.   Yes.
 3             MR. PAGLIUCA:  Object to form and
 4        foundation.
 5   BY MR. EDWARDS:
 6        Q.   And at the time, you are 15, 16 or 17
 7   years old?
 8             MR. PAGLIUCA:  Object to form and
 9        foundation.
10             THE WITNESS:  Yes.
11   BY MR. EDWARDS:
12        Q.   No massage experience?
13        A.   No.
14        Q.   You were told to bring other girls to his
15   house?
16             MR. PAGLIUCA:  Object to form and
17        foundation.
18             THE WITNESS:  After a while, yes.
19   BY MR. EDWARDS:
20        Q.   These massages were turned sexual by
21   Jeffrey, as opposed to by anyone else?
22        A.   Jeffrey took my clothes off without my
23   consent the first time I met him.
24        Q.   The massages were scheduled by people
25   working for Jeffrey?
```



Page 56
```
                                                              Page 56
 1                  ███████████  - CONFIDENTIAL
 2        A.   I don't recall.
 3             MR. PAGLIUCA:  Object to form and
 4        foundation.
 5   BY MR. EDWARDS:
 6        Q.   Jeffrey Epstein, during these massages,
 7   would use sex toys or have sex toys used?
 8             MR. PAGLIUCA:  Object to form and
 9        foundation.
10             THE WITNESS:  Well, at that point, it's no
11        longer a massage.  Something else is going on.
12        But, yes, he would take out adult toys and
13        different things.
14   BY MR. EDWARDS:
15        Q.   While you were a teenager, Jeffrey Epstein
16   asked you to live with him?
17        A.   Yes.  He wanted me to be emancipated.
18        Q.   Jeffrey Epstein encouraged girl-on-girl
19   sex?
20             MR. PAGLIUCA:  Object to form and
21        foundation.
22             THE WITNESS:  Yes.
23   BY MR. EDWARDS:
24        Q.   And after you cooperated with the police,
25   you were intimidated by people working for Jeffrey
```

```
                                                              Page 56
 1                  ███████████  - CONFIDENTIAL
 2        A.   I don't recall.
 3             MR. PAGLIUCA:  Object to form and
 4        foundation.
 5   BY MR. EDWARDS:
 6        Q.   Jeffrey Epstein, during these massages,
 7   would use sex toys or have sex toys used?
 8             MR. PAGLIUCA:  Object to form and
 9        foundation.
10             THE WITNESS:  Well, at that point, it's no
11        longer a massage.  Something else is going on.
12        But, yes, he would take out adult toys and
13        different things.
14   BY MR. EDWARDS:
15        Q.   While you were a teenager, Jeffrey Epstein
16   asked you to live with him?
17        A.   Yes.  He wanted me to be emancipated.
18        Q.   Jeffrey Epstein encouraged girl-on-girl
19   sex?
20             MR. PAGLIUCA:  Object to form and
21        foundation.
22             THE WITNESS:  Yes.
23   BY MR. EDWARDS:
24        Q.   And after you cooperated with the police,
25   you were intimidated by people working for Jeffrey
```



Page 57

1            ▮▮▮▮▮▮▮▮▮▮▮  - CONFIDENTIAL
2   Epstein?
3           MR. PAGLIUCA:  Object to form and
4       foundation.
5           THE WITNESS:  Yes.
6           MR. EDWARDS:  All right.  I don't have
7       anything further for you.  I apologize that we
8       even had to go through this, all right?
9           THE WITNESS:  Okay.
10                E X A M I N A T I O N
11  BY MR. PAGLIUCA:
12      Q.   Ms. ▮▮▮, by name is Jeff Pagluica.  I
13  live in Denver, Colorado.  And, like you, I don't
14  want to be here today either, okay?  I would rather
15  be in Denver.
16           I just want to -- as I understand it, and
17  I'm not trying to get into any of your treatment
18  over the last, let's say, 10 years, because I don't
19  know how long it's been, but as I understand what
20  you and your lawyer have said here today, you have
21  been involved in some number of years of therapy, in
22  which the purpose -- part of the purpose of the
23  therapy has been to forget all of these events that
24  Mr. Edwards was asking you questions about; is that
25  correct?



```
                                                              Page 71
 1                    ███████████  - CONFIDENTIAL
 2                       CERTIFICATE OF OATH
 3    STATE OF FLORIDA        )
 4    COUNTY OF MIAMI-DADE    )
 5
              I, the undersigned authority, certify that
 6    ███████████  personally appeared before    me and
      was duly sworn.
 7            WITNESS my hand and official seal    this
      23rd day of June, 2016.
 8
 9
                   Kelli Ann Willis, RPR, CRR
10                 Notary Public, State of Florida
                   Commission FF928291, Expires 2-16-20
11         + + + + + + + + + + + + + + + + + +
12                       CERTIFICATE
13    STATE   OF   FLORIDA  )
14    COUNTY OF MIAMI-DADE )
15            I, Kelli Ann Willis, Registered
      Professional Reporter and Certified Realtime
16    Reporter do hereby certify that    I was
      authorized to and did stenographically report the
17    foregoing deposition of ███████████  that a
      review of the transcript was not requested; and
18    that the transcript is     a true record of my
      stenographic notes.
19            I FURTHER CERTIFY that I am not a
      relative, employee, attorney, or counsel of    any
20    of the parties, nor am I a relative or employee of
      any of the parties' attorney or counsel connected
21    with the action, nor am I financially interested
      in the action.
22            Dated this 23rd day of June, 2016.
23
24                    KELLI ANN WILLIS, RPR, CRR
25
```

