# EXHIBIT 6

Case No. . . . : 1-05-000368                              (Continued)

removed their clothing down to their panties, Epstein lay on his
stomach area and they provided a massage on his legs and feet area.  I
asked ▆▆▆▆ if she had any formal massage training and she replied
no. ▆▆▆▆ advised she was topless and the panties she wore were the
boy shorts lace panties.  She and ▆▆▆▆ continued the massage until
the last ten minutes of the massage, Epstein, told ▆▆ to leave the
room so that ▆▆▆▆ could finish the massage.

▆▆ got dressed and Epstein turned over onto his back.  Epstein then
removed the towel, which had been around his waist.  Epstein laid
there naked and requested that ▆▆▆▆ rub his chest area.  ▆▆▆▆▆▆
stated as she did this, Epstein, began masturbating as she rubbed his
chest.  ▆▆▆▆ stated he pulled down her boy short panties and he
produced a large white vibrator with a large head.  She stated it was
within a drawer in his master bathroom.  He rubbed the vibrator on her
vagina area.  ▆▆▆▆ advised he never penetrated her vagina with the
vibrator.

He continued to rub her vagina with the vibrator as he continued to
masturbate.  ▆▆▆▆ stated she was very uncomfortable during the
incident but knew it was almost over.  Epstein climaxed and started to
remove himself from the table.  He wiped himself with the towel he had
on previously and went into the shower area.  ▆▆▆▆ got dressed and
met with ▆▆▆▆ in the kitchen area.  Epstein came into the kitchen and
provided ▆▆▆▆ $200.00 for bringing ▆▆▆▆ and paid $200.00 to
for providing the massage.  ▆▆▆▆ was told to leave her telephone
number with Sarah, his assistant for future contact.  ▆▆ provided
her cellular telephone number for future contact.  ▆▆▆▆ was asked
if she was recently contacted about this investigation by anyone from
the Epstein organization.  She replied she was called but it was for
work.  She stated she was called by Sarah for her to return to work
for Epstein.  ▆▆▆▆ stated work is the term used by Sarah to provide
the massage in underwear.  ▆▆▆▆ advised she declined, as she was not
comfortable in providing that type of work.  The interview was
concluded and the videotape was placed into evidence.

Investigation Continues..

```
*************************** N A R R A T I V E  # 16 ***************************
```
NA                    Reported By: RECAREY, JOSEPH              11/10/05
                      Entered By.: ALTOMARO, NICKIE A.          11/10/05

On November 7, 2005, I made telephone contact with ▆▆▆▆▆▆ who
advised she would be able to meet with me at her home.  Det. Sandman
and I traveled to her home in ▆▆▆▆▆▆ and made contact with
▆▆▆▆▆▆ During a sworn taped statement, ▆▆ stated she met
Jeffrey Epstein through Haley Robson.  Robson would approach females
who wished to work for him.  ▆▆▆▆ stated she was asked to work for
him but declined.  ▆▆▆▆ explained that work means give massages.
She was asked about any formal training in providing massages to which
she said no.  ▆▆▆▆ said she accompanied Robson and other females
who were taken to Epstein s house to provide massages.  ▆▆▆▆

Case No. . . . : 1-05-000368                                    (Continued)
    further stated she had been to the house approximately 4 or 5 times in
    the past year.  She accompanied Robson with ███████████████████
    ██████████████████████ the 14-year-old victim, and███████████████
    Each time the girls were taken over, they were previously told they
    would have to provide a massage, possibly naked.  It was also told that
    should Epstein require them to do anything extra and they were not
    comfortable just to tell him and he would stop.  ██████████ stated
    Robson received $200.00 for each girl she brought over to massage
    Jeffrey Epstein.  When I asked which girl appeared to be the youngest,
    she replied, the victim, as she stated she was fifteen years old at the
    most; she looked really young.  ████████████ further stated each time
    she went to the house, she sat in the kitchen and waited with Robson
    until the massage was over.  She further stated that the cook would
    make lunch or a snack for them as they waited.  I asked her if there
    was anything that caught her attention within the home. ███████████
    stated there were a lot of naked girls in photographs throughout the
    house.  The interview was concluded and the tape was turned into
    evidence.

    Investigation Continues..

*************************** N A R R A T I V E  # 17 ***************************
NA                    Reported By: RECAREY, JOSEPH                11/10/05
                      Entered By.: ALTOMARO, NICKIE A.            11/10/05

    Det. Dawson and I attempted contact with ███████████████ in ███████
    ██████ I left my business card at her front door.  M█ ██
    returned my call and arranged a meeting with me at the Palm Beach
    Police Department for November 8, 2005.  At approximately 2:00pm,
    ██████████ arrived at the Palm Beach Police Department.  She was brought
    into the interview room and the door was closed for privacy.  She was
    told that I appreciated her coming to the police station for
    questioning regarding an on going investigation.  She was told that I
    was investigating a crime involving Jeffrey Epstein and knew, based on
    the investigation, that she had encounters with him in the past.
    During a sworn taped statement, ███████ stated she had met Epstein
    approximately two years ago.  She was first introduced to Epstein by
    Haley Robson.  Robson approached her about working for Epstein and
    providing a massage to him for $200.00.  The arrangements were made
    and as Robson could not take her the day the arrangements were made,
    ████████████████ took ...___ █ _ ██████ also attended ████████████████ High
    School and was familiar with Epstein.

    ████████████ recalled she was brought there and entered through the back
    kitchen door.  She had met with an assistant Sarah and another
    assistant Adrianna.  Sarah brought her upstairs as she observed
    several photographs of naked females throughout the house. _____
    stated Epstein came in the room, wearing only a towel, and laid on the
    table.  _____ stated he picked out the oils he wanted her to use and
    requested she remove her clothing to provide the massage.
    stated that on the first massage she provided she did not remove her
    clothing.  _____ stated she had returned several times after that.

Case No. . . . : 1-05-000368                           (Continued)
    Each time she returned more things happened. ██████ stated that the
    same thing would happen. Epstein would walk into the master
    bedroom/bathroom area wearing only a towel. He would masturbate as
    she provided a massage. ██████ stated she was unsure if he climaxed
    as he masturbated under the towel. Additionally she never looked blow
    his waist. She claimed that Epstein would convince her to remove her
    clothes. She eventually removed her clothes and stayed in her thong
    panties. On occasion, Epstein would use a massager/vibrator, which
    she described as white in color with a large head, on her. Every time
    she provided a massage he would masturbate. ██████ added she has no
    formal training in providing a massage. ██████ stated she brought
    two females during her visits to provide massages. ██████ stated she
    brought a girl named █ ... and ████████ ........ from █
    High School. ████████ stated she received $200.00 for each girl she
    brought. Additionally, Pentek was given $200.00 for taking her in the
    very beginning. The interview was concluded and the tape was placed
    into evidence.

    Investigation continues...


*************************** N A R R A T I V E   # 18 ***************************
NA                      Reported By: RECAREY, JOSEPH              11/13/05
                        Entered By.: ALTOMARO, NICKIE A.          11/14/05


On November 8, 2005, I made telephone contact with ████████████
████████████, at her residence. ██████ responded to the police station
for an interview reference an ongoing investigation. At approximately
2:30 pm, she arrived at the Palm Beach Police Station and was brought
into the interview room for the interview. The door was closed for
privacy and she was told that I appreciated her cooperation in this
case. During a sworn taped statement, █ ·█ stated she had met
Jeffrey Epstein approximately one year ago. She was approached by a
subject known to her as ¨ ¨ ¨ █ ¨¨¨¨¨ had asked her if she wanted
to make money providing massages to Epstein. ██████ had heard that
several girls from ████████████ High School were doing this and
making money. She agreed and was taken to the house by ¨¨. ¨¨¨
had introduced her to Sarah and Epstein and brought her upstairs to a
master bedroom and Master bathroom where a massage table was prepared
and the proper oils were taken out. ██████ left the room and waited
downstairs for █ ·█ ...... stated Epstein entered the room wearing a
towel and she provided a massage wearing only her thong panties.
¨ ·¨ advised Epstein had masturbated every time she provided a
massage. She stated Epstein continued to masturbate until he
climaxed; once that occurred the massage was over. She felt the whole
situation was weird but she advised she was paid $200.00 for providing
the massage. She also stated ..... received $200.00 for bring ... ¨ to
Epstein.

    ... · stated she had gone a total of 15 times to his residence to
provide a massage and things had escalated from just providing a
massage. Epstein began touching her on her buttocks and grabbed her

Case No. . . . : 1-05-000368                              (Continued)

closer to him as he masturbated. Epstein also grabbed her breasts and
fondled her breast with his hands as she provided the massage.
stated on one occasion, he offered extra monies to have vaginal
intercourse. She stated this all occurred on the massage table.
_____ stated Epstein penetrated her vagina with his penis and began
having intercourse with her until he reached the point of climax.
Epstein removed his penis from her vagina and climaxed onto the
massage table. _____ received $350.00 for her massage. I asked her
if she had any formal training in providing massages, _____ stated she
did not.

_____ continued to state on one other occasion, Epstein introduced his
assistant, Nada, into the massage. Nada was brought into room with
_____ to provide a massage. Epstein had them kiss and fondle each
other around the breasts and buttocks as they provided a massage to
Epstein. Epstein, watched and masturbated as this occurred. On other
occasions, Epstein, introduced the large white vibrator/massager,
during the massage. Epstein stroked the vibrator/massager on
vagina as she provided the massage.

_____ stated the last time she spoke with anyone at the house, was
with Sarah during the weekend of October 2 or 3, 2005. _____ stated
she had brought two people to the Epstein house. She provided the
names of _____ and _____ (unknown last name). It should
noted, _____ had been previously identified as _____ and had
been previously interviewed. The interview was concluded and the
videotape was placed into evidence via the locker system.

On November 9, 2005, Sgt Frick and I traveled to 6791 Fairway Lakes
Drive in Boynton Beach, Florida in hopes to interview Juan Alessi, the
former houseman of Epstein's home. As no one was home, a business
card was left for him to return my call. We then traveled to 11349 SW
86th Lane in Miami in hopes to interview Alfredo Rodriguez, a former
house man of Epstein. We did not locate them at home. I left a
business card for him to return my call.

We then traveled to _____ and met with Dean of Students, Mr.
Turner. We requested to speak with _____. _____ was re
interviewed, as still was in possession of the rental car that
Epstein had acquired for her. _____ stated that Sarah, Epstein's
assistant, had called her on her cellular telephone and informed her
that rental was extended for her. Sarah stated she had paid an
additional $625.00 for her to keep the rental an extra month. _____
was asked if she had any additional contact with either Epstein or
anyone from his organization. _____ stated she did not, other than
the telephone call informing her that she could keep the car for an
extra month. _____ did not provide any additional information.

On November 10, 2005, at approximately 9:47 am, Alfredo Rodriguez had
telephoned reference my business card found on his door. Rodriguez
stated he had worked with Epstein for approximately six months after
the previous houseman left. Rodriguez stated that it was his

Case No. . . . : 1-05-000368                              (Continued)
responsibility to keep the identity of the masseuses private. Mr.
Epstein had a massage in the morning and one in the afternoon.  Mr.
Rodriguez stated he would rather speak about this in private.  He
advised he would come to the police station to speak with me.
Rodriguez stated he would return my call on Monday, November 14, 2005.

I then made telephone contact with Juan Alessi.  He advised he found
my card on his door and wanted to know what I needed to speak with him
about.  I explained to Alessi that I was conducting an investigation
on his former employer, Mr. Epstein.  Alessi stated he would return my
call shortly as he was in the middle of a project at his home.  I
received a telephone call from Attorney Donald Morrell from 686-2700.
Mr. Morrell stated he represented Mr. Alessi and did not want me
speaking with his client.  I then made telephone contact with the
State Attorney s Office and confirmed that subpoenas would be issued
to the former employees to assist in the investigation.

I then made telephone contact with Attorney Guy Fronstin, attorney for
Mr. Epstein.  I explained to Mr. Fronstin that I would like to speak
with Mr. Epstein.  He stated Mr. Epstein is not in residence in
Florida at this time and would check with him to ascertain if he could
be here by Wednesday November 16, 2005 for an interview.  Mr. Fronstin
stated he would return my call should Mr. Epstein decide to come in to
the police station for an interview.

Investigation continues.

**************************** N A R R A T I V E   # 19 ***************************
NA                        Reported By: RECAREY, JOSEPH            11/15/05
                          Entered By.: ALTOMARO, NICKIE A.        11/16/05

On November 14, 2005, Det. Sandman and I traveled to ███████
███████████████████ Florida and spoke with ████████████    She was
told of the ongoing investigation involving Epstein. █████████ advised
she had gone to the house on several occasions.  During a sworn taped
statement, she advised she started going to the house approximately
one year ago and was brought by ▔ ▔. (Unknown last name). ▔▔▔
stated ▔ ▔. brought her into the house and she was introduced to a
girl named Sarah.  Once she met her, Sarah brought her upstairs into a
master bedroom bathroom. ▔ ▔▔▔ stated she met Jeffrey in the
bathroom.  He lay on the table and picked the massage oils.  She
provided the massage, as he lay naked on the massage bed.  She stated
she rubbed his calves and back area.  Upon the end of the massage,
Epstein removed himself from the massage table and paid her $300.00
for the massage.

█████████ stated she had only been at the house approximately five or
six times. ▁▁, ▔▔ said each time she went to the house she was
notified by Sarah, Epstein's assistant, that Epstein was in town and
would like her to work. ▁,▁▁▔ stated she returned to the house and
was again led upstairs by Sarah.  She provided the massage, clothed.
████████ advised it wasn t really weird until later on. ▁ ▔▔ was

Case No. . . . : 1-05-000368                              (Continued)

asked if she ever removed her clothing to provide a massage. ▮▮▮▮▮
stated it was not until the third time she went that she removed her
clothing. ▮▮▮▮▮▮ stated she was notified by Sarah that Epstein
wanted her to come to work.  She arrived at the house and was led
upstairs by Sarah.  She started providing the massage when Epstein
asked her to remove her clothing.  ▮▮▮▮▮▮ removed her pants, shirt
and bra.  She stayed in her thong panties and continued rubbing
Epstein.  Epstein turned over onto his back and she rubbed his chest
area.  ▮▮▮▮▮▮ stated she knew he was masturbating himself as she
providing the massage.  ▮▮▮▮▮ stated she believed he climaxed based
on his breathing.  She did not want to view either the climax or the
fact that he was masturbating.  ▮▮▮▮ stated once the breathing
relaxed he got up and told her to get dressed.  She was paid $300.00
for her services.

▮▮▮▮▮▮ stated on the last time she went to provide a massage, she
was notified by Sarah to come to the house and work. ▮▮▮▮▮▮ stated
she was now dating her current boyfriend and did not feel comfortable
going.  She recalled it was approximately January 2005.  She said she
went, already thinking that this would be the last time.  She went
upstairs and went into the master bathroom.  She met with Epstein,
who was wearing only a towel as he entered the room to lie on the
table.  ▮▮▮▮▮▮ stated Epstein caught her looking at the clock on
several occasions.  Epstein asked her if she was in a hurry. ▮▮▮▮▮▮
stated her boyfriend was in the car waiting for her. ▮▮▮▮▮▮ further
stated that Epstein got upset, as she wasn t enjoying the massage.
She told him that she didn t want to continue and she would not be
back.  Epstein told her to leave as she was ruining his massage.  I
asked her if she had any contact with Epstein s organization, she
stated she received $200.00 from Western Union in ▮▮▮▮▮▮ and
Okeechobee Blvd as a Christmas gift.  ▮ ▮▮▮▮▮ advised she had no
formal training in provide any massages.  ▮▮▮▮ also stated she was
sixteen years old when she first went to Epstein s house.

At approximately 4:22 pm, I made telephone contact with ▮▮▮▮▮▮
at ▮▮▮▮▮▮.  She agreed to meet with me at a public place.  I
suggested she come to the police station for an interview. ▮▮▮▮ did
not want to meet at the police station.  I recommended we meet at the
Palm Beach Gardens Mall in the food court area.  She agreed and an
appointment was made for November 15, 2005 at 5:00 pm at the food
court.

Investigations Continue.

```
************************** N A R R A T I V E  # 20 **************************
NA                        Reported By: SANDMAN, JENNIFER R.        11/16/05
                          Entered By.: ALTOMARO, NICKIE A.         11/17/05
```

On 10/20/2005, I assisted executing a search warrant at 358 El
Brillo Way in the Town of Palm Beach, Palm Beach County Florida under
the direction of affiant Detective Joe Recarey.

Case No. . . . : 1-05-000368                                    (Continued)

     Detective Melnichok and I searched the pantry room that is west next to the kitchen. This room had all white cabinets with a dark grey and black counter top. We did not find anything in this room.

     We searched the yellow and blue room that is west next to the pantry room. This room had a very large statue of man with a bow. Taken into evidence from this room were nine photographs in frames of various women.

     We searched the main entrance foyer that is to the north of the yellow and blue room. This room contained two bamboo chairs and ottomans with cushions. It also contained a round table with numerous books.

     We searched another blue room that is west of the foyer. This room had a stereo system and book shelves that were from the floor to the ceiling. Taken into evidence from this room were eight photographs in frames of various women and/or Epstein, the owner of the residence.

     We searched the room to the west of the blue room that has sliding glass doors that lead out to the pool. In this room in a dresser were two DVD's and two VCR tapes. These items were taken into evidence.

     We searched a 2004 black Chevy Suburban bearing Florida tag X99-EGL, registered to Jeffrey Epstein DOB 01/20/53, which was located on the east side of the driveway facing south. I found a Thrifty rental agreement between the passenger seat and the middle console. The name on the rental agreement was Johanna Sjoberg from 622 Holly Drive Palm Beach Gardens, Florida 33410. The phone number on the rental agreement was (561) 714-0546. The vehicle rented was a white 2005 Chrysler Sebring bearing Florida tag W99-FUN. The vehicle was rented on 9/25/05 at 17:58 hours and was returned on 9/26/05 at 16:52 hours. The last four numbers of the credit card used are 9821. Detective Melnichok found a piece of paper in the middle console that said I used the cash in here to fill up the tank and was signed by Johanna.

     I searched the 2005 black Cadillac Escalade ESV bearing Florida tag Q29-9GT, registered to Jeffrey Epstein dob 01/20/53, which was located on the west side of the driveway facing south. I did not find anything in this vehicle.

     All of the items that were taken into evidence were photographed in the place they were located and then turned over to crime scene.

```
*************************** N A R R A T I V E  # 21 ***************************
NA                      Reported By: RECAREY, JOSEPH              11/17/05
                        Entered By.: ALTOMARO, NICKIE A.          11/17/05
```

Case No. . . . : 1-05-000368                                    (Continued)

On November 15, 2005, Det. Sandman and I traveled to ▓▓▓▓▓
Place in ▓▓▓▓▓▓▓▓▓▓ We met with ▓▓▓▓▓▓▓▓▓, a
seventeen-year old juvenile who was not in school this day due to a
cold from which she was suffering. ▓▓▓▓▓ was told that I needed to
speak with her in reference to an ongoing investigation involving a
subject she would know as Jeffrey Epstein. Prior to speaking with
her, I explained that because of the fact that she is a minor, I
needed to speak with her parents prior to speaking with her. She
telephoned her father, Mr. ▓▓▓▓, on his cell phone and
explained to him that Det. Sandman and I were there to speak with her.
I spoke with Mr. ▓▓▓▓▓ on the telephone and informed him I needed
to speak with his daughter in reference to an ongoing investigation.
Mr. ▓▓▓▓ advised he had no problem with us speaking with his
daughter.

During a sworn taped statement, ▓▓▓▓▓ stated she met Jeffrey
Epstein over a year ago. She was sixteen years of age and was
approached by ▓▓▓▓, ▓▓▓▓ who informed her that she could make monies
providing a massage to Epstein for $200.00. ▓▓▓ had informed her
that she would have to provide this massage topless. ▓▓▓▓ made the
arrangements with Epstein and his assistants and took ▓▓▓ to the
house. ▓▓▓▓ stated ▓▓▓ and she entered through a glass door
that led into a kitchen. ▓▓▓▓ took her upstairs, to a master bedroom
and master bathroom. She recalled the bathroom had a large pink
couch, sauna and matching shower. Epstein entered into the room
wearing only a towel. ▓▓▓▓▓ and ▓▓▓ removed their clothing
remaining only in thong underwear. She further stated that Epstein
lay on his chest on the table. Epstein selected which oils to use for
the massage. Both ▓▓ and ▓▓▓▓▓ provided the massage on his
legs, back and feet. Forty minutes into the massage, Epstein turned
over onto his back and requested ▓▓▓ wait downstairs in the kitchen
area for ▓▓. Epstein instructed ▓▓▓▓ to finish the massage.
As ▓▓▓ got dressed, ▓▓▓▓▓ starting rubbing his chest. ▓▓▓▓
left the room, and Epstein began masturbating himself as ▓▓▓
rubbed Epstein s chest. ▓▓▓▓▓ stated he continued masturbating
until he climaxed on the towel he was wearing. When asked if he had
removed the towel she stated he turned the towel around so that the
opening would allow him to expose himself. After he cleaned himself
off with the towel, he instructed ▓▓▓▓ the massage was done and to
get dressed and met with him downstairs. ▓▓▓▓ got dressed and met
with Epstein in the kitchen area. She was paid $200.00 dollars for
providing the massage. ▓▓▓▓▓ stated she was aware that ▓▓▓ also
received monies for the same thing.

The second time she went to the house she was again approached by
▓▓▓▓▓▓ asked if she wanted to return to the house to provide
another massage; ▓▓▓▓ agreed and the arrangements were made by
▓▓▓ for her to return to the house. ▓▓▓▓ stated ▓▓▓ drove her
to the house and knocked on the same glass door that leads to the
kitchen area. They were allowed entry into the house by one of the
staff members. ▓▓▓▓ led her upstairs to the master bedroom and
master bathroom area. ▓▓▓▓▓ left ▓▓▓▓▓ this time to do the massage

Case No. . . . : 1-05-000368                          (Continued)
alone.  Epstein entered the room again wearing only a towel.
began removing her clothing as she did the last time she was at the
house.  Epstein instructed her to get naked.  He lay on the table on
his stomach as ████████ began massaging his legs and back.

As ████████ finished with Epstein s back and legs, Epstein then turned
over onto his back. ████████ started to rub his chest and he began
masturbating himself.  As ████████ rubbed his chest, Epstein leaned
over and produced a massager/vibrator.  He turned it on and began
rubbing ████████ s vagina and masturbating himself at the same time.
████████ stated she continued to rub his chest as this was occurring.
She described the vibrator/massager as large, grey with a large head.
Epstein rubbed her vagina for approximately two to three minutes with
the massager/vibrator.  He then removed the vibrator from her vaginal
area and concentrated on masturbating himself. ████████ stated he
climaxed onto the towel again and informed her that the massage was
done. ████████ got dressed and met with ████ who was waiting in the
kitchen area.  She received $200.00 for the massage. ████████ said
she never returned to the house and had no desire to return to the
house. ████████ was asked if she received any formal massage
training.  She advised she had no formal training. ████ was asked
if Epstein knew her real age. ████████ stated he knew as he asked her
questions about herself and high school.  He was aware she attended
and is still attending ████████████ High School.

The interview was concluded.  I suggested ████████ inform her parents
of what occurred at the Epstein house. ████████ stated she would tell
her father as he was unaware this had occurred.  I left my business
card for any questions they may have.  We left the area and returned
to the police station.  The tape was placed into evidence.

Investigation Continues.

*************************** N A R R A T I V E  # 22 ***************************
NA                      Reported By: RECAREY, JOSEPH            11/17/05
                        Entered By.: ALTOMARO, NICKIE A.        11/17/05

On November 15, 2005, Officer Munyan and I responded to the Palm Beach
Gardens Mall food court section to meet with ████████████ At
approximately 5:10 p.m., ████████ arrived and met with us at the food
court. ████████ provided a sworn taped statement in which she stated
she had been at the Epstein house over fifty times.  She began going
to Epstein's house when she turned eighteen years old. ████████ was
asked if she knew of the on-going investigation. ████████ stated she
was aware there was an investigation as she had been told by other
girls that were interviewed.  Additionally, she has had several
telephone conversations with Epstein's assistants as to what had been
going on during the investigation.

I asked ████████ how she was introduced to Epstein. ████████ stated she
did not want to disclose who brought her to the house but she would
respond to any other questions.  When I asked her what happened at the

Case No. . . . : 1-05-000368                                  (Continued)
house, ▮▮▮▮ stated everything happened.  It all began with the
massages.  Each time she went more things happened.  She would massage
Epstein and he would masturbate and climax.  She stated things
escalated from there.  She provided oral sex on Epstein and he
provided oral sex on her.  She stated he would also use a
massager/vibrator on her vagina to stimulate her as she massaged him.
He introduced his assistant Nadia or Nada to have vaginal intercourse
with ▮▮  ▮▮.  She stated Nada or Nadia would utilize a strap-on
(synthetic penis) to have intercourse with her.  She was told to
masturbate herself as Epstein and Nada had sexual intercourse.  All
this was done at Epstein's direction.

▮▮▮▮▮ could not provide exact dates as she had been to the house so
many times.  ▮▮▮▮ stated Epstein inserted his fingers in her vagina
to stimulate her as she massaged him.  When I asked her if there had
been any vaginal intercourse with Epstein, she stated she did not have
sex with him.  She did admit having sex with Nada, his assistant.
▮▮▮▮▮ stated not every time she went involved sexual favors.
Sometimes she would just talk with him and get paid.  I asked her how
much she was paid each time she went to Epstein s residence.  ▮▮▮▮▮▮
stated she got paid $300.00 every time she went to the house.  She was
told to bring other girls to him to provide massages.  ▮▮▮▮ declined
stating that she does what she does and did not want to introduce
anyone else to do what she does.▮▮▮▮ stated she had never received
any formal training in providing massages.

I showed ▮▮▮▮ a photo line up in which Nada Marcinkova was placed in
position six.  She reviewed the six photographs and immediately
identified Nada Marcinkova as the person with whom she had
intercourse.  Additionally, it was the same person she watched have
intercourse with Epstein.  She signed the photo line-up under Nada
Marcinkova s photo as the person she identified.  We then left the
mall and returned to the police station.  The photo line up and tape
were placed in to evidence.

Investigation Continues...


*************************** N A R R A T I V E   # 23 ***************************
NA                        Reported By: RECAREY, JOSEPH              11/29/05
                          Entered By.: ALTOMARO, NICKIE A.          12/01/05

On November 17, 2005, I received a phone message from Atty. Guy
Fronstin who advised to call his cellular phone reference his client
Jeffrey Epstein.  I telephoned his cell phone and left a message for
him to return my call.  I did not receive a call back on Thursday,
November 17, 2005. On Friday, November 18 2005, I retrieved another
voice mail from my work phone from Mr. Fronstin advising he would not
produce his client Jeffrey Epstein for any statement.  Fronstin stated
he had spoken with ASA Lana Belohlavek and expressed Mr. Epstein has a
passion for massages.  I called ASA Lana Belohlavek and confirmed that
Fronstin had telephoned her reference this case.  Although nothing was

Case No. . . . : 1-05-000368                              (Continued)
discussed, Mr. Fronstin did advise her that Epstein is very passionate
about massages.

I also spoke with ASA Daliah Weiss reference the previous employees,
Juan and Maria Alessi.  She advised that they had been served through
a subpoena process server.  They were both scheduled to appear on
Monday November 21, 2005 at 12:00 p.m.

On November 21, 2005, I met with ASA Weiss, Atty. Donnie Murrell and
Juan and Maria Alessi at the State Attorney Office.  ASA Weiss had
requested a court reporter to be present to take the statement of the
Alessi s.  I spoke with Maria Alessi, in the presence of her attorney,
Donnie Murrell.  She advised she had worked for Epstein for eight
years, from the period of 1994 through 2002.  She advised she had
never had any direct conversations with him.  She stated it was her
husband who spoke directly with Epstein.  Her work consisted of doing
house cleaning, shopping and other preparations when Epstein would
arrive in town.  Alessi stated the preparations consisted of preparing
the house and bathrooms for his arrival.  She advised she did view
several masseuses that arrived at the house.  She advised that two or
three girls would come during a day and provide the massages.  The
girls that arrived looked young in age.  Mrs. Alessi did not know any
of the girls personally and were always different.  She was told that
when Epstein was in residence he did not want to encounter the Alessis
during his stay in Palm Beach.

I then spoke with Mr. Alessi in the presence of his attorney, Donnie
Murrell.  Mr. Alessi stated that he was employed for eleven years with
Mr. Epstein.  He originally was hired as a part time employee and then
moved up into a full time position.  His duties included everything.
Alessi stated he was the house manager, driver and house maintenance
person.  It was his responsibility to prepare the house for Epstein s
arrival.  When asked about cooks or assistants, Alessi stated they
traveled with Epstein on his private plane.  He remembered dealing
with his girlfriend, Ms. Maxwell originally and then dealt with
Epstein directly.

I asked Mr. Alessi about massages that occurred within the home.  Mr.
Alessi stated Mr. Epstein had up to three massages a day.  Each
masseuse that visited the house was different.  Alessi stated that
towards the end of his employment, the masseuses were younger and
younger.  When asked how young, Mr. Alessi stated they appeared to be
sixteen or seventeen years of age at the most.  The massages would
occur in Epstein's bedroom or bathroom.  There were times he recalled
that he would set up the massage tables either in Epstein s bedroom or
in his bathroom.  I asked if there were things going on other than a
massage.  Alessi stated that there were times towards the end of his
employment that he would have to wash off a massager/vibrator and a
long rubber penis, which were in the sink after the massage.
Additionally, he stated the bed would almost always have to be made
after the massage.  Alessi was never privy to what went on during the
massages.

Case No. . . . : 1-05-000368                                    (Continued)

He was asked if he remembered any names of the girls that massaged
Epstein.  He tried to remember and was unable to provide any exact
names of any girls.  Alessi was asked about any contact with anyone
from the Epstein organization.  Alessi said he did speak with Mr.
Epstein shortly after my initial contact with him to find out what was
going on.  Alessi also stated that approximately on November 11, 2005,
he was contacted by a private investigator from the Law Office of Roy
Black.  The investigator had called him to meet with him to ascertain
what he was going to tell the police.  Alessi stated they met at the
Carrabba s Restaurant in Boynton Beach and discussed the same
questions I was asking him.  I informed Mr. Alessi and Mr. Morrell
that as this is an ongoing investigation and anything we discuss
should be confidential.  They both acknowledged the fact that the
information would be kept confidential.  It should be noted that a
court reporter was present during the interviews and would be
providing a copy of the statements to me when they become available.

On November 21, 2005, I received a voice mail from Mr. Fronstin who
advised he would not be making Mr. Epstein available for any
statements.  He did have some words that he wanted to relay on behalf
of Mr. Epstein.  I telephoned his office and left a message for him to
return my call.

On November 29, 2005, I received a call back from Mr. Fronstin who
left a voice mail after hours on November 28, 2005, advising he would
return my call during normal business hours to speak with me reference
the case on November 29, 2005.

```
*************************** N A R R A T I V E  # 24 ***************************
NA                      Reported By: RECAREY, JOSEPH            11/29/05
                        Entered By.: ALTOMARO, NICKIE A.        12/01/05
```

On November 29, 2005, at approximately 2:30 p.m. I received a
telephone call on the department issued cell phone.  Mr. Fronstin
stated he was calling to relay information that Mr. Epstein wished he
could relay.  Mr. Fronstin stated that he would not allow Mr. Epstein
to speak with me at this time.  He further stated that Mr. Epstein is
very passionate about massages.  He continued that Mr. Epstein had
allegedly donated over $100,000 to the Ballet of Florida for massages.
The massages are therapeutic and spiritually sound for him that is
why he has had many massages.  Mr. Fronstin stated he appreciated the
way the investigation has not been leaked out into the media.   I
explained to Mr. Fronstin that it is as important to protect the
innocent if the allegations are not substantiated.  Mr. Fronstin was
told of the allegations that the private investigators assigned to the
case have been portraying themselves as police officers.
Additionally, I explained that my cell phone had been called by the
private investigators.  Mr. Fronstin advised he was not aware of that
and advised they were under the direction of Attorney Roy Black in
Miami.  Mr. Fronstin further stated Epstein had originally called Mr.

Case No. . . . : 1-05-000368                              (Continued)
    Dershorwitz in Boston, who recommended Roy Black in Miami, who asked
Mr. Fronstin to assist. I informed him that if and when any charges
would be presented I would notify him. The call was then terminated.

Investigation continues.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E   # 25 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NA              Reported By: RECAREY, JOSEPH           12/15/05
                  Entered By.: ALTOMARO, NICKIE A.       12/16/05

A review of the telephone message books, which were obtained during
the search warrant, was conducted in which various messages from
different dates were made to Jeffrey Epstein. The telephone message
books have a duplicate copy (Carbon Copy) which, once a phone message
is written into the book, the top copy is then torn on the perforated
edge and the carbon copy is left in the book. First names of girls,
dates and telephone numbers were on the copy of the messages. I
recognized various numbers and names of girls that had already been
interviewed. The body of the messages was time of the day that they
called for confirmation of "work." Other names and telephone numbers
were located in which the body of the messages were, "I have girls for
him" or "I have 2 girls for him." These messages were taken by Sarah
for Jeffrey Epstein. Based on the context of the body of the
messages, I requested subpoenas for subscriber information on the
telephone numbers and the time frame involved. Copies of the messages
were made for evidentiary purposes.

I obtained ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮High School yearbooks for 2005, 2004 and
2003. I first reviewed the 2005 yearbook and located most of the
girls I had spoken with. Additionally, I located ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Based on the corrected name spelling, I was able to locate her to her
residence in Loxahatchee. On December 8, 2005, Det. Caristo and I
responded to ▮▮▮▮▮▮▮▮▮▮in Loxahatchee. I located ▮▮▮▮▮▮▮▮▮. at
her home. She advised she is attending ▮▮▮▮▮▮▮▮▮▮▮High and is
participating in the early release program so she can maintain her
part time job. As she is still a minor, I left my business card to
have her mother return my call to request an interview with her
daughter. We then left the area.

I also had previously researched the telephone number for "Tatum" and
telephone number 561-640-7912. A subpoena had been issued for the
information on 561-640-7912. The telephone number was registered to
Scott Miller of 1558 Velvet Place E. A query of Tatum Miller revealed
that she is the daughter of Scott Miller and is currently residing at
4938 21 Road North in West Palm Beach. Det. Caristo and I attempted
contact with Miller with negative results. I left my business card on
her front door requesting she return my call. We then responded to
1558 Velvet Place E in West Palm Beach. I also attempted contact with
Mr. Miller with negative results. I left my business card for him to
return my call.

Case No. . . . : 1-05-000368                              (Continued)

On December 9, 2005, I received a telephone call from ███████
████████████████████ mother, who was made aware of the on going
investigation in Palm Beach.  ██████ advised she was told of
everything that occurred at Epstein's house involving Epstein and his
staff.  She advised she would allow me to question her daughter about
what occurred and would cooperate with the investigation.
provided me with ███████████cellular telephone number to schedule an
appointment for an official interview.  I telephoned her cellular
telephone and made a tentative appointment for Monday, December 12,
2005.

I then received a telephone call from ████████████, father of ██
████████, who stated he found the business card on his door.  I
explained that I was conducting an investigation and needed to speak
with ██████, as she may have information that could assist in the
investigation.  ████████████ stated that his daughter no longer resides
with him and has her own trailer in another trailer park.  He advised
he would tell her to call me.

On December 12, 2005, due to a conflict with schedules, arrangements
were made to meet with ████████████ on Tuesday, December 13, 2005
at 5:00 pm.  On December 13, 2005, Det. Dawson and I traveled to
Loxahatchee and met with ████████████████████.  During a sworn taped
statement, ████████ stated that when she was sixteen years old, she was
taken to Epstein's house to provide a massage for money. ████████
stated it was before Christmas last year when ████████████ approached
her and asked if she needed to make money for Christmas; ██████ stated
she did and agreed to provide a massage for money. ██████ made
arrangements to take ██████ to the house and drove ████████ to the house
to "work." ████████ stated she could not remember the street name but
would be able to drive to the street.  They drove to the last house on
the street and pulled in the last house on left side.  They walked up
the driveway and entered through a side gate which led to a kitchen
door.  They knocked on the door and were encountered by an employee
who ████████ described as a "Spanish looking lady." They informed her
that they were expected.  They were then encountered by a white female
with long blond hair.  ████████ was unable to remember the name of the
white female with blond hair but knew she was Epstein's assistant.
She was led upstairs by the white female who explained that there
would be lotions out already and Epstein would choose the lotion he
wanted her to use.  She was led through a spiral staircase which led
to a master bedroom and bathroom.  The massage table was already set
up in the bathroom. ████████described the bathroom as a large spacious
bathroom with a steam room and shower beside it with a sink to the
right. ████████████ was introduced to Jeff who was on the phone when she
entered.  Jeff was wearing a white towel and lay on his stomach so
that ██████ may massage his feet and calves. ████████ started the
massage with the massage oil Jeff chose and rubbed his feet and
calves.  Jeff got off the phone and requested she massage his back as
well.  ████████ began rubbing his back and got to the small of his back.
During the rubbing of his back Jeff asked her to get comfortable.  He
requested she remove her pants and shirt.  ████████████removed her shirt

Case No. . . . : 1-05-000368                                        (Continued)
     and pulled her pants off.         stayed in her bra and thong panties.
 As she finished the small of the back, Jeff then turned onto his
back.  He instructed she rub his chest and pinch his nipples.  As she
began to rub his chest, Jeff asked her questions about herself.
       remembered telling him she attended ████████████████High
School.  Jeff asked her if she was sexually active.  Before
could answer, he also asked what sexual positions does she enjoy.
_____ stated she was shy didn't like talking about those things.  She
continued rubbing his chest.  Epstein reached up and unsnapped her bra
from the front.       explained the bra she used had a front
snapping device.  Epstein rubbed her breasts and asked her if she like
having her breasts rubbed.  __    said "no, I don't like that."
Epstein then removed his towel and lay on the bed naked exposing his
penis to _    .  He began touching his penis and masturbated as he
touched her breasts.          explained Jeff then touched her vagina
area by rubbing her vagina with his fingers on the outside of her
thong panties.  __    tensed up and stated Jeff was aware that she
was uncomfortable.

       stated that Jeff told her , "Relax, I'm not going inside." She
further explained Jeff commented to her how beautiful and sexy she
was.  Jeff then moved her thong panties to one side and now was
stroking her clitoris.         said "Jeff commented how hard my clit
was." He then inserted two fingers in her vagina and was stroking her
within her vagina.  She tried pulling back to pull out his fingers
from within her vagina.  Jeff removed his fingers from within her
vagina and apologized for putting his fingers inside her.  During this
time he kept his hand on her vagina area rubbing her vagina.
stated he rubbed her real hard as he was masturbating.       said he
climaxed onto the towel he had been previously wearing and got up from
the table.  Jeff told her there was $200.00 dollars for her on the
dresser within the master bathroom.  Jeff also told her that there was
an additional $100.00 that was to be given to    for bringing her
there to massage him.  Jeff told her to leave her telephone number
with his assistant as he wanted to see her again.  Jeff stated his
assistant would contact her to work again soon.

     I asked her if she ever received any formal massage training to which
__    stated she did not.  _____ stated it was the only time she
ever went to work for Jeff and knew what happened to her was wrong.
She stated she no longer speaks to ____ because she was upset that
     took her there.  She further stated that she had never been
contacted for any additional work.  The interview was terminated and
we left the area.

     Investigation Continues...


*************************** N A R R A T I V E  # 26 ***************************
NA                        Reported By: DICKS, ALLEN C.            12/18/05
                          Entered By.: ALTOMARO, NICKIE A.        12/19/05

Case No. . . . : 1-05-000368                                    (Continued)

On 102005 at approx 0930hrs I assisted with the execution of a search warrant at 358 El Brillo Ave, Palm Beach.

Initially I was assigned to enter the residence and conduct a sweep of the premises for safety purposes.  I then accompanied CSEU tech Pavlik while she photographed the exterior of the house. Once this was complete I was assigned to search certain areas of the house with Det. Dawson as part of the search warrant.

We began in the garage, searching three Mercedes Benz vehicles, a Harley Davidson motorcycle and adjacent closets in the garage. Nothing of evidentiary value was located.

We then searched two closets off the kitchen area on the east side. These can best be described as pantry or storage closets. Nothing of evidentiary value was obtained.

A small office with adjoining bath was then searched. In the bath area I located a phone message book with recent messages.  This item was seized as evidence.  Please note this bath and shower area are not used as designed but are storage areas containing a variety of items to include a gun safe in the shower and assorted household items.

We then searched a bath area and closet at the base of the main stairs in the foyer.  Inside the closet two massage tables were located as well as partial nude female photographs.  These items were later seized as evidence.  Nothing of evidentiary value was noted in the bathroom.

We then searched two bedrooms upstairs on the east side of the residence.  Located in the bath room of the south bedroom was penis shaped soap.  Located in the bedroom of the northern bedroom was penis and vagina shaped soap as well as an adult sex toy.  These items were seized as evidence.

We then searched the pool cabana located in the south west corner of the property.  Several photographs of nude females were seized as evidence.

I was then assigned to stand by with a person I believe was Douglas Schoettle.  Mr. Schoettle was in the residence at the beginning of the search warrant. He was present during the warrant service and subsequent search.  I stood by with him until the search was completed and I departed the residence.  I had no conversation with him regarding the reason for our presence.

Regarding seized evidence, all items were photographed in place and then collected by CSEU personnel.

This concludes my involvement in this case.

Case No. . . . : 1-05-000368                              (Continued)
**************************** N A R R A T I V E   # 27 ****************************
NA                         Reported By: KRAUEL, CURTIS D.              12/21/05
                           Entered By.: ALTOMARO, NICKIE A.            12/21/05

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted
in the execution of a search warrant located at 358 El Brillo Way,
Palm Beach, Florida, residence of Jeffrey Epstein.  I was instructed
by Case Agent Det. Joseph Recarey, to secure all computer and media
related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as
the Kitchen Staff Office.  I observed a, Silver in color, CPU with the
left side cover removed, exposing the CPU s hardware sitting on floor
next to a glass type desk.  The CPU had no discernable identifiers or
features indicating a make or model.  This CPU was powered off with
the power cord not plugged in.  The keyboard and mouse were atop the
CPU.  It should be noted that the CPU was not connected to a monitor,
printer, or other media device.  On the back Panel of the CPU, I
observed an A/V card with RCA jacks attached.  This type of hardware
would allow audio and video to be downloaded onto the CPU s hard disk.
 The ends of the RCA jacks were unattached at the time of the search
and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel
LCD screen.  The desk also held another keyboard and mouse, indicative
of a second computer; however, no other computer was found.  It
appeared as though a second computer had been recently removed as the
cables ends from the monitor, keyboard and mouse were in the same
area.  A further search of the room revealed no media storage devices,
i.e. CD s, Floppy Disks, Zip Disks, etc.  This type of media is
commonly stored in an area where computers are placed, yet no media
was found.

After completing a search of this room, I secured the CPU and turned
all items over to the Evidence Custodian for future forensic analysis
via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden
Room, where I observed a wooden desk facing west.  The desk held a
flat screen LCD monitor, keyboard, mouse, media card reader and
printer; however, no CPU was located.  All of the cables were removed
from an area where a computer had once been.  A search of the desk
area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana
room, which is detached from the residence and located just south of
the pool.  In the South East corner of the room, I observed an office
type setting, with an L-shaped desk holding a flat screen LCD monitor,
keyboard, mouse and printer; however, no CPU was located.  All of the
cables were removed from an area where a computer had once been.  A
search of the desk area revealed no signs of any media devices.

Case No. . . . : 1-05-000368                                    (Continued)
     Det. Recarey directed me to a second detached structure located on the
     South East corner of the property.  This area of this structure was
     assigned with single letters to identify a particular part of the
     room.  In the office area, designated as Room B, I observed a powered
     on Dell Dimension 2350, attached to an LCD flat panel monitor.  The
     screen displayed an open Microsoft Internet Explorer browser with URL
     address of http://home.bellsouth.net/.  I observed no other active
     windows in the Start panel window and photographed screen.  The power
     cord was removed from the back of the Dell CPU and I disconnected the
     cable modem to prevent remote access.  At that time, the Dell CPU,
     marked with Serial Number 6WTVN21, was secured and turned over the
     evidence custodian for future forensic analysis via property receipt.
      I also located several media related items within Room B, which were
     recorded onto a property receipt and turned over the Evidence
     Custodians.

     I then responded to a Bedroom designated as Room F, where I observed a
     white in color CPU marked Premio.  The Premio CPU was in a computer
     desk which held a white CRT monitor, both of which were powered on.
     The CRT monitor displayed a message from Norton Antivirus software,
     warning of an expired subscription.  I observed no other active
     windows in the Start panel window and photographed screen.  I removed
     the power cable from the back of the Premio CPU and shutdown all other
     media.  The Premio CPU, marked with Serial Number 2000091078, was
     secured and turned over the evidence custodian for future forensic
     analysis via property receipt.  I also located several media related
     items within Room F, which were recorded onto a property receipt and
     turned over the Evidence Custodians.

     This concluded my participation in the search of the residence.


*************************** N A R R A T I V E   # 28 *************************
NA                          Reported By: RECAREY, JOSEPH              12/21/05
                            Entered By.: ALTOMARO, NICKIE A.          12/21/05

     On December 20, 2005, I contacted ASA Daliah Weiss in an attempt to
     subpoena the Epstein former houseman, Alfredo Rodriguez.  Rodriguez,
     who resides in Miami, had eluded the process servers previously and
     was not served the investigative subpoena.  A telephone message was
     left as she is not available during the week of 12/19/2005.  I made
     contact with State Attorney Inv Theresa Wyatt and requested the same
     via telephone message.

     I then researched the victim's ▓▓ cellular telephone subpoena data
     which had been received from a previous subpoena request.  I analyzed
     the records which depict several calls from Haley Robson.  The
     telephone calls start on February 6, 2005 at 12:49 pm.; the same day
     which the victim and the victim's father stated the incident occurred
     at Epstein s house.  The first incoming call was from Robson's
     residence at 561 333-0180.  The second incoming call from Robson's
     cellular phone 561-308-0282 occurred at 1:02 pm. The call durations

Case No. . . . : 1-05-000368                                    (Continued)
were one minute or less.  The time frame was within thirteen minutes
apart.  It should be noted that Robson s residence was in close
proximity to the victim's.  The next call occurred at 5:50 pm when the
victim telephoned Robson s residence. Several calls were made after
the above mentioned calls both incoming and outgoing to Robson.
Further analysis showed no telephone calls to either Robson s cellular
telephone or Robson's residence were registered prior to February 6,
2005.

Additionally, I also conducted an analysis on the telephone calls from
305-710-5165.  The subscriber information confirmed that the number is
registered to Paul A Lavery from Hialeah, Florida.  The address was
crossed referenced to the Office of Kiraly and Riley Private
Investigators.  I researched the web page www.rileykiraly.com which
also showed various cases in which they assisted.  I also located
another web site under www.coralspringssparklandrotary.org in which
Mr. Riley attended a Miami Rotary meeting and confirmed Atty. Roy
Black is among his clientele.

The telephone calls revealed Lavery had telephone contact with
____ ', _____ __ ___' and ___ _ ___ ' either just after I attempted to
interview them, or just prior.  A background was conducted on Lavery
which revealed he holds a current Private Investigator License.  A
criminal arrest record revealed he had been previously arrested for
possession of cocaine and solicitation of prostitution.

I also researched the girls using www.myspace.com.  This web site is a
new social networking service that allows members to create unique
personal profiles online in order to find and communicate with old and
new friends.  The site allows one to establish your own myspace.com
page and decorate the page any way one wishes.  I found the following
people have myspace sites:  Haley Robson, _ ___ ____ _, _____ _____,
_____ _ _ ', _____ , ____ ___ _., YL, ___ _ ____ , and
MD.

I received a Cingular Wireless packet which contained a CD which
contained the results of the subpoena request for verbatim calls on
917-855-3363.  An analysis will be conducted in the near future on the
phone numbers called.

Investigation Continues.


*************************** N A R R A T I V E   # 29 ***************************
NA                        Reported By: RECAREY, JOSEPH            12/27/05
                          Entered By.: ALTOMARO, NICKIE A.        12/29/05

Upon doing research on the message books recovered in the search
warrant, I located the identity of "_ ____ ." The telephone number
561-_ ___    was registered to ( ___ _ ___ _ .  She currently is
seventeen years old and is attending the Palm Beach Mall Academy.  I
responded to 1801 Palm Beach Lakes Boulevard, also known as the Palm

Case No. . . . : 1-05-000368                              (Continued)
       Beach Mall.  I located the Simon Youth Foundation.  I located
            inside the foundation and informed her that I was
investigating a case against Jeffrey Epstein and knew she had been at
the house.          started to cry and advised she had put that part
of her life behind her.  I explained that although she is seventeen
years old I needed to inform her parents that she would be
interviewed.  She provided her home telephone number.  I attempted
contact and left voice mail messages at the house to speak with her
parents.

Det. Caristo and I then located Tatum Miller at her residence located
at 4938 21 Road in West Palm Beach.  I attempted to interview her
about Jeffrey Epstein.  She advised she is so in love with Jeff
Epstein and would do anything for him.  She further explained that she
would not speak with us about him either negative or positive.  She
asked us to leave her property.  I informed her that although she did
not wish to speak with us, I had sufficient information at this point
in the investigation to know she was at Epstein's house and provided
girls to Epstein to work.  I also explained that prior to our arrival
at her residence I had telephone contact with her father, Scott
Miller, who was told she would be interviewed.  Tatum Miller is
currently seventeen years old and as a juvenile, parental notification
would be required.  We then left the area and returned to the police
station.

While at the police station, I left another telephone message for
          parents.  I began an analysis of Sarah Kellen's Cellular
telephone.  The telephone number 917-855-3363 is assigned to Sarah
Kellen and the financially responsible party is Jeffrey Epstein of 457
Madison Ave. in New York City, New York.  The time frame which was
subpoenaed was September 2005, through October 2005.  There were
eighty seven pages of calls made either to the cell phone or from the
cell phone.  The local (561) numbers were analyzed.  A spread sheet
was prepared and placed into the attachment file of who was called.

The unknown numbers were researched using FoneFinder.com and subpoenas
were requested to determine subscriber information.  This was done to
identify additional victims or witnesses.  The analysis revealed that
Kellen had called the victim/witnesses frequently when Epstein was in
the Town of Palm Beach to "work." This confirms what the girls
interviewed had previously stated.  Kellen would notify them when
Epstein was in town and their willingness to "work." The CD was placed
into evidence.

       Investigation Continues.

*************************** N A R R A T I V E   # 30 ***************************
NA                      Reported By: RECAREY, JOSEPH              1/03/06
                        Entered By.: ALTOMARO, NICKIE A.          1/03/06

On December 29, 2005, I received a facsimile from National Compliance
Center from Cingular Wireless for telephone number 561-308-0282.  This

Case No. . . . : 1-05-000368                              (Continued)
    was the telephone number for Haley Robson during the time frame when
    the victim, ███ was brought to the Epstein house to "work."   An
    analysis of the phone records, of all incoming and outgoing calls,
    showed that on February 6, 2005, the day the victim, ███ was brought
    to the house, Robson first called Sarah Kellen, Epstein's assistant,
    at 917-855-3363 at 12:50 pm (EST).  The next call was made to Epstein's
    house in Palm Beach, at 12:52 pm (EST).  The following call was made
    to the victim, ███ at 1:01 pm (EST) and at 1:02 pm (EST).  This
    confirms the information provided by the victim and victim's father.
    I photo copied the records and enlarged the page 8 of 10 to show the
    calls made by Robson on February 6, 2005.

    To this date, I have not heard from ███████████ parents.  I
    will attempt to establish contact with them during the evening hours.
     I received a package from Atty. Guy Fronstin, which was hand
    delivered at the police station.  Within the package, was a letter
    from Alan Dershowitz, and two www.myspace.com profiles.  The profiles
    were that of ███████████ and ███████████.  MySpace.com is a social
    networking service that allows members to create unique personal
    profiles online in order to find and communicate with old and new
    friends.  This package was in response to a previous meeting in which
    Mr. Dershowitz called to assist in the investigation in providing any
    additional witnesses such as house employees who have been reluctant
    to speak with law enforcement.

    I reviewed the profiles Mr. Dershowitz enclosed. ███████ who designed
    her blog to be "███████████████", still attends ███████████████
    High School, sends and receives messages from friends which contain
    some profanity.  Upon reviewing her friends' comments section from
    Myspace, most of her good friends sent messages to establish contact
    and invite her to go out.

    I then reviewed ███████████ web blog which was provided by Mr.
    Dershowitz.  Ms. ███ designed her blog to be "PimpJuice."  Her blog
    states that her interests include music, theater and weed (Marijuana).
    I reviewed her packet in which ███ declares her love for her live-in
    boyfriend.  She also describes using marijuana with her boyfriend Will
    Tucker.

    The letter Mr. Dershowitz sent advised he was looking into the
    allegation that one of the private investigators used by the private
    attorneys of Epstein, attempted to impersonate or state that they were
    police officers from Palm Beach.  Mr. Dershowitz advised that the
    investigators used to interview ███████████ had "quite a distinct
    speech impediment", did not claim to be nor did they impersonate
    themselves as a police officer.  This package was sent to both ASA
    Lana Belohlavic and ASA Daliah Weiss at the State Attorney's Office.

    I made telephone contact with ASA Weiss to confirm she received the
    package and request an interview with Sarah Kellen, Nada Marcinkova,
    and Janusz Banasiak.  She advised she would assist in attempting to
    contact Mr. Dershowitz.

Case No. . . . : 1-05-000368                              (Continued)

On January 3, 2006, I received a telephone call from ASA Weiss who
informed me that she made telephone contact with Mr. Dershowitz.  She
had requested the employees be available the week of January 3, 2006.
Mr. Dershowitz informed her that the assistants are out of the
country and would require additional time to locate them and make them
available.

Investigation Continues.

*************************** N A R R A T I V E  # 31 ***************************
NA                     Reported By: MINOT, LORI S.                    1/03/06
                       Entered By.: ALTOMARO, NICKIE A.               1/03/06

On Thursday, 03/31/05, I started conducting surveillance at 358 El
Brillo.  At this point I observed at 1155 hours, a Tan Altima bearing
FL tag A303AN in Roadway, Black SL bearing FL tag V55RFW in drive, Tan
Honda Civic bearing FL tag X98APM in Roadway, Black Chevy Suburban in
driveway and a Black Caddy Escalade in driveway.  At 1325 Hours I
observed Tan Honda Civic X98APM in roadway, Black Chevy Suburban in
driveway, Black Caddy Escalade in drive and a White Kia car bearing FL
tag D651BQ.  At 1615 hours I observed a Tan Honda Civic, X98APM in
roadway, Black Chevy Suburban in drive, Black Caddy Escalade in
driveway and a White Kia car D651BQ in roadway.

On Friday, 04/01/05, I continued surveillance at 358 El Brillo.  At
1130 hours I observed a Tan Honda Civic bearing FL tag X98APM in
roadway, Black Caddy Escalade in driveway and a Tan unknown make/model
bearing FL tag A303AN in roadway.  At 1227 hours, I observed a Tan
Honda Civic X98APM in roadway, Black Caddy Escalade in driveway and a
Black Chevy SUV located behind the Escalade.  At 1345 hours, I
observed a Tan Honda Civic X98APM in roadway and a Black Chevy SUV in
driveway.  At 1558 hours, I observed a Tan Honda Civic X98APM in
roadway, Black Chevy SUV in driveway, Black Caddy Escalade in driveway
and a dark unknown model/make car parked in garage.

On Saturday, 04/02/05, I continued surveillance at 358 El Brillo.  At
0713 hours, I observed a Red Explorer bearing FL tag J98JEI in roadway
and a Black Caddy Escalade in driveway.  At 0814 hours, I observed a
Red Explorer J98JEI in roadway, Black Caddy Escalade in driveway and a
Tan Honda Civic X98APM.  At 0952 hours, I observed a Red Explorer
J98JEI in roadway, Black Caddy Escalade in driveway, Tan Honda Civic
X98APM in roadway and also a Grey unknown make/model with a B.M in
trunk retrieving landscaping tools.

At 1155 hours, I observed a Grey Camaro bearing FL tag X88EFF, parking
in the roadway in front of 358 El Brillo.  A W/F, blond hair, teens to
early 20's, thin and tall wearing a white tank top and short blue jean
shorts, exited the vehicle and walked to the rear of the house.  I
also observed a Red Explorer J98JEI in roadway, Tan Honda Civic X98APM
in roadway and a Black Caddy Escalade in driveway.  At 1310 hours, I
observed a Red Explorer W/F driver leaving the area, Tan subcompact on

Case No. . . . : 1-05-000368                                 (Continued)
       roadway and a Red Neon bearing FL tag J10GRV.  Then observed 3 W/Fs,
       approximately 16 to 18 years of age jogging.  All 3 females ran into
       the driveway.  There were 2 with blond hair and one brown hair.

       On Sunday, 04/03/05, I continued surveillance at 358 El Brillo.  At
       0719 hours I observed a Tan Honda Civic X98APM in roadway and a Black
       Caddy Escalade.  At 0934 hours, I observed a Tan Honda Civic X98APM in
       roadway and a Black Caddy Escalade in driveway.  At 1057 hours I
       observed only the Tan Honda Civic X98APM.

       On Tuesday, 04/05/05, I continued surveillance at 358 El Brillo.  At
       1052 hours, I observed a Red Explorer J98JEI in roadway, a Green
       Explorer, bearing FL tag F91KAK in roadway, a Grey Altima bearing FL
       tag A303AN in roadway, White Ford Truck H58LRA in roadway, Black
       Mercedes in driveway being washed by a B/M and an unknown dark car
       parked in the garage.  At 1059 hours a Blue Chevy Suburban drove to
       the house of 358 El Brillo and parked in the driveway.  At 1119 hours,
       I observed the White Fort Truck H58LRA leave the area and the drive
       was the pool man.

       At 1126 hours, I observed a Grey unknown make/model car park in
       roadway.  W/M got out of the car and walked to a house on the south
       side of El Brillo.  At 1406 hours, I observed a Red Explorer parked on
       roadway and a large white box truck parked behind the surveillance
       suburban.


*************************** N A R R A T I V E   # 32 ***************************
NA                    Reported By: BATES, MICHAEL J.              1/03/06
                      Entered By.: ALTOMARO, NICKIE A.            1/03/06

       On 03/31/05, at approximately 1500 hours while conducting surveillance
       at 358 El Brillo, I observed a Black Cadillac Escalade, unknown tag, a
       Black Chevrolet Suburban, unknown tag, a Black Mercedes S600 FL tag
       U90BQL parked in the east driveway next to the 3-car garage.  There
       was a Tan Honda Civic FL tag X98APM parked on the street in front of
       the residence.

       At approximately 1700 hours, I observed the Black Suburban, Black
       Escalade, Black Mercedes and Tan Honda Civic parked in the same place.
       At 1750 hours, there was no change in vehicles.  At 1840 hours, I
       observed the Black Escalade, Black Suburban and Black Mercedes along
       with a Silver Hyundai Accent FL tag A136AN all parked in the east
       driveway and a Red Ford Explorer FL tag J98JEI parked on the street in
       front of the residence.

       At 2000 hours, I observed the Black Escalade, Black Suburban parked in
       the ease driveway and the Red Explorer and Tan Civic parked on the
       street.

       On Friday, 04/01/05 at approximately 1700 hours, I observed the Black
       Escalade and Black Suburban parked in the east driveway and the Tan