# EXHIBIT 9

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/05/2013

VIRGINIA L. GIUFFRE, maiden name ROBERTS, date of birth ▮▮▮, Social Security Account Number [Social Security Number] ▮▮▮ United States Citizen and Australian Permanent Resident, residence ▮▮▮ New South Wales, Australia, 2261 was interviewed at the United States Consulate in Sydney, Australia. GIUFFRE was advised of the identity of the interviewing agents and purpose of the interview. Present during the interview was Federal Bureau of Investigation Special Agent ▮▮▮ ▮▮▮ and via telephone, Assistant United States Attorney ▮▮▮ GIUFFRE provided the following information:

GIUFFRE was born in Sacramento, California to parents ▮▮▮ ▮▮▮ date of birth ▮▮▮ currently resides in ▮▮▮ and ▮▮▮ date of birth ▮▮▮ currently resides in ▮▮▮ GIUFFRE moved to Palm Beach County, Florida with her parents when she was four years old and returned to California at age 11. She returned to Florida at age 13 and was placed in a rehabilitation or foster care facility in West Palm Beach, Florida.

GIUFFRE ran away from the rehabilitation facility when she was approximately 14 years old, and while living on the streets in Miami, Florida, she met ▮▮▮ ▮▮▮ was training GIUFFRE to be an escort ▮▮▮ gave GIUFFRE a life off of the streets which made her feel

b6
b7C

b6
b7C

b6
b7C

Investigation on 03/17/2011 at Sydney, Australia (In Person)

File # 31E-MM-108062    Date drafted 07/05/2013

by ▮▮▮

b6
b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 2 of 12

like she was locked into the relationship. ▭ gave GIUFFRE pharmaceutical drugs toward the end of their relationship.    b6 b7C

GIUFFRE's relationship with ▭ ended while she was at a private ranch near Ocala, Florida. GIUFFRE telephonically contacted a childhood friend, ▭ from a telephone at the ranch. GIUFFRE knew ▭ from elementary school and called him at the home telephone of his parents ▭ GIUFFRE told ▭ she was very lonely, and ▭ asked her why she did not leave ▭ GIUFFRE's telephone conversation with ▭ the recreational vehicle (RV) GIUFFRE was staying in at the ranch ▭ did not strike her ▭ pack her belongings and told her she was going to live with another man.    b6 b7C

▭ GIUFFRE felt that she was sent to ▭ but did not know the specifics of the arrangement. GIUFFRE engaged in sexual activity with ▭ who was described as a white male ▭ GIUFFRE stated ▭ GIUFFRE stayed with ▭ LNU for approximately one or two weeks before the police located her and returned her to her parents. GIUFFRE was interviewed by a male detective. GIUFFRE's parents were still married at the time and lived near ▭ Florida. GIUFFRE believed there was an FBI investigation related to ▭ She never saw ▭ again after ▭    b6 b7C

In approximately June 1998 or 1999, GIUFFRE began working at Donald Trump's Mar-A-Lago Club in Palm Beach, Florida. GIUFFRE's father ▭ was able to help her gain employment as a baby sitter and later as a locker room attendant at the club. GIUFFRE started studying for her GED and wanted to become a massage therapist. In August, GIUFFRE was reading an anatomy/massage book and was approached by ▭ and help her get her masseuse accreditation. ▭    b6 b7C

GIUFFRE consulted her father about the opportunity and at approximately 5:00 p.m. the same day, her father drove her to a residence at ▭

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                                    , On  03/17/2011 , Page  3 of 12

           [____] Florida. [____] spoke with GIUFFRE's father and told him it was a wonderful opportunity for GIUFFRE. GIUFFRE met [____] [____] also known as [____] GIUFFRE was led upstairs [____]

           Once upstairs in [____] [____] instructed GIUFFRE to wash her hands prior to beginning the massage. The massage began [____] demonstrated massage techniques to GIUFFRE.

           During the course of the massage, [____] questioned GIUFFRE about her past, including her time as a runaway. GIUFFRE was also asked if she took birth control.

           GIUFFRE was given instruction and began kissing [____]

           At the conclusion, [____] instructed GIUFFRE to obtain two warm wash clothes. One wash cloth was used to clean [____] second was [____] to help him relax. GIUFFRE described [____] and GIUFFRE then moved to the steam room and shower where GIUFFRE massaged [____] with soap and a loofah in the shower.

           At the conclusion of the shower, GIUFFRE went downstairs and [____] [____] Arrangements were made for GIUFFRE to return to the house the following day after work. GIUFFRE's cellular phone number was given to [____] [____]

b6
b7C

GIUFFRE001237

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                              , On  03/17/2011 , Page  4 of 12

  The same routine and pattern of massages and sexual activity between ▮▮▮▮▮ and GIUFFRE continued for between one and two weeks. At times, ▮▮▮▮▮ offered GIUFFRE the option to quit her job at Mar-A-Lago and travel ▮▮▮▮▮ There was also discussion of GIUFFRE receiving massage training. GIUFFRE was to be paid $200.00 per day for travel and $200.00 per hour for massages.    b6  b7C

  Early in her relationship with ▮▮▮▮▮ GIUFFRE met ▮▮▮▮▮ and was introduced as ▮▮▮▮▮ assistant.    b6  b7C

  GIUFFRE soon began traveling ▮▮▮▮▮ For the initial six months, GIUFFRE traveled ▮▮▮▮▮ around the United States and Caribbean, including California, New York City, New Mexico, and various business trips. During those trips, ▮▮▮▮▮    b6  b7C

  Six to nine months after GIUFFRE began working for ▮▮▮▮▮ GIUFFRE was introduced to ▮▮▮ LNU, ▮▮▮▮▮ in ▮▮▮▮▮ Florida. ▮▮▮▮▮ at the time. GIUFFRE met the couple at a condominium next to the ▮▮▮▮▮ The condominium was bought ▮▮▮▮▮ and was a ▮▮▮▮▮ In the condominium, GIUFFRE provided a normal massage to ▮▮▮ LNU. Shortly thereafter, ▮▮▮ LNU ▮▮▮▮▮ GIUFFRE provided an erotic massage to ▮▮▮▮▮ GIUFFRE and ▮▮▮▮▮ GIUFFRE cleaned ▮▮▮▮▮ She was paid cash ▮▮▮▮▮ In addition, ▮▮▮▮▮ paid GIUFFRE ▮▮▮▮▮ GIUFFRE was 16 years old at the time ▮▮▮▮▮    b6  b7C

  GIUFFRE advised ▮▮▮▮▮ introduced her to the drug Xanax. She explained that Xanax helped her escape from reality but allowed her to still function normally. Xanax helped her go forward with what she was doing with ▮▮▮ and others. Her habit went from two pills per day up to eight pills per day.    b6  b7C

  GIUFFRE's second client was an academic of some sort described as an older American male ▮▮▮▮▮ sent GIUFFRE from Miami International Airport to ▮▮▮▮▮ by commercial airline. GIUFFRE was picked up at the airport by ▮▮▮▮▮ and then taken to the island by boat. GIUFFRE    b6  b7C

GIUFFRE001238

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre , On 03/17/2011 , Page 5 of 12

pointed out that [_____] [_____] instructed GIUFFRE to entertain the client [_____] and wanted to ride jet skis and participate in other island activities [_____] [_____] GIUFFRE spent two days on the island with the client. GIUFFRE assumes the client also traveled [____] commercially.     b6 b7C

During the following several months, GIUFFRE traveled internationally [_____] Prior to her traveling abroad, [_____] assisted GIUFFRE in getting her passport. GIUFFRE got passport photographs of herself and provided them to [____] The remaining paperwork was taken care of by [_____] GIUFFRE traveled to Paris, France, the South of France, London, England, Africa, and Spain. While in Paris, GIUFFRE recalled staying at a hotel overlooking the Champs-Elysees. While traveling [_____] GIUFFRE traveled on [_____] a black plane. During the international travel, [_____] At times, GIUFFRE would [_____] [_____] Rarely a day would pass [_____] [_____]     b6 b7C

[_____] contacted GIUFFRE through [_____] and wanted to talk to GIUFFRE about [_____] [_____] and offered GIUFFRE a contract. GIUFFRE agreed to the contract for her story and was paid $140,000 for the story, $10,000 when the article was printed, and another $10,000 to be wired into GIUFFRE's account in May 2011. The contract prevented GIUFFRE from talking to any other press for a specified period. GIUFFRE advised that she provided [____] with detailed information [_____]     b6 b7C

[_____]
[_____]
[_____]     b6 b7C

[_____]
[_____]     b6 b7C

GIUFFRE001239

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 6 of 12

b6
b7C

At age 16, GIUFFRE met b6 b7C GIUFFRE believed she and were approximately the same age. GIUFFRE and

b6
b7C

GIUFFRE would dress

b6
b7C

GIUFFRE, though explained GIUFFRE provided an GIUFFRE described

b6
b7C

An unknown individual GIUFFRE saw when she arrived at GIUFFRE had GIUFFRE said that day was a low stage in her relationship because she could not believe

GIUFFRE never

b6
b7C

GIUFFRE001240

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 7 of 12

saw ☐ GIUFFRE believed the girls may have been ☐ but GIUFFRE was not certain of ☐ involvement.  b6 b7C

GIUFFRE had a picture of herself she wanted to give ☐  b6 b7C

GIUFFRE described some of the unique interior areas of ☐  b6 b7C

which GIUFFRE referred to ☐

which was where GIUFFRE stayed.

While in New York, GIUFFRE also stayed at an apartment on 66th street ☐ GIUFFRE was aware of ☐ additional apartments in the same building. According to ☐ the apartment building on 66th street was owned by ☐ GIUFFRE advised that she had a photograph of the interior of the 66th Street apartment among other photos ☐  b6 b7C

GIUFFRE advised that some of her photographs that were provided to her civil attorneys by her family were not returned. One of the missing photos depicted GIUFFRE wearing a pink dress while seated on a quad bike.

☐ LNU was ☐ female that formerly lived in ☐  b6 b7C

GIUFFRE001241

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 8 of 12

LNU and GIUFFRE went shopping together and purchased clothing and sex toys. GIUFFRE explained that [redacted] b6 b7C

[redacted] b6 b7C

GIUFFRE used a cellular telephone [redacted] She believed it was a New York City number but could not recall the number. GIUFFRE and [redacted]

GIUFFRE could only remember faces [redacted] not their names. GIUFFRE did not [redacted] but she did try unsuccessfully to get [redacted]

GIUFFRE recalled [redacted] but she could not recall the wording. [redacted] LNU. GIUFFRE advised [redacted] b6 b7C

GIUFFRE traveled [redacted] to a self-help conference at a hotel in New Orleans, Louisiana. The hotel was near the Hard Rock Café in New Orleans. GIUFFRE traveled the world [redacted] including the USVI, New York, Santa Fe, Palm Beach, France, Africa, Spain and the United Kingdom. b6 b7C

[redacted] GIUFFRE recalled visiting Alhambra Castle in Spain. [redacted] GIUFFRE eventually traveled to the United Kingdom and b6 b7C

GIUFFRE001242

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                                      , On  03/17/2011 , Page  9 of 12

while there, [redacted] approached GIUFFRE in a very excited manner and told her they had to go shopping to pick out a dress because GIUFFRE would be dancing with [redacted]   b6 b7C

GIUFFRE and [redacted] went shopping and purchased makeup, clothing, and a Burberry bag. The items were purchased with [redacted] GIUFFRE and [redacted] returned [redacted] instructed GIUFFRE to get ready. When GIUFFRE came down after getting ready, she was introduced to [redacted]   b6 b7C

[redacted] GIUFFRE traveled to CLUB TRAMP [redacted] GIUFFRE danced [redacted] at CLUB TRAMP [redacted] stayed at CLUB TRAMP for an hour or hour and a half and drank a couple of cocktails before returning to [redacted] GIUFFRE had not received any direction from [redacted] After returning to [redacted] GIUFFRE requested [redacted] to take a photograph of her [redacted] GIUFFRE advised that she still had the original photograph in her possession and would provide it to the interviewing agents. GIUFFRE proceeded with [redacted]

Approximately two months later, GIUFFRE met [redacted] at [redacted] GIUFFRE recalled [redacted] LNU, [redacted] GIUFFRE recalled [redacted] joking about trading GIUFFRE in because she was getting too old.   b6 b7C

GIUFFRE001243

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 10 of 12

GIUFFRE recalled meeting [redacted] GIUFFRE was using Xanax heavily at the time, and her recollection was not clear. She remembered there were many models on the island that did not speak English along with a modeling person who had an unknown accent. b6 b7C

[redacted] b6 b7C

[redacted] did not have a problem with GIUFFRE using prescription drugs. [redacted] was described by GIUFFRE as a [redacted] b6 b7C

[redacted] (TRUE NAME UNKNOWN) [redacted] a ranch employee in [redacted] but GIUFFRE could not recall his name. She did have a photograph of the ranch employee. b6 b7C

GIUFFRE met numerous famous people [redacted] including academics, politicians, and celebrities. She met [redacted] and [redacted] and [redacted] b6 b7C

GIUFFRE received many gifts [redacted] including jewelry, watches, bags, shoes, make up, clothing, and home furnishings. [redacted] GIUFFRE left all of the items behind when she traveled to Thailand to receive massage training. b6 b7C

In August 2002, GIUFFRE traveled by commercial airline to Bangkok, Thailand and began her massage training at International Training Massage School (ITM) where she received her massage certification. She stayed at the Princess Hotel in Thailand [redacted] but never did. GIUFFRE met her future husband, [redacted] during her visit to Thailand. GIUFFRE contacted [redacted] telephonically and told him she had fallen in love with someone. [redacted] b6 b7C

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                           , On  03/17/2011 , Page  11 of 12

    GIUFFRE had not heard from [redacted] GIUFFRE received a telephone call from [redacted] During that call, [redacted] stated he was an FBI agent. He was trying to determine what she knew about [redacted]. She did not tell [redacted] anything about her knowledge of [redacted]. She also received another telephone call from a person that indicated he was an FBI agent. She did not tell that individual anything either. She also received a call from an attorney that was trying to determine if she had spoken with anyone or was willing to speak to anyone [redacted] She explained that she was receiving telephone calls from people whom she did not know and that she was uncomfortable telling them anything over the telephone.

    One or two weeks later, an unknown attorney and [redacted] contacted GIUFFRE telephonically. [redacted]

    GIUFFRE was using a cellular telephone belonging to her husband. She nor her husband could recall the telephone number but advised that the carrier was OPTUS telephone company.

    GIUFFRE reviewed a series of photographs of individuals and identified the following:

Page 1, number 1, [redacted]

Page 1, number 2, [redacted] LNU, a.k.a. [redacted]

Page 2, number 1, [redacted]

Page 2, number 6, [redacted]

Page 3, number 2, [redacted]

Page 4, number 3, [redacted] LNU

Page 4, number 7, [redacted]

Page 4, number 8, [redacted]

Page 5, number 1, [redacted]

GIUFFRE advised that the following were familiar to her, but she could not recall their names or her association to them:

b6
b7C

GIUFFRE001245

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of Virginia L. Giuffre , On 03/17/2011 , Page 12 of 12

    Page 1, number 4

    Page 2, numbers 7 and 8

    Page 3, number 8

    Page 4, number 1

    Page 5, numbers 5 and 8

    The images reviewed by GIUFFRE were placed in a 1A envelope of the case file.

    When questioned about United States Customs and Border (CBP) Patrol records of her entries into the United States, GIUFFRE advised that her January 2001 record was the return from her London, England trip [redacted]. The April 2001 CBP record was her return to the United States [redacted]. GIUFFRE could not recall her travel from March and May 2001 CPB records. GIUFFRE advised that her United States Passport was turned over to the United States Consulate in Sydney, Australia.   b6 b7C

    On March 18, 2011, writer, SA [redacted] and [redacted] traveled to GIUFFRE's residence where she provided 20 photographs and her ITM massage school certification. FD-597 Receipts for Property were executed for the items and a copy was provided to GIUFFRE. It is noted that the receipts were dated based on the United States Eastern Standard Time Zone date. The photographs, certification and original FD-597s were placed in a 1A envelopes of case file.   b6 b7C

GIUFFRE001246