# EXHIBIT 14

Page 250

1    Q.   Would you know the name if I said it?
2    A.   Yeah.
3    Q.   Bill Riley?
4    A.   Yes.
5    Q.   Okay.  Have you ever spoken with an
6  investigator Paul Lavery?
7    A.   Could be, I'm not sure.
8    Q.   Okay.  So Bill Riley came by your house
9  personally?
10    A.   Yes.
11    Q.   And how long did you meet with him?
12    A.   Five minutes.  He gave me his card, he
13  gave me Mr. Critton telephone number, he said
14  don't talk to Mr. Goldberger.
15    Q.   Did he tell you why you should call Mr.
16  Critton?
17    A.   No.  I assume that he was not on the case
18  anymore, but I didn't ask questions but --
19    Q.   You assumed that who wasn't on the case
20  anymore?
21    A.   Mr. Goldberger, Jack Goldberger.
22    Q.   Okay.  But what I'm asking you, I guess,
23  is did this investigator, Mr. Riley, tell you why
24  it was important for you to call any attorney
25  that's associated with Mr. Epstein, why was that

Page 251

1  important?
2    A.   He didn't say that.  He didn't say that.
3  He just said that get in touch and that's it.
4  Because I said what am I going to do, because I
5  said I thought this was -- you know, but I didn't
6  know I was going to be subpoena.  And like I said
7  in the beginning of this deposition, I don't have
8  an attorney so I don't have money, first of all,
9  to pay for an attorney.  First of all, I don't
10  think I'm in trouble, but every time you hear high
11  powered lawyers you feel intimidated so I said,
12  listen, what am I going to do, and that was my
13  basic question.
14    Q.   Okay.  So then you spoke with somebody at
15  Mr. Critton's office and arranged to meet with him
16  personally?
17    A.   Yes.  I called his secretary and we sit
18  down with his assistant, the three of us.
19    Q.   So it was Mr. Critton, yourself, and
20  somebody else?
21    A.   Yes.
22    Q.   And you sat down for another two hour
23  period of time?
24    A.   Yes.
25    Q.   And what did you go over in that meeting?

Page 252

1    A.   We discuss -- he asked me a lot of
2  questions, obviously he didn't know a lot of
3  things about the case, and I told him who I was,
4  what I did in the house.
5    Q.   He told you he didn't know a lot about
6  the case?
7    A.   No, no, no.  He asked me questions about
8  so I got the feeling that Mr. Critton didn't know
9  as much as other lawyers.
10    Q.   Okay.  Did you tell him what you told us
11  here today?
12    A.   No.  He asked me tell the truth, you
13  know, just go over there, you know, he advise me
14  like you're on your own, Alfredo, just tell the
15  truth, you know.  He didn't give me any advice.
16         He paid for my gas.  Thank you very much.
17  And that's it, you know.
18         The main thing I wanted to have a lawyer
19  on my side but then I keep going to the first
20  instance when my wife told me you don't need a
21  lawyer, and I'm here today to say that, I'm here,
22  I'm speaking the truth.
23    Q.   Okay.  You mentioned there were five or
24  six computers in the house?
25    A.   Yes.

Page 253

1    Q.   And do you know what happened to the
2  computers?
3    A.   No.
4    Q.   You don't know where they are?
5    A.   (Shakes head.)
6    Q.   Nobody has told you?
7    A.   No.
8    Q.   You also mentioned there were photographs
9  in the house?
10    A.   In the computers in the files.
11    Q.   Okay.  But there were also still
12  photographs around the house?
13    A.   Oh yes, yes.
14    Q.   Some of the girls have made the
15  allegation that there were photographs of them
16  nude in the house.  Do you remember seeing that?
17    A.   In the closet, yeah, in a mosaic.  It was
18  one frame with probably 15 pictures, small
19  pictures.
20         MR. CRITTON:  Repeat the question back.
21  BY MR. EDWARDS:
22    Q.   Okay.  Some of the girls that have
23  lawsuits against Mr. Epstein with allegations
24  similar to the allegations that C. and T. have
25  made, which is that they were underage when Mr.

64 (Pages 250 to 253)

NON PARTY (VR) 000310

GIUFFRE000999

Case 1:20-cv-2088... Document 2... 07/2018... 244... Page 8 of 8 Page 3

| Page 254 | Page 256 |
|---|---|
| 1 Epstein was engaging in sex or sex acts with them, | 1 those photos? |
| 2 also say that they have seen pictures of | 2 A. One was a Columbian lady and one was -- |
| 3 themselves in frames in Mr. Epstein's house naked. | 3 one from Spain, beautiful girls, that, you know, |
| 4 A. In his closet. | 4 but they were not -- not the ones the girls we're |
| 5 Q. Other than the picture -- and these are | 5 talking about here. |
| 6 girls who are making the allegation that they were | 6 Q. Okay. When you were hired were you hired |
| 7 underage and there were pictures of them nude in | 7 by Mr. Epstein or were you hired by one of his |
| 8 his house. | 8 companies? |
| 9 A. I didn't see pictures of C. there. | 9 A. Mrs. Maxwell. |
| 10 Q. I'm not talking about C. I'm saying | 10 Q. So it was -- was it a company owned by |
| 11 other girls that were underage or have made | 11 Mrs. Maxwell? |
| 12 allegations that they have seen pictures of | 12 A. Not directly. My paycheck was Jeffrey |
| 13 themselves in Mr. Epstein's house. | 13 Epstein. I mean, I was hired by Mr. Epstein |
| 14 MR. CRITTON: Form. | 14 but -- |
| 15 BY MR. EDWARDS: | 15 Q. Okay. I just understood you to say you |
| 16 Q. Where would those photos have been, or | 16 were hired by Mrs. Maxwell. |
| 17 did you see them? | 17 A. Exactly, she told me you're hired but |
| 18 A. Yes, I see them inside his closet. | 18 you're going to get paid by Mr. Epstein. |
| 19 Q. It's one mosaic? | 19 Q. And he wrote you personal checks? |
| 20 A. Yes, one mosaic. | 20 A. No. The checks that came from New York, |
| 21 Q. Other than there did you see any of these | 21 Jeffrey Epstein Companies. |
| 22 pictures of young girls nude anywhere else in the | 22 Q. It was out of his company? |
| 23 house? | 23 A. Yes. |
| 24 MR. CRITTON: Form. | 24 Q. Which company; do you know? |
| 25 THE WITNESS: Nude with an art, yes, but | 25 A. 456 Madison Avenue. It's next to the New |

| Page 255 | Page 257 |
|---|---|
| 1 not pornography. You know, I saw them, they | 1 York Palace now. |
| 2 were all over the place. For instance, in | 2 Q. The name of the company is 456 Madison |
| 3 the back only showing part of the rear, you | 3 Avenue? |
| 4 know. | 4 A. No, no, it's -- I got it on the tip of my |
| 5 BY MR. EDWARDS: | 5 tongue. Something like Caribbean or island |
| 6 Q. But the photographs that I'm concerned | 6 something investments, something like that. |
| 7 with -- | 7 If you call Lesley, her secretary, she |
| 8 A. Not frontal pictures. | 8 will tell you exactly. Because they answer the |
| 9 Q. The photographs I'm concerned with are | 9 phone like that, you know. |
| 10 photographs of these West Palm Beach girls that | 10 Q. What's Lesley's number? |
| 11 were labeled as masseuses that are being displayed | 11 A. Lesley, I don't have it. I can find out |
| 12 around the house anywhere in some state of | 12 for you. |
| 13 undress. | 13 Q. Do you think you could get Lesley's |
| 14 MR. CRITTON: Form. | 14 number for us? |
| 15 THE WITNESS: No, I don't remember that. | 15 A. Yes. It's in Manhattan. |
| 16 BY MR. EDWARDS: | 16 Q. Does she work for this company in |
| 17 Q. Okay. The only girls that -- the only | 17 Manhattan? |
| 18 photograph that you remember of young girls nude | 18 MR. CRITTON: Form. |
| 19 was in a mosaic that is in his closet? | 19 THE WITNESS: Manhattan, yes. |
| 20 A. Yes. | 20 BY MR. EDWARDS: |
| 21 Q. Nothing that you remember that was on | 21 Q. If the check was issued did Jeffrey |
| 22 display? | 22 Epstein actually sign it himself? |
| 23 A. Downstairs, yes, but they were not these | 23 A. No, it came through the comptroller. |
| 24 girls, they were somebody else. | 24 Q. Who was the comptroller? |
| 25 Q. Okay. Do you know who was -- who were in | 25 A. Bella was the assistant comptroller and |

65 (Pages 254 to 257)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000311

GIUFFRE001000

Page 266

1  BY MR. LANGINO:
2    Q.  Are you currently in fear of Mr. Epstein?
3    A.  Not at this particular moment but it's
4  something I have to be worry about, yes.
5    Q.  Are you personally afraid of criminal
6  prosecution?
7    A.  No.
8    Q.  Do you believe that you did anything
9  illegal?
10   A.  Illegal, no.
11   MR. LANGINO:  I have no further
12  questions.  Thank you.
13   MR. CRITTON:  We're going to break in
14  about 15 minutes.  Do you want to start and
15  go for 15 minutes or do you want to -- it's
16  up to you.
17   MS. EZELL:  I'll start.
18   MR. WILLITS:  When are we going to quit,
19  folks?
20   MR. CRITTON:  In 15 minutes.
21   THE VIDEOGRAPHER:  Might as well change
22  tapes.
23   MR. EDWARDS:  Bob has to get back so
24  we've agreed we're going to come back some
25  other time.

Page 267

1    MR. WILLITS:  Why don't we just stop now?
2    MS. EZELL:  Okay.
3    MR. EDWARDS:  Rather than you start.
4    MS. EZELL:  Yeah, I won't get very far.
5    MR. EDWARDS:  Sorry to do this with you,
6  we didn't finish.
7    MR. CRITTON:  So we're stopped?
8    MR. EDWARDS:  We're stopped.
9    THE VIDEOGRAPHER:  Off the record.
10   (Thereupon, the videotaped deposition was
11  adjourned at 5:30 p.m.)
12         - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 268

1  THE STATE OF FLORIDA,     )
2  COUNTY OF DADE.           )
3
4
5    I, the undersigned authority, certify
6  that ALFREDO RODRIGUEZ personally appeared before
7  me on the 29th day of July, 2009 and was duly
8  sworn.
9
10   WITNESS my hand and official seal this
11  31st day of July, 2009.
12
13
14
15  _____
     MICHELLE PAYNE, Court Reporter
16   Notary Public - State of Florida
17
18
19
20
21
22
23
24
25

Page 269

1         C E R T I F I C A T E
2
   The State Of Florida,    )
3  County Of Dade.          )
4
5    I, MICHELLE PAYNE, Court Reporter and
   Notary Public in and for the State of Florida at
6  large, do hereby certify that I was authorized to
   and did stenographically report the videotaped
7  deposition of ALFREDO RODRIGUEZ; that a review of
   the transcript was requested; and that the
8  foregoing pages, numbered from 1 to 269,
   inclusive, are a true and correct transcription of
9  my stenographic notes of said deposition.
10   I further certify that said videotaped
   deposition was taken at the time and place
11  hereinabove set forth and that the taking of said
   videotaped deposition was commenced and completed
12  as hereinabove set out.
13   I further certify that I am not an
   attorney or counsel of any of the parties, nor am
14  I a relative or employee of any attorney or
   counsel of party connected with the action, nor am
15  I financially interested in the action.
16   The foregoing certification of this
   transcript does not apply to any reproduction of
17  the same by any means unless under the direct
   control and/or direction of the certifying
18  reporter.
19   DATED this 31st day of July, 2009.
20
21  _____
22   MICHELLE PAYNE, Court Reporter
23
24
25

68 (Pages 266 to 269)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000314

GIUFFRE001003

```
                                                              Page 270
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,          CASE NO: 08-CV-80119

 4        Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7        Defendant.
      _____/
 8
      JANE DOE NO. 3,          CASE NO: 08-CV-80232
 9
          Plaintiff,
10                                        CONDENSED
      Vs.
11
      JEFFREY EPSTEIN,
12
          Defendant.
13    _____/

14    JANE DOE NO. 4,          CASE NO: 08-CV-80380

15        Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18        Defendant.
      _____/
19
      JANE DOE NO. 5,          CASE NO: 08-CV-80381
20
          Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
          Defendant.
24    _____/

25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000315

GIUFFRE001004

**Page 271**

```
 1   JANE DOE NO. 6,        CASE NO: 08-CV-80994
 2      Plaintiff,
 3   Vs.
 4   JEFFREY EPSTEIN,
 5      Defendant.
                              /
 6
     JANE DOE NO. 7,        CASE NO: 08-CV-80993
 7
        Plaintiff,
 8
     Vs.
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11                            /
12   C.M.A.,               CASE NO: 08-CV-80811
13      Plaintiff,
14   Vs.
15   JEFFREY EPSTEIN,
16      Defendant.
                              /
17
     JANE DOE,             CASE NO: 08-CV-80893
18
        Plaintiff,
19
     Vs.
20
     JEFFREY EPSTEIN,
21
        Defendant.
22                            /
23
24
25
```

**Page 272**

```
 1   JANE DOE NO. II,       CASE NO: 08-CV-80469
 2      Plaintiff,
 3   Vs.
 4   JEFFREY EPSTEIN,
 5      Defendant.
                              /
 6
     JANE DOE NO. 101       CASE NO: 08-CV-80591
 7
        Plaintiff,
 8
     Vs.
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11                            /
12   JANE DOE NO. 102,      CASE NO: 08-CV-80656
13      Plaintiff,
14   Vs.
15   JEFFREY EPSTEIN,
16      Defendant.
                              /
17
18
19
20
21
22
23
24
25
```

**Page 273**

```
 1           IN THE CIRCUIT COURT OF THE 15TH
             JUDICIAL CIRCUIT IN AND FOR
 2           PALM BEACH COUNTY, FLORIDA
 3           CASE NO. 502008CA037319XXXXMB AB
 4
     B.B.,
 5
        Plaintiff,
 6
     Vs.
 7
     JEFFREY EPSTEIN.
 8
        Defendant.
 9                            /
10
11
12           1031 Ives Dairy Road
             Suite 228
13           North Miami, Florida
             August 7, 2009
14           1:15 p.m. to 5:30 p.m.
15
16           C O N T I N U E D
17           V I D E O T A P E D
18           D E P O S I T I O N
19                  of
20           ALFREDO RODRIGUEZ
21
22      taken on behalf of the Plaintiffs pursuant
23   to a Re-Notice of Taking Continued Videotaped
24   Deposition (Duces Tecum)
25                - - -
```

**Page 274**

```
 1   APPEARANCES:
 2
 3      MERMELSTEIN & HOROWITZ, P.A.
        BY: ADAM HOROWITZ, ESQ.
 4      18205 Biscayne Boulevard
        Suite 2218
 5      Miami, Florida 33160
        Attorney for Jane Doe 2, 3, 4, 5,
 6      6, and 7.
 7
 8      ROTHSTEIN ROSENFELDT ADLER
        BY: BRAD J. EDWARDS, ESQ., and
 9      CARA HOLMES, ESQ.
        Las Olas City Centre
10      Suite 1650
        401 East Las Olas Boulevard
11      Fort Lauderdale, Florida 33301
        Attorney for Jane Doe and E.W.
12      And L.M.
13
14      PODHURST ORSECK
        BY: KATHERINE W. EZELL, ESQ.
15      25 West Flagler Street
        Suite 800
16      Miami, Florida 33130
        Attorney for Jane Doe 101 and 102.
17
18
        LEOPOLD-KUVIN
19      BY: ADAM J. LANGINO, ESQ.
        2925 PGA Boulevard
20      Suite 200
        Palm Beach Gardens, Florida 33410
21      Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000316**

GIUFFRE001005

Page 299

1    A.   I don't remember, Ma'am. He came from
2 New Albany, Ohio.
3    Q.   From New --
4    A.   New Albany, Ohio.
5    Q.   New Albany, Ohio. Did he have his own
6 business?
7    A.   No, he worked for Mr. Epstein. He will
8 maintain all the computers.
9    Q.   Was he there everyday?
10    A.   No, ma'am.
11    Q.   Do you know whether at that time Mr.
12 Epstein had an office in Palm Beach?
13    A.   Not outside the house, no.
14    Q.   Do you have any knowledge of whether or
15 not the video equipment was -- and I don't know
16 the technical term, forgive me, but was it the
17 kind of equipment that would record for a certain
18 amount of time and then record over that film?
19    A.   I don't know.
20      MR. CRITTON: Form.
21 BY MS. EZELL:
22    Q.   You don't know?
23    A.   No, ma'am.
24      MR. CRITTON: Just for clarification, I
25      may have misunderstood, but I thought he

Page 300

1      said he didn't even know the video equipment
2      existed until he read the FBI report.
3      MS. EZELL: He said he didn't know that
4      it was upstairs and downstairs, I believe.
5      MR. CRITTON: I thought he said he didn't
6      know that it even existed.
7      MS. EZELL: I may be wrong.
8 BY MS. EZELL:
9    Q.   Did you know it existed before you read
10 the FBI report?
11    A.   No, ma'am.
12    Q.   I'm sorry, then I was wrong.
13      How did you know then that the young
14 technician from Ohio maintained the computers and
15 the video equipment?
16    A.   Because we used to request -- there were
17 always problems with the computers so he came to
18 the house and he was the programmer. It was very
19 sophisticated.
20      MR. CRITTON: Form to the last question,
21      move to strike the answer as nonresponsive.
22 BY MS. EZELL:
23    Q.   How did you know then that he maintained
24 the video equipment as well?
25    A.   Because he was in charge of computers,

Page 301

1 video, even phones.
2    Q.   Would he also repair the televisions if
3 they needed work?
4    A.   No.
5    Q.   No. Did you have any kind of intercom
6 system in the house?
7    A.   Yes, ma'am.
8    Q.   And what kind of system was that?
9    A.   It was standard office equipment, Lucid
10 Technologies maybe, but it was an intercom like we
11 using right now.
12      MS. EZELL: Just let the record reflect
13      that the witness pointed to the telephone on
14      the table that has a speaker phone.
15      THE WITNESS: Yes, ma'am.
16 BY MS. EZELL:
17    Q.   And did you use that in your work?
18    A.   Yes, ma'am.
19    Q.   And what did you use it for?
20    A.   Mr. Epstein used to page me when he
21 needed me.
22    Q.   Did you have one of those phones in the
23 kitchen?
24    A.   Yes, ma'am.
25    Q.   And was there one out in the staff house

Page 302

1 as well?
2    A.   Yes, ma'am.
3    Q.   Do you know where others were in the
4 house?
5    A.   Probably have like 15 phones. We used to
6 have three in the staff house, one in the cabana,
7 two in the master bedroom, one in each room,
8 kitchen, dining room, Mrs. Maxwell's office, the
9 garage.
10    Q.   Where was Mrs. Maxwell's office?
11    A.   Under the stairs next to the kitchen.
12    Q.   Can you give me some idea of what size
13 space that was?
14    A.   It was probably -- we change the floor.
15 Twelve by five, something like that.
16    Q.   And was the computer equipment in that
17 space?
18    A.   Yes, ma'am.
19    Q.   Do you know whether Ms. Maxwell kept the
20 names and telephone numbers of the girls who came
21 to do massages?
22    A.   Yes, ma'am.
23      MR. CRITTON: Form.
24 BY MS. EZELL:
25    Q.   Do you know that because you saw the

9 (Pages 299 to 302)

NON PARTY (VR) 000323

GIUFFRE001013

| Page 303 | Page 305 |
|---|---|
| 1 names and phone numbers? | 1 computer? |
| 2     MR. CRITTON: Form. | 2     MR. CRITTON: Form. |
| 3     THE WITNESS: Yes, ma'am. | 3     THE WITNESS: Yes, ma'am. |
| 4 BY MS. EZELL: | 4 BY MS. EZELL: |
| 5   Q. Do you know if she kept pictures of the | 5   Q. And did she generally have phone numbers |
| 6 girls on the computer? | 6 for those girls? |
| 7   A. Yes, she did. | 7   A. Yes, ma'am. |
| 8   Q. And you know that as well because you | 8   Q. And were they generally pictures of the |
| 9 happen to see them? | 9 girls? |
| 10   A. Yes, ma'am. | 10     MR. CRITTON: Form. |
| 11     MR. CRITTON: Form to the last two | 11     THE WITNESS: No, ma'am. |
| 12     questions. | 12 BY MS. EZELL: |
| 13 BY MS. EZELL: | 13   Q. And did Ms. Maxwell have a list of the |
| 14   Q. Were they similar to the pictures that | 14 girls who came to give massages? |
| 15 Ms. Kellen had on her computer? | 15     MR. CRITTON: Form. |
| 16     MR. CRITTON: Form. | 16     THE WITNESS: Yes, ma'am. |
| 17     THE WITNESS: Yes, ma'am. | 17 BY MS. EZELL: |
| 18 BY MS. EZELL: | 18   Q. Did she have telephone numbers generally? |
| 19   Q. Did the pictures that they kept there | 19   A. Yes, ma'am. |
| 20 look like pictures that were posed? | 20     MR. CRITTON: Form. |
| 21   A. They were more casual. | 21 BY MS. EZELL: |
| 22   Q. Did they look as though the person being | 22   Q. Were there pictures on her computer of |
| 23 photographed knew that they were being | 23 the girls who came to give massages? |
| 24 photographed? | 24     MR. CRITTON: Form. |
| 25     MR. CRITTON: Form. | 25 BY MS. EZELL: |

| Page 304 | Page 306 |
|---|---|
| 1     THE WITNESS: No, ma'am. | 1   Q. Ms. Maxwell I'm talking about. |
| 2 BY MS. EZELL: | 2   A. Yes, ma'am. |
| 3   Q. And what can you tell me about that, what | 3   Q. And were those pictures the more casual |
| 4 lead you to draw that conclusion? | 4 ones that you described when I asked whether or |
| 5   A. They were probably taken in parties in | 5 not the subject looked as though she knew she was |
| 6 big reception or banquet. | 6 being photographed? |
| 7     MR. CRITTON: Let me offer as a | 7     MR. CRITTON: Form. |
| 8     suggestion, not that you have to accept or | 8     THE WITNESS: I'm sorry, can you repeat? |
| 9     that you would, you're using the term young | 9 BY MS. EZELL: |
| 10     girls generically, he has probably seen | 10   Q. Yeah. The pictures of the young girls |
| 11     many, many young girls, there was no -- | 11 who came to the house to give massages that were |
| 12     you've used it interchangeably with just | 12 on Ms. Maxwell's computer, did they appear to have |
| 13     young girls versus young girls who may have | 13 been taken when the girls knew they were being |
| 14     come to -- purported to give a massage and, | 14 photographed? |
| 15     therefore, that may be a different answer, | 15     MR. CRITTON: Form. |
| 16     so that's part of my form objection. | 16     THE WITNESS: I don't think they knew |
| 17     MS. EZELL: Okay, thank you. | 17     they were being photographed. |
| 18 BY MS. EZELL: | 18 BY MS. EZELL: |
| 19   Q. When I asked you about Ms. Kellen whether | 19   Q. I believe you said they were more casual |
| 20 she had a list of the girls and telephone numbers, | 20 pictures. |
| 21 I think I asked about those girls that came to | 21   A. Yes, ma'am. |
| 22 give massages, but let me go back and just ask it | 22   Q. Did you notice any nude photographs in |
| 23 that way. | 23 those pictures? |
| 24     Did you notice that Ms. Kellen had a list | 24   A. Yes, ma'am. |
| 25 of the girls that came to give massages on her | 25     MR. CRITTON: Form for the last question. |

10 (Pages 303 to 306)

NON PARTY (VR) 000324

GIUFFRE001014

Case 1:21-cv-10019-JSR Document 96-18 Filed 04/28/23 Page 9 of 9

Page 471

```
 1   THE STATE OF FLORIDA,      )
 2   COUNTY OF DADE.            )
 3
 4
 5        I, the undersigned authority, certify
 6   that ALFREDO RODRIGUEZ personally appeared before
 7   me on the 7th day of August, 2009 and was duly
 8   sworn.
 9
10        WITNESS my hand and official seal this
11   18th day of August, 2009.
12
13
14
15   _____
         MICHELLE PAYNE, Court Reporter
16       Notary Public - State of Florida
17
18
19
20
21
22
23
24
25
```

Page 472

```
 1      C E R T I F I C A T E
 2
     The State Of Florida,    )
 3   County Of Dade.          )
 4
 5      I, MICHELLE PAYNE, Court Reporter and
     Notary Public in and for the State of Florida at
 6   large, do hereby certify that I was authorized to
     and did stenographically report the deposition of
 7   ALFREDO RODRIGUEZ; that a review of the transcript
     was not requested; and that the foregoing pages,
 8   numbered from 270 to 472, inclusive, are a true
     and correct transcription of my stenographic notes
 9   of said deposition.
10      I further certify that said deposition was
     taken at the time and place hereinabove set forth
11   and that the taking of said deposition was
     commenced and completed as hereinabove set out.
12
        I further certify that I am not an
13   attorney or counsel of any of the parties, nor am
     I a relative or employee of any attorney or
14   counsel of party connected with the action, nor am
     I financially interested in the action.
15
        The foregoing certification of this
16   transcript does not apply to any reproduction of
     the same by any means unless under the direct
17   control and/or direction of the certifying
     reporter.
18
        DATED this 18th day of August, 2009.
19
20
21      _____
        MICHELLE PAYNE, Court Reporter
22
23
24
25
```

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000366

GIUFFRE001056