# EXHIBIT 37

# EXHIBIT 4
# (File Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,
v.
GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

                June 21, 2016
                9:17 a.m.

      C O N F I D E N T I A L

    Deposition of JOSEPH RECAREY, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



1          JOSEPH RECAREY - CONFIDENTIAL
2  Ghislane Maxwell?
3     A.   I wanted to speak with everyone related to
4  this home, including Ms. Maxwell.  My contact was
5  through Gus, Attorney Gus Fronstin, at the time, who
6  initially had told me that he would make everyone
7  available for an interview.  And subsequent
8  conversations later, no one was available for
9  interview and everybody had an attorney, and I was
10 not going to be able to speak with them.
11    Q.   Okay.  During your investigation, what did
12 you learn in terms of Ghislane Maxwell's
13 involvement, if any?
14         MR. PAGLIUCA:  Object to form and
15    foundation.
16         THE WITNESS:  Ms. Maxwell, during her
17    research, was found to be Epstein's long-time
18    friend.  During the interviews, Ms. Maxwell was
19    involved in seeking girls to perform massages
20    and work at Epstein's home.
21         MR. PAGLIUCA:  Object to form and
22    foundation.
23 BY MR. EDWARDS:
24    Q.   Did you interview -- how many girls did
25 you interview that were sought to give or that



```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2    actually gave massages at Epstein's home?
 3           MR. PAGLIUCA:  Object to form and
 4       foundation.
 5    BY MR. EDWARDS:
 6       Q.   Approximately.
 7           MR. PAGLIUCA:  Same objection.
 8           THE WITNESS:  I would say approximately
 9       30; 30, 33.
10    BY MR. EDWARDS:
11       Q.   And of the 30, 33 or so girls, how many
12    had massage experience?
13           MR. PAGLIUCA:  Object to form and
14       foundation.
15           THE WITNESS:  I believe two of them may
16       have been -- two of them.
17    BY MR. EDWARDS:
18       Q.   Okay.  And as we go through this report,
19    you may remember the names?
20       A.   Correct.  Let me correct myself.  I
21    believe only one had.
22       Q.   And was that -- was that one of similar
23    age to the other girls?
24           MR. PAGLIUCA:  Object to form and
25       foundation.
```



```
 1                 JOSEPH RECAREY - CONFIDENTIAL
 2            THE WITNESS:  No.
 3   BY MR. EDWARDS:
 4       Q.   Okay.  The one with massage experience was
 5   older?
 6            MR. PAGLIUCA:  Object to form and
 7       foundation.
 8            THE WITNESS:  Correct.
 9   BY MR. EDWARDS:
10       Q.   The remainder of the 30 girls that went to
11   this house for the purposes of massage or recruited
12   for massage, is it my understanding that they had no
13   massage experience?
14            MR. PAGLIUCA:  Object to form and
15       foundation.
16            THE WITNESS:  That's correct.
17   BY MR. EDWARDS:
18       Q.   And were the majority of those girls that
19   you interviewed over or under the age of 18?
20            MR. PAGLIUCA:  Object to form and
21       foundation.
22            THE WITNESS:  The majority were under.
23   BY MR. EDWARDS:
24       Q.   And how was it that Mr. Epstein gained
25   access to that number of underaged girls?
```



Page 32

1  JOSEPH RECAREY - CONFIDENTIAL
2  MR. PAGLIUCA: Object to form and
3  foundation.
4  THE WITNESS: Each of the victims that
5  went to the home were asked to bring their
6  friends to the home. Some complied and some
7  didn't.
8  BY MR. EDWARDS:
9  Q. Okay. So the victim would come to the
10 home and could give a massage and get paid for it;
11 is that right?
12 MR. PAGLIUCA: Object to form and
13 foundation.
14 THE WITNESS: Correct.
15 BY MR. EDWARDS:
16 Q. And at the end of that massage, if that
17 victim brought other friends, she would get paid for
18 the recruitment of those friends?
19 MR. PAGLIUCA: Object to form and
20 foundation.
21 THE WITNESS: Correct.
22 BY MR. EDWARDS:
23 Q. Additionally, did your investigation
24 reveal that the assistants of Jeffrey Epstein would
25 call and set up for these girls to come over to the



```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2    house for the massages?
 3           MR. PAGLIUCA:  Object to form and
 4        foundation.
 5           THE WITNESS:  Correct.
 6    BY MR. EDWARDS:
 7        Q.  And, as well, certain people that were
 8    friends or girlfriends or assistants of Jeffrey
 9    Epstein would recruit girls under the pretense of
10    giving a massage?
11           MR. PAGLIUCA:  Object to form and
12        foundation.
13           THE WITNESS:  Correct.
14    BY MR. EDWARDS:
15        Q.  Is that what your investigation revealed
16    in terms of the system of getting these girls over
17    to the house?
18           MR. PAGLIUCA:  Object to form and
19        foundation.
20           THE WITNESS:  Yes.
21    BY MR. EDWARDS:
22        Q.  Okay.  Talking about the massages, when --
23    when these -- the various girls that you interviewed
24    described the massages, was there a pattern of what
25    occurred during these massages?
```



```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2           MR. PAGLIUCA:  Object to form and
 3      foundation.
 4           THE WITNESS:  Yes, there was.
 5   BY MR. EDWARDS:
 6      Q.   Okay.  Describe for us what the pattern
 7   was that was told to you by the 30 or so girls that
 8   you interviewed?
 9           MR. PAGLIUCA:  Object to form and
10      foundation.
11           THE WITNESS:  Initially, when the -- when
12      the victims would come into the home and were
13      brought upstairs to provide the massage,
14      Epstein would lay on his massage table, where
15      they would start to rub his back and the back
16      of his legs.
17           Epstein would either attempt to fondle the
18      girls or touch the girls inappropriately, and
19      at which point he would masturbate.  And when
20      he was done, he would get up and go wash off
21      while the girls would get dressed and go back
22      downstairs and get paid.
23   BY MR. EDWARDS:
24      Q.   Okay.  So did you determine that "massage"
25   was actually a code word for something else?
```



Page 35

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2        MR. PAGLIUCA:  Object to form and
 3     foundation.
 4        THE WITNESS:  When they went to perform a
 5     massage, it was for sexual gratification.
 6  BY MR. EDWARDS:
 7     Q.   And when the assistants would call and ask
 8  these girls to work, did you learn what the term
 9  "work" meant with respect to these girls coming to
10  the house?
11        MR. PAGLIUCA:  Object to form and
12     foundation.
13        THE WITNESS:  "Work" meant to come and
14     provide Epstein a massage.
15  BY MR. EDWARDS:
16     Q.   And massage -- how often would these
17  massages, based upon your investigation, turn into
18  something sexual?
19        MR. PAGLIUCA:  Object to form and
20     foundation.
21        THE WITNESS:  During the investigation, it
22     was determined that he would have multiple
23     massages during the day.  He would have some in
24     the morning and some in the afternoon,
25     sometimes into the evening.  So he would
```



Page 50

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   BY MR. EDWARDS:
 3        Q.   All right.
 4             And so when you went to speak with the
 5   victims, what did these victims say about their
 6   experience with Jeffrey Epstein?
 7             MR. PAGLIUCA:  Object to form and
 8        foundation.
 9             THE WITNESS:  Once they were recruited,
10        they were brought to the home.  They were to
11        provide a massage.
12             Some of the victims did not want to be
13        touched; some of the victims did not want to
14        partake in that.  So it was -- I believe for --
15        for a couple of them it was only a one-shot
16        deal, but others continued to come.
17   BY MR. EDWARDS:
18        Q.   Okay.  And as you interviewed some of
19   those victims, did you learn that some of those
20   victims also brought additional girls?
21             MR. PAGLIUCA:  Object to form and
22        foundation.
23             THE WITNESS:  That's correct.
24   BY MR. EDWARDS:
25        Q.   So as you were investigating this case, as
```



Page 51

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2   part of your investigation, you're learning
 3   information from these victims and then going to
 4   talk to the next person down the line, if you will?
 5           MR. PAGLIUCA:  Object to form and
 6       foundation.
 7           THE WITNESS:  Correct.
 8   BY MR. EDWARDS:
 9       Q.   And what is the purpose of that?
10       A.   To identify further victims and acquire
11   additional information.
12       Q.   And in doing that, were you able to
13   corroborate the accuracy of what the first victim
14   told you?
15           MR. PAGLIUCA:  Object to form and
16       foundation.
17           THE WITNESS:  Correct.
18   BY MR. EDWARDS:
19       Q.   Okay.  And did you learn of ▮▮▮▮▮▮▮▮
20   involvement with respect to the various girls?
21           MR. PAGLIUCA:  Object to form and
22       foundation.
23           THE WITNESS:  Yes.
24   BY MR. EDWARDS:
25       Q.   What was her role?
```



Page 90

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2              MR. PAGLIUCA:  Object to form and
 3         foundation.
 4              THE WITNESS:  That is correct.
 5    BY MR. EDWARDS:
 6         Q.   And did you turn all of your files over to
 7    either the State Attorney's Office or the FBI?
 8         A.   That is correct.
 9         Q.   And through the State Attorney's Office,
10    was the information contained within the probable
11    cause affidavit and the incident reports a publicly
12    available document?
13              MR. PAGLIUCA:  Object to form and
14         foundation.
15              THE WITNESS:  Yes.
16    BY MR. EDWARDS:
17         Q.   And around the time of your
18    investigation -- around the time you ended your
19    investigation and thereafter, were various newspaper
20    articles written about the substance of some of your
21    investigation?
22         A.   Yes.
23         Q.   Did it become well known to the public
24    that Jeffrey Epstein had recruited high school girls
25    to his house for the purpose of some sexually
```



Page 91

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2   involved massage?
 3         MR. PAGLIUCA:  Object to form and
 4      foundation.
 5         THE WITNESS:  That is correct.
 6   BY MR. EDWARDS:
 7      Q.   And, in fact, haven't you read many of
 8   these newspaper articles?
 9      A.   That is correct.
10      Q.   That was not a hidden secret from the
11   public beginning in 2006, right?
12      A.   No.
13      Q.   And from your overall investigation, kind
14   of just a big picture, what was the criminal
15   activity, as specific as you can, that you learned
16   that Jeffrey Epstein and others were involved in?
17         MR. PAGLIUCA:  Object to form and
18      foundation.
19         THE WITNESS:  It was sexual battery and
20      lewd and lascivious conduct for under the age
21      of 16.
22   BY MR. EDWARDS:
23      Q.   And what was the specific system of
24   engaging in this type of activity?
25         MR. PAGLIUCA:  Object to form and
```



Page 92

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2      foundation.
 3            THE WITNESS:  As to --
 4  BY MR. EDWARDS:
 5      Q.   From the recruitment to the:  How did you
 6  get them, what did you do, how did you keep it
 7  going?
 8      A.   Once the --
 9            MR. PAGLIUCA:  Object to form and
10      foundation.  Sorry.
11            THE WITNESS:  No, no.
12            As it became known to us that the victim
13      was recruited, brought to the home, provided
14      the massage, was paid, whether there was
15      inappropriate touching, whether there was
16      sexual activity, whether there was actually
17      intercourse, all of that was documented and was
18      asked whether they brought anyone to the home,
19      whether they had any formal training in massage
20      therapy, and once -- once additional victims
21      were identified, we continued the same -- the
22      same method of investigation.
23  BY MR. EDWARDS:
24      Q.   Okay.  And one of the earliest victims, in
25  terms of the chronology of this pyramid of girls,
```



Page 93

```
1              JOSEPH RECAREY - CONFIDENTIAL
2    for lack a better word -- you understand what I mean
3    by that, right?
4            MR. PAGLIUCA:  Object to form and
5         foundation.
6            THE WITNESS:  Yes.
7    BY MR. EDWARDS:
8         Q.   That there's -- there's -- one of the
9    earliest victims that you interviewed was ▮
10   ▮; is that right?
11           MR. PAGLIUCA:  Object to form and
12        foundation.
13           THE WITNESS:  It was actually ▮, I think
14        was the first one that was interviewed, and
15        then ▮ was the one I interviewed.
16   BY MR. EDWARDS:
17        Q.   Okay.  My question was bad.
18             I know that the first person interviewed
19   that kind of kicked off the investigation was ▮,
20   but -- and just to create a picture of what we have
21   here, this is, and tell me if I characterized it
22   wrong, a scheme that Jeffrey Epstein engaged in by
23   using assistants to recruit girls, right?
24        A.   Correct.
25        Q.   Under the --
```



Page 94

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2            MR. PAGLIUCA:  Object to form and
 3       foundation.
 4  BY MR. EDWARDS:
 5       Q.   Under the pretense of giving a massage?
 6            MR. PAGLIUCA:  Object to form and
 7       foundation.
 8            THE WITNESS:  Correct.  Either a message
 9       and/or become a model for Victoria's Secrets
10       and/or connections.
11  BY MR. EDWARDS:
12       Q.   And when he was able to get these girls to
13  his home, he would then offer them money to also
14  become recruiters for him?
15            MR. PAGLIUCA:  Object to form and
16       foundation.
17            THE WITNESS:  Correct.
18  BY MR. EDWARDS:
19       Q.   And that created this -- if you've mapped
20  it out, kind of a spider web or a pyramid of girls
21  bringing girls to Jeffrey Epstein's house?
22            MR. PAGLIUCA:  Object to form and
23       foundation.
24  BY MR. EDWARDS:
25       Q.   Right?
```



Page 95

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2        A.   Correct.
 3        Q.   All right.
 4             So when I say one of the first, I mean on
 5   the top of the pyramid one of the earliest people
 6   that you interviewed that brought girls to Jeffrey
 7   Epstein's house was ▓?
 8        A.   Correct.
 9             MR. PAGLIUCA:  Object to form and
10        foundation.
11   BY MR. EDWARDS:
12        Q.   And I think that you testified that ▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to Jeffrey Epstein's house the
14   first time, right?
15             MR. PAGLIUCA:  Object to form and
16        foundation.
17             THE WITNESS:  Correct.
18   BY MR. EDWARDS:
19        Q.   Did you ever trace all the way up to the
20   highest level to determine who was it that started
21   this particular chain of Palm Beach girls coming
22   over to Jeffrey Epstein's home?
23             MR. PAGLIUCA:  Object to form and
24        foundation.
25             THE WITNESS:  I did not.  Basically, when
```



Page 363

```
 2                       AFFIDAVIT
 3     STATE OF FLORIDA           )
       COUNTY OF                  )
 4
 5
           I,                          , being first
 6     duly sworn, do hereby acknowledge that I did
       read a true and certified copy of my deposition
 7     which was taken in the case of GIUFFRE V.
       MAXWELL, taken on the 24th day of September,
 8     2016, and the corrections I desire to make are
       as indicated on the attached Errata Sheet.
 9
10                       CERTIFICATE
11
12     STATE OF FLORIDA           )
       COUNTY OF                  )
13
14
           Before me personally appeared
15     _____,
       to me well known / known to me to be the
16     person described in and who executed the
       foregoing instrument and acknowledged to and
17     before me that he executed the said instrument
       in the capacity and for the purpose therein
18     expressed.
19
20         Witness my hand and official seal, this
       _____ day of _____, _____.
21
22
23                              _____
                                      (Notary Public)
24
25     My Commission Expires:
```

