# EXHIBIT 39

THE STATE OF FLORIDA,       )
COUNTY OF PALM BEACH.        )


IN RE:


PALM BEACH INVESTIGATION.
_____/

SWORN STATEMENT OF JUAN P. ALESSI


Monday, November 21, 2005

12:25 p.m. - 1:05 p.m.


401 N. Dixie Highway
West Palm Beach, Florida 33401



Reported By:

Susan Shelling, RPR

Notary Public, State of Florida

Consor & Associates Reporting and Transcription

Phone - 561.835.9738

THE STATE OF FLORIDA,      )
COUNTY OF PALM BEACH.      )


IN RE:


PALM BEACH INVESTIGATION.
_____/

SWORN STATEMENT OF JUAN P. ALESSI


Monday, November 21, 2005

12:25 p.m. — 1:05 p.m.


401 N. Dixie Highway
West Palm Beach, Florida 33401


ORIGINAL


Reported By:

Susan Shelling, RPR

Notary Public, State of Florida

Consor & Associates Reporting and Transcription

Phone — 561.835.9738

1    APPEARANCES:

2          On behalf of the State:
             DALIAH H. WEISS, Esquire
3          ASSISTANT STATE ATTORNEY
             401 North Dixie Highway
4          West Palm Beach, Florida 33401
             561.355.7100
5
             On behalf of the Witness:
6          DONNIE MURRELL, Esquire
             L.D. MURRELL, P.A.
7          400 Executive Center Drive
             Suite 201
8          West Palm Beach, Florida 33409
             561.686.2700
9
10   ALSO PRESENT:

11         DETECTIVE JOE RECAREY
             Palm Beach Police Department
12

13

14                              —   —   —

15

16

17

18

19

20

21

22

23

24

25

1                            I N D E X

2    WITNESS:                                    PAGE:
     JUAN P. ALESSI
3    EXAMINATION BY DET. RECAREY                    4

4                        –   –   –

5              N O   E X H I B I T S   M A R K E D

6                        –   –   –

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          Sworn statement taken before Susan

2     Shelling, Registered Professional Reporter and Notary

3     Public in and for the State of Florida at Large, in the

4     above cause.

5                      -   -   -

6     Thereupon,

7               JUAN P. ALESSI,

8     having been first duly sworn or affirmed, was examined

9     and stated as follows:

10              MR. MURRELL:  I just want to repeat that

11              we're here under the State investigative subpoena

12              that was served on Mr. Alessi, although it was

13              dated for, I believe, Wednesday or something.

14              This is Monday the 21st, and we are here by

15              agreement.

16                      EXAMINATION

17    BY DET. RECAREY:

18              Q.    Mr. Alessi, I'm Detective Joe Recarey with

19    the Palm Beach P.D.  As I explained to you on the

20    telephone, I am conducting an investigation on a former

21    employer of yours.

22              I just spoke with your wife and she told me

23    you guys worked for Mr. Epstein for eight years?

24              A.    Yes, she did work for eight years.  I

25    worked longer.  I was there before my wife came.

1       Q.      Before your wife came.

2       A.      I started full-time with him on January 1,

3  1991, and we both left December 31, 2002.  So I worked

4  eleven years exactly.  Prior to that, prior to working

5  full-time for him, I worked part-time for him, on-and-off

6  basis.

7       Q.      What were your responsibilities?

8       A.      In the full-time basis, I started as a

9  houseman, and I became a major domo and butler and

10  everything else, driver, and did everything.  We both did

11  all the chores in the house, but I was in charge of the

12  house.  I was above my wife and above the cleaning crew,

13  the gardners, pool people.  So I was house manager, major

14  domo.

15       Q.      You would have been the go-to guy for the

16  house?

17       A.      Yes.  And the one who would get the blame.

18       Q.      We are talking about Jeffrey Epstein?

19       A.      Of course.

20       Q.      Do you remember the address of the house?

21       A.      558 El Brillo.

22       Q.      Was it in the beginning of the street --

23       A.      At the end of the street, on the left-hand

24  side.

25       Q.      We're talking about the same house.

1       A.      Yeah.

2       Q.      Your wife said the same number you did.

3       A.      558?   358?   558?

4       Q.      It was 358.

5       A.      We left three years ago.

6           Q.      And I understand it's been some time since

7    then.  So the questions I'm going to ask you basically

8    is:  During your time, did you deal directly with

9    Mr. Epstein?

10      A.      Yes.  And her -- and her -- girlfriend,

11   manager.  She was the manager of all the households,

12   because he has homes all over the world.

13      Q.      Right.

14      A.      So we have -- she was my boss, and I deal

15   directly with her.

16      Q.      Who was --

17      A.      Elaine Maxwell.

18      Q.      Ms. Maxwell, that's his girlfriend,

19   correct?

20      A.      Um-hum.

21      Q.      During the eleven years, he would come

22   down, she would inform you that they were coming down?

23      A.      Right.

24      Q.      Make arrangements to have the house ready?

25      A.      Right.

1          Q.     During the time that he was here, you

2     prepared the house, did all the chores.

3              Did you do any of the cleaning?

4          A.     Sometimes.  Many times.  I did -- last two

5     or three years the work was so much that we have to

6     hire -- we hire a clean-up crew that they came twice a

7     week or once a week, then it was twice a week.  Depends

8     upon his schedule, because he did not allow anybody at

9     the house except us when he was in town.  So when he was

10    in town, it was just us doing the cleaning and the

11    cooking, the driving, shopping, everything else.

12         Q.     Did you stay on property in the guest

13    house?

14         A.     Yes and no.  We had an apartment right

15    across the bridge.  We had an apartment in Tower 1515 on

16    Flagler, and we had an apartment at the house.

17         Q.     Why would you stay at the house, then?

18         A.     We stay at the house mostly when he was

19    there.  When he was not in town, we went home.  We went

20    to our apartment.  When he was there, it was -- the job

21    was just too much to go home 9 o'clock, 10 o'clock and

22    come back 5 o'clock in the morning.  We would just stay

23    and sleep and get up and work.

24         Q.     When he was in town, did he receive a lot

25    of guests at the house?

1      A.    Yes.  Many, many, many guests.  It was

2  never with no guests.

3      Q.    Did he have assistants with him?

4      A.    Assistants?  At the last year he had an

5  assistant just for him.  They would travel with him all

6  the time.  At the last -- in the last two years of my

7  stay there, he also have a chef, a gourmet chef that he

8  would travel with him.  That's it.

9      Q.    Do you remember the chef's name?

10     A.    There were quite a few.  The last one I

11 know is Adam Perry.  P-E-R-R-Y, I think.  And he was from

12 New York.

13           And there was another French chef, Didier

14 (phonetic); I don't know his last name.

15           And there was another English chef.  But

16 they went quickly.

17     Q.    They would come and go, come and go.

18           What about the assistant that was his

19 personal assistant that would fly with him?

20     A.    Annie Taylor.  It was an English girl that

21 would travel with him a lot, and became the personal

22 assistant.  But most of the time it was Ms. Maxwell that

23 traveled with him all the time.

24     Q.    She was basically like his --

25     A.    Girlfriend, whatever it was.  Boss,

1   girlfriend.  She was our immediate superior.

2        Q.    Did he have girls come over to give

3   massages?

4        A.    Yes.

5        Q.    How many massages would he have in a day?

6        A.    Sometimes one, sometimes two, three.

7        Q.    Was it the same girl that would come back

8   to do the massages?

9        A.    Yeah, yeah.  Not the same girl -- I mean

10  during eleven years, I probably saw a hundred, two

11  hundred different massage therapists.

12       Q.    Did they seem young to you?

13       A.    No, sir.  Mostly no.  We saw one or two

14  young ones in the last year.  Before that, it was all

15  adults.

16       Q.    During your last year when you were working

17  with him, what do you mean that they looked young?  Did

18  they look like they were still in high school?

19       A.    I remember one girl was young.  We never

20  asked how old she was.  It was not in my job.

21       Q.    Right.  I understand.

22       A.    But I imagine she was 16, 17.  In my

23  judgment, she was 16, 17.

24       Q.    Where would these massages take place?

25       A.    All the time it was in his room.  Sometimes

1    it was in the balcony of his quarters.  His room has a

2    wraparound balcony facing the pool.  So the massages were

3    in the balcony outside in the sun, or inside in his

4    bathroom or her bathroom.

5         Q.    Would you set up the room for the massages?

6         A.    Many times.  Yes, he will tell me, Set up

7    the room inside my bathroom or in the bedroom or in

8    Elaine's bathroom, or outside on the balcony.  And I

9    would go and set up or my wife would go and set up the

10   table.

11        We had a table in every room of the house,

12   the massage tables, for the different guests.  Because

13   not only he got massages, all the other guests got

14   massages too.  So we have a table -- massage table in

15   basically every room, guest room.

16        Q.    The girls that would come over to do

17   massages, they would massage him first or massage guests?

18        A.    Different times.  There were -- mostly they

19   was his massage.  Mostly he would get massages.

20        Q.    Would Ms. Maxwell be in the room with him

21   while he was getting the massage?

22        A.    We don't know.  Apparently we saw her going

23   upstairs, because it was -- when they went upstairs, they

24   closed -- his quarters, it had a double door, so it was a

25   door on top of the stairs -- I don't know if you've been

1  in the house -- and then there's another door going into

2  his room.  So it was a long corridor.  So everything was

3  closed and nobody saw anything.

4       Q.    Would you clean up after?

5       A.    Once in a while, yes, I did.  Most of the

6  times I did.  I did the cleanup.

7       Q.    Did it appear as if there was going to be

8  more than one massage going on in the room?

9       A.    More than one massage?  I don't know.  It

10  was massages.  There was massages, because it was a hot

11  oil, and it was -- you know this vibrator, the neck

12  vibrators with the long handles.  And towels, a lot of

13  towels.  We used a lot of towels in the house.  Used like

14  maybe 40, 50 towels a day, because every time he go in

15  into the pool, it was two or three towels.  Everything

16  had to be cleaned up.  I went most of the time to pick up

17  the room and get it ready.

18       Q.    Did it ever appear to you that more went on

19  in the room other than a massage?

20       A.    I just imagine.  I never saw anything.  But

21  I imagine there was more than -- I never saw anything

22  because it was closed doors.  It was never done outside.

23       Q.    Based on the cleanup?

24       A.    Based on the cleanup -- at the end, I

25  cannot say there was.  At the end, it was a few times

1  that the bed was undone.  You know, we make the beds

2  three or four times a day.  And sometimes we went to

3  clean up the massage to put it back, the massage table,

4  to pick up the towels, but the bed was undone again.  So

5  either he took a nap or he went for a nap, I don't know.

6      Q.  Or something else occurred?

7      A.  Or something else.  I cannot.

8      Q.  Did the girls, would they bring their own

9  stuff or they would use his stuff?

10     A.  No.  We had everything.  We had gallons of

11 stuff, different stuff.

12     Q.  Different massage oils?

13     A.  Different, all kinds.

14     Q.  Different massagers?

15     A.  Different stuff.

16         They would buy all over the world different

17 types of -- for different --

18     Q.  Did any of these massagers look like sex

19 toys?

20     A.  At the end, at the last year that we were

21 there they had like sex toys, some of them.  I can say

22 maybe three or four occasions that I saw in the sink,

23 they were left out on the sink, and just --

24     Q.  Where would he keep these massagers?

25     A.  When I was there, we keep all the stuff in

1  a basket inside Ms. Maxwell's closet.  It was a big

2  basket, about this round (indicating), with a cover on

3  it.  And we used to pick up from the towel and just dump

4  it in there.  That's it.  That's the standard we went

5  through.

6          Q.    What sink would you find those massagers

7  in?

8          A.    Mostly in his sink, in his bathroom sink.

9          Q.    His bathroom sink?

10          Was Ms. Maxwell still his girlfriend at

11  that time?

12          A.    Oh, yeah.

13          Q.    Still his girlfriend that you know of right

14  now?

15          A.    Yeah.  We left, she was still his

16  girlfriend.  I don't know now, but she was still there.

17          Q.    Why did you leave at the end?

18          A.    It was a hard job.  It was an incredible

19  hard job.  So demanding.  Hours were terrible, from

20  5 o'clock in the morning to 10 o'clock at night.

21  Constantly on your feet.

22          I got very sick.  My health went down the

23  drain.  I was diagnosed with cancer, polycythemia, a kind

24  of blood cancer, and we had to leave.  It was just too

25  much for me.

1       Q.      Sounds like a lot.

2       A.      Yeah.  For me and my wife, we both left.

3       Q.      It was very demanding when he was here in

4    town?

5       A.      It was terrible.  Bad job.  Pay was good,

6    but we had enough.

7       Q.      I know you guys had a falling out a couple

8    of years ago; I guess you weren't working with him

9    anymore.  This would have been in 2003.  You guys had a

10   falling out, remember?

11      A.      Yeah, we settled that.

12      Q.      That was settled?

13      A.      That was settled with him between us.

14      Q.      Was that --

15      A.      It was an amicable -- it was an agreement,

16   mutual agreement.  It was a mistake on my part.

17      Q.      Are there any questions you have of me?

18      A.      No.  I told you the truth.

19              We just imagined things that could have

20   happened.  I used to talk to my wife all day, working and

21   under that environment.  But we didn't know for sure what

22   was going on.

23              We never heard anything.  We never heard a

24   complaint, or a girl crying.

25      Q.      Would these massage girls, especially

1    towards the end, would they come alone or would they come

2    with other people?

3            A.    Mostly they would come alone.  It was one

4    girl, one of the young girls, the one I can't think of

5    it, she would bring somebody else.  She'd bring other

6    girls.  But I didn't even know the names.

7            Q.    All of them would go downstairs?

8            A.    Yes.

9            Q.    Or would one stay downstairs?

10           A.    Most of the times when that girl came, it

11   was at night.  So after dinner -- after dinner, they went

12   to the movies.  And by the time they went to the movies,

13   we clean up right away and tried to get out of there.

14   And that was about 8, 9 o'clock at night.

15           After, when they come back, I don't know

16   what happened.  Our quarters were a different -- I don't

17   know if you've been in the house, but our quarters were

18   separate.

19           Q.    It's separate.

20           A.    Separate.  Before -- that building is new.

21   They build the building in 2001.

22           Q.    The guest quarters?

23           A.    Yeah, the guest quarters.

24           Before, we had an apartment upstairs.

25           Q.    They have the laundry and a little office

1    and the bedroom?

2         A.    Yes.  That was 2001.  Before that, we had

3    an apartment upstairs in their house, in the main house.

4         Q.    In the little rooms upstairs across from

5    his master bedroom?

6         A.    Right.

7         Q.    Was there ever any photographs that you can

8    recall around the house?

9         A.    Girls, girls' photographs and guests'

10   photographs, yes.

11        Q.    Were they dressed or were they naked?

12        A.    Most of them were dressed.  It was a lot of

13   entertainment in the pool, around the pool area.  But

14   most of them were dressed.

15        Q.    When was the last time you spoke with

16   Mr. Epstein?

17        A.    The last time I spoke with Mr. Epstein was

18   about a week ago, when you left me the card.  I got

19   scared because of that fallout that we had, and I thought

20   it was a consequence of that.  And I called and says,

21   Jeffrey, what's going on, what's happening?  Because I

22   thought it was an investigation against me on his part.

23        Q.    I'm sorry if I gave you that impression.

24        A.    That's why I called him.  That's the only

25   reason that I called.

1          Before I even spoke to you.

2      Q.    Just when you found the card?

3      A.    When I find the card, I get scared.  I

4  said, What's going on now?  Why are you bothering me now

5  in my house?

6          That's why I called him.

7          He said, John, there is an investigation

8  going on.  I have nothing to talk to you.  That's it.

9          I said, Okay.

10     Q.    He didn't give you any information as to --

11     A.    No, not a word.

12     Q.    Has anybody else contacted you from

13  Mr. Epstein or his organization, his assistants, his

14  attorney?

15     A.    No, no, no.

16     Q.    Anyone that works for his attorney?

17     A.    For his attorney?  Yes.  For his attorney,

18  the present attorney?  Yes.  That was an investigator

19  that it was investigated on his side, I can't remember

20  his name, but I understand it was from Roy Black's

21  office.  That was his attorney.  And he -- this

22  investigator basically asked me the same questions,

23  exactly the same questions:  What did I know, what did I

24  know.

25     Q.    When did this happen?

1      A.    This happened about ten days ago -- about a

2  week ago, ten days ago.  I'm not sure what date.

3      Q.    Was his investigator's name --

4      A.    It's the date after I contacted you.

5      Q.    -- Paul, first name Paul?

6      A.    Paul, Paul, yes.

7            You have the last name?

8      Q.    No.

9      A.    He asked me exactly the same questions.

10     Q.    Did he offer you any money?

11     A.    Absolutely not.  I would not take it.

12     Q.    Did he tell you not to speak to me?

13     A.    No.  He says -- no, he told me not to speak

14  to you.  He didn't say that to me.  He says, It's your

15  choice.  You make that decision.

16           And he says, If you hire a lawyer, you make

17  that decision.

18           And we feel that was important for us.  I

19  don't want to be involved with this thing.  I'm out of

20  the job three years ago, and that's why we hired

21  Mr. Murrell.  He suggested that.

22     Q.    Did he ask you if anybody else has been

23  contacted?

24     A.    No.

25     Q.    Did he tell you that to call him back after

1    our meeting?

2         A.    No, no.

3         Q.    Were you to have any contact with him at

4    any time after our meeting?

5         A.    If I will have a contact?  I have no reason

6    for it.  I have no reason to call Jeffrey or anybody

7    else.  This is over, I hope.

8         Q.    Well, Mr. Alessi, this is basically an

9    ongoing investigation, so obviously anything that we

10   discuss hopefully will stay between us.  Because it is

11   still ongoing, I wouldn't want this out until the

12   investigation is complete.

13        A.    It's not going anywhere.  Even my kids

14   don't know it.

15        Q.    He contacted you after you called

16   Mr. Epstein?

17        A.    Yes.

18              When I call him and I said, Jeffrey, what's

19   going on?

20              He said, John, I don't know what's going

21   on.  There's an investigation against me.

22              So then I said, Whew, thank God.  I don't

23   know what's happening.

24              And then he says, I have an investigator

25   that is investigating, the same thing the police

1    department is doing.  He's going to contact you.

2                    And that was the end of it.

3                    I think his name was Paul.  I only met him

4    for about fifteen minutes, ten minutes.

5         Q.    You met at your house?

6         A.    No, no.  I don't want him at my house.  We

7    met at Carrabas restaurant, but it was not open, so we

8    met outside Carrabas.  It took about ten minutes.

9         Q.    Going back to the items that were found in

10   the sink, can you describe any of those massagers?

11        A.    I only saw two things:  It was a big,

12   big -- I think a vibrator.  Big (indicating).  And it was

13   a long -- I hate to -- I'm sorry.  It was a long dick, I

14   think.  Rubber thing.  And there was a thing you used it

15   in the back, the vibrator in the back.

16        Q.    What color?

17        A.    We always had those.  Not those toys.

18   Vibrators, we have different types, one for the neck, one

19   for the back.  You know the one that has a battery and

20   they move, with balls on it, vibrator.  That's it.

21   That's what I find there.  I never find anything else.

22   Those two things.

23        Q.    Do you remember any names of the girls that

24   might have come over for massages?

25        A.    Yes.  I remember some of them.  From the

1    beginning?  From the end?

2              Q.    As many as you can remember.

3              A.    As many as I can remember.

4              Q.    I know it's been a while.

5              A.    It was Jody.  It was Donna.  And it was --

6    it was Virginia.  It was -- how many?  Virginia, Lana.

7              It was also a young girl, but she was not a

8    massage therapist.  She came to the house as a friend, I

9    think.  I don't think she was a massage therapist.  Her

10   name was -- as a matter of fact, she's in a soap opera

11   now, she's a star.  Just give me a minute.

12              Nadya Jorlin, J-O-R-L-I-N.

13              There also were men masseuses.

14              Q.    There were men too?

15              A.    There were men.  A few.  Not that many.  A

16   few.  I can't remember.

17              Allison.  There was an Allison.  There was

18   a Dina.  I think every name -- girls' names.  In

19   eleven years, I cannot remember.

20              Q.    That's fine.

21              A.    There were girls coming and going.  There

22   were girls traveling with him as massage therapists.

23   They would travel with him all over the world, because he

24   was in the plane, he got massages on the plane,

25   because -- I know because I used to supply the oils and

1  the towels for the plane.

2       Q.   Would you clean his plane too?

3       A.   No, no.

4       Q.   Did you ever travel with him anywhere?

5       A.   No, no.

6       Q.   When he went to New York or Arizona or his

7  private island?

8       A.   I've been on his island.  I've been as a

9  guest, as a vacation.  We just took vacations, and I went

10 to his island in the Caribbean.  And I've been in New

11 Mexico.  I've been at his house in London.  But not as a

12 worker, just vacation.

13      Q.   As a vacation?

14      A.   Uh-huh.

15           We went to New Mexico for -- it was kind of

16 a symposium about how to clean homes.  It was this lady

17 who make -- teach all the house people, housemen, and

18 they invited us to Santa Fe, New Mexico, to teach us how

19 to clean homes.  That was kind of stupid.

20      Q.   How he wanted it to be cleaned?

21      A.   Yes.  We didn't get that much.

22      Q.   Can you think of anything that I haven't

23 asked you that might be relevant to this?

24      A.   I can't think of anything.  Basically it's

25 the same questions that the other investigator asked me.

1    Exactly the same.

2              I wish I could give you more names.

3    Allison --

4         Q.   I'm not going to ask you to do that because

5    I know it's been a long time.  I can't think of stuff I

6    did last week.

7         A.   It's been a long time.

8         Q.   If by any chance you are contacted again by

9    his investigator again for any more questions or anything

10   or any packages that he may deliver to you --

11        A.   They have to go to Mr. Murrell.

12        Q.   I was going to say, have him contact your

13   attorney.

14             MR. MURRELL:  Packages?  Are we expecting a

15        delivery of something?

16             DET. RECAREY:  No.  I'm just saying --

17             MR. MURRELL:  Okay.  Just making sure there

18        wasn't something I didn't know about.

19             DET. RECAREY:  I.e., gifts, et cetera.

20        That kind of thing.

21             THE WITNESS:  No.

22             DET. RECAREY:  I would appreciate a phone

23        call just to give me a heads up.

24             THE WITNESS:  I do not intend to contact

25        him at all.

1            DET. RECAREY:  Okay.  I appreciate it.

2            And that's it.

3            (Thereupon, the sworn statement was

4    concluded at 1:05 p.m.)

5                         -   -   -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   THE STATE OF FLORIDA,          )

2   COUNTY OF PALM BEACH.          )

3

4

5          I, the undersigned authority, certify that Juan

6   P. Alessi personally appeared before me and was duly

7   sworn.

8

9          WITNESS my hand and official seal this 5th day

10  of December, 2005.

11

12

13

14   _____

15   Susan Shelling, RPR
     Notary Public – State of Florida
16   My Commission No. DD 098441
     My Commission expires 3/7/2006

17

18              ........ # DD098441
                Expires March 7, 2006
19                   Bonded Thru
                Atlantic Bonding Co., Inc.

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

   The State Of Florida,          )
3  County Of Palm Beach.          )

4

5          I, Susan Shelling, Registered Professional
   Reporter and Notary Public in and for the State of
6  Florida at Large, do hereby certify that Juan P. Alessi
   was by me first duly sworn to testify the whole truth;
7  that I was authorized to and did report said sworn
   statement in stenotype; and that the foregoing pages,
8  numbered from 1 to 24, inclusive, are a true and correct
   transcription of my shorthand notes of said sworn
9  statement.

10         I further certify that said sworn statement
   was taken at the time and place hereinabove set forth and
11 that the taking of said sworn statement was commenced and
   completed as hereinabove set out.

12
           I further certify that I am not an attorney or
13 counsel of any of the parties, nor am I a relative or
   employee of any attorney or counsel of party connected
14 with the action, nor am I financially interested in the
   action.

15
           The foregoing certification of this transcript
16 does not apply to any reproduction of the same by any
   means unless under the direct control and/or direction of
17 the certifying reporter.

18         IN WITNESS WHEREOF, I have hereunto set my hand
   and seal this 5th day of December, 2005.
19

20

21                    _____
                      Susan Shelling, Notary Public
                      In and for the State of Florida
22                    My Commission No. DD 098441
                      My Commission Expires 3/7/2006
23

24

25

J. CONSOR & ASSOCIATES REPORTING & TRANSCRIPTION
561.835.9738

## A

**Absolutely** 18:11
**action** 26:14,14
**Adam** 8:11
**address** 5:20
**adults** 9:15
**affirmed** 4:8
**ago** 6:5 14:8 16:18
  18:1,2,2,20
**agreement** 4:15
  14:15,16
**Alessi** 1:6 3:2 4:7
  4:12,18 19:8
  25:6 26:6
**Allison** 21:17,17
  23:3
**allow** 7:8
**amicable** 14:15
**and/or** 26:16
**Annie** 8:20
**anybody** 7:8
  17:12 18:22
  19:6
**anymore** 14:9
**apartment** 7:14
  7:15,16,20
  15:24 16:3
**Apparently** 10:22
**appear** 11:7,18
**APPEARANCES**
  2:1
**appeared** 25:6
**apply** 26:16
**appreciate** 23:22
  24:1
**area** 16:13
**Arizona** 22:6
**arrangements**
  6:24
**asked** 9:20 17:22
  18:9 22:23,25
**assistant** 2:3 8:5
  8:18,19,22
**assistants** 8:3,4
  17:13
**Associates** 1:24
**attorney** 2:3
  17:14,16,17,17
  17:18,21 23:13
  26:12,13
**authority** 25:5

**authorized** 26:7

## B

**B** 3:5
**back** 7:22 9:7
  12:3 15:15
  18:25 20:9,15
  20:15,19
**Bad** 14:5
**balcony** 10:1,2,3
  10:8
**balls** 20:20
**Based** 11:23,24
**basically** 6:7 8:24
  10:15 17:22
  19:8 22:24
**basis** 5:6,8
**basket** 13:1,2
**bathroom** 10:4,4
  10:7,8 13:8,9
**battery** 20:19
**Beach** 1:1,4,11
  2:4,8,11 4:19
  25:2 26:3
**bed** 12:1,4
**bedroom** 10:7
  16:1,5
**beds** 12:1
**beginning** 5:22
  21:1
**behalf** 2:2,5
**believe** 4:13
**big** 13:1 20:11,12
  20:12
**Black's** 17:20
**blame** 5:17
**blood** 13:24
**boss** 6:14 8:25
**bothering** 17:4
**bridge** 7:15
**Brillo** 5:21
**bring** 12:8 15:5,5
**build** 15:21
**building** 15:20,21
**butler** 5:9
**buy** 12:16

## C

**C** 26:1,1
**call** 18:25 19:6,18
  23:23
**called** 16:20,24,25

17:6 19:15
**cancer** 13:23,24
**card** 16:18 17:2,3
**Caribbean** 22:10
**Carrabas** 20:7,8
**cause** 4:4
**Center** 2:7
**certification**
  26:15
**certify** 25:5 26:6
  26:10,12
**certifying** 26:17
**cetera** 23:19
**chance** 23:8
**charge** 5:11
**chef** 8:7,7,13,15
**chef's** 8:9
**choice** 18:15
**chores** 5:11 7:2
**clean** 11:4 12:3
  15:13 22:2,16
  22:19
**cleaned** 11:16
  22:20
**cleaning** 5:12 7:3
  7:10
**cleanup** 11:6,23
  11:24
**clean-up** 7:6
**closed** 10:24 11:3
  11:22
**closet** 13:1
**color** 20:16
**come** 6:21 7:22
  8:17,17 9:2,7
  10:16 15:1,1,3
  15:15 20:24
**coming** 6:22
  21:21
**commenced** 26:11
**Commission**
  25:15,16 26:22
  26:22
**complaint** 14:24
**complete** 19:12
**completed** 26:11
**concluded** 24:4
**conducting** 4:20
**connected** 26:13
**consequence**
  16:20

**Consor** 1:24
**Constantly** 13:21
**contact** 19:3,5
  20:1 23:12,24
**contacted** 17:12
  18:4,23 19:15
  23:8
**control** 26:16
**cooking** 7:11
**correct** 6:19 26:8
**corridor** 11:2
**counsel** 26:13,13
**County** 1:1 25:2
  26:3
**couple** 14:7
**course** 5:19
**cover** 13:2
**crew** 5:12 7:6
**crying** 14:24

## D

**D** 3:1,5
**DALIAH** 2:2
**date** 18:2,4
**dated** 4:13
**day** 9:5 11:14
  12:2 14:20 25:9
  26:18
**days** 18:1,2
**DD** 25:15 26:22
**deal** 6:8,14
**December** 5:3
  25:10 26:18
**decision** 18:15,17
**deliver** 23:10
**delivery** 23:15
**demanding** 13:19
  14:3
**department** 2:11
  20:1
**Depends** 7:7
**describe** 20:10
**DET** 3:3 4:17
  23:16,19,22
  24:1
**Detective** 2:11
  4:18
**diagnosed** 13:23
**dick** 20:13
**Didier** 8:13
**different** 9:11
  10:12,18 12:11

12:12,13,14,15
  12:16,17 15:16
  20:18
**Dina** 21:18
**dinner** 15:11,11
**direct** 26:16
**direction** 26:16
**directly** 6:8,15
**discuss** 19:10
**Dixie** 1:10 2:3
**doing** 7:10 20:11
**domo** 5:9,14
**Donna** 21:5
**DONNIE** 2:6
**door** 10:24,25
  11:1
**doors** 11:22
**double** 10:24
**downstairs** 15:7,9
**drain** 13:23
**dressed** 16:11,12
  16:14
**Drive** 2:7
**driver** 5:10
**driving** 7:11
**duly** 4:8 25:6 26:6
**dump** 13:3

## E

**E** 3:1,5,5 26:1,1
**eight** 4:23,24
**either** 12:5
**El** 5:21
**Elaine** 6:17
**Elaine's** 10:8
**eleven** 5:4 6:21
  9:10 21:19
**employee** 26:13
**employer** 4:21
**English** 8:15,20
**entertainment**
  16:13
**environment**
  14:21
**Epstein** 4:23 5:18
  6:9 16:16,17
  17:13 19:16
**especially** 14:25
**Esquire** 2:2,6
**et** 23:19
**exactly** 5:4 17:23
  18:9 23:1

**EXAMINATION**
3:3 4:16
**examined** 4:8
**Executive** 2:7
**expecting** 23:14
**expires** 25:16
26:22
**explained** 4:19

**F**

**F** 26:1
**facing** 10:2
**fact** 21:10
**falling** 14:7,10
**fallout** 16:19
**Fe** 22:18
**feel** 18:18
**feet** 13:21
**fifteen** 20:4
**financially** 26:14
**find** 13:6 17:3
20:21,21
**fine** 21:20
**first** 4:8 10:17
18:5 26:6
**Flagler** 7:16
**Florida** 1:1,11,23
2:4,8 4:3 25:1
25:15 26:2,6,21
**fly** 8:19
**follows** 4:9
**foregoing** 26:7,15
**former** 4:20
**forth** 26:10
**found** 17:2 20:9
**four** 12:2,22
**French** 8:13
**friend** 21:8
**full-time** 5:2,5,8
**further** 26:10,12

**G**

**gallons** 12:10
**gardners** 5:13
**getting** 10:21
**gifts** 23:19
**girl** 8:20 9:7,9,19
14:24 15:4,10
21:7
**girlfriend** 6:10,18
8:25 9:1 13:10
13:13,16

**girls** 9:2 10:16
12:8 14:25 15:4
15:6 16:9,9
20:23 21:18,21
21:22
**give** 9:2 17:10
21:11 23:2,23
**go** 7:21 8:17,17
10:9,9 11:14
15:7 23:11
**God** 19:22
**going** 6:7 10:22
11:1,7,8 14:22
16:21 17:4,8
19:13,19,20
20:1,9 21:21
23:4,12
**good** 14:5
**gourmet** 8:7
**go-to** 5:15
**guess** 14:8
**guest** 7:12 10:15
15:22,23 22:9
**guests** 7:25 8:1,2
10:12,13,17
16:9
**guy** 5:15
**guys** 4:23 14:7,9

**H**

**H** 2:2 3:5
**hand** 25:9 26:18
**handles** 11:12
**happen** 17:25
**happened** 14:20
15:16 18:1
**happening** 16:21
19:23
**hard** 13:18,19
**hate** 20:13
**heads** 23:23
**health** 13:22
**heard** 14:23,23
**hereinabove**
26:10,11
**hereunto** 26:18
**high** 9:18
**Highway** 1:10 2:3
**hire** 7:6,6 18:16
**hired** 18:20
**home** 7:19,21
**homes** 6:12 22:16

22:19
**hope** 19:7
**hopefully** 19:10
**hot** 11:10
**Hours** 13:19
**house** 5:11,12,13
5:16,20,25 6:24
7:2,9,13,16,17
7:18,25 10:11
11:1,13 15:17
16:3,3,8 17:5
20:5,6 21:8
22:11,17
**households** 6:11
**houseman** 5:9
**housemen** 22:17
**hundred** 9:10,11

**I**

**imagine** 9:22
11:20,21
**imagined** 14:19
**immediate** 9:1
**important** 18:18
**impression** 16:23
**inclusive** 26:8
**incredible** 13:18
**indicating** 13:2
20:12
**inform** 6:22
**information**
17:10
**inside** 10:3,7 13:1
**intend** 23:24
**interested** 26:14
**investigated**
17:19
**investigating**
19:25
**investigation** 1:4
4:20 16:22 17:7
19:9,12,21
**investigative** 4:11
**investigator** 17:18
17:22 19:24
22:25 23:9
**investigator's**
18:3
**invited** 22:18
**involved** 18:19
**island** 22:7,8,10
**items** 20:9

**I.e** 23:19

**J**

**January** 5:2
**Jeffrey** 5:18 16:21
19:6,18
**job** 7:20 9:20
13:18,19 14:5
18:20
**Jody** 21:5
**Joe** 2:11 4:18
**John** 17:7 19:20
**Jorlin** 21:12
**Juan** 1:6 3:2 4:7
25:5 26:6
**judgment** 9:23
**J-O-R-L-I-N**
21:12

**K**

**K** 3:5
**keep** 12:24,25
**kids** 19:13
**kind** 13:23 22:15
22:19 23:20
**kinds** 12:13
**know** 8:11,14
10:22,25 11:9
11:11 12:1,5
13:13,16 14:7
14:21 15:6,15
15:17 17:23,24
19:14,20,23
20:19 21:4,25
23:5,18

**L**

**lady** 22:16
**Lana** 21:6
**Large** 4:3 26:6
**laundry** 15:25
**lawyer** 18:16
**leave** 13:17,24
**left** 5:3 6:5 12:23
13:15 14:2
16:18
**left-hand** 5:23
**little** 15:25 16:4
**London** 22:11
**long** 11:2,12
20:13,13 23:5,7
**longer** 4:25

**look** 9:18 12:18
**looked** 9:17
**lot** 7:24 8:21
11:12,13 14:1
16:12
**L.D** 2:6

**M**

**M** 3:5
**main** 16:3
**major** 5:9,13
**making** 23:17
**manager** 5:13
6:11,11
**massage** 9:11
10:12,14,17,17
10:19,21 11:8,9
11:19 12:3,3,12
14:25 21:8,9,22
**massagers** 12:14
12:18,24 13:6
20:10
**massages** 9:3,5,8
9:24 10:2,5,13
10:14,17,19
11:10,10 20:24
21:24
**masseuses** 21:13
**master** 16:5
**matter** 21:10
**Maxwell** 6:17,18
8:22 10:20
13:10
**Maxwell's** 13:1
**mean** 9:9,17
**means** 26:16
**meeting** 19:1,4
**men** 21:13,14,15
**met** 20:3,5,7,8
**Mexico** 22:11,15
22:18
**minute** 21:11
**minutes** 20:4,4,8
**mistake** 14:16
**Monday** 1:8 4:14
**money** 18:10
**morning** 7:22
13:20
**move** 20:20
**movies** 15:12,12
**Murrell** 2:6,6
4:10 18:21

23:11,14,17
mutual 14:16

**N**

N 1:10 3:1,5
Nadya 21:12
naked 16:11
name 8:9,14
17:20 18:3,5,7
20:3 21:10,18
names 15:6 20:23
21:18 23:2
nap 12:5,5
neck 11:11 20:18
never 8:2 9:19
11:20,21,22
14:23,23 20:21
new 8:12 15:20
22:6,10,15,18
night 13:20 15:11
15:14
North 2:3
Notary 1:23 4:2
25:15 26:5,21
notes 26:8
November 1:8
number 6:2
numbered 26:8

**O**

O 3:5
obviously 19:9
occasions 12:22
occurred 12:6
offer 18:10
office 15:25 17:21
official 25:9
Oh 13:12
oil 11:11
oils 12:12 21:25
Okay 17:9 23:17
24:1
old 9:20
once 7:7 11:5
ones 9:14
ongoing 19:9,11
on-and-off 5:5
open 20:7
opera 21:10
organization
17:13
outside 10:3,8

11:22 20:8
o'clock 7:21,21,22
13:20,20 15:14

**P**

P 1:6 3:2 4:7 25:6
26:6
packages 23:10
23:14
PAGE 3:2
pages 26:7
Palm 1:1,4,11 2:4
2:8,11 4:19 25:2
26:3
part 14:16 16:22
parties 26:13
party 26:13
part-time 5:5
Paul 18:5,5,6,6
20:3
Pay 14:5
people 5:13 15:2
22:17
Perry 8:11
personal 8:19,21
personally 25:6
phone 1:25 23:22
phonetic 8:14
photographs 16:7
16:9,10
pick 11:16 12:4
13:3
place 9:24 26:10
plane 21:24,24
22:1,2
police 2:11 19:25
polycythemia
13:23
pool 5:13 10:2
11:15 16:13,13
prepared 7:2
present 2:10
17:18
prior 5:4,4
private 22:7
probably 9:10
Professional 4:2
26:5
property 7:12
Public 1:23 4:3
25:15 26:5,21
put 12:3

P-E-R-R-Y 8:11
P.A 2:6
P.D 4:19
p.m 1:9,9 24:4

**Q**

quarters 10:1,24
15:16,17,22,23
questions 6:7
14:17 17:22,23
18:9 22:25 23:9
quickly 8:16
quite 8:10

**R**

R 3:5 26:1
ready 6:24 11:17
reason 16:25 19:5
19:6
recall 16:8
Recarey 2:11 3:3
4:17,18 23:16
23:19,22 24:1
receive 7:24
Registered 4:2
26:5
relative 26:13
relevant 22:23
remember 5:20
8:9 9:19 14:10
17:19 20:23,25
21:2,3,16,19
repeat 4:10
report 26:7
Reported 1:21
reporter 4:2 26:5
26:17
Reporting 1:24
reproduction
26:16
responsibilities
5:7
restaurant 20:7
right 6:13,23,25
7:14 9:21 13:13
15:13 16:6
room 9:25 10:1,5
10:7,11,15,15
10:20 11:2,8,17
11:19
rooms 16:4
round 13:2

Roy 17:20
RPR 1:22 25:14
Rubber 20:14

**S**

S 3:5
Santa 22:18
saw 9:10,13 10:22
11:3,20,21
12:22 20:11
saying 23:16
says 16:20 18:13
18:14,16 19:24
scared 16:19 17:3
schedule 7:8
school 9:18
seal 25:9 26:18
separate 15:18,19
15:20
served 4:12
set 10:5,6,9,9
26:10,11,18
settled 14:11,12
14:13
sex 12:18,21
Shelling 1:22 4:2
25:14 26:5,21
She'd 15:5
shopping 7:11
shorthand 26:8
sick 13:22
side 5:24 17:19
sink 12:22,23 13:6
13:8,8,9 20:10
sir 9:13
sleep 7:23
soap 21:10
somebody 15:5
sorry 16:23 20:13
Sounds 14:1
speak 18:12,13
spoke 4:22 16:15
16:17 17:1
stairs 10:25
standard 13:4
star 21:11
started 5:2,8
State 1:1,23 2:2,3
4:3,11 25:1,15
26:2,5,21
stated 4:9
statement 1:6 4:1

24:3 26:7,9,10
26:11
stay 7:12,17,18,22
8:7 15:9 19:10
stenotype 26:7
street 5:22,23
stuff 12:9,9,11,11
12:15,25 23:5
stupid 22:19
subpoena 4:11
suggested 18:21
Suite 2:7
sun 10:3
superior 9:1
supply 21:25
sure 14:21 18:2
23:17
Susan 1:22 4:1
25:14 26:5,21
sworn 1:6 4:1,8
24:3 25:7 26:6,7
26:8,10,11
symposium 22:16

**T**

T 3:5 26:1,1
table 10:10,11,14
10:14 12:3
tables 10:12
take 9:24 18:11
taken 4:1 26:10
talk 14:20 17:8
talking 5:18,25
Taylor 8:20
teach 22:17,18
telephone 4:20
tell 10:6 18:12,25
ten 18:1,2 20:4,8
terrible 13:19
14:5
testify 26:6
thank 19:22
therapist 21:8,9
therapists 9:11
21:22
thing 18:19 19:25
20:14,14 23:20
things 14:19
20:11,22
think 8:11 15:4
20:3,12,14 21:9
21:9,18 22:22

22:24 23:5
**thought** 16:19,22
**three** 6:5 7:5 9:6
 11:15 12:2,22
 18:20
**time** 6:6,8 7:1 8:6
 8:22,23 9:25
 11:14,16 13:11
 15:12 16:15,17
 19:4 23:5,7
 26:10
**times** 7:4 10:6,18
 11:6,25 12:2
 15:10
**told** 4:22 14:18
 18:13
**top** 10:25
**towel** 13:3
**towels** 11:12,13
 11:13,14,15
 12:4 22:1
**Tower** 7:15
**town** 7:9,10,19,24
 14:4
**toys** 12:19,21
 20:17
**transcript** 26:15
**transcription** 1:24
 26:8
**travel** 8:5,8,21
 21:23 22:4
**traveled** 8:23
**traveling** 21:22
**tried** 15:13
**true** 26:8
**truth** 14:18 26:6
**twice** 7:6,7
**two** 7:4 8:6 9:6,10
 9:13 11:15
 20:11,22
**types** 12:17 20:18

--- **U** ---

**Uh-huh** 22:14
**Um-hum** 6:20
**undersigned** 25:5
**understand** 6:6
 9:21 17:20
**undone** 12:1,4
**upstairs** 10:23,23
 15:24 16:3,4
**use** 12:9

--- **V** ---

**vacation** 22:9,12
 22:13
**vacations** 22:9
**vibrator** 11:11
 20:12,15,20
**vibrators** 11:12
 20:18
**Virginia** 21:6,6

--- **W** ---

**want** 4:10 18:19
 19:11 20:6
**wanted** 22:20
**wasn't** 23:18
**Wednesday** 4:13
**week** 7:7,7,7
 16:18 18:2 23:6
**WEISS** 2:2
**went** 7:19,19 8:16
 10:23 11:16,18
 12:2,5 13:4,22
 15:11,12 22:6,9
 22:15
**weren't** 14:8
**West** 1:11 2:4,8
**we're** 4:11 5:25
**WHEREOF**
 26:18
**Whew** 19:22
**wife** 4:22,25 5:1
 5:12 6:2 10:9
 14:2,20
**wish** 23:2
**Witness** 2:5 3:2
 23:21,24 25:9
 26:18
**word** 17:11
**work** 4:24 7:5,23
**worked** 4:23,25
 5:3,5
**worker** 22:12
**working** 5:4 9:16
 14:8,20
**works** 17:16
**world** 6:12 12:16
 21:23
**wouldn't** 19:11
**wraparound** 10:2

--- **X** ---

X 3:1,5

--- **Y** ---

**yeah** 6:1 9:9,9
 13:12,15 14:2
 14:11 15:23
**year** 8:4 9:14,16
 12:20
**years** 4:23,24 5:4
 6:5,21 7:5 8:6
 9:10 14:8 18:20
 21:19
**York** 8:12 22:6
**young** 9:12,14,17
 9:19 15:4 21:7

--- **0** ---

**098441** 25:15
 26:22

--- **1** ---

**1** 5:2 26:8
**1:05** 1:9 24:4
**10** 7:21 13:20
**12:25** 1:9
**1515** 7:15
**16** 9:22,23
**17** 9:22,23
**1991** 5:3

--- **2** ---

**2001** 15:21 16:2
**2002** 5:3
**2003** 14:9
**2005** 1:8 25:10
 26:18
**201** 2:7
**21** 1:8
**21st** 4:14
**24** 26:8

--- **3** ---

**3/7/2006** 25:16
 26:22
**31** 5:3
**33401** 1:11 2:4
**33409** 2:8
**358** 6:3,4

--- **4** ---

**4** 3:3
**40** 11:14

**400** 2:7
**401** 1:10 2:3

--- **5** ---

**5** 7:22 13:20
**5th** 25:9 26:18
**50** 11:14
**558** 5:21 6:3,3
**561.355.7100** 2:4
**561.686.2700** 2:8
**561.835.9738** 1:25

--- **8** ---

**8** 15:14

--- **9** ---

**9** 7:21 15:14

1                              I N D E X

2    WITNESS:                                          PAGE:
     JUAN P. ALESSI
3    EXAMINATION BY DET. RECAREY                          4

4                          -   -   -

5                N O   E X H I B I T S   M A R K E D

6                          -   -   -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2       On behalf of the State:
         DALIAH H. WEISS, Esquire
 3       ASSISTANT STATE ATTORNEY
         401 North Dixie Highway
 4       West Palm Beach, Florida 33401
         561.355.7100
 5
         On behalf of the Witness:
 6       DONNIE MURRELL, Esquire
         L.D. MURRELL, P.A.
 7       400 Executive Center Drive
         Suite 201
 8       West Palm Beach, Florida 33409
         561.686.2700
 9

10   ALSO PRESENT:

11       DETECTIVE JOE RECAREY
         Palm Beach Police Department
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 girlfriend.  She was our immediate superior.

2        Q.    Did he have girls come over to give
3 massages?

4        A.    Yes.

5        Q.    How many massages would he have in a day?

6        A.    Sometimes one, sometimes two, three.

7        Q.    Was it the same girl that would come back
8 to do the massages?

9        A.    Yeah, yeah.  Not the same girl -- I mean
10 during eleven years, I probably saw a hundred, two
11 hundred different massage therapists.

12        Q.    Did they seem young to you?

13        A.    No, sir.  Mostly no.  We saw one or two
14 young ones in the last year.  Before that, it was all
15 adults.

16        Q.    During your last year when you were working
17 with him, what do you mean that they looked young?  Did
18 they look like they were still in high school?

19        A.    I remember one girl was young.  We never
20 asked how old she was.  It was not in my job.

21        Q.    Right.  I understand.

22        A.    But I imagine she was 16, 17.  In my
23 judgment, she was 16, 17.

24        Q.    Where would these massages take place?

25        A.    All the time it was in his room.  Sometimes

1    that the bed was undone.  You know, we make the beds

2    three or four times a day.  And sometimes we went to

3    clean up the massage to put it back, the massage table,

4    to pick up the towels, but the bed was undone again.  So

5    either he took a nap or he went for a nap, I don't know.

6         Q.    Or something else occurred?

7         A.    Or something else.  I cannot.

8         Q.    Did the girls, would they bring their own

9    stuff or they would use his stuff?

10        A.    No.  We had everything.  We had gallons of

11   stuff, different stuff.

12        Q.    Different massage oils?

13        A.    Different, all kinds.

14        Q.    Different massagers?

15        A.    Different stuff.

16              They would buy all over the world different

17   types of -- for different --

18        Q.    Did any of these massagers look like sex

19   toys?

20        A.    At the end, at the last year that we were

21   there they had like sex toys, some of them.  I can say

22   maybe three or four occasions that I saw in the sink,

23   they were left out on the sink, and just --

24        Q.    Where would he keep these massagers?

25        A.    When I was there, we keep all the stuff in

1    in the house -- and then there's another door going into

2    his room. So it was a long corridor. So everything was

3    closed and nobody saw anything.

4         Q.    Would you clean up after?

5         A.    Once in a while, yes, I did. Most of the

6    times I did. I did the cleanup.

7         Q.    Did it appear as if there was going to be

8    more than one massage going on in the room?

9         A.    More than one massage? I don't know. It

10   was massages. There was massages, because it was a hot

11   oil, and it was -- you know this vibrator, the neck

12   vibrators with the long handles. And towels, a lot of

13   towels. We used a lot of towels in the house. Used like

14   maybe 40, 50 towels a day, because every time he go in

15   into the pool, it was two or three towels. Everything

16   had to be cleaned up. I went most of the time to pick up

17   the room and get it ready.

18        Q.    Did it ever appear to you that more went on

19   in the room other than a massage?

20        A.    I just imagine. I never saw anything. But

21   I imagine there was more than -- I never saw anything

22   because it was closed doors. It was never done outside.

23        Q.    Based on the cleanup?

24        A.    Based on the cleanup -- at the end, I

25   cannot say there was. At the end, it was a few times