UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>   Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes with 1:22-cv-10018-JSR and 1:22-cv-10904-JSR)** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul G. Cassell hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for non-party Bradley J. Edwards, in the above-captioned action.

I am in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: April 28, 2023

                                              Respectfully submitted,

                                              */s/ Paul G. Cassell*
                                              Paul G. Cassell
                                              *Pro Hac Vice*
                                              *S.J. Quinney College of Law at the University of Utah
                                              383 S. University St.
                                              Salt Lake City, UT 84112
                                              Telephone: 801-585-5202
                                              Facsimile: 801-585-6833
                                              E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)

*Attorney for Non-Party, Bradley J. Edwards*