UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　Plaintiff,<br><br>　v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes with 1:22-cv-10018-JSR and 1:22-cv-10904-JSR)** |

# DECLARATION OF PAUL G. CASSELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Paul G. Cassell, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Utah.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  April 28, 2023
　　　　Salt Lake City, UT

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　*/s/  Paul G. Cassell*
　　　　　　　　　　　　　　　　　　　Paul G. Cassell
　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　*S.J. Quinney College of Law at the

University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)
*Attorney for Non-Party Bradley J. Edwards*