

# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA  } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein PAUL G. CASSELL, #6078, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 27th day of May, 1992.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 1st day of May, A.D. 2023

*Nicole Gray*