UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe 1, individually and on behalf of
all others similarly situated,

    Plaintiff,

    v.

JPMorgan Chase Bank, N.A.,

    Defendant.

Case No. 1:22-CV-10019 (JSR)
**(Consolidated for Discovery Purposes
with 1:22-cv-10018-JSR
and 1:22-cv-10904-JSR)**

## ORDER FOR ADMISSION
## *PRO HAC VICE*

The motion of Paul G. Cassell to appear *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Utah; and that his contact information is as follows:

Applicant Name:  Paul G. Cassell

Address: *S.J. Quinney College of Law at the University of Utah, 383 S. University St.,

Salt Lake City, UT 84112, (*institutional address for identification purposes, not to imply institutional endorsement)

City / State / Zip: Salt Lake City, UT  84112

Telephone / Fax: Telephone: 801-585-5202  Facsimile: 801-585-6833

Applicant having requested admission *Pro Hac Vice* to appear for all

purposes as counsel for Attorney for **Non-Party Bradley J. Edwards** in the above

entitled action;

    **IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.   All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: 5/1/2023

_____
United States District Judge