UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR) |

## BRADLEY J. EDWARDS' NOTICE OF MOTION AND MOTION TO DISQUALIFY WILMERHALE

PLEASE TAKE NOTICE that, pursuant to this Court's minute entry of May 1, 2023, permitting a motion to be filed, Bradley J. Edwards, through undersigned counsel, hereby respectfully moves this Court for an Order disqualifying the law firm of Wilmer, Cutler, Pickering, Hale, and Dorr, LLP (hereinafter "WilmerHale") from representing defendant JPMorgan Chase Bank, N.A. ("JP Morgan" or "JPM") in this case. This Motion is based upon the accompanying memorandum of law, accompanying declaration and exhibits, the pleadings and records on file in this case, and such other materials and arguments as the Court may consider.

May 4, 2023                                                    Respectfully Submitted,

                                                           /s/ Paul G. Cassell
                                                          Paul G. Cassell
                                                          *Pro Hac Vice*

S.J. Quinney College of Law at the
   University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
Email: pgcassell.law@gmail.com
(institutional address for identification purposes, not to imply institutional endorsement)

*Counsel for Bradley J. Edwards*