# EXHIBIT 17



**U.S. Department of Justice**

Office of the Solicitor General

---

*Washington, D.C. 20530*

January 4, 2022

Professor Paul G. Cassell
S.J. Quinney College of Law
383 South University Street
Salt Lake City, UT 84112

Re: *Wild* v. *U.S. District Court*, No. 21-351

Dear Professor Cassell:

Earlier today, the Department of Justice filed a brief responding to your petition for a writ of certiorari in this case. The brief argues that the court of appeals correctly decided the case and that the Supreme Court's review is not warranted. The brief also reiterates the Department's regret that it did not communicate more clearly and forthrightly with the victims of Jeffrey Epstein's crimes—including your client, Ms. Wild—during its 2006-2008 investigation. And the brief reaffirms the Department's commitment to learn from those errors and ensure they are not repeated.

Although the Department's usual practice in litigation is to speak through its filings, I am writing to briefly respond to your letter of December 27, 2021. In that and previous communications with this Office, you have alleged that the Department attorneys who handled discovery proceedings in this case engaged in professional misconduct. The Department takes such allegations seriously. This Office, however, is not the appropriate entity within the Department to investigate those matters. And contrary to some statements in your letter, we did not agree to conduct such an investigation and report back to you with the results. We instead requested an extension of time to respond to your certiorari petition in order to allow the Department to further consider the case, including both the legal question presented in the petition and your allegations of misconduct.

Your letter is mistaken to infer from that sequence of events that our Office has reason to believe your allegations of discovery misconduct are well-founded. Instead, as I informed you on December 23, 2021, and as the brief explains in footnote 6, your allegations have been shared with the Department's Office of Professional Responsibility (OPR) for its review and any further action that may be appropriate. OPR's "primary responsibility" is to "investigate allegations that Department attorneys, prosecutors, and immigration judges have committed misconduct." OPR, *Welcome to OPR*, https://www.justice.gov/opr. We have provided OPR with your letters of October 7, 2021, and December 27, 2021, and have consulted with OPR before sending this response.

Sincerely,

Brian H. Fletcher
Principal Deputy Solicitor General