# EXHIBIT 21

| | |
|---|---|
| **From:** | Paul Cassell |
| **To:** | Fletcher, Brian H. (OSG) |
| **Cc:** | Michel, Christopher (OSG); brad@epllc.com |
| **Subject:** | RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - OPR contact information |
| **Date:** | Friday, January 14, 2022 11:55:00 AM |

Hi Brian,

Thanks for the letter and hope you are doing well.

I write request that you pass along contact information for the person or person at OPR working on the referral. I have some follow up questions I'd like to ask them.

Thanks in advance for your anticipated help on contact information.

Paul Cassell for Courtney Wild


Paul G. Cassell

Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law

S.J. Quinney College of Law at the University of Utah

383 S. University St., Salt Lake City, UT 84112-0730

(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)

cassellp@law.utah.edu

You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Fletcher, Brian H. (OSG) <Brian.Fletcher@usdoj.gov>
**Sent:** Tuesday, January 4, 2022 6:16 PM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Cc:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>; brad@epllc.com
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - letter requesting action to end improper concealment of important information

Dear Paul-

Please find attached a response to your December 27 letter.

Best,
Brian

**From:** Paul Cassell <cassellp@law.utah.edu>

**Sent:** Monday, December 27, 2021 12:52 PM
**To:** Fletcher, Brian H. (OSG) <Brian.Fletcher@usdoj.gov>
**Cc:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>; brad@epllc.com
**Subject:** [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - letter requesting action to end improper concealment of important information

Dear Brian (and Christopher),

Please see attached letter. As you will see, prompt follow up is requested.

We lack an email address for Attorney General Garland and Solicitor General Prelogar. Your assistance in quickly forwarding this letter to them would be appreciated.

Sincerely,

Paul Cassell and Brad Edwards for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message. Professor Cassell is admitted to the Utah State Bar, but not the bars of other states. Any views he expresses in this email are his own.

---

**From:** Fletcher, Brian H. (OSG) <Brian.Fletcher@usdoj.gov>
**Sent:** Thursday, December 23, 2021 1:29 PM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Cc:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>; brad@epllc.com
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - where do things stand?

Dear Paul-

I'm writing in response to your emails to Chris below. We appreciate your continued outreach about this case, and we were glad to have the chance to discuss it with you and Brad in October. As we said when we spoke, the Department takes these issues very seriously and deeply regrets the way Ms. Wild and other victims were treated during earlier stages of the Epstein investigation.

We have a different understanding of where we left things than the one described in your email. We did not agree to further discussions aimed at a negotiated resolution of this case. Instead, as

reflected in Chris's November 2 email below, we asked for more time to allow the Department to consider the issues you have raised, including how those issues bear on your pending petition in the Supreme Court. Based on that further consideration, we have decided that additional discussions in connection with your pending petition would not be productive. Instead, we will address the legal issues presented in the petition in the brief we will be filing on January 4.

In addition to raising those legal issues, you have also suggested that DOJ attorneys handling earlier stages of this case may have engaged in professional misconduct. The Department's Office of Professional Responsibility is responsible for investigating such allegations. Your October 7 letter to me and the Attorney General has been shared with OPR for its review and any further action it concludes is appropriate.

Best,
Brian


Begin forwarded message:

> **From:** Paul Cassell <cassellp@law.utah.edu>
> **Date:** December 20, 2021 at 2:39:30 PM EST
> **To:** "Michel, Christopher (OSG)" <Christopher.Michel@usdoj.gov>
> **Cc:** Brad Edwards <brad@epllc.com>
> **Subject: [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - where do things stand?**
>
>
> Hey Chris,
>
> I just left you a voicemail, but I wanted to follow up with this email as well.
>
> It's a been a very long time now since Brad and I had our conference call with your Office on October 29 (which itself required numerous calls and emails to the SG's Office to obtain). As you know, during the call we raised several factual questions about whether the Justice Department (to be clear - others outside the SG's Office) had failed to provide accurate information during the discovery process in this case going back to 2013 and further. At the end of the call, as I recall, Brad asked specifically what the next steps would be. We understood that your Office was committed to investigating our factual allegations and then getting back to us to discuss possible resolutions of the issue.
>
> To facilitate those discussions, we agreed to an extension of time for the SG to file its brief and an extension was granted to January 4, 2022. We assumed that would provide plenty of time for SG's Office to work with us on these issues.
>
> But now, here we are, seven weeks later, on December 20 – with no further

substantive communication from SG's Office about any of our concerns. As you know, I sent you a detailed email on December 2, trying to move the discussions along. On December 6, you briefly acknowledged receipt of my email and that "we'll be back in touch." I asked again on December 9, by email, what the status was and did not hear back.

So - What is the situation there? In particular, with all this additional time, we trust your Office has now been able to cross check the OPR findings with the district court record in this case and confirm that, during discovery in the case (1) the prosecutors improperly failed to disclose the "data gap" in Acosta's email inbox; (2) the prosecutors misrepresented that they had disclosed the "external" emails between DOJ and Epstein's defense attorneys; and (3) the prosecutors misrepresented to Judge Marra that they had produced for his in camera review the "internal" emails regarding Epstein's non-prosecution agreement.  On that understanding about the facts surrounding this case, the issues then primarily center on how to remedy these discovery violations/misrepresentations and discharge the Department's duty of candor to various courts and to Ms. Wild.  But we haven't been able to have even preliminary discussions with you about that.

I hope that you will get back in touch with us promptly – as was promised – so that we can have a full discussion about all these issues well before January 4. Thank you in advance for any information you can provide.

Paul Cassell for Courtney Wild (801) 201-8271 (cell)

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Sent:** Monday, December 6, 2021 2:33 PM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Cc:** Brad Edwards <brad@epllc.com>
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - further discussion?

Thanks, Paul.  Just wanted to let you know that I received your note.  I've relayed it to others in DOJ, and we'll be back in touch.  Chris

---

Christopher G. Michel
Assistant to the Solicitor General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-8976 (office)
202-598-5660 (cell)

---

**From:** Paul Cassell <cassellp@law.utah.edu>
**Sent:** Thursday, December 2, 2021 9:30 PM
**To:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Cc:** Brad Edwards <brad@epllc.com>
**Subject:** [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - further discussion?

Hi Chris,

   I am writing to touch base on the Wild case and follow up on my earlier October 7 letter and follow-on conference call with Brad and me.

   We trust that with the additional time your Office has received to file its response our cert petition, your Office has now been able to cross check the OPR findings with the district court record in this case and confirm that, during discovery in the case (1) the prosecutors improperly failed to disclose the "data gap" in Acosta's email inbox; (2) the prosecutors misrepresented that they had disclosed the "external" emails between DOJ and Epstein's defense attorneys; and (3) the prosecutors misrepresented to Judge Marra that they had produced for his in camera review the "internal" emails regarding Epstein's non-prosecution agreement.

    On that understanding, the issues then primarily center on how to remedy these discovery violations/misrepresentations and discharge the Department's duty of candor to various courts and to Ms. Wild.

   With the holidays approaching in the next couple of weeks and a January 4, 2022, filing deadline for your Office's response, Brad and I were hoping we could have a further discussion on these issue at your convenience and see if a mutually agreeable way to proceed could be agreed.

     Thanks in advance for considering this request for further discussion.

Paul Cassell for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

---

**From:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Sent:** Tuesday, November 2, 2021 9:53 AM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Cc:** Brad Edwards <brad@epllc.com>
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - call 4 PM (eastern) Friday to discuss the record in this case

Paul and Brad, Thanks again for talking Friday.  After further internal discussion, we'd like to take up your suggestion to seek some more time from the Court for our response, which would allow the Department to further explore the issues you raised.  Ideally, we'd take about two months (to Jan. 4, 2022), but let me know if you have a different preference.  We can make the request through a standard extension letter from our Office to the Court, indicating (with your permission) that you don't oppose the request.  I'm happy to discuss any of this, of course.  Thanks, Chris


---

Christopher G. Michel
Assistant to the Solicitor General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-8976 (office)
202-598-5660 (cell)

---

**From:** Paul Cassell <cassellp@law.utah.edu>
**Sent:** Tuesday, October 26, 2021 1:05 PM
**To:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Cc:** Brad Edwards <brad@epllc.com>

**Subject:** [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - call 4 PM (eastern) Friday to discuss the record in this case

Hi Michel,

1. Yes, I'll give you a call tomorrow, Wednesday, at 10 am eastern time. We are trying to understand the lay of the land from the OSG's vantage. Should I call your office or cell number? (My cell number is 801-201-8271.)
2. And, yes, I understand that nominee Prelogar may become Solicitor General Prelogar later this week. We appreciate you trying to raise these important issues to the appropriate decisionmakers in the Department.

Paul Cassell for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message. Professor Cassell is admitted to the Utah State Bar, but not the bars of other states. Any views he expresses in this email are his own.

**From:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Sent:** Tuesday, October 26, 2021 11:01 AM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Cc:** Brad Edwards <brad@epllc.com>
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - call 4 PM (eastern) Friday to discuss the record in this case

Thanks very much, Paul. I'll circulate dial-in information for 4 pm Eastern on Friday. And I'm happy to talk ahead of time. I'm free anytime tomorrow morning. I'll propose 10 am, but I'm flexible on timing. The cell number below (202-598-5660) is the best number. Also, one events-driven caveat on the Friday call: Depending on developments in the Senate (always unpredictable), we may have a confirmed Solicitor General (Elizabeth Prelogar) by Friday afternoon. I'm not entirely certain who will be on the call in that event, but there will definitely be someone from the senior leadership of the Office. Thanks very much for your flexibility. Chris

---

Christopher G. Michel
Assistant to the Solicitor General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-8976 (office)
202-598-5660 (cell)

---

**From:** Paul Cassell <cassellp@law.utah.edu>
**Sent:** Tuesday, October 26, 2021 9:42 AM
**To:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Cc:** Brad Edwards <brad@epllc.com>
**Subject:** [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - call 4 PM (eastern) Friday to discuss the record in this case

Dear Christopher,

I've added co-counsel Brad Edwards onto this email chain. We both very much appreciate the willingness of the Acting Solicitor General and his colleagues to discuss this extremely important issue in this extremely important case.

Brad and I are both available for a call at 4 PM (eastern) on Friday. Please circulate the call-in information.

I would also like to have a brief discussion with you before our Friday call, so that we can better understand the parameters and topics for our call on Friday. Is there a good time for me to give you a call? I'm free today (until 2 PM eastern) and also tomorrow, Wednesday, morning (until noon eastern).

Thanks again for your willingness to discuss these important issues.

Paul Cassell for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is

admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Sent:** Monday, October 25, 2021 11:39 AM
**To:** Paul Cassell <cassellp@law.utah.edu>
**Subject:** FW: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting call about the record in this case

Dear Paul, I am the Assistant to the Solicitor General handling the government's response in this case.  Your message has now made its way to me.  The Acting Solicitor General, Deputy Solicitor General, and I would be happy to discuss this case with you.  Unfortunately, this is a particularly busy week in our office, and the best time for a call would be Friday afternoon after 4 pm Eastern.  Would that work for you?  If so, we can send dial-in information.  My phone numbers are below if you'd like to discuss as well.  Many thanks, Chris


_____
Christopher G. Michel
Assistant to the Solicitor General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-8976 (office)
202-598-5660 (cell)

**From:** SupremeCtBriefs (SMO) <Ex_SupremeCtBriefs@jmd.usdoj.gov>
**Sent:** Monday, October 25, 2021 1:02 PM
**To:** Michel, Christopher (OSG) <Christopher.Michel@usdoj.gov>
**Subject:** FW: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting call about the record in this case



**From:** Paul Cassell <cassellp@law.utah.edu>
**Sent:** Sunday, October 24, 2021 11:56 PM
**To:** SupremeCtBriefs (SMO) <Ex_SupremeCtBriefs@jmd.usdoj.gov>
**Subject:** [EXTERNAL] RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting call about the record in this case

Dear counsel in the above-captioned case,

I am counsel of record in the above-captioned case for petitioner.  I am following up on these emails below, sent October 21, October 19 and October 7 (along with parallel phone calls made on the same days)  I also sent the attached letter on October 7. I

have yet to receive any response from the Government. I would like to discuss this matter at the Government's earliest convenience.  We have a long-standing request into the Department for the missing emails in question as well as for supplementation of the record by the Department.  My cell phone number is 801-201-8271 or I can be reached at the email address above.

Thanks in advance for your prompt response.

Paul Cassell for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Paul Cassell
**Sent:** Thursday, October 21, 2021 12:39 PM
**To:** SupremeCtBriefs@USDOJ.gov
**Subject:** RE: RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting assistance in transmitting correspondence

Dear Counsel in the above-captioned case,

I am counsel of record in the above-captioned case for petitioner.  I am following up on these emails below, sent October 19 and October 7.  I also sent that attached letter on October 7. I have yet to receive any response from the Government. I would like to discuss this matter at the Government's earliest convenience.  We have a long-standing request into the Department for the missing emails in question as well as for supplementation of the record by the Department.  My cell phone number is 801-201-8271 or I can be reached at the email address above.

Thanks in advance for your prompt response.

Paul Cassell for Courtney Wild

Paul G. Cassell

Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law

S.J. Quinney College of Law at the University of Utah

383 S. University St., Salt Lake City, UT 84112-0730

(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)

cassellp@law.utah.edu

You can access my publications on http://ssrn.com/author=30160

> CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Paul Cassell
**Sent:** Tuesday, October 19, 2021 8:25 PM
**To:** SupremeCtBriefs@USDOJ.gov
**Subject:** RE: RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting assistance in transmitting correspondence

Dear Counsel in the above-captioned case,

I write as a follow up to the email.  I haven't heard any acknowledgement of receipt of this letter and, more important, I haven't heard back from anyone at the Justice Department about discussing the omissions in the factual record in this case – a discussion that Ms. Wild is requesting to have before the Government files its response to her petition on November 4. Could the appropriate counsel please contact me at his/her earliest convenience?

Thanks in advance for your help.

Paul Cassell for Courtney Wild
(801) 201-8271


Paul G. Cassell

Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law

S.J. Quinney College of Law at the University of Utah

383 S. University St., Salt Lake City, UT 84112-0730

(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)

cassellp@law.utah.edu

You can access my publications on http://ssrn.com/author=30160

> CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please

immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.

**From:** Paul Cassell
**Sent:** Thursday, October 7, 2021 8:44 AM
**To:** SupremeCtBriefs@USDOJ.gov
**Subject:** RE: No. 21-351 - Wild v. U.S. District Court for the Southern District of Florida - requesting assistance in transmitting correspondence

Dear counsel in the above-captioned case,

As counsel for Courtney Wild (one of Jeffrey Epstein's sexual assault victims), I am emailing you to request assistance in passing along the attached correspondence to Attorney General Garland and Acting Solicitor General Fletcher. I have been unable to immediately locate an email address for them.

If you could pass along this correspondence to their Offices – and confirm the transmission – I would greatly appreciate it.

Thank you in advance for your assistance.

Paul Cassell, Counsel for Courtney Wild

Paul G. Cassell
Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law
S.J. Quinney College of Law at the University of Utah
383 S. University St., Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)  (801) 585-2750 (fax) (pronouns: he/him/his)
cassellp@law.utah.edu
You can access my publications on http://ssrn.com/author=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message.  Professor Cassell is admitted to the Utah State Bar, but not the bars of other states.  Any views he expresses in this email are his own.