UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>   Defendant /<br>   Third-Party Plaintiff<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>   Third-Party Plaintiff,<br><br> v.<br><br>JAMES EDWARD STALEY,<br><br>   Third-Party Defendant. | Case No. 22-cv-10019-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

  The motion of Eden Schiffmann for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.  Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Maryland and that his contact information is as follows:

  Applicant's Name:  Eden Schiffmann

  Firm Name:    Williams & Connolly LLP

  Address:     680 Maine Avenue, S.W.

  City/State/Zip:   Washington, D.C. 20024

  Telephone/Fax:   (202) 434-5977 / (202) 434-5029

  Email:      ESchiffmann@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Eden Schiffmann is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
    Honorable Jed S. Rakoff
    United States District Judge