# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                        Plaintiff,

v.

GHISLAINE MAXWELL,

                        Defendant.

------------------------------------------x

                June 20, 2016
                9:12 a.m.

          C O N F I D E N T I A L

      Deposition of ███████████ pursuant to notice, taken by Plaintiff, at the offices of Podhurst Orseck, 25 West Flagler Street, Suite 800, Miami, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



```
                                                          Page 54
 1                        ▓▓▓▓▓▓▓▓▓▓ - CONFIDENTIAL
 2     BY MR. EDWARDS:
 3         Q.   When you got to his house, you were
 4     requested to give a massage?
 5              MR. PAGLIUCA:  Object to foundation and
 6         form.
 7              THE WITNESS:  I don't exactly remember.  I
 8         don't remember if I was asked in the kitchen.
 9         I don't remember if -- I don't remember.
10     BY MR. EDWARDS:
11         Q.   Massage was part of the game, though?
12              MR. PAGLIUCA:  Object to form and
13         foundation.
14              THE WITNESS:  I don't remember.  I'm
15         sorry.
16     BY MR. EDWARDS:
17         Q.   But even during this deposition today, we
18     have described at times you giving him a massage?
19         A.   Yes.  You're asking about my first
20     encounter, though.
21         Q.   Sorry, I'm just trying to sum up the whole
22     thing.
23         A.   Okay.
24         Q.   Was massage part of the lure to get you
25     specifically to his house?
```



```
                                                      Page 55
 1                                  - CONFIDENTIAL
 2        A.   Yes.
 3             MR. PAGLIUCA:  Object to form and
 4        foundation.
 5   BY MR. EDWARDS:
 6        Q.   And at the time, you are 15, 16 or 17
 7   years old?
 8             MR. PAGLIUCA:  Object to form and
 9        foundation.
10             THE WITNESS:  Yes.
11   BY MR. EDWARDS:
12        Q.   No massage experience?
13        A.   No.
14        Q.   You were told to bring other girls to his
15   house?
16             MR. PAGLIUCA:  Object to form and
17        foundation.
18             THE WITNESS:  After a while, yes.
19   BY MR. EDWARDS:
20        Q.   These massages were turned sexual by
21   Jeffrey, as opposed to by anyone else?
22        A.   Jeffrey took my clothes off without my
23   consent the first time I met him.
24        Q.   The massages were scheduled by people
25   working for Jeffrey?
```



Page 56

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓ - CONFIDENTIAL
2     A.    I don't recall.
3           MR. PAGLIUCA:  Object to form and
4     foundation.
5 BY MR. EDWARDS:
6     Q.    Jeffrey Epstein, during these massages,
7 would use sex toys or have sex toys used?
8           MR. PAGLIUCA:  Object to form and
9     foundation.
10          THE WITNESS:  Well, at that point, it's no
11    longer a massage.  Something else is going on.
12    But, yes, he would take out adult toys and
13    different things.
14 BY MR. EDWARDS:
15    Q.    While you were a teenager, Jeffrey Epstein
16 asked you to live with him?
17    A.    Yes.  He wanted me to be emancipated.
18    Q.    Jeffrey Epstein encouraged girl-on-girl
19 sex?
20          MR. PAGLIUCA:  Object to form and
21    foundation.
22          THE WITNESS:  Yes.
23 BY MR. EDWARDS:
24    Q.    And after you cooperated with the police,
25 you were intimidated by people working for Jeffrey



MAGNA LEGAL SERVICES

```
                                                             Page 57
 1                     ▮▮▮▮▮▮▮▮▮▮ - CONFIDENTIAL
 2    Epstein?
 3             MR. PAGLIUCA:  Object to form and
 4        foundation.
 5             THE WITNESS:  Yes.
 6             MR. EDWARDS:  All right.  I don't have
 7        anything further for you.  I apologize that we
 8        even had to go through this, all right?
 9             THE WITNESS:  Okay.
10                    E X A M I N A T I O N
11    BY MR. PAGLIUCA:
12        Q.   Ms. ▮▮▮, by name is Jeff Pagliuca.  I
13    live in Denver, Colorado.  And, like you, I don't
14    want to be here today either, okay?  I would rather
15    be in Denver.
16             I just want to -- as I understand it, and
17    I'm not trying to get into any of your treatment
18    over the last, let's say, 10 years, because I don't
19    know how long it's been, but as I understand what
20    you and your lawyer have said here today, you have
21    been involved in some number of years of therapy, in
22    which the purpose -- part of the purpose of the
23    therapy has been to forget all of these events that
24    Mr. Edwards was asking you questions about; is that
25    correct?
```



Page 71

```
 1                          ██████████ - CONFIDENTIAL
 2                     CERTIFICATE OF OATH
 3   STATE OF FLORIDA       )
 4   COUNTY OF MIAMI-DADE   )
 5
              I, the undersigned authority, certify that
 6   ██████████ personally appeared before     me and
     was duly sworn.
 7            WITNESS my hand and official seal     this
     23rd day of June, 2016.
 8
 9
                    Kelli Ann Willis, RPR, CRR
10                  Notary Public, State of Florida
                    Commission FF928291, Expires 2-16-20
11         + + + + + + + + + + + + + + + + + +
12                       CERTIFICATE
13   STATE  OF   FLORIDA  )
14   COUNTY OF MIAMI-DADE )
15            I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that     I was
     authorized to and did stenographically report the
17   foregoing deposition of ██████████ that a
     review of the transcript was not requested; and
18   that the transcript is     a true record of my
     stenographic notes.
19            I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of    any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22            Dated this 23rd day of June, 2016.
23
24              KELLI ANN WILLIS, RPR, CRR
25
```

