# EXHIBIT 6

```
-------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:        1
Time:  11:36:35                 Incident Report              Program: CMS301L
-------------------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368
SPECIAL NOTES  : DO NOT RELEASE           Occur From Date: 1/27/05 0000
Occur To Date  : 1/27/05 0000             Report Date  . : 3/14/05 1600
Day Of Week  . : Thursday
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL
Location Type  : RESIDENCE-SINGLE FAMILY
Beat Assignment: DETECTIVE BUREAU         Map Reference  : 10
Dept Class . . : SEXUAL BATTERY           Report Officer : PAGAN, MICHELE
Case Status  . : OPEN / ACTIVE            Case Status Dt : 3/14/05
Supervisory Dt.: TRYLCH, JEFFREY  3/14/05
Entry Date . . : OREGERO, LAURA   4/06/05
Names? . . . . :                          Property?  . . :
Vehicles?  . . :                          Offenses?  . . :
Narrative? . . :                          Related Cases? :
```

```
********* V E H I C L E     I N F O R M A T I O N   #   1 ********************
Case number  . : 1-05-000368              Category . . . :
State Veh Type :                          Year . . . . . : 0
Make . . . . . :                          Model  . . . . :
Model Name . . :                          Permit Number  :
Style  . . . . :                          Color - Top  . :
Color - Bottom :                          License #  . . :
VIN  . . . . . :                          Stolen value . : 0
Disposition  . :                          Insured  . . . :
Insured by . . :                          Keys in car  . :
Vehicle locked :                          Lein holder  . :
Date recovered : 0/00/00                  Recovery value : 0
Street number  :
City . . . . . :
Recovery code  :                          NCIC number  . :
Be On Look Out?:
```

```
********* P E R S O N     R E P O R T I N G     I N F O - # 1 *********
Case Number  . : 1-05-000368              Last Name  . . : ██████████████
Street Number  : ██████████▌
City . . . . . : WEST PALM BEACH, FL 33412
Birth Date/Age : 7/24/1980 24             Employer?  . . :
Occupation . . :                          Oper Lic No. . : ████████████  FL
Home Phone No. : ████████████████         Race . . . . . : White
Sex  . . . . . : Female                   Height . . . . : 0
Weight . . . . : 0                        Other Phone Nbr:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number  . : 1-05-000368              Prompt valid in: ROBSON, HALEY
Street Number  : 12247 72ND CT NORTH
City . . . . . : ██████████████ FL 334121460
Birth Date . . : 4/09/1986 18             Maximum Age  . : 18
Employer?  . . :                          Occupation . . :
Oper Lic No. . : ██████████████           Home Phone No. :
Other Phone Nbr:                          Race . . . . . : White
Sex  . . . . . : Female                   Minimum Height : 0
Minimum Weight : 0                        Maximum Height : 0
```

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:      2
Time:  11:36:35               Incident Report               Program: CMS301L
--------------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                       (Continued)
Maximum Weight : 0                Misc. ID#  . . :
Aliases? . . . :                 MO/Crime Spec? :
Hair Color . . :                 Hair Length  . :
Hair Style . . :                 Eye Color  . . :
Glasses  . . . :                 Complexion . . :
Facial Hair  . :                 Build  . . . . :
Teeth  . . . . :                 Speech . . . . :
Hat  . . . . . :                 Coat . . . . . :
Shirt  . . . . :                 Pants  . . . . :
Shoes  . . . . :                 Body Marks #1  :
Body Marks #2  :                 Body Marks #3  :
Body Marks #4  :                 Status . . . . : STILL SUSPECT
Arrest Case No.:                 Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 2 **
Case Number  . : 1-05-000368         Prompt valid in: KELLEN, SARAH LYNNELLE
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 5/25/1979 25        Maximum Age  . : 25
Employer?  . . :                     Occupation . . : PERSONAL ASST/EPSTEIN
Oper Lic No. . : ████████████        Home Phone No. : 561/000-0000
Other Phone Nbr: 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Minimum Height : 0
Minimum Weight : 0                   Maximum Height : 0
Maximum Weight : 0                   Misc. ID#  . . :
Aliases? . . . :                     MO/Crime Spec? :
Hair Color . . :                     Hair Length  . :
Hair Style . . :                     Eye Color  . . :
Glasses  . . . :                     Complexion . . :
Facial Hair  . :                     Build  . . . . :
Teeth  . . . . :                     Speech . . . . :
Hat  . . . . . :                     Coat . . . . . :
Shirt  . . . . :                     Pants  . . . . :
Shoes  . . . . :                     Body Marks #1  :
Body Marks #2  :                     Body Marks #3  :
Body Marks #4  :                     Status . . . . : STILL SUSPECT
Arrest Case No.:                     Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 3 **
Case Number  . : 1-05-000368         Prompt valid in: EPSTEIN, JEFFREY
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 1/20/1953 52        Maximum Age  . : 52
Employer?  . . :                     Occupation . . :
Oper Lic No. . : ████████████        Home Phone No. :
Other Phone Nbr:                     Race . . . . . : White
Sex  . . . . . : Male                Minimum Height : 0
Minimum Weight : 0                   Maximum Height : 0
Maximum Weight : 0                   Misc. ID#  . . :
Aliases? . . . :                     MO/Crime Spec? :
Hair Color . . :                     Hair Length  . :
Hair Style . . :                     Eye Color  . . :
```

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT           Page:      3
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                          (Continued)
Glasses  . . . :              Complexion . . :
Facial Hair  . :              Build  . . . . :
Teeth  . . . . :              Speech . . . . :
Hat  . . . . . :              Coat . . . . . :
Shirt  . . . . :              Pants  . . . . :
Shoes  . . . . :              Body Marks #1  :
Body Marks #2  :              Body Marks #3  :
Body Marks #4  :              Status . . . . : STILL SUSPECT
Arrest Case No.:              Additional UCR?:
```

```
************** V I C T I M     I N F O R M A T I O N  - # 1 ****************
Case Number  . : 1-05-000368 ███████████████
Prompt valid in:
Street Number  :
City . . . . . : WEST PALM BEACH, FL 33412
Birth Date/Age :              14        Employer?  . . :
Occupation . . : ████████████          Oper Lic No. . :
Home Phone No. : ████████              Race . . . . . : White
Sex  . . . . . : █████                 Height . . . . : 0
Weight . . . . : 0                     Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr:
Victim Type  . : JUVENILE              Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :
```

```
************** V I C T I M     I N F O R M A T I O N  - # 2 ****************
Case Number  . : 1-05-000368           Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████          Employer?  . . :
Occupation . . :                       Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex  . . . . . : █████                 Height . . . . : 0
Weight . . . . : 0                     Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT                 Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :
```

```
************** V I C T I M     I N F O R M A T I O N  - # 3 ****************
Case Number  . : 1-05-000368           Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████          Employer?  . . :
```

```
----------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT        Page:      4
Time: 11:36:35                   Incident Report              Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000       Race . . . . . . : White
Sex . . . . . : Female              Height . . . . . : 0
Weight . . . . : 0                  Misc. ID# . . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type . : JUVENILE            Residency Type :
Residency Sts :                     File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent :                     Injury Type 1 :
Injury Type 2 :                     Hospital ID . :
Med Treatment :                     Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 4 ********************
Case Number  . : 1-05-000368        Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████       Employer? . . :
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000       Race . . . . . . : White
Sex . . . . . : Female              Height . . . . . : 0
Weight . . . . : 0                  Misc. ID# . . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type . : JUVENILE            Residency Type :
Residency Sts :                     File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent :                     Injury Type 1 :
Injury Type 2 :                     Hospital ID . :
Med Treatment :                     Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 5 ********************
Case Number  . : 1-05-000368        Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████       Employer? . . :
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000       Race . . . . . . : White
Sex . . . . . : Female              Height . . . . . : 0
Weight . . . . : 0                  Misc. ID# . . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type . : ADULT               Residency Type :
Residency Sts :                     File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent :                     Injury Type 1 :
Injury Type 2 :                     Hospital ID . :
Med Treatment :                     Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 6 ********************
Case Number  . : 1-05-000368
Prompt valid in: ███████████████

```
--------------------------------------------------------------------------------
Date:   2/17/06              PALM BEACH POLICE DEPARTMENT           Page:       5
Time:  11:36:35                    Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 7 *******************
Case Number  . : 1-05-000368        Prompt valid in: ██████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 8 *******************
Case Number  . : 1-05-000368        Prompt valid in: ██████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 9 *******************

```
----------------------------------------------------------------------
Date:   2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      6
Time:  11:36:35              Incident Report              Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368
Case Number  . : 1-05-000368          Prompt valid in:        (Continued)
Street Number  :                                      ███████████████████
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████           Employer? . . :
Occupation . . :                       Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex . . . . . : Female                 Height . . . . : 0
Weight . . . . : 0                      Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr : 561/000-0000
Victim Type  . : JUVENILE              Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 10 ******************
Case Number  . : 1-05-000368
Prompt valid in:███████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████           Employer? . . :
Occupation . . :                       Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex . . . . . : Female                 Height . . . . : 0
Weight . . . . : 0                      Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr : 561/000-0000
Victim Type  . : JUVENILE              Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 11 ******************
Case Number  . : 1-05-000368          Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████           Employer? . . :
Occupation . . :                       Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex . . . . . : Female                 Height . . . . : 0
Weight . . . . : 0                      Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr : 561/000-0000
Victim Type  . : ADULT                 Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT              Page:       7
Time: 11:36:35                 Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 12 ******************
Case Number  . : 1-05-000368          Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT                Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 13 ******************
Case Number  . : 1-05-000368          Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE             Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 14 ******************
Case Number  . : 1-05-000368          Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE             Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :

```

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      8
Time: 11:36:35               Incident Report          Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 15 ******************
Case Number  . : 1-05-000368      Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████████ Employer? . . :
Occupation . . :                  Oper Lic No. . :
Home Phone No. : 561/000-0000     Race . . . . . : White
Sex  . . . . . : Female           Height . . . . : 0
Weight . . . . : 0                Misc. ID# . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT            Residency Type :
Residency Sts  :                  File Charges . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 16 ******************
Case Number  . : 1-05-000368      Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████████ Employer? . . :
Occupation . . :                  Oper Lic No. . :
Home Phone No. : 561/000-0000     Race . . . . . : White
Sex  . . . . . : Female           Height . . . . : 0
Weight . . . . : 0                Misc. ID# . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE         Residency Type :
Residency Sts  :                  File Charges . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 17 ******************
Case Number  . : 1-05-000368      Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████████ Employer? . . :
Occupation . . :                  Oper Lic No. . :
Home Phone No. : 561/000-0000     Race . . . . . : White
Sex  . . . . . : Female           Height . . . . : 0
Weight . . . . : 0                Misc. ID# . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE         Residency Type :
Residency Sts  :                  File Charges . :
```

```
----------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      9
Time: 11:36:35            Incident Report            Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :

********* O T H E R     P E R S O N     I N F O R M A T I O N  - # 1 *********
Case Number  . : 1-05-000368          Last Name . . : ██████████
Street Number  : ▓                    
City . . . . . : ██████████████1
Birth Date/Age :                      Employer?  . . :
Occupation . . : STUDENT              Oper Lic No. . :
Home Phone No. : ██████████           Race . . . . . : White
Sex  . . . . . : Female               Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R     P E R S O N     I N F O R M A T I O N  - # 2 *********
Case Number  . : 1-05-000368          Last Name . . : MARCINKOVA, NADA
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : 2/21/1985 19         Employer?  . . :
Occupation . . :                      Oper Lic No. . : M█████████████
Home Phone No. :                      Race . . . . . : White
Sex  . . . . . : Female               Height . . . . : 510
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R     P E R S O N     I N F O R M A T I O N  - # 3 *********
Case Number  . : 1-05-000368          Last Name . . : ████████████
Street Number  :
City . . . . . : ██████████████ , ████
Birth Date/Age :                      Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : ██████████           Race . . . . . : White
Sex  . . . . . : Female               Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr: 561/330-0400

********* O T H E R     P E R S O N     I N F O R M A T I O N  - # 4 *********
Case Number  . : 1-05-000368          Last Name . . : ████████████
Street Number  : ██████████████████
City . . . . . : ███████████████FL 33411
Birth Date/Age : 9/05/1967 37         Employer?  . . :
Occupation . . : PAINTER              Oper Lic No. . :
Home Phone No. : ██████████           Race . . . . . : White
Sex  . . . . . : Male                 Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R     P E R S O N     I N F O R M A T I O N  - # 5 *********
Case Number  . : 1-05-000368          Last Name . . : BACK, KATHY

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     10
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Street Number  :
City . . . . . :
Birth Date/Age : 0/00/0000 0        Employer? . . :
Occupation . . : FAMILY THERAPIST   Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

### ***EMPLOYER INFORMATION***

Case Number  . : 1-05-000368
Employer Name  : PBC DIVISON OF YOUTH AFFAIRS
Address . . .  : 4200 N AUSTRALIAN AV
City/State/Zip : WEST PALM BEACH, FL 33407
Phone Number . : 561/840-4540

### ********* O T H E R     P E R S O N     I N F O R M A T I O N - # 6 *********

Case Number  . : 1-05-000368        Last Name . . : BRYAN, ZACKERY
Street Number  : ███████████████
City . . . . . : ███████████████████████
Birth Date/Age : ███████████         Employer? . . :
Occupation . . : STUDENT            Oper Lic No. . :
Home Phone No. : ███████████████     Race . . . . . : White
Sex . . . . . : Male                Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

### ***EMPLOYER INFORMATION***

Case Number  . : 1-05-000368        Employer Name  : SUMMIT CHRISTIAN SCHOOL
Address . . .  : 4900 SUMMIT BV
City/State/Zip : WEST PALM BEACH, FL 33415
Phone Number . :

### ********* O T H E R     P E R S O N     I N F O R M A T I O N - # 7 *********

Case Number  . : 1-05-000368        Last Name . . : ████████████████
Street Number  : ███████████████
City . . . . . : ████████████████ ███████████
Birth Date/Age : 0/00/0000 0        Employer? . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : ███████████████     Race . . . . . : White
Sex . . . . . : Male                Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

### ********* O T H E R     P E R S O N     I N F O R M A T I O N - # 8 *********

Case Number  . : 1-05-000368        Last Name . . : ████████████████
Street Number  : 201 CYPRESS TR
City . . . . . : WEST PALM BEACH, FL 33411
Birth Date/Age : 0/00/0000 0        Employer? . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/667-9764       Race . . . . . :
Sex . . . . . : Female              Height . . . . : 0

```
-----------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    11
Time: 11:36:35              Incident Report              Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Weight . . . . : 0                   Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 9 ********
Case Number   . : 1-05-000368      Last Name  . . : ███████████████
Street Number :
City . . . . . :    ███████   ████████ ████
Birth Date/Age : ███████  ███████    Employer?  . . :
Occupation . . :                   Oper Lic No. . . : ██████████████
Home Phone No. : 561/000-0000      Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

********************** N A R R A T I V E  # 1 ************************
Original Report    LO    Reported By: PAGAN, MICHELE D.        9/20/05
                         Entered By.: OREGERO, LAURA D.        9/20/05

     On 03/14/2005, I received a call from a woman who did not wish to
     identify herself. (Later identified as ████████████ She stated that
     her fourteen year old step daughter (later identified as
     ████████████ possibly may have been molested in Palm Beach by a wealthy
     man. According to ████████, she learned of the possible molestation
     by a third party. She explained that she had received a call from the
     mother of her stepdaughter's friend. The mother claimed to have
     overheard a conversation between her daughter and a male friend; they
     were talking about  ██ . The conversation was about how ██ had met
     with a 45-year-old man and had sex with him and was paid for it. I
     advised ████████ that I would like to meet with her to obtain a more
     detailed statement and facts. ██ stated she did not know what
     to do and had to discuss the matter with her husband. At this point
     ████████████ did not provide me with a call back number or any other
     information. She stated that she would contact me once she had spoken
     with her husband and ████ mother.

     On 03/14/2005 received a call from Mr. & Mrs. ████████  They stated
     it was okay to speak to their daughter ██ via cell phone ████████
     ████████ Her mother ████ ████████ had been made aware of the case. They
     agreed to meet me at the police department later this date.
     (561)███████

     On 03/14/2005, Mr.████████████ accompanied by his wife ███████
     ████████████ came to the Palm Beach Police Department were they advised me
     that they believe their fourteen year old daughter may have had some
     type of sexual relationship with an older male who resided in Palm
     Beach. Neither knew the suspect s name or address. Both stated that
     their daughter did not talk to them about the incident, nor would she
     admit to it.

     ████████████ identified his daughter as ████████████
     ████████████ resides with her biological mother
     at ████████████  , ██, ██████, (561) ███ ████. ████████████

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    12
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
her sister ‾ ‾    resides with Mr. ▆▆▆. Both ▆▆▆ and ▆▆ are
currently attending High Ridge vocational school, which is an
involuntary admitted juvenile educational facility. ▆▆ stays at the
facility during the week and comes homes on the weekend.  According to
▆▆▆▆▆▆ she was admitted to the school because of disciplinary
problems that recently escalated.  The facility also coordinates with
the families to provide one on one as well as family counseling.

According to Mrs.▆▆▆▆, she believes the incident occurred on
Sunday, Feb 6, 2005. A friend of ▆▆▆, named Haley picked her up at
their house and left.  They believe Haley instigated the relationship
with the older gentleman though they do not have any proof.  Haley
lives close by with her mother.  Mrs. ▆▆▆▆▆ further explained that
▆▆▆ was introduced to Haley by Zack Brian, a boy she was dating.
(Goes to Summit Christian, plays baseball).  Mrs. ▆ continued
that on Sunday, Haley picked up ▆▆▆, and drove to Palm Beach where
they met the man.  Supposedly, the man has a lot of money and often
has young girls come over to his house.  Haley offers these girls a
way to make fast cash.  The man starts with a massage.  If he likes
them, he keeps them around and does more.  The ▆▆▆▆▆▆ did not have
any information on Haley other than she lives on 72nd Place North, the
last house on right side (north side).

Mrs ▆▆▆▆ talked of the conversation that she had with the mother
of Sheena Nuevo.  Mrs. ▆▆▆▆▆ stated that Nuevo was a former friend
of  ▆▆.  She found it strange that they were no longer friends
until she received the call from her mother telling her of the
conversation she overheard between ▆▆▆▆ and a boy named Zach.

Mrs. ▆▆▆▆ told me of an incident that occurred on 02/09/2005.
▆▆▆ got into a fight at school (Royal Palm HS).  Mrs. Brown assistant
principal, found over $300.00 in ▆ purse.  ▆▆▆ gave different
explanations for the large sum of money.  Initially the school
administration thought it was drug related but then dismissed the
claim.  Since that day, ▆ ▆ did not return to school; she ran away
Thursday, 02/10th or Friday 02/11 and returned to her mother's house
later that night after midnight.  It was not until after▆▆▆▆▆
received the call from ▆▆▆▆▆ mother, ▆▆▆
561-667-9764, that she learned ▆▆ was the girl that got into the
fight with ▆ ▆  The fight was instigated when ▆▆▆ accused ▆ of
being a prostitute.

▆▆▆▆ who has legal joint custody of his daughter ▆▆▆
▆▆ signed the affidavit of prosecution indicating he wished to
prosecute against the inappropriate sexual behavior with his
fourteen-year-old daughter.

Mr ▆▆▆▆ stated that he had no objections with our agency speaking
with his daughter ▆▆ about the incident.  Mr ▆▆▆▆ stated that
▆▆▆ mother ▆ is aware of the allegations and also was willing to
cooperate.  According to Mrs. ‾ ‾ , she does not believe her
daughter had any additional contact with the suspect as she was with

```
-------------------------------------------------------------------------
Date:   2/17/06           PALM BEACH POLICE DEPARTMENT          Page:      13
Time:  11:36:35                Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
    her mother and then placed into High Ridge.

    I contacted the School Board Police who provided me the information
    for Sable Palm, also known as High Ridge Family Center 840 - 4540.
    4200 N Australian Avenue, West Palm Beach, Florida.  Checking the
    school board records for ▇▇▇ and ▔ ▔▇▇▇▇▇▇ there is no
    disciplinary record found.  I was advised if no disciplinary action
    was taken for a fight, such as an expulsion or detention, the incident
    may not have been recorded.  This was at the discretion of the
    individual school security and principal.

    03/15/2005, I called the Palm Beach County Sheriff's Office and left a
    message for PBSP Sgt. Chris Keen, Child Abuse Unit.

    On 03/15/2005, I went to High Ridge/Sable Palm where I met with white
    female ▇▇▇▇▇▇▇▇.  Also present was Kathy Back,▇▇▇▇▇▇▇▇
    therapist.  During an audiotaped interview, I spoke with ▇▇▇▇▇▇▇
    about the allegations that were made. ▇▇▇ initially denied
    anything had happened only admitting to going with a Haley (later
    identified as Haley Robson) to Palm Beach to pick up money Robson was
    owed. ▔▔▔▔▔▔ identified Haley Robson as the cousin of her former
    boyfriend Zack Brian.  She ultimately admitted to knowing that Robson
    worked for a wealthy man and possibly did sexual favors for him.  She
    also admitted that Robson had offered her an opportunity to make
    money.

    ▇▇▇▇▇▇▇ identified Robson's boss as a white male named "Jeff who
    lived in Palm Beach (Later positively identified as Jeffrey Epstein).
    ▇▇▇▇▇▇▇ explained that she was first approached by Robson to go with
    her to Jeff s house, when they were at Brian s house.  According to
    ▇▇▇▇▇▇▇ she was not sure exactly what was going on with Robson but
    agreed to go with her.  Brian ▇ (▇▇▇ s boyfriend) became angry when
    he heard Robson inviting ▇ to accompany her. ▇ believed
    it was to pick up money the man owed Robson. ▇▇▇▇▇ stated Robson
    told her that she would pick her up at her house on Sunday. ▇▇▇▇
    was not sure of the exact dates but knew it was a Sunday.  According
    to ▔▔ ▔, Robson along with an unknown, possibly Hispanic female,
    picked her up at her father s house on 76th Lane. ▇▇▇▇ told her
    father that they were going shopping.  It was later confirmed by
    ▇▇▇▇▇▇▇▇ that Robson picked his daughter up.  According to Mr.
    ▇▇▇▇ Robson drove a pick up truck.

    Robson drove ▇▇▇▇▇▇ along with the unknown female to Palm Beach.
    Sometime on the way there, a conversation occurred between Robson and
    ▇▇▇▇▇ whereas Robson told ▔ ▔ that if Jeff asked her
    (▇▇▇▇▇▇) age, she should say she was eighteen.

    ▇▇▇▇▇▇ recalled that the Jeff's house was on a dead end street.  All
    three girls walked up a driveway, past what appeared to be a small
    guard/security room.  In fact, ▔▔▔▔▔ recalled a male approaching
    them asking what they wanted.  Robson stated they were there to see
    Jeff.  The male allowed them to continue walking up to the house.

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      14
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)

███████████stated the man told them that Epstein was not there but was
expected back.  He allowed them to enter the house, via the kitchen.
He offered them something to drink while they waited inside.  Shortly
after, Epstein and a woman, described as white with blond hair entered
the kitchen.  ███████████believed the woman was Epstein's assistance.
██████████ added that the woman did not seem friendly and kept her
responses short and direct.  Epstein introduced himself to ██████ as
Jeff .  ██████████ got the impression that Epstein and Robson's friend
knew each other.  █████████ described Epstein as being approximately
forty-five years old, a long face, and bushy eyebrows, with graying
hair.

Robson and Epstein left the kitchen leaving ██████████ and Robson's
friend alone in the kitchen.  They returned a short time later.  They
all spoke briefly in the kitchen.  While speaking to me, ██████████
became upset and started to cry.  █████████ stated the woman instructed
her to follow her upstairs, which she did.  According to ██████████ the
woman led her to a room that had a massage table in it.  The woman
started to fix up the room, putting the covers on the table and taking
lotions out.  She then told █████ that Epstein would be up in a
second.  The woman left the room, and soon after, Epstein walked in
and told ██████ to take off her clothes.  As ████████ was telling me
what had happened, she looked away from me, and with a pointed finger,
repeatedly pressed it into her thigh.  ██████ stated he was stern
when he told her to take off her clothes.  ██████ said she did not
know what to do as she was the only one there.  ██████ took off her
shirt leaving her bra on.  Epstein, dressed in a towel told her to
take off everything .  ██████████ stated she removed her pants leaving
her thong panties on.  Epstein then instructed her to give him a
massage pointing to a specific lotion for her to use.  Epstein laid on
the table, face down.  As ████████ began to give Epstein the massage,
he told her to get on his back.  ███████ stated she straddled herself
on Epstein s back.  ██████████ stated her exposed buttocks were touching
Epstein s bare buttocks.  As ████████ was giving Epstein the massage,
he turned around, and wacked off. .  (██████ later explained that
wacking off was masturbating).  ██████████ stated she was disgusted by
Epstein s actions but did not say anything.  According to ████████████
Epstein, told her that she had a really hot body."  Epstein excused
himself and went to the bathroom where she believed he masturbated
again.  Epstein returned to the room and told █ ████ that he was
done and gave her three hundred dollars.  They went back down stairs
where they met Robson.  Epstein said good-bye and they left.  Robson
asked ██████ how did it go and asked what did she (████ █ do.
When ████ told Robson that Epstein asked for a massage, Robson
allegedly stated "I know."  █████ stated they then went shopping.
██████████ stated Robson also got paid, but that she did not know why
since she was confident that Robson did not do anything.

██████████ described Epstein's house as a two story pink house with a
Cadillac Escalade parked in the driveway.  There were gates leading
into the property.  From the kitchen, ██████ recalled walking up a
flight of stairs, lined with photographs, to a room.  Upon entering

```
------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:   15
Time: 11:36:35            Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
the room there was a large bathroom to the right. ███████ recalled a
hot pink and green sofa in the room.  There was a door on each side of
the sofa. ████████ recalled there being a mural of a naked woman in
the room, as well as several photographs of naked women on a shelf.

███████ stated Epstein did not change in front of her but did take
off his towel, exposing himself. ████████ recalled Epstein being
hairy especially on his chest.  Epstein also had a hairline that
continued to his buttocks. ███ admitted to seeing his penis.  I
asked ███████ if she knew what being circumcised meant and she stated
no. ███ then said that she thought Epstein was on steroids
because he was a "really built guy and his wee wee was very tiny."
███████ would explain that when she stated "wee wee" she meant penis.
███████ stated Epstein exposed himself when he took his towel off,
placing it on the floor as he laid down on the table.

███████ said Epstein was specific in his instruction to her on how to
massage, telling her to go clockwise, etc. ████████ recalled that
Epstein got up from the table and went to the bathroom where she heard
him making, what she believed to be sexual type of noises. (moaning)
He then returned to the room where he again laid down on the table.
Epstein then turned over and instructed ████████ to massage his boobs.
As she did this, Epstein continued to make moaning noises.

███████ resumed massaging his chest area. ████████ was now standing
on the ground.  Epstein turned to his side, and with the towel on the
ground started to rub his penis in an up and down motion. ███████
stated Epstein held on to the small of her back as she massaged his
chest, back and shoulder area. ███████ recalled Epstein ejaculating
because he had to use the towel to wipe himself as he got off the
table. ████████ also recalled Epstein having a noticeable freckle on
his chest.

Epstein then left the room and ████████ got dressed.  She went back
downstairs where she met Haley and the unknown white female. ████████
admitted to getting paid three hundred dollars in cash from Epstein.
Before they left, Epstein asked ███████ to leave her phone number.
As they were leaving the house, Haley asked ███████ what had happened
and how much she was paid. ███ stated Haley seemed upset or
jealous when she told her that she received three hundred dollars.
Haley stated ███████ received only two hundred dollars that day. ████████
stated that she believed Haley was paid two hundred dollars for
bringing her.

Robson told ███████ that if they do this every Saturday, they could
be rich; ██████ agreed.  They then went shopping, though she is not
sure where.  Possibly at TJ Maxx or Marshall's. ██████ stated she
never saw Robson again as she got into the fight at school.  She had
not spoken with Robson either as her mother took away her cell phone.

I asked ████████ if she was aware of any video equipment while she was
in the room.  She stated no.

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      16
Time:  11:36:35              Incident Report             Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

███████████ stated she was afraid that Robson would retaliate against her
or her family if she ever went to the police regarding the incident.
███████████ stated that her father's vehicle was recently vandalized.
███████████ admitted to telling Brian what had happened with Epstein.
According to ███████ Brian became angry and upset, punching a hole
in the wall. ███████ guessed that it was Brian who told ███████ Nuevo
about the incident, and now there were rumors in school about ██████████
and what she did with Epstein.

I then talked to ███████ about truths and lying. We talked about the
color sweater she was wearing. ███████ denied having sexual
intercourse with Epstein. She denied touching his penis. █████████
again admitted to observing Epstein masturbate.

███████████ agreed to cooperating with the police department in placing a
phone call to Robson in a controlled setting. I met with Ms. Backs
and advised her of the families' as well as ███████████
willingness to cooperate with this investigation. Copies of this
interview were placed into evidence.

I made contact with ███████████████ I advised her briefly of my
investigation. She was aware of the incident and stated that she
overheard a portion of a conversation that her daughter was having
with a boy named Zack. ███████ stated that it was her opinion that
both girls liked Zack. ███████ recalled hearing her daughter
calling ███████ a whore. ███████ admitted that she did not listen
to the entire conversation but did confront her daughter about it
later. ███████ told her mother that something to the effect that
███████ had slept with an older man for money. ███████████ stated that
she would not object to me speaking with her daughter. It was
███████████s belief that everyone in the school may have known about
this because of the fight that her daughter ███████ and ███████ gotten
into. I reminded ███████ that this was an ongoing investigation and
requested she not discuss the fact that I had contacted her. She
agreed.

On 03/16/2005, PBSO Sgt. Chris Keen left a message that he was
returning my call. I spoke with Keen and discussed the case with him
and inquired if he had any open allegations or cases where the suspect
resided in Palm Beach. Keen stated he was unaware of any. Keen
offered any assistance if needed. Keen stated it was his experience
that due to the age of the parties involved, it would be difficult to
interview them and expect the investigation be confidential.

Because of the time delay, there was no need indicated that the victim
should be taken to a medical facility for a physical for the purpose
of obtaining evidence. There was also no need to take her to CPT as
she was already in a juvenile facility, with an assigned therapist, in
which coordinating a day and time to obtain a statement could be made.

On 03/17/2005, I queried Jeffery Epstein on the internet and obtained

```
--------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      17
Time: 11:36:35              Incident Report          Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

a photo of Epstein to be used in a photo line up.  I met with █████
███████████ at which time she viewed the photo line up.  She immediately
recognized Epstein and pointed to him. (Position #5)█████████ signed
the photo line up under Epstein s picture.  This signed line up was
placed into evidence.

On 03/18/2005, I met with ██████████ at her residence for the purpose of
placing a controlled call to Haley Robson. ████████ spoke with Robson
and asked if she could arrange another meeting with Jeff.  Robson
stated that she would have to call him and make the arrangements.  A
copy of this conversation was placed into evidence.

03/19/2005, I spoke with ██████████████ and ████████████████ and was
advised that ████████████ left the state to visit with her aunt and
uncle. ███████████ is scheduled to return to Florida on 03/27/2005

03/21/2005, I coordinated with PB BSF Unit and OCVAN to initiate
surveillance on 358 El Brillo.

03/21/2005, Coordinated with Det. Lee regarding trash pulls from 358
El Brillo.  On this same date I called █████████████ to schedule an
appointment to speak with ████  She stated the school guidance
counselor was reluctant to have police presence at the school.  I
assured her that I would respond to the school in civilian clothes and
an unmarked vehicle.

████████████ called me back and advised that I did not need to make
an appointment to see ████████

I received a return phone call from ███████████████ stating that ██████
█████████ would be attending the family therapy sessions with ██████

I received messages from █████████████████

I conducted a computer query on Epstein.  The results of this query
indicated the most recent driver s license on file for Epstein was for
the state of Florida, which had expired.

A cross reference of Epstein s residence, 358 El Brillo, Palm Beach,
revealed the following affiliated names: Nada Marcinkova, w/f, dob
02/21/1985, Mark L. Epstein, w/m dob 07/14/1954, & Ghislaine N.
Maxwell, uk/f, dob 12/25/1961.  A computer query for both returned no
history.

On 03/23/2005, I spoke with ████████████████ cell phone wk██████████  I
requested that she not discuss the incident with anyone including her
daughter ████ as I did not want the investigation compromised.  I was
told at this time, that ████ and ███ have not been getting along due
to the fact that ███████ has decided to continue living with her father.

On 03/29/2005, I placed telephone calls to both the ████████████ and
███████████ residences requesting to speak with them regarding the

```
-------------------------------------------------------------------------------
Date:  2/17/06         PALM BEACH POLICE DEPARTMENT         Page:    18
Time: 11:36:35              Incident Report             Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
     investigation.  I received return phone calls from Mrs. ███████ and
     Mrs. ██████ and advised them that I would be contacting Kathy Back,
     ████████ family therapist to coordinate a time to meet with ██████  This
     was at the request of both Back and Mrs. ████████ hat   strict
     classroom and therapy schedule be disrupted as little as possible.  I
     also updated them to the investigation thus far.  Both ████████ and
     ████████ stated they had no objection to my meeting with █████  In
     speaking with Ms. ~ " █, she identified the cell phone number of
     (561) ████████ as being the phone assigned to ~ ~ ~ .. Ms.
     ████████ had no objections and provided consent to giving it to the
     police department for the use of placing controlled phone calls from
     it. ██████ ⌐ stated the phone had been taken away from ██████ as part
     of her punishment for not doing well in school.  According to
     ████████ used to be an excellent student, but in the past two
     months has become irritable, verbally abusive to the family and has
     runaway. ████████ stated her daughter's recent behavior is the
     opposite of what she normally is. ~ " " stated they are going
     through family therapy sessions with the school but none of this had
     come up.  Arrangements were made for Det. Captain Gudger to retrieve
     the cell phone from ██████ at her place of employment.

     I called Highridge Family Center, 840-4540 and requested to speak with
     Ms. Back.  Upon speaking with Ms. Back she advised me that she was in
     the middle of therapy sessions and would call me back once the
     sessions were completed.  Ms. Back stated the sessions should be
     concluded by 7:00 PM.  At approximately 8:00PM I had called Ms. Back
     at which time I left a message on her voice mail requesting a return
     phone call.  I spoke with Ms. ██████ and advised her that I did not
     meet with her daughter and that I would again attempt to coordinate a
     time with the counselor so as not to disrupt ████ s school schedule.
     ████████ had no objections.  Shortly after speaking with Ms. ████████
     I received a call from Ms. Back.  I explained the situation and
     requested a time to meet with ████.  Back reviewed ████ schedule and
     advised that ████ would be available after 3:00PM.

     On 03/30/2005, I met with Ms. Back and ████████ at Highridge
     Family Center.  I reminded ████████ of her conversation with Robson.
     During this time    ~   initiated a conversation with me in which
     she admitted that she was not tell me everything that had happened
     during the time she was alone with Epstein.  According to ████████
     while she and Epstein were alone on the second floor, Epstein used a
     purple vibrator to massage her vaginal area.  █████  stated there
     was no penetration as the vibrator was on top of her underwear.  I
     asked ████████ if Epstein ever asked her age and she stated he had
     ████████ stated she told him she was eighteen.  When Epstein asked
     what school she was in, ██████ responded she was in the twelfth
     grade at Wellington.  During the course of this incident, ████████
     stated Epstein told her that Haley had worked for him for years.

     We then continued with the controlled call to Robson.  At
     approximately 3:35pm ████████ from her cell phone, made a call to
     Robson s home, (561)333-0180.  Robson was not home. ████ was told

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      19
Time: 11:36:35               Incident Report          Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

that Haley Robson was at working a double and could be reached on her
cell phone, (561) 308-0282.  W/F, Haley Robson is employed at The
Olive Garden Restaurant, located on Forest Hills Blvd in Wellington.

████████ called Robson.  During the conversation between Haley Robson
and ████████ Robson asked ̈ ████ what happened, stating that
she had heard rumors that ████ was going to press charges.  Robson
asked if they, meaning ████ ̤ ̇ parents, knew about Jeffery.  Robson
claimed to have heard that ████ father had found out about
Jeffrey. ████████     told Robson that they (her parents) did not
know anything about Epstein.  Robson told ████████ that Epstein needed
someone to work tomorrow and asked if she was available.  Robson
stated she would call Epstein and then call ████████ back.

During the course of these conversations with ████████████ she would
at times appear to be articulate and well spoken.  She would then
start to act in an immature manner, by looking around, not paying
attention, drawing on a paper. ████████ would offer me a high five
whenever she claimed to have told me the truth in the details of the
afternoon at Epstein's house. ████████   would sit in the chair, with
her knees propped up to her chest as she admitted that she did not
tell me the all the details of her encounter with Epstein during our
first meeting.  As a means of positive reinforcement I would high five
████████

On 03/31/2005, subpoena requests for T-Mobile Wireless (561) ████████
and Cingular Wireless, (561) ████████. (Robson and ████████ phone
numbers) were drafted.

On 04/01/2005, I met with members of PB BSF Unit for the purpose of
conducting surveillance on 358 El Brillo.  Cross-reference supplement.

On 04/01/2005, I met with Det. Krauel of the Palm Beach Police
Department who provided me a copy of the concealed weapons permit for
Mr. Epstein.  It revealed Epstein had a valid permit.  There was no
current photo attached to the renewal notice.

On this same date I queried various different web sites for a possible
identification of the purple item retrieved from the trash pull from
358 El Brillo.  The item was similar in description as the one
described by ████████ and used by Epstein.

I made contact with Spicygear.com and spoke with the owner John.  I
emailed a photograph of the item for his opinion.  He identified the
items as a Jelly Anal Wand of some sort.  The item is easily available
at sex shops in South Florida.

04/06/2005, I conducted business queries into Epstein utilizing the
internet.  I located articles relating to financial reports.  There
was no local history.

On 04/01/2005 - 04/03/2005, with the assistance of BSF, there was

```
--------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT        Page:     20
Time: 11:36:35                Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                         (Continued)
      continued surveillance on the property.

      On 04/04/2005, I obtained a copy of voice mail messages, dated 03/31
      and 04/01 from Haley Robson to ███████████.   A female identifying
      herself as Haley states that she could pick ███████ up to take her to
      Epstein s house for an eleven o clock appointment.  A copy of this was
      placed into evidence.

      On 04/05/2005, a trash pull was conducted at 358 El Brillo by Det. Lee
      and me.  There were several messages written on various forms of
      papers.  There was a message from Haley, indicating ██████ 11:00.  The
      following was additional information obtained from trash retrieved
      from 358 El Brillo: Jean Luc 6:20 AM; David 772-546-6952; Sarah Kellen
      655-0995; 881-8116;655-0995;██████ █████ ████, Tatum, Brit;
      Rion 1x; fuliias Friday 5:30PM;████████H;Wilde;`` & I  .; Nicole;
      Sherry; Haley; a message receipt dated 4/4 1:05-█. 771-0546
      She is looking to speak to you .; 917-7783-4113.

      On 04/06/2005, I faxed subpoena requests to SA Mighdolls office for
      Epstein, Robson and ████████s phone records.  (Phone numbers
      (561)832-4117, (561)317-2143,(561)908-0282 & (561)██████

      On 04/06/2005, I called Summit Christian School, 561-686-8031, ext
      311, and spoke with Principal Rick Heers.  He confirmed that they had
      a student by the name of Zack Bryan. He requested a written request
      prior to releasing any additional information.  On this same date I
      faxed Heers a request for student and parent information on Zack
      Brian.  I advised Heers that due to this being an open investigation
      he was not to discuss the matter with anyone.

      On 04/08/2005, I received a message from Heers providing me the
      following information:  Zachary Brian, w/m DOB 06/03/1998, ████████
      ████████████████████████████████████████████

      Det. Lee provided me with trash obtained from 358 El Brillo for 04/06
      04/07/05.  The following information was retrieved: Jet Aviation
      800-538-0724 itinerary, indicating a departure date of 04/05/2005 at
      4:00 PM with an arrival in New York City of 6:15PM.  Flight crew
      captain David Rodgers, co-captain, Larry Visoski, flight engineer
      Larry Morrison.  Call sign N908JE; a note stating Bye J. thank you
      Johanna, hand written notes & messages 11-Glenn, 12:30 chicken,
      ██████4, 3 September B & J, Big Screen x8, Johanna work Sunday @
      4PM, ``      , Monday after school?; left message for Courtney W.;Tatum,
      ████████Rhiannon; Sandy works 4-9 Monday and Tuesday, leaves
      school @ 11:30 AM; Shanna will be here tomorrow @ 10:30 Am; Mrs.
      Business 654-6699 Karen;833-4533. There was no trash for 04/08/05.

      04/22/05 received the results of a subpoena request from Bellsouth for
      561-832-4117.  The results only provided subscriber information.  I
      contacted Alice Grant Investigative Subpoena Compliance Center who
      stated the request was not complete and the results would be sent to

```
----------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT        Page:      21
Time: 11:36:35               Incident Report            Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
      me as soon as the query was finished.

Cross-referencing the names Christine Tatum and ██████████as
well as phone numbers I identified the before mentioned individuals as
being acquainted with someone at 358 El Brillo.  Tatum, DOB
06/07/1984, FL DL ███████████ and ███████DOB 06/12/1986 FL
████████ are both above the legal age of consent.

On 05/03/2005, I spoke with ██████████ and updated her to the
investigation.  ‗    ‗‗‗  stated that ████ was doing well in the
school.  Her contact with the outside is limited as they do not have
access to the phones.  ‗ ‗ comes home on the weekends and she is not
allowed to go anywhere alone.

On 05/11/2005, I made arrangements to meet with █████████ and ████████████

On Thursday, 05/12/05, I spoke with ████████████████regarding the case.
They will be moving to GA in July 2005.  They will be very busy over
the next few weeks but would be available via phone.  Will coordinate
a date to meet to discuss the matter further.

During this week I conducted surveillance at Epstein s residence and
at the airport, but there was nothing to indicate that Epstein was in
town.

Due to conflicting appointments, rescheduled until 06/02/2005, to meet
with Ms.████████

I also spoke with ███████████ and updated her to the investigation.

On 06/02/2005, I met with ███████ and █████████████ advised
that she could be reached via her cell phone until she is able to
provide me with her new contact information.

I also received a message from ██████████    Attempted call back
but the line was busy.

June 14, 2005, I received information that Epstein's plane was at
Jet Aviation.  I spoke with Det. Lee regarding surveillance.

I called the Olive Garden and asked for Haley Robson.  I was advised
she was not working today.  This would indicate that Robson was still
employed there.

On 07/07/2005, I faxed subpoena requests to SA Mighdolls office for
Epstein, Robson and ████████phone records.  (Phone numbers
(561)832-4117, (561)317-2143 and ███████████).  The original
subpoena requests only provided subscriber and billing information.

On 07/20/2005, conducted a trash pull arranged by Ofc. Lee.  Inside
there were misc. papers with phone numbers and names.  There were
misc. female hygiene products in the trash.  Based on a prior Auto

```
--------------------------------------------------------------------------
Date:   2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      22
Time:  11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
  Track report done on 358 El Brillo, a possible subject residing at the
  residence is Nada Marcinkova.  Marcinkova fit the description provided
  by officers who had conducted surveillance in the area of a female
  seen entering and leaving the residence.

  On 07/21/05, I received the Duces Tecum dated 07/18/05, which was
  clerked by ASO

  On 07/26/2005, I received the results of Bell South Subpoena.

  On 08/04/05, I received DHL Express from T mobile with the results of
  the query.

  I spoke with ███████████ who confirmed that ███ was still living
  out of state.  It appeared that all was going well.

  I left a message for ███████████ at ███████████

  On 08/08/2005, I received the results of Cingular cell phone subpoena.

  During the week of 09/08/2005, I checked 358 El Brillo and the Palm
  Beach International Airport but there was no direct indication that
  Epstein was in town.

  On 09/08/2005, I reviewed the case notes of this file, as the case
  will be turned over to Det. Recarey.

  On 09/11/2005, while on patrol, I conducted a check at Epstein's
  residence and found that it still had the hurricane shutters on.  On a
  drive by the Palm Beach International Airport later that afternoon, I
  did not observe Epstein's plane.

  On 09/14/2005, I conducted a check at the Palm Beach International
  Airport but did not see Epstein s plane.

  On 09/19/2005, I spoke with ███████████ to keep her updated and to
  find out if there was any change of address or phone numbers for ███
  I was told no.  I left a message for _____ ███████ at ███████████ ,
  in order to provide her with Detective Recarey s information.


********************** N A R R A T I V E   # 2 **************************
NA                      Reported By: RECAREY, JOSEPH            9/21/05
                        Entered By.: ALTOMARO, NICKIE A.        9/21/05

  On September 19, 2005, I met with Officer Pagan and received the
  information pertaining to this case.  Members of the Burglary Strike
  Force had previously been conducting surveillance on both Epstein and
  Robson.  Officer Munyan was assigned to monitor the Epstein home and
  Sgt Sorge and Officer Minot were assigned to monitor Robson.  Both
  teams provided a surveillance log that will be placed into the
  attachment file.

------------------------------------------------------------------------
```
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:    23
Time: 11:36:35               Incident Report             Program: CMS301L
```
------------------------------------------------------------------------

Case No. . . . : 1-05-000368                        (Continued)

    Det. Dawson was assigned to relieve Officer Munyan at 4:00 pm; he informed me that at approximately 8:00 pm, Epstein had left for the airport and his private jet was sitting on the tarmac. Epstein's private vehicle drove to the jet and unloaded packages into the jet. It appeared that Epstein left the county at this time. Surveillance will continue to determine when Epstein will return.

    Inv Continues.

**************************** N A R R A T I V E   # 3 ****************************
```
NA                      Reported By: PARKINSON, GREGORY A.          9/23/05
                        Entered By.: ALTOMARO, NICKIE A.            9/23/05
```

    On Friday, September 23, 2005 at approximately 1:45 p.m., I began to copy a tape micro cassette, under case number 05-368 and property number 05-243, tape number 1. I placed the tape in the telex copy-et, series 2 machine and began to go through the copying process. Approximately 1/2 through the tape, the tape wrapped around the spindle and became locked and stretched the tape. I examined it and determined that it was in the best interest to leave it as it is as a prior copy had been made and turned over to Sergeant Frick. I immediately took the tape to Sergeant Frick and allowed him to examine it and then obtained the copy from him and Detective Recarey and brought the copy of the tape down and made a copy for him based on that. The tape was placed back in the original container and is retained in the evidence bag under the previously mentioned property number of 05-243. It is not advisable to attempt to copy this tape as further damage could result to the recorded material and there is an existing copy anyway.

**************************** N A R R A T I V E   # 4 ****************************
```
NA                      Reported By: PARKINSON, GREGORY A.          9/26/05
                        Entered By.: ALTOMARO, NICKIE A.            9/26/05
```

    On 3-24-05 at 11:00 pm, a copy of tape 2 (case number 05-294) had been made for Det. Pagan by Evidence Specialist Annette Badger. The copy was turned over to Detective Recarey.

    On Friday, 09-23-05 at approximtely 2:15 pm, I was in the process of reproducing audio tapes (micro and standard) to standard size when it was discovered, in the test review process, that tape number 2 was blank. I notified Sgt. Frick and Det. Recarey. I was informed that they had a prior copy and I could use it to make a master tape. I did so and when reviewing and signing the evidence sheet, I noticed Evidence Specialist Badger had written "#2 is blank."

    I obtained that copy from Det. Recarey and made a new copy on a standard size tape. The new copy was placed in the evidence bag under property number 05-294 with the blank tape.