# EXHIBIT 6

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     24
Time: 11:36:35              Incident Report          Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-05-000368                          (Continued)


*********************** N A R R A T I V E   # 5 ***********************
NA                     Reported By: RECAREY, JOSEPH              9/26/05
                       Entered By.: ALTOMARO, NICKIE A.          9/28/05
```

Copies of the tapes that were submitted into evidence were requested.
Additionally, trash pulls were started on September 21, 2005. Sgt.
Szarszewski made telephone contact with Tony Higgins, Supervisor of
the Sanitation Department, and requested that trash be collected at
the Epstein House located at 358 El Brillo in Palm Beach.  Sgt
Szarszewski met with Sanitation worker, Jeff Williams and observed him
enter the property at 358 El Brillo.  Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.  Williams then drove away where he met
with Sgt. Szarszewski who removed the bags from the well and placed
them into one large black trash bag.  The bag was returned to the
Police Station where I was waiting for him.  Upon his arrival, we
inspected the bags where several notes and papers were found.  These
notes contained names of girls with times.  Additionally, there was a
note from ▒      and ▒      to Jeffrey Epstein on a notepad, which
stated, "For a good time call ▒     ▒ and ▒      at ▒        ." Also,
there was another telephone number on the note ▒       .  Also found
was a written note, which stated, ▒        can not come at 7 p.m.
tomorrow because of soccer.  These items were written on notepads that
contain Jeffrey Epstein on the bottom of the notes.  These items were
placed into evidence for future follow up.  I requested subpoenas for
subscriber information on ▒ he telephone numbers listed above on the
note from ▒       and ▒   .  The cellular telephones ▒        and
▒            are both assigned to Cingular Cellular Service.  Other notes
were found within the trash on Jeffrey Epstein pad, papers that
contained telephone numbers.  One note had "▒       " with ▒
written on it.  This cellular number is assigned to Cingular Cellular
Service.  Another sheet had written 434-7788 which is assigned to Bell
South Telecommunications.  The subpoenas were picked up and submitted
to Cingular and Bell South Telecommunication for subscriber
information.

On September 22, 2005, I was informed by Sgt. Szarszewski that there
would be no trash pick up as it was recycle pick up day.  A request
for copies of the micro and standard size cassettes were requested
from crime scene to familiarize myself with the interviews conducted.

On September 23, 2005, the tapes were received and I began to become
familiar with the interviews that were conducted.  Det. Krauel had met
with Town of Palm Beach Sanitation worker, Jeff Williams and observed
him enter the property of 358 El Brillo.  Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.  Williams then drove away where he met
with Det. Krauel who removed the bags from the well and placed them
into one large black trash bag.  The bag was returned to the Police
Station where I was waiting for him.  Upon his arrival, we inspected
the bags where several notes and papers were found. The notes will be

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT           Page:    25
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
   inspected for future use.  The items collected were placed into
   evidence.

   It became evident that some of the recordings were recorded with
background noise and some interference.  The calls most affected were
the control phone calls from the victim to the suspect Haley Robson.
I obtained the graphic equalizer and discovered that the calls are
able to be legible with the use of the equalizer by lowering the
background noise and increasing voice gain.  I also learned that a
tape was broken during the coping of the tape. I returned the copy of
the tape marked Property Number 05-243 to have it recopied to have an
original in evidence and a working copy with the file.

Upon researching the file, it was discovered that the suspect, Haley
Robson's cellular calls were subpoenaed incorrectly.  The suspect
telephone number was 561-308-0282 and the original request was for
561-908-0282.  I requested the information through Cingular Cellular
Service from February 2005 through the present.  The purpose was to
have a record of Robson making calls to victim, Jeffrey Epstein and
the frequency of calls.  The request was submitted to the State
Attorney's Office.

Investigation Continues....


*************************** N A R R A T I V E   # 6 ***************************
NA                      Reported By: KRAUEL, CURTIS D.            10/06/05
                        Entered By.: ALTOMARO, NICKIE A.          10/06/05

On or about September 23, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  Williams had been previously notified to assist in trash
pulls at the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach,
Florida.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 4 white in color plastic bags and each contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

On or about September 26, 2005 at approximately 0900 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jessie
Jones.  Jones had been previously notified to assist in trash pulls at
the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach, Florida.
 I observed Jones enter the driveway of 358 El Brillo, where no trash
was located within the receptacles.  I left the area without incident
and notified Det. Recarey to that affect.

```

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:      26
Time: 11:36:35                  Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

On or about September 27, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jesse
Jones.  I observed Jones enter the driveway of 358 El Brillo and
remove one plastic bag of trash and place it in the back of an empty
sanitation truck.

I then followed Jones to a predetermined location and seized the trash
from the truck.  The trash was transported to the Palm Beach Police
Department where I began sifting through its contents.  There was a
total of 1 white in color plastic bag which contained correspondence
for 358 El Brillo.  All documents of evidentiary value were removed
and turned over to Det. Recarey for follow-up.

On or about Monday October 3, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 7 white in color plastic bags with a red tie and 1
black in color bag which contained 2 white in color plastic bags with
a red tie.  Each of the bags contained documentation and
correspondence for 358 El Brillo and Jeffrey Epstein.  Inside of one
of the white in color bags, I located a broken piece of a hard plastic
or clear acrylic stick, which was shaped with small ridges.  This
device is commonly used as a sexual toy which is inserted into the
vagina or anus for stimulation.  This item, along with all documents
of evidentiary value were removed and turned over to Det. Recarey for
follow-up.

On or about Tuesday October 4, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
side well of the sanitation truck.  This side of the truck is separate
from the rear of the truck and does not come into contact with other
trash.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 2 white in color plastic bags which were tied at the
top.  Each of the bags contained documentation and correspondence for
358 El Brillo and Jeffrey Epstein.  All documents of evidentiary value
were removed and turned over to Det. Recarey for follow-up.

On or about Wednesday October 5, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT         Page:    27
Time: 11:36:35              Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
bed of the sanitation truck.

    I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents, with the
assistance of Det. Recarey.  There were a total of 2 bags, one of
which was white in color and tied in a knot at the top, and the other
was a black in color bag, which contained two white in color trash
bags along with loose debris.  Each of the bags contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

**************************** N A R R A T I V E   # 7 ****************************
NA                       Reported By: RECAREY, JOSEPH            10/07/05
                      Entered By: ALTOMARO, NICKIE A.          10/07/05

    I met with Det. Krauel and requested further assistance to maintain
trash collections at Epstein's residence at 358 El Brillo Road.  On
October 3, 2005, at approximately 10:30 am, I was contacted by Sgt.
Frick to respond to the Palm Beach Police Station.  Det. Krauel had
observed Jeff Epstein riding his bicycle on South County Road.  Upon
my arrival, I met with Sgt Frick who advised, as Epstein was currently
in Town; we interview Haley Robson as to her involvement with Epstein
and the girls that are brought to his house.  As we were to interview
Robson in the county, (outside of our jurisdiction), I contacted the
State Attorney s Office Investigation Division, and made contact with
Assistant Supervisor Investigator Carlos Ortiz.  I requested
assistance to interview Robson as the interview may occur in the
county.  Supervisor Ortiz assigned Investigator Mike Waites to assist
us at the location and interview of Robson.

    Det. Dicks had responded to the address of Robson and viewed her
vehicle parked in the driveway.  Robson's vehicle a red Plymouth Neon
baring Florida Tag of H49-PKB was parked in the driveway of 12247 72nd
Court in Loxahatchee.  Sgt Frick and I responded to 120th Ave and
awaited the arrival of Investigator Mike Waites.  Upon his arrival, he
was briefed that should she wish to be interviewed within her home he
would be needed.  However, should Robson agree to return to the police
station for further questioning, he would not be needed.  Sgt. Frick
and I knocked on the door and met with Haley Robson.  Robson was told
that we were investigating a claim involving Jeffrey Epstein of El
Brillo in Palm Beach.  Robson was asked if she wanted to accompany us
back to the police station for further questioning.  She was also told
that at the conclusion of the interview she would be returned home.
She agreed and wished to change her clothes prior to accompanying us
back to the police station.  At the conclusion of her changing
clothes, she advised she was ready to go.  I thanked Inv. Waites and
advised she was going to voluntarily return to the police station.

```
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:     28
Time: 11:36:35                  Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

Upon Robson s entry in the unmarked Detective vehicle, I placed a tape
recorder within the vehicle to record any conversations within the
vehicle.  During the ride back to the police station, Robson advised
she is attending Palm Beach Community College at the Palm Beach
Gardens Campus and is majoring in journalism.

Upon our arrival at the police station, Robson was brought to the
interview room in the Detective Bureau.  I explained to Robson that I
appreciated her willingness to assist us and informed her that should
she desire to leave at any time she may do so.  I further explained
the interview room door is only closed for privacy.  Robson stated she
understood.  During the taped sworn interview, Robson was asked how
she came in contact with Epstein.  Robson stated back when she turned
17 years of age she was approached by a friend Molly in the Canopy
Beach Resort in Rivera Beach.  Robson was asked if she wanted to make
money.

She was told she would have to provide a massage and should make
$200.00.  Robson thought about the offer and agreed to meet with
Jeffrey.  Molly (Unknown last name) and Tony (Unknown last name)
picked her up and she was taken to Epstein's house.  Upon her arrival
at the house, she was introduced to Epstein in the kitchen of the
house.  She was also introduced to a white female known to her as
Sara.  She was led upstairs to the main bedroom known to her as Jeff
Epstein s bedroom.  Sara arranged the massage table and covered the
table with a sheet.  She brought out the massage oils and laid them
next to the massage bed.  Sara then left the room and informed her
Jeff would be in a minute.  Jeff entered the bedroom wearing only a
towel.  He lay on the table onto his stomach and picked massage oil
for Robson to rub on him.  During the massage, Robson stated, He tried
to touch me and I stopped him.  I asked how he tried to touch her.  He
grabbed her buttocks and she felt uncomfortable.  Robson also stated
Epstein has a vibrator, which is large and white in color.  Robson
told Epstein, I'll massage you but I don't want to be touched.  Robson
stated she performed the massage naked.  At the conclusion of the
massage, Epstein paid Robson $200.00 for the massage.  He explained, I
know you re not comfortable, but I'll pay you if you bring some girls.
He told her the younger the better.  Robson stated she once tried to
bring a 23-year-old female and Epstein stated that the female was too
old.  Robson was asked how many girls she brought in total to Epstein.
Robson stated six that she can remember.  Robson stated she brought
███████     and the victim in this case.

I asked Robson which one was the youngest.  Robson advised the victim
was the youngest.  Robson stated every girl she brought knew what to
expect when they arrived.  They were told they would provide a
massage, possibly naked, and some touching.  I asked her if the victim
was aware.  She stated every girl she brought knew what to expect.
She explained she knew the victim wanted to make money.  She
approached the victim and explained about going to work for Jeff.  The
victim agreed and arrangements were made to bring the victim to

```
------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT      Page:      29
Time: 11:36:35               Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Epstein's house on a weekend.  Robson stated that she and
(later identified as ███████████████) picked up the victim at the
victim's house.  They traveled to Epstein's House and entered through
the kitchen door.  They met with the house chef and Epstein █
assistant Sara.  The victim was introduced to Epstein while they were
in the kitchen area.  Sara led the victim upstairs and Epstein went
upstairs.  When the massage was over, the victim returned to the
kitchen area.  Robson stated she was paid $200.00 for bring the victim
to Epstein's.  Robson stated the victim told her she was paid $300.00
for the massage.  Back in the vehicle, Robson asked the victim what
happened.  The victim told her about the massage and then they went
shopping.  Robson stated the victim was the last person she brought to
Epstein.  She further stated that she had changed her cellular number
to avoid being contacted by Sara.  She continued that when Epstein
announces to his assistant that he is traveling to Palm Beach, Sara
would contact Robson to arrange girls for Epstein.  Sarah, later
identified as Sarah Kellen Date of Birth 05-25-1979, had told
Robson that Jeff likes to have his fun with the girls.

Robson stated that once her parents discovered that she was visiting
Epstein, they disapproved of the encounters with him and she stopped.
Robson further stated that Sara still tries to call the house and
leaves messages.  With the assistance of Robson, we were able to
identify ██████, DOB ████████, ██████████, DOB 0███████,
██████████████  DOB 0█████████, and ███████████  DOB 0███████

Sgt Frick entered the room and explained that based on her own
statements, she had implicated herself with bringing underage girls to
Epstein's house.  Robson was aware of what she had stated and wished
to assist further in hopes to receive a lesser charge.  Robson
provided cellular telephone numbers for the girls she had mentioned
previously.  Additionally, she also provided possible addresses and
areas in which they lived.  As Robson was being taken home in the
vehicle, a tape recorder was placed within the vehicle to record any
conversations within the vehicle.  During the drive back to her home,
Robson made the comment I m like a Heidi Fliess.  (Hollywood Madam who
sent girls to clients for sexual favors in California).  Robson was
dropped off at her house without incident.

Sgt Frick and I went to 14843 93rd Street North in Loxahatchee,
Florida in an attempt to speak with ██████████.  We met with
Mrs. ████████████ (████████ Mother) at the ██████ door.  We explained
the ongoing investigation and felt that ██████ may have additional
information as we had information that she had worked for Jeff.  Mrs.
███████████ introduced us to her husband and allowed us entry into the
home.  We sat in the dinning room and met with ████████████████
Date of Birth ████████.  As she was under the age of eighteen, Mrs.
███████████ was advised we would be speaking with her.  She expressed,
if her daughter had information she wanted to assist.  As we
interviewed ████████████ she denied having any inappropriate
encounters with Jeff (Epstein).  She stated she had gone to Jeff s
House with Haley Robson approximately eight months ago and sat in the

```
---------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    30
Time: 11:36:35              Incident Report              Program: CMS301L
---------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

kitchen with the house chef but nothing happened.  As the parents were present during the interview, we felt that _____ was withholding information from us.  She made several comments as to she has put the entire incident behind her.  I left my direct telephone number and advised should she wish to speak with me again to telephone me.  Sgt Frick and I thanked Mrs. _____ for her time and left the area. She stated she would ask her again after we left as to what happened at Epstein s house.  I informed her that _____ had my telephone number and hopefully she would call.

Sgt Frick and I then attempted contact with _____ at _____ _____ in Loxahatchee.  We met with _____ who stated ____ was her daughter. _____ was at the Wellington Mall and was not home.  We explained the ongoing investigation and felt the ____ may have additional information as we had information that she had worked for Jeff.  We left our phone numbers and asked her to telephone me upon her daughter's return.  We then left the area.

On October 4, 2005, at approximately, 8:05 am, Sgt Frick had retrieved a voice mail message from _____.  She stated she had spoken with her daughter and she had information as to what occurred at Jeff s house.  I contacted _____: who stated her daughter was in the shower at the moment and would be traveling back to Orlando to attend College.  I informed her I would be en route to her home in Loxahatchee.  Det. Dawson and I drove to the _____ home and met with _____ and _____.  During a sworn taped statement, _____ _____ stated she was taken to the house by Haley Robson.  She was told she could make money working for Jeff.  She was told she would have to provide a massage to Jeff. _____ stated upon her arrival to the house she was brought to the kitchen area by Robson.

They met with the house chef and Haley stayed in the kitchen.  She was introduced to Sara, Jeff's assistant and was brought upstairs to the mater bedroom.  Sara prepared the room and massage table for a massage.  Epstein entered the room and she provided a massage. ____ stated she kept her clothes on during the massage.  She stated sometime during the massage Epstein grabbed her buttocks and pulled her close to him. _____ said she was wierded out by the incident involving Jeff.  At the conclusion of the massage, she was paid $200.00 for the massage.  I asked _____ if she has any formal training in massages to which she replied no.  I asked her if Robson received any monies for taking her to perform the massage. _____ stated Robson also received money for taking her there. _____ stated she went with Robson and another girl, _____ to Jeff's house once. _____ stated she waited in the kitchen with Robson, while _____ was taken upstairs by Sara. _____ stated she only did the massage once, as she was wierded out by the whole experience.  At the conclusion of the interview and the tape was stopped, I was informed that Sara had attempted to reach _____ via cell phone.  A voice mail message on October 4, 2005 at 10:59 am, revealed a female voice who identified herself as Sara who requested her to call her back reference the police questioning.  This voice mail message was recorded onto a micro

```
------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT            Page:    31
Time: 11:36:35                   Incident Report              Program: CMS301L
------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    cassette. ▮▮▮▮ provided the incoming telephone number as
    917-855-3363 ▮▮ ▮ stated she inadvertently told ▮▮▮▮▮ about
    the police investigation because ⌐ ▮▮▮▮ had called her to tell her
    about how she just received a rental car from Jeff Epstein. ▮▮▮▮▮
    had called her to tell her that she was given a rental car, a 2005
    Silver Nissan Sentra, to utilize to visit family and visit Jeff.
    ▮▮▮▮ asked her what was going on at the house that the police would
    be asking questions.  ▮  stated ⌐ ▮▮▮▮ then called Jeff and Sara
    and asked what was going on reference the ongoing police
    investigation.  According to ▮▮▮▮, Sara has since then been trying to
    contact her to ask about the police questions.  I instructed ⌐ ▮ not
    to contact Sara and do not provide any more information to ▮▮▮▮ as
    she would notify Jeff Epstein and Sara what was transpiring.

    Investigation Continues...


**************************** N A R R A T I V E   # 8 ****************************
NA                          Reported By: LEE, LA'MONT                  10/07/05
                            Entered By.: ALTOMARO, NICKIE A.           10/07/05

    On March 30, 2005, I was asked by Sgt. Daniel Szarszewski to begin
    conducting surveillance and trash pulls reference Detective Pagan
    conducting a criminal investigation involving Jeffrey Epstein.  I was
    advised that Epstein was possibly engaging in sexual contact with
    young females.

    On March 30, 2005, I made contact with Town of Palm Beach Sanitation
    Office Supervisor Tony Higgins and requested trash pulls for 358 El
    Brillo Way to begin on March 31, 2005.

    On March 31, 2005 at 9:20 a.m., I responded to the area of 358 El
    Brillo Way and met with Town of Palm Beach sanitation employee,
    Jeffrey Williams.  I observed Williams enter the driveway of 358 El
    Brillo Way, collect the trash bags from Epstein s property and place
    the contents into an empty sanitation truck.  I followed Williams to a
    nearby area, were he turned over seventeen white plastic trash bags,
    which were collected from Epstein s property.

    I took the trash bags to the sanitation department were I sifted
    through its contents.  I collected mail correspondence from Nada Marcinkova,
    Exchange addressed to Nada Marcinkova, Jeffrey E. Epstein notepaper
    with Julie (561)801-3590, an important message notepaper addressed to
    J.E dated 03/29/05 at 8:15 p.m. reference Peggy Seagal, U.S Airways
    boarding pass copy for passenger, Janusz Banasiak, Montgomery County,
    Maryland Health Department food service ID NO#40820 for Janusz
    Banasiak and Ghislaine Maxwell notepaper with names and phone numbers.
     Photocopies of the trash collected were attached with the supplement.
    Detective Pagan was advised of the contents that were collected for
    evidentiary value.

    On March 31, 2005, Sgt. Daniel Szarszewski requested that I set up a
```

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT           Page:     32
Time:  11:36:35               Incident Report             Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
surveillance vehicle on El Brillo Way and conduct video surveillance
of the front exterior of Epstein s residence.  At 3:00 p.m., I set up
a surveillance vehicle equipped with a video monitoring device.  The
surveillance vehicle was parked on El Brillo Way approximately fifty
feet east of Epstein s driveway.  The purpose of the video
surveillance was to gather investigative intelligence by monitoring
and recording all vehicle and pedestrian traffic entering and leaving
Epstein s property.

The video surveillance tapes were changed daily with a new Maxell
T-160 VHS tape.  Video surveillance was established for Epstein s from
March 31, 2005 through April 05, 2005. On April 05, 2005, video
surveillance was concluded.  I reviewed the video tapes and advised
Detective Pagan the surveillance video s yielded no evidentiary value.

On April 01, 2005 at 9:30 a.m., I responded to the area of 358 El
Brillo Way to meet with Town of Palm Beach sanitation employee, Jessie
Jones.  While parked in the area of 358 El Brillo Way waiting to
collect Epstein s trash, I observed a white female, who I recognized
as Nada Marcinkova from her Florida driver s license photograph.  I
made no contact with Marcinkova. While parked in the area, I also
observed Epstein s GMC Yukon truck leave the property as well as other
vehicles arrive and park across the street from the property.  The
occupants of these vehicles appeared to be housekeepers, maintenance
men, and gardeners.

At 9:38 a.m., I met with Town of Palm Beach sanitation employee,
Jessie Jones.  I observed Jones enter the driveway of 358 El Brillo
Way and collect the trash from Epstein s property.  I followed Jessie
to a predetermined area at which time I collected the trash bags from
the sanitation truck. I transported the trash bags to the sanitation
department, where I sifted through its contents.  I collected mail
correspondences addressed to Jeffrey Epstein, automotive records and
personal documents for Janusz Banasiak and Beata Banasiak as well as
Jeffrey Epstein notepaper with the names and appointment times for
Vanessa and Brittany.  No last names or other personal information was
written on the notepaper.

While sifting through Epstein s trash, I also collected a three-inch
purple finger size object, which had a broken end.  The object
appeared to be a broke piece from a sexual toy similar to a (Cyclone
Vibrator) possibly used for rectal gratification.  The sexual object
was photographed for Detective Pagan, packaged in a biohazard evidence
bag (possible body fluids) and secured as investigative evidence.  All
items collected from Epstein s trash were turned over to Detective
Pagan for evidentiary purposes.

On April 05, 2005 at 9:18 a.m., I met with Town of Palm Beach
sanitation employee, Jessie Jones.  I observed Jones enter the
driveway of 358 El Brillo Way and collect the trash from Epstein s
property.  I followed Jessie to a predetermined area at which time I
collected the trash bags from the sanitation truck.  I transported the

```
-------------------------------------------------------------------------------
Date:  2/17/06         PALM BEACH POLICE DEPARTMENT          Page:      33
Time:  11:36:35              Incident Report             Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
  trash bags to the sanitation department, where I sifted through its
  contents.  I collected mail correspondences addressed to Jeffrey
  Epstein as well as notepaper (Important Message) with names and
  telephone numbers.  The following are items collected from Epstein s
  trash.

  Joanne G. (714-0546)
  blank piece of white paper (561-881-8118)
  black paper (655-7626)
  black paper (917-783-4113)
  David (772-546-6952)
  MSN Hotmail web page with email address (adrianamucinska@hotmail.com)

  The following items were documented for Detective Pagan s
  investigation for evidentiary purposes.

  On April 06, 08, 11, 12, 13, 15, 2005, at approximately 9:30 a.m, I
  met with Town of Palm Beach sanitation employees.  I observed the
  employee enter the driveway of 358 El Brillo Way and collect the trash
  from Epstein s property.  I followed the employee to a predetermined
  area at which time I collected the trash bags from the sanitation
  truck.  I transported the trash bags to the sanitation department,
  where I sifted through its contents.

  All of the documents collected from Epstein s trash during my
  assistance were turned over to Detective Pagan for evidentiary
  purposes.

  On June 14, 2005, Detective Michelle Pagan contacted me and advised
  that the airplane belonging to Jeffrey Epstein of 358 El Brillo Way
  was parked at the Palm Beach International Airport.

  Detective Pagan requested that I begin trash pulls for the purpose of
  gathering evidence and intelligence.

  I made contact with Town of Palm Beach Sanitation Office Supervisor
  Tony Higgins and requested trash pulls for 358 El Brillo Way to begin
  on June 15, 2005.

  On June 15, 2005, I met with a sanitation employee.  I observed the
  employee enter the driveway of 358 El Brillo Way and collect the trash
  from Epstein s property.  I followed the employee to a predetermined
  area at which time I collected the trash bags from the sanitation
  truck. I transported the trash bags to the sanitation department,
  where I sifted through its contents.  The trash yielded negative
  results and no evidence was collected.

  No further trash was collected throughout the week due to the fact
  that Epstein s security gates remained closed throughout the week;
  therefore, the sanitation employees were unable to gain access onto
  the property for collection of the trash.

```
-------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT              Page:    34
Time: 11:36:35                   Incident Report              Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
     All evidence and intelligence gathered by this officer has been turned
     over to the detective bureau and no further action has been taken by
     this officer.

     End of supplement.


**************************** N A R R A T I V E   # 9 ****************************
NA                       Reported By: RECAREY, JOSEPH                 10/07/05
                         Entered By.: ALTOMARO, NICKIE A.             10/10/05

     On October 4, 2005, I made telephone contact with ███████████████.
     who had left several messages on voice mail.  During the message, she
     advised she was not completely truthful when we met in person but
     would like to speak with me to advise what had happened.  She further
     advised she did not want to speak of this incident in front of her
     mother.  At approximately 15:48 pm, I made telephone contact with
     ████████████████████ 561-███████.  During a taped recorded
     statement, ████████████ stated the following: Approximately a year ago,
     when she was sixteen years of age, Robson took her to Jeff s house
     twice.  The first time she went, Haley Robson drove to the house.
     They entered through the kitchen area where she was introduced to Sara
     and Jeff.  She was taken upstairs to a bedroom by Sara who set the
     room up with a massage bed and brought out the oils to use.  Jeff then
     entered the room wearing a towel.  He lay on the table and picked out
     a lotion for ███████ to rub on him. At one point during the massage,
     he tried to remove her shirt at which point she became very upset and
     discontinued the massage.  Both █████████ and Jeffrey had a verbal
     disagreement at which time she left without being paid.  She met with
     Haley Robson who was sitting in the kitchen and told her let s go.
     ███████████ advised she received no money for that day. ██████████ also
     said that Haley Robson had told her if she was uncomfortable with what
     was going on, to let him know and he ll stop.  She knew that the more
     you do the more you are paid.

     Several weeks later, ███████████ advised she agreed to be taken a second
     time by Haley Robson.  Once they arrived at the residence, Haley sat
     in the kitchen and Sara took her upstairs to the master bedroom again.
      Sara set the room up with a massage bed and brought out the oils to
     use.  Jeff then entered the room wearing a towel.  He lay on the table
     and picked out a lotion for ███████ to rub on him.  At one point
     during the massage, he tried to touch her buttocks.  As ██████████ was
     wearing tight jeans and had a tight belt on Jeff was unable to touch
     her buttocks.  Jeff then rolled onto his back during the massage; he
     attempted to touch her breasts. ████████ then became upset again and
     told him she didn t want to be touched. ████████████ discontinued the
     massage and was paid $200.00. ████████████ then went downstairs where
     Haley Robson was waiting for her.  She told Robson she wanted to
     leave. ████████████ said she never returned to the house. ███████████
     stated she is aware that her friend, ████████████████ was also at the
     house and had a problem with Jeff.  She provided a telephone number
     for ████████  The interview was concluded and the micro cassettes were

```
----------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:    35
Time: 11:36:35                   Incident Report           Program: CMS301L
----------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
     turn in as evidence.

     On October 5, 2005, I researched the incoming telephone number that
     had left █████████ a message.  The telephone number, 917-855-3363,
     was assigned to ATT/Cingular Cellular service.  I prepared a subpoena
     request and faxed the request to the State Attorney s Office.
     Information requested was subscriber information as well as all
     incoming and outgoing calls for the months of September and October
     2005.

     I later researched █████████ and discovered she resides in
     █████████   Det. Dawson and I drove to █████████ and met with
     █████████   at her residence █████████ in █████████

     █████████ agreed to speak with us in the kitchen area.  During a sworn
     taped statement, █████████ stated the following: On or about November
     2004, she was approached by Haley Robson and asked if she wanted to
     make money.  She agreed and was told she would provide a massage to
     wealthy man in Palm Beach.  Robson picked her up and drove her to a
     house in Palm Beach.  She was brought into the kitchen area of the
     house.  She further stated that █████████ and
     went with them.  They were brought into the kitchen where she was
     introduced to Jeff and other females.  █████ stated she was
     introduced to a helper of Jeff; the female was described as white
     female (unknown name), with blond hair.  She stated that the assistant
     was familiar with Robson.  The assistant set up the massage table and
     put out lotions to be used.  She told █████████ Jeff would available in a
     minute.  Jeff entered the room wearing only a towel.  Jeff lay on the
     massage table and picked a lotion to rub on his thighs and back.
     █████████ further stated that during the massage Jeff asked her to remove
     her clothes.  She complied and removed her pants and blouse.  █████████
     didn't remember if she had removed her bra but feels that she did.
     █████████ was certain that she stayed in her thong underwear.  █████
     continued the massage and at one point she straddled him to massage
     his back, which touched his buttocks with hers.  █████████ was instructed
     to return to the ground at which tome Jeff turned to have his chest
     rubbed.  █████████ advised it was at this time she is sure he was
     masturbating.  █████████ did not want to look at his penis area because
     she was uncomfortable.  Jeff removed a large white vibrator and turned
     it on.  █████████ stated he began rubbing the vibrator over her thong
     underwear on her vaginal area.  Shortly thereafter, Jeff ejaculated
     and removed himself from the table.  He walked over to where the
     shower was and opened the glass door.  She waited as he was taking a
     shower in her direct view.  When I asked █████████ how old she was when
     this occurred, she stated she had just turned seventeen.  At the
     conclusion of the shower, █████████ was paid either $350.00 or $400.00.
     She stated she wasn t sure, but knows it was close to $400.00.  At the
     conclusion of the interview, █████████ stated she never returned to
     provide a massage for Jeff.  She advised she was ashamed and
     uncomfortable with the situation.

     Det. Dawson and I then left the area and responded to the █████████

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT         Page:      36
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

████████ High School where Robson and all the above-mentioned girls had attended.  I met with School Police Officer, Off Williams.  I explained I was looking for a previous student who attended ████████ ████████ High School.  I inquired about ████ ˙ ‾ ˍ ████  I further explained that I was working a case in which some of the girls I have interviewed are either witnesses or victims and felt that █████ may be one as well.  Officer Williams researched his previous student records and found █ ˙ ‾ █████.  She attended the same year and graduated in the same year as the other girls.  I was provided the last known address of ████ ˙.

At approximately 2:10 pm, Det. Dawson and I met with███████████ at her residence, ████ ˙˙ ‾ ˍˍ █████ in ████████████████  As █ was only seventeen years of age, I had notified her mother, Mrs.██████ ████████ that she would be interviewed reference an ongoing investigation in Palm Beach.  I assured her that her daughter was not a suspect.  I explained the possibility of her being either a witness or victim.  Mrs.████ advised she wanted ████████ to cooperate and consented to the interview.  During a sworn taped statement,█████████ ████████ stated the following: at the age of sixteen, during the month of September 2004, she was approached by Haley Robson for a chance to make money.  ████████ was friends with the friends of Robson and knew the same people.  ‾ ████ had previously been told by her friends what Robson did for Jeff.  Robson called a person known to ▬▬▬ as Sara and scheduled the appointment.  Robson picked ▬▬,▬ ˙ up and drove her to Palm Beach to a street called Brillo Way.  They drove to the end of the street and entered a large driveway.  They entered the kitchen area of the house and met with Jeff.  ████ was introduced to Jeff.  Robson led ████ upstairs to the main bedroom area and set up the room with a massage table and set out the oils.  Robson dimmed the lights and turned on soft music.  Robson exited the room and Jeff entered the room wearing only a towel.  Jeff picked oils and instructed her to rub his legs, under his buttocks, back and chest area.  Jeff asked her to get comfortable.████████ advised she did not remove her clothes.  She was wearing tight jeans and a cropped tank top exposing her belly area.  During the massage, Jeff removed his towel.  As████ rubbed his chest area, Jeff attempted to reach down her pants through the buttocks area, however was unable to due to the tightness of the jeans and a tight belt.  ████████ advised Jeff began to masturbate as she rubbed his chest.  Jeff moaned as she rubbed his chest.  She observed he was continuing to masturbate and attempted to reach up her tank top and touch her breasts.  ████████ pulled back and Jeff stopped.  However, he kept masturbating until he climaxed.  He cleaned himself with the towel he was previously wearing.  I asked █████ if she knew the difference between circumcised and not circumcised.  She explained she knew and advised Jeff was circumcised. ‾ ████ was paid $200.00 for the massage and left the area.  She met with Robson who was waiting in the kitchen area and left the house.

████████ then explained she never provided another massage for Jeff.  She did however, go to the house with Robson and ███ ▬▬▬▬ ,▬▬▬ █ as they took another friend of Robson's.  ████████ advised she was present when

```
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT         Page:    37
Time: 11:36:35                 Incident Report             Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
███████████████ went to work for Jeff. She advised she rode over and
sat in the kitchen area with Robson to wait for ▔ ` ▔ . ▁ ▁, advised
that while they waited for █████ ▔ ▎, the house chef prepared lunch for
them, as it was almost lunchtime. As █████ was finished with the
massage, they left the area. I asked ▁▁▁ if Robson ever told what
would be expected of her when she provided a massage. ▁▁▁▁▁ stated
yes, Robson told her that a massage would be expected possibly naked
and possibly some touching involved. ████ ▁▁▁ has no formal training in
providing massages.

████████ spoke about a third and last time she went to Jeff's house.
Robson drove another girl, ▁ ▁▁▁▁▁▁▁ █ who is ▁▁▁▁▁ friend, to
Jeff's house. █████████stated she knew that Robson had made money
providing girls for Jeff and she wanted to do the same. Robson took
them in the kitchen area of the house and introduced ▔ ██████ to Sara.
 Robson and Sara took ▔ ██████upstairs to the main bedroom. ▔
advised she doesn t know what happened as ▔ ████████ did not speak about
what happened in the room. ▁▁▁ received $100.00 from Robson for
going with her to Jeff s house and recommending ▁▁▁▁▁▁▁. ▔ ▁ was
unable to remember ██████████ telephone number. The interview was
concluded and we left the area.

Investigation Continues...


*************************** N A R R A T I V E   # 10 ***************************
NA                   Reported By: RECAREY, JOSEPH              10/09/05
                     Entered By.: ALTOMARO, NICKIE A.          10/10/05

On October 6, 2005, Det. Dawson and I went to ████████████████located
in Boca Raton. We met with Dean of Students, Paul Turner. I
explained to Mr. Turner that we were investigating a crime within the
Town of Palm Beach and felt that a student, ▔ ▁▁▁ ▁▁▁▁▁, may have
information. Turner confirmed that ▁▁▁▁ is a student and currently
on the soccer team for ████████████ She was in computer class at
the time of our arrival. Turner sent a security guard to locate ████████
in class and bring her to the office. Mr. Turner allowed us to
interview █████in an empty conference room.

At 11:45 am I met with████████████████and explained to her why we there
to interview her. She advised she was aware of the ongoing
investigation. ██████ stated she had previously spoken with ██████
██████ who told her she was interviewed by detectives. During a sworn
taped statement, ██ ▁▁▁ stated she knew that Haley Robson worked for
Jeff in Palm Beach. ██████ advised she has been there many times for
massages. I asked her if she had formal training in providing
massages, ██████ stated she did not. ██████ advised she was told what
was expected of her by providing massages and would have to remove
clothing but if she felt uncomfortable just to say so and Jeff would
stop pushing the issue. ██████began providing massages and advised
she kept her clothes on. She considered Jeff a pervert who kept
pushing to go further and further. ██████ explained she would keep

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:      38
Time: 11:36:35                  Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                      (Continued)

telling him she had a boyfriend and that it would not be right to her
boyfriend. It wasn t until recently ██████████ admitted to removing her
clothes and staying in her thong underwear to provide a massage.
██████████ explained Jeff wanted to be rubbed on his back and recently he
began turning over to have her rub his chest as he masturbated. He
would try to touch her breasts as she rubbed his chest. ██████████ stated,
Jeff would try to get away with more and more on each massage.
Originally, Robson drove her to the house for the original massage.
██████████ left Sara her cell phone number and every time Jeff would come
into town, Sara would call her for an appointment. Each time she
went, Sara would meet her at the kitchen door area. She would bring
her upstairs and prepare the massage table. ██████████ advised Jeff would
ask her questions about herself. He knew she was a ██████████ and
would be attending ██████████ I asked ██████████ if he knew her real
age, ██ stated Jeff didn t care. The most recent massage she
provided was on October 1, 2005. During the massage she asked Jeff if
she could borrow one of his vehicles to visit her family and boyfriend
in Orlando. Jeff had told she could borrow one of his vehicles but
later stated he would rent her a car. She continued with the massage
as Jeff grabbed her buttocks and caressed the buttocks checks. I
asked ██ if she was wearing undergarments to which she replied her
thong underwear. Once he tried to touch her breasts she would pull
away from him and he would stop. ██████████ was asked if he ever used a
vibrator on her. ██ was aware of the vibrator but advised she
never would allow him to use the vibrator on her. She described the
vibrator as a large white vibrator with a huge head on the tip of the
vibrator. She stated he kept the vibrator in a closet near the
massage table. ██████████ advised she had been doing the massage for
approximately two years, which meant she would have started doing
massages for Jeff at the age of sixteen.

██████████ stated she was contacted by Sara on October 3, 2005. Sara had
informed her that Jeff had rented her a new Nissan Sentra and she
should come by the house to pick it up. Sara informed ██████████ she would
have the car for a month. ██████████ stated Jeff knew her car was not
working properly and had missed appointments in the past because of
her car being inoperable. ██████████ explained the car is currently parked
next to the Gym field. I asked her if she ever took any one to the
house. ██████████ explained she took ██████████, a friend of hers who
has returned to Orlando to attend college. I asked she ever allowed
another female in the room. ██████████ advised no one was brought into the
room with her. At the conclusion of the interview, Det. Dawson and I
went to the Gym area and located the Silver Nissan Sentra bearing
Florida tag X98-APM. The vehicle is registered to Dollar rent a car
out of the Palm Beach International Airport.

Telephone contact was made with ██████████, the victim's mother, at
██████████ I explained to her that I was following up on this case
and provided a complete update on the case.

Investigation Continues.

```
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT         Page:      39
Time: 11:36:35                   Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
*************************** N A R R A T I V E  # 11 ***************************
NA                      Reported By: RECAREY, JOSEPH                  10/21/05
                        Entered By.: ALTOMARO, NICKIE A.              10/21/05

On October 10, 2005, at approximately 2:30 p.m., I made telephone
contact with▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  During a taped conversation, ▮▮▮▮▮ was
told of an ongoing investigation in which I felt she had information
pertaining to Jeffrey Epstein.  ▮▮▮ explained she met Epstein when
she was just sixteen years of age.  She was approached by▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮, a friend who also had previously gone to Epstein's house for
massages.  ▮▮▮▮▮ advised she was working at the Wellington Mall when
she was approached. ▮▮▮▮▮▮, told her that she would have to provide
a massage to Epstein and she would have to perform this massage naked.
▮▮▮ thought about the offer and stated she could make $200.00 for
only 30 minutes of work.  She agreed to perform the massage and
▮▮▮▮▮▮▮ set the appointment for her that same day.  ▮▮▮▮▮ remembered it
was a weekend as she only worked at the mall on the weekends. ▮▮▮
took her to the house where she was introduced to Sara, Jeff Epstein's
assistant.  Sara took her upstairs to a master bedroom. ▮▮▮▮
explained that as she was walking up the stairs she observed several
photographs of naked women along the walls and tables of the house.
▮▮▮▮▮▮further explained that she was brought into the bedroom where
Sara prepared the room by setting up the massage table and provided
the oils for her to rub on Epstein.

Epstein entered the room and introduced himself.  Epstein lay on the
table and told her to get comfortable.  ▮▮▮ could not remember if he
was naked or if he entered the room with a towel. ▮▮▮▮▮ stated she
provided the massage wearing only her panties.  She continued rubbing
his legs, thighs and feet.  ▮▮▮▮ advised he turned over onto his back.
She continued to rub his legs with the oils.  Epstein touched her
breasts and began to masturbate.  I asked ▮▮▮▮ if she knew what
circumcised and un-circumcised meant.  ▮▮▮ stated circumcised is when
the penis has no foreskin and the head of the penis is visible.  ▮▮
said Epstein is circumcised.  Hall began to cry on the telephone and
stated she had been to his house hundreds of times over a two-year
period.  She claimed to have made thousands of dollars during her
visits.  ▮▮▮▮ stated she could not remember how many times exactly she
went to Epstein's home but said it was a lot.

▮▮▮▮▮ became more upset, crying hysterically and stated she was paid
and instructed to have sex with Epstein's assistant, Nada Marcinkova
by Epstein.  Epstein continued to watch them have sex and masturbated
himself as they had sex with each other.  She further stated that
things escalated further and further.  Epstein used sexual toys such
as vibrators, rubber penises and strap-on penises on ▮▮▮.
Additionally, ▮▮▮▮ stated he performed oral sex on her numerous times.
She claimed he (Epstein) put his fingers inside her vagina while he
masturbated in an attempt to make her climax.  ▮▮▮▮ could not continue
and wanted some time to regain her composure.  I explained to ▮▮ to
take her time.  After taking several minutes to regain her composure I
explained that I would travel to meet with her in person as I felt she

```
-------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:     40
Time: 11:36:35                   Incident Report             Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
    had additional information to provide.  I met with Sgt. Frick and
explained the importance to meet with ▆▆▆ in person.  Sgt. Frick
agreed and made arraignments for Det. Dawson and I to meet with ▆▆
in Jacksonville, Florida.

On October 11, 2005, at 4:10 p.m., Det. Dawson and I met with
▆▆▆▆▆▆▆▆▆▆ and her friend, Shana Caster at 1071 Kingsley Road in
Jacksonville, Florida.  ▆▆▆▆ wanted to have Caster present for
support.  I explained to her that I did not have a problem as long as
she wanted Caster present during the interview. ▆▆▆▆ stated she
wanted her present.  I explained that as Caster was present she was
not allowed to comment or ask any questions during the interview.  She
was only there to comfort ▆▆ should the interview upset her.

During a sworn taped statement, ▆▆▆ explained how everything began.
She said she was brought through the kitchen area where she met Sara
for the first time.  She was led to the master bedroom, Epstein s
room. ▆▆▆▆ explained that as she was walking up the stairs she
observed several photographs of naked women along the walls and tables
of the house. ▆▆▆ further explained that she was brought into the
bedroom, where Sara prepared the room by setting up the massage table
and provided the oils for her to rub on Epstein. ▆▆▆ explained she
remembered the steam room area, which contained two large showers.
Epstein entered the room from the steam room area and introduced
himself.  Epstein lay on the table and told her to get comfortable.
▆▆▆ removed her skirt and kept her shirt on.  She could not remember
if he was naked or if he entered the room with a towel.  Epstein then
instructed her to remove her shirt. ▆▆▆▆ removed her shirt and
remembered she was not wearing a bra. ▆▆▆ stated she provided the
massage wearing only her panties.  She continued rubbing his legs,
thighs and feet. ▆▆▆ advised he turned over onto his back.  She
continued to rub his legs with the oils.  Epstein touched her breasts
and began to masturbate.  Epstein ejaculated which meant the massage
was over.  At the conclusion of the massage, ▆▆ was paid $200.00.
They walked together downstairs where Sara and ▆▆▆▆▆▆▆▆▆▆ were
waiting. ▆▆▆ stated ▆▆▆ received an unknown amount of money for
taking her to Epstein  Epstein instructed to leave her cellular
telephone number so that he could contact her when he is in town.

    ▆▆▆ explained that she continued to go to Epstein s house and became
a regular at the house.  She could not provide an exact number but
claimed she had been their hundreds of times.  She claimed sexual
activities did not occur every time she was there.  There were times
she went to dinners and parties with Epstein. ▆▆▆ explained that
things began to escalate more than the massage.  The encounters
included bringing in his assistant, Nada Marcinkova. ▆▆▆ explained
Epstein had purchased her from her family in Yugoslavia.  Epstein
bragged he brought her into the United States to be his Yugoslavian
sex slave. ▆▆▆ advised he was naked in the bedroom, she entered and
removed her clothing.  Marcinkova entered the room from the steam room
area already naked.  He instructed ▆▆▆ to perform oral sex on
Marcinkova . ▆▆▆ refused to perform that act.  Epstein offered her

Case No. . . . : 1-05-000368                                    (Continued)
     an additional $200.00 for her to perform oral sex on Marcinkova for
     five minutes.        agreed to perform the oral sex for the additional
     $200.00.      explained that Epstein would masturbate while he
     watched them perform sexual acts.

     Things continued to escalate by purchasing sex toys.        stated she
     had massagers, vibrators and strap on rubber penises used on her.
     Each time something new was introduced additional monies were produced
     and offered for     to allow the acts to happen.       was adamant
     that she performs all these acts but there was an understanding with
     Epstein that no vaginal penetration would occur with his penis.
     explained that Epstein's penis was deformed.       explained that his
     penis was oval shaped.  She claimed when Epstein's penis was erect, it
     was thick toward the bottom but was thin and small toward the head
     portion.  She called it egg-shaped.

         continued that the sexual encounters with Marcinkova, Epstein and
     her became a ritual.       would arrive at the house and walk herself
     upstairs, where Marcinkova and Epstein were waiting.      would
     remove her clothing and join them on the bed.       explained
     Marcinkova and she would begin by kissing and touching each other.
         explained sex toys were brought into the bed by either Epstein or
     Marcinkova and they would begin using the toys on each other.  Epstein
     would perform oral sex on either person depending who was on top
     during the intercourse.       explanation revealed they were in a
     missionary position.

         advised one day,       was unable to state and exact date when
     this incident occurred), she came to the house after Sara had informed
     her that Epstein had arrived.  She arrived at the house and went
     upstairs to the master bedroom.       advised she immediately removed
     her clothing, as Nada Marcinkova and Epstein were already naked in the
     bedroom.       explained that Nada Marcinkova and she had a sexual
     encounter to include kissing, touching and oral sex.       remembered
     that she climaxed and was removing her self from the massage table.
         asked for a sheet of paper and drew the massage table in the
     master bathroom and where Epstein, Marcinkova and she were.  Epstein
     turned      on to her stomach on the massage bed and inserted his
     penis into her vagina.       stated Epstein began to pump his penis in
     her vagina.       became upset over this.  She said her head was being
     held against the bed forcibly, as he continued to pump inside her.
     She screamed no, and Epstein stopped.  She told him that she did not
     want to have his penis inside of her.  Epstein apologized for his
     actions and subsequently paid her a thousand dollars for that visit.
     Additionally, shortly thereafter, Epstein gave      a 2005 Doge Neon,
     blue in color for her personal use.

         advised there were times that she was so sore when she left
     Epstein's house.       advised she was ripped, torn, in her vagina
     area.       advised she had difficulty walking to the car after
     leaving the house because she was so sore.       advised that other
     than that one time, when Epstein inserted his penis inside her vagina,

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT         Page:    42
Time: 11:36:35               Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
     there was no other penile intercourse.

     ████     provided names of girls that she knew of that have gone to
     Epstein's house.  ██████ provided the name of ███████ and feels she
     still may be going to the house to massage Epstein.  According to
     ` ``, " ` ` is still sucking his dick."

     When asked if she had been recently contacted by anyone of the house,
     ████ advised she received an email from Sara, from
     KellenS@earthlink.net, which is her email account.  The email was just
     a hello, how are you doing type of email.  There had been no other
     contact from the house.  The interview was concluded and `` `` left the
     area.  The tapes and drawing were submitted into evidence.

     Investigation continues...


****************************** N A R R A T I V E   # 12 ***************************
NA                        Reported By: RECAREY, JOSEPH              11/01/05
                          Entered By.: ALTOMARO, NICKIE A.          11/07/05

     On October 12, 2005, Det. Dawson and I traveled to the Orlando area
     and made telephone contact with ███████████████████ agreed to meet
     with us as we were in the Orlando area.  ████████provided directions to
     her apartment.  Det. Dawson and I met with `` `,., who stated, during a
     sworn taped statement that nothing happened between her and Epstein.
     ████████appeared nervous during the interview.  I assured her that I
     had spoken with other people who advised differently.  ████████stated
     she only went a couple of times and provided a massage to Epstein.
     She stated she was brought to the Epstein house in March of 2005.
     ████████████brought her to work.  ███████ has no formal training in
     providing massages.  █████.  stated she provided a massage, fully
     clothed for $200.00.  As I sensed hesitancy in her answers, I asked
     ████████ if she had been contacted by anyone from the house.████████
     stated she was interviewed already by an investigator for Epstein.  He
     met with her on October 8, 2005, at a Roadhouse in Orlando.  He
     identified himself as Paul and inquired about the police investigation
     and left his telephone number 305-710-5165 for additional contact.
     ████████provided no additional information, as it appeared her
     responses were almost scripted.  We left the area and returned to Palm
     Beach Police Department.

     Based on the information acquired during the interviews, a search
     warrant was prepared for entry at the Epstein home.  On October 18,
     2005, I met with Judge Laura Johnson who reviewed the warrant request.
     She found there was sufficient probable cause and signed the warrant
     request.  On October 20, 2005, at approximately 9:36 am, members of
     the Palm Beach Police Investigations Unit executed the search warrant
     at 358 El Brillo in Palm Beach.  Members of the Investigations Unit
     included Capt Gudger, Sgt Frick, Det. Dicks, Det. Dawson, Det.
     Melnichok, Det. Sandman, Det. Krauel, the crime scene unit and myself.

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT           Page:      43
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

As we entered onto the property, we encountered the house manager,
Janusz Banasiak who was in the guest portion of the house.  The
guesthouse section had open doors and no forced entry was made.  I
made contact with Banasiak, Date of Birth 04-07-1953, Fl DL
▓▓▓▓▓▓▓▓▓, and informed him of the search warrant for the
premises.  The members of the Police Department entered the residence
and announced we had a search warrant.  A safety search was done and
members exited the home.  I read the search warrant to Banasiak as Mgr
Parkinson videotaped the search warrant execution.  Several interior
decorators were located on the property.  I spoke with Mark Zeff, of
515 W 20th Street in New York.  Mr. Zeff stated he is the designer for
Mr. Epstein s homes.  He advised he was contacted in March of 2005 to
do a complete overhaul on the house.  He advised he was on the phone
with Mr. Epstein when officers announced the search warrant.  Mr.
Epstein was then made aware of the search warrant.  Mr. Zeff advised,
his contact with Epstein is strictly business and he has never
witnessed Epstein with any girls except for his assistants, Sara or
Nada.

I then interviewed Daniel Estes, of 315 East 14th Street in New York.
Mr. Estes stated he has worked for Zeff for seven years.  He advised
he personally worked on the New York and Palm Beach home for Mr.
Epstein.  He has previously met with Sara and Adrianna, Epstein s
assistants in New York and in Florida.  Estes stated they travel with
Epstein everywhere he goes.

I interviewed Zara Bailey of 35 Riverside Jersey City, New Jersey.
Bailey stated she just arrived from Scotland and has worked with Zeff
for only one month.  She stated she has never met Epstein and has not
seen him.  The interview was then concluded.

I then spoke with Douglas Schoettle of 243 Riverside Dr in New York
City.  Schoettle stated he has been Epstein s Architect for seven
years.  He further stated he deals with Epstein s assistants and
speaks with Epstein on the phone.  Schoettle stated he mainly speaks
with Sara Kellen, Epstein s main assistant, who travels with Epstein.
Schoettle stated he only has contact with Epstein when his services
are needed.

At approximately 10:30 am, I was informed that the videotaping was
concluded.  I entered the residence and located two covert (hidden)
cameras.  The first camera was a covert wall clock in the garage area.
I traced the wire behind the clock and removed the RCA wire and
unplugged the camera.  The other covert camera was located within a
desk clock beside Epstein's desk.  I traced the wire behind the clock
and unplugged the RCA wire.  I could not locate another camera.  I
then began with the search of the residence for the specified
evidence.

My search consisted of the second floor.  Det. Krauel and I began in
the master bedroom area where several items were located.  They were
marked to be retrieved by the evidence custodian.  In the master desk

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:      44
Time: 11:36:35                Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    with Epstein s notepads marked Jeffrey Epstein we located a high
    school transcript from ▆▆▆▆▆▆▆▆▆▆▆▆ High School for ▆▆▆▆▆
    ▆▆▆▆▆▆▆ Also in the room, was the dresser /armoire where we located a
    bottle of peach flavored Joy Jelly (Sexual Lubricant).  Additionally,
    there were several photographs of young naked teenage girls within the
    closet, which was consistent with what the witnesses said.  The
    massage table was also located within the master bedroom.  Video tapes
    were located beside the television, which were also collected.  An
    itemized list of the property and locations was prepared on the
    property receipts.  At approximately 2:55 pm, the house was secured;
    the exit of the residence was videotaped.  Upon our exit of the
    property, I encountered Atty. Guy Fronstein who advised he was
    representing Mr. Epstein.  He provided a business card and provided
    his assistance with the investigation.

    Due to Hurricane Wilma, which struck the southeast of South Florida
    causing massive power outages, the courthouse was closed due to the
    lack of power.  I was previously told that the Chief Judge had
    extended the filing deadlines due to the hurricane and the Courthouse
    being closed.  On October 27, and 28, 2005 the courthouse was closed
    and I could not file the search warrant and inventory at the clerk's
    office.  On October 31, 2005, I responded to the courthouse and filed
    the paperwork along with an order to seal, signed by Judge Johnson, to
    deny any release of any paperwork on this case.

    INV CONTINUES..

**************************** N A R R A T I V E   # 13 ****************************
NA                      Reported By: PARKINSON, GREGORY A.          10/20/05
                           Entered By.: ALTOMARO, NICKIE A.          11/07/05

    On October 20, 2005, at approximately 8:30 a.m., Thursday morning, I
    was advised by Captain Gudger that a search warrant would be executed
    and that I was to assemble the Crime Scene Investigative Team and
    stand by the south side of the building ready to go.  I designated
    Evidence Specialist Annette Badger to handle the inventory return, the
    documentation of the property receipts and the collection and bagging
    of the evidence at the scene.  I further instructed CSI Kim Pavlik, ID
    # 8807, to accompany us and perform the role of photographing the
    scene and the items that may be taken into custody by the affiant,
    Detective Joseph Recarey, ID # 7915.

    My responsibility was to go through from the reading of the warrant to
    the final exit from the residence and perform a video recording of the
    reading of the warrant, the initial walk through of the residence
    showing the current condition and then finally a walk through of the
    residence at the time of the police exit.

    We started out towards the residence, which was located at 358 El
    Brillo and arrived at approximately 9:33 a.m.  The search was
    conducted, items were collected by Evidence Specialists Badger,
    photographed by CSI Pavlik and then videotaped by myself.  The search

```
-----------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:     45
Time: 11:36:35                Incident Report              Program: CMS301L
-----------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
      was concluded at approximately 3:05 p.m. whereupon Detective Recarey
      and I were the last two officers in the house.  Upon securing the
      residence we met with the gentleman who identified himself to
      Detective Recarey as the lawyer for the defendant and he was informed
      that the residence was secured and that copies of the inventory return
      had been left on the first floor table of the personal assistant's
      office.

      Detective Recarey and I returned to Police Headquarters and secured
      for the day.


**************************** N A R R A T I V E   # 14 ****************************
NA                     Reported By: DAWSON, MICHAEL C.               11/07/05
                       Entered By.: ALTOMARO, NICKIE A.              11/07/05

      On October 20, 2005, I assisted Defective Recarey in the execution of
      a search warrant at 358 El Brillo Way, Palm Beach, Florida, 33480.

      Upon the announcement of the search warrant, immediate contact was
      made with three white males who came out of the house or surrounding
      structures.  Those males were identified as Janusz Banasiak, Daniel
      Estes, and Mark Zeff.  As other members of the police department
      cleared the home, I kept watch over these three males.  Once the house
      was cleared, those males were turned over to Detective Recarey.

      Detective Dicks and I were assigned to assist in the search of the
      main house, the cabana and the servant's quarters.  We started in the
      garage.  All areas of the garage were searched to include four
      vehicles.  These vehicles were three black Mercedes Benz cars
      registered to Jeffrey Epstein.  The fourth vehicle was a Harley
      Davidson motorcycle, green in color, registered to Jeffrey Epstein.
      Nothing was recovered from the garage.

      A towel closet and pantry located off the kitchen were searched and
      yielded negative results.

      The kitchen was searched and taken into evidence was a phone message
      book that was located near a house phone.

      North of the kitchen was an office room which contained a computer.
      The room had a closet that contained a locked gun locker.  The
      combination was entered by Banasiak in the presence of Sgt. Frick and
      the safe was opened.  Items were taken from the room.  See the
      completed property receipt for a detailed list.

      A green bathroom located on the first floor was searched and nothing
      was taken.

      A closet located just west of the green bathroom was searched.  Two
      massage tables were located in the closet along with a photo of a nude
      female from the waist up.  See the property receipt for details.

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:    46
Time: 11:36:35                   Incident Report            Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

I searched two bedrooms and their adjoining bathrooms, which were
located on the second floor on the East side of the house.  In the
Northeast bedroom closet I found adult sex toys called Twin Torpedoes.
 Soap made in the shape of a penis and vagina were also found in these
upstair bedrooms.  See the property receipt for details.

I searched the pool cabana located on the South side of the pool.
Photos were taken from the wall.  See the property receipt for
details.

I assisted in the search of Banasiak s living quarters.  Numerous CD s
along with a message book was seized.  See the property receipt for
details.

```
**************************** N A R R A T I V E   # 15 ****************************
NA                         Reported By: RECAREY, JOSEPH              11/08/05
                           Entered By.: ALTOMARO, NICKIE A.          11/08/05
```

On November 1, 2005, I was contacted by Atty. Gus Fronstin, who
advised he was willing to assist with the investigation.  Atty.
Fronstin advised he would try to have his client, Jeffrey Epstein
available to be interviewed.  I explained I would be interested in
conducting an interview with his client as well as other employees
that are employed within the house.  Atty. Fronstin advised he would
return my call once he received confirmation on the interviews.

On November 6, 2005, I attempted contact with ▮▮▮▮▮▮▮▮ at her
residence.  I left a business card for her to return my call.  Upon
returning to the police department, I had received a telephone call
from ▮▮▮▮▮▮▮     .  I returned her call at ▮▮▮▮▮▮▮     and spoke
with ▮▮▮▮ . She made arrangements to respond to the station to
provide an interview.  At approximately 3:30 pm, she arrived at the
Palm Beach Police Station with her boyfriend.  Her boyfriend was
allowed to sit in the lobby area while Ms ▮▮▮▮▮ was interviewed.

I took Ms ▮▮▮▮ to the Detective Bureau Interview room.  I closed the
door for privacy and explained to her that I appreciated her coming to
the police station for the interview.  During the sworn taped
statement, she advised she was at Jeffrey Epstein s house one time.
Approximately two months ago, she was approached by a girl, ▮▮▮▮▮▮
▮▮▮▮, who was dating her roommate, to make some quick money ▮▮▮▮▮
advised she was in need to make some quick cash to make the rent that
month.  She agreed to go to the house.  She had been told by ▮▮▮▮▮
▮▮▮▮ that the massage would have to be done in her underwear.  She
advised ▮▮▮▮ drove with her and brought her into the house.  They
walked into the kitchen area and took the stairs upstairs.  ▮▮▮▮▮
further stated she was brought into a master bedroom area.  She
advised she recalled seeing portraits of naked women throughout the
room.  A massage table was already out near the sauna/shower area in
the master bedroom.  Epstein entered the room wearing only a towel and
introduced himself as Jeff.  ▮▮▮▮▮ advised she recalled she and ▮▮▮▮▮