# EXHIBIT 6

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:     70
Time: 11:36:35                  Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Honda Civic parked on the street in front of the residence.  At 1820
hours, I observed the Suburban and Civic in the same place and a Gold
Chevrolet Camaro FL tag X88EFF parked on the street in front of the
residence.  At 2250 there was no change.  At 2330, I observed the
Black Escalade parked in the driveway and the Red Explorer parked on
the street in front of the residence.

On Saturday, 04/02/05 at approximately 1700 hours, I observed a Black
Escalade, unknown tag, parked in the driveway and a Tan Honda Civic FL
tag X98AMP parked in the street in front of the residence.  At 1805
hours the Escalade and Civic were in the same position and the Black
Mercedes FL tag U90BQL was also parked in the east driveway.  At 1920
hours the Escalade and Civic were the only vehicles and both were in
the same position.  At 2030 hours and 2145 hours there were no
vehicles observed.

At 2115 hours, I observed a Black Mercedes, 4-door parked in the east
driveway FL tag G14CT.  At 2300 hours, 2350 hours and 0045 hours, the
Black Mercedes was the only vehicle observed.

```
**************************** N A R R A T I V E  # 33 ****************************
NA                        Reported By: RECAREY, JOSEPH              1/05/06
                          Entered By.: ALTOMARO, NICKIE A.          1/05/06
```

I made contact with Mr ████████████████  father of ████████████
who was told that I wished to interview his daughter. ████████████████
stated he was aware and had spoken with his daughter about the
incident.  He stated that his daughter had previously told him that
she was hired to model lingerie at a Palm Beach mansion. ████████
stated he knew nothing else about what she did when she went to
"work." ████████████ advised he would cooperate with the investigation
and make his daughter available for interviews.  I asked if she was
available for an interview, ████████████stated she was not at home at the
moment.  I informed him I would make contact with her at a later time.
████████████ expressed his interest in the resolution in this matter
as he stated this information has affected his daughter emotionally.

On January 4, 2005, I acquired the subpoenas from the State Attorney's
Office for Cingular Wireless, Metro PCS, Verizon, Bell South
Telecommunications and Sprint for the unknown telephone numbers from
Sarah Kellen's cellular telephone.  The subpoenas were sent to the
respective telephone carriers for subscriber information.

I received a telephone call from State Attorney's Office, who informed
me that the former houseman for Jeffrey Epstein, Alfredo Rodriguez,
was present at the State Attorney's Office for an interview.
Rodriguez was issued an investigative subpoena for an interview on the
on-goings at Epstein's house during his employ.  I responded to the
State Attorney's Office and encountered Mr. Rodriguez waiting in the
lobby.  I brought Mr. Rodriguez to the interview room.

```
--------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:      71
Time: 11:36:35                  Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

During a sworn taped statement, Mr. Rodriguez stated he was employed
by Jeffrey Epstein for approximately six moths. He was referred by
associates and his employment lasted the months of November 2004
through May 2005.  His responsibilities as house manager included
being the butler, chauffer, chef, houseman, run errands for Mr.
Epstein and provide for Epstein's guests.  Rodriguez advised he had
very limited contact with Mr. Epstein.  If Rodriguez needed to relay a
message to Mr. Epstein, he would have to notify Epstein's secretary
"Leslie" in New York City, who would then notify Epstein's personal
assistant, Sarah, who would relay the message to Epstein.  Rodriguez
stated Epstein did not want to see or hear the staff when he was in
residence.

I asked Rodriguez if Epstein received many guests during his stay in
Palm Beach.  Rodriguez advised he had many guests.  I asked
specifically about masseuses coming to the house.  Rodriguez stated he
would have two massages a day.  Epstein would have one massage in the
morning and one massage in the afternoon everyday he was in residence.
 Rodriguez stated he would be informed to expect someone and make them
comfortable until either Sarah or Epstein would meet with them.

Rodriguez stated once the masseuses would arrive, he would allow them
entry into the kitchen area and offer them something to drink or eat.
They would then be encountered by either Sarah or Epstein.  They
would be taken upstairs to provide the massage.  I asked Rodriguez if
any of the masseuses appeared young in age.  He advised he didn't ask
their ages but felt they were very young.  Rodriguez stated they ate
like his own daughter who is in high school.  Rodriguez stated they
would eat tons of cereal and drink milk all the time.  Rodriguez
stated the girls that would come appeared to be too young to be
masseuses.  He stated one time under Epstein's direction, he delivered
a dozen roses to ████████████████ High School for one of the girls
that came to provide a massage.  He knew the girls were still in high
school and were of high school age.  I asked Rodriguez about the
massages.  He felt there was a lot more going on than just massages.
He would clean Mr. Epstein's bedroom after the alleged massages and
would discover massager/vibrators and sex toys scattered on the floor.
He also said he would wipe down the vibrators and sex toys and put
them away in an armoire.  He described the armoire as a small wood
armoire which was on the wall close to Epstein's bed.

Epstein ordered Rodriguez to go to the Dollar rent a car and rent a
car for the same girl he brought the roses to, so that she could drive
her self to Epstein's house without incident.  Rodriguez said the girl
always needed rides to and from the house.  Rodriguez referred himself
as a "human ATM machine" and was ordered by Epstein to maintain a
minimum balance of $2,000 dollars on him at all times.  When a girl
would come the house and Mr. Epstein was either not in residence or
was not at home at the time, Rodriguez was to provide the girl
(masseuse) several hundred dollars for their time and to notify
Epstein the amount they were given.  Epstein also ordered Rodriguez to
purchase several gifts and provide them as tips to the girls.  I asked

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:    72
Time:  11:36:35                   Incident Report           Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
      what kind of gifts.  Rodriguez stated he purchased IPODS, jewelry,
      anything the girls would want.

      Rodriguez stated the amount of girls that came to the house was
      approximately fifteen.  Each of the girls knew each other and all
      seemed to know at ████████████ High School who Mr. Epstein was.
      When asked to identify these girls, Rodriguez stated he could not at
      the moment but knew he wrote their names down on a journal he kept
      during his employ with Mr. Epstein.  He kept a journal in the event he
      needed to explain either to Mr. Epstein or his assistants what was
      done at the house or who visited the house as he stated he was
      in-charge of Mr. Epstein's personal security while in Palm Beach.  I
      informed him I would need to view this journal to which he stated he
      would research the book and contact me to provide the book.  The
      interview was concluded and left the area.  I returned back to the
      police station where the micro cassette was placed into evidence.  At
      approximately 7:20 pm, I was notified Rodriguez located the journal
      and would call me on January 5, 2005 to provide the journal.

      Investigation Continuesàà

****************************** N A R R A T I V E   # 34 **************************
NA                          Reported By: RECAREY, JOSEPH              1/09/06
                            Entered By.: ALTOMARO, NICKIE A.          1/10/06

      On January 5, 2006, I attempted to meet with Alfredo Rodriguez to
      recover the folder or journal in which he kept the notes that were
      given to him during his employ with Mr. Jeffrey Epstein.  He kept this
      folder to justify what he did during his employ should the need arise
      to justify what occurred with the monies he had to keep or any
      questions as to the petty cash he withdrew from the household account
      from the bank.  At approximately 10:00 pm, I attempted contact with
      Mr. Rodriguez and discovered he was assisting his wife at her place of
      employment and would not be able to meet with me.  Mr. Rodriguez
      stated he would meet with me on January 6, 2006, in Broward County, in
      the morning hours.

      On January 6, 2006, at approximately 9:00 am, I received a telephone
      call from Mr. Rodriguez who advised he had the file in hand and would
      be traveling northbound to meet with me in Broward County.  At 10:50
      am, I met with Alfredo Rodriguez at the parking lot of Bank of America
      in Boca Raton on Yamato Road and Military Trail (known as the Polo
      Center).  Rodriguez produced a green folder which contained documents,
      a note with Mr. Epstein's stationary with direction to deliver a
      bucket of roses to ████████ High School after ████
      high school drama performance.  Also in that same note was direction
      to rent a car for ██  █████ and direction to extend the rental
      contract.  I returned to the Palm Beach Police Station and placed the
      folder into evidence.

      I received a fax from Verizon from the subpoena request sent on
      01-04-06, for telephone number 561-302-1844.  The phone number is

```

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT         Page:     73
Time:  11:36:35               Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

registered to Dr Perry Bard, from West Palm Beach.  Dr. Bard is a
chiropractor and has an office located 4275 Okeechobee Blvd in West
Palm Beach.  The cellular number is Dr Bard's personal cellular
number.

On January 9, 2006, Det. Caristo and I traveled to ▓▓▓▓▓▓▓▓▓▓ in
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in an attempt to locate ▓▓▓▓▓▓▓▓ who had
been previously seen on the property and identified through her
Florida Drivers License and Florida license Plate.  A business card
was left for her to return my call.  We then traveled to the Simon
Youth Foundation and located ▓▓▓▓▓▓▓▓▓▓▓▓▓▓agreed to
speak with us and in a private room within the school provided us a
taped statement.

During the statement ▓▓▓▓▓▓advised that when she was fifteen or
sixteen years of age, she was taken to Jeffrey Epstein's house by her
associate, ▓▓▓▓▓▓. ▓▓▓▓▓ stated this occurred late May 2004
or early June 2004.  She was told she could model lingerie for money
for a wealthy Palm Beacher.  She remembered they traveled by yellow
cab from their residence in West Palm Beach to Epstein's house.  She
remembered encountering Epstein at the front door during the evening
hours.

He introduced himself and brought them into the kitchen so that the
chef could prepare something for them to eat.  After having a meal,
Miller and Epstein brought ▓▓▓▓▓upstairs to a master bedroom which
had a large bathroom.  She observed a large style shower, sauna and
there was a large massage bed also in the bathroom.  Epstein entered a
room within the bathroom and came out wearing only a towel.  ▓▓▓▓▓▓
said they would provide a massage on his feet.  ▓▓▓▓▓▓asked why they
are doing this.  Miller told her this was part of the routine and told
her to rub his legs and calves.  Epstein had told ▓▓▓▓▓ to get
comfortable.▓▓▓▓▓ continued rubbing Epstein's calves and feet.  At
Epstein's direction, Miller then left the room leaving ▓▓▓▓▓ there
by herself.  Epstein told _ to get comfortable.  ▓▓▓▓▓ removed
her blouse and pants and stayed in her panties. ▓▓▓▓▓ stated she
was not wearing a bra.  She believed she was wearing thong panties.
Epstein turned over onto his back and began touching her.  Epstein
touched her breasts and began touching her in her vagina area.
Epstein instructed her to rub his chest and rub his nipples.▓▓▓▓▓▓
stated the touching consisted over the panties on the first time; he
stroked her vagina but stayed on top of the panties.  During the first
massage, she stated Epstein was stroking her and began masturbating
himself at the same time.  He put his hands under the towel and
appeared as to masturbate himself however she never saw his penis.
She continued rubbing his chest until he grabbed her and pulled her
closer to him.  He appeared to have climaxed because after he pulled
her closer to him the massage was over.  Epstein had told her that
there was two hundred dollars for her on the dresser.  He told her
that she could not tell anyone what happened at the house or bad
things could happen. ▓▓▓▓▓▓ stated she went to Epstein's house three
or four times total. ▓▓▓▓▓▓ was very scared and felt very nervous.

```
------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:    74
Time: 11:36:35                 Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    She knew because of Epstein's money he was powerful.  After the
    massage, Epstein ordered his houseman at the time to drive the girls
    home.  The employee was to drop off the girls at their house and watch
    them go inside their house.

    ████████████ could not remember who the houseman was.  She stated Epstein
    and his assistant Sarah would call her at her father's house to
    arrange for her to come and "work." She advised each time she returned
    to the house, Epstein would do the same thing.  ███████████ stated it was
    a routine with Epstein.  She would rub his feet and calves.  He would
    then turn over and begin to touch her on her vagina area.  The only
    difference was that it was done without panties.  Epstein's fingers
    would stroke her vagina area as he would masturbate and finally climax
    and the massage would be over.  She was paid $200.00 each time she
    went.  Each time she went she was reminded not to speak of what
    happened at the house and that she would be contacted again.  She
    began to purposely miss the calls when either Sarah or Epstein would
    call her.  She once brought a friend, "Brandy" unknown last name, to
    work for Epstein.  She was paid $200.00 for bringing Brandy.  ██████
    stated she no longer retuned to work for Epstein.  She also stated
    that she wanted to notify the police of what happened at the house.
    ████████ stated she was scared of what could have happened to her or
    her family if she notified authorities.

    On January 10, 2006, I received the results from the subpoena from
    BellSouth Telecommunications for telephone number ████████████  The
    number is assigned to ████████████████████ father in Palm
    Beach Gardens.  I also received the results from Western Union which
    confirmed the money order sent to ████████████ from Jeffrey
    Epstein in New York City.  The "wire" was sent by Jeffrey Epstein of
    457 Madison Ave in New York City on December 23, 2004 at 12:05 pm.
    The amount of $222.00 was charged to Epstein's credit card so that
    ████████████ could receive $200.00 in ████████████████████ The twenty-two
    dollars was for processing and local fees to send the money via
    Western Union.  A copy of the check presented to ████████ was also
    attached to the receipt of the wire.  This confirmed what ████████
    advised she received as a Christmas bonus from Epstein.

    Investigation continues.

*************************** N A R R A T I V E   # 35 ***************************
NA                    Reported By: RECAREY, JOSEPH              1/10/06
                      Entered By.: ALTOMARO, NICKIE A.          1/10/06

    I received and reviewed the Cingular Wireless results from the
    subpoena requests for subscriber information for telephone numbers
    561-818-8361, 561-389-6874 and 561-309-0079.  The first number,
    561-818-8361, is assigned to Janusz Banasiak in care of Jeffrey
    Epstein of 457 Madison Ave in New York City.  Banasiak is the current
    houseman/house manager for 358 El Brillo Way in Palm Beach, Fl 33480.
    The second number, 561-389-6874, is assigned to ████████████ of
    1685 61st Drive in West Palm Beach.  Research conducted on ██████

```
--------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:    75
Time: 11:36:35                  Incident Report                Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                               (Continued)
    revealed she is a licensed Massage therapist with a Florida
    conditional/active license number MA39723.  ████████ had been previously
    arrested for battery / unwanted touching and DUI.  Requests for copies
    of the reports involving the arrests were requested from the Palm
    Beach County Sheriff's Office.  The last number 561-309-0079 is
    assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
    Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
    Physician.

    Vehicles that were previously documented on the property while
    surveillance was being conducted were researched.  I determined a tan
    Chevrolet Camaro, bearing Florida license X88-EFF, was seen on the
    property in which a young white female was seen entering the Epstein
    property.  Research was conducted which revealed that the vehicle is
    registered to ████████████████████████████████████████████ ,
    ████████████████████ ████████████ is currently residing i█
    ██████████████████████████████████████████████████████ Lake
    ████████.  Research on ██████████████████ revealed she was recently involved
    in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
    discover any information from the stop was requested.

    I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
    will be available for an interview tomorrow at the State Attorney's
    Office in West Palm Beach at 1:30 pm.  I informed her that I would be
    at her office for the interview.


**************************** N A R R A T I V E   # 36 ****************************
NA                       Reported By: RECAREY, JOSEPH              1/23/06
                         Entered By.: ALTOMARO, NICKIE A.          1/23/06

    On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
    622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
    licensed massage therapist who had previously been seen on Epstein's
    property when physical surveillance was done.  Sjoberg was told of the
    on going investigation and I felt she may have information pertaining
    to the case. During a sworn taped statement, Sjoberg stated she met
    Epstein three years ago when Ghaline Maxwell approached her while she
    was attending Palm Beach Atlantic College to work around Epstein's
    house.  Maxwell had told her that they needed some girls to work at
    the house to answer phones and run errands.  Sjoberg accepted the job
    and began working at Epstein's house on El Brillo in Palm Beach.
    Sjoberg stated it was a part time job during the time she went to Palm
    Beach Atlantic College.  She continued going to Epstein's house and
    would be notified when Epstein would travel to Palm Beach.  Sjoberg
    advised she would be notified by Maxwell, Epstein or Sarah, his
    assistant, when he would travel to Palm Beach.  Sjoberg stated she
    began providing massages to Epstein before she became a massage
    therapist.  She continued giving massages not only to Epstein but to
    Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
    what occurred during the massages.  Sjoberg stated as she was twenty
    three years old when she met Epstein, anything that happened was

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT            Page:      76
Time: 11:36:35                   Incident Report               Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                        (Continued)

between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions.  Sjoberg stated that there were times that Epstein
would ask her to perform during the massage.  He would instruct her to
rub his nipples as he masturbated himself.  Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued.  Sjoberg also advised she would on occasion perform the
massages naked.  Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing.  When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein.  Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein.  Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach.  The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag X88-EFF which
was also previously seen on the property when there was physical
surveillance being done at the property.  The vehicle is registered to
                  of Lake Worth, Florida.  Researching Mr.        and the
vehicle revealed that his daughter,          had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door.  I researched
       date of birth, 11-18-1987, resides at 3307 Blatusrol Lane in
Lake Worth.       has a my space page called
www.myspace.com/pinkpetals.  In her web page, shows various photos of
        photographed at a beach.  An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time.  Several images of Epstein
working at his office were seen.  Additional footage of Sarah Kellen
and Nadia Marcinkova was seen.  There was other footage of females
seen.  The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video.  At this time it appears
that                  and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours.  Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

*************************** N A R R A T I V E   # 37 ***************************

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      77
Time: 11:36:35                 Incident Report          Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-05-000368                          (Continued)
NA                       Reported By: RECAREY, JOSEPH          1/30/06
                         Entered By.: ALTOMARO, NICKIE A.      1/30/06
```

On January 25, 2006, Det Caristo and I, responded to
████████████████████ and met with █████████████ ;      █████stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate Dana Burns. Burns was allegedly dating
Epstein at the time. Burns and █████ had once cohabitated together
when they modeled. █████ explained Burns called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
█████made arrangements to meet with her at Epstein's house. █████
arrived and met Epstein and Burns. Burns and █████went to the Palm
Beach Mall together and went shopping. █████advised that Burns and
she had received money from Epstein to go to the mall. They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein. █████ advised she purchased one item and
Burns purchase various items. The money used to purchase the items
was the money given by Epstein.

Burns and █████continued shopping and having a day together. █████
stated Burns explained how she and Epstein have been dating each other
and he has been paying all of her bills. █████claimed Burns advised
they met in New York and had been dating ever since. They later
returned to Epstein's home and encountered Epstein. He had a brief
conversation with █████about her modeling career. He knew of her
modeling career from Burns. He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
█████had her book with her to show Burns and showed the book to
Epstein. He commented negatively about her photographs and portfolio.
█████felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs. Epstein requested to see what was
purchased at the mall. Burns took out the undergarments which were
purchased. She immediately showed Epstein different sets purchased.
Epstein then requested to view what █████urchased. █████was
reluctant to show the outfit however since it was Epstein's money that
purchased the item, she pulled it out of the bag. Epstein asked her
to try it on. █████ looked at Burns who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set. She walked out to the
living room where they were sitting, and modeled the suit. She then
went back into the other room and changed back into her clothes.
█████returned into the room and told Burns she would be going home.
Burns scheduled another day for █████to return for massages with her.

█████stated within that same week, she returned to meet with Burns
and have a massage. Burns had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
Burns explained she could stay at the house and take advantage of the
massage.

█████stated she met with an unknown massage therapist and had the

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:    78
Time: 11:36:35               Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                               (Continued)
  table already set up in a guest room. ███████removed her clothing,
  leaving her panties on, and wrapped herself with a towel for the
  massage. ███████ remembered that the door to the guest room was closed
  but not locked.  As the therapist was working her back, the door was
  opened by Epstein and entered into the room. ███████was trying to
  conceal herself as Epstein was talking to her about his chiropractic
  session.  Epstein told ███████turn over onto her back. ███████
  eventually turned over exposing her breasts to Epstein as he applied
  pressure on her shoulder and her waist. ███████stated Epstein "popped"
  her back. ███████ removed her self from the table, got dressed and left
  the house. ███████ further stated Burns had attempted to call her on
  several occasions to invite her back to Epstein's house to which ███
  replied "I'm busy." ███████advised she has not had contact with either
  Dana Burns or Jeffrey Epstein.  It should be noted that her mother,
  ███████  ███████was present during the interview.  The interview was
  concluded and we thanked them her for their time.


*************************** N A R R A T I V E   # 38 ***************************
NA                       Reported By: RECAREY, JOSEPH              1/31/06
                         Entered By.: ALTOMARO, NICKIE A.          1/31/06


On January 27, 2006, I made telephone contact with Christina Venero,
at 772-878-7280.  Venero is a licensed massage therapist who had
frequented the home of Jeffrey Epstein.  Ms. Venero has been unable to
meet with me in Palm Beach County, and because she lives and works in
Port St Lucie, a telephone interview was conducted.  I explained to
Ms. Venero that there was an on going investigation involving Jeffrey
Epstein.

Venero stated she knows Epstein and has been employed by him for
approximately three years.  Epstein has paid Venero to perform Swedish
Massages (Deep Tissue) on him and other guests.  Venero explained that
approximately three year ago she met Ghislaine Maxwell and Jeffrey
Epstein through a mutual friend.  Epstein and Maxwell were looking for
a massage therapist.  Venero stated since that time, she is notified
when Epstein is coming to Palm Beach.  Venero stated she comes to his
house and provides the massage or massages.  Venero explained she has
also massaged his guests and assistants.  Venero continued that she is
paid $100.00 and hour for the massage.

I asked Venero if anything occurred during the massage that would have
made her feel uncomfortable.  Venero stated she only provided massages
and that was it.  She never was approached for anything else.  I asked
if Epstein ever asked her to rub his chest she stated she would not
rub his chest as that is not part of her massage.  Venero explained
that she was not Epstein's type.  The girls she would see at Epstein's
house were very thin, beautiful and without tattoos.  Venero explained
she has several tattoos that are visible.  Maxwell and Epstein have
commented negatively about her tattoos previously when she has
provided massages.

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:    79
Time:  11:36:35                Incident Report             Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Venero stated she only provided massages for Epstein and his
associates and nothing happened during those massages.  Venero stated
as she does Swedish style massages, the patient is usually sore after
the massages.  I thanked her for her assistance and the interview was
concluded at this time.

I received a facsimile from T-Mobile Cellular service on telephone
number 561-317-5844, which is assigned to David Rodgers, pilot for Mr.
Epstein, who resides in Lake Worth.  Rodgers' telephone number was
dialed on several occasions by Sarah Kellen.  A background on Rodgers
indicated he has a valid FAA pilot license First Class for the
Southern FAA Region.  Rodgers has another historical FAA license for
Airline Transport Pilot.

Investigation Continues.

```
**************************** N A R R A T I V E   # 39 ****************************
NA
                   Reported By: RECAREY, JOSEPH                    2/14/06
                   Entered By.: ALTOMARO, NICKIE A.                2/16/06
```

On Friday, February 3, 2006, I had made arrangements to meet with
▋▋▋▋▋▋▋▋▋▋ at the Palm Beach Police Station.  At approximately
1:00pm, ▋▋▋▋▋▋ and her friend, ▋▋▋▋▋▋▋ arrived at the police
station.  During an interview with ▋▋▋▋ she stated she met
Epstein when she turned eighteen years old and was brought to
Epstein's house to provide a massage.  She advised this occurred on
May of 2005.  She advised Haley Robson had informed her if she wanted
to provide a massage for $200.00.  ▋▋▋▋▋▋ agreed and was brought to
Epstein's house to provide a massage.  ▋▋▋▋▋▋ stated she had been to
the house on many occasions during the massage sessions.  ▋▋▋▋
also stated she would remove her clothing to provide the massage on
Epstein.  ▋▋▋▋▋ advised Epstein would pay her $300.00 to rub his
back, legs and chest.  During the massages, Epstein would masturbate
himself as she rubbed his chest.  I asked her if Epstein ever touched
her breasts during the massages.  ▋▋▋▋▋▋ replied. "Yes." I asked her
if Epstein ever touched or massaged her vagina.  ▋▋▋▋▋▋ stated he
had on several occasions.  I asked her if he ever penetrated her with
either his penis or any other objects.  ▋▋▋▋▋▋ stated that during a
massage he inserted his fingers in her vagina as she massaged him.
She stated this occurred one time only.  ▋▋▋▋▋▋ stated the massage
would be over when Epstein would climax onto a towel.  I asked
▋▋▋▋▋▋ if she had any formal massage training to which she replied
that she did not.  ▋▋▋▋▋ was then asked if she ever brought anyone
to the house to "work."  ▋▋▋▋▋▋ stated she brought two people to the
house.  She advised she received money for bringing people to the
house to "work."  ▋▋▋▋▋▋ stated she brought a girl named ▋▋▋▋ and
her friend Tory Bean.  ▋▋▋ was still waiting for ▋▋▋▋ in the
lobby of the police station.  I thanked ▋▋▋▋▋ for her time and her
cooperation and escorted her to the lobby.

I asked Ms ▋▋▋ if I could speak with her about this investigation.  I
brought her to the interview room and explained to her that I was

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      80
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
        conducting an investigation on Jeffrey Epstein and felt she may have
        information pertaining to the investigation. ▮▮▮▮ identified
        herself as ▮▮▮▮▮▮▮▮nd resides in Wellington, Florida. She
        advised approximately a year ago she was brought to Epstein's house to
        provide a massage for money. ▮▮▮▮ stated she needed to make money and
        felt it was a quick way to make some money. ▮▮▮▮ stated she was
        brought to the house by ▮▮▮▮▮▮▮and was introduced to Epstein and his
        assistant. She was brought to his main bathroom and provided a
        massage. I asked her if she provided the massage naked. ▮▮▮▮ stated
        she did. She rubbed Epstein's legs, back and chest. I asked ▮▮▮▮if
        Epstein touched her during the massage. She advised he did not,
        however he did masturbate himself as she rubbed his chest. Once he
        climaxed the massage was over. She was paid her money and left the
        area. ▮▮▮▮ advised it occurred one time and she never returned to
        Epstein's house. The interview was concluded and ▮▮▮▮was escorted to
        the lobby.

        I located a telephone number for Courtney Wild and attempted to
        contact her on several occasions. I called 561-856-2617 and spoke
        with Ms. Wild who advised she would speak with me in Deerfield Beach
        where she resides. Due to a scheduling conflict, we were unable to
        meet. I informed her I would contact her to schedule another
        appointment to speak with her about this investigation. I have
        attempted to meet with her and make telephone contact with negative
        results.

        On February 13, 2006, I met with David Rodgers at 7318 Heathley Drive
        in Lake Worth. Rodgers was identified as Epstein's pilot. I spoke
        with Rodgers who advised he has been employed with Epstein since 1991.
        He flies both planes for Epstein depending where he wants to fly to.
        Rodgers was asked about passengers in the plane he flies. Rodgers
        stated unless Epstein flew to his island off of St Thomas, there would
        be no way of knowing who the passengers were. I mentioned a recent
        flight to Ohio, where Rodgers flew to Ohio to pick up Dana Burns.
        Rodgers stated he recalled flying on several occasions and did
        remember Burns. Rodgers stated once he is in the cockpit, he does not
        know who the passengers are. When he prepares the passenger
        manifests, he lists Epstein and his assistants he knows by name, Sarah
        and Adrianna. Rodgers stated he would list either female or male
        passengers on the manifests only to keep a count on the passengers.
        Mrs. Rodgers came into the living room and recommended that her
        husband consult with an attorney. Mr. Rodgers agreed he would speak
        with the family attorney to inform him of this questioning. I
        explained to Mr. Rodgers that he was not the suspect in this
        investigation and ceased all questions. Based on the fact Rodgers
        could not advise who passengers were in the plane, I then left the
        area.

        I attempted to locate ▮▮▮▮▮▮▮▮▮▮at ▮▮▮▮▮▮▮▮▮▮ in
        ▮▮▮▮▮▮. I left my business card for her to return my call. On
        February 14, 2006, at 12:06 pm, I received a call back from Ms. ▮▮▮
        on my voice mail. Ms▮▮▮ left her telephone number for a return

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT              Page:     81
Time: 11:36:35                   Incident Report              Program: CMS301L
--------------------------------------------------------------------------------

Case No. . . . : 1-05-000368                             (Continued)
     call 561-662-3098.  I left her a message to return call.

     Investigation Continues..

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * * * *
```

125 Worth Avenue Ste 100
Palm Beach, Fl 33480
Phone: 561-653-5594
Fax: 561-833-0943

**Colonial Bank, N.A.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Alfredo Rodriguez | **From:** | ~~Rost~~ Iarqun |
| **Fax:** | (561) 820 - 8790 | **Date:** | 12/10/3-1 |
| **Phone:** | | **Pages:** | 4 |
| **Re:** | | **CC:** | |

☐ **Urgent**   ☑ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Case No: 50 2008 CA 006596 XXXX MB AB

## Service List

Lanna Belohlavek, Esq.
Attorney For: State of Florida
401 N. Dixie Highway
West Palm Beach, FL 33401
Phone: (561) 355-7100
Fax: (561) 355-7379

Jack A. Goldberger, Esq.
Attorney For: Jeffrey Epstein
Atterbury Goldberger & Weiss, P.A.
250 S Australian Avenue
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 659-8300
Fax: (561) 835-8691

Bruce E. Reinhart, Esq.
Attorney For: Sarah Kellen
Bruce E. Reinhart, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983

Douglas M. McIntosh, Esq.
Attorney For: Haley Robson
Jason A. McGrath, Esq.
McIntosh, Sawran, Peltz & Cartaya, P.A.
Centurion Tower, Suite 1110
1601 Forum Place
West Palm Beach, FL 33401
Phone: (561) 682-3202
Fax: (561) 682-3206

Robert Critton, Esq.
Attorney For: Jeffrey Epstein
Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive
Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148

```
-----------------------------------------------------------------------
Date:  4/20/06              PALM BEACH POLICE DEPARTMENT        Page:    11
Time: 13:02:26                   Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

******* O T H E R    P E R S O N     I N F O R M A T I O N - # 9 *********
Case Number   . : 1-05-000368         Last Name  . . : ▮▮▮▮▮
Street Number   :
City . . . . . : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮7
Birth Date/Age : ▮        16          Employer?  . . :
Occupation . . :                      Oper Lic No. . : M▮▮▮▮▮▮      FL
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex  . . . . . : Female               Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

*************************** N A R R A T I V E   # 1 ***************************
Original Report     LO   Reported By: PAGAN, MICHELE D.        9/20/05
                         Entered By.: OREGERO, LAURA D.         9/20/05
```

On 03/14/2005, I received a call from a woman who did not wish to
identify herself (later identified as ▔ ▔▔ ▁▁▁▁▔ ). She stated
that her fourteen year old step daughter (later identified as ▮▮▮▮
▮▮▮▮▮▮ possibly may have been molested in Palm Beach by a wealthy
man.  According to ▮▮▮▮▮▮, she learned of the possible molestation
by a third party.  She explained that she had received a call from the
mother of her stepdaughter's friend.  The mother claimed to have
overheard a conversation between her daughter and a male friend; they
were talking about ▮▮▮. ▮ The conversation was about how ▮▮▮ had met
with a 45-year-old man and had sex with him and was paid for it.  I
advised ▮▮▮▮▮▮ that I would like to meet with her to obtain a more
detailed statement and facts.  ▮▮▮▮▮ stated she did not know what
to do and had to discuss the matter with her husband.  At this point
▮▮▮▮▮▮ did not provide me with a call back number or any other
information.  She stated that she would contact me once she had spoken
with her husband and ▮▮▮▮ mother.

On 03/14/2005 received a call from ▮▮▮▮▮▮▮▮▮▮       They stated
it was all right to speak to their daughter▮▮ via cell phone 561
▮▮▮▮▮▮     Her mother ▮▮▮ had been made aware of the case.
They agreed to meet me at the police department later this date.
(561)

On 03/14/2005, ▮▮▮▮▮▮▮▮▮▮▮ accompanied by his wife
▮▮▮▮▮▮ came to the Palm Beach Police Department where they advised
me that they believed their fourteen year old daughter may have had
some type of sexual relationship with an older male who resided in
Palm Beach.  Neither knew the suspect's name or address.  Both stated
that their daughter did not talk to them about the incident, nor would
she admit to it.

▮▮▮▮▮▮▮▮▮ identified his daughter as ▮▮▮▮▮▮▮▮▮▮
w/f, DOB ▮▮▮▮▮▮  resides with her biological mother ▮▮▮ ▁▁ ▁▁
at _▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  . ▮ is a twin,

---

```
ate:  4/20/06              PALM BEACH POLICE DEPARTMENT           Page:      75
ime: 13:02:26                    Incident Report              Program: CMS301L
```

---

ase No. . . . : 1-05-000368                              (Continued)
████████████.  Research conducted on ████████
revealed she is a licensed Massage therapist with a Florida
conditional/active license number MA39723.  ████████had been previously
arrested for battery / unwanted touching and DUI.  Requests for copies
of the reports involving the arrests were requested from the Palm
Beach County Sheriff's Office.  The last number 561-309-0079 is
assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
Physician.

Vehicles that were previously documented on the property while
surveillance was being conducted were researched.  I determined a tan
Chevrolet Camaro, bearing Florida license X88-EFF, was seen on the
property in which a young white female was seen entering the Epstein
property.  Research was conducted which revealed that the vehicle is
registered to ████████ of Lake Worth.  Mr. ████████ has two daughters,
Jana ████████and ████████ Jana ████████is currently residing in
Connecticut and ████████████is residing with her father in Lake
Worth.  Research on████████████revealed she was recently involved
in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
discover any information from the stop was requested.

I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
will be available for an interview tomorrow at the State Attorney's
Office in West Palm Beach at 1:30 pm.  I informed her that I would be
at her office for the interview.


*************************** N A R R A T I V E   # 36 ***************************
                    Reported By: RECAREY, JOSEPH               1/23/06
                    Entered By.: ALTOMARO, NICKIE A.            1/23/06


On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done.  Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house.  Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands.  Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College.  She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach.  Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach.  Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist.  She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
what occurred during the massages.  Sjoberg stated as she was twenty

```
------------------------------------------------------------
ate:  4/20/06          PALM BEACH POLICE DEPARTMENT        Page:    76
ime: 13:02:26                Incident Report           Program: CMS301L
------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

three years old when she met Epstein, anything that happened was
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions. Sjoberg stated that there were times that Epstein
would ask her to perform during the massage.  He would instruct her to
rub his nipples as he masturbated himself.  Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued.  Sjoberg also advised she would on occasion perform the
massages naked.  Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing.  When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein.  Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein.  Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach.  The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag X88-EFF which
was also previously seen on the property when there was physical
surveillance being done at the property.  The vehicle is registered to
████████████ of ████████████, Florida.  Researching Mr. ████████ and the
vehicle revealed that his daughter, ████████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door.  I researched ████████
████████ date of birth, ████████████, resides at ████████████ in
████████.  ████████ has a my space page called
www.myspace.com/pinkpetals.  In her web page, shows various photos of
████████ photographed at a beach.  An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time.  Several images of Epstein
working at his office were seen.  Additional footage of Sarah Kellen
and Nadia Marcinkova was seen.  There was other footage of females
seen.  The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video.  At this time it appears
that ████████████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours.  Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

S# 033012

| OBTS Number | | ARREST / NOTICE TO APPEAR Juvenile Referral Report | 1. Arr. 2. N.T.A. | 3. Request for Warrant 4. Request for Capias | Juvenile |

**ADMINISTRATIVE**

Agency ORI Number: FLO, 5,0,0,0,0,0   Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE   Agency Report Number: 0,6 - - | ( | )

Charge Type Check as many as apply.
1. Felony   2. Traffic Felony   3. Misdemeanor   4. Traffic Misdemeanor   5. Ordinance   6. Other

If Weapon Seized   Enter Type   Multiple Clearance Indicator

Location of Arrest (Including Name of Business): 3228 Gun Club RD WPB, FL
Location of Offense (Business Name, Address):

Date of arrest: 0,7,2,3,0,6   Time of Arrest: 0,1,3,0   Booking Date   Booking Time   Jail Date   Jail Time   Location of Vehicle

**DEFENDANT**

Name (Last, First, Middle): Epstein, Jeffrey   Alias (Name, DOB, Soc. Sec. #, Etc.)

Race: W - White   I - American Indian   B - Black   O - Oriental/Asian   IW   Sex: M   Date of Birth: 0,1,20,53   Height: 6,00   Weight: 180   Eye Color: Blue   Hair Color: Gray   Complexion: Fair   Build: MED

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description): None Seen   Marital Status: S   Religion: None   Indication of: Alcohol Influence / Drug Influence   Y   N   Unk.

Local Address (Street, Apt. Number): 358 ELBRILLO   (City) Palm Beach, FL   (State) (Zip): 33480   Phone: (561) 655-3704   Residence Type: 1. City  3. Florida  2. County  4. Out of State

Permanent Address (Street, Apt. Number): 6100 RED Hook Quarters, Suite B3 St Thomas USVI   (City) (State) (Zip) USVI   Phone: ( )   Address Source: Verbal Def

Business Address (Name, Street):   (City) (State) (Zip)   Phone:   Occupation: Banker

D/L Number, State:   Soc. Sec. Number:   INS Number:   Place of Birth (City, State): NEW YORK, NY   Citizenship: USA

**CO-DEF**

Co-Defendant Name (Last, First, Middle):   Race   Sex   Date of Birth   1. Arrested  2. At Large   3. Felony  4. Misdemeanor  5. Juvenile

Co-Defendant Name (Last, First, Middle):   Race   Sex   Date of Birth   1. Arrested  2. At Large   3. Felony  4. Misdemeanor  5. Juvenile

**JUVENILE**

Parent / Legal Custodian / Other:   Name (Last)   (First)   (Middle)   Residence Phone

Address (Street, Apt. Number):   (City)   (State)   (Zip)   Business Phone

Notified by: (Name)   Date   Time   Juvenile Disposition 1. Handled/Processed within Dept. and Released.   2. TOT HRS/DYS   3. Incarcerated   Date   Time

Released To: (Name)   Relationship

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address. ☐ Yes, by (Name)   ☐ No: (Reason)   School Attended   Grade

Property Crime? ☐ Yes ☐ No   Description of Property   Value of Property

**CODE**

Drug Activity: N. N/A  P. Possess  S. Sell  T. Traffic  R. Smuggle  D. Deliver  E. Use  K. Dispense/Distribute  M. Manufacture/Produce/Cultivate  Z. Other
Drug Type: N. N/A  A. Amphetamine  B. Barbiturate  C. Cocaine  E. Heroin  H. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/Equipment  S. Synthetic  U. Unknown  Z. Other

**CHARGE**

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| Felony Solicitation of Prostitution | | | 7,9,6 .1.0,7,(2) F(4)(C),(3F) | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number: 06009454 CFA99 DIV W | Bond: 3,000 |

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| | | | 7,9,6 .1.0,7,(2) | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond: JUL 23 AM |

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| | | | | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| | | | | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

**NOTICE TO APPEAR**

Location (Court, Room Number, Address)

Court Date and Time: Month   Day   Year   Time   A.M.   P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/ Custodian)   Date Signed

**ADMIN**

HOLD for other Agency   Name:   Signature of Arresting Officer: X   Name Verification (Printed by Arrestee)

☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal  ☐ Other:   Name of Arresting Officer (Print)   I.D. #   (PRINT)   PAGE

Intake Deputy   02/11/2015   I.D. #   Pouch #   Transporting Officer   I.D. #   Agency   Page 2059   Witness here Public Records Request No.: 16-268   OF

DISTRIBUTION: WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - AGENCY   GOLD - DEFENDANT (N.T.A.'s ONLY)

PBSO #148 REV. 8/97

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

1 ☒ Arrest   3 ☐ Request for Warrant
2 ☐ NTA   4 ☐ Request for Capia

Juvenile: **3**

| OBTS Number | | |
|---|---|---|

**ADMINISTRATIVE**

Agency ORI Number: FLO, 5, 0, 0, 6, 0, 0

Agency Name: **PALM BEACH POLICE DEPARTMENT**

Agency Report Number (N.T.A.'s only): 7, 6

Charge Type - Check as many as apply:
☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance
☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other

If Weapon Seized / Enter Type ____

Multiple Clearance Indicator

Location of Arrest (Including Name of Business):

Location of Offenses (Business Name, Address): 358 EL BRIllo WAY PALM BEACH, FL

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|

**DEFENDANT**

Name (Last, First, Middle): **EPSTEIN, JEFFREY E**

Alias (Name, DOB, Soc. Sec. #, Etc.)

Race: W - White, B - Black, I - American Indian, O - Oriental/Asian → **W**
Sex: **M**
Date of Birth: **0,1,2,0,5,3**
Height: **6 00**
Weight: **175**
Eye Color: **BLUE**
Hair Color: **GREY**
Complexion:
Build: **MED**

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)

Marital Status | Religion | Indication of: Alcohol Influence ☐ Y ☐ N / Drug Influence | Link: ☐ Y ☒ N

Local Address (Street, Apt. Number): **358 EL BRIllo WAY** (City) **PALM BEACH** (State) **FL** (Zip) **33480** Phone **(561) 832-4117**
Residence Type: 1. City  2. County  ☐ 3. Florida  ☐ 4. Out of State

Permanent Address (Street, Apt. Number): **34 E 69 ST.** (City) **N.Y.** (State) **N.Y.** (Zip) **10021** Phone
Address Source

Business Address (Name, Street): **457 MADISON AVE** (City) **NY** (State) **NY** (Zip) **10022** Phone
Occupation: **INVESTOR**

Soc. Sec. Number: [redacted]
INS Number
Place of Birth (City, State): **NEW YORK**
Citizenship: **USA**

**CO-DEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐1. Arrested ☐2. At Large | ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile |
|---|---|---|---|---|---|
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐1. Arrested ☐2. At Large | ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile |

**JUVENILE**

☐ Parent / ☐ Legal Custodian / ☐ Other:   Name (Last) ___ (First) ___ (Middle) ___   Residence Phone

Address (Street, Apt. Number) ___ (City) ___ (State) ___ (Zip) ___   Business Phone

TOT JAC ___   Date ___   Time ___

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.
☐ Yes, by: (Name) ___   ☐ No: (Reason) ___

School Attended ___   Grade ___

Property Crime? ☐ Yes ☐ No   Description of Property ___   Value of Property ___

**CODE**

Drug Activity: N. N/A, P. Possess
S. Sell, B. Buy, T. Traffic
R. Smuggle, D. Deliver, E. Use
K. Dispense/Distribute
M. Manufacture/Produce/Cultivate
Z. Other

Drug Type: N. N/A, A. Amphetamine
B. Barbiturate, C. Cocaine, E. Heroin
H. Hallucinogen, M. Marijuana, O. Opium/Deriv.
P. Paraphernalia/Equipment, S. Synthetic
U. Unknown, Z. Other

**CHARGE**

Charge Description: **SEX ACTS w/MINOR**   Counts **4**   Domestic Violence ☐ Y ☒ N   Statute Violation Number **7,9,4,1,9,5, (1)**   Violation of ORD #
Drug Activity **N** | Drug Type **N** | Amount / Unit ___ | Offense # **05-368** | Warrant / Capias Number ___ | Bond ___

**CHARGE**

Charge Description: **LEWD/LASCIVIOUS Moles**   Counts ___   Domestic Violence ☐ Y ☒ N   Statute Violation Number **80,0,1,0,4, (1S)**   Violation of ORD #
Drug Activity **N** | Drug Type **N** | Amount / Unit ___ | Offense # **05-368** | Warrant / Capias Number ___ | Bond ___

**CHARGE**

Charge Description ___   Counts ___   Domestic Violence ☐ Y ☐ N   Statute Violation Number ___   Violation of ORD #
Drug Activity ___ | Drug Type ___ | Amount / Unit ___ | Offense # ___ | Warrant / Capias Number ___ | Bond ___

**CHARGE**

Charge Description ___   Counts ___   Domestic Violence ☐ Y ☐ N   Statute Violation Number ___   Violation of ORD #
Drug Activity ___ | Drug Type ___ | Amount / Unit ___ | Offense # ___ | Warrant / Capias Number ___ | Bond ___

**NOTICE TO APPEAR**

☐ Instruction No. 1 — Mandatory Appearance in Court
☐ Instruction No. 2 — You need not appear in Court but must comply with instructions on Reverse Side.

Location (Court, Room Number, Address) ___

Court Date and Time: Month ___ Day ___ Year ___ Time ___ A.M. ___ P.M. ___

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent / Custodian) ___   Date Signed ___

**ADMIN**

HOLD for other Agency   Name: ___

Signature of Arresting Officer: X ___
Name Verification (Printed by Arrestee) ___

☐ Dangerous ☐ Resisted Arrest
☐ Suicidal ☐ Other: ___

Name of Arresting Officer (Print): **DET. JOE RECAREY**   I.D. # **1915**   Agency ___
(PRINT) ___

Intake Deputy ___ I.D. # ___ Pouch ___   Transporting Officer ___ I.D. # ___ Agency ___

Witness here if subject signed with an "X". ___

PAGE ___ OF ___



**Ghislaine Maxwell**