# EXHIBIT 14

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3    JANE DOE NO. 2,            Case No: 08-CV-80119
 4         Plaintiff,
 5    Vs
 6    JEFFREY EPSTEIN,
 7         Defendant.
      _____/
 8
      JANE DOE NO. 3,            Case NO: 08-CV-80232
 9
           Plaintiff,
10    Vs
11    JEFFREY EPSTEIN,
12         Defendant.
      _____/
13
      JANE DOE NO. 4,            Case No: 08-CV-80380
14
           Plaintiff,
15
      Vs.
16
      JEFFREY EPSTEIN,
17
           Defendant.
18    _____/
19    JANE DOE NO. 5,            Case No: 08-CV-80381
20         Plaintiff,
21    Vs
22    JEFFREY EPSTEIN,
23         Defendant.
      _____/
24
25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000247**

GIUFFRE000935

Page 2

```
 1   JANE DOE NO. 6,        Case No: 08-CV-80994
 2      Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5      Defendant.
     _____/
 6
     JANE DOE NO. 7,        Case No. 08-CV-80993
 7
        Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11
12   C.M.A.,               Case No: 08-CV-80811
13      Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16      Defendant.
     _____/
17
     JANE DOE,             Case No: 08-CV-80893
18
        Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
        Defendant.
22   _____/
23
24
25
```

Page 3

```
 1   JANE DOE NO. II,       Case No: 08-CV-80469
 2      Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5      Defendant.
     _____/
 6
     JANE DOE NO. 101,      Case No: 09-CV-80591
 7
        Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11   _____/
12   JANE DOE NO. 102,      Case No: 09-CV-80656
13      Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16      Defendant.
     _____/
17
18
19
20            1031 Ives Dairy Road
              Suite 228
21            North Miami, Florida
              July 29, 2009
22            11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
 1              V I D E O T A P E D
 2              D E P O S I T I O N
 3                     of
 4              ALFREDO RODRIGUEZ
 5
 6      taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9                     - - -
10   APPEARANCES:
11
              MERMELSTEIN & HOROWITZ, P.A.
12            BY: STUART MERMELSTEIN, ESQ.
              18205 Biscayne Boulevard
13            Suite 2218
              Miami, Florida 33160
14            Attorney for Jane Doe 2, 3, 4, 5,
              6, and 7.
15
16            ROTHSTEIN ROSENFELDT ADLER
              BY: BRAD J. EDWARDS, ESQ., and
17            CARA HOLMES, ESQ.
              Las Olas City Centre
18            Suite 1650
              401 East Las Olas Boulevard
19            Fort Lauderdale, Florida 33301
              Attorney for Jane Doe and E.W.
20            And L.M.
21
              PODHURST ORSECK
22            BY: KATHERINE W. EZELL
              25 West Flagler Street
23            Suite 800
              Miami, Florida 33130
24            Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
 1
     APPEARANCES:
 2
 3            LEOPOLD-KUVIN
              ADAM J. LANGINO, ESQ.
 4            2925 PGA Boulevard
              Suite 200
 5            Palm Beach Gardens, Florida 33410
              Attorney for B.B.
 6
 7            RICHARD WILLITS, ESQ.
              2290 10th Avenue North
 8            Suite 404
              Lake Worth, Florida 33461
 9            Attorney for C.M.A.
10
              BURMAN, CRITTON, LUTTIER &
11            COLEMAN, LLP
              BY: ROBERT CRITTON, ESQ.
12            515 North Flagler Drive
              Suite 400
13            West Palm Beach, Florida 33401
              Attorney for Jeffrey Epstein.
14
15
16
     ALSO PRESENT:
17
        JOE LANGSAM, VIDEOGRAPHER
18
19
                     - - -
20
21
22
23
24
25
```

2 (Pages 2 to 5)

**NON PARTY (VR) 000248**

GIUFFRE000936

Page 6

```
 1              INDEX OF EXAMINATION
 2
      WITNESS        DIRECT    CROSS
 3
      ALFREDO RODRIGUEZ
 4
      (By Mr. Mermelstein)    12
 5
      (By Mr. Edwards)        157
 6
      (By Mr. Langino)        260
 7
 8
 9
10              INDEX OF EXHIBITS
11    EXHIBITS              PAGE
12    1  Message pad            72
13    2  Documents             115
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1       Deposition taken before MICHELLE PAYNE, Court
 2  Reporter and Notary Public in and for the State of
 3  Florida at Large, in the above cause.
 4                   -  -  -
 5       THE VIDEOGRAPHER:  This is the case of
 6  Jane Doe No. 2, plaintiff, versus Jeffrey
 7  Epstein, defendant.  Jane Doe No. 3,
 8  plaintiff, versus Jeffrey Epstein,
 9  defendant.  Jane Doe No. 4, plaintiff,
10  versus Jeffrey Epstein, defendant.  And Jane
11  Doe No. 5, plaintiff, versus Jeffrey
12  Epstein, defendant.  Jane Doe No. 6,
13  plaintiff, versus Jeffrey Epstein,
14  defendant.  Jane Doe No. 7, plaintiff,
15  versus Jeffrey Epstein, defendant.  CMA,
16  plaintiff, versus Jeffrey Epstein,
17  defendant.  And Jane Doe, plaintiff, versus
18  Jeffrey Epstein, et al, defendant.  And Jane
19  Doe -- is there a shorter thing that we can
20  do here?  It's also missing this one right
21  here.
22       MR. MERMELSTEIN:  Do we have a problem
23  with saying Jane Doe 2 and the Epstein and
24  related cases?
25       THE VIDEOGRAPHER:  I'm missing this Jane
```

Page 8

```
 1  Doe right here on the copy you gave me.  I'm
 2  missing which Jane Doe this is.
 3       They're all different case numbers.  Do
 4  you want me to go through each case number?
 5       MR. CRITTON:  I'm going to note my
 6  objection.  Obviously if this deposition
 7  gets played -- not obviously, I'm going to
 8  object to the litany of each one so I don't
 9  know how we can separate it out.  Maybe if
10  and when at the time of trial and depending
11  on how the Court determines what comes in
12  and what doesn't with regard to the
13  consolidated aspects of this.  I have no
14  great idea other than just saying Jane Doe
15  versus Epstein, et al, or something like
16  that, or Jane Doe, et al.
17       MS. EZELL:  Couldn't we just say and
18  those cases that have been consolidated
19  with it for Discovery purposes?
20       MR. EDWARDS:  Although there is cases
21  here that have cross noticed this from state
22  court that haven't been consolidated so that
23  may not work.  You may have to read them
24  all, if it works out your way that will just
25  get edited out, at least he will have read
```

Page 9

```
 1  that caption, every caption.  Right?  Is
 2  there a better suggestion?
 3       MR. CRITTON:  No.  There may be a better
 4  suggestion if he starts this is such and
 5  such day, it's the deposition of Mr.
 6  Rodriguez in the case such and such, and we
 7  can almost fill it in depending on which
 8  tape it goes, how it fills in, at least
 9  we'll have the context of the first and
10  depending on whether the Judge reads it in
11  from a consolidated or they all come
12  related, I have no great idea.
13       MR. EDWARDS:  I was thinking if he read
14  every one of them and it was the seventh in
15  line then you just would edit it so you
16  would only read that one.
17       MR. CRITTON:  I'm okay with that too.
18       THE VIDEOGRAPHER:  On page number three
19  there is something missing on the top here.
20       Do you want me to read each case number
21  separately?
22       MR. MERMELSTEIN:  I don't think it's
23  necessary.
24       MR. EDWARDS:  I don't think it's
25  necessary either.
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000249

GIUFFRE000937

**Page 26**

1  with a copy.
2      Q.  Were you the only one who was allowed to
3  answer the phone?
4      A.  Yes.
5      Q.  I'm sorry, what would you do --
6      A.  I would leave it on the counter next to
7  the kitchen so when I find that piece all crumbled
8  I knew that Mr. Epstein saw the message, so we
9  communicated like that.
10     Q.  Now, you mentioned Mr. Epstein would give
11 you instructions during the course of the day.
12     A.  Through his assistant.
13     Q.  And his assistant was whom?
14     A.  Sarah Kellen.
15     Q.  But you didn't view her as your
16 supervisor?
17     A.  She take orders from Mrs. Maxwell but she
18 will tell me, Alfredo, we need to buy this, we
19 need to do this, and so and so was coming.  I
20 couldn't talk directly to Mr. Epstein.
21     Q.  Okay.  So any communications from Mr.
22 Epstein always came through Ms. Kellen?
23     A.  Or from the office in New York.  Lesley,
24 his secretary, or somebody else, the comptroller,
25 the architect, any lawyer.

**Page 27**

1      Q.  Lawyer, what kind of instructions would
2  you get from lawyers?
3      A.  We used to have a lot of time, for
4  instance, the dock construction, you need to have
5  a lot of permits in Palm Beach so they were there
6  for that reason.
7      Q.  Okay.  Now, so you would interact with
8  the staff from New York and that would include I
9  think you said Lesley?
10     A.  Lesley, Bella.
11     Q.  What was Lesley's position?
12     A.  Lesley is the secretary, secretary to Mr.
13 Epstein.
14     Q.  Okay.  Is that Lesley Groff?
15     A.  I believe it was, I don't remember the
16 last name.
17     Q.  Bella, who was Bella?
18     A.  Bella was the assistant comptroller.
19     Q.  Anyone else that you dealt with in New
20 York?
21     A.  Doug Shadow was the architect and he used
22 to come to the house in a regular basis because we
23 used to have a lot of projects going on.
24     Q.  Okay.  Would you get advance notice when
25 Mr. Epstein was going to arrive in Palm Beach?

**Page 28**

1      A.  Yes.  Sometimes very short notice but,
2  yes, I was.
3      Q.  So that varied?
4      A.  Yes.
5      Q.  Who would give you that notice?
6      A.  Mrs. Maxwell or Sarah or Larry, the
7  pilot.
8      Q.  And then you would drive to pick them up
9  at the airport?
10     A.  Yes.
11     Q.  And who traveled with him?
12     A.  The three pilots and some guests.
13     Q.  What do you mean by guests?
14     A.  He will have some friends from Harvard,
15 he will have -- well, very important people that,
16 you know, friends, acquaintances from New York or
17 Europe because I was just told the number of
18 people was coming on the plane.
19     Q.  Were there people who were employed by
20 him who came regularly?
21     A.  Yes.
22     Q.  And who would they be?
23     A.  Like I said, they were the pilots, Larry
24 Bisosky, George, and I don't remember the flight
25 engineer, and he will have two girlfriends.

**Page 29**

1      Q.  The pilot would have two girlfriends?
2      A.  Mr. Epstein.  This is all people coming
3  in the plane together.
4      Q.  Right.  What do you mean by girlfriends?
5      A.  Friends, you know, that he was always
6  having friends that he will befriend in New York,
7  I don't know, or some other places.
8          But I was just told -- my concern was how
9  many people I have to feed, how many cars do I
10 need to transport these people from the airport to
11 the house, and to arrange accommodations in the
12 house.
13     Q.  What about Sarah Kellen, did she travel
14 with him?
15     A.  Yes.
16     Q.  So she was on the plane?
17     A.  Yes.
18         MR. CRITTON:  Form.
19 BY MR. MERMELSTEIN:
20     Q.  And Ms. Maxwell?
21         MR. CRITTON:  Form.
22         THE WITNESS:  No, she will have different
23 plane.
24 BY MR. MERMELSTEIN:
25     Q.  Okay.

8 (Pages 26 to 29)

**NON PARTY (VR) 000254**

GIUFFRE000942

Page 70

1  in cash as opposed to check?
2      MR. CRITTON:  Form.
3      THE WITNESS:  I was told to pay them
4  cash, sir.
5  BY MR. MERMELSTEIN:
6      Q.  Simply you were told and didn't ask why?
7      A.  No.
8      Q.  Do you recall telling the detective who
9  interviewed you for the police that you thought of
10 yourself as a human ATM machine?
11     MR. CRITTON:  Form.
12     THE WITNESS:  Yes.
13 BY MR. CRITTON:  Form.
14     Q.  You recall saying that?
15     MR. CRITTON:  Form.
16     THE WITNESS:  Because I always had cash
17 in my pocket.
18 BY MR. MERMELSTEIN:
19     Q.  And why was there always cash in your
20 pocket?
21     A.  That was part of my job to have, you
22 know, for emergencies or paying somebody cash.
23     Q.  Okay.  What kind of emergencies?
24     A.  It's hard to say.  I was supposed to put
25 cash on each Mercedes Benz on each ashtray.  The

Page 71

1  idea behind this is you get stranded nobody accept
2  credit card or check you have cash.
3      Q.  How much did you leave in the ashtray?
4      A.  300.
5      Q.  And did you ever have to replenish that
6  money?
7      A.  Yes.
8      Q.  Because the Mercedes was stranded?
9      A.  No, because when Mr. Epstein will leave I
10 have to collect that money because I will send the
11 cars to the car wash so to avoid that money being
12 stolen we used to keep track, you know, when to
13 retrieve that money and then when he's coming put
14 it back there again.
15     Q.  So you use cash for that purpose and you
16 also use cash to pay the masseuses.  Correct?
17     A.  Yes.
18     Q.  Did you use cash for any other purpose?
19     A.  Car wash for the guy who used to came to
20 the house and wash all the cars.  Tipping
21 sometimes for getting a good spot in the
22 restaurant you have to have cash, something like
23 that.
24     Q.  Okay.  Would you drive Mr. Epstein to a
25 restaurant?

Page 72

1      A.  Not him.  I will drive anybody else but
2  he would rather eat at home.
3      Q.  So you would drive house guests to
4  restaurants?
5      A.  Yes.
6      Q.  And when you did that you would -- didn't
7  you stay with the car or did you eat with them?
8      A.  No, I will stay with the car.
9      Q.  So who did you tip?
10     A.  If you want to park in front of the
11 restaurant you got to tip the valet otherwise
12 you're taking one of the spots.
13     Sometimes I used to take -- I'm sorry.
14 Aviation, you know, you need to go to aviation and
15 help those guys move your cars around, you need --
16 they carry luggage, so I used to tip those too.
17     Q.  That would be when you picked up or
18 dropped off Mr. Epstein.  Correct?
19     A.  Yes.
20     MR. MERMELSTEIN:  We'll mark this as an
21 exhibit, composite exhibit.
22     (Composite Exhibit 1 was marked for
23 Identification.)
24     MR. CRITTON:  Just out of curiosity, on
25 depositions are we going to use instead of

Page 73

1  doing plaintiff and defendant designations
2  do you just want to run them one, two,
3  three, four?
4      MR. MERMELSTEIN:  That's fine with me as
5  long as we remember where we left off.
6      MR. CRITTON:  Well, are we going to do it
7  consecutive with all of the depositions?
8  I'm okay with that if someone can keep track
9  of that.
10     MR. EDWARDS:  I've had that go wrong
11 before, especially when we have some parties
12 who aren't here, such as Mr. Garcia, he's
13 going to join depositions, we have to start
14 at 27 or whatever.
15     MR. CRITTON:  For each deposition one
16 through whatever without necessarily giving
17 them a plaintiff or defendant.
18 BY MR. MERMELSTEIN:
19     Q.  Mr. Rodriguez, I've marked as Exhibit 1 a
20 composite document which includes four per page of
21 what appear to be message slips.
22     First of all let me ask you, let me
23 direct your attention to the first page of this
24 exhibit.  And the upper left message has initials
25 at the bottom.  Is that correct?

19 (Pages 70 to 73)

NON PARTY (VR) 000265

GIUFFRE000953

Page 74

```
1      A.   Yes.
2      Q.   Are those your initials?
3      A.   Yes.
4      Q.   And was it the household policy to
5   initial messages when they were taken?
6      A.   Yes.
7      Q.   Okay.  You were instructed to do that?
8      A.   Yes.
9      Q.   Who instructed you to do that?
10     A.   Ms. Maxwell.  There was a manual, sir, in
11  the house, we had to follow the instructions of
12  the manual.
13     Q.   There was -- okay.
14     A.   Estate manager, household manager for all
15  the houses, so I will abide to that, you know, so
16  I take message with my initial, the time, who
17  called.
18     Q.   So there were all sorts of policies and
19  procedures in this manual?
20     A.   Yes.
21     Q.   Who wrote it?
22     A.   It was the estate manager for all the
23  properties and so I was --
24     Q.   Who was the estate manager for all the
25  properties?
```

Page 75

```
1      A.   I never met him, sir, he was fired before
2   I came along.
3      Q.   But you don't remember his name?
4      A.   No, sir.
5      Q.   And you remember one of the things that
6   said in this manual was that every message has to
7   be signed?
8      A.   Yes.
9      Q.   I'm not necessarily going to go through
10  every single message.  Let me go back to the one
11  on the upper left on the first page.  It's from
12  Jean-Luc.  Is that correct?
13     A.   Yes, sir.
14     Q.   Who is Jean-Luc?
15     A.   He had modeling agency.
16     Q.   How do you know that?
17     A.   He gave me his card, sir.
18     Q.   Was he a frequent guest at the house?
19     A.   Yes, sir.
20     Q.   Did he stay over?
21     A.   Sometimes he will stay, sometimes I will
22  drive him to Miami.
23     Q.   Do you recall his last name?
24     A.   No, sir.
25     Q.   And so you had a conversation with him
```

Page 76

```
1   and he told you he owned a modeling agency?
2      A.   Yes, sir.
3      Q.   Anything else he told you?
4      A.   He spoke, you know, five, six languages,
5   always speaking Spanish, Italian.
6      Q.   Did the girls who were -- you know, who
7   travelled with Mr. Epstein, were they from his
8   agency?
9          MR. CRITTON:  Form.
10         THE WITNESS:  I don't know, sir.
11  BY MR. MERMELSTEIN:
12     Q.   You didn't discuss that?
13     A.   No.
14     Q.   Let's look at the message next to it.
15         MR. CRITTON:  Still on page one?
16         MR. MERMELSTEIN:  Still on page one.
17  BY MR. MERMELSTEIN:
18     Q.   It appears the one under it is to the
19  same person.  Is that correct?  Who is that?
20     A.   Alicia.
21     Q.   Who is Alicia?
22     A.   I don't know, sir.  Please tell Jeffrey
23  that I called so I just wrote the name.
24     Q.   Now, some of these messages if you look
25  through appears to be a different handwriting and
```

Page 77

```
1   there is no signature on the bottom.
2      A.   That's not mine, I don't know who's that
3   is, sir.
4      Q.   I thought you said earlier you were the
5   one who was responsible for taking messages.
6      A.   Exactly, yes, I was, sir.
7      Q.   But there were other people who took
8   messages as well?
9      A.   Maybe this is after or before my time,
10  sir.
11     Q.   Okay.  Because there is no date on it.
12     A.   I used to put my dates and I know I used
13  to do that all the time, but you know.
14     Q.   These style of message pads.  It was a
15  pad.  Correct?
16     A.   Yes.
17     Q.   And this is the old fashion message pad
18  that it's like duplicate?
19     A.   Exactly, the original stays with the
20  spiral.
21     Q.   Okay.  So there was a spiral notebook?
22     A.   Exactly.
23     Q.   And you would write the message on the
24  top copy and then you would take that out and put
25  it on the counter in the kitchen?
```

20 (Pages 74 to 77)

**NON PARTY (VR) 000266**

GIUFFRE000954

**Page 150**

1  Q.  You had a laptop?
2  A.  No, it was desktop.
3  Q.  Okay.  So you had your own desktop in the
4  staff house?
5  A.  Yeah.  Exactly.
6  Q.  And you don't know what was -- what was
7  the files in that computer versus on the other
8  computers?
9  A.  No, sir.
10  Q.  Did you ever see any pornography on any
11  of the computers?
12  A.  No, sir.
13  Q.  Are you sure about that?
14  A.  Pornography as in sexual acts, no.
15  Q.  Pornography as in naked people, men or
16  women.
17  A.  Yeah, there were some.
18  Q.  Okay.  And describe to me what that was.
19  A.  They were like models.
20  Q.  And where were those in the computer?  I
21  mean, how did you access that?
22  A.  They were in the files and some of it
23  in -- you mean which file they were, what was your
24  question?
25  Q.  Where were they in the computer?  There

**Page 151**

1  were downloaded files on computer?
2  A.  They were downloaded, yes.
3  MR. CRITTON:  Form.
4  BY MR. MERMELSTEIN:
5  Q.  Okay.  There were photographs of naked
6  women?
7  A.  Models.
8  Q.  And why do you say models?
9  A.  Because it was like a catalog so you have
10  models, you know.
11  Q.  And what was your understanding as a
12  source of these photos?
13  A.  I don't know, sir.  It was just a
14  curiosity on myself and it was -- it was none of
15  my business but, you know, I just happen to see
16  them there.
17  Q.  Did these girls appear very young to you?
18  MR. CRITTON:  Form.
19  THE WITNESS:  No, sir.  They were young
20  but not underage.
21  BY MR. MERMELSTEIN:
22  Q.  Is there anything in particular that
23  makes you draw that conclusion?
24  A.  Because they are developed, you know.
25  It's hard to say, sir, you know.

**Page 152**

1  Q.  The girls who came to the house for
2  massages, did you ever call a cab to bring any of
3  the girls home?
4  A.  Probably on a few occasions.
5  Q.  So is it your understanding that they
6  would have arrived by cab as well?
7  MR. CRITTON:  Form.
8  THE WITNESS:  Yes.
9  BY MR. MERMELSTEIN:
10  Q.  And how would that come about, were you
11  given instructions to call a cab by anyone?
12  A.  No, I would call the cab, the taxi.
13  Q.  How did you know a cab needed to be
14  called?
15  A.  Because Sarah would tell me can you get
16  me a taxi.
17  Q.  So when the girl was finished what she
18  was doing Sarah would come to you and say --
19  A.  She would call me.
20  MR. CRITTON:  Form.
21  BY MR. MERMELSTEIN:
22  Q.  She would call you?
23  A.  Yes.
24  Q.  Okay.  You would be in the guest house at
25  the time?

**Page 153**

1  A.  Yes.
2  Q.  Do you recall having to do that often?
3  A.  No, not very often, sir.
4  Q.  Did Mr. Epstein keep photograph equipment
5  in the house?
6  A.  I don't remember seeing it.
7  Q.  Do you recall seeing any video equipment?
8  A.  No, sir.
9  Q.  Do you recall any video or photograph
10  equipment in the master bedroom?
11  A.  No, sir.
12  Q.  The models that you saw on the computer,
13  did you recognize any of them as having been at
14  the house?
15  A.  No.
16  Q.  The girls who stayed at the house, did
17  any of them speak with a foreign accent?
18  A.  Yes.
19  Q.  Many of them?
20  MR. CRITTON:  Form.
21  THE WITNESS:  Some of them.
22  BY MR. MERMELSTEIN:
23  Q.  Would any of them not speak any English?
24  A.  No.
25  Q.  They all spoke English?

39 (Pages 150 to 153)

**NON PARTY (VR) 000285**

GIUFFRE000974

Page 166

1 written down anywhere?
2   A.  No.
3   Q.  It's my understanding that C. and T.
4 either came to his house alone to visit with Mr.
5 Epstein or brought other girls in their age group
6 to Mr. Epstein.
7       Were you familiar with that type of
8 recruitment process of girls bringing other girls?
9       MR. CRITTON:  Form.
10      THE WITNESS:  Yes.
11 BY MR. EDWARDS:
12   Q.  Can you tell me more about what you know
13 about girls bringing other girls that are
14 relatively the same age to come to Jeffrey
15 Epstein's house and to use your words, have a good
16 time?
17      MR. CRITTON:  Form.
18      THE WITNESS:  It's hard to know who they
19      knew.  But I think that was -- they feel
20      better themselves when they're in a group
21      than going by themselves, but I don't know
22      somebody recruiting.
23 BY MR. EDWARDS:
24   Q.  Okay.  And you've talked about, at least
25 referred to yourself I believe to the police and

Page 167

1 as well today as a human ATM machine.  Right?
2       MR. CRITTON:  Form.
3       THE WITNESS:  Something like that.  I was
4       supposed to carry cash at all times.
5 BY MR. EDWARDS:
6   Q.  One of the primary reasons why you
7 carried cash as to pay the girls in this age
8 group of C. and T. for whatever happened at the
9 house.  Right?
10      MR. CRITTON:  Form.
11      THE WITNESS:  Yes.
12 BY MR. EDWARDS:
13   Q.  That's a fair statement.  Right?
14      MR. CRITTON:  Form.
15      THE WITNESS:  Yes.
16 BY MR. EDWARDS:
17   Q.  Okay.  And when C., let's use her for
18 example, would bring somebody else to the house,
19 did you pay C. as well as whomever she brought to
20 the house, pay them both?
21   A.  No, I pay only one person.
22   Q.  Okay.  My understanding, and tell me if
23 this is wrong or you can corroborate this, is that
24 Mr. Epstein would pay the girl that was actually
25 performing whatever was happening in the room --

Page 168

1 for now we'll call it a massage -- as well as
2 anybody who brought that person over to the house,
3 they would both get paid cash.  Are you familiar
4 with that?
5       MR. CRITTON:  Form.
6       THE WITNESS:  No.
7 BY MR. EDWARDS:
8   Q.  If C. brought another girl over to the
9 house and C. stayed downstairs but this other girl
10 went upstairs with Mr. Epstein, which one would
11 you pay?
12   A.  I don't know because I was told who to
13 pay.
14   Q.  And Sarah Kellen always told you?
15   A.  Sarah told me pay so and so.
16   Q.  So if we were going to ask anybody else
17 about the exact method in terms of who would get
18 paid and for what, who would the people be?  I
19 mean, other than Mr. Epstein who else could we ask
20 these questions?
21   A.  Sarah.
22   Q.  Sarah Kellen?
23   A.  Yes.
24   Q.  She would know this?
25   A.  Yes.

Page 169

1   Q.  What about Ghislaine Maxwell?
2       MR. CRITTON:  Form.
3       THE WITNESS:  You're talking about the
4       boss.  I don't know.
5 BY MR. EDWARDS:
6   Q.  To your knowledge was Ghislaine Maxwell
7 aware of these girls that are in the age group of
8 C. and T. coming to Jeffrey Epstein's house to
9 have a good time?
10      MR. CRITTON:  Form.
11      THE WITNESS:  I have to say something.
12      Mrs. Maxwell called me and told me not to
13      ever discuss or contact her again in a
14      threaten way.
15 BY MR. EDWARDS:
16   Q.  When was this?
17   A.  Right after I left because I call one of
18 the friends for a job and she told me this, but,
19 you know, I feel intimidated and so I want to keep
20 her out.
21   Q.  What exactly did she say?  First of all,
22 was this a telephone call?
23   A.  Yes, she was in New York.
24   Q.  She called you on your cell phone?
25   A.  Yes.

43 (Pages 166 to 169)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000289

GIUFFRE000978

Page 238

1  Cab Company?
2  A.  West Palm Beach Taxi.  No, it's not
3  Yellow.  Could be Yellow, but I don't know.
4  Q.  Would Mr. Epstein have the names or the
5  list?
6  A.  Probably.
7  MR. CRITTON:  Form.
8  BY MR. EDWARDS:
9  Q.  Anybody else?
10  A.  Sarah.
11  Q.  Sarah would have?
12  A.  Yes.
13  Q.  In addition to Mr. Epstein obviously
14  knowing who's coming to and from the house, would
15  Sarah also be familiar with the names of the girls
16  and who they were?
17  A.  Yes.
18  Q.  In addition to Sarah and Mr. Epstein
19  would Ghislaine Maxwell be familiar with the names
20  of some of these girls?
21  MR. CRITTON:  Form.
22  THE WITNESS:  Yes.
23  BY MR. EDWARDS:
24  Q.  Are these names kept in a database in a
25  computer system?

Page 239

1  A.  Could be.
2  MR. CRITTON:  I'm sorry, did you say
3  could be?
4  THE WITNESS:  Yeah.
5  MR. CRITTON:  Move to strike as
6  speculation.
7  BY MR. EDWARDS:
8  Q.  When you say could be, why do you say
9  that?
10  A.  Because there were too many and they were
11  very organized and there is nothing you write on a
12  piece of paper.
13  Q.  When you say they were very organized,
14  are we talking --
15  A.  Mr. Epstein and Sarah.
16  Q.  Anybody else beside Mr. Epstein and
17  Sarah, I guess beside Sarah that would do the
18  scheduling to coordinate the times these girls
19  would come to the house?
20  A.  I'm sorry, anybody else you say?
21  Q.  Right, aside from Sarah.
22  A.  No, no.
23  Q.  And do you know what role, if any, Nadia
24  Marcenacova ever played in any of what would go on
25  behind the bedroom door with Mr. Epstein?

Page 240

1  A.  Nadia was the number one girlfriend for
2  Mr. Epstein.  Very sweet girl, and she was always
3  -- she would come over to the house but different
4  girls with her all the time.
5  Q.  Okay.  But Nadia, that's somebody who
6  lives in New York?
7  A.  Nadia, I believe, yes, her address is in
8  New York.
9  Q.  So how often would she stay at 358 El
10  Brillo?
11  A.  Very often.
12  Q.  Usually every time when Mr. Epstein was
13  there?
14  A.  Yes.
15  Q.  And she would for the most time fly on
16  the plane with Mr. Epstein?
17  A.  Yes.
18  Q.  And it would be her and Mr. Epstein and
19  oftentimes some other girls?
20  A.  Exactly.
21  Q.  Where some points I think earlier when
22  Mr. Mermelstein was asking you questions where
23  there was some confusion was we're talking about
24  two different sets of girls, the girls that would
25  come over and be labelled masseuses from the Palm

Page 241

1  Beach area, and the girls that would fly on the
2  plane with Mr. Epstein and Ms. Marcenacova.
3  So, what I'm asking you is what, if any,
4  involvement did Nadia Marcenacova have with the
5  girls that would arrive and be labeled as
6  masseuses behind closed doors with Mr. Epstein?
7  MR. CRITTON:  Form.
8  THE WITNESS:  He was the second -- the
9  first role was Sarah and she was always --
10  Nadia is a very shy person so she will be in
11  the background.
12  BY MR. EDWARDS:
13  Q.  Did you ever know of Nadia Marcenacova to
14  engage in -- to be in the room with Mr. Epstein
15  while any of these young girls were up there?
16  MR. CRITTON:  Form.
17  THE WITNESS:  Yeah.
18  BY MR. EPSTEIN:
19  Q.  How often do you remember Nadia and Mr.
20  Epstein being in the room with any of these young
21  girls?
22  A.  I would say most of the time.
23  Q.  Nadia would go up there too?
24  A.  Yeah.
25  Q.  Did you ever believe that Nadia was

61 (Pages 238 to 241)

NON PARTY (VR) 000307

GIUFFRE000996