# EXHIBIT 14

|  | Page 250 |  | Page 252 |
|---|---|---|---|
| 1 | Q. Would you know the name if I said it? | 1 | A. We discuss -- he asked me a lot of |
| 2 | A. Yeah. | 2 | questions, obviously he didn't know a lot of |
| 3 | Q. Bill Riley? | 3 | things about the case, and I told him who I was, |
| 4 | A. Yes. | 4 | what I did in the house. |
| 5 | Q. Okay. Have you ever spoken with an | 5 | Q. He told you he didn't know a lot about |
| 6 | investigator Paul Lavery? | 6 | the case? |
| 7 | A. Could be, I'm not sure. | 7 | A. No, no, no. He asked me questions about |
| 8 | Q. Okay. So Bill Riley came by your house | 8 | so I got the feeling that Mr. Critton didn't know |
| 9 | personally? | 9 | as much as other lawyers. |
| 10 | A. Yes. | 10 | Q. Okay. Did you tell him what you told us |
| 11 | Q. And how long did you meet with him? | 11 | here today? |
| 12 | A. Five minutes. He gave me his card, he | 12 | A. No. He asked me tell the truth, you |
| 13 | gave me Mr. Critton telephone number, he said | 13 | know, just go over there, you know, he advise me |
| 14 | don't talk to Mr. Goldberger. | 14 | like you're on your own, Alfredo, just tell the |
| 15 | Q. Did he tell you why you should call Mr. | 15 | truth, you know. He didn't give me any advice. |
| 16 | Critton? | 16 | He paid for my gas. Thank you very much. |
| 17 | A. No. I assume that he was not on the case | 17 | And that's it, you know. |
| 18 | anymore, but I didn't ask questions but -- | 18 | The main thing I wanted to have a lawyer |
| 19 | Q. You assumed that who wasn't on the case | 19 | on my side but then I keep going to the first |
| 20 | anymore? | 20 | instance when my wife told me you don't need a |
| 21 | A. Mr. Goldberger, Jack Goldberger. | 21 | lawyer, and I'm here today to say that, I'm here, |
| 22 | Q. Okay. But what I'm asking you, I guess, | 22 | I'm speaking the truth. |
| 23 | is did this investigator, Mr. Riley, tell you why | 23 | Q. Okay. You mentioned there were five or |
| 24 | it was important for you to call any attorney | 24 | six computers in the house? |
| 25 | that's associated with Mr. Epstein, why was that | 25 | A. Yes. |

|  | Page 251 |  | Page 253 |
|---|---|---|---|
| 1 | important? | 1 | Q. And do you know what happened to the |
| 2 | A. He didn't say that. He didn't say that. | 2 | computers? |
| 3 | He just said that get in touch and that's it. | 3 | A. No. |
| 4 | Because I said what am I going to do, because I | 4 | Q. You don't know where they are? |
| 5 | said I thought this was -- you know, but I didn't | 5 | A. (Shakes head.) |
| 6 | know I was going to be subpoena. And like I said | 6 | Q. Nobody has told you? |
| 7 | in the beginning of this deposition, I don't have | 7 | A. No. |
| 8 | an attorney so I don't have money, first of all, | 8 | Q. You also mentioned there were photographs |
| 9 | to pay for an attorney. First of all, I don't | 9 | in the house? |
| 10 | think I'm in trouble, but every time you hear high | 10 | A. In the computers in the files. |
| 11 | powered lawyers you feel intimidated so I said, | 11 | Q. Okay. But there were also still |
| 12 | listen, what am I going to do, and that was my | 12 | photographs around the house? |
| 13 | basic question. | 13 | A. Oh yes, yes. |
| 14 | Q. Okay. So then you spoke with somebody at | 14 | Q. Some of the girls have made the |
| 15 | Mr. Critton's office and arranged to meet with him | 15 | allegation that there were photographs of them |
| 16 | personally? | 16 | nude in the house. Do you remember seeing that? |
| 17 | A. Yes. I called his secretary and we sit | 17 | A. In the closet, yeah, in a mosaic. It was |
| 18 | down with his assistant, the three of us. | 18 | one frame with probably 15 pictures, small |
| 19 | Q. So it was Mr. Critton, yourself, and | 19 | pictures. |
| 20 | somebody else? | 20 | MR. CRITTON: Repeat the question back. |
| 21 | A. Yes. | 21 | BY MR. EDWARDS: |
| 22 | Q. And you sat down for another two hour | 22 | Q. Okay. Some of the girls that have |
| 23 | period of time? | 23 | lawsuits against Mr. Epstein with allegations |
| 24 | A. Yes. | 24 | similar to the allegations that C. and T. have |
| 25 | Q. And what did you go over in that meeting? | 25 | made, which is that they were underage when Mr. |

64 (Pages 250 to 253)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000310**

GIUFFRE000999

```
                                                Page 254
 1   Epstein was engaging in sex or sex acts with them,
 2   also say that they have seen pictures of
 3   themselves in frames in Mr. Epstein's house naked.
 4      A.  In his closet.
 5      Q.  Other than the picture -- and these are
 6   girls who are making the allegation that they were
 7   underage and there were pictures of them nude in
 8   his house.
 9      A.  I didn't see pictures of C. there.
10      Q.  I'm not talking about C.  I'm saying
11   other girls that were underage or have made
12   allegations that they have seen pictures of
13   themselves in Mr. Epstein's house.
14          MR. CRITTON:  Form.
15   BY MR. EDWARDS:
16      Q.  Where would those photos have been, or
17   did you see them?
18      A.  Yes, I see them inside his closet.
19      Q.  It's one mosaic?
20      A.  Yes, one mosaic.
21      Q.  Other than there did you see any of these
22   pictures of young girls nude anywhere else in the
23   house?
24          MR. CRITTON:  Form.
25          THE WITNESS:  Nude with an art, yes, but
```

```
                                                Page 255
 1       not pornography.  You know, I saw them, they
 2       were all over the place.  For instance, in
 3       the back only showing part of the rear, you
 4       know.
 5   BY MR. EDWARDS:
 6       Q.  But the photographs that I'm concerned
 7   with --
 8       A.  Not frontal pictures.
 9       Q.  The photographs I'm concerned with are
10   photographs of these West Palm Beach girls that
11   were labeled as masseuses that are being displayed
12   around the house anywhere in some state of
13   undress.
14          MR. CRITTON:  Form.
15          THE WITNESS:  No, I don't remember that.
16   BY MR. EDWARDS:
17       Q.  Okay.  The only girls that -- the only
18   photograph that you remember of young girls nude
19   was in a mosaic that is in his closet?
20       A.  Yes.
21       Q.  Nothing that you remember that was on
22   display?
23       A.  Downstairs, yes, but they were not these
24   girls, they were somebody else.
25       Q.  Okay.  Do you know who was -- who were in
```

```
                                                Page 256
 1   those photos?
 2       A.  One was a Columbian lady and one was --
 3   one from Spain, beautiful girls, that, you know,
 4   but they were not -- not the ones the girls we're
 5   talking about here.
 6       Q.  Okay.  When you were hired were you hired
 7   by Mr. Epstein or were you hired by one of his
 8   companies?
 9       A.  Mrs. Maxwell.
10       Q.  So it was -- was it a company owned by
11   Mrs. Maxwell?
12       A.  Not directly.  My paycheck was Jeffrey
13   Epstein.  I mean, I was hired by Mr. Epstein
14   but --
15       Q.  Okay.  I just understood you to say you
16   were hired by Mrs. Maxwell.
17       A.  Exactly, she told me you're hired but
18   you're going to get paid by Mr. Epstein.
19       Q.  And he wrote you personal checks?
20       A.  No.  The checks that came from New York,
21   Jeffrey Epstein Companies.
22       Q.  It was out of his company?
23       A.  Yes.
24       Q.  Which company; do you know?
25       A.  456 Madison Avenue.  It's next to the New
```

```
                                                Page 257
 1   York Palace now.
 2       Q.  The name of the company is 456 Madison
 3   Avenue?
 4       A.  No, no, it's -- I got it on the tip of my
 5   tongue.  Something like Caribbean or island
 6   something investments, something like that.
 7           If you call Lesley, her secretary, she
 8   will tell you exactly.  Because they answer the
 9   phone like that, you know.
10       Q.  What's Lesley's number?
11       A.  Lesley, I don't have it.  I can find out
12   for you.
13       Q.  Do you think you could get Lesley's
14   number for us?
15       A.  Yes.  It's in Manhattan.
16       Q.  Does she work for this company in
17   Manhattan?
18           MR. CRITTON:  Form.
19           THE WITNESS:  Manhattan, yes.
20   BY MR. EDWARDS:
21       Q.  If the check was issued did Jeffrey
22   Epstein actually sign it himself?
23       A.  No, it came through the comptroller.
24       Q.  Who was the comptroller?
25       A.  Bella was the assistant comptroller and
```

65 (Pages 254 to 257)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000311**

GIUFFRE001000

Page 266

BY MR. LANGINO:
Q. Are you currently in fear of Mr. Epstein?
A. Not at this particular moment but it's something I have to be worry about, yes.
Q. Are you personally afraid of criminal prosecution?
A. No.
Q. Do you believe that you did anything illegal?
A. Illegal, no.
MR. LANGINO: I have no further questions. Thank you.
MR. CRITTON: We're going to break in about 15 minutes. Do you want to start and go for 15 minutes or do you want to -- it's up to you.
MS. EZELL: I'll start.
MR. WILLITS: When are we going to quit, folks?
MR. CRITTON: In 15 minutes.
THE VIDEOGRAPHER: Might as well change tapes.
MR. EDWARDS: Bob has to get back so we've agreed we're going to come back some other time.

Page 267

MR. WILLITS: Why don't we just stop now?
MS. EZELL: Okay.
MR. EDWARDS: Rather than you start.
MS. EZELL: Yeah, I won't get very far.
MR. EDWARDS: Sorry to do this with you, we didn't finish.
MR. CRITTON: So we're stopped?
MR. EDWARDS: We're stopped.
THE VIDEOGRAPHER: Off the record.
(Thereupon, the videotaped deposition was adjourned at 5:30 p.m.)
- - -

Page 268

THE STATE OF FLORIDA, )
COUNTY OF DADE. )

I, the undersigned authority, certify that ALFREDO RODRIGUEZ personally appeared before me on the 29th day of July, 2009 and was duly sworn.

WITNESS my hand and official seal this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter
Notary Public - State of Florida

Page 269

CERTIFICATE

The State Of Florida, )
County Of Dade. )

I, MICHELLE PAYNE, Court Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the videotaped deposition of ALFREDO RODRIGUEZ; that a review of the transcript was requested; and that the foregoing pages, numbered from 1 to 269, inclusive, are a true and correct transcription of my stenographic notes of said deposition.
I further certify that said videotaped deposition was taken at the time and place hereinabove set forth and that the taking of said videotaped deposition was commenced and completed as hereinabove set out.
I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.
The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.
DATED this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000314

GIUFFRE001003

Page 270

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3    JANE DOE NO. 2,           CASE NO: 08-CV-80119
 4       Plaintiff,
 5    Vs.
 6    JEFFREY EPSTEIN,
 7       Defendant.
                              /
 8
      JANE DOE NO. 3,           CASE NO: 08-CV-80232
 9
         Plaintiff,
10
      Vs.
11
      JEFFREY EPSTEIN,
12
         Defendant.
13                            /
14    JANE DOE NO. 4,           CASE NO: 08-CV-80380
15       Plaintiff,
16    Vs.
17    JEFFREY EPSTEIN,
18       Defendant.
                              /
19
      JANE DOE NO. 5,           CASE NO: 08-CV-80381
20
         Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
         Defendant.
24                            /
25
```

**CONDENSED**

Page 271

| | |
|---|---|
| 1 | JANE DOE NO. 6, CASE NO: 08-CV-80994 |
| 2 | Plaintiff, |
| 3 | Vs. |
| 4 | JEFFREY EPSTEIN, |
| 5 | Defendant. |
| 6 | |
| 7 | JANE DOE NO. 7, CASE NO: 08-CV-80993 |
| 8 | Plaintiff, |
| 9 | Vs. |
| 10 | JEFFREY EPSTEIN, |
| 11 | Defendant. |
| 12 | C.M.A., CASE NO: 08-CV-80811 |
| 13 | Plaintiff, |
| 14 | Vs. |
| 15 | JEFFREY EPSTEIN, |
| 16 | Defendant. |
| 17 | JANE DOE, CASE NO: 08-CV-80893 |
| 18 | Plaintiff, |
| 19 | Vs. |
| 20 | JEFFREY EPSTEIN, |
| 21 | Defendant. |

Page 272

1 JANE DOE NO. II, CASE NO: 08-CV-80469
2  Plaintiff,
3 Vs.
4 JEFFREY EPSTEIN,
5  Defendant.
6
  JANE DOE NO. 101  CASE NO: 08-CV-80591
7
   Plaintiff,
8
  Vs.
9
  JEFFREY EPSTEIN,
10  Defendant.
11
12 JANE DOE NO. 102, CASE NO: 08-CV-80656
13  Plaintiff,
14 Vs.
15 JEFFREY EPSTEIN,
16  Defendant.

Page 273

```
          IN THE CIRCUIT COURT OF THE 15TH
          JUDICIAL CIRCUIT IN AND FOR
          PALM BEACH COUNTY, FLORIDA
          CASE NO. 502008CA037319XXXXMB AB

B.B.,
     Plaintiff,
Vs.
JEFFREY EPSTEIN,
     Defendant.
                                         /

          1031 Ives Dairy Road
          Suite 228
          North Miami, Florida
          August 7, 2009
          1:15 p.m. to 5:30 p.m.

          C O N T I N U E D
          V I D E O T A P E D
          D E P O S I T I O N
                 of
          ALFREDO RODRIGUEZ

     taken on behalf of the Plaintiffs pursuant
to a Re-Notice of Taking Continued Videotaped
Deposition (Duces Tecum)
                 - - -
```

Page 274

APPEARANCES:

MERMELSTEIN & HOROWITZ, P.A.
BY: ADAM HOROWITZ, ESQ.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Attorney for Jane Doe 2, 3, 4, 5, 6, and 7.

ROTHSTEIN ROSENFELDT ADLER
BY: BRAD J. EDWARDS, ESQ., and
CARA HOLMES, ESQ.
Las Olas City Centre
Suite 1650
401 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Attorney for Jane Doe and E.W. And L.M.

PODHURST ORSECK
BY: KATHERINE W. EZELL, ESQ.
25 West Flagler Street
Suite 800
Miami, Florida 33130
Attorney for Jane Doe 101 and 102.

LEOPOLD-KUVIN
BY: ADAM J. LANGINO, ESQ.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, Florida 33410
Attorney for B.B.

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000316

GIUFFRE001005

Page 299

1  A. I don't remember, Ma'am. He came from
2  New Albany, Ohio.
3  Q. From New --
4  A. New Albany, Ohio.
5  Q. New Albany, Ohio. Did he have his own
6  business?
7  A. No, he worked for Mr. Epstein. He will
8  maintain all the computers.
9  Q. Was he there everyday?
10 A. No, ma'am.
11 Q. Do you know whether at that time Mr.
12 Epstein had an office in Palm Beach?
13 A. Not outside the house, no.
14 Q. Do you have any knowledge of whether or
15 not the video equipment was -- and I don't know
16 the technical term, forgive me, but was it the
17 kind of equipment that would record for a certain
18 amount of time and then record over that film?
19 A. I don't know.
20    MR. CRITTON: Form.
21 BY MS. EZELL:
22 Q. You don't know?
23 A. No, ma'am.
24    MR. CRITTON: Just for clarification, I
25    may have misunderstood, but I thought he

Page 300

1  said he didn't even know the video equipment
2  existed until he read the FBI report.
3     MS. EZELL: He said he didn't know that
4     it was upstairs and downstairs, I believe.
5     MR. CRITTON: I thought he said he didn't
6     know that it even existed.
7     MS. EZELL: I may be wrong.
8  BY MS. EZELL:
9  Q. Did you know it existed before you read
10 the FBI report?
11 A. No, ma'am.
12 Q. I'm sorry, then I was wrong.
13    How did you know then that the young
14 technician from Ohio maintained the computers and
15 the video equipment?
16 A. Because we used to request -- there were
17 always problems with the computers so he came to
18 the house and he was the programmer. It was very
19 sophisticated.
20    MR. CRITTON: Form to the last question,
21    move to strike the answer as nonresponsive.
22 BY MS. EZELL:
23 Q. How did you know then that he maintained
24 the video equipment as well?
25 A. Because he was in charge of computers,

Page 301

1  video, even phones.
2  Q. Would he also repair the televisions if
3  they needed work?
4  A. No.
5  Q. No. Did you have any kind of intercom
6  system in the house?
7  A. Yes, ma'am.
8  Q. And what kind of system was that?
9  A. It was standard office equipment, Lucid
10 Technologies maybe, but it was an intercom like we
11 using right now.
12    MS. EZELL: Just let the record reflect
13    that the witness pointed to the telephone on
14    the table that has a speaker phone.
15    THE WITNESS: Yes, ma'am.
16 BY MS. EZELL:
17 Q. And did you use that in your work?
18 A. Yes, ma'am.
19 Q. And what did you use it for?
20 A. Mr. Epstein used to page me when he
21 needed me.
22 Q. Did you have one of those phones in the
23 kitchen?
24 A. Yes, ma'am.
25 Q. And was there one out in the staff house

Page 302

1  as well?
2  A. Yes, ma'am.
3  Q. Do you know where others were in the
4  house?
5  A. Probably have like 15 phones. We used to
6  have three in the staff house, one in the cabana,
7  two in the master bedroom, one in each room,
8  kitchen, dining room, Mrs. Maxwell's office, the
9  garage.
10 Q. Where was Mrs. Maxwell's office?
11 A. Under the stairs next to the kitchen.
12 Q. Can you give me some idea of what size
13 space that was?
14 A. It was probably -- we change the floor.
15 Twelve by five, something like that.
16 Q. And was the computer equipment in that
17 space?
18 A. Yes, ma'am.
19 Q. Do you know whether Ms. Maxwell kept the
20 names and telephone numbers of the girls who came
21 to do massages?
22 A. Yes, ma'am.
23    MR. CRITTON: Form.
24 BY MS. EZELL:
25 Q. Do you know that because you saw the

9 (Pages 299 to 302)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000323

GIUFFRE001013

Page 303

1  names and phone numbers?
2      MR. CRITTON: Form.
3      THE WITNESS: Yes, ma'am.
4  BY MS. EZELL:
5    Q. Do you know if she kept pictures of the
6  girls on the computer?
7    A. Yes, she did.
8    Q. And you know that as well because you
9  happen to see them?
10   A. Yes, ma'am.
11     MR. CRITTON: Form to the last two
12   questions.
13 BY MS. EZELL:
14   Q. Were they similar to the pictures that
15 Ms. Kellen had on her computer?
16     MR. CRITTON: Form.
17     THE WITNESS: Yes, ma'am.
18 BY MS. EZELL:
19   Q. Did the pictures that they kept there
20 look like pictures that were posed?
21   A. They were more casual.
22   Q. Did they look as though the person being
23 photographed knew that they were being
24 photographed?
25     MR. CRITTON: Form.

Page 304

1      THE WITNESS: No, ma'am.
2  BY MS. EZELL:
3    Q. And what can you tell me about that, what
4  lead you to draw that conclusion?
5    A. They were probably taken in parties in
6  big reception or banquet.
7      MR. CRITTON: Let me offer as a
8    suggestion, not that you have to accept or
9    that you would, you're using the term young
10   girls generically, he has probably seen
11   many, many young girls, there was no --
12   you've used it interchangeably with just
13   young girls versus young girls who may have
14   come to -- purported to give a massage and,
15   therefore, that may be a different answer,
16   so that's part of my form objection.
17     MS. EZELL: Okay, thank you.
18 BY MS. EZELL:
19   Q. When I asked you about Ms. Kellen whether
20 she had a list of the girls and telephone numbers,
21 I think I asked about those girls that came to
22 give massages, but let me go back and just ask it
23 that way.
24     Did you notice that Ms. Kellen had a list
25 of the girls that came to give massages on her

Page 305

1  computer?
2      MR. CRITTON: Form.
3      THE WITNESS: Yes, ma'am.
4  BY MS. EZELL:
5    Q. And did she generally have phone numbers
6  for those girls?
7    A. Yes, ma'am.
8    Q. And were they generally pictures of the
9  girls?
10     MR. CRITTON: Form.
11     THE WITNESS: No, ma'am.
12 BY MS. EZELL:
13   Q. And did Ms. Maxwell have a list of the
14 girls who came to give massages?
15     MR. CRITTON: Form.
16     THE WITNESS: Yes, ma'am.
17 BY MS. EZELL:
18   Q. Did she have telephone numbers generally?
19   A. Yes, ma'am.
20     MR. CRITTON: Form.
21 BY MS. EZELL:
22   Q. Were there pictures on her computer of
23 the girls who came to give massages?
24     MR. CRITTON: Form.
25 BY MS. EZELL:

Page 306

1    Q. Ms. Maxwell I'm talking about.
2    A. Yes, ma'am.
3    Q. And were those pictures the more casual
4  ones that you described when I asked whether or
5  not the subject looked as though she knew she was
6  being photographed?
7      MR. CRITTON: Form.
8      THE WITNESS: I'm sorry, can you repeat?
9  BY MS. EZELL:
10   Q. Yeah. The pictures of the young girls
11 who came to the house to give massages that were
12 on Ms. Maxwell's computer, did they appear to have
13 been taken when the girls knew they were being
14 photographed?
15     MR. CRITTON: Form.
16     THE WITNESS: I don't think they knew
17   they were being photographed.
18 BY MS. EZELL:
19   Q. I believe you said they were more casual
20 pictures.
21   A. Yes, ma'am.
22   Q. Did you notice any nude photographs in
23 those pictures?
24   A. Yes, ma'am.
25     MR. CRITTON: Form for the last question.

10 (Pages 303 to 306)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000324**

GIUFFRE001014

```
                                                    Page 471
 1   THE STATE OF FLORIDA,    )
 2   COUNTY OF DADE.          )
 3
 4
 5         I, the undersigned authority, certify
 6   that ALFREDO RODRIGUEZ personally appeared before
 7   me on the 7th day of August, 2009 and was duly
 8   sworn.
 9
10         WITNESS my hand and official seal this
11   18th day of August, 2009.
12
13
14
15   _____
         MICHELLE PAYNE, Court Reporter
16       Notary Public - State of Florida
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 472
 1              CERTIFICATE
 2
     The State Of Florida,    )
 3   County Of Dade.          )
 4
 5        I, MICHELLE PAYNE, Court Reporter and
     Notary Public in and for the State of Florida at
 6   large, do hereby certify that I was authorized to
     and did stenographically report the deposition of
 7   ALFREDO RODRIGUEZ; that a review of the transcript
     was not requested; and that the foregoing pages,
 8   numbered from 270 to 472, inclusive, are a true
     and correct transcription of my stenographic notes
 9   of said deposition.
10        I further certify that said deposition was
     taken at the time and place hereinabove set forth
11   and that the taking of said deposition was
     commenced and completed as hereinabove set out.
12
          I further certify that I am not an
13   attorney or counsel of any of the parties, nor am
     I a relative or employee of any attorney or
14   counsel of party connected with the action, nor am
     I financially interested in the action.
15
          The foregoing certification of this
16   transcript does not apply to any reproduction of
     the same by any means unless under the direct
17   control and/or direction of the certifying
     reporter.
18
          DATED this 18th day of August, 2009.
19
20
21   _____
         MICHELLE PAYNE, Court Reporter
22
23
24
25
```

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000366**

GIUFFRE001056