# EXHIBIT 24

| From: | mary.c.casey@jpmorgan.com |
|---|---|
| To: | maria.a.hornak@jpmorgan.com <maria.a.hornak@jpmorgan.com> |
| CC: | csg_ao_de_fm2@jpmchase.com <csg_ao_de_fm2@jpmchase.com>;dylan.x.penta@jpmchase.com <dylan.x.penta@jpmchase.com>;thomas.a.rice@jpmchase.com <thomas.a.rice@jpmchase.com>;lucy.baglivo@jpmorgan.com <lucy.baglivo@jpmorgan.com> |
| Sent: | 9/13/2006 10:53:52 PM |
| Subject: | Re: Fw: new accounts |
| Attachments: | pic11420.gif; pic20083.gif |

Thanks, Maria. Any additional information on these accounts that can be used for the DDRs would be incredibly helpful (particularly reason for each). Can you please forward us whatever documentation you have or receive from the client? I am heading to London in an hour but am back on Monday. Lucy Baglivo can help w/ temporary waivers if they are required in my absence but she will need some help with information gathering. Thanks,

Mary


Mary Casey
Managing Director
JPMorgan Private Bank
345 Park Ave.
New York, NY 10154
tel: (212) 464-0374
fax: (212) 464-1912

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.
  Maria A Hornak

**Maria A Hornak**
09/13/2006 05:47 PM

To: Dylan X Penta/JPMCHASE@JPMCHASE, Thomas A Rice/JPMCHASE@JPMCHASE
cc: CSG AO DE FM2, Laura B Davis/JPMCHASE@JPMCHASE, Mary C Casey/JPMCHASE@JPMCHASE
Subject: Fw: new accounts

Gentlemen - We can REALLY use your help with the following account opening paperwork. You don't necessarily need Stream, but it would be helpful, if you do not recall what was reviewed in training - utilize AIG DE (you can even see if they have time to sit w/ you)

Let me know
----- Forwarded by Maria A Hornak/JPMCHASE on 09/13/2006 05:44 PM -----

Confidential

JPM-SDNYLIT-00000331

| | "Rich Kahn" | To, |
| --- | --- | --- |
| | 09/13/2006 03:13 PM | cc "Bella Klein" |
| | | Subject re: new accounts |

We would like to open 5 new accounts. All will be checking except Jeffrey E Epstein which will be a money market. At your convenience can you please forward me the appropriate paperwork so we can begin this process?

| | Entity Name | Type | Tax ID # |
| --- | --- | --- | --- |
| 1 | Jeffrey E. Epstein | Individual |  |
| 2 | Hyperion Air, Inc. | S-Corp | |
| 3 | JEGE, Inc. | S-Corp | |
| 4 | 116 East 65th Street, LLC | Single Member LLC | |
| 5 | Air Ghislaine, Inc. | S-Corp | |

Thank you

Rich Kahn
New York Strategy Group LLC
457 Madison Avenue
Fourth Floor
New York, NY 10022
tel 212-891-6430
fax 212-750-2408
rkahn@nysgmail.com

Confidential

JPM-SDNYLIT-00000332