# EXHIBIT 25

| From: | ann.borowiec@jpmorgan.com |
|-------|---------------------------|
| To: | jes.staley@jpmorgan.com <jes.staley@jpmorgan.com> |
| Sent: | 11/2/2006 10:21:56 PM |
| Subject: | Epstein- please call me |

I know you are on plane to Hong Kong. Can you call me on my cell when you can. ▮▮▮▮▮▮▮▮ My guys can wing meeting but wanted to know how meeting was positioned - is current oppy the liquidity mgt?? or does he have more on his mind. Also, having done a little due diligence I have concerns on risk mgt with this client. We have a bad track record internally on risk...as you know. Is Jeffrey going to stay involved here? How are we managing risk here? Please call. Thx Ann

Confidential