# EXHIBIT 26

| From: | vincenza.x.lucignano@jpmchase.com |
|---|---|
| Sent: | Friday, October 5, 2007 5:54 PM |
| To: | tamyka.clarke@jpmorgan.com; shawna.gilmore-orr@jpmorgan.com; Patricia.Oines@chase.com; rosa.m.dasilva@jpmorgan.com; lucy.beglivo@jpmorgan.com |
| Cc: | jes.staley@jpmorgan.com; mary.erdoes@jpmorgan.com; Anne.Verdon@chase.com; taylor_brent@jpmorgan.com; lisa.e.waters@jpmorgan.com; mary.c.casey@jpmorgan.com |
| Subject: | Fw: Meeting with JES and Mary re client |

Thanks for the update Shawna. As per Anne ok to include Mary Casey as well.

If everyone is available on Monday, October 8th for a half hour conference it is fine for Anne.

Please advise availability.

**Participants:**
**Jes Staley**
**Mary Erdoes**
**Anne Verdon**
**Brent Taylor**
**Lisa Waters**
**Mary Casey**

Thank you all.

Best Regards,

Vincenza Lucignano
JPMorganChase - Private Bank Law
Legal and Compliance Department
345 Park Avenue, 5th Floor
New York, New York 10154
Tel: (212) 464-2757
Fax: (212) 464-0302

----- Forwarded by Vincenza X Lucignano/JPMCHASE on 10/05/2007 12:39 PM -----
**JPMorgan Private Bank** Office of the CEO - Tel 212-464-1635 Fax 212-464-1613

**Shawna T Gilmore-Orr/JPMCHASE**

10/05/2007 12:33 PM

To Anne E Verdon/JPMCHASE@JPMCHASE

cc Lisa E. Waters/JPMCHASE@JPMCHASE, Tamyka N Clarke/JPMCHASE@JPMCHASE, Vincenza X Lucignano/JPMCHASE@JPMCHASE, Mary E Erdoes/JPMCHASE@JPMCHASE

Subject Re: Meeting with JES and Mary re client

Hi Anne
Not sure if you are aware, but Mary Casey just asked us to set up a call with you and Mary, possibly on Monday regarding the same topic

Confidential

JPM-SDNYLIT-00001891

Shawna Gilmore-Orr
Executive Assistant to the CEO
of the JPMorgan Private Bank
Tel. 212-464-1635 Fax. 212-464-1613
    J.P. Morgan Chase & Co. Legal Department - Tel 212-464-1656 Fax 212-464-0302

**J.P. Morgan Chase & Co.** Legal Department - Tel 212-464-1656 Fax 212-464-0302

              **Anne E Verdon/JPMCHASE**

       10/05/2007 12:04 PM                                    To Shawna T Gilmore-Orr/JPMCHASE@JPMCHASE, Tamyka N Clarke/JPMCHASE@JPMCHASE, Lisa E. Waters/JPMCHASE@JPMCHASE, Vincenza X
                                                             Lucignano/JPMCHASE@JPMCHASE

                                                        cc

                                            Subject Meeting with JES and Mary re client

Hi – Brent says that JES would like to have a meeting with Mary Erdoes, Brent, me and and Lisa re Jeffrey Epstein next week. Vincenza, can you coordinate please?

Confidential                                                                            JPM-SDNYLIT-00001892