# EXHIBIT 27

**From:** rosa.m.dasilva@jpmorgan.com
**To:** jes.staley@jpmorgan.com <jes.staley@jpmorgan.com>
**Sent:** 12/3/2007 8:04:09 PM
**Subject:** MESSAGES

1. Jacquie Flake, Tel: ▮
2. Glenn Dubin, Tel: ▮
3. Todd Builione, Tel: ▮
4. Justin Goh. What are the next steps on Louis Dreyfus? Should Justin be doing anything?
5. Landon Thomas of NY Times Re: Story on J. Epstein. Jeffrey told him to call you, Tel: ▮
6. Scott Kapnick. He's in the Middle East and everying is going well. Wants to catch up when you have a minute, Tel: ▮
7. Tim Main/Carlos Hernandez. Re: 1) would you like to have dinner this Friday night with spouses in Greenwich after Jimmy Lee's party (they plan to leave party early). 2) Shaquil Riyad's fund
8. Doug Dooley. We won hedge fund business on Rockefeller Trust for $150MM ($300MM mandate split with Cambridge). Doug would like to thank you for your help with this.
9. Nancy Lindsey (of Legal) Re: Emilio Saracho, Tel: ▮