# EXHIBIT 28

| | |
|---|---|
| From: | Mary C Casey <mary.c.casey@jpmorgan.com> |
| To: | James Dalessio <James.Dalessio@jpmorgan.com>;Paul V Morris <paul.v.morris@jpmorgan.com> |
| CC: | Kevin McCleerey <Kevin.McCleerey@jpmorgan.com> |
| Sent: | 11/9/2010 1:50:33 AM |
| Subject: | Re: Excerpts from recent articles |

Thanks, Jim. Rapid response meeting would be helpful. Is there an actual Fed investigation or just speculation of one? Should I schedule rr mtg or will you? If me, just let me know who should be included (ie, Anne Verdon? Lisa Waters? Etc.)

Thanks,

Mary

---

**From:** James Dalessio
**To**: Paul V Morris; Mary C Casey
**Cc**: Kevin McCleerey
**Sent:** Mon Nov 08 17:59:49 2010
**Subject:** Excerpts from recent articles

HI Paul / Mary,
See below new allegations of an investigation related to child trafficking – are you still comfortable with this client who is now a registered sex offender?

Mary – do you want to schedule a Rapid Response meeting?

Thanks,
Jim

**The Palm Beach Post 8/1/10**            **Epstein may be under new sex crime scrutiny from feds**

Authorities may not be done with billionaire sexual deviant **Jeffrey Epstein** after all.

Epstein, 57, who recently fulfilled all the requirements of his slap-on-the-wrist sentence may be under investigation for other sex crimes, including child trafficking.

And this time, Epstein would be facing the federales -- and 20 years in prison!

According to the news website The Daily Beast, the **feds** are also checking whether a modeling agency run by a friend of the Wall Street investor Epstein fed his appetite for underage foreign girls. Epstein was known to fly young women from Eastern Europe to Palm Beach, where they'd massage him, among other services.

Because of double jeopardy rules, Epstein -- now a registered Florida sex offender -- can never be prosecuted again for crimes covered by the state charges. He pleaded guilty to felony solicitation of prostitution and procuring a person under 18 for prostitution, also a felony.

Child trafficking, however, would offer two advantages to federal prosecutors: The charge would not be covered by double jeopardy; and there's no statute of limitations

**NY Post 7/31/10**            **Epstein Probe**
THE **Feds** may not be quite done with **Jeffrey Epstein**. Having just completed 13 months in a Florida jail for soliciting prostitution from a minor, he now might be under investigation for other possible crimes, including whether there's any evidence of child trafficking, reports The Daily Beast. Epstein has settled several lawsuits by teens who say they were lured to his Palm Beach mansion for massages or sex. The US attorney general in Florida wouldn't comment. Epstein's lawyer, Jack Goldberger, says he knew nothing of any probe and, "There are not and should not be any pending criminal investigations."

**Palm Beach Daily News**            7/18/10            **House arrest nears home stretch for Epstein**

Palm Beach billionaire sex offender **Jeffrey Epstein** will be a free man when his year of probation ends Wednesday for sex crimes he committed against under-aged girls.

Epstein has settled more than two dozen lawsuits and claims against him by teen-agers who say they were lured to his Palm Beach mansion to give him sexually charged massages and/or sex in exchange for money. The terms of all settlements are confidential.

The man described as a brilliant money manager and mathematician walks away with a lifelong label -- registered sex offender.

From the deal he struck with state and federal prosecutors to his liberal probation, the word "unusual" is often used by those familiar with sex offender crimes to describe Epstein's case.

A secret deal with federal prosecutors revealed Epstein could have been charged with multiple federal counts of sexual exploitation of minors, resulting in much harsher penalties. But the **feds** deferred to two state charges that got him an 18-month sentence.

Serving 13 months, segregated in a vacant wing of the county stockade, Epstein was let out on work release six days a week for up to 16 hours a day.

**Palm Beach Daily News**          9/19/10          Woman sues Epstein for $50 M, alleging abuse as teen

A new federal lawsuit filed Friday against billionaire sex offender **Jeffrey Epstein** asks for more than $50 million in damages for a woman who alleges repeated sexual abuse by Epstein at his El Brillo Way mansion when she was 16.

The victim, M.J., alleges she was coerced into prostitution as a minor by Epstein, assisted by his employee Sarah Kellen.

M.J. alleges Epstein has transferred and is transferring his assets overseas and elsewhere to conceal them from her and to prevent M.J. from obtaining those assets in any judgment she may receive against him.

She is asking Epstein to post a $15 million bond to satisfy a potential judgment in the case. In addition, she wants an accounting of his "significant financial assets," an injunction against him transferring his assets elsewhere and the appointment of a receiver to take charge of his assets.


Private Bank Risk Management
270 Park Ave., 18th Floor
New York, NY 10017