# EXHIBIT 34

### Direct Payments to Women and Girls from Epstein JPMC Accounts 2003-2013

| Name | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1000 | | | | | | 1000 |
| | 1000 | | | | | 1000 | | | | | | 2000 |
| | | | | | | | 4200 | | | | | 4200 |
| | | | | | | | | | 3000 | | | 3000 |
| | | | | 10000 | | | | | | | | 10000 |
| | | | | | | 500 | | | | | | 500 |
| | 8073.75 | | | | | | | | | | | 8073.75 |
| | | | | | 5007.13 | | | | | | | 5007.13 |
| | 12500 | 8600 | 1400 | | | | | | | | | 22500 |
| | | | | | | | | | | | 30000 | 30000 |
| | | | | | | | 7750 | | | | | 7750 |
| | | | | | | | 396.44 | | | | | 396.44 |
| | | | 750 | | | | | | | | | 750 |
| | | | | | | 1176.25 | 7641.91 | 28567.9 | 645.43 | | | 38031.49 |
| | | | | 1000 | | | | | | | | 1000 |
| | | | 33000 | 10000 | 10000 | | 5000 | | | | | 58000 |
| | 5000 | | | | | | | | | | | 5000 |
| | | | | | | 7110 | 5000 | | | | | 12110 |
| | | | | | | | 8000 | | | | | 8000 |
| | | | | | | | | 1100 | | | | 1100 |
| | 7500 | | | 2000 | 140 | | | | | | | 9640 |
| | | | 1600 | 800 | | | | | | | | 2400 |
| | 5000 | | | | | | | | | | | 5000 |
| | | 500 | | | | | | | | | | 500 |
| | | | | | | | | | 12528.67 | | | 12528.67 |
| | | | | | | | | | | 100000 | | 100000 |
| | | | | 3000 | | | | | | | | 3000 |
| | | | | | | | | 5000 | 4000 | | | 9000 |
| | 12500 | | | | | | | | | | | 12500 |
| | | 5000 | 1000 | | | 27900.83 | 38395.35 | 40711.83 | 28300.28 | 11233.02 | 58899.94 | 211441.25 |
| | 1320 | | | | | | | | | | | 1320 |
| | | | | | | 5000 | | | | | | 5000 |
| | 500 | | | | | | | | | | | 500 |
| | | | | | | | | | | | 10000 | 10000 |
| | 80550 | | | | | | | | | | | 80550 |
| | | | | | | | | 11000 | 60000 | 10000 | | 81000 |
| | | | | | | | | 50000 | | | | 50000 |
| | | | | | | | | | | 5000 | | 5000 |
| | | | | | | | | | 1550 | | | 1550 |
| | | 500 | | | | | | | | | | 500 |
| | | 4000 | | | | | | | | | | 4000 |
| | | | | | | | | | 1000 | | | 1000 |
| | | | | | | | 867.48 | 1579.7 | | | | 2447.18 |
| | 7026 | | | | | | | | | | | 7026 |
| | | | 200 | | | | | | | | | 200 |
| | | | | | | | | | | | 1495 | 1495 |
| | 500 | | | | | | | | | | | 500 |
| | | | | | 5000 | | | | | | | 5000 |
| | 5000 | | | | | | | | | | | 5000 |
| | 500 | 36565.56 | 67754.28 | 82897.8 | 175000 | 105055 | 50000 | 25000 | 80000 | | 10000 | 632772.64 |
| | | 2000 | 12000 | 40500 | 54000 | | | | | | | 108500 |
| | | | | | | | 15000 | | | | | 15000 |
| | | | | | | | 1800 | 750 | | | | 2550 |
| | | | | | | | 4000 | | | | | 4000 |
| | | 3675 | | | | | | | | | | 3675 |
| | 2700 | | | | | | | | | | | 2700 |
| | | | | 24000 | 6000 | | | | | | | 30000 |
| | | | | | | 19000 | | | | | | 19000 |
| | | 550 | | | | | | | | | | 550 |
| | | | | | | | | 4000 | 8000 | 14000 | 38599.86 | 64599.86 |
| | | | 50000 | | | 134055 | 63525 | 28708.79 | 324358.35 | 13094.43 | 115000 | 728741.57 |
| | 300 | | | | | | | | | | | 300 |
| | | 30000 | | | | | | | | | | 30000 |
| | 20000 | 27000 | 1000 | | | | 17000 | 50000 | | | | 115000 |
| | | | | | | | 5000 | | | | | 5000 |
| | | | | | 5000 | | | | | | | 5000 |
| | | | 3000 | 500 | | | | | | | | 3500 |
| | | | | | | | 13600 | 7082.8 | | | | 20682.8 |
| | 500 | 1000 | | | | | | 27301.21 | 41362.4 | 31400 | 14836.25 | 116399.86 |
| | 4026 | 875 | | | | | | | | | | 4901 |
| | | | | | | 2000 | 824 | 2840 | 20000 | 30619.55 | 23489.96 | 79773.51 |
| | | | | | | | | | | | 15000 | 15000 |
| | | | 11739.73 | 10000 | | | | | | | | 21739.73 |
| | 2000 | 17549.3 | 9000 | | 7500 | | | | | | | 36049.3 |
| | | | | | | | | 13656 | | | | 13656 |
| | | | | | | | | | | | 27743 | 27743 |
| | | | 400 | | | | | | | | | 400 |
| Grand Total | 176495.75 | 138564.86 | 192094.01 | 184697.8 | 267647.13 | 302797.08 | 248000.18 | 286298.23 | 521666.46 | 174425.67 | 460064.01 | 2952751.18 |



EXHIBIT 6
WIT: Casey
DATE: 4-7-23
C. Campbell, RDR CRR CSR #13921



EXHIBIT
Erdoes-7
3/15/23