UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR) |

**NOTICE OF JOINDER IN MOTION**

PLEASE TAKE NOTICE that, based on the public pleadings, Jane Doe 1 joins Bradley J. Edward's Motion to Disqualify Counsel WilmerHale (Dkt. 105, "Motion"). Defendant filed its response on May 8, 2023 (Dkt. 114), and Mr. Edwards filed his reply on May 9, 2023 (Dkt. 124). No oral argument is currently scheduled regarding this Motion.

May 10, 2023                                        Respectfully Submitted,

/s/ Andrew Villacastin
David Boies
Andrew Villacastin
Sabina Mariella
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com

1

Sigrid McCawley
*Pro Hac Vice*
Daniel Crispino
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

Brittany N. Henderson
Edwards Pottinger LLP
1501 Broadway
Floor 12
New York, NY
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@epllc.com

*Counsel for Jane Doe 1*