IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 22-cv-10019 (JSR) |

[PROPOSED] ORDER COMPELLING THE ESTATE OF JEFFREY EPSTEIN TO PRODUCE SETTLEMENT AGREEMENTS TO JPMORGAN CHASE BANK, N.A.

  The Estate of Jeffrey Epstein ("Estate") is hereby ordered to produce to counsel for JPMorgan Chase Bank, N.A. ("JPMC") all settlement agreements in the Estate's possession, custody, or control, between Epstein or the Estate and any other individuals. The agreements shall be produced with personally identifying information redacted but with settlement amounts unredacted. The Estate shall make this production available to JPMC on an attorneys-eyes-only basis. The attorneys-eyes-only protection shall last for two weeks from the date of production to JPMC to allow any counterparties to the agreements to bring to the Court any objections that they may wish to raise as to further disclosure.

  SO ORDERED.

New York, NY
May 11, 2023

                  _____
                  JED S. RAKOFF, U.S.D.J.