IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andres O'Laughlin, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

I am in good standing with the bar of Massachusetts and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 11, 2023

Respectfully submitted,

*/s/ Andres O'Laughlin*
Andres O'Laughlin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6515
andy.olaughlin@wilmerhale.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*