IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10019-JSR<br><br>**DECLARATION OF ANDRES O'LAUGHLIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Andres O'Laughlin, declare under penalty of perjury that the following is true and correct:

1. I am counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of Massachusetts. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore Andres O'Laughlin respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: May 11, 2023                                  Respectfully submitted,

*/s/ Andres O'Laughlin*
Andres O'Laughlin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6515
andy.olaughlin@wilmerhale.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*