IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10019 (JSR) |

**DECLARATION OF FELICIA H. ELLSWORTH
IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S
MOTION TO EXCLUDE PLAINTIFF'S EXPERT**

Pursuant to 28 U.S.C. § 1746, I, Felicia H. Ellsworth, declare under penalty of perjury as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I am one of the attorneys representing Defendant JPMorgan Chase Bank, N.A. in the above-captioned action and have been admitted to this Court pro hac vice. I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. I am familiar with the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the transcript of the May 2, 2023, deposition of Jane Khodarkovsky, designated confidential pursuant to the Protective Order in this matter and filed under seal.

1

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Jane Khodarkovsky, dated March 1, 2023, designated confidential pursuant to the Protective Order in this matter and filed under seal.

4. Attached as Exhibit 3 is a true and correct copy of the Reply Expert Report of Jane Khodarkovsky, dated April 24, 2023, designated confidential pursuant to the Protective Order in this matter and filed under seal.

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Dr. Kimberly Mehlman-Orozco, dated April 13, 2023, designated confidential pursuant to the Protective Order in this matter and filed under seal.

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Dr. Matthew W. Norman, dated April 13, 2023, designated confidential pursuant to the Protective Order in this matter and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 12, 2023

*/s/ Felicia Ellsworth*
Felicia H. Ellsworth