# EXHIBIT 1

#     #     #

**ON EMBARGO UNTIL**
Thursday June 25, 2020 at 6:30am EST

**CONTACT**
Jeff Solnet
Jeff@PrecisionStrategies.com
561-926-0909

## Renowned Claims Resolution Experts Announce Commencement of the Epstein Victims' Compensation Program

**New York, NY** – Today, individuals who were sexually abused by Jeffrey Epstein may begin the process of filing claims with the Epstein Victims' Compensation Program ("Epstein VCP" or "Program").  The Epstein VCP is a voluntary, non-adversarial, confidential claims resolution program that has been established to compensate victims-survivors and resolve their sexual abuse claims against Jeffrey Epstein and the Epstein Estate.  The Epstein VCP will operate entirely independently of the Epstein Estate.

The Program was designed over the last several months by nationally recognized independent claims administration experts **Kenneth R. Feinberg, Camille S. Biros and Jordana ("Jordy") H. Feldman** ("Co-Designers") with input from attorneys representing over 70 victims, the Attorney General of the Virgin Islands, the Epstein Estate and other interested parties.  The Program will be administered by Ms. Feldman (the "Administrator"), the former Deputy Special Master of the September 11th Victim Compensation Fund, the litigation-alternative program administered by the U.S. Department of Justice that compensates victims who have become sick or died as a result of their September 11th-related exposure.

"This Program provides victims of Jeffrey Epstein the opportunity to be heard outside the glare of public courtroom proceedings, and to receive acknowledgment by an independent third party as to the legitimacy of their experience and the long-term suffering it has wrought," said **Ms. Feldman**.  "Treating victims with dignity and respect and providing them with appropriate compensation is central to our work with the Program, even as we recognize that no amount of money will erase the years of pain these victims have endured."

"These programs are as much about offering validation as providing fair compensation," said **Mr. Feinberg** who, along with Ms. Biros, has designed and administered similar compensation programs for the Catholic Church sexual abuse claims, the Penn State sexual abuse claims, and the September 11th Victim Compensation Fund, among others.

The Program provides victims with an attractive alternative to litigation by offering a process that is speedy and cost-effective.  The Program also removes barriers to pursue claims in civil courts,

including statutes of limitations and prior settlements, and applies more relaxed evidentiary requirements.

Important features of the Program include:

1. **The Program is independent of and entirely free from any interference or control by the Epstein Estate.**  The Administrator has complete autonomy and decision-making authority to determine individual claimant eligibility and compensation.  The Estate has no authority to modify or reject the Administrator's decisions on any basis or as to any claim, and the Estate will pay all eligible claims based on the Administrator's determination.

2. **The Program is purely voluntary**; no individual claimant is required to participate.  A victim's legal rights are not impacted unless the victim accepts the compensation offered by the Administrator and signs a release, agreeing not to engage in any further litigation against the Epstein Estate and related entities and/or individuals.

3. **The Program is confidential.**  Protecting Claimant privacy is of paramount importance to the Program.  The Program will maintain strict confidentiality of all information submitted, but will not impose any limitations on the Claimant's ability to share information with law enforcement, or anyone else.

"Our work with victims of Catholic Church abuse, September 11th and other similar programs has provided us with invaluable insight into how to calculate the incalculable, and take into account the life-long effects of trauma," **said Ms. Biros**, who co-designed the Program.  **Mr. Feinberg added,** "The role of the Administrator is to apply a certain level of objectivity while taking into account the specific circumstances presented by each individual claim.  It is a challenging task, but one that Jordy is uniquely qualified to undertake.  Her empathetic and judicious style, and her long-time claims experience and service to victims in the 9/11 community will serve this Program and Epstein's victims well."

Beginning today, the Administrator will provide a Claim Form and other relevant Program information to individuals who have filed a lawsuit, legal action or claim of sexual abuse against Jeffrey Epstein and/or the Estate may begin the process of filing a claim with the Program, or have otherwise been identified by counsel.  Other individuals may also be eligible to participate in the Program by registering on the Program website.  The claims filing period will run through March 25, 2021.

The Program was initially proposed to the Probate Court of the U.S. Virgin Islands ("Probate Court") on November 14, 2019.  The Co-Designers solicited feedback from various interested parties, including victims' counsel, and that feedback was incorporated into a draft protocol that was presented to the Probate Court on February 4, 2020. The final protocol was approved by the Probate Court on June 3, 2020.

"We are pleased to get this Program up and running after months of considered and collaborative design.  My staff is deeply sensitive to the unique circumstances involved and is committed to processing the victims' claims in a prompt, fair and effective manner," said Ms. Feldman.

For more information, visit: www.epsteinvcp.com, email ClaimantServices@EpsteinVCP.com or call the toll-free helpline at (877) 312-3055.