# EXHIBIT 11

| Case No. | Caption | Jurisdiction |
|---|---|---|
| 19-cv-07772 | Priscilla Doe v. Darren K Indyke et al | SDNY |
| 19-cv-07675 | Doe 1 et al v. Jeffrey Epstein et al | SDNY |
| 19-cv-10475 | Farmer v. Indyke et al | SDNY |
| 22-cv-00125 | Araoz v. The New Albany Company, LLC et al | EDNY |
| 113903/2007 | Ava Cordero aka Maximilla Cordero v. Epstein et al | NY Sup. Ct. |
| 952002/2022 | Cheri Pierson v. Leon Black et al | NY Sup. Ct. |
| 08-cv-80811 | C.M.A. v. Epstein et al | S.D. Fla. |
| 08-cv-80804 | Doe v. Epstein et al | S.D. Fla. |
| 20-cv-00484 | Doe v. Indyke et al | SDNY |
| 155262/2021 | Ganieva v. Black | NY Sup. Ct. |
| 09-cv-80656 | Doe No. 102 v. Epstein | S.D. Fla. |
| 15-cv-07433 | Giuffre v. Maxwell | SDNY |
| 19-cv-03377 | Giuffre v. Dershowitz | SDNY |
| 21-cv-06702 | Giuffre v. Prince Andrew | SDNY |
| 16-cv-07673 | Doe v. Trump et al | SDNY |
| 16-cv-04642 | Doe v. Trump et al | SDNY |
| 17-cv-00616 | Jane Doe 43 v. Epstein et al | SDNY |
| 19-cv-10577 | Doe 1000 v. Indyke et al | SDNY |
| 19-cv-08673 | Doe v. Indyke et al | SDNY |
| 21-cv-80589 | Doe v. Indyke et al | S.D. Fla. |
| 08-cv-80893 | Doe v. Epstein | S.D. Fla. |
| 09-cv-80469 | Doe II v. Epstein et al | S.D. Fla. |
| 08-cv-80380 | Doe No. 4 v. Epstein | S.D. Fla. |
| 08-cv-80381 | Doe No. 5 v. Epstein | S.D. Fla. |
| 09-cv-80591 | Doe No. 101 v. Epstein | S.D. Fla. |
| 08-cv-80119 | Doe v. Epstein | S.D. Fla. |
| 08-cv-80994 | Jane Doe No. 6 v. Epstein | S.D. Fla. |
| 08-cv-80993 | Jane Doe No. 7 v. Epstein | S.D. Fla. |
| 08-cv-80802 | Jane Doe No. 8 v. Epstein | S.D. Fla. |
| 08-cv-80232 | Doe No. 3 v. Epstein | S.D. Fla. |
| 20-cv-11106 | Doe XX v. Indyke et al | SDNY |
| 20-cv-11110 | Doe XXI v. Indyke et al | SDNY |
| 20-cv-05069 | Kaufman v. Indyke et al | SDNY |
| 19-cv-07771 | Doe v. Darren K. Indyke et al | SDNY |
| 19-cv-07773 | Doe v. Darren K. Indyke et al | SDNY |
| 21-cv-03876 | Doe v. Indyke et al | SDNY |
| 10-cv-81111 | J. v. Epstein et al | S.D. Fla. |
| 19-cv-10788 | Davies v. Indyke et al | SDNY |
| 19-cv-10476 | Helm v. Indyke et al | SDNY |
| 19-cv-07625 | VE v. Nine East 71st Street et al | SDNY |