UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Jane Doe 1

                Plaintiff,

Case No.  1:22cv10019

-against-

JPMorgan Chase Bank N.A.

                Defendant.
-----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Bradley J. Edwards**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 5749684    My State Bar Number is: 5749684

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Edwards Pottinger LLC
             FIRM ADDRESS: 425 North Andrews Ave, #2, Ft. Lauderdale, FL
             FIRM TELEPHONE NUMBER: 954-524-2820
             FIRM FAX NUMBER: 954-524-2822

NEW FIRM:    FIRM NAME: Edwards Henderson Lehrman PLLC
             FIRM ADDRESS: 425 North Andrews Ave, #2, Ft. Lauderdale, FL
             FIRM TELEPHONE NUMBER: 954-524-2820
             FIRM FAX NUMBER: 954-524-2822

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 22, 2023

_____
ATTORNEY'S SIGNATURE