UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Defendant /<br>　　　　　　Third-Party Plaintiff<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>JAMES EDWARD STALEY,<br><br>　　　　　　Third-Party Defendant. | Case No. 22-cv-10019-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

　　　The motion of Jonathan Dunn for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of the Maryland and that his contact information is as follows:

　　　Applicant's Name:　　Jonathan Dunn

　　　Firm Name:　　Williams & Connolly LLP

　　　Address:　　680 Maine Avenue, S.W.

　　　City/State/Zip:　　Washington, D.C. 20024

　　　Telephone/Fax:　　(202) 434-5997 / (202) 434-5029

　　　Email:　　jdunn@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Jonathan Dunn is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable Jed S. Rakoff
United States District Judge