UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10019 (JSR) |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10904 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

    On April 24, 2023, third-party defendant James ("Jes") Staley moved to dismiss the third-party complaint filed by defendant/third-party plaintiff JPMorgan Chase Bank, N.A. against him in each of the

1

above-captioned cases. After full consideration of the parties' written submissions and oral arguments, the Court hereby denies Mr. Staley's motion in full. An opinion explaining the reasoning behind this ruling will follow in due course.

The Clerk is respectfully directed to close entry number 90 on the docket of Jane Doe v. JP Morgan Chase Bank, N.A., 22-cv-10019, and entry number 125 on the docket of Government of the United States Virgin Islands v. JP Morgan Chase Bank, N.A., 22-cv-10904.

SO ORDERED.

New York, NY
May 24, 2023

JED S. RAKOFF, U.S.D.J.