UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -v- <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant/Third-Party Plaintiff, <br><br> -v- <br><br> JAMES EDWARD STALEY, <br><br> Third-Party Defendant. | 22-cv-10019 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

Because the parties have informed the Court that attorneys' eyes-only information was inadvertently included in Exhibit 9 to docket entry 147, the Clerk of the Court is directed to permanently seal that exhibit with electronic access restricted to the Court and attorneys for the parties.

SO ORDERED.

New York, NY
May 25, 2023

_____
JED S. RAKOFF, U.S.D.J.