UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes with 1:22-cv-10018-JSR and 1:22-cv-10904-JSR)** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Dean M. Kaire hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, Jane Doe 1, in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3

Dated: May 25, 2023

                                                             Respectfully submitted,

                                                             */s/  Dean M. Kaire*
                                                             Dean M. Kaire
                                                             *Pro Hac Vice*
                                                             Edwards Henderson Lehrman
                                                             425 North Andrews Avenue
                                                             Suite 2
                                                             Fort Lauderdale, FL  33301
                                                             Dean@epllc.com
                                                             *Attorney for Plaintiff, Jane Doe 1*