UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　　Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes with 1:22-cv-10018-JSR and 1:22-cv-10904-JSR)** |

**DECLARATION OF DEAN M. KAIRE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, DEAN M. KAIRE, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  May 26, 2023
　　　　　Fort Lauderdale, FL　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/  Dean M. Kaire
　　　　　　　　　　　　　　　　　　　　　　　Dean M. Kaire
　　　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　　Edwards Henderson Lehrman
　　　　　　　　　　　　　　　　　　　　　　　425 North Andrews Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 2
　　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL  33301
　　　　　　　　　　　　　　　　　　　　　　　Dean@epllc.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Jane Doe 1*