UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR)<br>**(Consolidated for Discovery Purposes with 1:22-cv-10018-JSR and 1:22-cv-10904-JSR)** |

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Dean M. Kaire to appear *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

Applicant Name: Dean M. Kaire

Firm Name: Edwards Henderson Lehrman

Address: 425 North Andrews Avenue, Suite 2

City / State / Zip: Fort Lauderdale, Florida 33301

Telephone / Fax: (954) 524-2820/ (954) 524-2822

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Attorney for **Plaintiff, Jane Doe 1** in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____          _____
                                United States District/Magistrate Judge