UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10019 (JSR)<br><br>ADDENDUM |

JED S. RAKOFF, U.S.D.J.:

    This is an addendum to an order entered by the Court earlier today compelling third-party the New York County District Attorney's Office (the "District Attorney") to comply with a subpoena issued by defendant JPMorgan Chase Bank, N.A. ("JP Morgan"). See ECF No. 157. For purposes of clarification, the only documents presented by the District Attorney to the Court for in camera review concerned the statements of plaintiff Jane Doe. Accordingly, the only documents subject to the Court's order of earlier today are documents concerning the statements of Jane Doe.

    SO ORDERED.

New York, NY
May 26, 2023

                                            JED S. RAKOFF, U.S.D.J.