UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant/Third-Party Plaintiff,<br>   -v-<br><br>JAMES EDWARD STALEY,<br><br>       Third-Party Defendant. | 22-cv-10019 (JSR)<br><br>ADDENDUM |

JED S. RAKOFF, U.S.D.J.:

    This is a further addendum to an order entered by the Court earlier today compelling third-party the New York County District Attorney's Office (the "District Attorney") to comply with a subpoena issued by defendant JPMorgan Chase Bank, N.A. ("JP Morgan"). See ECF No. 157 (the order); ECF No. 159 (an addendum). Although on further inspection it turns out that the District Attorney did submit one two-page document to the Court that did not concern the statements of Jane Doe, the Court finds that that two-page document is not properly subject to discovery in this case. Accordingly, the Court reaffirms that the only documents subject to the Court's order of earlier today are documents concerning the statements of Jane Doe.

SO ORDERED.

New York, NY
May 26, 2023

_____
JED S. RAKOFF, U.S.D.J.