IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant/Third-Party Plaintiff. | Case No. 22-cv-10019-JSR<br><br><br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CAITLIN A. KOVACS AS COUNSEL OF RECORD |
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>　　　　Third-Party Defendant. | |

　　　　Defendant/Third-Party Plaintiff's Motion for Leave to Withdraw Caitlin A. Kovacs as Counsel of Record filed in the above-captioned action is **GRANTED**.

　　　　**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Caitlin A. Kovacs as Counsel of Record for Defendant/Third-Party Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Caitlin A. Kovacs from the list of attorneys receiving electronic notices of filing and proceedings in this action.

1

New York, NY

Dated: _____ , 2023

_____
The Honorable Jed S. Rakoff
United States District Judge