IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant/Third-Party Plaintiff.<br><br>―――――――――――――――――――<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>　　　　Third-Party Defendant. | Case No. 22-cv-10019-JSR |

**NOTICE OF WITHDRAWAL OF HILLARY CHUTTER-AMES
AND [PROPOSED] ORDER**

**PLEASE TAKE NOTICE** that I, Hillary Chutter-Ames, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby withdraw as Counsel of Record for Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A. in the above-captioned action.

I request that my name and email address be removed from the official dockets for the above-captioned matters. I did not assert a retaining or charging lien.

There will be no prejudice from my withdrawal. Defendant/Third-Party Plaintiff will continue to be represented in this action by legal counsel from WilmerHale and Massey & Gail

1

LLP.  Any future correspondence and papers in this action should be directed to them.

| | |
|---|---|
| Dated: June 9, 2023 | */s/ Hillary Chutter-Ames* <br> Hillary Chutter-Ames <br> WILMER CUTLER PICKERING <br>     HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> (t) (212) 230-8800 <br> (f) (212) 230-8888 |
| New York, NY | _____ |
| Dated: June \_\_\_, 2023 | The Hon. Jed S. Rakoff, U.S.D.J. |