IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff. | Case No. 22-cv-10019-JSR |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

NOTICE OF WITHDRAWAL OF HILLARY CHUTTER-AMES
AND [~~PROPOSED~~] ORDER

PLEASE TAKE NOTICE that I, Hillary Chutter-Ames, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby withdraw as Counsel of Record for Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A. in the above-captioned action.

I request that my name and email address be removed from the official dockets for the above-captioned matters. I did not assert a retaining or charging lien.

There will be no prejudice from my withdrawal. Defendant/Third-Party Plaintiff will continue to be represented in this action by legal counsel from WilmerHale and Massey & Gail

1

LLP.  Any future correspondence and papers in this action should be directed to them.

Dated: June 9, 2023                                          /s/ Hillary Chutter-Ames
                                                 Hillary Chutter-Ames
                                                 WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                                 7 World Trade Center
                                                 250 Greenwich Street
                                                 New York, NY 10007
                                                 (t) (212) 230-8800
                                                 (f) (212) 230-8888

New York, NY

Dated: June 16, 2023                                         _____
                                                 The Hon. Jed S. Rakoff, U.S.D.J.