# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-three.

Before:  Myrna Pérez,
         *Circuit Judge,*
_____

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A., | **ORDER** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: Jun 07 2023 |
| Petitioner, | Docket No. 23-939 | |
| v. | | |
| Jane Doe 1, individually and on behalf of all others similarly situated, | | |
| Respondent. | | |

_____

Petitioner JPMorgan Chase Bank, N.A. ("JPMorgan") seeks permission to file its petition for leave to appeal under seal and to file a redacted version on the public docket. JPMorgan also requests that the Court hold the petition for leave to appeal in abeyance until the district court has issued a final ruling on the parties' proposed settlement. Respondent Jane Doe 1 asks that the Court adjourn the deadline to answer the petition for leave to appeal. These motions are unopposed.

It is hereby ORDERED that the request to file sealed and redacted versions of the petition is GRANTED. The request to hold the petition in abeyance is granted to the extent the petition is held in abeyance for 45 days from the date of this order. Respondent's request to adjourn the due date for the answer is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/30/2023