**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                 Defendant /<br>                 Third-Party Plaintiff | Case No. 22-cv-10019-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>                 Third-Party Plaintiff,<br><br>     v.<br><br>JAMES EDWARD STALEY,<br><br>                 Third-Party Defendant. | |

The motion of Kees D. Thompson for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.  Applicant has declared that he is a member in good standing of the bars of the District of Columbia and New York and that his contact information is as follows:

Applicant's Name:     Kees D. Thompson

Firm Name:          Williams & Connolly LLP

Address:            680 Maine Avenue, S.W.

City/State/Zip:        Washington, D.C. 20024

Telephone/Fax:       (202) 434-5779 / (202) 434-5029

Email:               keesthompson@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Kees D. Thompson is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____ ____ _____          _____ _____

                                          Honorable Jed S. Rakoff
                                          United States District Judge