UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant /<br>  Third-Party Plaintiff<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>  Third-Party Defendant. | Case No. 22-cv-10019-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE***<br>**FOR JOSEPH BAYERL** |

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph Bayerl, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-captioned case on behalf of Third-Party Defendant James Edward Staley.

I am a member in good standing of the bar of California and the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 6, 2023                                     Respectfully submitted,

*/s/  Joseph Bayerl*_____ _____ _
Applicant Signature

Applicant's Name:  Joseph Bayerl
Firm name:  Williams & Connolly LLP
Address:  680 Maine Avenue, S.W.
City / State / Zip: Washington, D.C. 20024
Telephone: (202) 434-5483
Fax: (202) 434-5029
Email: jbayerl@wc.com

*Attorney for James Edward Staley*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ Joseph Bayerl
Joseph Bayerl