UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>             Defendant /<br>             Third-Party Plaintiff | Case No. 22-cv-10019-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>             Third-Party Plaintiff,<br><br>    v.<br><br>JAMES EDWARD STALEY,<br><br>             Third-Party Defendant. | |

The motion of Joseph Bayerl for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of California and the bar of the District of Columbia and that his contact information is as follows:

    Applicant's Name:    <u>Joseph Bayerl</u>

    Firm Name:    <u>Williams & Connolly LLP</u>

    Address:    <u>680 Maine Avenue, S.W.</u>

    City/State/Zip:    <u>Washington, D.C. 20024</u>

    Telephone/Fax:    <u>(202) 434-5483 / (202) 434-5029</u>

    Email:    <u>jbayerl@wc.com</u>

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Joseph Bayerl is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                          _____
                                                                                                            Honorable Jed S. Rakoff
                                                                                                            United States District Judge