| | |
|---|---|
| **From:** | Brian Burns <brian.burns@smithvillazor.com> |
| **Sent:** | Wednesday, March 15, 2023 6:13 PM |
| **To:** | Todres, Andrew; Patrick Smith |
| **Cc:** | Bebchick, Lisa; Hennes, David |
| **Subject:** | RE: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904) |

[EXTERNAL]

Andrew – We agree with those terms, subject to modifying the following sentence in the following manner to conform it with my email from 3/14 at 12:11pm: "If the Administrator is ordered to **and does** produce materials to JPM, then it will produce the following equivalent materials to DB on the same date it ~~is ordered to~~ produce~~s~~ them to JPM:"

Thanks,

**Brian T. Burns**
Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**Office** (212) 582-4400 | **Direct** (212) 377-0855 | **Mobile** (973) 464-7304

**From:** Todres, Andrew <Andrew.Todres@ropesgray.com>
**Sent:** Wednesday, March 15, 2023 12:32 AM
**To:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>
**Cc:** Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>
**Subject:** RE: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)

Brian,

Thank you for your time earlier. As we discussed, we agree to the proposal that you outlined in your email from 3/14 at 12:11pm, except as to timing of production. As to timing of production, here is what we propose. If the Administrator is ordered to produce materials to JPM, then it will produce the following equivalent materials to DB on the same date it is ordered to produce them to JPM:

1. The "Jane Doe" file for the Plaintiff in the DB case; and

2. Any categories of documents for which the Administrator would be producing identical sets of documents to both JPM and DB, *i.e.*, documents relating to other EVCP claimants (if the Court limits any production of such categories of documents to a specific date range, we will promptly meet-and-confer in good faith about any claimed burden associated with identifying such documents for the appropriate equivalent date range for DB and whether any modest extension for production of such date-restricted categories of documents would be appropriate).

Provided the EVCP agrees to the above, then DB will agree to forgo its requests for communications concerning DB and communications between the EVCP and the Jane Doe Plaintiff in the DB case (or her agents).

Please let us know if we have an agreement on these terms as soon as possible.

Thanks,
Andrew

**Andrew S. Todres**
**ROPES & GRAY LLP**
T +1 212 596 9370 | M +1 917 992 5589
1211 Avenue of the Americas
New York, NY 10036-8704
Andrew.Todres@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Brian Burns <brian.burns@smithvillazor.com>
**Sent:** Tuesday, March 14, 2023 12:11 PM
**To:** Todres, Andrew <Andrew.Todres@ropesgray.com>; Patrick Smith <patrick.smith@smithvillazor.com>
**Cc:** Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>
**Subject:** RE: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)


Andrew – Consistent with our discussion on Friday, our position on this, and the arrangement our client is willing to agree to, is as follows, which is somewhat different from what you described in your email:  The Administrator will agree to produce to DB the equivalent categories of documents (if any) that the Administrator ultimately produces to JPM after final resolution of all proceedings and challenges (including any possible appeals) relating to the JPM motion.  DB agrees that it will not seek from the Administrator any further documents besides the equivalent categories of documents (if any) that the Administrator ultimately produces to JPM after final resolution of all proceedings and challenges relating to the JPM motion.  If the Court denies JPM's motion in its entirety, DB agrees that it will not seek any further documents from the Administrator at all.  As to the timing of any production, since we do not know the scope of any such production at this point, and given the issues of burden and lack of EVCP staffing, we cannot commit at this time to producing any materials that may be produced on the same time frame as any documents that may ultimately be produced to JPM.

Thanks,
Brian

**Brian T. Burns**
Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**Office** (212) 582-4400 | **Direct** (212) 377-0855 | **Mobile** (973) 464-7304

**From:** Todres, Andrew <Andrew.Todres@ropesgray.com>
**Sent:** Monday, March 13, 2023 11:48 AM
**To:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>
**Cc:** Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>
**Subject:** RE: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)

Brian, thanks for sending.  This confirms our ability to proceed as discussed.  Accordingly, please confirm that the EVCP agrees with Deutsche Bank that the Court's ruling on JPM's motion to compel will govern DB's and the EVCP's rights and obligations in respect of DB's subpoena to the EVCP:  DB will not seek any categories of documents responsive to its subpoena beyond the equivalent categories of documents that the Court orders the EVCP to produce in response to JPM, and the EVCP will agree to produce to DB any equivalent categories of documents that it is ordered to produce to

JPM, on the same time frame (*e.g.*, if the EVCP is ordered to produce documents or correspondence related to the Jane Doe in the JPM action by March 20, then the EVCP will also be required to produce documents or correspondence related to the Jane Doe in the DB action by March 20).  Thanks, Andrew


**Andrew S. Todres**
**ROPES & GRAY LLP**
T +1 212 596 9370 | M +1 917 992 5589
1211 Avenue of the Americas
New York, NY 10036-8704
Andrew.Todres@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Brian Burns <brian.burns@smithvillazor.com>
**Sent:** Monday, March 13, 2023 9:41 AM
**To:** Todres, Andrew <Andrew.Todres@ropesgray.com>; Patrick Smith <patrick.smith@smithvillazor.com>
**Cc:** Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>
**Subject:** RE: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)


Andrew – Please see attached.

**Brian T. Burns**
Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**Office** (212) 582-4400 | **Direct** (212) 377-0855 | **Mobile** (973) 464-7304

**From:** Todres, Andrew <Andrew.Todres@ropesgray.com>
**Sent:** Monday, March 13, 2023 8:45 AM
**To:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>
**Cc:** Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>
**Subject:** FW: [EXTERNAL EMAIL] JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)

Brian, please send the motion to compel papers today.  Thanks, Andrew


**Andrew S. Todres**
**ROPES & GRAY LLP**
T +1 212 596 9370 | M +1 917 992 5589
1211 Avenue of the Americas
New York, NY 10036-8704
Andrew.Todres@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Sabina Mariella <SMariella@BSFLLP.com>
**Sent:** Monday, March 13, 2023 7:59 AM
**To:** Singer, Linda <lsinger@motleyrice.com>; Todres, Andrew <Andrew.Todres@ropesgray.com>; Brad Edwards <brad@epllc.com>; Brittany Henderson <brittany@epllc.com>; DoeService <DoeService@bsfllp.com>; Liu, Mimi Y <mliu@motleyrice.com>
**Cc:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>; Hennes, David <David.Hennes@ropesgray.com>; Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Dowden, James P. <James.Dowden@ropesgray.com>
**Subject:** RE: JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)


No objection from Doe.

**From:** Singer, Linda <lsinger@motleyrice.com>
**Sent:** Sunday, March 12, 2023 10:54 PM
**To:** Todres, Andrew <Andrew.Todres@ropesgray.com>; Brad Edwards <brad@epllc.com>; Brittany Henderson <brittany@epllc.com>; DoeService <DoeService@bsfllp.com>; Liu, Mimi Y <mliu@motleyrice.com>
**Cc:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>; Hennes, David <David.Hennes@ropesgray.com>; Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Dowden, James P. <James.Dowden@ropesgray.com>
**Subject:** RE: JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)


**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**


The USVI does not object to sharing the briefing.



**Linda Singer**  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

**From:** Todres, Andrew <Andrew.Todres@ropesgray.com>
**Sent:** Friday, March 10, 2023 3:18 PM
**To:** Brad Edwards <brad@epllc.com>; Brittany Henderson <brittany@epllc.com>; DoeService <DoeService@bsfllp.com>; Singer, Linda <lsinger@motleyrice.com>; Liu, Mimi Y <mliu@motleyrice.com>
**Cc:** Brian Burns <brian.burns@smithvillazor.com>; Patrick Smith <patrick.smith@smithvillazor.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>; Hennes, David <David.Hennes@ropesgray.com>; Bebchick, Lisa <Lisa.Bebchick@ropesgray.com>; Dowden, James P. <James.Dowden@ropesgray.com>
**Subject:** JPMC - EVCP Motion to Compel Papers (22-cv-10018/22-cv-10904)

CAUTION:EXTERNAL

Counsel:

On behalf of Deutsche Bank, we have requested that counsel to the Epstein Victims' Compensation Program provide us copies of the motion to compel papers that were filed under seal in the JPMC cases. Counsel to the EVCP and JPMC (both cc'ed) have confirmed to us that they have no objection to our request. Can you please let us know by no later than Monday morning whether the Jane Doe Plaintiffs or the USVI have any objection?

Thanks,
Andrew

**Andrew S. Todres**
**ROPES & GRAY LLP**
T +1 212 596 9370 | M +1 917 992 5589
1211 Avenue of the Americas
New York, NY 10036-8704
Andrew.Todres@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.


Confidential & Privileged


Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.


The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]