1:22-cv-10019-JSR

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-three.

Before:    Sarah A. L. Merriam,
                  *Circuit Judge.*

_____

JPMorgan Chase Bank, N.A.,

      Petitioner,

v.

Jane Doe 1, individually and on behalf of all others similarly situated,

      Respondent.

_____

**ORDER**

Docket No. 23-939

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2023

    The parties move to continue to hold this petition in abeyance pending settlement proceedings in the district court.

    IT IS HEREBY ORDERED that the motion is GRANTED. The petition is held in abeyance for a further 120 days to permit the District Court to conduct a fairness hearing and issue an appropriate order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/14/2023