UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant /<br>          Third-Party Plaintiff | Case No. 22-cv-10019-JSR<br><br>**AFFIDAVIT OF JOHN MCNICHOLS IN SUPPORT OF MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>          Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>          Third-Party Defendant. | |

## DECLARATION OF JOHN MCNICHOLS

I, John McNichols, do declare as follows:

1. I am a partner at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bars of Maryland, Virginia, and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2023

*John McNichols*
John McNichols

Subscribed and sworn to before me

This 18 day of August

*Shannah R. Andrews*
Notary Public

My Commission Expires

SHANNAH R. ANDREWS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2027