# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

John Marcus McNichols

was admitted to practice as an attorney and counsellor at the bar of this Court on June 7, 2004.

I further certify that so far as the records of this office are concerned, John Marcus McNichols is a member of the bar of this Court in good standing.

*Witness* my hand and seal of said Court
This 17th day of August
A.D. 2023

By: _____
*Deputy Clerk*