IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>JAMES EDWARD STALEY<br><br>    Third-Party Defendant. | Case Number: 1:22-cv-10019-JSR |

**THIRD-PARTY DEFENDANT JAMES STALEY'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Third-Party Defendant James E. "Jes" Staley hereby respectfully requests that the Court enter summary judgment on his behalf and against Third-Party Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") on Counts I (Indemnification), II (Contribution), III (Breach of Fiduciary Duty), and IV (Violation of the Faithless Servant Doctrine) of JPMorgan's Third-Party Complaint. The reasons supporting this motion are set forth in the separately filed Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts.

1

Date: August 25, 2023                              Respectfully submitted,

                                      By: */s/ Stephen L. Wohlgemuth*

Brendan V. Sullivan Jr.
John M. McNichols
Zachary K. Warren
Eden Schiffmann
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5252
Fax: (202) 434-5029
bsullivan@wc.com

Stephen L. Wohlgemuth
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (202) 434-5390
Fax: (202) 434-5029
swohlgemuth@wc.com

*Counsel for Third-Party Defendant James Edward Staley*