# EXHIBIT 70

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Defendant/Third-Party Plaintiff.<br><br>―――――――――――――――――<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>            Third-Party Defendant. | Case No. 22-cv-10904-JSR |

**JPMORGAN CHASE BANK, N.A.'S
FOURTH SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") makes the following fourth supplemental initial disclosures to Plaintiff Government of the United States Virgin Islands ("USVI" or "Plaintiff") and Third-Party Defendant James Edward Staley ("Staley" or "Third-Party Defendant").

The disclosures made herein are based upon information reasonably available to JPMorgan at the present stage of this litigation and the issues as currently defined by the complaint. JPMorgan reserves the right to supplement, revise, or otherwise amend the information contained herein as

-1-

discovery continues.

By making these disclosures, JPMorgan does not represent that it is identifying every document, tangible thing, or witness that may be relevant to the issues in this action, or on which JPMorgan may rely in support of its claims or defenses. Nor does JPMorgan waive its rights to object to production of any document or tangible thing disclosed on the basis of any valid objection (including but not limited to any privilege, the work-product doctrine, relevancy, hearsay, undue burden, or any other proper ground) or its rights to object to the use of any information disclosed for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action. JPMorgan also reserves the right to object on any and all proper grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of New York.

JPMorgan's disclosures represent its good faith effort to identify information it reasonably believes is required by Fed. R. Civ. P. 26(a)(l). The disclosures set forth below are made subject to the above objections and qualifications.

I. **INDIVIDUALS WITH KNOWLEDGE**

Based on information reasonably available at this time, JPMorgan identifies the following individuals who may be likely to have discoverable information that JPMorgan may use to support its claims or defenses, unless such use is solely for impeachment. In making these disclosures, JPMorgan does not waive its right to object, pursuant to any applicable Federal Rule of Civil Procedure or Local Rule, to the deposition or trial testimony of any of the individuals listed below.

JPMorgan does not consent to or authorize communication by the Plaintiff with the individuals identified below. Each of the individuals identified below can be reached through

counsel for JPMorgan.

Because discovery, investigation, and analysis of these matters is ongoing, JPMorgan reserves the right to supplement this information if additional information later becomes known and to designate and/or call further witnesses at trial. JPMorgan also reserves the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information relevant to the disputed facts.

| Name | Subject Matter |
|---|---|
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's onboarding, retention, and exit of Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's policies and procedures relating to the private bank's recruitment, onboarding, and retention of clients. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's policies and procedures relating to monitoring and reporting account activity of private banking clients. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's Anti-Money Laundering ("AML") Compliance program and AML Compliance policies and procedures. |
| Erdoes, Mary (CEO Asset & Wealth Management) | JPMorgan's private banking client relationship with Jeffrey Epstein.<br><br>Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein.[1] |
| Langford, William* (former Director (Global Anti-Money Laundering); Global Head (Compliance); Head (Enterprise Financial Crimes Compliance); and General Counsel (Global Compliance and Regulatory Management)) | AML compliance work that JPMorgan performed relating to Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein.<br><br>Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |

---

[1] JPMorgan has identified those individuals who, at this point in the litigation, may have information uniquely related to its breach of fiduciary duty and faithless servant claims against Mr. Staley. All witnesses may have information related to the underlying claims of the USVI for which JPMorgan seeks contribution or indemnity. JPMorgan does not waive its rights to further amend or supplement these disclosures through discovery.

-3-

| | |
|---|---|
| McHugh, Patrick (Executive Director, JP Morgan Private Bank) | Transaction information relating to Jeffrey Epstein's account activity at JPMorgan and accounts related to Jeffrey Epstein. |
| Morris, Paul* (former Banker (Private Bank)) | JPMorgan's private banking client relationship with Jeffrey Epstein. |
| Staley, James Edward* (former CEO (Private Bank); CEO (Investment Bank); CEO (Asset Management); Global Head (Asset & Wealth Management); Head (Private Bank)) | JPMorgan's private banking client relationship with Jeffrey Epstein. Jeffrey Epstein's involvement in recruiting other private banking clients for JPMorgan. Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. Knowledge of Jeffrey Epstein's activities as alleged by Plaintiff USVI and Jane Doe 1 (in Case No. 22-cv-10019). Third-Party Defendant. |
| Stephen Cutler* (former Executive Vice President, General Counsel) | JPMorgan's private banking relationship with Epstein. JPMorgan's retention and exit of Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein. Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Mary Casey (Managing Director, Private Bank) | JPMorgan's private banking client relationship with Jeffrey Epstein. Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Justin Nelson (Managing Director and Head of Asset Management and Financial Principals Coverage, Private Bank) | JPMorgan's private banking client relationship with Jeffrey Epstein. Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |

---

* These individuals no longer work at JPMorgan and may be separately represented. To the extent these individuals are separately represented, JPMorgan will provide contact information for their counsel when available.

| | |
|---|---|
| Jonathan Schwartz* (former General Counsel, Investment Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Catherine Keating* (former CEO, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| John Duffy* (former CEO, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Anne Verdon (former General Counsel, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Jane Doe 1 (Plaintiff in Case No. 22-cv-10019) | Mr. Staley's alleged sexual abuse of Jane Doe 1 and others through his relationship with Jeffrey Epstein. |
| Jane Doe 1 (Plaintiff in Case No. 22-cv-10018) | Mr. Staley's alleged sexual abuse of Jane Doe 1 and others through his relationship with Jeffrey Epstein. |
| Governor Albert Bryan, Jr. | Tax exemptions and associated negotiations made to and with Jeffrey Epstein. |
| Former Governor John de Jongh | Tax exemptions and associated negotiations made to and with Jeffrey Epstein. |
| Sebastiano Paiewonsky-Cassinelli | Epstein's contacts with USVI Government officials including Former Governor John de Jongh. |
| John McDonald | IBE licenses granted and associated negotiations made to and with Jeffrey Epstein in his capacity as Director of the Office of the Lieutenant Governor, Division of Banking and |

| | |
|---|---|
| | Insurance. |
| Cecile René Galiber-de Jongh | Economic incentives and associated business deals made or proposed to and with Jeffrey Epstein. Donations Jeffrey Epstein made to various officials and organizations in the United States Virgin Islands. Complaints submitted to Jeffrey Epstein's office about his associated corporations or personal activity. Account activity for Jeffrey Epstein's associated organizations, including Southern Trust Company. |
| Jeanne Brennan | Economic incentives and associated business deals made or proposed to and with Jeffrey Epstein. Account activity for Jeffrey Epstein's associated organizations, including Southern Trust Company and Financial Trust Company. |
| Representative of United States Virgin Islands Water and Power Authority | Permits and exemptions related to Jeffery Epstein and his privately owned island in the United States Virgin Islands. |
| Stacey Plaskett | Interactions with Epstein in individual capacity, as General Counsel for Economic Development Authority, and as United States Virgin Islands Delegate. |
| Former Governor Kenneth Mapp | Interactions with Epstein in individual capacity and as Governor of USVI. |
| Dawn Henry | Interactions with Epstein in individual capacity and as Commissioner of the USVI Department of Planning and Natural Resources. |
| Ronald Russell | Interactions with Epstein and Epstein associates in individual capacity and as State Senator in USVI. |
| James O'Bryan Jr. | Interactions with Epstein and Epstein associates in individual capacity and as State Senator in USVI. |
| Celestino White | Interactions with Epstein in individual capacity, as State Senator in USVI, Port Authority board member, former USVI Chief of Police, and member of Kenneth Mapp's transition team. |
| Carlton Dowe | Interactions with Epstein in individual capacity and as Executive Director of the Port Authority and former State Senator in the USVI. |

| | |
|---|---|
| Gloria Lambert | Interactions with and supervision of Epstein in her capacity as Cyril E. King Airport supervisor. |
| [First Name Unknown] Carpenter | Interactions with and supervision of Epstein in his/her capacity as Cyril E. King Airport supervisor. |
| JP Oriol | Interactions with Epstein in individual capacity, as Director of Coastal Zone Management, and Commissioner of Department of Planning and Natural Resources. |
| Sandra Bess | Interactions with Epstein in individual capacity, through audit of Epstein-related entity in 2014, as Economic Development Commission compliance officer with the USVI Economic Development Authority. |
| Representative of United States Virgin Islands Department of Planning and Natural Resources | Permits issued to and investigations related to Jeffrey Epstein. |
| Alicia Barnes | Interactions with Epstein in individual capacity, as Assistant CEO of the EDA and as the former Commissioner of the DPNR. |
| Robert Mathes | Interactions with Epstein in individual capacity, and as the former Commissioner of the DPNR. |
| Representative of United States Virgin Islands Department of Justice | Information related to Jeffrey Epstein's status as a registered sex offender and any complaints, reports, investigations, interviews, and other information received about Jeffrey Epstein. |
| Wayne Anderson | Interactions with Epstein or his counsel concerning Mr. Epstein's input on the language of the USVI sex offender registration legislation. |
| Monica Carbon | Interactions with Epstein or his counsel in individual capacity and as an employee of USVI DOJ involved in sex offender monitoring. |
| Vincent Frazer | Interactions with Epstein or his counsel in individual capacity and as Attorney General for USVI under John de Jongh. |
| Denise George | Interactions with Epstein or his counsel in individual capacity and as Attorney General for USVI under Governor Albert Bryan. |
| Carol Thomas-Jacobs | Interactions with Epstein or his counsel in individual capacity and as Deputy Attorney General and Acting Attorney General for USVI under Governors Kenneth Mapp and Albert |

|  | Bryan. |
|---|---|
| Shanni Pinney | Interactions with Epstein in individual capacity and as the Sex Offender Registry Program Manager; Information related to Jeffrey Epstein's status as a registered sex offender, and any complaints, reports, investigations, interviews, and other information received about Jeffrey Epstein. |
| Kevin Augustin | Interactions with Epstein in individual capacity and as a Territorial Manager with the Sex Offender Registry Office. |
| Inais Borque | Interactions with Epstein in individual capacity and as an investigator with the Sex Offender Registry Office. |
| Merlyn Petty | Interactions with Epstein in individual capacity and as an employee with the Sex Offender Registry Office. |
| T'Niqua Rogers | Interactions with Epstein in individual capacity and as a special agent for the USVI DOJ involved in monitoring Epstein as a registered sex offender. |
| United States Virgin Islands Economic Development Authority | Economic development tax incentives received or requested by Jeffrey Epstein and any attendant negotiations. |
| Margarita Benjamin | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Stephanie Berry | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Wayne Biggs | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Percival Clouden | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Kamal Latham | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Tracy Lynch Bhola | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Jennifer Nugent-Hill | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Joy Penn | Economic development tax incentives received or requested by Jeffrey Epstein. |

| | |
|---|---|
| Shanell Petersen | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Semele George | Economic development tax incentives received or requested by Jeffrey Epstein. |
| Henry Smock | Economic development tax incentives received or requested by Jeffrey Epstein. |
| United States Virgin Islands Police Department | Complaints, reports, investigations, interviews, and other derogatory information received about Jeffrey Epstein. |
| United States Virgin Islands Department of Human Services | Information relating to Jeffrey Epstein |
| United States Virgin Islands Department of Health | Information relating to Jeffrey Epstein |
| Financial Crimes Enforcement Network | Information concerning reports of financial transactions of Jeffrey Epstein and related individuals and entities |
| U.S. Customs and Border Protection | Information concerning passengers on Jeffrey Epstein's aircraft and visitors to his residence |
| Federal Bureau Of Investigation | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| United States Attorney's Office For The Southern District Of New York | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| United States Attorney's Office For The Southern District Of Florida | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Palm Beach Sheriff's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Palm Beach Police Department | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Virgin Islands Department Of Justice | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Santa Fe County Sherriff's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| New York Police Department | Information concerning law enforcement actions and investigations into Epstein and related entities. |

| | |
|---|---|
| Manhattan District Attorney's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| The Epstein Estate | Information concerning Epstein and related entities. |
| The Epstein Victims Compensation Program | Information concerning claims made by victims against Epstein and their resolution. |
| Andrew Farkas | Information concerning Epstein's activities in the USVI including Epstein's involvement in the ownership and management of entities that received tax benefits from the USVI. |
| Maria Hodge | Information related to Epstein's activities in the USVI as former personal attorney to Epstein. |
| Erika Kellerhals | Information related to Epstein's activities in the USVI as former personal attorney to Epstein. |
| Clive Rivers | Information related to Epstein's activities in the USVI as former personal attorney to Epstein. |

In addition to the above-named individuals, all persons deposed in this case and other persons identified in the documents described in Section II below may have discoverable information that JPMorgan may use to support its claims or defenses. JPMorgan reserves the right to modify and supplement the foregoing list and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, JPMorgan learns that such additional persons have knowledge or information that JPMorgan may use to support its claims or defenses.

Further, JPMorgan also reserves the right to call as witnesses individuals in addition to those identified herein to the extent such witnesses are required to authenticate an exhibit offered into evidence or to establish chain of custody of an exhibit offered into evidence. JPMorgan also may rely on expert witnesses, to be disclosed in accordance with Federal Rule of Civil Procedure 26(a)(2), to support its claims or defenses. JPMorgan specifically reserves the right to call any deponent or declarant in this action as a trial witness to testify regarding matters covered in his/her

deposition or declaration and/or to rely on any such testimony in support of its claims or defenses in this case. JPMorgan further specifically reserves the right to call any individual(s) identified in the Plaintiff's disclosures, including as amended.

## II.     CATEGORIES OF RELEVANT DOCUMENTS

At present, JPMorgan believes that the following documents, electronically stored information, and tangible things may be used to support JPMorgan's claims or defenses, unless such use is solely for impeachment. This disclosure does not include documents solely within the Plaintiff's or the Third-Party Defendant's possession, custody, or control. This disclosure does not include expert materials that may be or have been developed, which will be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2). This disclosure does not constitute an admission as to the existence, relevance, or admissibility of the identified materials or a waiver of any attorney-client privilege, work product protection, or other applicable privilege or immunity.

1) Documents, communications, and electronically stored information relating to JPMorgan's AML compliance program and other policies and practices.

2) Documents, communications, and electronically stored information relating to Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein at JPMorgan.

3) Documents, communications, and electronically stored information relating to James Staley's employment, compensation, and duties at JPMorgan, including JPMorgan policies and codes of conduct.

4) Documents, communications, and electronically stored information relating to James Staley's communications with or about Jeffrey Epstein.

JPMorgan will make the foregoing documents available for inspection or copying at a time and place to be mutually agreed upon by the parties, subject to any applicable privacy or other

restrictions and to the extent they are non-privileged and in JPMorgan's possession, custody, and control. JPMorgan has produced Mr. Staley's personnel file which includes Mr. Staley's Code of Conduct affirmations and information regarding Mr. Staley's compensation, and points Mr. Staley to the following documents in support of its claims:

JPM-SDNYLIT-00178143–JPM-SDNYLIT-00178494

JPM-SDNYLIT-00202227–JPM-SDNYLIT-00204753

JPM-SDNYLIT-00204821–JPM-SDNYLIT-00204836

In addition to the above-described documents, JPMorgan expects that, during the course of discovery, experts will identify documents used to support their opinions pertaining to the issues in this case. Further, JPMorgan may rely upon publicly available documents and documents that have been identified in the initial disclosures of any other party or may be obtained through discovery or are otherwise produced by the Plaintiff and/or third parties.

Because discovery, investigation, and analysis of these matters are ongoing, JPMorgan expects to discover additional documents and/or tangible things upon which it may rely to support its claims or defenses, including documents from the Third-Party Defendant, who has not yet produced any documents in this case. JPMorgan therefore reserves the right to supplement this information accordingly.

Notwithstanding this identification of these categories of documents, JPMorgan reserves the right to object to any of the Plaintiff's discovery requests on related topics to the extent such requests are overly broad, unduly burdensome, and/or call for documents beyond the scope of JPMorgan's discovery obligations under the Federal Rules of Civil Procedure or the Local Rules, and/or any other applicable basis for objection.

### III. CALCULATION OF DAMAGES

**USVI v. JPMorgan:**

Not applicable.

**JPMorgan v. Staley:**

As stated in its Third-Party Complaint, JPMorgan seeks the following damages from Staley:

1) All damages awarded to the USVI as discussed in Section 3 of USVI's Supplemental Initial Disclosures dated March 22, 2023.

2) Damages for breach of fiduciary duty, including all damages awarded to the USVI as discussed in Section 3 of USVI's Supplemental Initial Disclosures dated March 22, 2023, all costs of defending the *USVI v. JPMorgan Chase Bank, N.A.* litigation to be determined after JPMorgan's liability has been decided, and reputational damage from the litigation to be determined based on expert testimony.[2]

3) All compensation paid by JPMorgan to Staley from 2006 through 2013, which JPMorgan has calculated at this time based on the documents it has produced (*see supra*) to be approximately not less than $140,000,000.

4) Punitive damages in an amount to be determined at trial.

### IV. INSURANCE

Insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment in this action have been made available for inspection and copying and can be found at the following Bates numbers:

---

[2] JPMorgan is currently determining the damages it has suffered and will suffer as a result of this litigation and will amend these disclosures when it has a reasonable calculation of those damages.

JPM-SDNYLIT-00762790
JPM-SDNYLIT-00762803
JPM-SDNYLIT-00762885
JPM-SDNYLIT-00762920
JPM-SDNYLIT-00762932
JPM-SDNYLIT-00762944
JPM-SDNYLIT-00762958
JPM-SDNYLIT-00762974
JPM-SDNYLIT-00763005
JPM-SDNYLIT-00763064
JPM-SDNYLIT-00763075
JPM-SDNYLIT-00763086
JPM-SDNYLIT-00763104
JPM-SDNYLIT-00763127
JPM-SDNYLIT-00763149
JPM-SDNYLIT-00763184
JPM-SDNYLIT-00763199
JPM-SDNYLIT-00763222
JPM-SDNYLIT-00763224
JPM-SDNYLIT-00763225
JPM-SDNYLIT-00763231
JPM-SDNYLIT-00763244
JPM-SDNYLIT-00763257
JPM-SDNYLIT-00763288
JPM-SDNYLIT-00763326
JPM-SDNYLIT-00763337
JPM-SDNYLIT-00763352
JPM-SDNYLIT-00763353
JPM-SDNYLIT-00763357
JPM-SDNYLIT-00763373
JPM-SDNYLIT-00763375
JPM-SDNYLIT-00763388
JPM-SDNYLIT-00763395
JPM-SDNYLIT-00763408
JPM-SDNYLIT-00763526
JPM-SDNYLIT-00763564
JPM-SDNYLIT-00763565
JPM-SDNYLIT-00763566
JPM-SDNYLIT-00763596
JPM-SDNYLIT-00763599
JPM-SDNYLIT-00763608
JPM-SDNYLIT-00763615
JPM-SDNYLIT-00763632
JPM-SDNYLIT-00763652
JPM-SDNYLIT-00763672
JPM-SDNYLIT-00763693
JPM-SDNYLIT-00763718
JPM-SDNYLIT-00763729
JPM-SDNYLIT-00763736
JPM-SDNYLIT-00763749
JPM-SDNYLIT-00763750
JPM-SDNYLIT-00763751
JPM-SDNYLIT-00763752
JPM-SDNYLIT-00763782
JPM-SDNYLIT-00763823
JPM-SDNYLIT-00763942
JPM-SDNYLIT-00763945
JPM-SDNYLIT-00763970
JPM-SDNYLIT-00763997
JPM-SDNYLIT-00764006
JPM-SDNYLIT-00764013
JPM-SDNYLIT-00764043
JPM-SDNYLIT-00764046
JPM-SDNYLIT-00764063
JPM-SDNYLIT-00764100
JPM-SDNYLIT-00764101
JPM-SDNYLIT-00764102
JPM-SDNYLIT-00764103
JPM-SDNYLIT-00764104
JPM-SDNYLIT-00764105
JPM-SDNYLIT-00764106
JPM-SDNYLIT-00764133
JPM-SDNYLIT-00764156
JPM-SDNYLIT-00764188
JPM-SDNYLIT-00764308
JPM-SDNYLIT-00764332
JPM-SDNYLIT-00764341
JPM-SDNYLIT-00764366
JPM-SDNYLIT-00764397
JPM-SDNYLIT-00764414
JPM-SDNYLIT-00764440
JPM-SDNYLIT-00764443
JPM-SDNYLIT-00764444
JPM-SDNYLIT-00764451
JPM-SDNYLIT-00764452
JPM-SDNYLIT-00764453
JPM-SDNYLIT-00764454
JPM-SDNYLIT-00764455
JPM-SDNYLIT-00764462
JPM-SDNYLIT-00764463
JPM-SDNYLIT-00764464
JPM-SDNYLIT-00764465
JPM-SDNYLIT-00764466
JPM-SDNYLIT-00764467
JPM-SDNYLIT-00764468
JPM-SDNYLIT-00764470
JPM-SDNYLIT-00764496
JPM-SDNYLIT-00764511
JPM-SDNYLIT-00764521
JPM-SDNYLIT-00764536
JPM-SDNYLIT-00764548
JPM-SDNYLIT-00764561
JPM-SDNYLIT-00764575
JPM-SDNYLIT-00764582
JPM-SDNYLIT-00764587
JPM-SDNYLIT-00764593
JPM-SDNYLIT-00764713
JPM-SDNYLIT-00764832
JPM-SDNYLIT-00764950
JPM-SDNYLIT-00765068
JPM-SDNYLIT-00765186
JPM-SDNYLIT-00765305
JPM-SDNYLIT-00765434
JPM-SDNYLIT-00765587
JPM-SDNYLIT-00765588
JPM-SDNYLIT-00765721
JPM-SDNYLIT-00765735
JPM-SDNYLIT-00765864
JPM-SDNYLIT-00765871
JPM-SDNYLIT-00765876
JPM-SDNYLIT-00765880
JPM-SDNYLIT-00765886
JPM-SDNYLIT-00766054
JPM-SDNYLIT-00766187
JPM-SDNYLIT-00766193
JPM-SDNYLIT-00766336
JPM-SDNYLIT-00766362
JPM-SDNYLIT-00766379
JPM-SDNYLIT-00766403
JPM-SDNYLIT-00766410

| | | |
|---|---|---|
| JPM-SDNYLIT-00766484 | JPM-SDNYLIT-00768856 | JPM-SDNYLIT-00773337 |
| JPM-SDNYLIT-00766569 | JPM-SDNYLIT-00768868 | JPM-SDNYLIT-00773340 |
| JPM-SDNYLIT-00766574 | JPM-SDNYLIT-00768892 | JPM-SDNYLIT-00773356 |
| JPM-SDNYLIT-00766657 | JPM-SDNYLIT-00768963 | JPM-SDNYLIT-00773476 |
| JPM-SDNYLIT-00766798 | JPM-SDNYLIT-00769341 | JPM-SDNYLIT-00773595 |
| JPM-SDNYLIT-00766805 | JPM-SDNYLIT-00769423 | JPM-SDNYLIT-00773713 |
| JPM-SDNYLIT-00766857 | JPM-SDNYLIT-00769443 | JPM-SDNYLIT-00773831 |
| JPM-SDNYLIT-00766877 | JPM-SDNYLIT-00769474 | JPM-SDNYLIT-00773949 |
| JPM-SDNYLIT-00767011 | JPM-SDNYLIT-00769634 | JPM-SDNYLIT-00774068 |
| JPM-SDNYLIT-00767145 | JPM-SDNYLIT-00769750 | JPM-SDNYLIT-00774204 |
| JPM-SDNYLIT-00767281 | JPM-SDNYLIT-00769911 | JPM-SDNYLIT-00774307 |
| JPM-SDNYLIT-00767424 | JPM-SDNYLIT-00769946 | JPM-SDNYLIT-00774461 |
| JPM-SDNYLIT-00767446 | JPM-SDNYLIT-00770041 | JPM-SDNYLIT-00774626 |
| JPM-SDNYLIT-00767464 | JPM-SDNYLIT-00770190 | JPM-SDNYLIT-00774909 |
| JPM-SDNYLIT-00767472 | JPM-SDNYLIT-00770200 | JPM-SDNYLIT-00774933 |
| JPM-SDNYLIT-00767486 | JPM-SDNYLIT-00770348 | JPM-SDNYLIT-00774953 |
| JPM-SDNYLIT-00767508 | JPM-SDNYLIT-00770482 | JPM-SDNYLIT-00774973 |
| JPM-SDNYLIT-00767597 | JPM-SDNYLIT-00770502 | JPM-SDNYLIT-00774992 |
| JPM-SDNYLIT-00767621 | JPM-SDNYLIT-00770562 | JPM-SDNYLIT-00775011 |
| JPM-SDNYLIT-00767626 | JPM-SDNYLIT-00770662 | JPM-SDNYLIT-00775041 |
| JPM-SDNYLIT-00767686 | JPM-SDNYLIT-00770692 | JPM-SDNYLIT-00775081 |
| JPM-SDNYLIT-00767844 | JPM-SDNYLIT-00770725 | JPM-SDNYLIT-00775111 |
| JPM-SDNYLIT-00767963 | JPM-SDNYLIT-00770757 | JPM-SDNYLIT-00775118 |
| JPM-SDNYLIT-00768057 | JPM-SDNYLIT-00770782 | JPM-SDNYLIT-00775137 |
| JPM-SDNYLIT-00768136 | JPM-SDNYLIT-00770805 | JPM-SDNYLIT-00775172 |
| JPM-SDNYLIT-00768203 | JPM-SDNYLIT-00770827 | JPM-SDNYLIT-00775187 |
| JPM-SDNYLIT-00768362 | JPM-SDNYLIT-00771149 | JPM-SDNYLIT-00775219 |
| JPM-SDNYLIT-00768503 | JPM-SDNYLIT-00773075 | JPM-SDNYLIT-00775248 |
| JPM-SDNYLIT-00768533 | JPM-SDNYLIT-00773204 | JPM-SDNYLIT-00775278 |
| JPM-SDNYLIT-00768648 | JPM-SDNYLIT-00773207 | JPM-SDNYLIT-00775304 |
| JPM-SDNYLIT-00768664 | JPM-SDNYLIT-00773209 | JPM-SDNYLIT-00775311 |
| JPM-SDNYLIT-00768690 | JPM-SDNYLIT-00773215 | JPM-SDNYLIT-00775338 |
| JPM-SDNYLIT-00768721 | JPM-SDNYLIT-00773224 | JPM-SDNYLIT-00775352 |
| JPM-SDNYLIT-00768744 | JPM-SDNYLIT-00773240 | JPM-SDNYLIT-00775376 |
| JPM-SDNYLIT-00768769 | JPM-SDNYLIT-00773263 | JPM-SDNYLIT-00775404 |
| JPM-SDNYLIT-00768793 | JPM-SDNYLIT-00773275 | JPM-SDNYLIT-00787742 |
| JPM-SDNYLIT-00768815 | JPM-SDNYLIT-00773293 | |
| JPM-SDNYLIT-00768842 | JPM-SDNYLIT-00773318 | |

Dated: May 30, 2023

**MASSEY & GAIL LLP**

/s/ *Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
Caitlin Kovacs (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com
ckovacs@masseygail.com

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth
John J. Butts
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

Ronald C. Machen
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
ronald.machen@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, the foregoing document, entitled "Defendant's Fourth Supplemental Initial Disclosures to Plaintiff, Government of the United States Virgin Islands," was served in accordance with the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the Southern District of New York upon the attorneys for the plaintiff in the above-entitled action by electronic mail.

DATED:	May 30, 2023
	Boston, MA

By: */s/ Felicia H. Ellsworth*