IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>  Third-Party Defendant. | Case Number: 1:22-cv-10019-JSR |

## DECLARATION OF JONATHAN DUNN

I, Jonathan Dunn, submit this declaration pursuant to Local Rule 1.4 in support of the accompanying Motion For Leave to Withdraw Jonathan Dunn As Counsel of Record.

1. I am an attorney licensed to practice law in Maryland and the District of Columbia. I am admitted to practice before this Court for this matter *pro hac vice*. I am an attorney in the law firm of Williams & Connolly LLP and counsel of record for Third-Party Defendant.

2. Due to my departure from Williams & Connolly LLP on September 1, 2023, I am no longer able to represent Third-Party Defendant.

3. Third-Party Defendant continues to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket. Accordingly, my withdrawal from this case will not cause any delay or prejudice.

1

4.     I am not asserting a retaining or charging lien of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on August 31, 2023.

/s/ Jonathan Dunn  
Jonathan Dunn