# EXHIBIT 4

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
    -against-                 1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,
          Plaintiff
          Vs.
JPMORGAN CHASE BANK, N.A.
------------------------------------------x
             C O N F I D E N T I A L
             Videotaped oral deposition of
      FRANCIS PEARN taken pursuant to notice,
      was held at BOIES SCHILLER FLEXNER LLP,
      commencing May 30, 2023, 9:34 a.m., on
      the above date, before Leslie Fagin, a
      Court Reporter and Notary Public in the
      State of New York.


             MAGNA LEGAL SERVICES
                (866) 624-6221
```



```
                                                          Page 182
 1                     F Pearn
 2   customer?                                            14:00:22
 3        A.   Sorry, what do you mean and that           14:00:26
 4   customer?                                            14:00:29
 5        Q.   Did Epstein have a role in                 14:00:29
 6   introducing JPMorgan to Leon Black or                14:00:31
 7   expanding his accounts at JPMorgan?                  14:00:34
 8             MR. BUTTS:   Object to form.               14:00:37
 9             You may answer.                            14:00:38
10        A.   As the founder and one of the              14:00:39
11   senior leaders at Apollo Global Management,          14:00:44
12   the bank had a long established relationship         14:00:47
13   with Apollo and with Mr. Black.                      14:00:50
14             My understanding is that Leon Black        14:00:57
15   was one of Mr. Epstein's clients as a money          14:01:01
16   manager.  And as far as I've been able to            14:01:05
17   determine, we don't see any -- or I don't see        14:01:12
18   any introduction of Leon Black as a private          14:01:16
19   bank client through Mr. Epstein.                     14:01:21
20        Q.   What about Bill Gates, what's your         14:01:23
21   understanding of the relationship between            14:01:26
22   Jeffrey Epstein and Bill Gates and did he            14:01:29
23   facilitate either the creation of accounts           14:01:32
24   with JPMorgan or an expansion of his business        14:01:36
25   with JPMorgan?                                       14:01:38
```



Page 183

```
 1                    F Pearn
 2           MR. BUTTS:  That's a compound         14:01:39
 3      question.  He can answer them one at a    14:01:40
 4      time, but not both.                       14:01:42
 5      A.   The first, I am aware of Bill        14:01:43
 6  Gates' knowing and relationship with Epstein, 14:01:47
 7  again, through the press, photographs and     14:01:52
 8  such, and Mr. Gates' comments about           14:01:56
 9  unfortunately knowing Epstein.  That's that.  14:02:01
10           On the second, I have not seen any   14:02:06
11  evidence or any documents that would indicate 14:02:08
12  that Jeffrey Epstein was involved in bringing 14:02:12
13  Bill Gates to JPMorgan as a private bank      14:02:19
14  client.  We had a long established            14:02:23
15  relationship with Mr. Gates as well as        14:02:28
16  Mr. Black at the institution.                 14:02:30
17      Q.   Are you aware of a project that      14:02:31
18  Bill Gates and Jeffrey Epstein were involved  14:02:33
19  in in 2011 to 2013 concerning the             14:02:35
20  establishment of a fund for charitable        14:02:40
21  donations?                                    14:02:43
22           MR. BUTTS:  Objection.               14:02:44
23           You may answer.                      14:02:45
24      A.   I am aware of that initiative, yes.  14:02:45
25      Q.   What is your understanding of that   14:02:48
```

