# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
        Plaintiff,
                        Civil Action No.
  -against-         1:22-cv-10019-JSR
JP MORGAN CHASE BANK, N.A.
        Defendants.
- - - - - - - - - - - - - - - - - - - - x
    Highly Confidential-Attorneys Eyes Only

        Videotaped oral deposition of
JUSTIN NELSON, taken pursuant to
subpoena, was held BOIES SCHILLER
FLEXNER, 55 Hudson Yards,New York, New
York commencing April 21, 2023, 9:42
a.m., on the above date, before Leslie
Fagin, a Court Reporter and Notary
Public in the State of New York.

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 8

```
1              J. Nelson - Confidential
2      discussion within that meeting that led to        09:45:54
3      the conclusion that Jeffrey Epstein was going     09:45:56
4      to be terminated as a client?                     09:45:57
5           A.   I don't remember specifics.             09:45:59
6           Q.   What was your understanding as to       09:46:00
7      the reason or reasons that Jeffrey Epstein        09:46:02
8      was going to be terminated?                       09:46:04
9           A.   Reputational risk.                      09:46:06
10          Q.   By reputational risk, what did that     09:46:08
11     mean in this particular context, that being       09:46:14
12     related to Jeffrey Epstein?                       09:46:16
13               MR. BUTTS:  Objection to form.          09:46:18
14               You can answer.                         09:46:20
15          A.   I think we are aware of the history     09:46:21
16     of Jeffrey, Mr. Epstein, I think that's what      09:46:26
17     went into that decision.                          09:46:31
18          Q.   Do you remember there being a           09:46:32
19     discussion about any specific banking             09:46:36
20     activity in which he was engaged at the time,     09:46:39
21     that being 2013 time period, that also            09:46:42
22     contributed to that decision?                     09:46:46
23               MR. BUTTS:  Objection to form.          09:46:47
24               You may answer.                         09:46:50
25          A.   I don't remember.                       09:46:50
```



Page 32

```
 1         J. Nelson - Confidential
 2      A.   No.                                      10:10:07
 3      Q.   Did you think that Jeffrey Epstein       10:10:08
 4   should have been terminated as a client when     10:10:10
 5   he was?                                          10:10:13
 6      A.   No.                                      10:10:14
 7      Q.   Why not?                                 10:10:14
 8      A.   Obviously, I knew about the past         10:10:17
 9   and what he had done.  Interactions I had        10:10:20
10   with him were all very professional.  I was      10:10:24
11   aware of things that happened in the past,       10:10:28
12   but that's all I have to add about it.           10:10:30
13      Q.   Did you voice any objection when         10:10:33
14   you learned that Jeffrey Epstein was going to    10:10:35
15   be terminated as a client from JPMorgan?         10:10:38
16      A.   No.                                      10:10:41
17      Q.   Why not?                                 10:10:43
18      A.   Respect the decision of the firm         10:10:43
19   and all the work, the team's decision on how     10:10:45
20   they wanted to approach it.                      10:10:49
21      Q.   It looks like from your book of          10:10:51
22   business, you have numerous clients that are     10:10:52
23   ultra high net worth individuals, right?         10:10:55
24      A.   I do.                                    10:10:57
25      Q.   And even in 2013, Jeffrey Epstein        10:10:58
```



```
                                                          Page 42
 1          J. Nelson - Confidential
 2   with Mr. Epstein being forthcoming with          10:19:51
 3   information related to his accounts?            10:19:54
 4        A.   I don't remember.                     10:19:55
 5        Q.   One way or the other?                 10:19:56
 6        A.   No.                                   10:19:58
 7        Q.   I'm finished with that exhibit.       10:19:58
 8             So in the end of 2013, when Jeffrey   10:20:16
 9   Epstein is told that his accounts are going     10:20:24
10   to be terminated, what was your relationship    10:20:27
11   at that time with Jeffrey Epstein, how would    10:20:31
12   you characterize it?                            10:20:34
13             MR. BUTTS:  Objection to form.        10:20:35
14             You may answer.                       10:20:36
15        A.   Like any other client relationship,   10:20:36
16   professional relationship.                      10:20:42
17        Q.   Did you ask risk or compliance or     10:20:44
18   anyone about receiving a greater explanation    10:20:51
19   for why the Jeffrey Epstein relationship was    10:20:55
20   being terminated?                               10:20:58
21        A.   I don't remember.                     10:20:59
22        Q.   Who were the primary advocates, if    10:21:00
23   you remember, for the termination of Jeffrey    10:21:05
24   Epstein from JPMorgan?                          10:21:08
25        A.   I don't remember that either,         10:21:11
```



```
                                                    Page 117
 1          J. Nelson - Confidential
 2      A.   It's possible.                         11:44:21
 3      Q.   Did you ever get confirmation of       11:44:21
 4   that?                                          11:44:24
 5      A.   I don't remember.                      11:44:24
 6      Q.   Was it only one telephone              11:44:25
 7   conversation you had with Jes about Jeff       11:44:31
 8   Epstein before becoming the private banker?    11:44:34
 9      A.   Yes.                                   11:44:36
10      Q.   Tell me about that conversation.      11:44:36
11   You initiated it and then what was the         11:44:37
12   conversation?                                  11:44:39
13          MR. BUTTS:  Objection to form.         11:44:41
14          You may answer.                         11:44:43
15      A.   It was a while ago, but --             11:44:43
16      Q.   It's only 10 years ago.  You got      11:44:47
17   this.                                          11:44:49
18      A.   I remember raising my concerns to     11:44:49
19   him, I remember him letting me know that it    11:44:52
20   was okay to do this and I trust him, have a    11:44:57
21   good relationship with him and accepted that   11:45:03
22   and moved on.                                  11:45:05
23      Q.   What was the origin of your concern   11:45:06
24   when you -- that led to you picking up the     11:45:13
25   phone to call Jes Staley?                      11:45:16
```



```
                                                    Page 189
 1        J. Nelson - Confidential
 2        A.   I don't, but it says it was              13:46:07
 3   confirmed, whether it happened or not,             13:46:08
 4   though, I don't remember.                          13:46:11
 5        Q.   Given the timing of this meeting,        13:46:11
 6   April of 2014, do you know what the subject        13:46:15
 7   matter would have been in a meeting with           13:46:17
 8   Jeffrey Epstein about?                             13:46:24
 9        A.   No.                                      13:46:24
10        Q.   Other than meeting with him about        13:46:24
11   issues related to Leon Black, were there any       13:46:26
12   other issues that you met with Jeffrey             13:46:30
13   Epstein about after he was no longer a client      13:46:33
14   of JPMorgan?                                       13:46:36
15        A.   Not that I remember.                     13:46:37
16        Q.   Did you have any involvement in the      13:46:38
17   -- strike that.                                    13:46:47
18             Did Jeffrey Epstein ever introduce       13:46:48
19   you to Bill Gates?                                 13:46:50
20        A.   He did not.  He had referenced that      13:46:51
21   he knew him, but I never met Bill Gates.           13:46:54
22        Q.   In what context did Jeffrey Epstein      13:46:58
23   say he knew Bill Gates?                            13:47:04
24        A.   He had mentioned that Bill Gates         13:47:06
25   was at his house having breakfast with him.        13:47:09
```



```
                                                        Page 190
 1          J. Nelson - Confidential
 2    I forget when he mentioned that, but I          13:47:12
 3    remember him saying that.                       13:47:15
 4         Q.    Were you ever made aware of          13:47:15
 5    something called the Donor Advisory Fund?       13:47:17
 6         A.    No.                                  13:47:21
 7         Q.    Did you ever speak with Jeffrey      13:47:21
 8    Epstein about a fund that he was trying to      13:47:30
 9    put together with Bill Gates and some other     13:47:36
10    very wealthy people that he was intending to    13:47:40
11    bring JPMorgan in on?                           13:47:47
12         A.    No.                                  13:47:48
13         Q.    Did Jeffrey Epstein ever say that    13:47:49
14    he was going to introduce you to Bill Gates    13:47:55
15    at any time?                                    13:47:58
16         A.    No.                                  13:47:58
17         Q.    So him telling you -- Jeffrey        13:47:59
18    Epstein was just telling you that he had        13:48:03
19    breakfast at his house with Bill Gates with     13:48:05
20    no other real context to it?                    13:48:07
21         A.    To make sure probably that he knew   13:48:11
22    -- that I knew he had wealthy clients.          13:48:17
23              (Nelson Exhibit 6, email thread,      13:49:01
24         marked for identification.)                13:50:37
25         A.    Okay.                                13:50:37
```

