# EXHIBIT 22

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
      GOVERNMENT OF THE UNITED     )
 3    STATES VIRGIN ISLANDS        )
                                   )
 4          Plaintiff,             )
                                   )
 5    vs.                          ) 1:22-cv-10904-JSR
                                   )
 6    JPMORGAN CHASE BANK, N.A.,   )
                                   )
 7          Defendant/Third-       )
            Party Plaintiff.       )
 8    _____ )
      JPMORGAN CHASE BANK, N.A.    )
 9                                 )
            Third-Party            )
10          Plaintiff,             )
                                   )
11    vs.                          )
                                   )
12    JAMES EDWARD STALEY,         )
                                   )
13          Third-Party            )
            Defendant.             )
14
                 THURSDAY, JULY 13, 2023
15
        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16                       - - -
17           Videotaped deposition of 30(b)(6)
      JPMorgan Chase Bank, N.A., designee Francis
18    Pearn, held at the offices of Williams &
      Connolly, 650 Fifth Avenue, Suite 1500,
19    New York, New York, commencing at 9:41 a.m.
      Eastern, on the above date, before Carrie A.
20    Campbell, Registered Diplomate Reporter and
      Certified Realtime Reporter.
21
22
                         - - -
23
              GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

```
 1            case, what was found.
 2      QUESTIONS BY MR. WOHLGEMUTH:
 3            Q.    So JPMorgan's view is that the
 4      cash activity that Mr. Epstein was engaging
 5      in was, in fact, consistent with the
 6      explanation that he provided?
 7            A.    That's correct.
 8            Q.    Has any other private banking
 9      client of JPMorgan ever said, I'm withdrawing
10      hundreds of thousands of dollars in cash
11      every year to pay for private aviation
12      expenses?  Is that an explanation that's ever
13      been provided to your knowledge, sir?
14                  MR. BUTTS:  Objection.  Beyond
15            the scope.
16                  You may answer as a 30(b)(1)
17            witness.
18                  THE WITNESS:  I have no idea or
19            have heard of that being an
20            explanation for large cash.
21                  That said, I have seen very
22            large amounts of cash be taken out of
23            the bank by private bank clients over
24            my time at the bank.
25            ██████████████████████████████
```

1                     So I just want to be more
2      precise as to how that investigation began.
3            Q.      Understood.
4                     And as it related to
5      Mr. Staley, that investigation began at what
6      time?
7            A.      So that would have been in
8      probably end of September, beginning of
9      October 2019 when we were in, I'd say, very
10     much the heaviest part of the investigation
11     around Mr. Epstein and Ms. Maxwell, for that
12     matter, in response to those subpoenas.
13                    The e-mails that we found
14     between Mr. Staley and Mr. Epstein was part
15     of that investigation, and those e-mails were
16     provided to our AML investigators who then
17     did the work that you saw resulting in the --
18     what I'll call the connection of wires from
19     Mr. Epstein's accounts to the woman ▮▮▮▮▮▮,
20     what have you, and then linking it to the
21     e-mails between Mr. Staley and Mr. Epstein
22     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
23           Q.      JPMorgan was aware before this
24     e-mail review that you've mentioned that
25     Mr. Staley had a relationship with

Confidential Pursuant to Protective Order

```
 1      Mr. Epstein, correct?
 2           A.    That's correct.
 3           Q.    JPMorgan was aware that
 4      Mr. Epstein hosted Mr. Staley at his home,
 5      correct?
 6           A.    That's correct.
 7           Q.    On a number of occasions,
 8      correct?
 9           A.    Correct.
10           Q.    JPMorgan was aware that
11      Mr. Staley visited other properties owned by
12      Mr. Epstein, fair?
13           A.    That's correct.
14           Q.    And when communicating with
15      Mr. Epstein, Mr. Staley used his JPMorgan
16      account primarily it's fair to say, right?
17                 MR. BUTTS:  Objection.
18                 You may answer as a 30(b)(1)
19           witness if you --
20                 THE WITNESS:  I honestly don't
21           know.  I can only comment on what I
22           saw through the JPMorgan e-mail
23           account.
24      QUESTIONS BY MR. WOHLGEMUTH:
25           Q.    Okay.  That's fair.  Let me put
```