# EXHIBIT 23

Case 1:22-cv-10019-JSR   Document 212-23   Filed 09/08/23   Page 2 of 7

www.thesun.co.uk /news/10954385/barclays-boss-jes-staley-investigated-jeffrey-epstein-professional-relationship/

# Barclays boss investigated over 'professional relationship' with paedo Jeffrey Epstein

Brittany Vonow : : 2/13/2020



 

- News
- UK News

EPSTEIN SCANDAL

- Brittany Vonow

- Published: 9:45, 13 Feb 2020
- Updated: 11:08, 13 Feb 2020

A BARCLAYS boss is being investigated over his "professional relationship" with paedo Jeffrey Epstein, it has been revealed today.

Jes Staley admitted he remained in contact with Jeffrey Epstein for seven years after the American financier was convicted of sex offences with minors.



Barclays boss Jes Staley admitted he remained in contact with Jeffrey Epstein after the financier was convicted of sex offences with minorsCredit: AFP and licensors



Jeffrey Epstein died in jail while awaiting trial for child sex trafficking offencesCredit: AP:Associated Press

And he has since apologised for the relationship as the Financial Conduct Authority launched a probe into the relationship between the pair.

Mr Staley said he had last spoken to Epstein in 2015 - seven years after the financier's sex convictions.

The banker said: "It has been very well known I had a professional relationship with Jeffrey Epstein. It goes back to 2000 when I was asked to run the JP Morgan private bank and he was already a client when I joined the private bank.

"The relationship was maintained during my time at JP Morgan but as I left JP Morgan the relationship tapered off quite significantly.

"It began to taper off as I left JP Morgan and contact became much less frequent.

"Obviously I thought I knew him well and I didn't. For sure, with hindsight with what we know now, I deeply regret having any relationship with Jeffrey."

When asked by journalists on Thursday how frequently he spoke to Epstein, compared with other important clients, Mr Staley declined to say.

Epstein, 66, was found dead in his prison cell last year while awaiting child sex trafficking offences.

He had already been jailed in 2008 after being found guilty of prostitution charges including soliciting a minor for prostitution.

The revelations come after Barclays said the Financial Conduct Authority (FCA) and Prudential Regulation Authority (PRA) will investigate the details provided by the bank as officials scrutinise their filings over the relationship.

# PROBE LAUNCHED

In a statement to the stock market, Barclays said: "As has been widely reported, earlier in his career Mr Staley developed a professional relationship with Mr Epstein.

"In the summer of 2019, in light of the renewed media interest in the relationship, Mr Staley volunteered and gave to certain executives, and the chairman, an explanation of his relationship with Mr Epstein."

Barclays added that the boss said he had had no contact with Epstein since joining his current employer in December 2015.

And the board said it was confident that Mr Staley's explanation was enough to recommend him for re-election.

Barclays annual report shows Mr Staley took home a pay packet of £5.93 million in one year.

# MOST READ IN NEWS



**KILLED BY SHOCK**

**Horror as boy, 10, dies after being electrocuted at hotel**



**JAILBREAK MANHUNT**

**Cops seal off huge London park as helicopters hunt escaped terror suspect**



**HIGH DRAMA**

**'All EasyJet passengers thrown off Ibiza flight' after pregnant mum removed**



**SWOOP BUNGLE**

**Moment cops think they've nabbed escaped Khalife but realise it's a lookalike**

Prince Andrew has also faced scrutiny over his relationship with Epstein.

The royal recently insisted he would be "willing" to speak to the FBI about his friendship but US authorities recently claimed they had received "zero cooperation" from him.

It has since been reported the FBI had been trying to interview the under-fire royal since November.

Prince Andrew FAILED to cooperate with the FBI after being asked for interview over Epstein links

Topics

- Jeffrey Epstein

YOU MIGHT LIKE