# EXHIBIT 35

```
 1          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    GOVERNMENT OF THE UNITED    )
 3  STATES VIRGIN ISLANDS       )
                                )
 4        Plaintiff,            )
                                )
 5  vs.                         ) 1:22-cv-10904-JSR
                                )
 6  JPMORGAN CHASE BANK, N.A.,  )
                                )
 7        Defendant/Third-      )
          Party Plaintiff.      )
 8  _____)
    JPMORGAN CHASE BANK, N.A.   )
 9                              )
          Third-Party          )
10        Plaintiff,           )
                               )
11  vs.                        )
                               )
12  JAMES EDWARD STALEY,       )
                               )
13        Third-Party          )
          Defendant.           )
14
                FRIDAY, JULY 14, 2023
15
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16                    - - -
17            Remote videotaped deposition of
    Jonathan Schwartz, held remotely at the
18  location of the witness in New York, New
    York, commencing at 9:34 a.m. Eastern Time,
19  on the above date, before Carrie A. Campbell,
    Registered Diplomate Reporter and Certified
20  Realtime Reporter.
21
22                    - - -
23          GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
25
```

Confidential - Pursuant to Protective Order

```
 1    time?
 2               MS. SHAPIRO:  Objection.
 3    QUESTIONS BY MR. WOHLGEMUTH:
 4         Q.    You can answer, sir.
 5         A.    So there were particularly
 6    New York Post and Daily Mirror -- Daily
 7    Mirror?  I'm not -- Daily Mail, sorry,
 8    stories in that time frame, in early 2011,
 9    that reported on connections to people like
10    from -- between Epstein and people like
11    Prince Andrews -- Prince Andrew, sorry, in
12    the UK.  And in those stories were references
13    to there being new investigations of Epstein.
14               That's what I -- that's
15    essentially what I recall, just there were
16    celebrity connections being made, famous
17    people connections being made, and reporting
18    on new investigations.
19         Q.    Did you understand that
20    Mr. Staley also had a relationship with
21    Mr. Epstein in this time period, 2011?
22         A.    I knew they had a business
23    relationship.  I didn't -- I don't have a
24    recollection of understanding anything more
25    than that or any of the details of their
```

1   relationship.

2        Q.    I think I know the answer to

3   this question, but were you aware of the

4   number of accounts that Mr. Epstein had at

5   JPMorgan?

6        A.    Not at all.

7        Q.    Okay.  Were you able to

8   access -- strike that.

9              Did you access any account

10  activity associated with any Epstein account

11  while you were working on these

12  Epstein-related issues?

13       A.    No.

14       Q.    Did Steve Cutler -- well,

15  strike that.

16             I take it Steve Cutler never

17  asked you to review any Epstein account

18  activity?

19       A.    I do not believe Steve asked me

20  to do that.  He wasn't his client of the

21  investment bank to begin with.

22       Q.    Are you aware of Steve Cutler

23  ever directing anyone to review Epstein's

24  account activity?

25       A.    I don't have any knowledge

Confidential - Pursuant to Protective Order

```
 1          A.     I guess I'd leave that to

 2     others to judge.

 3          Q.     And what do you recall

 4     Mr. Lefkowitz telling you?

 5                 Well, strike that.

 6                 What did you ask Mr. Lefkowitz?

 7          A.     I don't have a clear

 8     recollection of the conversation, but, again,

 9     as part of the prep for today, you know, I

10     saw an e-mail in which I'm reporting on that

11     conversation.

12                 When I saw that e-mail, that

13     jogged my memory of, you know, what is

14     reported in the e-mail.  That's sort of the

15     extent of my recollection.

16                 I don't have the e-mail in

17     front of me, but it was to the effect of me

18     asking Jay about whether there was an active

19     investigation.  That was the question, you

20     know, that Cutler and others wanted to see if

21     we could get an answer to.

22                 And he reported, you know, that

23     to his knowledge there was not an active

24     investigation of his client.

25                 But as you would expect someone
```

Confidential - Pursuant to Protective Order

1   sophisticated like him to say, you know, we

2   don't necessarily know.  We wouldn't

3   necessarily know.  A kind of, I don't think

4   so.  We probably know, but we don't think so,

5   anything is possible.  Something to that

6   effect.

7          Q.     I just want to make sure I

8   understand the testimony you just gave.

9                 Is it fair to say that

10  Mr. Lefkowitz couldn't definitively rule out

11  the absence of an investigation?

12                MR. GAIL:  Objection.

13                THE WITNESS:  I think that --

14      you stated that maybe...

15  QUESTIONS BY MR. WOHLGEMUTH:

16          Q.     Oh, yeah.  Yeah.  I meant to

17  say existence.

18                Is it fair to say that

19  Mr. Lefkowitz couldn't definitively rule out

20  the existence of an investigation?

21          A.     That is what I recall him

22  saying.  Not in those words, but he said it

23  was possible, but he didn't think so, that

24  there -- didn't think that there was an

25  investigation, but he couldn't know for sure.