# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS )
)
Plaintiff, )
)
vs. ) 1:22-cv-10904-JSR
)
JPMORGAN CHASE BANK, N.A., )
)
Defendant/Third-Party Plaintiff. )
_______________________________ )
JPMORGAN CHASE BANK, N.A. )
)
Third-Party Plaintiff, )
)
vs. )
)
JAMES EDWARD STALEY, )
)
Third-Party Defendant. )

SUNDAY, JUNE 11, 2023

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

\- - -

Videotaped deposition of James E. Staley, Volume II, held at the offices of Boies Schiller Flexner, LLC, 55 Hudson Yards, New York, New York, commencing at 9:07 a.m. Eastern, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter and Certified Realtime Reporter.

\- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

A. No.
Q. If I asked you the question --
A. I don't recall how many times.

Golkow Litigation Services Page 433

Confidential - Pursuant to Protective Order

Golkow Litigation Services Page 434





Confidential - Pursuant to Protective Order

[redacted]

Golkow Litigation Services Page 436



Confidential - Pursuant to Protective Order

Golkow Litigation Services Page 437



Confidential - Pursuant to Protective Order

[redacted]

Golkow Litigation Services Page 438



Confidential - Pursuant to Protective Order

Golkow Litigation Services Page 439



Confidential - Pursuant to Protective Order

Golkow Litigation Services Page 441



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order

Golkow Litigation Services Page 444



A. No.
Q. Did you ever see Epstein -- strike that.
Did you ever observe Epstein lie to another person?
A. No.
Q. He was always truthful as far as you know?
A. Well, as I've said before, I think when he pled guilty that -- he obviously admitted to something that he denied earlier. So --
Q. Lied to you personally, face to face?
A. Yeah.
Q. Any other instances where you observed Epstein not telling the truth?
A. I don't recall.
Q. Did you ever observe anything that caused you to question whether Epstein was engaged in sex trafficking?
A. No.
Q. Have you been interviewed by
[redacted]