# EXHIBIT 39

**From:**       Staley, Jes <jes.staley@jpmorgan.com>
**To:**         'jeffrey epstein' <jeevacation@gmail.com>
**Sent:**       3/3/2011 10:41:54 PM
**Subject:**    RE:


family

-----Original Message-----
From: jeffrey epstein [mailto:jeevacation@gmail.com]
Sent: Thursday, March 03, 2011 5:06 PM
To: Staley, Jes
Subject:

Told you ----family

Sorry for all the typos .Sent from my iPhone

Confidential