# EXHIBIT 41

**From:**      Mary E Erdoes [mary.erdoes@jpmorgan.com]
**Sent:**      2/26/2010 5:08:27 PM
**To:**        Phil DiIorio [phil.diiorio@jpmorgan.com]
**Subject:**   Re: Jeffrey Epstein

If jes wants it, we do it

---

**From:** Phil DiIorio
**To:** Mary E Erdoes
**Sent:** Fri Feb 26 11:40:30 2010
**Subject:** Fw: Jeffrey Epstein

Do u have a view?

---

**From:** Lisa E. Waters
**To:** Phil DiIorio
**Sent:** Fri Feb 26 11:32:54 2010
**Subject:** Fw: Jeffrey Epstein

Mary casey and catherine keating are calling me in a few minutes.

---

**From:** Mary C Casey
**To:** Lisa E. Waters
**Sent:** Fri Feb 26 11:20:10 2010
**Subject:** FW: Jeffrey Epstein

Lisa -- I am going to need an answer asap. Can you call me when you have a chance? Did you speak to Jes?

Mary

---

**From:** Rosa M da Silva
**Sent:** Friday, February 26, 2010 10:58 AM
**To:** Mary C Casey
**Subject:** FW: Jeffrey Epstein



Hi Mary: Do you have any news us? Thanks, Rosa

---

**From:** Lesley Groff [mailto:lgroff@dkipllc.com]
**Sent:** Friday, February 26, 2010 10:47 AM
**To:** Rosa M da Silva
**Subject:** Jeffrey Epstein

Hi Rosa. Enjoying the lovely snow! Darren asked that I follow up again on the docs Jeffrey is requesting...(not to be a pain!) I'm sure the weather is not helping in the expediting of things!

Just let me know where we are...

Thanks, Lesley

Confidential

Confidential

JPM-SDNYLIT-00099898