# EXHIBIT 42

**Subject:** Re:
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>

well one side is availble

On Sat, Jul 10, 2010 at 10:17 AM, Jes Staley <jes.staley@jpmorgan.com> wrote:

> Beauty and the Beast.....

---

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley
**Sent:** Fri Jul 09 21:02:03 2010
**Subject:** Re:

what character would you like next

On Fri, Jul 9, 2010 at 8:45 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:

> Maybe they're tracking u??

That was fun. Say hi to Snow White.
This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.




--
******************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.
This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale
  of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity
  disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.




--
******************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of