# EXHIBIT 55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant/Third-Party Plaintiff. | Case No. 22-cv-10019-JSR |
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>　　　　Third-Party Defendant. | |

**JPMORGAN CHASE BANK, N.A.'S
FOURTH SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Civil Case Management Plan, Dkt. 16, Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") makes the following fourth supplemental initial disclosures to Plaintiff Jane Doe 1 ("Doe" or "Plaintiff") and Third-Party Defendant James Edward Staley ("Staley" or "Third-Party Defendant").

The disclosures made herein are based upon information reasonably available to JPMorgan at the present stage of this litigation and the issues as currently defined by the complaint. JPMorgan reserves the right to supplement, revise, or otherwise amend the

information contained herein as discovery continues.

By making these disclosures, JPMorgan does not represent that it is identifying every document, tangible thing, or witness that may be relevant to the issues in this action, or on which JPMorgan may rely in support of its claims or defenses. Nor does JPMorgan waive its rights to object to production of any document or tangible thing disclosed on the basis of any valid objection (including but not limited to any privilege, the work-product doctrine, relevancy, hearsay, undue burden, or any other proper ground) or its rights to object to the use of any information disclosed for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action. JPMorgan also reserves the right to object on any and all proper grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of New York.

JPMorgan's disclosures represent its good faith effort to identify information it reasonably believes is required by Fed. R. Civ. P. 26(a)(l). The disclosures set forth below are made subject to the above objections and qualifications.

### I.  INDIVIDUALS WITH KNOWLEDGE

Based on information reasonably available at this time, JPMorgan identifies the following individuals who may be likely to have discoverable information that JPMorgan may use to support its claims or defenses, unless such use is solely for impeachment. In making these disclosures, JPMorgan does not waive its right to object, pursuant to any applicable Federal Rule of Civil Procedure or Local Rule, to the deposition or trial testimony of any of the individuals listed below.

JPMorgan does not consent to or authorize communication by the Plaintiff with the individuals identified below. Each of the individuals identified below can be reached

through counsel for JPMorgan.

Because discovery, investigation, and analysis of these matters is ongoing, JPMorgan reserves the right to supplement this information if additional information later becomes known and to designate and/or call further witnesses at trial.  JPMorgan also reserves the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information relevant to the disputed facts.

| Name | Subject Matter |
|---|---|
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's onboarding, retention, and exit of Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's policies and procedures relating to the private bank's recruitment, onboarding, and retention of clients. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's policies and procedures relating to monitoring and reporting account activity of private banking clients. |
| Corporate representative of JPMorgan Chase Bank, N.A. | JPMorgan's Anti-Money Laundering ("AML") Compliance program and AML Compliance policies and procedures. |
| Mary Erdoes (CEO Asset & Wealth Management) | JPMorgan's private banking client relationship with Jeffrey Epstein.<br><br>Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein.[1] |
| William Langford* (former Director (Global Anti-Money Laundering); Global Head (Compliance);  Head (Enterprise Financial Crimes Compliance); and General Counsel (Global Compliance and Regulatory Management)) | AML compliance work that JPMorgan performed relating to Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein.<br><br>Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Patrick McHugh (Executive Director, JPMorgan Private Bank) | Transaction information relating to Jeffrey Epstein's account activity at JPMorgan and accounts related to Jeffrey Epstein. |

---

[1] JPMorgan has identified those individuals who, at this point in the litigation, may have information uniquely related to its breach of fiduciary duty and faithless servant claims against Mr. Staley. All witnesses may have information related to the underlying claims of Doe for which JPMorgan seeks contribution or indemnity. JPMorgan does not waive its rights to further amend or supplement these disclosures through discovery.

| Name | Subject Matter |
|---|---|
| Paul Morris* (former Banker (Private Bank)) | JPMorgan's private banking client relationship with Jeffrey Epstein. |
| James Edward Staley* (former CEO (Private Bank); CEO (Investment Bank); CEO (Asset Management); Global Head (Asset & Wealth Management); Head (Private Bank)) | JPMorgan's private banking client relationship with Jeffrey Epstein. <br><br> Jeffrey Epstein's involvement in recruiting other private banking clients for JPMorgan. <br><br> Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. <br><br> Knowledge of Jeffrey Epstein's activities as alleged by Plaintiff Jane Doe 1 and the United States Virgin Islands (in Case No. 22-cv-10904). Third-Party Defendant. |
| Stephen Cutler* (former Executive Vice President, General Counsel) | JPMorgan's private banking relationship with Epstein. <br><br> JPMorgan's retention and exit of Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein. <br><br> Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Mary Casey (Managing Director, Private Bank) | JPMorgan's private banking client relationship with Jeffrey Epstein. <br><br> Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Justin Nelson (Managing Director and Head of Asset Management and Financial Principals Coverage, Private Bank) | JPMorgan's private banking client relationship with Jeffrey Epstein. <br><br> Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Jonathan Schwartz* (Former General Counsel, Investment Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |

---

* These individuals no longer work at JPMorgan and may be separately represented. To the extent these individuals are separately represented, JPMorgan will provide contact information for their counsel when available.

| | |
|---|---|
| Catherine Keating* (former CEO, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| John Duffy* (former CEO, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Anne Verdon (former General Counsel, Private Bank) | Mr. Staley's involvement in JPMorgan's banking relationship with Jeffrey Epstein. |
| Jane Doe 1 (Plaintiff) | Mr. Staley's alleged sexual abuse of Jane Doe 1 and others through his relationship with Jeffrey Epstein. |
| Jane Doe 1 (Plaintiff in Case No. 22-cv-10018) | Mr. Staley's alleged sexual abuse of Jane Doe 1 and others through his relationship with Jeffrey Epstein. |
| U.S. Customs and Border Protection | Information concerning passengers on Jeffrey Epstein's aircraft and visitors to his residence |
| Federal Bureau Of Investigation | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| United States Attorney's Office For The Southern District Of New York | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| United States Attorney's Office For The Southern District Of Florida | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Palm Beach Sheriff's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Palm Beach Police Department | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Virgin Islands Department Of Justice | Information concerning law enforcement actions and investigations into Epstein and related entities. |

| | |
|---|---|
| Santa Fe County Sherriff's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| New York Police Department | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| Manhattan District Attorney's Office | Information concerning law enforcement actions and investigations into Epstein and related entities. |
| The Epstein Estate | Information concerning Epstein and related entities. |
| The Epstein Victims Compensation Program | Information concerning claims made by victims against Epstein and their resolution. |

In addition to the above-named individuals, all persons deposed in this case and other persons identified in the documents described in Section II below may have discoverable information that JPMorgan may use to support its claims or defenses. JPMorgan reserves the right to modify and supplement the foregoing list and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, JPMorgan learns that such additional persons have knowledge or information that JPMorgan may use to support its claims or defenses.

Further, JPMorgan also reserves the right to call as witnesses individuals in addition to those identified herein to the extent such witnesses are required to authenticate an exhibit offered into evidence or to establish chain of custody of an exhibit offered into evidence. JPMorgan also may rely on expert witnesses, to be disclosed in accordance with Federal Rule of Civil Procedure 26(a)(2) and the Civil Case Management Plan, Dkt. 16, to support its claims or defenses. JPMorgan specifically reserves the right to call any deponent or declarant in this action as a trial witness to testify regarding matters covered in his/her deposition or declaration and/or to rely on any such testimony in support of its claims or defenses in this case. JPMorgan further specifically reserves the right to call any individual(s) identified in the Plaintiff's disclosures, including as amended.

## II.     CATEGORIES OF RELEVANT DOCUMENTS

At present, JPMorgan believes that the following documents, electronically stored information, and tangible things may be used to support JPMorgan's claims or defenses, unless such use is solely for impeachment. This disclosure does not include documents solely within the Plaintiff's or the Third-Party Defendant's possession, custody, or control. This disclosure does not include expert materials that may be or have been developed, which will be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2). This disclosure does not constitute an admission as to the existence, relevance, or admissibility of the identified materials or a waiver of any attorney- client privilege, work product protection, or other applicable privilege or immunity.

1) Documents, communications, and electronically stored information relating to JPMorgan's AML compliance program and other policies and practices.

2) Documents, communications, and electronically stored information relating to Jeffrey Epstein's accounts and accounts related to Jeffrey Epstein at JPMorgan.

3) Documents, communications, and electronically stored information relating to James Staley's employment, compensation, and duties at JPMorgan, including JPMorgan policies and codes of conduct.

4) Documents, communications, and electronically stored information relating to James Staley's communications with or about Jeffrey Epstein.

JPMorgan will make the foregoing documents available for inspection or copying at a time and place to be mutually agreed upon by the parties, subject to any applicable privacy or other restrictions and to the extent they are non-privileged and in JPMorgan's possession, custody, and control. JPMorgan has produced Mr. Staley's personnel file which includes Mr. Staley's Code of Conduct affirmations and information regarding Mr. Staley's compensation,

and points Mr. Staley to the following documents in support of its claims:

JPM-SDNYLIT-00178143–JPM-SDNYLIT-00178494

JPM-SDNYLIT-00202227–JPM-SDNYLIT-00204753

JPM-SDNYLIT-00204821–JPM-SDNYLIT-00204836

In addition to the above-described documents, JPMorgan expects that, during the course of discovery, experts will identify documents used to support their opinions pertaining to the issues in this case. Further, JPMorgan may rely upon publicly available documents and documents that have been identified in the initial disclosures of any other party or may be obtained through discovery or are otherwise produced by the Plaintiff and/or third parties.

Because discovery, investigation, and analysis of these matters are ongoing, JPMorgan expects to discover additional documents and/or tangible things upon which it may rely to support its claims or defenses, including documents from the Third-Party Defendant. JPMorgan therefore reserves the right to supplement this information accordingly.

Notwithstanding this identification of these categories of documents, JPMorgan reserves the right to object to any of the Plaintiff's discovery requests on related topics to the extent such requests are overly broad, unduly burdensome, and/or call for documents beyond the scope of JPMorgan's discovery obligations under the Federal Rules of Civil Procedure or the Local Rules, and/or any other applicable basis for objection.

### III. CALCULATION OF DAMAGES

**Doe v. JPMorgan:**

Not applicable.

**JPMorgan v. Staley:**

As stated in its Third-Party Complaint, JPMorgan seeks the following damages from Staley:

1) All damages awarded to Plaintiff or any member of the purported class (together,

"Plaintiffs"), as discussed in Section C of Plaintiff's Initial Disclosures dated December 22, 2022, and the amount JPMorgan will pay to the Plaintiffs to settle this action, in the amount of $290,000,000.00.

2) Damages for breach of fiduciary duty, including the amount JPMorgan will pay to the Plaintiffs to settle this action, in the amount of $290,000,000.00, and all costs of defending the *Jane Doe 1 v. JPMorgan Chase Bank, N.A.* litigation.[2]

3) All compensation paid by JPMorgan to Staley from 2006 through 2013, which JPMorgan has calculated at this time based on the documents it has produced (*see supra*) to be approximately not less than $140,000,000.00.

4) Punitive damages in an amount to be determined at trial.

## IV. INSURANCE

Insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment in this action have been made available for inspection and copying and can be found at the following Bates numbers:

---

[2] JPMorgan is currently determining the damages it has suffered and will suffer as a result of this litigation and will amend these disclosures when it has a reasonable calculation of those damages.

| | | |
|---|---|---|
| JPM-SDNYLIT-00762790 | JPM-SDNYLIT-00763672 | JPM-SDNYLIT-00764462 |
| JPM-SDNYLIT-00762803 | JPM-SDNYLIT-00763693 | JPM-SDNYLIT-00764463 |
| JPM-SDNYLIT-00762885 | JPM-SDNYLIT-00763718 | JPM-SDNYLIT-00764464 |
| JPM-SDNYLIT-00762920 | JPM-SDNYLIT-00763729 | JPM-SDNYLIT-00764465 |
| JPM-SDNYLIT-00762932 | JPM-SDNYLIT-00763736 | JPM-SDNYLIT-00764466 |
| JPM-SDNYLIT-00762944 | JPM-SDNYLIT-00763749 | JPM-SDNYLIT-00764467 |
| JPM-SDNYLIT-00762958 | JPM-SDNYLIT-00763750 | JPM-SDNYLIT-00764468 |
| JPM-SDNYLIT-00762974 | JPM-SDNYLIT-00763751 | JPM-SDNYLIT-00764470 |
| JPM-SDNYLIT-00763005 | JPM-SDNYLIT-00763752 | JPM-SDNYLIT-00764496 |
| JPM-SDNYLIT-00763064 | JPM-SDNYLIT-00763782 | JPM-SDNYLIT-00764511 |
| JPM-SDNYLIT-00763075 | JPM-SDNYLIT-00763823 | JPM-SDNYLIT-00764521 |
| JPM-SDNYLIT-00763086 | JPM-SDNYLIT-00763942 | JPM-SDNYLIT-00764536 |
| JPM-SDNYLIT-00763104 | JPM-SDNYLIT-00763945 | JPM-SDNYLIT-00764548 |
| JPM-SDNYLIT-00763127 | JPM-SDNYLIT-00763970 | JPM-SDNYLIT-00764561 |
| JPM-SDNYLIT-00763149 | JPM-SDNYLIT-00763997 | JPM-SDNYLIT-00764575 |
| JPM-SDNYLIT-00763184 | JPM-SDNYLIT-00764006 | JPM-SDNYLIT-00764582 |
| JPM-SDNYLIT-00763199 | JPM-SDNYLIT-00764013 | JPM-SDNYLIT-00764587 |
| JPM-SDNYLIT-00763222 | JPM-SDNYLIT-00764043 | JPM-SDNYLIT-00764593 |
| JPM-SDNYLIT-00763224 | JPM-SDNYLIT-00764046 | JPM-SDNYLIT-00764713 |
| JPM-SDNYLIT-00763225 | JPM-SDNYLIT-00764063 | JPM-SDNYLIT-00764832 |
| JPM-SDNYLIT-00763231 | JPM-SDNYLIT-00764100 | JPM-SDNYLIT-00764950 |
| JPM-SDNYLIT-00763244 | JPM-SDNYLIT-00764101 | JPM-SDNYLIT-00765068 |
| JPM-SDNYLIT-00763257 | JPM-SDNYLIT-00764102 | JPM-SDNYLIT-00765186 |
| JPM-SDNYLIT-00763288 | JPM-SDNYLIT-00764103 | JPM-SDNYLIT-00765305 |
| JPM-SDNYLIT-00763326 | JPM-SDNYLIT-00764104 | JPM-SDNYLIT-00765434 |
| JPM-SDNYLIT-00763337 | JPM-SDNYLIT-00764105 | JPM-SDNYLIT-00765587 |
| JPM-SDNYLIT-00763352 | JPM-SDNYLIT-00764106 | JPM-SDNYLIT-00765588 |
| JPM-SDNYLIT-00763353 | JPM-SDNYLIT-00764133 | JPM-SDNYLIT-00765721 |
| JPM-SDNYLIT-00763357 | JPM-SDNYLIT-00764156 | JPM-SDNYLIT-00765735 |
| JPM-SDNYLIT-00763373 | JPM-SDNYLIT-00764188 | JPM-SDNYLIT-00765864 |
| JPM-SDNYLIT-00763375 | JPM-SDNYLIT-00764308 | JPM-SDNYLIT-00765871 |
| JPM-SDNYLIT-00763388 | JPM-SDNYLIT-00764332 | JPM-SDNYLIT-00765876 |
| JPM-SDNYLIT-00763395 | JPM-SDNYLIT-00764341 | JPM-SDNYLIT-00765880 |
| JPM-SDNYLIT-00763408 | JPM-SDNYLIT-00764366 | JPM-SDNYLIT-00765886 |
| JPM-SDNYLIT-00763526 | JPM-SDNYLIT-00764397 | JPM-SDNYLIT-00766054 |
| JPM-SDNYLIT-00763564 | JPM-SDNYLIT-00764414 | JPM-SDNYLIT-00766187 |
| JPM-SDNYLIT-00763565 | JPM-SDNYLIT-00764440 | JPM-SDNYLIT-00766193 |
| JPM-SDNYLIT-00763566 | JPM-SDNYLIT-00764443 | JPM-SDNYLIT-00766336 |
| JPM-SDNYLIT-00763596 | JPM-SDNYLIT-00764444 | JPM-SDNYLIT-00766362 |
| JPM-SDNYLIT-00763599 | JPM-SDNYLIT-00764451 | JPM-SDNYLIT-00766379 |
| JPM-SDNYLIT-00763608 | JPM-SDNYLIT-00764452 | JPM-SDNYLIT-00766403 |
| JPM-SDNYLIT-00763615 | JPM-SDNYLIT-00764453 | JPM-SDNYLIT-00766410 |
| JPM-SDNYLIT-00763632 | JPM-SDNYLIT-00764454 | JPM-SDNYLIT-00766484 |
| JPM-SDNYLIT-00763652 | JPM-SDNYLIT-00764455 | JPM-SDNYLIT-00766569 |

| | | |
|---|---|---|
| JPM-SDNYLIT-00766574 | JPM-SDNYLIT-00768892 | JPM-SDNYLIT-00773356 |
| JPM-SDNYLIT-00766657 | JPM-SDNYLIT-00768963 | JPM-SDNYLIT-00773476 |
| JPM-SDNYLIT-00766798 | JPM-SDNYLIT-00769341 | JPM-SDNYLIT-00773595 |
| JPM-SDNYLIT-00766805 | JPM-SDNYLIT-00769423 | JPM-SDNYLIT-00773713 |
| JPM-SDNYLIT-00766857 | JPM-SDNYLIT-00769443 | JPM-SDNYLIT-00773831 |
| JPM-SDNYLIT-00766877 | JPM-SDNYLIT-00769474 | JPM-SDNYLIT-00773949 |
| JPM-SDNYLIT-00767011 | JPM-SDNYLIT-00769634 | JPM-SDNYLIT-00774068 |
| JPM-SDNYLIT-00767145 | JPM-SDNYLIT-00769750 | JPM-SDNYLIT-00774204 |
| JPM-SDNYLIT-00767281 | JPM-SDNYLIT-00769911 | JPM-SDNYLIT-00774307 |
| JPM-SDNYLIT-00767424 | JPM-SDNYLIT-00769946 | JPM-SDNYLIT-00774461 |
| JPM-SDNYLIT-00767446 | JPM-SDNYLIT-00770041 | JPM-SDNYLIT-00774626 |
| JPM-SDNYLIT-00767464 | JPM-SDNYLIT-00770190 | JPM-SDNYLIT-00774909 |
| JPM-SDNYLIT-00767472 | JPM-SDNYLIT-00770200 | JPM-SDNYLIT-00774933 |
| JPM-SDNYLIT-00767486 | JPM-SDNYLIT-00770348 | JPM-SDNYLIT-00774953 |
| JPM-SDNYLIT-00767508 | JPM-SDNYLIT-00770482 | JPM-SDNYLIT-00774973 |
| JPM-SDNYLIT-00767597 | JPM-SDNYLIT-00770502 | JPM-SDNYLIT-00774992 |
| JPM-SDNYLIT-00767621 | JPM-SDNYLIT-00770562 | JPM-SDNYLIT-00775011 |
| JPM-SDNYLIT-00767626 | JPM-SDNYLIT-00770662 | JPM-SDNYLIT-00775041 |
| JPM-SDNYLIT-00767686 | JPM-SDNYLIT-00770692 | JPM-SDNYLIT-00775081 |
| JPM-SDNYLIT-00767844 | JPM-SDNYLIT-00770725 | JPM-SDNYLIT-00775111 |
| JPM-SDNYLIT-00767963 | JPM-SDNYLIT-00770757 | JPM-SDNYLIT-00775118 |
| JPM-SDNYLIT-00768057 | JPM-SDNYLIT-00770782 | JPM-SDNYLIT-00775137 |
| JPM-SDNYLIT-00768136 | JPM-SDNYLIT-00770805 | JPM-SDNYLIT-00775172 |
| JPM-SDNYLIT-00768203 | JPM-SDNYLIT-00770827 | JPM-SDNYLIT-00775187 |
| JPM-SDNYLIT-00768362 | JPM-SDNYLIT-00771149 | JPM-SDNYLIT-00775219 |
| JPM-SDNYLIT-00768503 | JPM-SDNYLIT-00773075 | JPM-SDNYLIT-00775248 |
| JPM-SDNYLIT-00768533 | JPM-SDNYLIT-00773204 | JPM-SDNYLIT-00775278 |
| JPM-SDNYLIT-00768648 | JPM-SDNYLIT-00773207 | JPM-SDNYLIT-00775304 |
| JPM-SDNYLIT-00768664 | JPM-SDNYLIT-00773209 | JPM-SDNYLIT-00775311 |
| JPM-SDNYLIT-00768690 | JPM-SDNYLIT-00773215 | JPM-SDNYLIT-00775338 |
| JPM-SDNYLIT-00768721 | JPM-SDNYLIT-00773224 | JPM-SDNYLIT-00775352 |
| JPM-SDNYLIT-00768744 | JPM-SDNYLIT-00773240 | JPM-SDNYLIT-00775376 |
| JPM-SDNYLIT-00768769 | JPM-SDNYLIT-00773263 | JPM-SDNYLIT-00775404 |
| JPM-SDNYLIT-00768793 | JPM-SDNYLIT-00773275 | JPM-SDNYLIT-00787742 |
| JPM-SDNYLIT-00768815 | JPM-SDNYLIT-00773293 | |
| JPM-SDNYLIT-00768842 | JPM-SDNYLIT-00773318 | |
| JPM-SDNYLIT-00768856 | JPM-SDNYLIT-00773337 | |
| JPM-SDNYLIT-00768868 | JPM-SDNYLIT-00773340 | |

| | |
|---|---|
| Dated: July 18, 2023 | Respectfully submitted, |

<table>
<tr><td>

**MASSEY & GAIL LLP**

/s/ *Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

</td><td>

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth
John J. Butts
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com

Ronald C. Machen
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
ronald.machen@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, the foregoing document, entitled "JPMorgan Chase Bank, N.A.'s Fourth Supplemental Initial Disclosures," was served in accordance with the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the Southern District of New York upon the attorneys for the Plaintiff and the Third-Party Defendant in the above-entitled action by electronic mail.

DATED:	July 18, 2023
	Boston, MA

By: */s/ Felicia H. Ellsworth*