# EXHIBIT 66



Confidential

JPM-SDNYLIT-00006792