# EXHIBIT 73

**From:** Staley, Jes <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 2/26/2011 1:13:13 AM
**Subject:** Re: Fw:

Family

---

**From:** Jeffrey Epstein
**To:** Staley, Jes
**Sent:** Fri Feb 25 20:10:44 2011
**Subject:** Re: Fw:

boris would like to speak with ▮. may i forward ▮ email to boris

On Fri, Feb 25, 2011 at 8:03 PM, Staley, Jes <jes.staley@jpmorgan.com> wrote:


----- Original Message -----
From: ▮
To: Staley, Jes
Sent: Fri Feb 25 19:47:04 2011
Subject: RE:

The Tides Foundation
55 Exchange Place, #402
New York, NY 10005-1965


-----Original Message-----
From: Staley, Jes [mailto:jes.staley@jpmorgan.com]
Sent: Friday, February 25, 2011 6:28 PM
To: ▮
Subject:

Where does Gary work?
This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.


--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to <u>jeevacation@gmail.com</u>, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Confidential

JPM-SDNYLIT-00013211