# EXHIBIT 83

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** ▮▮▮ (▮▮▮) <▮▮▮>
**Sent:** 4/27/2009 9:56:55 PM
**Subject:** FW: ▮▮▮

▮▮▮

This is from uncle Jeffery.  Add Lisa Randell at Harvard.

Jes

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, April 27, 2009 4:55 PM
**To:** Jes Staley
**Subject:** ▮▮▮

▮▮▮ can meet have dinner lunch a weekend with any of the following  seth lloyd mit quantum computing.. murray gell-man , santa-fe institute quarks ,, brian greene columbia -string theory,, leonard susskind  ,, strings theory, lawrence krause,, origins institute  phoenix arizona.. lee smolin perimiter institute, loop quantum gravity  , she can see the  large hadron collider in switzerland. private tour.