# EXHIBIT 90

| | |
|---|---|
| From: | jes.staley@jpmorgan.com [jes.staley@jpmorgan.com] |
| Sent: | 7/26/2006 8:35:46 PM |
| To: | mary.erdoes@jpmorgan.com |
| Subject: | Re: epstein press |

I went and saw him last night. I've never seen him so shaken. He also adamantly denies the ages.

---------------------------
Sent from my BlackBerry Wireless Handheld

Mary E Erdoes

From: Mary E Erdoes
Sent: 07/26/2006 11:51 AM
To: Jes Staley
Subject: Fw: epstein press

so painful to read
----- Forwarded by Mary E Erdoes/JPMCHASE on 07/26/2006 12:51 PM -----

Philip Schlakman
07/26/2006
12:27 PM

To: Mary C Casey/JPMCHASE@JPMCHASE
cc: Phil DiIorio/JPMCHASE@JPMCHASE, Mary E Erdoes/JPMCHASE@JPMCHASE
Subject: epstein press

it gets worse
http://www.palmbeachpost.com/pbccentral/content/local_news/epaper/2006/07/26/s1b_EPSTEIN_0726.html

Philip Schlakman
Managing Director
212-622-7030 (P)
212-622-6048 (F)
philip.schlakman@jpmorgan.com

