# EXHIBIT 92

**Date:** Friday, October 23 2009 11:05 AM
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:**

photos ??. tell the eye glass place that these glasses have to be re done,, izon tells me that the glasses as they are progressives -have to sit high on the nose as close to the eye as possible,, the person who fit these did not know that. jes staley and wife are going to be at the ranch next weekend,, please coordinate== they get to stay in blue room

--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.