# EXHIBIT 94

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | Jes Staley <jes.staley@jpmorgan.com> |
| Sent: | 1/8/2010 12:05:34 AM |
| Subject: | st thomas |

my car and driver, , former dea armed. will pick you up in st thomas we have all the on field permits.. helicopter also availble for a tour around , .. remember I own the two big marinas.. yacht haven grand, in st thomas and the marina at red hook... you can use my atv's  jet ski ,gym etc. , i will organize the harbor at Norman island if you like, in the bvil . as well as lunch at   guana.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.