# EXHIBIT 103

**From:** Jeffery Edwards <jeevacation@gmail.com>
**To:** jes.staley@jpmorgan.com <jes.staley@jpmorgan.com>
**Sent:** 9/27/2008 7:02:02 PM
**Subject:** Re:

The word is THROWING,, but at your level there is no need to spell

On 9/27/08 11:47 AM, "jes.staley@jpmorgan.com" <jes.staley@jpmorgan.com> wrote:

> I miss you. What a deal Jamie did.
>
>
>
> I'm spending a lot of time with Treasury. The Private Bank has brought in $44
> billion dollars in the last two weeks. Unreal.
>
>
>
> Also, do u know ▮▮▮▮▮▮▮▮. I am throughing him out of the bank on
> Monday.
>
>
>
> Thanks for the note.
>
>
>
> Jes
>
>
>
>
> ----- Original Message -----
>
> From: Jeffery Edwards [jeevacation@gmail.com]
>
> Sent: 09/27/2008 10:13 AM AST
>
> To: Jes Staley
>
> Subject: Re:
>
>
>
>
>
>
> Ou'll have plent of time. Enjoy this, its a once in a lifetime opportunity,
>
> make friends. Keep your eyes open for opportunity
>
>
>
>
> On 9/26/08 9:43 PM, "jes.staley@jpmorgan.com" <jes.staley@jpmorgan.com>

```
>
> wrote:
>
>
>
>> Wamu is an unbelievable deal. But thus is still going out of control. I
>
>> need a break.
>
>>
>
>> Generally, this communication is for informational purposes only
>
>> and it is not intended as an offer or solicitation for the purchase
>
>> or sale of any financial instrument or as an official confirmation
>
>> of any transaction. In the event you are receiving the offering
>
>> materials attached below related to your interest in hedge funds or
>
>> private equity, this communication may be intended as an offer or
>
>> solicitation for the purchase or sale of such fund(s). All market
>
>> prices, data and other information are not warranted as to
>
>> completeness or accuracy and are subject to change without notice.
>
>> Any comments or statements made herein do not necessarily reflect
>
>> those of JPMorgan Chase & Co., its subsidiaries and affiliates.
>
>>
>
>> This transmission may contain information that is privileged,
>
>> confidential, legally privileged, and/or exempt from disclosure
>
>> under applicable law. If you are not the intended recipient, you
>
>> are hereby notified that any disclosure, copying, distribution, or
>
>> use of the information contained herein (including any reliance
>
>> thereon) is STRICTLY PROHIBITED. Although this transmission and any
>
>> attachments are believed to be free of any virus or other defect
>
>> that might affect any computer system into which it is received and
>
>> opened, it is the responsibility of the recipient to ensure that it
>
>> is virus free and no responsibility is accepted by JPMorgan Chase &
>
>> Co., its subsidiaries and affiliates, as applicable, for any loss
>
>> or damage arising in any way from its use. If you received this
>
>> transmission in error, please immediately contact the sender and
>
>> destroy the material in its entirety, whether in electronic or hard
>
```

Confidential                                                                JPM-SDNYLIT-00004187

```
>> copy format. Thank you.
>
>> Please refer to http://www.jpmorgan.com/pages/disclosures for
>
>> disclosures relating to UK legal entities.
>
>
>
>
>
>
>
> Generally, this communication is for informational purposes only
> and it is not intended as an offer or solicitation for the purchase
> or sale of any financial instrument or as an official confirmation
> of any transaction. In the event you are receiving the offering
> materials attached below related to your interest in hedge funds or
> private equity, this communication may be intended as an offer or
> solicitation for the purchase or sale of such fund(s). All market
> prices, data and other information are not warranted as to
> completeness or accuracy and are subject to change without notice.
> Any comments or statements made herein do not necessarily reflect
> those of JPMorgan Chase & Co., its subsidiaries and affiliates.
>
>
>
> This transmission may contain information that is privileged,
> confidential, legally privileged, and/or exempt from disclosure
> under applicable law. If you are not the intended recipient, you
> are hereby notified that any disclosure, copying, distribution, or
> use of the information contained herein (including any reliance
> thereon) is STRICTLY PROHIBITED. Although this transmission and any
> attachments are believed to be free of any virus or other defect
> that might affect any computer system into which it is received and
> opened, it is the responsibility of the recipient to ensure that it
> is virus free and no responsibility is accepted by JPMorgan Chase &
> Co., its subsidiaries and affiliates, as applicable, for any loss
> or damage arising in any way from its use. If you received this
> transmission in error, please immediately contact the sender and
> destroy the material in its entirety, whether in electronic or hard
> copy format. Thank you.
>
> Please refer to http://www.jpmorgan.com/pages/disclosures for
> disclosures relating to UK legal entities.
```

Confidential