# EXHIBIT 104

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 10/5/2010 12:54:03 PM
**Subject:** Fw: epstein

Fyi

----- Original Message -----
From: Stephen M Cutler
To: Jes Staley
Sent: Tue Oct 05 07:39:50 2010
Subject: RE: epstein

Jes -- Waiting on him for numbers/dates on his Bear stock holdings/purchases.

Steve

-----Original Message-----
From: Melissa Getler
Sent: Tuesday, October 05, 2010 7:39 AM
To: Joanna Jagoda; Stephen M Cutler; Michael Coyne
Subject: Re: epstein

Epstein's lawyer has not yet come back to us, but I expect to hear from him this week. I believe Epstein was going to deal directly with the business on a settlement number.


----- Original Message -----
From: Joanna Jagoda
To: Stephen M Cutler; Melissa Getler; Michael Coyne
Sent: Tue Oct 05 07:30:43 2010
Subject: Re: epstein

We are waiting on Epstein's lawyer to revert back to us with information regarding his BSC stock holdings/buys/sells in his Individual Stock Drop Action so we can assess how to include this in the Settlement.

Melissa - has his attorney come back to us with this information?

Thanks, J
Joanna N. Jagoda
Vice President, Assistant General Counsel
JPMorgan Chase & Co.
212.552.0737

----- Original Message -----
From: Stephen M Cutler
To: Melissa Getler; Joanna Jagoda
Sent: Tue Oct 05 06:08:51 2010
Subject: Fw:

Hi folks. Where are we?

----- Original Message -----
From: Jes Staley
To: Stephen M Cutler
Sent: Tue Oct 05 03:55:28 2010
Subject:

Any news on Epstein settlement?

Confidential					JPM-SDNYLIT-00010284