# EXHIBIT 106

| | |
|---|---|
| **Date:** | Wednesday, February 9 2011 07:17 PM |
| **Subject:** | Fw: FYI: Ken Star call has been scheduled for Feb 17th at 2:30 |
| **From:** | Staley, Jes <jes.staley@jpmorgan.com> |
| **To:** | 'jeevacation@gmail.com' <jeevacation@gmail.com>; |

Fyi

---

**From**: Cutler, Stephen M
**To**: Staley, Jes
**Sent**: Wed Feb 09 14:14:08 2011
**Subject**: Fw: FYI: Ken Star call has been scheduled for Feb 17th at 2:30

Fyi

---

**From**: Prainito, Domenica
**To**: Cutler, Stephen M; Langford, William D
**Sent**: Wed Feb 09 14:11:00 2011
**Subject**: FYI: Ken Star call has been scheduled for Feb 17th at 2:30


---

**Domenica Prainito** - Executive Assistant to Stephen M. Cutler, Executive Vice President and General Counsel
**J.P. Morgan Chase & Co.** | 270 Park Avenue, 48th FL, New York, NY 10017 | T: 212 622 2215

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

CONFIDENTIAL                                                                                                                          ESTATE_JPM002019