# EXHIBIT 109

Date:    Sunday, November 27 2016 09:46 PM
Subject: Re:
From:    █████████████████████████
To:      jeffrey E. <jeevacation@gmail.com>;

EXHIBIT 63
WIT: Staley
DATE: 6-11-23
C. Campbell, RDR CRR CSR #13921

Spoke with him. He said not yet, but thanks.

On Nov 27, 2016, at 12:40 PM, jeffrey E. <jeevacation@gmail.com> wrote:

> great
>
> On Sun, Nov 27, 2016 at 12:39 PM, ████████████████████████ wrote:
>
>> Will do. He's on a plane to London right now but I'll reach him after.
>>
>> Hope all is well.
>>
>> On Nov 27, 2016, at 11:43 AM, jeffrey E. <jeevacation@gmail.com> wrote:
>>
>>> could you ask ████ if he would like to considered for treasury
>>>
>>> --
>>>
>>> please note
>>>
>>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
>>> Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved
>
> --
>
> please note
>
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
> Unauthorized use, disclosure or copying of this

CONFIDENTIAL

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

Estate_004301