# EXHIBIT 110

Date: Monday, February 6 2017 11:29 PM
Subject: Re:
From: █████████████
To: jeffrey E. <jeevacation@gmail.com>;



He thinks she is great and is a big fan of hers. Good recommendation for rothschild.

On Mon, Feb 6, 2017 at 2:40 PM, jeffrey E. <jeevacation@gmail.com> wrote:

thx

On Mon, Feb 6, 2017 at 6:31 PM, ████████████████████████ wrote:

Will do. I will speak with him today and get back to you.

On Mon, Feb 6, 2017 at 2:18 PM, jeffrey E. <jeevacation@gmail.com> wrote:

can you ask ██████ his opnion of véronique Weill   she wants to join rothschild

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and

destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

Estate_004304