# EXHIBIT 116

```
     00001

 2              UNITED STATES DISTRICT COURT
 3           FOR THE SOUTHERN DISTRICT OF NEW YORK
 4      - - - - - - - - - - - - - - - - - - - -
 5      JANE DOE 1, Individually and on behalf
          of all others similarly situated,
 6                       Plaintiff,
                  vs.                      Case No.
 7                                      22-CV-10019-JSR
          JPMORGAN CHASE BANK, N.A.,
 8                       Defendant/Third-Party
                           Plaintiff.
 9      -------------------------------------
          JPMORGAN CHASE BANK, N.A.,
10                       Third-Party Plaintiff,
                  vs.
11      JAMES EDWARD STALEY,
                           Third-Party Defendant.
12      _____
          GOVERNMENT OF THE U.S. VIRGIN ISLANDS,
13                       Plaintiff,
                  vs.                      Case No.
14                                      22-cv-10904-JSR
          JPMORGAN CHASE BANK, N.A.,
15                       Defendant/Third-Party
                           Plaintiff.
16      -------------------------------------
          JPMORGAN CHASE BANK, N.A,.
17                       Third-Party Plaintiff,
                  vs.
18      JAMES EDWARD STALEY,
                           Third-Party Defendant.
19      - - - - - - - - - - - - - - - - - - - -
20         VIDEOTAPED DEPOSITION of LISA WATERS
                          WilmerHale
21         60 State Street, Boston, Massachusetts
22         Thursday, August 24, 2023 - 9:40 a.m.
23
                    GOLKOW LITIGATION SERVICES
24                        877.370.DEPS
```

 1      to remove Ms. Casey from covering Mr. Epstein?

 2          A.   I mean, he committed to work toward it.

 3      He said he understood why she did not want to and

 4      that no one should cover anyone they're

 5      uncomfortable with.

 6          Q.   And I think you said something along the

 7      lines of "we will work on that."  What did you

 8      understand him to mean?

 9          A.   Well, my understanding what that meant is

10      he would, he and the market manager or whoever

11      was managing the team, would work to find another

12      coverage person for the banking relationship

13      there.

14          Q.   Do you remember anything else that

15      Ms. Casey said in that meeting?

16          A.   No.  I think that's what -- that was her

17      topic that she wanted to cover with him and she

18      covered that.

19          Q.   Did she express an opinion in that

20      meeting about whether Mr. Epstein should or at

21      large remain a client of the Private Bank?

22          A.   I don't believe so.

23          Q.   What did you say in the meeting?

24          A.   So again, it wasn't planned that I was

Lisa Waters

```
 1    going to say something at the meeting; but I did
 2    say to him, "You know, it's very uncomfortable
 3    for anyone covering him; and no one really wants
 4    to cover him.  The charges are very uncomfortable
 5    and involved a minor."  I said, "My personal
 6    opinion is I have children; I wouldn't let him be
 7    around my family."  I said, "How do you feel
 8    about that?  You have two daughters."  And he
 9    said, "I do understand how people could feel that
10    way, and it's difficult; but I did speak with him
11    -- Mr. Epstein -- and he said it was a
12    misunderstanding and he made a mistake.  And I do
13    feel comfortable.  I have socialized with him and
14    my family."
15            And he was respectful; but said, you
16    know, politely that he disagreed and that's why
17    the decision was made.
18            And I said, "Okay.  It's the company you
19    keep; I don't feel it looks good for the firm and
20    it makes people uncomfortable."  And he said:  "I
21    appreciate you expressing your opinion."
22            He was very cordial and the discussion
23    ended.
24        Q.  Do you remember anything else he said?
```