# EXHIBIT 120

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 10/4/2012 4:49:13 PM |
| To: | Casey, Mary C [mary.c.casey@jpmorgan.com] |
| Subject: | RE: Jeffrey Epstein note |

Let's keep him within the PB. I'll be back to with a thought or two. Right now I'm thinking Bob Doto on Vince's team -- plenty of backbone

John R Duffy
Chief Executive Officer
U.S. Private Bank
JP Morgan
270 Park Avenue
New York, NY 10017

*Tel: 212-464-1468*
john.r.duffy@jpmorgan.com

---

**From:** Casey, Mary C
**Sent:** Thursday, October 04, 2012 11:13 AM
**To:** Duffy, John R
**Subject:** Jeffrey Epstein note

John – whichever option we choose, we should definitely run it by Jes first to ensure he's on board.  Let me know when to reach out or if you want to put a call into him this morning.  Thanks again for your help on this one.  I welcome your thoughts!

Mary

Mary Casey, Managing Director, J.P. Morgan Private Bank
270 Park Ave., New York, NY  10017
tel:  (212) 464-0374; fax: (212) 464-1311
mary.c.casey@jpmorgan.com

Confidential                                                                                                    JPM-SDNYLIT-00123680