# EXHIBIT 124

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | Jes Staley <jes.staley@jpmorgan.com> |
| Sent: | 3/11/2011 4:49:12 PM |
| Subject: | |

is there a problem with the letttr of credit in favor of the modeling agency,, I was just told that PAul morris is not returning my guys calls. I called him twice myself today  ,   If you get a chance , nothing urgent

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved