# EXHIBIT 125

Confidential - Pursuant to Protective Order

```
 1     IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
      GOVERNMENT OF THE            :
 3    UNITED STATES VIRGIN         :
      ISLANDS,                     :   CASE NO.
 4                                 :   1:22-CV-10904
      Plaintiff,                   :   -JSR
 5                                 :
            v.                     :
 6                                 :
      JPMORGAN CHASE BANK,         :
 7    N.A.,                        :
                                   :
 8    Defendant/Third Party        :
      Plaintiff.                   :
 9    _____       :
      JPMORGAN CHASE BANK,         :
10    N.A.,                        :
                                   :
11    Third Party Plaintiff,       :
                                   :
12          v.                     :
                                   :
13    JAMES EDWARD STALEY,         :
                                   :
14    Third Party Defendant.       :
15       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                       VOLUME II
16                      -  -  -
                    July 6, 2023
17                      -  -  -
18          Continued videotaped deposition of
     MARY CASEY, taken pursuant to notice, was
19   held remotely via Zoom Videoconference
     beginning at 2:07 p.m., on the above
20   date, before Michelle L. Gray, a
     Registered Professional Reporter,
21   Certified Shorthand Reporter, Certified
     Realtime Reporter, and Notary Public.
22
               GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
```

Confidential Pursuant to Protective Order

1   that way?
2       A.   She wasn't comfortable with
3   him.
4       Q.   Because of the conviction in
5   Florida?
6       A.   Correct.
7       Q.   Did you ever ask her why she
8   continued to approve his due diligence
9   reports?
10      A.   No.  But I -- so I didn't
11  ask her specifically why she would
12  approve them.  But, again, as I had taken
13  the reasonable steps as part of the same
14  policy, she's subject to the same policy.
15  She would also be taking reasonable steps
16  to be comfortable with the sponsorships,
17  since she's signing it as well.  Those
18  reasonable steps would include
19  conversations, particularly with
20  Mr. Staley, who knew Mr. Epstein best.
21      Q.   But, again, all you can
22  remember Mr. Staley saying to you, at
23  least, was that he felt Mr. Epstein
24  should remain a client of the Private

1   They were part of what would bring the
2   due diligence reports together.  So they
3   were part of the due diligence process.
4           I don't know about, when you
5   say "discuss," I'm not sure if you mean
6   discuss, like, we did have meetings about
7   him, et cetera.
8       Q.   So when you are -- I'm just
9   speaking now about --
10      A.   Yeah.
11      Q.   -- the due diligence that
12  you did to form the judgment that the
13  appropriate thing to do with respect to
14  Mr. Epstein is to approve his due
15  diligence report.
16      A.   Mm-hmm.
17      Q.   Did you discuss that issue
18  with the compliance group?
19      A.   So in our -- part of how I
20  formed my reasonable judgment to approve
21  the DDRs as part of the sponsorship
22  policy, I would call upon or, if you
23  will, part of my diligence was escalating
24  and participating in brisk discussions

Confidential Pursuant to Protective Order

1   with senior management, compliance
2   included in that, about his relationship
3   with the firm.  That was part of what I
4   consider reasonable steps to then be able
5   to approve a DDR, based on the
6   sponsorship policy.
7        Q.   And aside from compliance
8   and legal, who else are you including in
9   your definition of senior management?
10       A.   So my definition of senior
11  management would be both my chain of
12  management, if you will, my boss up to
13  the head of the Private Bank.  And it
14  would also include Mr. Staley, who
15  sometimes was my direct line and
16  sometimes was not, when he moved to the
17  investment bank.  But he would be part of
18  those discussions as well and part of the
19  diligence I would do.
20       Q.   And when you say -- I forget
21  whether you used -- I think the word
22  "direct line" --
23       A.   Yes.
24       Q.   You used direct line.