# EXHIBIT 129

| | |
|---|---|
| **From:** | Perry, Bonnie K [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BONNIE.K.PERRY] |
| **Sent:** | 1/6/2011 8:38:26 PM |
| **To:** | Perry, Bonnie K [bonnie.k.perry@jpmorgan.com]; Keating, Catherine [catherine.keating@jpmorgan.com]; Verdon, Anne E [anne.verdon@chase.com]; McCleerey, Kevin [kevin.mccleerey@jpmorgan.com]; Casey, Mary C [mary.c.casey@jpmorgan.com]; Morris, Paul V [paul.v.morris@jpmorgan.com]; Dalessio, James [james.dalessio@jpmorgan.com]; Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com] |
| **CC:** | Sheridan, Marcus [marcus.sheridan@jpmorgan.com]; Genao, Wanda X [wanda.x.genao@jpmchase.com]; Viani, Lisa X [lisa.viani@jpmorgan.com] |
| **Subject:** | Rapid Response - Jeffrey Epstein |
| **Location:** | 866-410-2998, Passcode 22645595 |
| **Start:** | 1/7/2011 8:30:00 PM |
| **End:** | 1/7/2011 9:00:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Required Attendees:** | Keating, Catherine; Verdon, Anne E; McCleerey, Kevin; Casey, Mary C; Morris, Paul V; Dalessio, James; Ryan, Maryanne X |
| **Optional Attendees:** | Sheridan, Marcus; Genao, Wanda X; Viani, Lisa X |

When: Friday, January 07, 2011 2:30 PM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 866-410-2998, Passcode 22645595

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

This will be a re-evaluation of the relationship which will require a re-approval by Steve Cutler if it is determined that the relationship will be retained.   This re-evaluation and re-approval was requested by William Langford, the Firm's AML Compliance Director.

A Rapid Response Memo will be distributed prior to the meeting.