# EXHIBIT 132

| | |
|---|---|
| **From:** | Kevin.McCleerey@jpmorgan.com [Kevin.McCleerey@jpmorgan.com] |
| **Sent:** | 7/15/2008 1:19:36 PM |
| **To:** | Anne.Verdon@chase.com |
| **Subject:** | Fw: Rapid Response Memo - Epstein |



FYI Jes spoke to Lisa Waters and told her he wants to keep his accounts. Lisa is on vacation and cannot join today.

----- Forwarded by Kevin McCleerey/JPMCHASE on 07/15/2008 09:16 AM -----

**The Private Bank Risk Management and Control Group**

| | |
|---|---|
| **Bonnie K Perry/JPMCHASE**<br><br>07/15/2008 08:31 AM | To Anne E Verdon/JPMCHASE@JPMCHASE, James Dalessio/JPMCHASE@JPMCHASE, Kevin McCleerey/JPMCHASE@JPMCHASE, Lisa E. Waters/JPMCHASE@JPMCHASE, Marcus Sheridan/JPMCHASE@JPMCHASE, Mary C Casey/JPMCHASE@JPMCHASE<br><br>cc<br><br>Subject Rapid Response Memo - Epstein |

For the 2:00 pm EST Rapid Response Meeting on Jeffrey Epstein:

[attachment "Rapid Response Team - Jeffrey Espstein 2nd Mtg - July 2007.doc.zip" deleted by Kevin McCleerey/JPMCHASE]

Bonnie K Perry, VP, CAMS | Private Bank Risk Mgmt and Control Group | 712 Main, 4th Floor, Houston, TX 77002 (TX2-N045) | ☎ Tel: 713-216-5136 | 📠 Fax: 713-216-7970
✉: bonnie.k.perry@jpmorgan.com