# EXHIBIT 134

# Document Produced in Native Format

JPM-SDNYLIT-W-00026008

2006

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| 2 | | | | | | |
| 3 | ███ | ███████ | ████████████ | ███ | ███ | ████████████ |
| 4 | 2 | Jeffrey Epstein | Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes. | 10/17/2006 | Retain | After internal discussions with Jes Staley, Mary Erdoes, Catherine Keating, John Duffy and Mary Casey, it was decided that we will keep Mr. Epstein solely as a banking client and on a 'reactive', client service basis.  We will not proactively solicit new investment business from him |
| 5 | ███ | ██████ | ████████ | ███ | ██████ | |
| 6 | ███ | ██████ | ████████ | ███ | ██████ | |

M-SDNYLIT-W-00026008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| | 5 | ███████ | ███████████ | ████ | ████ | |
| 7 | | | | | | |
| 8 | 6 | | | | | |
| 9 | 7 | | | | | |
| 10 | 8 | | | | | |
| 11 | 9 | | | | | |
| 12 | 10 | | | | | |
| 13 | 11 | | | | | |
| 14 | 12 | | | | | |
| 15 | 13 | | | | | |
| 16 | 14 | | | | | |
| 17 | 15 | | | | | |
| 18 | 16 | | | | | |
| 19 | 17 | | | | | |
| 20 | 18 | | | | | |
| 21 | 19 | | | | | |
| 22 | 20 | | | | | |
| 23 | 21 | | | | | |
| 24 | 22 | | | | | |
| 25 | 23 | | | | | |
| 26 | 24 | | | | | |
| 27 | 25 | | | | | |

M-SDNYLIT-W-00026008

| Item # | Client | Reason | Date | Outcome | Additional Comments |
|--------|--------|--------|------|---------|---------------------|
| 1 | ███████ | ██████ | ████ | ████████████ | |
| █ | ██████ | ██████ | ████ | ███████████ | ███████████████ |
| █ | ████████████ | █████████ | ████ | ████████████ | ███████████████ |
| █ | ███████ | ███████ | ███ | ██████████ | ████████████ |
| █ | ████████ | ███████ | ███ | █████████████ | █████████████ |
| █ | ██████ | ████████ | ███ | ████████ | |
| █ | ███████ | ████████ | ████ | ██████████ | |
| █ | ███ | ████████ | ████ | ████████ | |
| █ | ████ | ████████ | ████ | ██████████ | ██████████ |
| █ | █████████ | ███████ | ████ | █████████████ | |

M-SDNYLIT-W-00026008



| Item # | Client | Reason | Date | Outcome | Additional Comments |
|--------|--------|--------|------|---------|---------------------|

M-SDNYLIT-W-00026008



| Item # | Client | Reason | Date | Outcome | Additional Comments |
|--------|--------|--------|------|---------|---------------------|
|        |        |        |      |         |                     |

M-SDNYLIT-W-00026008



| Item # | Client | Reason | Date | Outcome | Additional Comments |
|--------|--------|--------|------|---------|---------------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

M-SDNYLIT-W-00026008

2007

| Item # | Client | Reason | Date | Outcome | Additional Comments |
|--------|--------|--------|------|---------|---------------------|
| █ | █████ | █████ | ██ █ | | ████████ |
| █ | ████ | ████ | ██ █ | | |
| █ | ███ | ████ | ██ | ██████ | ████████ |
| █ | ███ | █████ | ██ █ | | |
| █ | ███ | █████ | ██ █ | | ██████ |
| █ | █████ | █████ | ██ █ | | |
| █ | ███ | █████ | ██ | ███████ | ██████ |
| █ | ████ | █████ | ██ █ | | ██████ |

M-SDNYLIT-W-00026008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| 2 | ████ | ████ | ████ | ████ | ████ | ████ |
| 3 | ████ | ████ | ████ | ████ | ████ | ████ |
| 4 | ████ | ████ | ████ | ████ | ████ | ████ |
| 5 | ████ | ████ | ████ | ████ | ████ | ████ |
| 6 | ████ | | ████ | | | ████ |
| 7 | ████ | ████ | ████ | ████ | ████ | |

M-SDNYLIT-W-00026008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| 8 | ██ | | ██████████ | ██ | ████████ | ███████████ |
| 9 | ██ | ████ | ███████ | ████ | ███ | █████ |
| 10 | ██ | ██████████ | ███████████ | ████ | █████ | █████████ |
| 11 | ██ | ███ | █████ | ███ | ███ | ████████ |
| 12 | ██ | ███ | ████████████ | ███ | █████ | |
| 13 | ██ | ████████ | ████████████ | ███ | ██████████ | |

M-SDNYLIT-W-00026008

2008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |



M-SDNYLIT-W-00026008

2008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| 19 | ▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 20 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| 21 | ▮ | ▮▮▮ | ▮▮ | ▮ | ▮▮ | |
| 22 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| 23 | 21 | Jeffrey Epstein | Epstein was sentanced to 12 months in jail for solicitation of a prostitute and six months for procuring a person under the age of 18 for prostitution followed by 12 months of house arrest. | 7/15/2008 | Catherine will go back to JES to tell him we are uncomfortable with Epstein and do not want to go to Cutler for approval. | |
| 24 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| 25 | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |

M-SDNYLIT-W-00026008



|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |
|   |   |   |   | 11/24/2008 | Not approved. |   |

M-SDNYLIT-W-00026008

2008

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Item # | Client | Reason | Date | Outcome | Additional Comments |
| 35 | █ | ███ | ███ | ██ | | ████ |
| 36 | █ | ███ | ████ | ██ | ████ | |
| 37 | 34 | | | | | |
| 38 | 35 | | | | | |
| 39 | 36 | | | | | |
| 40 | 37 | | | | | |
| 41 | 38 | | | | | |
| 42 | 39 | | | | | |

M-SDNYLIT-W-00026008



| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 1 | 1 | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |

M-SDNYLIT-W-00026008

2009



| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 9 | 8 | ███ | ███ | █ | ███ | | █ | | |
| 10 | █ | ███ | ███ | ███ | ███ | ███ | █ | | |
| 11 | █ | ███ | ███ | ███ | ███ ███ | ███ ███ ███ | █ | █ | ███ ███ |
| 12 | █ | ███ | ███ | ███ | ███ ███ | ███ | █ | █ | |
| 13 | █ | ███ | ███ | ███ | ███ | ███ | █ | ███ | ███ ███ |
| 14 | █ | ███ | ███ | ███ | | ███ | | | |

M-SDNYLIT-W-00026008



| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |

M-SDNYLIT-W-00026008

2010

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 1 | ███ | ██████ | ████ | ███ | ███ ██ | ████ | ███████ | █ | ██ | |
| 2 | ███ | ███████ | ████ | ██████ ██ | ███ | ██████ | ███████ | █ | ██ | |
| 3 | ███ | ███████████ | ████ | ███ | ██████████ | ███████ | █ | ██ | |
| 4 | ███ | ██████ | ████ | | | ███████ ██ | ███████ | █ | █ | ████████ |
| 5 | ███ | █████ | █████ | ███████ ██ | ███ | ███████ █ | ███████ ██ | █ | █ | ████ ████ ████ |
| 6 | ███ | ███ | ████ | ██████ ██ | ███ | ████████ ██ | ████████ █ | █ | ███ █ | ███ |
| 7 | ███ | ████ | ████ | ██████ ██ | ███ | ██ | ███████ | █ | █ | |
| 8 | | | | ███████ ██ | | | ███████ | | | |

████████████████



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |

M-SDNYLIT-W-00026008

2010

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 15 | ███ | ███████ | ███ | ████████ | █ | █████ | █████████ | █ | █ | ███████ |
| 16 | █ | ████████ | ███ | ███████ | ███ | ████ | | █ | | |
| 17 | █ | ████████ | ███ | ████████ | █████ | ████ | | █ | | |
| 18 | █ | ██████ | ███ | ████████ | ████ | ████████ | ████████ | N | | |
| 19 | | | | | | | | | | |

M-SDNYLIT-W-00026008



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |

M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 31 | 30 | ███ | ███ | ██████ | ███ | ██████ | ██████ | █ | █ | ███████ |
| 32 | 30 | | | | | | | | | |
| 33 | 31 | | | | | | | | | |
| 34 | 32 | | | | | | | | | |
| 35 | 33 | | | | | | | | | |
| 36 | 34 | | | | | | | | | |
| 37 | 35 | | | | | | | | | |
| 38 | 36 | | | | | | | | | |
| 39 | 37 | | | | | | | | | |
| 40 | 38 | | | | | | | | | |
| 41 | 39 | | | | | | | | | |

M-SDNYLIT-W-00026008

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 2 | 1 | ███ | | ███ | | | ███ | ▮ | | ███ |
| 3 | 2 | Jeffrey Epstein | Existing Client | The Firm's AML Director (William Langford) has expressed concern over the possibility that Mr. Epstein is under investigation for human trafficking. | 1/7/2011 | Discussions to be held with William and Nina to determine how to approach the issue with Jes Staley, who is friends with Epstein. He needs to understand the potential backlash to the firm given all of the work done to root out clients involved in human trafficking. | AML Ops has conducted extensive research to root out clients involved in human trafficking. William Langford is requiring that if the business decides to proceed, then re-approval by Steve Cutler will be required. | Y | | 1/28/11 - Follow up to see if meeting with Jes has taken place and the LOB's decision for re-approval.  3/15/2011:  Paul Morris spoke with JE. The SBLC will not be renewed. |
| 4 | 3 | ███ | ███ | ███ | ███ | | ███ | ▮ | | |
| 5 | | ▮ ███ | ███ | ███ | ▮ | ███ | ███ | ▮ | | |
| 6 | | ▮ ███ | ███ | ███ | ▮ | ███ | ███ | ▮ | | |
| 7 | | ▮ ███ | ███ | ███ | ▮ | ███ | ▮ | ▮ | | |
| 8 | | ▮ ███ | ███ | ███ | ▮ | ███ | ███ | ▮ | | |

M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008

2011



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |

M-SDNYLIT-W-00026008

2011

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 22 | | | | | | | | | | |
| 23 | 22 | Jeffrey Epstein | Existing Client - 4th follow-up | Review with John Duffy. | 8/4/2011 | Duffy to reach out to Jes Staley and advise that we exit while things are a bit settled. | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |

M-SDNYLIT-W-00026008

2011



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 29 | 28 | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |

M-SDNYLIT-W-00026008



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | 36 | | | | | | | | | |
| 38 | 37 | | | | | | | | | |
| 39 | 38 | | | | | | | | | |
| 40 | 39 | | | | | | | | | |
| 41 | 40 | | | | | | | | | |

M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | ECI | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date | Reputational Risk Ctte. Minutes Written |
| 6 | | ███ | ██ | | ████ | ██ | ████ | ████ | █ | | | |
| 7 | █ | ████ | ███ | | ████ | ███ | | ████ | | | | |
| 8 | █ | ███ | ███ | | ████ | ███ | | ████ | | | | |
| 9 | | | | | ████ | | | | | | | |

M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008

| Item # | Client/Prospect | Client/Prospect Category | ECI | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date | Reputational Risk Ctte. Minutes Written |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 26 | 26 | | | | | | | | | | |

M-SDNYLIT-W-00026008

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | ECI | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date | Reputational Risk Ctte. Minutes Written |
| 27 | 27 | | | | | | | | | | | |
| 28 | 28 | | | | | | | | | | | |
| 29 | 29 | | | | | | | | | | | |
| 30 | 30 | | | | | | | | | | | |
| 31 | 31 | | | | | | | | | | | |
| 32 | 32 | | | | | | | | | | | |
| 33 | 33 | | | | | | | | | | | |
| 34 | 34 | | | | | | | | | | | |
| 35 | 35 | | | | | | | | | | | |
| 36 | 36 | | | | | | | | | | | |
| 37 | 37 | | | | | | | | | | | |
| 38 | 38 | | | | | | | | | | | |
| 39 | 39 | | | | | | | | | | | |
| 40 | 40 | | | | | | | | | | | |
| 41 | 41 | | | | | | | | | | | |

M-SDNYLIT-W-00026008

2013

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item # | Client/Prospect | Client/Prospect Category | ECI | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date | Reputational Risk Ctte. Minutes Written |
| 2 | ▪ | ███ | ███ | ██ | ████████ | ▪ | ██ | | ▪ | | | |
| 3 | ▪ | ███ | ███ | ██ | ████████ | ▪ | ██ | | ▪ | ▪ | ████ | ██████ |
| 4 | ▪ | ███ | ███ | ██ | ████████ | ▪ | ██ | | ▪ | | ██ | ██████ |
| 5 | ▪ | ███ | ███ | ██ | ██████ | ▪ | ██ | | ▪ | | | ██████ |
| 6 | ▪ | ███ | ███ | ██ | ██████ | ▪ | ██ | | ▪ | | | ██████ |
| 7 | ▪ | ███ | ███ | ██ | ██████ | ▪ | ██ | ████ | ▪ | | | ██████ |
| 8 | ▪ | ███ | ███ | ██ | ██████ | ▪ | ██ | | ▪ | | | ██████ |

36

M-SDNYLIT-W-00026008



M-SDNYLIT-W-00026008

2013



| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Item # | Client/Prospect | Client/Prospect Category | ECI | Reason | Date | Outcome | Additional Comments | Follow up Y/N | Follow up Complete Y/N | F/U Action, due date | Reputational Risk Ctte. Minutes Written |

M-SDNYLIT-W-00026008