# EXHIBIT 138

| | |
|---|---|
| **From:** | Langford, William D [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WILLIAM.D.LANGFORD] |
| **Sent:** | 1/10/2011 10:35:35 PM |
| **To:** | Cutler, Stephen M [stephen.m.cutler@jpmorgan.com] |
| **Subject:** | FW: William Langford, Jes Staley & Catherine Keating RE: Jeffrey Epstein |
| **Location:** | Dial-in: 866-446-5908 / Participant passcode: 51690015 |
| **Start:** | 1/14/2011 2:30:00 PM |
| **End:** | 1/14/2011 2:45:00 PM |
| **Show Time As:** | Tentative |

When: Friday, January 14, 2011 9:30 AM-9:45 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Dial-in:   866-446-5908 /   Participant passcode:   51690015

Note: The GMT offset above does not reflect daylight saving time adjustments.

\*~\*~\*~\*~\*~\*~\*~\*~\*

-----Original Appointment-----
**From:** Keating, Catherine
**Sent:** Monday, January 10, 2011 2:27 PM
**To:** Keating, Catherine; Langford, William D; Staley, Jes
**Subject:** William Langford, Jes Staley & Catherine Keating RE: Jeffrey Epstein
**When:** Friday, January 14, 2011 9:30 AM-9:45 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Dial-in: 866-446-5908 / Participant passcode: 51690015

When: Friday, January 14, 2011 9:30 AM-9:45 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Dial-in:   866-446-5908 /   Participant passcode:   51690015

Note: The GMT offset above does not reflect daylight saving time adjustments.

\*~\*~\*~\*~\*~\*~\*~\*~\*

Confidential
JPM-SDNYLIT-00157127