# EXHIBIT 139

**From:** Prainito, Domenica <Domenica.Prainito@chase.com>
**To:** Cutler, Stephen M <stephen.m.cutler@jpmorgan.com>
**Sent:** 1/24/2011 9:03:13 PM
**Subject:** RE: Jeffrey Epstein-Ken Starr

Sorry for the delay – Steve is available from 10:30-11:30 and 5-6 on Tues.

---

**From:** Cutler, Stephen M
**Sent:** Sunday, January 23, 2011 11:06 AM
**To:** Langford, William D
**Cc:** Prainito, Domenica
**Subject:** RE: Jeffrey Epstein-Ken Starr

I'll ask Domenica to set it up for Tuesday, as I have an all-day OC mtg tomorrow.

---

**From:** Langford, William D
**Sent:** Sunday, January 23, 2011 11:05 AM
**To:** Cutler, Stephen M
**Subject:** RE: Jeffrey Epstein-Ken Starr

Friday got away from me.

Want me to ask Dominica to reserve a half hour Monday or Tuesday?

- W

---

**From:** Cutler, Stephen M
**Sent:** Thursday, January 20, 2011 7:03 PM
**To:** Langford, William D
**Subject:** Fw: Jeffrey Epstein-Ken Starr

You and I can call him tomorrow.

---

**From:** da Silva, Rosa M
**To:** Cutler, Stephen M
**Sent:** Thu Jan 20 19:00:04 2011
**Subject:** FW: Jeffrey Epstein-Ken Starr

Steve, As promised, below please find a Tel # for Ken Starr. Thanks, Rosa

---

**From:** Lesley Groff [mailto:lgroff@dkipllc.com]
**Sent:** Thursday, January 20, 2011 6:56 PM
**To:** da Silva, Rosa M
**Subject:** Jeffrey Epstein-Ken Starr

Hi Rosa. Jeffrey requested I send you Ken Starr's office phone number at Baylor University:

[REDACTED]

Confidential

JPM-SDNYLIT-00274429