# EXHIBIT 141

| | |
|---|---|
| From: | Schwartz, Jonathan [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=V293453] |
| Sent: | 4/6/2011 12:40:40 PM |
| To: | Kolat, Gem [gem.kolat@jpmchase.com] |
| Subject: | FW: Do you have a moment to chat? |

Epstein (this may be a dup)

**From:** Shenker, Nina O
**Sent:** Tuesday, April 05, 2011 6:04 PM
**To:** Schwartz, Jonathan
**Subject:** Re: Do you have a moment to chat?

Thanks-will report to Mary.

**From:** Schwartz, Jonathan
**To:** Shenker, Nina O
**Sent:** Tue Apr 05 17:59:00 2011
**Subject:** RE: Do you have a moment to chat?

I don't think he has any plans to do so. He understands that Steve is quite firm on the subject and is stepping back and letting AM/PB handle it as it sees fit.

**From:** Shenker, Nina O
**Sent:** Tuesday, April 05, 2011 5:32 PM
**To:** Schwartz, Jonathan
**Subject:** Re: Do you have a moment to chat?

Privileged
Is Jes going to talk to Mary to execute the termination?

**From:** Schwartz, Jonathan
**To:** Shenker, Nina O
**Sent:** Tue Apr 05 17:29:32 2011
**Subject:** RE: Do you have a moment to chat?

I saw your email below on my way into Steve's meeting so I didn't raise the subject. Jes isn't looking for me to do anything more on my end (and understands that Steve is looking for the relationship to be terminated), so I'm going to back out.

**From:** Shenker, Nina O
**Sent:** Tuesday, April 05, 2011 4:02 PM
**To:** Schwartz, Jonathan
**Subject:** Re: Do you have a moment to chat?

# Redacted - Privileged

Δπ EXHIBIT 31
Deponent Cutler
Date 5/24/23  Rptr. am
WWW.DEPOBOOKPRODUCTS.COM

Confidential   JPM-SDNYLIT-00754926

**From:** Schwartz, Jonathan
**To:** Shenker, Nina O
**Sent:** Tue Apr 05 15:50:50 2011
**Subject:** RE: Do you have a moment to chat?

## Redacted - Privileged

**From:** Shenker, Nina O
**Sent:** Tuesday, April 05, 2011 3:45 PM
**To:** Schwartz, Jonathan
**Subject:** Re: Do you have a moment to chat?

If you are willing to take a ticket and stand in line. At least 2 ahead of you and I am still before dinner.

**From:** Schwartz, Jonathan
**To:** Shenker, Nina O
**Sent:** Tue Apr 05 15:42:53 2011
**Subject:** Do you have a moment to chat?

Confidential

JPM-SDNYLIT-00754927