# EXHIBIT 144

**From**:        da Silva, Rosa M [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP
                   (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROSA.M.DASILVA]
**Sent**:         8/11/2011 4:27:37 PM

**Subject**:      John Duffy Re: Jeffrey Epstein
**Location**:     Jes' Office

**Start**:         8/19/2011 12:30:00 PM
**End**:          8/19/2011 1:00:00 PM
**Show Time As**: Busy

Confidential

JPM-SDNYLIT-00454037