# EXHIBIT 145

| | |
|---|---|
| From: | Dalessio, James [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JAMES.DALESSIO] |
| Sent: | 8/29/2011 2:08:36 PM |
| To: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| CC: | Verdon, Anne E [anne.verdon@chase.com]; McCleerey, Kevin [kevin.mccleerey@jpmorgan.com]; Perry, Bonnie K [bonnie.k.perry@jpmorgan.com] |
| Subject: | No Subject-153.EML |
| Attachments: | Epstein and Maxwell article - Aug 2011.docx |

Hi John

As requested, below are the cash withdrawals by Jeffrey Epstein since 2010

| | | | |
|---|---|---|---|
| 08/05/11 | $40,000 | 07/08/11 | $40,000 |
| 05/27/11 | $40,000 | 04/12/11 | $40,000 |
| 02/14/11 | $40,000 | 12/30/10 | $40,000 |
| 10/29/10 | $30,000 | 09/27/10 | $40,000 |
| 08/19/10 | $30,000 | 07/19/10 | $30,000 |
| 04/21/10 | $30,000 | 4/01/10 | $20,000 |
| 03/02/10 | $20,000 | | |

FYI - Ghislaine Maxwell, who is closely tied to Jeffrey Epstein and has accounts in Jeffrey's relationship, requested an account opening for a new legal entity incorporated in Florida titled EllMax LLC. She has started a ***personnel recruitment*** consulting business. We picked this up in our Workstation KYC Data Quality review process - I have a call into Paul Morris to see why we would expand this part of the relationship especially if there is a possibility that this personnel recruitment may be tied to Jeffrey.

Regards,
Jim


Private Bank Risk Management
270 Park Ave., 21st Floor
New York, NY 10017
Phone (212) 464-1197, Fax (917) 463-0156