# EXHIBIT 149

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
     -against-               1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x

          C O N F I D E N T I A L

     Videotaped oral deposition of
  BONNIE PERRY taken pursuant to notice,
  was held REMOTELY, commencing May 10,
  2023, 9:39 a.m., on the above date,
  before Leslie Fagin, a Court Reporter
  and Notary Public in the State of New
  York.


          MAGNA LEGAL SERVICES
             (866) 624-6221
            www.MagnaLS.com



```
                                                      Page 187
 1                    B Perry
 2        Q.   Was it your understanding that          14:35:00
 3   Mr. Epstein was using large cash withdrawals      14:35:08
 4   to pay for fuel expenses when he travels to      14:35:11
 5   foreign countries?                                14:35:13
 6             MR. BUTTS:   Objection and objection   14:35:15
 7        to form.                                     14:35:15
 8             You may answer, if you are able.       14:35:19
 9        A.   It's probably one of the only          14:35:20
10   things I really remember because of -- fuel     14:35:23
11   expenses for an airplane, I wouldn't even --    14:35:27
12   I have no idea what it costs, but I thought     14:35:30
13   that was interesting.                            14:35:33
14        Q.   Okay.   I appreciate your answer.     14:35:37
15             Can you just expand upon what you     14:35:38
16   mean by interesting?                             14:35:43
17             MR. BUTTS:   Objection to form.       14:35:45
18             You may answer.                        14:35:46
19        A.   I never thought about how much it     14:35:46
20   would cost to fuel an airplane and the answer   14:35:47
21   seemed reasonable.                               14:35:51
22        Q.   Does it seem reasonable today that    14:35:54
23   Jeffrey Epstein was using 20,000 to $40,000     14:35:56
24   in cash to pay for fuel expenses?                14:35:59
25             MR. BUTTS:   Objection and objection  14:36:03
```

