# EXHIBIT 150

Confidential - Attorneys' Eyes Only

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    _____
                                  |
 4    GOVERNMENT OF THE UNITED    |
      STATES VIRGIN ISLANDS,      |
 5                                |
              Plaintiff,          |
 6                                |
         vs.                      | Case No.
 7                                | 1:22-cv-10904-JSR
      JPMORGAN CHASE BANK, N.A.,  |
 8                                |
              Defendant.          |
 9    _____|
                                  |
10    JPMORGAN CHASE BANK, N.A.,  |
                                  |
11            Third-Party         |
              Plaintiff,          |
12                                |
         vs.                      |
13                                |
      JAMES EDWARD STALEY,        |
14                                |
              Third-Party         |
15            Defendant.          |
      _____|
16
17              Wednesday, April 19, 2023
18          CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
              Videotaped deposition of Phillip DeLuca, held
20    at the offices of Ulmer & Berne, 65 East State Street,
      Columbus, Ohio, commencing at 9:06 a.m., on the above
21    date, before Carol A. Kirk, Registered Merit Reporter,
      Certified Shorthand Reporter, and Notary Public.
22
23              GOLKOW LITIGATION SERVICES
                     877.370.DEPS
24                 deps@golkow.com
```

Golkow Litigation Services                                    Page 1

Confidential - Attorneys Eyes Only

```
 1   Jeffrey Epstein from the bank?
 2              MR. KRAUSE:  Objection.
 3              You can answer.
 4        A.    Do I understand -- can you repeat
 5   that, please?
 6        Q.    Do you know the basis for AML
 7   Investigations' recommendation to exit
 8   Mr. Epstein from the bank?
 9        A.    I believe it was reputational
10   risk.
11        Q.    Reputational risk based on what?
12        A.    Based on a prior conviction.
13        Q.    A prior conviction for what?
14        A.    Some type of sexual activity.
15        Q.    Do you know when relative to
16   Mr. Epstein's conviction the recommendation to
17   exit him from the bank was made?
18        A.    No, I don't.
19        Q.    Do you recall whether AML
20   Investigations recommended more than once that
21   Mr. Epstein be exited from the bank?
22        A.    I don't recall.
23        Q.    Did you speak with Mr. Langford
24   about the disagreement between Private Bank and
```

```
 1    I -- I think I read somewhere that they were
 2    interested in him.
 3         Q.    So why would that make you call?
 4         A.    I had a -- I spoke with the FBI
 5    daily.
 6         Q.    Was it to exchange information
 7    with the FBI about Mr. Epstein?
 8              MR. KRAUSE:  Objection.
 9         A.    My conversations?
10         Q.    The purpose of your call.
11         A.    The purpose of my call was
12    specifically to exchange information.
13         Q.    About Mr. Epstein?
14         A.    To gather information on what
15    their investigation was.
16         Q.    Did you ever provide information
17    to the FBI about Mr. Epstein?
18         A.    Like?  Not that I recall.
19         Q.    Did you ever speak with an FBI
20    agent about Mr. Epstein?
21         A.    An agent?
22         Q.    Anybody at the FBI.
23         A.    Oh, yes, I did.
24         Q.    Okay.  Who did you speak with at
```

```
 1   the FBI?
 2          A.    His name is Tim Moyer.
 3          Q.    Okay.  And what did you tell
 4   Mr. Moyer in your call?
 5          A.    I asked Mr. Moyer to provide me
 6   with the contact in the FBI who may have been
 7   working the Epstein matter.
 8          Q.    Did he confirm that the FBI -- did
 9   Mr. Moyer confirm that the FBI was looking at
10   Epstein?
11          A.    He indicated to me, "Let me get
12   back to you."
13          Q.    About whether the FBI was looking
14   at Mr. Epstein?
15                MR. KRAUSE:  Objection.
16          A.    I -- that's what I took it to
17   mean.
18          Q.    Did you share any information
19   about Mr. Epstein with Mr. Moyer when you spoke
20   with him?
21          A.    Not that I recall.
22          Q.    Did you send him any information
23   about Mr. Epstein?
24          A.    Not that I recall.
```





```
 1   Lenny Gail.  I represent JPMorgan.  A few

 2   clarifying questions, and we'll get you out of

 3   here.

 4          A.    Okay.

 5          Q.    You testified about a call you

 6   made to the FBI earlier today.

 7                Do you recall that?

 8          A.    I do.

 9          Q.    Before you made that call, had you

10   seen news stories relating to Jeffrey Epstein?

11          A.    I think so.

12          Q.    Remind us again the name of the

13   person you contacted.

14          A.    His name was Tim Moyer.

15          Q.    Why did you reach out to Mr. Moyer

16   at that time about Epstein?

17          A.    I met with the FBI on a monthly

18   basis at that point in time, and I recall

19   reading somewhere that the FBI was -- initiated

20   an investigation, and I was looking for the

21   contact that I could talk to.

22          Q.    What did you ask Mr. Moyer?

23          A.    I asked Tim for a contact that

24   I could talk to.
```

```
 1          Q.    What did he say in response?
 2          A.    "I'll get back to you."
 3          Q.    Do you recall anything else?
 4          A.    Pardon?
 5          Q.    Do you recall anything else about
 6   the call?
 7          A.    No.
 8          Q.    How was it left?
 9          A.    That he would get back to me.
10          Q.    So did you ever hear back from
11   Mr. Moyer?
12          A.    About that?  No.
13          Q.    Did you ever hear back from anyone
14   else at the FBI, whether an investigator, an
15   agent, or otherwise?
16          A.    No.
17          Q.    Given your consistent dealings
18   with law enforcement, how did you interpret the
19   fact that the FBI never got back to you about
20   Epstein?
21          A.    That they weren't interested.
22          Q.    Okay.  One more topic, and then
23   we'll be done.
24                ██████████████████████████
```