# EXHIBIT 151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

JANE DOE 1, individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 1:22-cv-10019-JSR

-against-

JPMORGAN Chase BANK NA,

Defendants.

- - - - - - - - - - - - - - - - - - - - - x

C O N F I D E N T I A L

Videotaped oral deposition of MARYANNE RYAN taken pursuant to notice, was held at BOIES SCHILLER FLEXNER LLP, commencing May 24, 2023, 9:39 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



M. Ryan - Confidential

[redacted]

Q. It was your understanding at that time that Jeffrey Epstein was not using any bank accounts or wire services in his exploitation of women or children? 11:23:01 11:23:03 11:23:06 11:23:11

MR. KRAUSE: Objection. 11:23:14

A. If I had thought, I would have acted on it. 11:23:16 11:23:18

Q. When Phil says, I hope -- sorry, he doesn't say I -- he says, Hope that they do not cave. 11:23:19 11:23:28 11:23:32

What did you understand that to mean? 11:23:32 11:23:34

A. We were presenting to the business to tee it back up again to make a decision on 11:23:37 11:23:41



retention. So Phil was of the mindset, as was I, that he had to go. 11:23:44 11:23:49

Q. Why did you think he had to go? 11:23:52

A. He was a reputational risk to the bank. 11:23:57 11:24:00

Q. Why was it a reputational risk to the bank? 11:24:01 11:24:04

A. Any client that would be consistently in the news for any variety of reasons would present reputational risk to the bank. 11:24:05 11:24:10 11:24:15 11:24:18

Q. But in this particular instance, what was the reputational risk to the bank? 11:24:18 11:24:20

A. There were allegations and there was a conviction about improper behavior with a minor. 11:24:23 11:24:25 11:24:30

Q. And at that time you believed those allegations? 11:24:35 11:24:39

MR. KRAUSE: Objection. 11:24:41

A. I had no firsthand knowledge. I was reading what I read in the paper, and I thought it was disturbing enough that the customer should be re-reviewed for exit determination by JPMorgan. 11:24:45 11:24:47 11:24:50 11:24:53 11:24:57



M. Ryan - Confidential

know what -- I didn't know what Cutler knew or didn't know about the bank's HT work. 13:26:08 13:26:10

Q. I'm just trying to understand why you think Steve Cutler may feel differently, 13:26:16 13:26:21

MR. KRAUSE: Objection. Asked and answered. 13:26:37 13:26:39

A. We were trying to get him out on reputational risk reasons. Marrying together the current work that the department was doing, coupled with his old approval would have given him a complete picture to reapprove or relook at whether or not he was still comfortable. 13:26:39 13:26:44 13:26:49 13:26:54 13:26:57 13:27:00 13:27:02

Q. You then write, I circled back with PB and that was the reason for the RR meeting on Friday. Seems -- no, let's stop there. 13:27:04 13:27:07 13:27:12

I will restate that. You write, I circled back with PB and that was the reason for the RR meeting on Friday. 13:27:19 13:27:21 13:27:23

Do you see that? 13:27:26



that if it were up to them, they would have 13:31:13
terminated their relationship with Jeffrey 13:31:16
Epstein? 13:31:19
MR. WOHLGEMUTH: Objection. 13:31:19
A. I don't recall anything specific 13:31:21
said. 13:31:24
Q. You then write, Digging will take a 13:31:35
few days, I will get back to you when I am 13:31:38
done. The guy likes cash so the paper trail 13:31:40
could be hard. 13:31:48
Do you see that? 13:31:50
A. I do. 13:31:50
Q. What did you mean when you said, 13:31:50
the guy likes cash so the paper trail could 13:31:53
be hard? 13:31:56
A. As I recall, there were not credit 13:32:01
cards activity so I couldn't place people in 13:32:10
places at a certain time which is something 13:32:16
we might look at credit card data for because 13:32:18
paid -- he took out a lot of cash. 13:32:22
[redacted]



M. Ryan - Confidential

[redacted]

MR. LAW: This will be Exhibit 10, 13:33:41
Bates number JPM-SDNYLIT-W-00021929. 13:33:43
(Ryan Exhibit 10, Email Chain, 13:33:54
marked for identification.) 13:33:54
THE WITNESS: Okay. 13:34:59

[redacted]

[redacted]

MR. LAW: This is Exhibit 11, Bates number JPM-SDNYLIT-00194154. 13:43:13 13:43:16

(Ryan Exhibit 11, Email, marked for identification.) 13:43:24 13:43:47

THE WITNESS: Okay. 13:43:47

Q. This is an email from you, Maryanne Ryan, to Phillip DeLuca on November 29, 2011, 13:43:48 13:43:53



Page 208
M. Ryan - Confidential

MAGNA
LEGAL SERVICES





Page 209

1        M. Ryan - Confidential

[page fully redacted]



M. Ryan - Confidential

Q. When you say some other interesting finds but no smoking guns were. 17:09:09 17:09:13

Do you see that? 17:09:16

A. Yes. 17:09:16

Q. What did you mean by, other interesting finds? 17:09:17 17:09:23

MR. KRAUSE: Objection. 17:09:28

A. Just other things I noticed that I was including so he could have other facts when he went to speak to Jes. 17:09:29 17:09:32 17:09:42

Q. What was interesting about these finds? 17:09:44 17:09:47

A. I mean he sponsored other customers to the bank, saw different payments, no huge amounts. I referred to him as a sugar daddy. His foundation began paying donations to the Palm Beach police department down in Florida, around -- as reported, just before the case started; paid other monies to different schools, nothing -- no astronomical payments. 17:09:51 17:10:08 17:10:14 17:10:19 17:10:26 17:10:31 17:10:33 17:10:36

And I noticed that his business account, I saw no credits and debits to particular investors of his. He sent a lot of money to his local Palm Beach bank 17:10:41 17:10:43 17:10:48 17:10:54



M. Ryan - Confidential

account. 17:11:00

Q. So those were the finds, correct? 17:11:00

A. Correct. 17:11:05

Q. What was interesting about those finds? 17:11:05 17:11:08

A. Just terminology I applied to it. Nothing -- nothing underhanded about, I just thought they were things I told William as he prepared for that meeting. 17:11:10 17:11:14 17:11:20 17:11:22

[redacted] why do you think you needed to tell William about these finds? 17:11:26 17:11:29 17:11:33

MR. KRAUSE: Objection. 17:11:35

A. He was meeting with Jes about retaining Epstein as a customer. So there were different facts that I thought I should pass on to William beforehand. 17:11:37 17:11:39 17:11:44 17:11:46

Q. So for example, if we look at No. 2, where you say, His foundation account did pay donations to the Palm Beach police department as reported just before the case started, this same foundation account did pay monies direct to models and payments direct 17:11:52 17:11:57 17:11:59 17:12:02 17:12:04 17:12:08



M. Ryan - Confidential

to specialty schools (massage, culinary) and universities on behalf of models/aspiring actresses, nothing was astronomical. 17:12:11 17:12:19 17:12:24

Do you see that? 17:12:29

A. I do. 17:12:29

Q. Were you aware in 2011 that Jeffrey Epstein was alleged to commit sexual misconduct in relation to massages? 17:12:29 17:12:37 17:12:42

A. I don't know when I became aware of certain things. There has been so much press that -- throughout the years, I can't speak to exact moment that I heard about different allegations. 17:12:53 17:12:57 17:13:00 17:13:03 17:13:07

Q. Were you aware in 2011 that Jeffrey Epstein's sexual misconduct often involved models and aspiring actresses? 17:13:08 17:13:17 17:13:23

MR. KRAUSE: Objection. 17:13:28

A. I don't -- I don't recall what I read or didn't read about the people he associated to. 17:13:29 17:13:35 17:13:38

[redacted]



Page 228

1        M. Ryan - Confidential

17:13:55

[page contents redacted]



M. Ryan - Confidential

[redacted]

Q. In the previous find you call Jeffrey Epstein a sugar daddy. 17:15:55 17:15:58

Do you see that? 17:16:03

A. I do. 17:16:03

Q. What does that mean? 17:16:03

A. Somebody that likes to spend his money on ladies. 17:16:04 17:16:08

Q. Does the term sugar daddy, in your view, imply financial support in exchange for sexual favors? 17:16:15 17:16:19 17:16:25

A. No, it does not. 17:16:26

Q. Did you find it unusual that he spends, quote, a good deal at spa establishments, end quote? 17:16:32 17:16:36 17:16:39

A. They spent, he didn't spend. 17:16:50

Q. Did you find it unusual that they spent a good deal at spa establishments? 17:16:59 17:17:02

A. No. 17:17:08

Q. Looking at the beginning of find No. 1, you say, the opening of DDA accounts and a CC for two 18-year-olds turned 19 days later, that appear to be part of his inner entourage. One is mentioned in many of the recaps of the escapades as a willing participant and assistant when hosting visitors. She has received about 450,000 since opening from Epstein. 17:17:25 17:17:27 17:17:32 17:17:39 17:17:43 17:17:45 17:17:48 17:17:50 17:17:53

Do you see that? 17:17:56

A. I do. 17:17:56

Q. Did you find it unusual that a man over 50 years old was opening accounts for 18-year-old women who were not his relatives? 17:17:57 17:18:02 17:18:09

A. If they were significant other to him, no, I would not have found that unusual. 17:18:18 17:18:21

Q. Did you find it unusual that a willing participant of the escapades was paid 450,000 from Epstein? 17:18:25 17:18:30 17:18:37

A. I'm not sure which article this is 17:18:46



M. Ryan - Confidential

referring to. The way -- the way I phrased it, if we are referring to that person earlier that I looked at, that was in another email, if -- I thought she was his significant other and she was routinely gifted money from Epstein and had her own account with her own credit card, which had no strings; meaning he didn't control it. She came and went with the banker however she would see fit, that did not appear that unusual to me. 17:18:51 17:18:54 17:18:57 17:19:01 17:19:09 17:19:11 17:19:15 17:19:17 17:19:20 17:19:22 17:19:26

Q. If you learned that she was not his significant other, would it have appeared unusual to you? 17:19:27 17:19:29 17:19:33

A. I would have found it very unusual that he would have sponsored somebody for the private bank to independently operate if -- that would not fit a fact pattern of somebody that was controlling somebody to me. 17:19:33 17:19:36 17:19:38 17:19:46 17:19:50

Q. Are you aware of anyone at the bank asking Jeffrey Epstein whether these women were his significant others? 17:19:52 17:19:56 17:20:00

A. I am not aware of what led to the opening of these accounts. 17:20:04 17:20:08

