# EXHIBIT 158

| | |
|---|---|
| **From:** | lisa.e.waters@jpmorgan.com |
| **To:** | mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com> |
| **Sent:** | 1/4/2008 11:34:38 PM |
| **Subject:** | Re: |

We need to have the felony he pleads guilty to. So march.
No one wants him

    Mary C Casey

----- Original Message -----

    **From:** Mary C Casey
    **Sent:** 01/04/2008 05:33 PM CST
    **To:** Lisa Waters
    **Subject:** Re:

Interesting -- I am going to speak to Mary next week about moving him. When is the decision due to be made by Cutler -- now not until March?

Have a great weekend,

Mary

    Lisa E. Waters

----- Original Message -----

    **From:** Lisa E. Waters
    **Sent:** 01/04/2008 06:30 PM EST
    **To:** Mary Casey
    **Subject:** Re:

Tonight's post was a source for updated info.

Page 6 confirms epstein's court date is "pushed to march while he tries to "hammer out" details of his 18 month prison sentence following by house arrest."

    Lisa E. Waters

----- Original Message -----

    **From:** Lisa E. Waters
    **Sent:** 12/20/2007 09:09 AM EST
    **To:** Mary Casey

did you see the article on JE?

Lisa E. Waters



EXHIBIT 25
WIT: Casey
DATE: 4-7-23
C. Campbell, RDR CRR CSR #13921

Managing Director
(212) 464 -2048

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Confidential