AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe 1 | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-10019 (JSR) |
| JPMorgan Chase Bank, N.A. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant James Edward Staley.

Date: 09/13/2023

s/ Wayne E. Gosnell, Jr.
*Attorney's signature*

Wayne E. Gosnell, Jr. NY4418521
*Printed name and bar number*
Clayman Rosenberg Kirshner & Linder, LLP
305 Madison Avenue, Suite 650
New York, NY 10165

*Address*

gosnell@clayro.com
*E-mail address*

(212) 922-0180
*Telephone number*

(212) 949-8255
*FAX number*