UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK

Jane Doe 1, individually and on behalf of all
others similarly situated, Plaintiff

v.

Deutsche Bank Aktiengesellschaft, et. al.,
Defendants

JPMorgan Chase Bank, N.A.,
Defendant

Case No. 1:22-CV-10018 (JSR)
& Consolidated Case No. 1:22-CV-10019 (JSR)

**CLASS ACTION LAWSUIT**

### DECLARATIONS OF THE OBJECTOR: JANE DOE #7

**I, JANE DOE #7, declare as follows:**

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My address, telephone number & email address are redacted pursuant to the current Order in the Docket granting class members anonymity.

3. I am a member of the settlement class in this case. On July 28, 2023, I filed a claim/Notice of Claim that the class counsel did not provide any confirmation number for. Lead Counsel is Presumed to be Bradley Edwards, & he did not respond with any legal advising/instructions indicating the claim/Notice of Claim was received for processing. When I filed the claim/Notice of Claim, I provided a general statement of the claim with request for cash award amount commensurate to the harm I sustained that was in far greater excess than the proposed award values. I provided Notice that I would have Objections; I provided information for the Best Contact Method/Current Contact Information for myself & members of the class who are known to me.

4. I received no notice from the claims administrator relating to the Original Settlement, which was preliminarily approved by the Court on June 27, 2023. Due to unwaived conflicts of interest with the class members & an issue of *collusion*/appearance of collusion among the Claims Administrator(s) ("CA/s"), Class Counsel & other parties to the litigation, the CAs & *class counsel* have engaged in an apparent willful failure to communicate with me/members of the class to process our claims in a timely manner. (*Staton*)

The Notice of Claims & attempts to file claims by directly contacting class counsel to provide current and proper contact information for the Claims Administration process failed to solicit *any* response from the CA or class counsel. This is a sign of their *collusion* & disinterest or failure in providing fair & adequate representation for the class. *Jin* 2021

> "...Five days before the class trial, the district court sua sponte decertified the
> class based on class counsel's inadequate representation..."

*Jin v. Shanghai Original Inc* 2d. Cir. 2021

pg 1 of 4

5.    The claims administrator should have gotten class members names and addresses from lead counsel for the class (Bradley Edwards) when I contacted him directly in June 2023 with Notice of Claim & objections to the Stipulation. Like majority of the survivors of the sex trafficking who are class members, I have my own testimony as Proof of Claim. I also have supporting witness statements & other evidence supporting proof of claim including photographic evidence, witness testimony & other records that could be further compiled through appropriate *discovery*. I object to the Proposed Settlement & *any* post-settlement demands of the Claims Administrator(s)' including demands for "proof" or evidence where such demand is discriminatory/biased & illegal. The purpose of settlement is not to deny class members appropriate relief post-settlement by using claims validation procedures that are not acceptable in the court of law & conducted by Claims Administrators who allege to be neutral third parties with no knowledge of the facts. The CAs are persons that members of the *class* (including myself) have found to be *colluding* with Class Counsel, Defendants, Attorneys & Judicial Officer(s) in this case & other related cases involving the Epstein sex trafficking & racketeering enterprise that is the subject of this class action.

The CAs have routinely abused their position to deny the valid claims of class members & refuse relief in favor of the Defendants or Attorneys once the Court has Ordered the Released Parties to pay compensation to plaintiffs. Any demand for "Adequate Proof of Abuse" is unlawful, discriminatory & intentionally abusive of the class member's rights to fair and adequate litigation before agreeing to *estoppel* through settlement. Plaintiffs' right to compensation/relief is violated where the Claims Administrators have repeatedly, illegally maneuvered to administer the claims as *fact finders* who have been granted permission to evaluate claims to decide appropriate relief when they have not been ordered to do so; nor have the right to do so. For example, in the related cases where Jordana Feldman was appointed Administrator of the *Epstein Victim's Compensation Program* ("EVCP"), she failed to disclose her conflict of interest with victims who were trafficked to her where she is a sex trafficking client/accomplice to the Epstein Enterprise.

Simone Lelchuck administered claims in a related case, *In re: The Weinstein Company Holdings LLC, et al* No. 1:2021cv01151 US District Court for the District of Delaware- Bankruptcy. In this related case Harvey Weinstein, an accomplice of the Sex Trafficking & Racketeering Enterprise facilitated by the Banks in the instant action, arranged a Sexual Misconduct Trust Fund to resolve for *estoppel* All Pending Sexual Abuse Claims against him.

Lelchuk illegally failed to pay claims in that litigation by ignoring claims filed/given notice of similarly to how she has done in the instant action & engaged in maladministration of the agreed upon claims administration terms to ultimately abandon plaintiffs. Lelchuk was still compensated for this abandonment of duties where she left plaintiffs with the burden of navigating the US Courts in search of redress/relief after the settlement arrangement was court approved via a Bankruptcy Order.

6. To the best of my recollection, I started being trafficked by Epstein as a child under the age of 15, as early as 3 years old, as part of his joining a pre-existing child trafficking network that the Bank benefitted from or supported absent Epstein's involvement. Between 1989 to 2023 I was trafficked or experienced consequential abuses (such as retaliation & emotional harm) extending from the Bank's facilitation & willful profiting from the child sex abuse & racketeering that defines the Epstein Enterprise.

7. My knowledge of the Bank's facilitation of the crimes of the Epstein Enterprise began early on with the trafficking in the early 90s when Epstein repeatedly disclosed to me his ties to the Bank, the Bank's prominent &wealthy clients/investors who financed his enterprise of sex trafficking & financial crimes to which the Bank directly benefitted or profited from; both before & after Epstein was convicted of sex crimes.

8. On *information and belief* collected mostly from firsthand conversations with Epstein & his associate accomplices (including members of the media), I learned that the Bank had participated in financing or profiting from the Epstein Enterprise. I learned the Bank was benefitting/profitting from & facilitating the sex trafficking by underwriting, insuring, issuing securities or providing & conducting Banking Services for business(es) & investment capital stemming from corporate ventures or persons that are party to the Epstein criminal enterprise. In doing so, the Bank willfully & knowingly furthered the trafficking & racketeering of the Epstein Enterprise for its own benefits & pecuniary gain. I believe this because I was closely involved with Mr. Epstein, his clients/associates & accomplices. I was given front row seat to the criminal enterprise in my position; & many clients of the Bank, including prominent government officials discussed openly & candidly with me the facts of the Banks role in the enterprise. I also have investigated & tracked the nuances of the Epstein enterprise that were disclosed to me by members of the enterprise (including Epstein himself & more than a dozen associates to the enterprise). Through this concentrated tracking/investigation over the course of decades, I located numerous businesses, securities issues & persons associated with the enterprise as having direct relationships with the Bank that are established strictly to further the financial goals of the trafficking & racketeering enterprise.

There isn't any dispute of my membership in the class; If there was any dispute over whether I am a class member, I ask the Court to rely upon the fact that to date, none of the parties have challenged my claims or membership in the class made under the penalty of perjury; and none have the right to do so without violating laws to defame or engage in vexatious litigation as an extension of the racketeering & abuse.

9. In furthering the sex trafficking & racketeering enterprise the Bank has caused me financial & emotional harms for decades that extend to members of my immediate family (parents, siblings, offspring & other close relatives such as siblings of my parents, siblings/relatives by marriage & my grandparents). This harm was intentionally extended by the Defendants to also harm my friends, associates & businesses who are also members of this class; & whose objections to settlement are protected /raised by my objections filed with this court September 15 2023.

10. The specific grounds of my objection are identified in my electronic filing in this case. I reserve the right to present further objections as they may arise throughout the final stages of settlement negotiations, claims processing or appeals.

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2023, in an undisclosed location in the USA.

<u>s/Jane Doe #7 (seven)</u>
<u>redacted for Anonymity</u>
<u>USPS Service Address Redacted</u>
<u>Electronic Mail Address Redacted</u>
<u>Phone Number Redacted</u>

janedoenumberseven@gmail.com

(provided for general purposes to protect Objector's identity pursuant to order granting class members anonymity.)