# EXHIBIT 3



## MEDIATION CONFIDENTIALITY AGREEMENT

The parties have agreed to mediate the *Doe 1 v. JPMorgan Chase Bank, N.A.* and *Government of the United States Virgin Islands v. JPMorgan Chase Bank, N.A.* matters, and hereby enter into the following agreement with regard to confidentiality:

The parties hereby agree that all statements of the parties, counsel, and mediator, as well as the materials generated solely for purposes of the mediation shall constitute conduct or statements made in compromise negotiations and, shall therefore, not be admissible pursuant to Rule 408 of the Federal Rules of Evidence, and shall not be disseminated or published in any way. In short, no statement made during the course of the mediation or any materials generated for the purpose of the mediation may be offered into evidence, disseminated, published in any way, or otherwise publicly disclosed. No one other than those listed on the sign-in sheet and who have executed this confidentiality agreement may attend or appear in person, by video, or phone without the permission of the parties. In the event of a virtual mediation, all participants confirm that they will be in a private location and will disclose if anyone outside of the mediation process enters their private location. No participant shall record any part of the mediation session by any electronic means, including any sessions or communications prior to and following the mediation session. All participants agree that they will only use a secure Wi-Fi or Ethernet connection for all conduct related to the mediation session.

Date: 5/3/23

Name: Stephen Wohlgemuth
Representing: Jes Staley

Date: _____

Name: _____
Representing: _____

Date: _____

Name: _____
Representing: _____

Date: _____

Name: _____
Representing: _____

Date: _____

Name: _____
Representing: _____