UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | 22-cv-10019 (JSR) |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On July 26, 2023, third-party defendant James Staley moved to compel the production of certain requested documents from JPMorgan Chase Bank, N.A. ("JPMorgan") withheld on privilege grounds. See Dkt.

1

248. After full consideration of letter briefing submitted by Staley and JPMorgan, the Court hereby denies Staley's motion.

The Clerk is respectfully directed to close entry number 248 on the docket of <u>Government of the United States Virgin Islands v. JP Morgan Chase Bank, N.A.</u>, 22-cv-10904.

SO ORDERED.

New York, NY  
September 19, 2023

_____  
JED S. RAKOFF, U.S.D.J.