IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>JAMES EDWARD STALEY<br><br>    Third-Party Defendant. | Case Number: 1:22-cv-10019-JSR |

**THIRD-PARTY DEFENDANT JAMES STALEY'S MOTION TO EXCLUDE
JPMORGAN CHASE BANK, N.A.'S PROFFERED EXPERT OPINIONS**

Pursuant to Federal Rules of Evidence 402, 403, 408, and 702, and Federal Rule of Civil Procedure 26, James Staley hereby respectfully requests that the Court exclude the expert opinions of Edith Wong, Shelley Chapman, and Carlyn Irwin, proffered by Third-Party Plaintiff JPMorgan Chase Bank, N.A. The reasons supporting this motion are set forth in a separately filed Memorandum of Law.

As set forth in an email from chambers to counsel dated for all parties dated September 15, 2023, the moving papers regarding expert opinions on the third-party claims shall be filed no later than September 20, 2023, answering responsive briefs shall be filed no later than September 27, 2023, and reply briefs shall be filed no later than October 3, 2023.

Date: September 20, 2023                     Respectfully submitted,

By: /s/ John M. McNichols

Brendan V. Sullivan Jr.
John M. McNichols
Zachary K. Warren
Eden Schiffmann
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5252
Fax: (202) 434-5029
bsullivan@wc.com

Stephen L. Wohlgemuth
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (202) 434-5390
Fax: (202) 434-5029
swohlgemuth@wc.com

*Counsel for Third-Party Defendant James Edward Staley*