# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　Plaintiff,<br><br>　　v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　Defendant. | Case No. 1:22-CV-10019 (JSR) |

**DECLARATION OF CLAIMS ADMINISTRATOR SIMONE K. LELCHUK
REGARDING ADMINISTRATION OF NOTICE AND PROCESSING OF CLAIMS**

Pursuant to 28 U.S.C. § 1746, SIMONE K. LELCHUK hereby declares as follows:

1. I am a mediator and settlement fund administrator and was appointed by this Court to serve as the Claims Administrator[1] in this Litigation. I am over twenty-one (21) years of age and am authorized to make this declaration. The following statements are based on my personal knowledge and information provided to me by those working under my general supervision on this matter and, if called upon, I could and would testify competently thereto.

2. I received my B.A. from Ohio University, Athens, Ohio, and my J.D. from the Benjamin N. Cardozo School of Law in New York City. From 2010 to 2014, I was an attorney at the law firm Kasowitz Benson Torres LLP in New York City. In private practice, I handled a wide variety of matters for both plaintiffs and defendants in the firm's litigation and transactional groups.

3. Since my departure from private practice in 2014, I have served as a mediator in

---

[1] Capitalized terms used herein shall have the same meaning as ascribed to them in the Stipulation of Settlement (ECF No. 181-1).

hundreds of cases. I mediate across many practice areas; however, I have extensive experience in sexual harassment and abuse cases. I have been involved in successfully designing the claims process and distribution of settlement funds with a significant amount of my work involving both funds set up for the benefit of victims/survivors and working directly with the victims/survivors themselves. I find the need for extreme sensitivity when handling these types of matters so important that I obtained my Trauma Informed Certification from the National Center for Equity & Agency.

   4. I have significant additional experience with evaluating claims of abuse made by women against Jeffrey Epstein. I served as co-mediator and was appointed claims administrator in connection with the proposed settlement in the case *Jane Doe v. Deutsche Bank Akteingesellschaft*, Case No. 1:22-CV-10018 (JSR), pending in the United States District Court for the Southern District of New York. I successfully served as the mediator in approximately forty cases with women who did not receive or accept an allocation from, or participate in, the Epstein Victims' Compensation Fund. I also successfully mediated claims of abuse by victims of Harvey Weinstein against The Weinstein Company that ultimately resulted in the creation of a fund that I administered for the benefit of the survivors under the supervision of the United States Bankruptcy Court for the District of Delaware. I also personally handled all of the survivor interviews for the USA Gymnastics settlement fund at the request of the court appointed claims administrator. I take great professional and personal pride in the feedback I have received from survivors who have told me that my approach to handling the fund administration made the survivors feel heard and helped them move forward towards closure.

   5. In this matter, I assisted the Settling Parties in devising the methodology for the Plan of Allocation, which is based on the methodology I have used in other cases. As described in the Notice, the Plan required that each Class Member submit a Questionnaire and Release by

no later than September 5, 2023. Following receipt of a Class Member's Questionnaire and Release, in order to determine her eligibility and assigned settlement amount (the "Allocated Amount") from the Global Settlement Amount, I consider the following information: the circumstances, severity, type, and extent of the alleged harm, injury, exploitation, abuse or trafficking, the nature and duration of the relationship with Epstein, any cooperation with government investigations or refusal to cooperate with government investigations or refusal to cooperate with this civil litigation including any convictions relating to Epstein's sex trafficking venture, and the impact of the alleged conduct on the Participating Claimant, and the extent of recovery in *Jane Doe I, et al, v. Deutsche Bank Aktiengesellschaft, et. al.*, Case No. 1:22-CV-10018 (JSR).

6. On June 27, 2023, the Court appointed me as Claims Administrator in the Litigation.

7. Following my appointment, on or about July 5, 2023, I received from Class Counsel an Excel file with the unique names, mailing addresses (to the extent known), and email addresses (to the extent known) of potentially Eligible Class Members.

8. To help facilitate notice and publication of the Settlement, I engaged Omni Agent Solutions ("Omni"), a leading claims and noticing agent that has considerable experience aiding in the administration of settlements of highly-sensitive cases, including cases involving claims of sexual abuse.

9. Pursuant to the Court's Preliminary Approval Order, on July 7, 2023, I caused Omni to transmit, via email, a copy of the Notice and Questionnaire and Release, and the Opt-Out Form (the "Notice Packet") to all potentially eligible Class Members, or their counsel, identified to me by Class Counsel. To the extent I was only provided with a physical address for a potentially Eligible Class Member, the Notice Packet was sent by first class mail to the potentially Eligible

Class Member. If any Notice Packet was returned as undeliverable, I directed my counsel, Elise S. Frejka, Esq., to research alternative physical or email addresses and attempt service through alternate means. Finally, a Notice Packet was sent to anyone who requested one from me, including as a result of the publication notice described in paragraph 10.

10. On July 14, 2023, I caused the Summary Notice to be published in *USA Today,* as the Court ordered. Attached hereto as Exhibit A is a copy of the Summary Notice as published in *USA Today*.

11. In coordination with Class Counsel and with the assistance of Omni, I established and currently maintain a dedicated website entitled "Epstein Survivors' Settlement Fund JPM" (the "Settlement Website") to provide (i) additional information to potentially Eligible Class Members, (ii) answers to frequently asked questions and contact information for me and Class Counsel for potentially Eligible Class Members to raise additional questions, and (iii) a mechanism for potentially Eligible Class Members to download and submit Settlement Forms electronically. The website became operational on July 7, 2023, and is accessible 24 hours-a-day, seven days-a-week. However, subsequent to the deadline for timely submitting claims, I directed Omni to disable the claim submission link. The address for the Settlement Website is set forth in the Notice, the Summary Notice, and the Claim Form: https://www.epsteinssfjpm.com/. The Settlement Website includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim-filing deadlines, the date, time, and location of the Court's Settlement Hearing, and documents relevant to the Litigation, including the Complaint, the Stipulation, and the Preliminary Approval Order. Copies of the Notice and all Settlement Forms, including the Opt-Out Form are posted on the website in two different languages and are available for downloading. As noted above, potentially Eligible Class Members could, through the claim submission deadline, also complete and submit Settlement Forms through the website. I have been

updating, with the last update made on September 17, 2023, and will continue to update the Settlement Website as necessary throughout the administration of the Settlement.

12. The Notice informs potentially Eligible Class Members that requests for exclusion from the Class were to be submitted via Opt-Out form such that they were postmarked or submitted electronically by no later than August 7, 2023. I received a sole opt-out request which was submitted in error and was subsequently withdrawn.

13. The Notice also informs potentially Eligible Class Members that objections to the settlement must be in writing and filed with the Court by October 19, 2023, with a copy sent to Class Counsel and Defendants' Counsel. Should any Class Member erroneously submit an objection to the Claims Administrator, I will forward such objection to Class Counsel, Defendant's Counsel, and the Court. To date, I have received no such objections.

14. I have monitored and will continue to monitor all mail delivered to the address listed in the Notice and on the settlement website and update this declaration to the extent I learn of any additional relevant information.

[Signature Page to Follow]

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 22nd day of September 2023.

*Simone Lelchuk*
Simone Lelchuk (Sep 22, 2023 15:22 EDT)
_____
Simone K. Lelchuk

# Exhibit A



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday July 14, 2023**, the following legal advertisement – **JPMorgan Chase Bank, N.A.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
July 14, 2023

# Ons Jabeur reaches Wimbledon final; Vondrousova next

**Associated Press**

WIMBLEDON, England – There was a time when Ons Jabeur might not have recovered from the deficit she found herself in during the Wimbledon semifinals. Down a set. Down a break. So close to being just a game from defeat.

She credits a sports psychologist with helping her understand how to deal with those on-court situations, with managing to keep her focus, keep her strokes on target. Thanks in part to that, and a steadiness down the stretch at Centre Court on Thursday, Jabeur is on her way to a second consecutive final at the All England Club and her third title match in the past five Grand Slams.



Ons Jabeur reacts during her semifinals win against Aryna Sabalenka. SUSAN MULLANE/USA TODAY SPORTS

Now she wants to win a trophy. Sixth seed Jabeur earned the right to play for one again by beating big-hitting Aryna Sabalenka 6-7 (5), 6-4, 6-3.

"I'm very proud of myself, because maybe old me would have lost the match today and went back home already. But I'm glad that I kept digging very deep and finding the strength," said Jabeur, a 28-year-old from Tunisia who is the only Arab woman and only North African woman to reach a major final.

"I'm learning to transform the bad energy into a good one," Jabeur said, explaining she was able to get over the anger felt after the first set. "Some things I have no control over: She can ace any time. She can hit the big serve, even if I have a break point. That's frustrating a bit. But I'm glad that I'm accepting it and I'm digging deep to just go and win this match – and, hopefully, this tournament."

To do that, Jabeur will need to get past Marketa Vondrousova, a left-hander from the Czech Republic, on Saturday. Vondrousova became the first unseeded women's finalist at Wimbledon since Billie Jean King in 1963 by eliminating Elina Svitolina 6-3, 6-3.

So far, Jabeur is 0-2 in Slam finals after losing to Elena Rybakina at the All England Club last July and to Iga Swiatek at the US Open last September.

Jabeur's victory Thursday, which came by collecting 10 of the last 13 games, prevented No. 2 Sabalenka from replacing Swiatek at No. 1 in the rankings. Sabalenka came into the match with a 17-1 record at majors in 2023, including a trophy at the Australian Open.

"I had so many opportunities," said Sabalenka, a 25-year-old from Belarus who was not allowed to compete at Wimbledon last year because all players from her country and from Russia were banned over the war in Ukraine. "Overall, I didn't play my best tennis today. It was just, like, a combo of everything. A little bit of nerves, a little bit of luck for her at some points."

In the first semifinal, Vondrousova reeled off seven consecutive games in one stretch. She is ranked 43rd and reached the second Grand Slam final of her career after getting that far as a teenager at the 2019 French Open.

The 76th-ranked Svitolina returned from maternity leave just three months ago. After surprisingly beating Swiatek in the quarterfinals, she was trying to become the first woman from Ukraine to make it to the title match at a major tennis tournament.

Svitolina received loud support from thousands in the crowd at the main stadium – Ukraine's ambassador to Britain was in the Royal Box – as applause and yells echoed off the closed roof.

Svitolina says she plays more calmly nowadays, something she attributed to the dual motivations of playing for her daughter, who was born in October, and of playing for her home country, where the ongoing war began in February 2022, when Russia invaded with help from Belarus. "It's a lot of responsibility, a lot of tension. I try to balance it as much as I can. Sometimes it gets maybe too much," Svitolina said. "But I don't want to (make it) an excuse."

Vondrousova missed about six months last season because of two operations on her left wrist. She visited England last year with a cast on that arm to enjoy London as a tourist and to watch her best friend and doubles partner, Miriam Kolodziejova, try to qualify for Wimbledon.

"It's not always easy to come back. You don't know if you can play at this level and if you can be back at the top and back at these tournaments," Vondrousova said. "I just feel like I'm just grateful to be on a court again, to play without pain."

---

## WEEKEND TV HIGHLIGHTS

**WNBA All-Star Game**

8:30 p.m. EDT Saturday, ABC
Where: Michelob ULTRA Arena in Las Vegas

The New York Liberty's Breanna Stewart has a chance to enact revenge on Las Vegas Aces star A'ja Wilson. For the second year in a row, Wilson and Stewart will face off against each other as captains at the All-Star Game. Team Wilson defeated Team Stewart 132-112 last year in Chicago. Wilson is 2-0 as captain.

– Cydney Henderson, USA TODAY

**NASCAR Cup Series**

**Crayon 301**

2:30 p.m. EDT Sunday, USA
Track: New Hampshire Motor Speedway in Loudon

With his victory Sunday at Atlanta Motor Speedway, William Byron took over the points lead by 21 over Martin Truex Jr., 36 over Kyle Busch and 37 over Christopher Bell.

**NASCAR Xfinity Series**

**Ambetter Health 200**

3 p.m. EDT Saturday, USA
Track: New Hampshire Motor Speedway

After his third victory Sunday at Atlanta, John Hunter Nemechek leads Austin Hill, the only other three-time winner this year, by 16 points and Cole Custer by 45.

**NTT IndyCar Series**

**Honda Indy Toronto**

1:30 p.m. EDT Sunday, Peacock
Track: Exhibition Place street circuit in Toronto

Alex Palou's 110-point lead in the standings is more than two races with eight left. He enters this weekend seeking his fourth consecutive win.

– Associated Press

---

# Callaghan takes responsibility after USMNT's Gold Cup ends

**Jason Anderson**
Pro Soccer Wire | USA TODAY Network

The U.S. men's national soccer team is out of the Concacaf Gold Cup one game earlier than planned, and there seems to be a race to take the blame.

Panama ended the USMNT's run, surviving a six-round penalty tiebreaker after a 1-1 extra time draw. That was widely seen as a fair result: Panama gave the U.S. immense trouble in the early going and saw multiple good looks in a more even second half denied by close calls from referee Walter López or strong saves from Matt Turner.

Still, an early Gold Cup exit is rare for the USMNT, which had made the past three tournament finals and entered this edition as defending champions.

Plenty of players indicated that they felt like the loss was on their shoulders. Despite Panama's goal coming after a badly executed offside trap, Turner told TUDN that Iván Anderson's strike was his responsibility. Jesús Ferreira,



Callaghan

who scored the team's dramatic equalizer but missed his penalty in the shootout, looked positively dejected as the team trudged off the pitch at Snapdragon Stadium in San Diego.

However, if you ask interim coach B.J. Callaghan, the problems all started with an experimental lineup that resulted in a draining first half. While Panama gained confidence, the USMNT had to chase on legs that were already heavy after going to extra time against Canada in the quarterfinals.

"The first half is my fault. I didn't set the team up the way they should have been set up," Callaghan – whose future is unclear as Gregg Berhalter returns to the USMNT helm in the coming days – told reporters after the match.

Callaghan opted for a 4-3-3 to start the match, which is not out of the ordinary for the USMNT, but an attempt to start both Ferreira and Brandon Vazquez backfired. Rather than using a high press to create while its two top goal threats were both on the field, the USMNT struggled as Panama pulled their shape apart repeatedly. Aside from Cade Cowell's shot off the post in the first seconds of the match, los Canaleros were fully in charge as the teams headed off at the break.

"We tried to remain (true) to our identity," explained Callaghan. "We want to go out and press. I thought Panama, they're a really well-coached team, they're really experienced, they've been together for a long time. They were able to cause us challenges, and obviously in the wide areas, it was difficult for us to get to those long diagonals in the first half. (We) expended a lot of energy. I take responsibility and accountability for that."

In the other semifinal in Las Vegas, Henry Martín scored 80 seconds in, Luis Chávez converted a free kick in the 30th minute and Mexico beat Jamaica 3-0 to reach its 11th Gold Cup final. It faces Panama at 7:30 p.m. EDT Sunday on Fox in the final in Inglewood, California.

*Contributing: Associated Press*

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES

### LEGAL NOTICE

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

Jane Doe 1, individually and on behalf of all others similarly situated,
Plaintiff,
v.
JPMorgan Chase Bank, N.A.,
Defendant.

Case No.: 1:22-CV-10019 (JSR)

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO WERE HARMED, INJURED, EXPLOITED, OR ABUSED BY JEFFREY EPSTEIN, OR BY ANY PERSON WHO IS CONNECTED TO OR OTHERWISE ASSOCIATED WITH JEFFREY EPSTEIN OR ANY JEFFREY EPSTEIN SEX TRAFFICKING VENTURE, BETWEEN JANUARY 1, 1998, AND THROUGH AUGUST 10, 2019 ("CLASS")**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on **November 9, 2023, at 4:00PM EST** before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007 to determine whether: (1) the proposed settlement (the "Settlement") of the above captioned case ("Litigation") as set forth in the Stipulation of Settlement dated June 22, 2023 ("Stipulation")[1] for $290,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Boies Schiller Flexner LLP and Edwards Henderson Lehrman attorneys' fees, costs, and expenses out of the Settlement Fund and Class Representative an incentive award out of the Global Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; and (4) the Plan of Allocation (as described in the Stipulation and Notice) should be approved by the Court as fair, reasonable, and adequate. The Court may adjourn or continue the Settlement Hearing, or hold it via telephone or video conference, without further notice to Class Members.

You are a "Class Member" if you are included within the following group:

All persons who were harmed, injured, exploited, or abused by Jeffrey Epstein, or by any person who is connected to or otherwise associated with Jeffrey Epstein or any Jeffrey Epstein sex trafficking venture, between January 1, 1998, and through August 10, 2019, inclusive.

This includes, but is not limited to, (1) individuals under the age of 18 who engaged in sexual contact with Epstein and/or a person connected to or otherwise associated with Epstein, and received money or something else of value in exchange for engaging in that sexual contact (even if the sexual contact was perceived to be consensual); (2) individuals aged 18 or older who were forced, coerced, or defrauded into engaging in sexual contact by Epstein and/or anyone connected to Epstein or otherwise associated with Epstein by, for example, using physical force, threatening serious harm or legal action, making a false promise, or causing them to believe that not engaging in sexual contact would result in serious harm, and who received money or something else of value in exchange for engaging in that sexual contact; (3) individuals of any age with whom Epstein, and/or a person connected to or otherwise associated with Epstein, engaged in sexual contact without consent (even if the sexual contact was perceived to be consensual provided that the individual was under the age of 18 at the time of engaging in that contact); and (4) individuals falling into examples (1)-(3) where the sexual contact occurred prior to January 1, 1998, who were harmed during the Class Period by the alleged obstruction of any government investigation or were otherwise harmed by Epstein's conduct or were prevented within the Class Period from contacting law enforcement or otherwise seeking help by Epstein and/or anyone connected to Epstein or otherwise associated with Epstein by, for example, physical force, the threat of serious harm or legal action, or making a false promise.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Questionnaire and Release by mail or electronically (**no later than September 5, 2023 at 11:59PM EDT**). Your failure to submit a Questionnaire and Release by **September 5, 2023 at 11:59PM EDT** will result in a rejection of your claim and preclude you from receiving any recovery in connection with the Settlement of this Litigation. To opt-out of the Settlement and preserve your claims related to the Litigation, you must submit an Opt-Out Form by **August 7, 2023 at 11:59PM EDT**. If you are a Class Member, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Questionnaire and Release unless you submit a timely Opt-Out Form.

If you would like a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), or the Settlement Forms described herein, you may obtain these documents, as well as a copy of the Stipulation and other case documents, online at www.epsteinSSFJPM.com, or by writing to:

Simone K. Lelchuk
c/o Frejka PLLC
415 East 52nd Street | Suite 3, New York, New York 10022
Telephone: 212-641-0800, Email: Simone.K.Lelchuk@gmail.com

Inquiries should NOT be directed to Defendant, Defendant's Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for the Settlement Forms, may be made to Lead Counsel:

Brittany Henderson
Bradley Edwards
EDWARDS HENDERSON LEHRMAN
1501 Broadway, Floor 12, New York, New York 10036
Email: EpsteinJPMSettlement@eplic.com, Toll-Free Telephone: 800-400-1098

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION (OPT-OUT FORM) SUCH THAT IT IS SUBMITTED BY **AUGUST 7, 2023 at 11:59PM EDT**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE CLASS WHO HAVE NOT OPTED OUT FROM THE CLASS BY FILLING OUT AN OPT OUT FORM THAT IS RECEIVED BY AUGUST 7, 2023 AT 11:59PM EDT WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT SETTLEMENT FORMS.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY CLASS COUNSEL NOT TO EXCEED THIRTY PERCENT (30%) OF THE SETTLEMENT AMOUNT AND COSTS AND EXPENSES NOT TO EXCEED $2,500,000.00, PLUS INTEREST EARNED ON BOTH AMOUNTS AT THE SAME RATE AS EARNED BY THE GLOBAL SETTLEMENT FUND. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND RECEIVED BY CLASS COUNSEL AND DEFENDANT'S COUNSEL **BY OCTOBER 19, 2023 at 11:59PM EDT** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: July 14, 2023   BY ORDER OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

[1] The Stipulation can be viewed and/or obtained at www.epsteinSSFJPM.com. All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation. To the extent there is any conflict between the definitions of capitalized terms in this Summary Notice and the Stipulation, the definition in the Stipulation controls.

---

## ONE CALL DOES IT ALL!

Call Today! (800) 397-0070
Your Ad in Print, Online Marketplace, & Internet Banners Too!