**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR) |

**DECLARATION OF RUST CONSULTING**

1.      I am a resident of the United States of America, and am over the age of 18. I am a Program Manager for Rust Consulting, Inc. ("Rust Consulting"), the professional settlement services provider that has been retained to fulfill the Class Action Fairness Act (CAFA) notification for the settlement in the above-referenced action.

**CAFA NOTICE**

2.      On June 30, 2023, Rust Consulting sent the CAFA Notice of Proposed Class Action Settlement for this matter to the offices of the attorney general of all 50 States and 9 territories, as well as the Attorney General of the United States, the Office of the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, and the Federal Reserve Bank of New York. Fifty-five of these notices were sent by United States Postal Service Priority Mail; eight were sent by email notification per the recipient's preference. All available court documents are posted to a website at www.cafanotices.com where they can be viewed free of charge and without creating an account.  An exemplary copy of the notice is attached hereto as Exhibit A.  A list of the recipients of the notice is attached hereto as Exhibit B.

     3.    On July 3, 2023, Rust Consulting sent a supplemental CAFA Notice of Proposed Class Action Settlement for this matter to the same recipients (listed in Exhibit B), by the same means.  An exemplary copy of the supplemental notice is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on this 6th day of July, 2023, at Minneapolis, MN.

Jason M. Stinehart

# EXHIBIT A

RUST CONSULTING INC
920 2ND AVE S SUITE 400
MINNEAPOLIS MN 55402



<u>**Via U.S.P.S. Priority Mail**</u>


* 0 0 0 0 0 0 4 1 3 * - 13

MERRICK GARLAND
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

June 30, 2023

*Re: Jane Doe 1 v. JPMorgan Chase Bank, N.A.*
    *United States District Court for the Southern District of New York*
    *Case No. 1:22-CV-10019 (JSR)*

Dear CAFA Notice Recipient:

Rust Consulting, Inc., on behalf of JPMorgan Chase Bank, N.A. ("JPMorgan"), defendant in the above-referenced action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between JPMorgan and the plaintiff in the above-referenced action. Please take notice of the following items of information, which are provided to you pursuant to 28 U.S.C. § 1715(b).

Plaintiff filed a motion with the United States District Court for the Southern District of New York on June 22, 2023, requesting preliminary approval of the proposed settlement. The Court has granted preliminary approval of the proposed settlement by order dated June 26 and entered June 27. The Court entered an amended preliminary approval order on June 29. The Court has scheduled a final approval hearing for November 9, 2023.

In reference to this letter, a website has been set up for viewing the documents associated with this case. The website is www.cafanotices.com and on this website, under the folder with the case name, the following documents can be found:

1.  The complaints, all materials filed with the complaints, and any amended complaints filed in this matter;

2.  The proposed settlement agreement between the Parties;

3.  The proposed notice and claim form that will be provided to the Class;

4.  A copy of Plaintiff's motion for preliminary approval of the settlement, including all supporting documents; and

5.  The Court's June 27 preliminary approval order and an amended order issued on June 29.

It is not feasible at this time to provide a list of the names of the members of the class organized by the state in which they reside; nor is it feasible to provide an estimated proportionate share of the claims of such members to the entire settlement.

At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice.



The parties signed a confidential Term Sheet, which is referenced in the settlement agreement and was not filed with the Court. *See* 28 U.S.C. § 1715(b)(5). One of the purposes of the confidential Term Sheet is to provide JPMorgan with the option to terminate the proposed settlement if timely requests for exclusion from the settlement class are submitted by eligible settlement class members subject to the conditions set forth in the Term Sheet. It is typical for agreements of this nature to remain confidential because "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

If you have questions about this notice, the settlement, or how to access and view the documents on the website, please contact this office.

Sincerely,

Jason M. Stinehart
Rust Consulting, Inc.
920 2nd Ave S, Suite 400
Minneapolis, MN 55402
Email: jstinehart@rustconsulting.com
Phone: (612) 359-2906
Facsimile: (612) 359-2050

# EXHIBIT B

| Name1 | Name2 | Address1 | City | State | Zip10 | Email Address |
|---|---|---|---|---|---|---|
| AARON FORD | NEVADA ATTORNEY GENERAL | | | | | NVAGCAFAnotices@ag.nv.gov |
| AARON FREY | MAINE ATTORNEY GENERAL | | | | | haley.taranko@maine.gov |
| ALAN WILSON | SOUTH CAROLINA ATTORNEY GENERAL | PO BOX 11549 | COLUMBIA | SC | 29211-1549 | |
| ANDREA CAMPBELL | OFFICE OF THE ATTORNEY GENERAL - GENERAL COUNSELS OFFICE | 1 ASHBURTON PL, 20TH FLOOR | BOSTON | MA | 02108-1518 | |
| ANDREW BAILEY | MISSOURI ATTORNEY GENERAL | PO BOX 899 | JEFFERSON CITY | MO | 65102-0899 | |
| ANNE E. LOPEZ | HAWAII ATTORNEY GENERAL | 425 QUEEN ST | HONOLULU | HI | 96813 | |
| ANTHONY G. BROWN | MARYLAND ATTORNEY GENERAL | | | | | ddevoe@oag.state.md.us |
| ASHLEY MOODY | FLORIDA ATTORNEY GENERAL | THE CAPITAL PL 01 | TALLAHASSEE | FL | 32399-1050 | |
| AUSTIN KNUDSEN | MONTANA ATTORNEY GENERAL | PO BOX 201401 | HELENA | MT | 59620-1401 | |
| BOB FERGUSON | WASHINGTON ATTORNEY GENERAL | PO BOX 40100 | OLYMPIA | WA | 98504-0100 | |
| BRENNA BIRD | IOWA ATTORNEY GENERAL | | | | | consumer@ag.iowa.gov |
| BRIAN SCHWALB | DISTRICT OF COLUMBIA ATTORNEY GENERAL | 400 6TH ST., NW | WASHINGTON | DC | 20001 | |
| BRIDGET HILL | WYOMING ATTORNEY GENERAL | 109 STATE CAPITOL | CHEYENNE | WY | 82002 | |
| CAFA COORDINATOR | OFFICE OF THE ATTORNEY GENERAL - CONSUMER PROTECTION SECTION | 455 GOLDEN GATE AVE STE 11000 | SAN FRANCISCO | CA | 94102 | |
| CHARITY R. CLARK | VERMONT ATTORNEY GENERAL | 109 STATE ST STE 1 | MONTPELIER | VT | 05609-1001 | |
| CHRIS CARR | GEORGIA ATTORNEY GENERAL | 40 CAPITOL SQ SW | ATLANTA | GA | 30334-1300 | |
| DANA NESSEL | MICHIGAN ATTORNEY GENERAL | PO BOX 30212 | LANSING | MI | 48909 | |
| DANIEL CAMERON | KENTUCKY ATTORNEY GENERAL | 700 CAPITOL AVE RM 118 | FRANKFORT | KY | 40601 | |
| DAVE YOST | OHIO ATTORNEY GENERAL | 30 E BROAD ST 14 FL | COLUMBUS | OH | 43215 | |
| DENISE N. GEORGE | VIRGIN ISLANDS ATTORNEY GENERAL | 3438 KRONPRINDSENS GADE 2ND FLOOR | ST THOMAS | VI | 00802-5749 | |
| DOMINGO EMANUELLI HERNANDEZ | PUERTO RICO ATTORNEY GENERAL | PO BOX 9020192 | SAN JUAN | PR | 00902-0192 | |
| DOUGLAS MOYLAN | GUAM ATTORNEY GENERAL | 590 S MARINE CORPS DR STE 901 | TAMUNING | GU | 96913 | |
| DREW H. WRIGLEY | NORTH DAKOTA ATTORNEY GENERAL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | |
| EDWARD ELADIO MANIBUSAN | NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | CALLER BOX 10007 | SAIPAN | MP | 96950-8907 | |
| ELLEN F ROSENBLUM | OREGON ATTORNEY GENERAL | 1162 COURT ST NE | SALEM | OR | 97301-4096 | |
| ERNESTINE K. REGIIL | ATTORNEY GENERAL OF PALAU | PO BOX 6051 KOROR | PALAU | PW | 96940 | |
| FAINU'ULELEI FALEFATU ALA'ILIMA-UTU | AMERICAN SAMOA ATTORNEY GENERAL | EXECUTIVE OFFICE BUILDING - 3 FLOOR, PO BOX 7 | UTULEI | AS | 96799 | |
| GENTNER DRUMMOND | OKLAHOMA ATTORNEY GENERAL | 313 NE 21ST ST | OKLAHOMA CITY | OK | 73105 | |
| JASON S. MIYARES | VIRGINIA ATTORNEY GENERAL | 202 NORTH NINTH STREET | RICHMOND | VA | 23219 | |
| JEFF LANDRY | LOUISIANA ATTORNEY GENERAL | PO BOX 94005 | BATON ROUGE | LA | 70804-4095 | |
| JEROME H. POWELL, CHAIR | BOARD OF GOVERNORS OF THE FEDERAL RESERVE | 20TH STREET AND CONSTITUTION AVENUE N.W. | WASHINGTON | DC | 20551 | |
| JOHN C. WILLIAMS, PRESIDENT | FEDERAL RESERVE BANK OF NEW YORK | 33 LIBERTY STREET | NEW YORK | NY | 10045 | |
| JOHN FORMELLA | NEW HAMPSHIRE ATTORNEY GENERAL | | | | | DOJ-CPB@doj.nh.gov |
| JONATHAN SKRMETTI | TENNESSEE ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| JOSH KAUL | WISCONSIN ATTORNEY GENERAL | PO BOX 7857 | MADISON | WI | 53707-7857 | |
| JOSH STEIN | NORTH CAROLINA ATTORNEY GENERAL | 9001 MAIL SERVICE CTR | RALEIGH | NC | 27699-9001 | |
| KATHY JENNINGS | DELAWARE ATTORNEY GENERAL | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| KEITH ELLISON | MINNESOTA ATTORNEY GENERAL | 445 MINNESOTA ST STE 1400 | SAINT PAUL | MN | 55101-2131 | |
| KEN PAXTON | TEXAS ATTORNEY GENERAL | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| KRIS KOBACH | KANSAS ATTORNEY GENERAL | 120 SW 10TH AVE FL 2 | TOPEKA | KS | 66612-1597 | |
| KRIS MAYES | ARIZONA ATTORNEY GENERAL | 2005 N CENTRAL AVE | PHOENIX | AZ | 85004-2926 | |
| KWAME RAOUL | ILLINOIS ATTORNEY GENERAL | | | | | jennifer.lutz@ilag.gov |
| LETITIA JAMES | OFFICE OF THE NEW YORK ATTORNEY GENERAL | | | | | Cafa.notices@AG.NY.gov |
| LYNN FITCH | MISSISSIPPI ATTORNEY GENERAL | PO BOX 220 | JACKSON | MS | 39205 | |
| MARTY JACKLEY | SOUTH DAKOTA ATTORNEY GENERAL | 1302 E HIGHWAY 14 STE 1 | PIERRE | SD | 57501-8501 | |
| MATTHEW J. PLATKIN | NEW JERSEY ATTORNEY GENERAL | PO BOX 080 | TRENTON | NJ | 08625-0080 | |
| MERRICK GARLAND | UNITED STATES ATTORNEY GENERAL | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | |
| MICHAEL J. HSU ACTING COMPTROLLER | OFFICE OF THE COMPTROLLER OF THE CURRENCY | 400 7TH ST SW | WASHINGTON | DC | 20219 | |
| MICHELLE HENRY | PENNSYLVANIA ATTORNEY GENERAL | 1600 STRAWBERRY SQ | HARRISBURG | PA | 17120 | |
| MIKE HILGERS | NEBRASKA ATTORNEY GENERAL | PO BOX 98920 | LINCOLN | NE | 68509 | |
| PATRICK MORRISEY | WEST VIRGINIA ATTORNEY GENERAL | 1900 KANAWHA BLVD E RM E26 | CHARLESTON | WV | 25305 | |
| PETER NERONHA | RHODE ISLAND ATTORNEY GENERAL | 150 S MAIN ST | PROVIDENCE | RI | 02903-2907 | |
| PHIL WEISER | COLORADO ATTORNEY GENERAL | 1300 BROADWAY FL 10 | DENVER | CO | 80203 | |
| RAUL LABRADOR | IDAHO ATTORNEY GENERAL | PO BOX 83720 | BOISE | ID | 83720-0010 | |
| RAUL TORREZ | NEW MEXICO ATTORNEY GENERAL | PO BOX 1508 | SANTA FE | NM | 87504-1508 | |
| RICHARD HICKSON | ATTORNEY GENERAL MARSHALL ISLANDS | PO BOX 890 | MAJURO | MH | 96960 | |
| SEAN D REYES | UTAH ATTORNEY GENERAL | PO BOX 142320 | SALT LAKE CITY | UT | 84114-2320 | |
| STEVE MARSHALL | ALABAMA ATTORNEY GENERAL | PO BOX 300152 | MONTGOMERY | AL | 36130-0152 | |
| THE HONORABLE JOSES R GALLEN | DEPARTMENT OF JUSTICE | PS 105, PALIKIR | POHNPEI | FM | 96941 | |
| TIM GRIFFIN | ARKANSAS ATTORNEY GENERAL | 323 CENTER ST STE 200 | LITTLE ROCK | AR | 72201-2610 | |
| TODD ROKITA | INDIANA ATTORNEY GENERAL | 302 W WASHINGTON ST RM 5 | INDIANAPOLIS | IN | 46204 | |
| TREG R. TAYLOR | ALASKA ATTORNEY GENERAL | | | | | consumerprotection@alaska.gov |
| WILLIAM TONG | CONNECTICUT ATTORNEY GENERAL | 165 CAPITAL AVENUE | HARTFORD | CT | 06106-1752 | |

# EXHIBIT C

RUST CONSULTING INC 
920 2ND AVE S SUITE 400
MINNEAPOLIS MN 55402



### Via U.S.P.S. Priority Mail



*000000413* - 13

MERRICK GARLAND
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

July 3, 2023

*Re: Jane Doe 1 v. JPMorgan Chase Bank, N.A.*
  *United States District Court for the Southern District of New York*
  *Case No. 1:22-CV-10019 (JSR)*

Dear CAFA Notice Recipient:

Rust Consulting, Inc., on behalf of JPMorgan Chase Bank, N.A. ("JPMorgan"), defendant in the above-referenced action, hereby provides your office with this supplemental notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between JPMorgan and the plaintiff in the above-referenced action. Please take notice of the following items of information, which are provided to you pursuant to 28 U.S.C. § 1715(b).

Plaintiff filed a motion with the United States District Court for the Southern District of New York on June 22, 2023, requesting preliminary approval of the proposed settlement. The Court has granted preliminary approval of the proposed settlement by order dated June 26 and entered June 27. The Court entered an amended preliminary approval order on June 29.  The Court has scheduled a final approval hearing for November 9, 2023.

In reference to this letter, a website has been set up for viewing the documents associated with this case. The website is www.cafanotices.com and on this website, under the folder with the case name, the following documents can be found:

1. The complaints, all materials filed with the complaints, and any amended complaints filed in this matter;

2. The proposed settlement agreement between the Parties;

3. The proposed notice and claim form that will be provided to the Class;

4. A copy of Plaintiff's motion for preliminary approval of the settlement, including all supporting documents; and

5. The Court's June 27 preliminary approval order and an amended order issued on June 29.

It is not feasible at this time to provide a list of the names of the members of the class organized by the state in which they reside; nor is it feasible to provide an estimated proportionate share of the claims of such members to the entire settlement. Based on the limited information currently available to class counsel, the following is a reasonable estimate of the number of classmembers by state as well as their proportionate share of claims to the settlement:

| State | Estimated Number of Classmembers | Estimated Proportionate Share |
| --- | --- | --- |
| Arkansas | 3 | 1 |
| Arizona | 6 | 2 |
| California | 19 | 7 |
| Colorado | 3 | 1 |
| Florida | 113 | 41 |
| Georgia | 3 | 1 |
| Hawaii | 3 | 1 |
| Indiana | 3 | 1 |
| Massachusetts | 3 | 1 |
| Minnesota | 3 | 1 |
| North Carolina | 3 | 1 |
| New Jersey | 6 | 2 |
| Nevada | 3 | 1 |
| New York | 52 | 19 |
| Ohio | 3 | 1 |
| Pennsylvania | 3 | 1 |
| South Carolina | 3 | 1 |
| Tennessee | 6 | 2 |
| Washington | 3 | 1 |
| West Virginia | 3 | 1 |

At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice.

The parties signed a confidential Term Sheet, which is referenced in the settlement agreement and was not filed with the Court. *See* 28 U.S.C. § 1715(b)(5). One of the purposes of the confidential Term Sheet is to provide JPMorgan with the option to terminate the proposed settlement if timely requests for exclusion from the settlement class are submitted by eligible settlement class members subject to the conditions set forth in the Term Sheet. It is typical for agreements of this nature to remain confidential because "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

If you have questions about this notice, the settlement, or how to access and view the documents on the website, please contact this office.

Sincerely,

Jason M. Stinehart
Rust Consulting, Inc.
920 2nd Ave S, Suite 400
Minneapolis, MN 55402
Email: jstinehart@rustconsulting.com
Phone: (612) 359-2906
Facsimile: (612) 359-2050