UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 1:22-CV-10019 (JSR) |

NOTICE OF MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND EXPENSES

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Sigrid S. McCawley on behalf of Boies Schiller Flexner LLP, Declaration of Bradley J. Edwards filed on behalf of Edwards Henderson Lehrman, and all prior pleadings and proceedings had herein, Jane Doe 1, by and through her attorneys, hereby moves the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Granting an Award of Attorneys' Fees and Expenses: granting Boies Schiller Flexner LLP, as Lead Counsel, an award of attorneys' fees and expenses on behalf of itself and Edwards Henderson Lehrman.

Pursuant to the Court's June 29, 2023 Amended Order, Class Representative's motion, memorandum of law, and supporting papers are filed timely by October 5, 2023. The deadline to file objections or opposition is October 19, 2023, and the deadline for Class Representative's reply is November 2, 2023. The Settlement Hearing will be held November 9, 2023.

1

Dated: October 5, 2023

          Respectfully submitted,

          /s/ *David Boies*

David Boies
Andrew Villacastin
Sabina Mariella
Alexander Law
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: smariella@bsfllp.com
Email: alaw@bsfllp.com

Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954)-524-2822
Email: brad@cvlf.com

Brittany N. Henderson
Edwards Henderson Lehrman
1501 Broadway
Floor 12
New York, NY
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@cvlf.com

*Counsel for Jane Doe 1*