UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　　Defendant. | Case No. 1:22-CV-10019 (JSR) |

**[PROPOSED] ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court awards Boies Schiller Flexner LLP ("BSF") and Edwards Henderson Lehrman ("EHL") attorneys' fees in the amount of 30% of the Settlement Amount and expenses in the amount of $1,137,849.36, together with interest earned thereon for the same time period and at the same rate as that earned on the Qualified Settlement Fund until paid.

2. The fees and expenses, as awarded by the Court to BSF and EHL, shall be paid to Class Counsel from the Qualified Settlement Fund.

　　**IT IS SO ORDERED.**

DATED: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JED S. RAKOFF
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1