IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant/Third-Party Plaintiff. | Case No. 22-cv-10019 (JSR) |
| JPMORGAN CHASE BANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | |

**JPMORGAN CHASE BANK, N.A.
STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Third-Party Plaintiff JPMorgan Chase Bank, N.A. submits this stipulation of dismissal with prejudice, pursuant to and consistent with the terms of the confidential settlement agreement entered into between parties on this same date, of its claims against Third-Party Defendant James Edward Staley.

1

Dated: October 6, 2023

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Felicia H. Ellsworth

Felicia H. Ellsworth (*pro hac vice*)
John J. Butts (*pro hac vice*)
Andrés O'Laughlin (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

**MASSEY & GAIL LLP**

Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

**JONES DAY**

**WILLIAMS & CONNOLLY LLP**

/s/

Brendan V. Sullivan Jr. (*pro hac vice*)
John M. McNichols (*pro hac vice*)
Zachary K. Warren (*pro hac vice*)
Eden Schiffmann (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
(t) (202) 434-5252
(f) (202) 434-5029
bsullivan@wc.com
jmcnichols@wc.com
zwarren@wc.com
eschiffmann@wc.com

Stephen L. Wohlgemuth (*pro hac vice*)
650 Fifth Avenue, Suite 1500
New York, NY 10019
(t) (202) 434-5390
(f) (202) 434-5029
swohlgemuth@wc.com

*Attorneys for Third-Party Defendant James Edward Staley*

Bethany K. Biesenthal
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(t) (312) 269-4303
(f) (312) 782-8585
bbiesenthal@jonesday.com

Charlotte Taylor
51 Louisiana Ave. NW
Washington, DC 20001
(t) (202) 879-3872
(f) (202) 626-1700
ctaylor@jonesday.com

*Attorneys for JPMorgan Chase Bank, N.A.*