IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 22-cv-10019-JSR |
| v. | |
| JPMORGAN CHASE BANK, N.A., | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff. | |
| JPMORGAN CHASE BANK, N.A., | |
| Third-Party Plaintiff, | |
| v. | |
| JAMES EDWARD STALEY, | |
| Third-Party Defendant. | |

**JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO
WITHDRAW RACHEL S. MORSE AS COUNSEL OF RECORD**

Defendant/Third-Party Plaintiff, JPMorgan Chase Bank, N.A., by and through undersigned counsel, respectfully submits this Motion for Leave to Withdraw Rachel S. Morse as Counsel of Record. In support, Defendant/Third-Party Plaintiff states as follows:

1. On February 6, 2023, the Court entered an Order [Docket No. 42] granting admission *pro hac vice* to Rachel S. Morse as counsel for Defendant/Third-Party Plaintiff in the above-captioned litigation.

2. Defendant/Third-Party Plaintiff now moves for leave to withdraw Ms. Morse's appearance in this action because as of October 20, 2023 Ms. Morse will no longer be associated

with the law firm of Massey & Gail LLP and therefore will no longer represent Defendant/Third-Party Plaintiff in this litigation.

3. Withdrawal is sought with notice to and consent from Defendant/Third-Party Plaintiff. Defendant/Third-Party Plaintiff remains represented in this action by legal counsel from Wilmer Cutler Pickering Hale and Dorr LLP and Massey & Gail LLP, including but not limited to undersigned counsel.

4. Granting this motion will not cause any undue delay in these proceedings or prejudice any party.

WHEREFORE, the Defendant/Third-Party Plaintiff, JPMorgan Chase N.A., by counsel, respectfully requests that the Court grant this motion and enter and Order permitting the withdrawal of Rachel S. Morse as counsel of record and removing her from the list of attorneys receiving electronic notices of filings and proceedings in this action.

Dated: October 19, 2023

Respectfully submitted,

/s/ *Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com

Felicia H. Ellsworth (*pro hac vice*)
John J. Butts (*pro hac vice*)
Andrés O'Laughlin (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*