IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant/Third-Party Plaintiff. | Case No. 22-cv-10019-JSR<br><br><br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW RACHEL S. MORSE AS COUNSEL OF RECORD |
| JPMORGAN CHASE BANK, N.A.,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>       Third-Party Defendant. | |

Defendant/Third-Party Plaintiff's Motion for Leave to Withdraw Rachel S. Morse as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Rachel S. Morse as Counsel of Record for Defendant/Third-Party Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Rachel S. Morse from the list of attorneys receiving electronic notices of filing and proceedings in this action.

1

New York, NY

Dated: _____ , 2023

                                                                  The Honorable Jed S. Rakoff  
                                                                  United States District Judge