# MARSH
## law firm pllc

31 Hudson Yards, 11th Floor
New York, New York 10001-2170
212–372–3030 • jamesmarsh@marsh.law

October 19, 2023

**Filed Electronically via ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Jane Doe 1, individually and on behalf of all other Similarly Situated v. JPMorgan Chase Bank, N.A.* **(Case No.: 1:22-CV-10019) ( JSR)**

Dear Judge Rakoff,

I represent putative class member Sarah Ransome of the preliminarily certified class in the above-entitled action. I am writing to respectfully request that my client, Sarah Ransome, be permitted to appear virtually at the Settlement (Fairness) Hearing scheduled for November 9, 2023 at 4:00 p.m.

Sarah does not reside within the State of New York nor is she a United States citizen. Sarah resides overseas and will have to expend a great deal of time, effort, and money to be present in-person at the Settlement Hearing. Regardless, Sarah has spent a tremendous amount of time and effort in this case and has a great emotional investment and dedication to the full and fair resolution of this matter. Sarah would therefore like the opportunity to be heard and respectfully requests the Court's permission to appear virtually at the Settlement Hearing to voice her position on the Settlement in support of her papers submitted today.

Thank you for your consideration.

Very truly yours,

James R. Marsh