UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | 22-cv-10019 (JSR)<br><br>Order |

JED S. RAKOFF, U.S.D.J.:

The Court has received a letter sent to the undersigned and signed by the Attorneys General of New Mexico, Arizona, California, Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Maryland, Minnesota, Mississippi, New York, Oregon, Pennsylvania, Tennessee, Utah, and Vermont, objecting to certain aspects of the proposed class action settlement pending in the above-captioned case. A copy of the letter is attached hereto.

Counsel for the objecting Attorneys General are directed to file a notice of appearance in this action and to hereinafter docket any submissions.

The parties to the class action settlement are hereby directed to file a response addressing the issues raised by the aforementioned letter by no later than the close of business on November 6, 2023.

SO ORDERED.

New York, NY
October 23, 2023

JED S. RAKOFF, U.S.D.J.