# EDWARDS HENDERSON LEHRMAN

| **Florida Office** | **425 North Andrews Avenue**<br>**Suite 2**<br>**Fort Lauderdale, FL  33301** | **New York Office** |
|---|---|---|
| Bradley J. Edwards *◊†‡ | | Brittany N. Henderson *◊‡ |
| Seth M. Lehrman *† | Telephone (954)524-2820 | † Admitted in California |
| Catherine L. Davis * | Fax (954)524-2822 | ◊ Admitted in District of Columbia |
| Dean M. Kaire * | info@cvlf.com | * Admitted in Florida |
| | | ‡ Admitted in New York |
| | | † Board Certified Civil Trial Lawyer |

October 26, 2023

**Filed Via ECF**

Hon. Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:    Case:    *Jane Doe v. JPMorgan Chase Bank, N.A.*
        *Case No.:*    1:22-cv-10019 JSR

Judge Rakoff,

Pursuant to our application to the Court this morning, Class Counsel formally requests that Jane Doe 100 be permitted to provide a claim submission to the Program Administrator so that it can be considered on the merits as she has demonstrated excusable neglect in failing to provide a timely submission based on her reliance on prior counsel.

Respectfully Submitted,

Edwards Henderson Lehrman

Bradley J. Edwards
Brittany N. Henderson
BJE:mwk

SO ORDERED

U.S.D.J.
10-26-23