AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JANE DOE 1 ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-10019-JSR |
| JP MORGAN CHASE BANK NA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Connecticut (objector).

Date: 10/31/2023

/s/ Joshua Perry
*Attorney's signature*

Joshua Perry (CT 440303)
*Printed name and bar number*
165 Capitol Avenue
Hartford, CT 06106

*Address*

joshua.perry@ct.gov
*E-mail address*

(860) 808-5372
*Telephone number*

(860) 808-5387
*FAX number*