AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jane Doe 1, et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 22-cv-10019 (JSR) |
| JP Morgan Chase Bank, N.A., | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Attorney General of New York State in re: Settlement Objections filed by 17 state Attorneys General   .

Date:   10/31/2023

/s/ Travis England
*Attorney's signature*

Travis England (No. 4805693)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
*Address*

travis.england@ag.ny.gov
*E-mail address*

(212) 416-6233
*Telephone number*

(212) 416-6007
*FAX number*