AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others ) <br> *Plaintiff* ) <br> v. ) <br> JP MPRGAN CHASE BANK, N.A. ) <br> *Defendant* ) | Case No. 22-cv-10019 (JSR) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tennessee Attorney General and Reporter Jonathan Skrmetti

Date:   11/01/2023

*Attorney's signature*

Jonathan Stein JS8499
*Printed name and bar number*
Tennessee Attorney General's Office
UBS Building
315 Deaderick Street
Nashville, TN 37243

*Address*

jonathan.stein@ag.tn.gov
*E-mail address*

(615) 253-8765
*Telephone number*

(615) 532-2910
*FAX number*