UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>            Defendant. | 22-cv-10019 (JSR)<br><br>Order |

JED S. RAKOFF, U.S.D.J.:

    Sarah Ransome, a putative member of the class preliminarily certified in the above-captioned case, has submitted an application requesting permission to appear virtually at the final class action settlement fairness hearings scheduled in this matter for November 9, 2023 at 4:00 PM to orally express her objections to the settlement. See Dkt. 247, at 3 & n.2. That application is hereby granted. Counsel for Ms. Ransome is directed to contact the Court's chambers at (212) 805-0401 to arrange for such a mode of appearance.

    SO ORDERED.

New York, NY
November 2, 2023

                                      JED S. RAKOFF, U.S.D.J.