AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jane Doe 1 et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-10019-JSR |
| JP Morgan Chase Bank NA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Objector, Commonwealth of Pennsylvania.

Date: 11/02/2023

/s/ Jill M. Graziano
*Attorney's signature*

Jill M. Graziano #JG8249
*Printed name and bar number*
Pennsylvania Office of Attorney General
1000 Madison Avenue, Suite 301
Norristown, PA 19403

*Address*

jgraziano@attorneygeneral.gov
*E-mail address*

(215) 534-6474
*Telephone number*

*FAX number*