# COMPOSITE EXHIBIT A

| From: | Sarah Ransome |
|---|---|
| To: | David Boies; Sigrid McCawley; Brad Edwards; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Woodsome, Kate; King, Gayle; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; Erin O"Loughlin; Brian Kindle; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Singer, Linda; felicia.ellsworth@wilmerhale.com; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; Hoenemeyer, Lauren; Kulok, Samantha |
| Subject: | Adam - I Offer My Hand In Peace |
| Date: | Tuesday, October 31, 2023 6:33:09 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dearest Adam,

For once in my life, I'm stumped as to what to say, but I would like to start by saying I forgive you and offer my hand to you in peace, kindness, humility and compassion.

I would also like to ask for your and your family's forgiveness for the mess this Epstein business has caused us and many more. This is the worst sequel of Romeo and Juliet gone wrong and should get a zero star on Rotten Tomatoes.

When we first met, you were my knight in shining armour because of the torture Epstein Maxwell and others were inflicting on me. I fell madly in love with you, but most importantly, you became my best friend. I still remember your vibrant, sparkling green eyes, and you and your smile let a tremendous amount of sunshine into the darkness I was suffering at the hands of Epstein and co. Whenever I felt I couldn't carry on, you held me in your arms, wiped away my tears and told me it would be ok.

You lied to me; nothing after you left me to die was okay. I know that what you did is not the Adam I fell hopelessly in love with, which is why **I hold you in no way responsible** for what you and I both went through and are going through because of other people's evil agendas. I believe you are just as much a victim in this as I and all the other Epstein victims, and the U.S. Government, Israeli Government and greedy lawyers are to blame.

If you and I were to sit in a room you and I like old times with no one else around, you would weep for eternity when I tell you the horrors I and others have suffered at those mentioned above.

Adam, I don't want to go to court with you. What's the point? I don't want either of us to come to any harm because the truth in there will always be a small part of my heart that will always care for you; all that would do is create global hysteria and more violence.

Incidentally, legally, there would be no point except to make the lawyers and banks even more prosperous. I know this because ███████████ recently won a case in the highest court using the SMART ACT. As you and I are both victims of Epstein and Co, both our lives will only be torn apart further and our families destroyed.

I would appreciate it if you could consider a truth to stop all this madness.

Kindest Regards

Sarah


------- Original Message -------
On Monday, 30 October 2023 at 21:18, Sarah Ransome <sarahransome@protonmail.com> wrote:

> Benjamin your an absolute fruit cake!! The only person who wants war is you whilst you swan around in luxury mansions in bunkers!
>
> **Why don't you gear up and fight along side your soldiers in Gaza trying to free your hostages. Your the one killing everyone!**
>
> I also accuse the Israli and U.S Goverment of using blackmail for international favours, election interference, bribery, fraud and money laundering.
>
> https://www.theguardian.com/world/live/2023/oct/30/israel-hamas-war-live-updates-aid-trucks-enter-gaza-strikes-casualties-israel-targets-hit-syria-lebanon

On Mon, Oct 30, 2023 at 19:46, Sarah Ransome <sarahransome@protonmail.com> wrote:

> Dearest Cyril Ramaphosa,
>
> I want to start by congratulating the South African rugby team for winning the World Cup on Saturday. It was a fantastic game, and both teams played like **true gladiators**. I'm sure there were many sore throats yesterday from both team supporters screaming for their teams to win after Saturday's game. What I enjoyed most about Saturday night's game was a reminder of true sportsmanship between two of the best, most powerful teams and countries in rugby history.
>
> I found the fact that they didn't try to blow each other up, rape or murder each other very heartwarming and hopeful for the future. What true gentleman with such force and power that if you put a bunch of **"world leaders"** on the field with rugby players **without** their big guns, they would be running around like frantic headless chickens filled with fear of

catching a ball, being tackled, or getting their clothes dirty and skin dirty with mud.

**All the rugby and sporting teams representing their own countries are shining examples that more "world leaders" should follow, but that's why sport is one of the things that unite the world as war divides, displaces and kills.**

**President Ramaphosa, I write to you today with a heavy heart filled with fear and dread for the safety of** ████████, **her son, my family, the Camps Bay Community and Cape Town residents in other districts.**

Yesterday, a fire was deliberately set ablaze on Table Mountain beside ███████'s apartment. As any South African resident, which includes all nationalities and faiths, knows, a deliberate fire on **Table Mountain** is absolute sacrilege and the ultimate sin being one of the natural **7 Wonders of The World**. This has to stop. Please, I beg the South African and international communities to unite and help stop this madness before it is too late.

https://www.capetownetc.com/news/emergency-crews-respond-to-a-fire-above-geneva-drive-in-camps-bay/

The mountain would have burned down if those brave, selfless firefighters had not stopped the fire in time. █████ her son, her entire complex, and homes in the Camps Bay area with people in them would have all burned to death and had their houses with all their belongings burned to ash. Then, the fire would have spread, killing the world's most precious flora and fauna! WTF is going on here with the "world leaders"? Seriously?

After yesterday's shenanigans, I now accuse the **U.S.** and **Israeli Governments** of **attempted mass murder of South Africans**, which **includes members of the Jewish community, WHO ARE MY FRIENDS,** ███████, **her son,** my **father** and **stepmother** and **international civilians**, **arson**, **witness intimidation** and for breaking the **Geneva Convention** on **two counts** for **war crimes** (**Palestine civilians** and **Epstein victims including myself**) after yesterday's **near-fatal event**.

I also accuse them of breaking the **MANN ACT, START ACT**, **RAPE**, **GENOCIDE**, **TORTURE** and **INTERNATIONAL** AND **U.S. MARITIME LAW** by trafficking all victims to Epstein's island.

**Please can we organise immediate security for** ██████ **, her son, myself, my family and members of the South African community** by protecting our sacred Table Mountain? I have attached the video footage as evidence.

I would also like to add that on the **10th of September 2022,** a man was following ██████ on the beach, taking pictures of her and her son.

 She was terrified and wrote me an email about the event with the photos of the man, which I forwarded to my attorneys so they could log the event on the 13th of September, 2022. I want to point out that during this time, ████ and I discussed doing grievances against Boies and co for representing us with conflicts of interest. I was busy writing mine with rapid force.

This was one of the events that intimidated ████ not to pursue her grievance against Boies and Co. for representing her whilst maintaining a close relationship with the Clintons, where Bill aided her in sex trafficking with Jeffrey Epstein. I have attached the email to my attorneys and photos of the man taking pictures of ████ and her son.

I have also included a photo of the car parked outside her home late last night, which she saw when she went to feed the porcupines, as well as the photos of when her tyre was recently stabbed several times.
 Enough is enough!!!

So please, I ask you and all for your help to hold the **U.S. AND Israeli governments** accountable for **their** crimes.

I would also like to make an obvious suggestion to all those super special intelligence agencies and governments: instead of fart arsing about having meetings on working out legal wording on how to label a person fighting for justice and truth an extremist, go downstairs, get in your little police cars and drive to the banks and not leave until they shut down every single bank account funding Hamas whilst Benjamin commits genocide?

Just a thought. If the banks didn't fund them as of **today**, they wouldn't be making billions, so who are the terrorists here? Just like if JP Morgan had shut down all of Epstein's accounts in 2002 when they first reportedly went to law enforcement about concerns of Epstein trafficking children and young women, most of us wouldn't have been raped and trafficked.

https://www.theguardian.com/world/2023/oct/30/wall-street-morgan-stanley-td-bank-ukraine-israel-hamas-war

**PERMANENT CEASEFIRE NOW ON ALL FRONTS, AND PLEASE GIVE AID TO ALL IN NEED.**

**SHALOM - SALAAM**


Kindest Regards

Sarah Ransome

| From: | Sarah Ransome |
| --- | --- |
| To: | David Boies; Sigrid McCawley; Brad Edwards; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Woodsome, Kate; King, Gayle; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; Erin O"Loughlin; Brian Kindle; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Singer, Linda; felicia.ellsworth@wilmerhale.com; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; Hoenemeyer, Lauren; Kulok, Samantha |
| Subject: | Re: Playing With Fire - Attempted Mass Murder & Arson |
| Date: | Monday, October 30, 2023 4:18:57 PM |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Benjamin your an absolute fruit cake!! The only person who wants war is you whilst you swan around in luxury mansions in bunkers!

**Why don't you gear up and fight along side your soldiers in Gaza trying to free your hostages. Your the one killing everyone!**

I also accuse the Israli and U.S Goverment of using blackmail for international favours, election interferance, bribery, fraud and money laundering.

https://www.theguardian.com/world/live/2023/oct/30/israel-hamas-war-live-updates-aid-trucks-enter-gaza-strikes-casualties-israel-targets-hit-syria-lebanon

On Mon, Oct 30, 2023 at 19:46, Sarah Ransome <sarahransome@protonmail.com> wrote:

> Dearest Cyril Ramaphosa,
>
> I want to start by congratulating the South African rugby team for winning the World Cup on Saturday. It was a fantastic game, and both teams played like **true gladiators**. I'm sure there were many sore throats yesterday from both team supporters screaming for their teams to win after Saturday's game. What I enjoyed most about Saturday night's game was a reminder of true sportsmanship between two of the best, most powerful teams and countries in rugby history.
>
> I found the fact that they didn't try to blow each other up, rape or murder each other very heartwarming and hopeful for the future. What true gentleman with such force and power that if you put a bunch of **"world leaders"** on the field with rugby players

**without** their big guns, they would be running around like frantic headless chickens filled with fear of catching a ball, being tackled, or getting their clothes dirty and skin dirty with mud.

**All the rugby and sporting teams representing their own countries are shining examples that more "world leaders" should follow, but that's why sport is one of the things that unite the world as war divides, displaces and kills.**

**President Ramaphosa, I write to you today with a heavy heart filled with fear and dread for the safety of** ▮▮▮▮▮▮▮▮**, her son, my family, the  Camps Bay Community and Cape Town residents in other districts.**

Yesterday, a fire was deliberately set ablaze on Table Mountain beside ▮▮▮▮▮ ▮▮▮▮'s apartment. As any South African resident, which includes all nationalities and faiths, knows, a deliberate fire on **Table Mountain** is absolute sacrilege and the ultimate sin being one of the natural **7 Wonders of The World**. This has to stop. Please, I beg the South African and international communities to unite and help stop this madness before it is too late.

https://www.capetownetc.com/news/emergency-crews-respond-to-a-fire-above-geneva-drive-in-camps-bay/

The mountain would have burned down if those brave, selfless firefighters had not stopped the fire in time. ▮▮▮▮, her son, her entire complex, and homes in the Camps Bay area with people in them would have all burned to death and had their houses with all their belongings burned to ash. Then, the fire would have spread, killing the world's most precious flora and fauna! WTF is going on here with the "world leaders"? Seriously?

After yesterday's shenanigans, I now accuse the **U.S.** and **Israeli Governments** of **attempted mass murder of South Africans**, which **includes members of the Jewish community, WHO ARE MY FRIENDS,** ▮▮▮▮▮▮▮▮▮**, her son,** my **father** and **stepmother** and **international civilians**, **arson**, **witness intimidation** and for breaking the **Geneva Convention** on **two counts** for **war crimes** (**Palestine civilians** and **Epstein victims including myself**) **after yesterday's near-fatal event**.

I also accuse them of breaking the **MANN ACT, START ACT**, **RAPE, GENOCIDE**, **TORTURE**  and **INTERNATIONAL** AND  **U.S. MARITIME LAW by trafficking all victims to Epstein's island.**

Please can we organise immediate security for ▮▮▮▮▮**, her son, myself, my family and members of the South African community** by protecting our sacred Table Mountain? I have attached the video footage as evidence.

I would also like to add that on the **10th of September 2022,** a man was following ▮▮▮▮ on the beach, taking pictures of her and her son.  She was terrified and wrote me an email about the event with the photos of the man, which I forwarded to my attorneys so they could log the event on the 13th of September, 2022. I want to point out that during this time, ▮▮▮▮ and I discussed doing grievances against Boies and co for representing us with conflicts of interest. I was busy writing mine with rapid force.

This was one of the events that intimidated ▮▮▮▮ not to pursue her grievance against Boies and Co. for representing her whilst maintaining a close relationship with the Clintons, where Bill aided her in sex trafficking with Jeffrey Epstein. I have attached the email to my attorneys and photos of the man taking pictures of ▮▮▮▮ and her son.

I have also included a photo of the car parked outside her home late last night, which she saw when she went to feed the porcupines, as well as the photos of when her tyre was recently stabbed several times.  Enough is enough!!!

So please, I ask you and all for your help to hold the **U.S. AND Israeli governments** accountable for **their** crimes.

I would also like to make an obvious suggestion to all those super special intelligence agencies and governments: instead of fart arsing about having meetings on working out legal wording on how to label a person fighting for justice and truth an extremist, go downstairs, get in your little police cars and drive to the banks and not leave until they shut down every single bank account funding Hamas whilst Benjamin commits genocide?

Just a thought. If the banks didn't fund them as of **today**, they wouldn't be making billions, so who are the terrorists here? Just like if JP Morgan had shut down all of Epstein's accounts in 2002 when they first reportedly went to law enforcement about concerns of Epstein trafficking children and young women, most of us wouldn't have been raped and trafficked.

https://www.theguardian.com/world/2023/oct/30/wall-street-morgan-stanley-td-bank-ukraine-israel-hamas-war

**PERMANENT CEASEFIRE NOW ON ALL FRONTS, AND PLEASE GIVE AID TO ALL IN NEED.**

**SHALOM - SALAAM**


Kindest Regards

Sarah Ransome

| From: | Sarah Ransome |
|---|---|
| To: | David Boies; Sigrid McCawley; Brad Edwards; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Woodsome, Kate; King, Gayle; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; Erin O"Loughlin; Brian Kindle; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Singer, Linda; felicia.ellsworth@wilmerhale.com; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; Hoenemeyer, Lauren; Kulok, Samantha |
| Subject: | Playing With Fire - Attempted Mass Murder & Arson |
| Date: | Monday, October 30, 2023 2:51:39 PM |
| Attachments: | PHOTO-2023-10-30-11-56-56.jpg |
| | PHOTO-2023-10-30-11-58-30.jpg |
| | VIDEO-2023-10-30-11-56-56.jpg |
| | VIDEO-2023-10-30-11-56-57.mp4 |
| | 1d5be766-799f-4ad3-95f4-56c059c1a9e1.MP4 |
| | image0.jpeg |
| | ▮▮▮▮▮▮▮▮ - 20th September 2022.pdf |
| | PHOTO-2023-10-30-13-36-27.jpg |
| | IMG_1747.PNG |
| | IMG_1743.PNG |
| | IMG_1746.PNG |
| | IMG_1748.PNG |
| | IMG_1750.PNG |
| | Screenshot 2023-10-30 at 19.25.18.png |
| | Screenshot 2023-10-30 at 19.24.14.png |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dearest Cyril Ramaphosa,

I want to start by congratulating the South African rugby team for winning the World Cup on Saturday. It was a fantastic game, and both teams played like **true gladiators**. I'm sure there were many sore throats yesterday from both team supporters screaming for their teams to win after Saturday's game. What I enjoyed most about Saturday night's game was a reminder of true sportsmanship between two of the best, most powerful teams and countries in rugby history.

I found the fact that they didn't try to blow each other up, rape or murder each other very heartwarming and hopeful for the future. What true gentleman with such force and power that if you put a bunch of **"world leaders"** on the field with rugby players **without** their big guns, they would be running around like frantic headless chickens filled with fear of catching a ball, being tackled, or getting their clothes dirty and skin dirty with mud.

**All the rugby and sporting teams representing their own countries are shining examples that more "world leaders" should follow, but that's why sport is one of the things that unite the world as war divides, displaces and kills.**

**President Ramaphosa, I write to you today with a heavy heart filled with fear and dread for the safety of ▮▮▮▮▮▮▮▮, her son, my family, the Camps Bay Community and Cape Town residents in other districts.**

Yesterday, a fire was deliberately set ablaze on Table Mountain beside ▮▮▮▮▮▮▮▮'s apartment. As any South African resident, which includes all nationalities and faiths, knows, a deliberate fire on **Table Mountain** is absolute sacrilege and the ultimate sin being one of the natural **7 Wonders of The World**. This has to stop. Please, I beg the South African and international communities to unite and help stop this madness before it is too late.

https://www.capetownetc.com/news/emergency-crews-respond-to-a-fire-above-geneva-drive-in-camps-bay/

The mountain would have burned down if those brave, selfless firefighters had not stopped the fire in time. ████████, her son, her entire complex, and homes in the Camps Bay area with people in them would have all burned to death and had their houses with all their belongings burned to ash. Then, the fire would have spread, killing the world's most precious flora and fauna! WTF is going on here with the "world leaders"? Seriously?

After yesterday's shenanigans, I now accuse the **U.S.** and **Israeli Governments** of **attempted mass murder of South Africans**, which **includes members of the Jewish community, WHO ARE MY FRIENDS,** ████████, **her son,** my **father** and **stepmother** and **international civilians**, **arson**, **witness intimidation** and for breaking the **Geneva Convention** on **two counts** for **war crimes** (**Palestine civilians** and **Epstein victims including myself**) **after yesterday's near-fatal event**.

I also accuse them of breaking the **MANN ACT, START ACT**, **RAPE**, **GENOCIDE**, **TORTURE** and **INTERNATIONAL** AND **U.S. MARITIME LAW by trafficking all victims to Epstein's island.**

Please can we organise immediate security for ████████, **her son, myself, my family and members of the South African community** by protecting our sacred Table Mountain? I have attached the video footage as evidence.

I would also like to add that on the **10th of September 2022**, a man was following ████████ on the beach, taking pictures of her and her son.  She was terrified and wrote me an email about the event with the photos of the man, which I forwarded to my attorneys so they could log the event on the 13th of September, 2022. I want to point out that during this time, ████████ and I discussed doing grievances against Boies and co for representing us with conflicts of interest. I was busy writing mine with rapid force.

This was one of the events that intimidated ████████ not to pursue her grievance against Boies and Co. for representing her whilst maintaining a close relationship with the Clintons, where Bill aided her in sex trafficking with Jeffrey Epstein. I have attached the email to my attorneys and photos of the man taking pictures of ████████ and her son.

I have also included a photo of the car parked outside her home late last night, which she saw when she went to feed the porcupines, as well as the photos of when her tyre was recently stabbed several times.  Enough is enough!!!

So please, I ask you and all for your help to hold the **U.S. AND Israeli governments** accountable for **their** crimes.

I would also like to make an obvious suggestion to all those super special intelligence agencies and governments: instead of fart arsing about having meetings on working out legal wording on how to label a person fighting for justice and truth an extremist, go downstairs, get in your little police cars and drive to the banks and not leave until they shut down every single bank account funding Hamas whilst Benjamin commits genocide?

Just a thought. If the banks didn't fund them as of **today**, they wouldn't be making billions, so who are the terrorists here? Just like if JP Morgan had shut down all of Epstein's accounts in 2002 when they first reportedly went to law enforcement about concerns of Epstein trafficking children

and young women, most of us wouldn't have been raped and trafficked.

https://www.theguardian.com/world/2023/oct/30/wall-street-morgan-stanley-td-bank-ukraine-israel-hamas-war

**PERMANENT CEASFIRE NOW ON ALL FRONTS, AND PLEASE GIVE AID TO ALL IN NEED.**

**SHALOM - SALAAM**

Kindest Regards

Sarah Ransome

| | |
|---|---|
| **From:** | Sarah Ransome |
| **To:** | David Boies; Sigrid McCawley; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Woodsome, Kate; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Bannerman, Lucy; Catherine Whelan; Florence Nash; gmb@itv.com; simone.k.lelchuk@gmail.com; Josie.ensor@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; Puskas, Jackie; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; mike.baker@nytimes.com; emily.steel@nytimes.com; Jessica Church; jessica.silvergreenberg@gmail.com; foreigndesk@telegraph.co.uk |
| **Subject:** | Lord Gordon Macpherson |
| **Date:** | Thursday, October 26, 2023 5:56:32 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Dear Sir Kier Starmer,

Today when you get up to face the public can you please share with everyone what my grandfather LORD GORDON MACPHERSON'S role was in the Labour party?

Seeming as I'm his granddaughter I would really like to know too! What did my grandfather do in the labour party?

Please can you be very very specific and share every detail with the public!

Regards

Sarah Ransome

Sent from Proton Mail for iOS

On Tue, Oct 24, 2023 at 16:50, Sarah Ransome <sarahransome@protonmail.com> wrote:

**Dear:**

**Your Majesty King Salman bin Abdulaziz Al Saud,**
**Your Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud,**
**Your Majesty King Abdullah II ibn Al Hussein,**
**Your Majesty's King Charles and Queen Camilla,**
**Your Majesty's King Willem-Alexander and Queen Maxima,**
**Prime Minister Mark Rutte,**
**President Cyril Ramaphosa,**
**Prime Minister Rishi Sunak,**
**Prime Minister Mohammad Shtayyeh,**
**His Excellency Abdel Fattah El-Sisi,**
**His Excellency Recep Tayyip Erdogan,**
**Prime Minister Najib Mikati and**
**President Recap Tayyip Erdogan.**

I bow before you today as a mere, humble servant of truth, compassion, humility, and love. I have no alternative other than sharing my story and **MY** truth. I sincerely apologise if any of what I write below offends; it is not my intention for whom I have addressed above but to reveal the serpent what lies beneath, the best way I know how, by being me.

I beg you, please protect my big brother James and keep him safe on his travels. He genuinely has no idea what his little sister is up to, and when he finds out I'm already going to get the tongue-lashing from hell, I can assure you. So please, I beg keep him safe.

I'm not proud of some of my decisions; however, I've channelled and embraced my inner Mary Magdalene and made peace with her. My bad choices have made me who I am today. I'm not ashamed of who I am, and I hold my head high. If anyone went into Amsterdam to see those beautiful women with the perception that they deserve to be raped and have no right to consent over their body, they would rip your head off clean; let me tell you—one shot and girls like us don't miss.

My bad choices because life dealt me a rather rough hand doesn't change the fact that I was raped repeatedly and trafficked by Epstein, no matter how hard the U.S. and Israeli Administration deflect that they indeed have broken the **Geneva Convention** and have been committing **war crimes** globally for decades.

Why has no one done anything to stop the Epstein victim's continuous exploitation, nor has anyone stopped the sex trafficking ring where thousands of children and young women are being sold to be sex slaves in real-time?

We all know that the material Epstein filmed for both governments has been used to broker deals in their favour for years.

I was raped, tortured, and trafficked by Epstein regardless of my "chequered" past. Period. So were all Epstein victims because we all have them, which made us all vulnerable to Epstein's military-trained grooming. We were ALL ripe and ready for the picking because of our brokenness.

As you are all fathers and mothers who love your children unconditionally even though they make mistakes sometimes, what would you do if your child was raped?

Would you fight to the death to get justice for your child? We all know the answer to that.

So please, I request that you assist in this time of darkness and sorrow.

Please help.

Yours Sincerely

Sarah Ransome

**To: Benjamin, Biden/Hilary, Boies (Deablous) and Demon**

I accuse you of breaching the **Geneva Convention**, specifically **Article 3**, which applies not only to all the innocent's held hostage, which yesterday's reporting shows figures according to The Guardian at **222** but also to the murder of approximately **1300** innocent Israelis from **7 October** and the current death toll of **5,791** innocent Palestinian (**2,360** being children) civilians killed by your **military administration**, including **IDF** in the **Independent State Of Palestine.**

Both administrations knew about the **Hamas Terrorist attack** days prior, which your intelligence has confirmed, Benjamin. I hope you can explain to the released hostages why you knew and didn't press the green button that day. You stood by and did nothing, and now you're using a terrorist attack you knew about and propaganda as an excuse to commit complete genocide while the world watches and does nothing.

https://www.politico.com/news/2023/10/21/idf-prepares-for-ground-invasion-00122881

As you know, I'm hopeless at Math, but I think the figures speak for themselves. I grew up in South Africa and am among the last generation to experience the cruelty and brutality of **Apartheid**, which means **segregation** or **discrimination** based on **race** in Afrikaans. Bill should know this, Hilary.

**Apartheid** has still today left our land in tatters, with anger festering like an unhealed septic wound about to burst at any time. I pray that the **South African community** can **unite**, especially at these dangerous times and assist where necessary because there is no doubt that what is happening today in Israel and Palestine, I mean "Gaza", is indeed Apartheid.

In return, South Africa can resow the seeds of hope and peace by finally taking the lead and building that **"Rainbow Nation"** by sharing and learning from our many mistakes. That's proper up your **Clinton Foundation's** street, Hilary, and we all know your husband Bill likes South Africa; ask ███████. I highly recommend you don't go there on holiday again.

 https://apnews.com/article/israel-apartheid-palestinians-occupation-c8137c9e7f33c2cba7b0b5ac7fa8d115

Benjamin, it's time to cut the head off the Epstein snake. Can you reveal your involvement with Epstein and your relationship with Boies and Demon to everyone? I would like it to be known to the Israeli and International communities, who have a right to know. Why should you hide the truth?

https://www.thedailybeast.com/jeffrey-epstein-epstein-hooked-up-jpmorgan-exec-jes-staley-with-benjamin-netanyahu-prince-andrew-emails-show

https://www.reuters.com/world/middle-east/netanyahus-likud-party-plummets-local-news-poll-2023-04-10/

https://edition.cnn.com/2019/07/11/middleeast/jeffrey-epstein-barak-netanyahu-israel-elections-intl/index.html

**I'm very aware that in Israel, municipality, local councils, and regional council elections were scheduled for the end of this month, 31st October. Conveniently, they have now been delayed until 30 January 2024.**

**Benjamin, you know that if the elections went ahead at the end of the month, you would lose by a large margin because you're NOT popular AND NOT FIT FOR OFFICE BECAUSE OF YOUR CORRUPTION LIKE YOU, BIDEN!!**

**Municipal elections** are set to be held in Israel on 30 January 2024.[1] In accordance with changes made in 2018, election day will be a paid day off work.[2] As will their leaders, all municipalities, local councils and regional councils will be up for election. Top-two runoffs will be held on 14 November in all localities where no leadership candidate won 40% or more of the vote in the first round.[*citation needed*]

https://www.theguardian.com/world/2023/oct/22/netanyahu-told-to-quit-now-as-ex-leaders-pin-blame-on-dysfunctional-government

https://www.theguardian.com/world/2023/oct/22/peacekeepers-fatah-or-anarchy-what-would-follow-an-israeli-victory-in-gaza

**Hamas has already been declared terrorists** and has been **terrorists** for many years, which will be dealt with swiftly by the **international community when we rebuild The Independent State Of Palestine, which you've just blown up**, I pray, especially in the **Middle East,** after **ALL,** hostages are released. Still, I now, along with, I'm sure, much of the rest of the world, declare both your administrations as a **terrorist organisation**, including **IDF** and both administrations a **dictatorship**.

https://www.theguardian.com/world/commentisfree/2023/oct/21/toxic-netanyahu-could-drag-biden-down-in-his-fight-for-political-survival

https://www.theguardian.com/world/2023/oct/22/an-atmosphere-of-fear-free-speech-under-threat-in-israel-activists-say

https://www.theguardian.com/world/2023/oct/03/video-of-ultra-orthodox-jews-spitting-by-christians-in-jerusalem-sparks-outrage

Yes, and both your administrations are responsible for democracy dying a slow death in the darkness, and **Friday, 20 October**, is when that final flame went out!

I find it extraordinary when only approximately three publications wrote about the judge's ruling regarding the Deutsche Bank settlement for the Epstein Survivors. Has anyone notified the Epstein survivors yet, or is it a big secret suddenly?

**Benjamin, Biden/Hilary, Boies (Deablous) and Demon,** after Friday's court ruling, I, a survivor of Epstein, also accuse you of violating **international laws** by **aiding and abetting** one of the most prolific **sex trafficking** organisations in history, which again breaches the **Geneva Convention**. The war crimes you have committed include the following:

- Atrocities or offences against persons or property constituting violations of the laws or customs of war
- Murder, ill-treatment or deportation to slave labour or for any other purpose of the civilian population in occupied territory
- Murder or ill-treatment of prisoners of war
- Killing of hostages
- Torture or inhumane treatment, including biological experiments
- Deception by perfidy
- Plunder of public property (all our Epstein evidence)
- Devastation not justified by military necessity

I accuse you of **genocide** under **international law** for committing the following acts:

- Killing members of the group
- Causing serious bodily and mental harm to the group
- Deliberating inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part
- Forcibly transferring children and young women of the group to another group.

I also accuse you of the following crimes against humanity: **mass systematic rape and sexual enslavement, imprisonment, murder and the prosecuting on political, racial and religious grounds.**

You have also tried to infiltrate the **British Monarchy** and must be tried for **Treason**. Biden, I hope King Charles and Prince Andrew kick your arse down the stage stairs next time they see you.

You have also violated the **U.S. First Amendment,** the **MANN ACT** and the **START ACT (Survivors of Trafficking Attaining Relief Together Act)** - which, after ████████'s super big recent win in the Supreme USA High Court, I now know **I am protected** under.

https://www.newsweek.com/prince-andrew-███████-major-win-jeffrey-epstein-1835363

Ghislaine Maxwell, under no circumstances, must be released from prison using the STRAT Act as a legal loophole. As it is, that Act conveniently protects the main Epstein accomplices, and we already had that juror fiasco as if that wasn't deliberate.

For these reasons, I am asking that the **international community** place **IMMEDIATE sanctions** on both your **Israeli** and **U.S. governments** until they acknowledge **Palestine as an Independent State,** which is simply looking at a map which I have attached, recognise the **Epstein Survivors** and take responsibility for the crimes you have committed, and international arrest warrants issued for all Epstein enablers for the protection of the Epstein survivors including myself.

After last Friday's ruling once again, you've left me no alternative but to fight even harder for justice, truth, and freedom for all. Perhaps you knew Friday's outrageous ruling would only torment me, the survivors, and the world watching the Epstein saga further. One wonders what provoked the terrorist organisation Hamas out of the blue because I know that Friday's ruling was made deliberately to rile. So, who is to blame here for what happens next?

Indeed, it has badgered me to some degree. However, I'm exceptionally grateful, too, for the judge's ruling on Friday, just like I sang from the heavens when you disobeyed God's word and went to Israel on Wednesday, 18 October Biden.

Boies, don't all the Epstein survivors have a right to know about Friday's ruling? Or is it just your and Edward's clients that are important and get notified?

This is a massive concern, especially after Boies, you and Edwards publicly advertised in **Poland**, **Ukraine** and **Russia** for more Epstein victims to come forward. What about all the U.S. and other international victims? Do we deserve to be notified?

https://www.bloomberg.com/news/articles/2023-06-01/epstein-victim-lawyers-fees-in-deutsche-bank-case-questioned?leadSource=uverify%20wall

David, as we all know, Poland plays a significant geopolitical role as a NATO base, with around 10,000 U.S. troops stationed there. After all these years, why have you only chosen to advertise for specifically those nationalities of Epstein victims to come forward? **Ukraine**, **Russia** and **Poland**. This Epstein malarkey has been going on for almost 20 years, so why now, David?

David, please share your specific involvement in **Poland** and, even more specifically, what happened with the Polish victims you and your attorneys acquired.

https://www.cnbc.com/2023/10/20/ukraine-ally-poland-is-moving-to-the-political-center-bad-news-for-russias-putin.html

Did any victims receive the £75 000 cash incentive promised if they came forward? As there is a war between **Ukraine** and **Russia**, you must answer these questions, especially as **Poland** is essential for **Ukraine's** grain distribution, the Polish farmers are struggling, and people are starving.

Biden, since you have come into administration, the following has happened:

Troops were removed from Afghanistan, which caused mass murder and women having every human right stolen right from under their noses. A war between Ukraine and Russia, and now a global war in our most precious Holy Lands, Israel and The Independent State Of Palestine, loved and respected by all faiths.

Even though we differ, the land unites us because **love bonds us all**. Isn't that what God teaches us? Isn't that what faith and religion teach us? Because without faith, what do we have if not each other?

Biden, I warned you about your recent trip to Israel. I said,

"Please **DO NOT GO**. I foresee what will happen: you will not make it back, and this will destroy your family and create a world catastrophe, which can be completely avoided altogether if you heed my warning."

**You and Benjamin have shown the world on a stage platform just how effective the Iron Dome is and how effective U.S. and Israeli intelligence is.**

Biden, you were there for approximately seven hours, and according to reports, it was as if you could hear a pin drop; it was so quiet. You both went to a beachside hotel to show solidarity for the victims of war, and I'm surprised you didn't whip out the margaritas. Talk about rubbing the salt in the wounded.

Why is it that when other officials visit from other countries like Germany, there bombs flying all over the place? That sounds fishy if you ask me.

https://www.dailymail.co.uk/news/article-12644553/How-Bidens-seven-hour-Israel-trip-fell-apart-began-Hundreds-bodies-Gaza-hospital-embassies-burning-boycott-Middle-East-leaders-overshadowed-presidents-visit-unusually-quiet-Tel-Aviv.html

https://www.dailymail.co.uk/news/article-12643803/Moment-terrified-German-official-lie-face-tarmac-Tel-Aviv-airport-Chancellor-Scholz-rushed-waiting-car-air-raid-warning.html

Biden, you went to a war zone after having **ALL** meetings in the Middle East

cancelled except the one with your ego. You also went to a war zone, knowing that the Iran Nuclear deal expired on the day of your trip. How irresponsible!

https://www.dailymail.co.uk/news/article-12640477/Biden-Israel-Iran-missile-embargo.html?ito=email_share_article-top

Hypothetically, if Iran wanted to harm you, they could have, and let's say they did. What do you think would happen to the rest of us? I appreciate you think the U.S. is the best thing since sliced bread, but there are other countries here; thank you very much.

Hilary, no one voted for you because your ethics and warmongering are unfit for office, and Biden, you are just as bad. I love the U.S. very much, and I have many beautiful close friends there that I care deeply for, and they need to know the truth: **Benjamin, Biden/Hilary**, **Boies (Deablous) and Demon.**

Biden and Hilary, your administration is not about peace and looking after your own U.S. citizens who can't even afford or get health care or feed the hungry but to line the pockets of the wealthy, including yourselves. Half of San Francisco is walking around like zombies with their skin hanging off their flesh, for goodness' sake!!

Have you used the textbook method to grow or create a wealthy economy quickly? Create a war—stuff the people who can't afford to heat their homes this winter. Or the mums and Dads who must choose between feeding themselves or their children. Why doesn't the whole world starve if you guys get rich because you love blowing stuff up? Who cares if more children and young women are raped and trafficked or if the Epstein victims have been exploited again, including myself.

You're creating a military machine economy where the consumer market dies, and the people suffer.  Society and democracy are dying, and you don't care because you're the ones killing it!!

I would love to know how much income has been generated by companies like BAA since the start of the war between Ukraine and Russia. No wonder governments are spending like "drunken sailors" on war.

https://www.dailymail.co.uk/news/article-12658529/U-S-sends-additional-air-defense-missiles-Middle-East-Pentagon-orders-troops-prepare-potential-deployment-Israel-pounds-southern-Gaza-ahead-ground-incursion.html

You guys have created this just like you guys have created this ongoing Epstein saga.

So, please, I beg the international community to send immediate aid to the Independent State of Palestine and help defuse the situation.

https://www.theguardian.com/world/live/2023/oct/24/israel-hamas-war-live-news-conflict-biden-netanyahu-aid-gaza-hostages-latest-updates

Please, I also ask for immediate financial restitution for all the Epstein survivors while appropriate investigations are carried out by the international community, which includes Stanley Pottinger and all mentioned.  We are all desperately struggling!!

I would also like to ask if the international community to please, please come up with a reasonable compensation figure to pay for Epstein's crimes and compensate for the horrick acts and trauma suffered. We're all exhausted from being held captive. Please, I beg, set us free once and for all.

Regards

Sarah Ransome


P.s. I'm rewriting the script of Adam and Eve. High five for Eve because it was more than likely Adam's delinquent behaviour that got them kicked out of paradise. Adam just played the victim as per usual and blamed Eve. Well, not anymore!

| | |
|---|---|
| **From:** | Sarah Ransome |
| **To:** | David Boies; Sigrid McCawley; Brad Edwards; simone.k.lelchuk@gmail.com; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriJacopelli@marsh.law; Lucia Osborne-Crowley; Kate Briquelet; Woodsome, Kate; King, Gayle; Brian Kindle; Erin O"Loughlin; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Catherine Whelan; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; @CND National Desk Staff; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com |
| **Subject:** | President Cyril Ramaphosa - Emergancy SOS |
| **Date:** | Wednesday, October 25, 2023 9:50:18 AM |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Dearest President Cyril Ramaphosa,

I am coming to you today in urgent need of help. I am no longer a dual citizen because, as of today, I have denounced my British Citizenship.

\*\*\*\*\*\*\* **I am now only a South African citizen, and I beg you and ALL OUR ALLIES EXCEPT FOR THE U.S., UK AND ISREAL TO COME TO MY AID URGENTLY!**

**PLEASE HELP ME!**

**Please, I beg you.**

**Yours Sincerely**

**Sarah Ransome**


------- Original Message -------
On Wednesday, October 25th, 2023 at 14:39, Sarah Ransome <sarahransome@protonmail.com> wrote:

> **As of today, I denounce my British citizenship. I know longer what to be apart of the Uniten Kindom or what it stands for.**
>
> **Thanks Britain!**
>
>
> Sent from Proton Mail for iOS


On Wed, Oct 25, 2023 at 13:23, Sarah Ransome <sarahransome@protonmail.com> wrote:

**Gilad Erdan**,

**You are a lying little weasel and a Benjamin Netanyahu thug!** The time has come to teach you and **ALL** the **Epstein enablers** and r**apists** a lesson!

You are unfit to be a representative of Israel and the Jewish community, whom I love deeply and respect. Secretary General Antonia Guterres and the UN have a right to call you out, just like the 1000s Epstein children and young women, myself included, and all those slaughtered in Palestine and the innocent Israelis captured and murdered, for your **double standards**.

**Please, I ask the Jewish community to hear me out, for there is no hate in my heart, and I just come with the truth.**

All the Epstein victims, including myself and those still being trafficked today because it's continuing globally, which the **Benjamin Netanyahu Administration and U.S Biden Administration are funding**, are **still being held hostage**, and I think it's time you tell everyone the truth.

**I'm warning you: if you call me an anti-semite, racist, Hamas Terrorist, I will take you to the cleaners,** and I think it's disgusting how you treat victims of rape and trafficking by deflecting blame, which you are responsible for and still doing. Unlike you and Hilary, I am defending justice and human rights. You do not have proof or one shred of evidence, and I'm not having it anymore. The only Hummus I knew existed until the 7th of October terrorist attack is something you have with Pita bread, which is one of my favourite things to eat. So just don't put me in that box!

You show pictures of horrors; well, I'm damn sorry I didn't take a photo of my ruptured bleeding anus after Epstein raped and sodomised me and stuck foreign objects in me, ripping my insides. That's right, Epstein took our phones, cameras and passports, so I guess it didn't happen right! Why don't the FBI play all the footage of us being raped? Oh wait, we don't matter, do we? The FBI have the footage!

Your hypocrisy insults the Epstein victims and survivors of sexual abuse and trafficking you are funding. How dare you! If anyone is racist, it's you, and you support rapists and paedophilia, which is disgusting and sick!

Let's tell everyone, shall we, **Gilad Erdan**, on the **19th of October**, along with **my Objection on behalf of the class and myself**, the **Attorney's General of 16 States** in the **U.S.** filed an **Objection** due to ambiguous language used in the settlement between the class and JP Morgan, which included a clause which David Boies and Jamie Demon drew up together effectively allowing JP Morgan to continue funding human trafficking one of the most profitable illegal revenue earners apart from drugs and

arms. **This would protect JP Morgan from civil or criminal accountability from any country, state, class or victim. JP Morgan then becomes the most significant human trafficking funder because they are untouchable.**

The clause that the **devil, David and Demon** drew up gives them **CARTE BLANCHE TO  SEX TRAFFIC** as many **CHILDREN** and **HUMAN BEINGS** as they like forever. They could traffic a billion children, and no one can touch them, and it also gives a benchmark for other financial institutions to use the same clause in their legal disputes.

I have attached the Objection filed by the **Attorney's General of 16 States** in the **U.S.,** and it makes it very clear in **paragraph 3, page 1.** Do you think the Epstein survivors and the world are daft?

And how dare you use your Jewish Faith, the Jewish people and the tragedies and atrocities that happened in World War 2 as a shield to hide and justify the war crimes that you have committed and continue to commit. Stop using the Jewish community as a shield for your sex trafficking of children and young women, you sick animal!

You are the **lawless one** and the very definition of the **Anti-Christ** with your **evil ways**, and I again accuse you of breaking the **Geneva Convention** on t**wo accounts. You must be held accountable for the war crimes committed.**

**So, please, I beg the international community to unite and send immediate aid to the Independent State Of Palestine to help those in urgent need and help defuse the situation.**

**Please, I ask the international community to unite to finally cut the head off the Epstein Serpent and STOP the sex trafficking of children and human beings. Look what it has turned me into.**

**And please, I beg the international community for immediate financial restitution and compensation for all the Epstein victims for our rape, torture and sex trafficking while the international community is carrying out appropriate investigations of Epstein's enablers. We are all desperately struggling.**

**Please, I beg, set us free, once and for all. Set us free, please.**

Regards

Sarah Ransome

| From: | Sarah Ransome |
|---|---|
| To: | David Boies; Sigrid McCawley; Brad Edwards; simone.k.lelchuk@gmail.com; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Kate Briquelet; Woodsome, Kate; King, Gayle; Brian Kindle; Erin O"Loughlin; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Catherine Whelan; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; @CND National Desk Staff; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com |
| Subject: | British Citizenship |
| Date: | Wednesday, October 25, 2023 8:39:41 AM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

**As of today, I denounce my British citizenship. I know longer what to be apart of the Uniten Kindom or what it stands for.**

**Thanks Britain!**

Sent from Proton Mail for iOS

On Wed, Oct 25, 2023 at 13:23, Sarah Ransome <sarahransome@protonmail.com> wrote:

> **Gilad Erdan,**
>
> **You are a lying little weasel and a Benjamin Netanyahu thug!** The time has come to teach you and **ALL** the **Epstein enablers** and r**apists** a lesson!
>
> You are unfit to be a representative of Israel and the Jewish community, whom I love deeply and respect. Secretary General Antonia Guterres and the UN have a right to call you out, just like the 1000s Epstein children and young women, myself included, and all those slaughtered in Palestine and the innocent Israelis captured and murdered, for your **double standards**.
>
> **Please, I ask the Jewish community to hear me out, for there is no hate in my heart, and I just come with the truth.**
>
> All the Epstein victims, including myself and those still being trafficked today because it's continuing globally, which the **Benjamin Netanyahu Administration and U.S Biden Administration are funding**, are **still being held hostage**, and I think it's time you tell everyone the truth.
>
> **I'm warning you: if you call me an anti-semite, racist, Hamas Terrorist, I will take you to the cleaners**, and I think it's disgusting how you treat victims of rape and trafficking by deflecting blame, which you are responsible for and still doing. Unlike you and Hilary, I am defending justice and human rights. You do not have proof or one shred of evidence, and I'm not having it anymore. The only Hummus I

knew existed until the 7th of October terrorist attack is something you have with Pita bread, which is one of my favourite things to eat. So just don't put me in that box!

You show pictures of horrors; well, I'm damn sorry I didn't take a photo of my ruptured bleeding anus after Epstein raped and sodomised me and stuck foreign objects in me, ripping my insides. That's right, Epstein took our phones, cameras and passports, so I guess it didn't happen right! Why don't the FBI play all the footage of us being raped? Oh wait, we don't matter, do we? The FBI have the footage!

Your hypocrisy insults the Epstein victims and survivors of sexual abuse and trafficking you are funding. How dare you! If anyone is racist, it's you, and you support rapists and paedophilia, which is disgusting and sick!

Let's tell everyone, shall we, **Gilad Erdan**, on the **19th of October,** along with **my Objection on behalf of the class and myself**, the **Attorney's General of 16 States** in the **U.S.** filed an **Objection** due to ambiguous language used in the settlement between the class and JP Morgan, which included a clause which David Boies and Jamie Demon drew up together effectively allowing JP Morgan to continue funding human trafficking one of the most profitable illegal revenue earners apart from drugs and arms. **This would protect JP Morgan from civil or criminal accountability from any country, state, class or victim. JP Morgan then becomes the most significant human trafficking funder because they are untouchable.**

The clause that the **devil, David and Demon** drew up gives them **CARTE BLANCHE TO  SEX TRAFFIC** as many **CHILDREN** and **HUMAN BEINGS** as they like forever. They could traffic a billion children, and no one can touch them, and it also gives a benchmark for other financial institutions to use the same clause in their legal disputes.

I have attached the Objection filed by the **Attorney's General of 16 States** in the **U.S.,** and it makes it very clear in **paragraph 3, page 1.** Do you think the Epstein survivors and the world are daft?

And how dare you use your Jewish Faith, the Jewish people and the tragedies and atrocities that happened in World War 2 as a shield to hide and justify the war crimes that you have committed and continue to commit. Stop using the Jewish community as a shield for your sex trafficking of children and young women, you sick animal!

You are the **lawless one** and the very definition of the **Anti-Christ** with your **evil ways**, and I again accuse you of breaking the **Geneva Convention** on t**wo accounts. You must be held accountable for the war crimes committed.**

**So, please, I beg the international community to unite and send immediate aid to the Independent State Of Palestine to help those in urgent need and help defuse the situation.**

**Please, I ask the international community to unite to finally cut the head off the Epstein Serpent and STOP the sex trafficking of children and human beings. Look what it has turned me into.**

**And please, I beg the international community for immediate financial restitution and compensation for all the Epstein victims for our rape, torture and sex trafficking while the international community is carrying out appropriate investigations of Epstein's enablers. We are all desperately struggling.**

**Please, I beg, set us free, once and for all. Set us free, please.**

Regards

Sarah Ransome

| From: | Sarah Ransome |
| --- | --- |
| To: | David Boies; Sigrid McCawley; Brad Edwards; simone.k.lelchuk@gmail.com; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Kate Briquelet; Woodsome, Kate; King, Gayle; Brian Kindle; Erin O"Loughlin; Bannerman, Lucy; Mario.Ledwith@thetimes.co.uk; Catherine Whelan; gmb@itv.com; noel.phillips@itv.com; gav.sidhu@itv.com; Josie.ensor@telegraph.co.uk; foreigndesk@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; @CND AM Senior Staff; Puskas, Jackie; @CND National Desk Staff; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; emily.steel@nytimes.com; mike.baker@nytimes.com |
| Subject: | Gilad Erdan - Liar! |
| Date: | Wednesday, October 25, 2023 7:24:28 AM |
| Attachments: | Objection - Doc 248-1 - AG Letter (10-23-2023).pdf<br>David Boies - Compensation Request No.1 .jpg<br>David Boies - Compensation Request No.3.jpg<br>David Boies - Compensation Request No.2.jpg<br>David Boies - Compensation Request No.4.jpg<br>JP Morgan - Notice_Proposed_Settlement.pdf<br>Sarah Ransome 18082022 - Details of complaint against David Boies and Co .pdf |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

**Gilad Erdan**,

**You are a lying little weasel and a Benjamin Netanyahu thug!** The time has come to teach you and **ALL** the **Epstein enablers** and r**apists** a lesson!

You are unfit to be a representative of Israel and the Jewish community, whom I love deeply and respect. Secretary General Antonia Guterres and the UN have a right to call you out, just like the 1000s Epstein children and young women, myself included, and all those slaughtered in Palestine and the innocent Israelis captured and murdered, for your **double standards**.

**Please, I ask the Jewish community to hear me out, for there is no hate in my heart, and I just come with the truth.**

All the Epstein victims, including myself and those still being trafficked today because it's continuing globally, which the **Benjamin Netanyahu Administration and U.S Biden Administration are funding**, are **still being held hostage**, and I think it's time you tell everyone the truth.

**I'm warning you: if you call me an anti-semite, racist, Hamas Terrorist, I will take you to the cleaners,** and I think it's disgusting how you treat victims of rape and trafficking by deflecting blame, which you are responsible for and still doing. Unlike you and Hilary, I am defending justice and human rights. You do not have proof or one shred of evidence, and I'm not having it anymore. The only Hummus I knew existed until the 7th of October terrorist attack is something you have with Pita bread, which is one of my favourite things to eat. So just don't put me in that box!

You show pictures of horrors; well, I'm damn sorry I didn't take a photo of my ruptured bleeding anus after Epstein raped and sodomised me and stuck foreign objects in me, ripping my insides. That's right, Epstein took our phones, cameras and passports, so I guess it didn't happen right! Why don't the FBI play all the footage of us being raped? Oh wait, we don't matter, do we? The FBI have the footage!

Your hypocrisy insults the Epstein victims and survivors of sexual abuse and trafficking you are

funding. How dare you! If anyone is racist, it's you, and you support rapists and paedophilia, which is disgusting and sick!

Let's tell everyone, shall we, **Gilad Erdan**, on the **19th of October,** along with **my Objection on behalf of the class and myself**, the **Attorney's General of 16 States** in the **U.S.** filed an **Objection** due to ambiguous language used in the settlement between the class and JP Morgan, which included a clause which David Boies and Jamie Demon drew up together effectively allowing JP Morgan to continue funding human trafficking one of the most profitable illegal revenue earners apart from drugs and arms. **This would protect JP Morgan from civil or criminal accountability from any country, state, class or victim. JP Morgan then becomes the most significant human trafficking funder because they are untouchable.**

The clause that the **devil, David and Demon** drew up gives them **CARTE BLANCHE TO  SEX TRAFFIC** as many **CHILDREN** and **HUMAN BEINGS** as they like forever. They could traffic a billion children, and no one can touch them, and it also gives a benchmark for other financial institutions to use the same clause in their legal disputes.

I have attached the Objection filed by the **Attorney's General of 16 States** in the **U.S.,** and it makes it very clear in **paragraph 3, page 1.** Do you think the Epstein survivors and the world are daft?

And how dare you use your Jewish Faith, the Jewish people and the tragedies and atrocities that happened in World War 2 as a shield to hide and justify the war crimes that you have committed and continue to commit. Stop using the Jewish community as a shield for your sex trafficking of children and young women, you sick animal!

You are the **lawless one** and the very definition of the **Anti-Christ** with your **evil ways**, and I again accuse you of breaking the **Geneva Convention** on t**wo accounts. You must be held accountable for the war crimes committed.**

**So, please, I beg the international community to unite and send immediate aid to the Independent State Of Palestine to help those in urgent need and help defuse the situation.**

**Please, I ask the international community to unite to finally cut the head off the Epstein Serpent and STOP the sex trafficking of children and human beings. Look what it has turned me into.**

**And please, I beg the international community for immediate financial restitution and compensation for all the Epstein victims for our rape, torture and sex trafficking while the international community is carrying out appropriate investigations of Epstein's enablers. We are all desperately struggling.**

**Please, I beg, set us free, once and for all. Set us free, please.**

Regards

Sarah Ransome

| From: | Sarah Ransome |
|---|---|
| To: | David Boies; Sigrid McCawley; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Woodsome, Kate; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Bannerman, Lucy; Catherine Whelan; Florence Nash; gmb@itv.com; simone.k.lelchuk@gmail.com; Josie.ensor@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; Puskas, Jackie; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; mike.baker@nytimes.com; emily.steel@nytimes.com; Jessica Church; jessica.silvergreenberg@gmail.com; foreigndesk@telegraph.co.uk |
| Subject: | Dutch, British, South African Embassy |
| Date: | Tuesday, October 24, 2023 12:55:22 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

To All,

Please I beg you all, my older brother James is in Saudi Arabia currently. The same time Jamie Demon is there with his thugs today.

Please can you phone the Dutch, British and South African Embassy's in Saudi Arabia to Notify them if the situation.

Please I beg you keep my brother safe.

Sent from Proton Mail for iOS

On Tue, Oct 24, 2023 at 16:50, Sarah Ransome <sarahransome@protonmail.com> wrote:

**Dear:**

**Your Majesty King Salman bin Abdulaziz Al Saud,**
**Your Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud,**
**Your Majesty King Abdullah II ibn Al Hussein,**
**Your Majesty's King Charles and Queen Camilla,**
**Your Majesty's King Willem-Alexander and Queen Maxima,**
**Prime Minister Mark Rutte,**
**President Cyril Ramaphosa,**
**Prime Minister Rishi Sunak,**
**Prime Minister Mohammad Shtayyeh,**
**His Excellency Abdel Fattah El-Sisi,**
**His Excellency Recep Tayyip Erdogan,**
**Prime Minister Najib Mikati and**
**President Recap Tayyip Erdogan.**

I bow before you today as a mere, humble servant of truth, compassion, humility, and love. I have no alternative other than sharing my story and **MY** truth. I

sincerely apologise if any of what I write below offends; it is not my intention for whom I have addressed above but to reveal the serpent what lies beneath, the best way I know how, by being me.

I beg you, please protect my big brother James and keep him safe on his travels. He genuinely has no idea what his little sister is up to, and when he finds out I'm already going to get the tongue-lashing from hell, I can assure you. So please, I beg keep him safe.

I'm not proud of some of my decisions; however, I've channelled and embraced my inner Mary Magdalene and made peace with her. My bad choices have made me who I am today. I'm not ashamed of who I am, and I hold my head high. If anyone went into Amsterdam to see those beautiful women with the perception that they deserve to be raped and have no right to consent over their body, they would rip your head off clean; let me tell you—one shot and girls like us don't miss.

My bad choices because life dealt me a rather rough hand doesn't change the fact that I was raped repeatedly and trafficked by Epstein, no matter how hard the U.S. and Israeli Administration deflect that they indeed have broken the **Geneva Convention** and have been committing **war crimes** globally for decades.

Why has no one done anything to stop the Epstein victim's continuous exploitation, nor has anyone stopped the sex trafficking ring where thousands of children and young women are being sold to be sex slaves in real-time?

We all know that the material Epstein filmed for both governments has been used to broker deals in their favour for years.

I was raped, tortured, and trafficked by Epstein regardless of my "chequered" past. Period. So were all Epstein victims because we all have them, which made us all vulnerable to Epstein's military-trained grooming. We were ALL ripe and ready for the picking because of our brokenness.

As you are all fathers and mothers who love your children unconditionally even though they make mistakes sometimes, what would you do if your child was raped?

Would you fight to the death to get justice for your child? We all know the answer to that.

So please, I request that you assist in this time of darkness and sorrow.

Please help.

Yours Sincerely

Sarah Ransome

**To: Benjamin, Biden/Hilary, Boies (Deablous) and Demon**

I accuse you of breaching the **Geneva Convention**, specifically **Article 3**, which applies not only to all the innocent's held hostage, which yesterday's reporting shows figures according to The Guardian at **222** but also to the murder of approximately **1300** innocent Israelis from **7 October** and the current death toll of **5,791** innocent Palestinian (**2,360** being children) civilians killed by your **military administration**, including **IDF** in the **Independent State Of Palestine.**

Both administrations knew about the **Hamas Terrorist attack** days prior, which your intelligence has confirmed, Benjamin. I hope you can explain to the released hostages why you knew and didn't press the green button that day. You stood by and did nothing, and now you're using a terrorist attack you knew about and propaganda as an excuse to commit complete genocide while the world watches and does nothing.

https://www.politico.com/news/2023/10/21/idf-prepares-for-ground-invasion-00122881

As you know, I'm hopeless at Math, but I think the figures speak for themselves. I grew up in South Africa and am among the last generation to experience the cruelty and brutality of **Apartheid**, which means **segregation** or **discrimination** based on **race** in Afrikaans. Bill should know this, Hilary.

**Apartheid** has still today left our land in tatters, with anger festering like an unhealed septic wound about to burst at any time. I pray that the **South African community** can **unite**, especially at these dangerous times and assist where necessary because there is no doubt that what is happening today in Israel and Palestine, I mean "Gaza", is indeed Apartheid.

In return, South Africa can resow the seeds of hope and peace by finally taking the lead and building that **"Rainbow Nation"** by sharing and learning from our many mistakes. That's proper up your **Clinton Foundation's** street, Hilary, and we all know your husband Bill likes South Africa; ask ███████. I highly recommend you don't go there on holiday again.

https://apnews.com/article/israel-apartheid-palestinians-occupation-c8137c9e7f33c2cba7b0b5ac7fa8d115

Benjamin, it's time to cut the head off the Epstein snake. Can you reveal your involvement with Epstein and your relationship with Boies and Demon to everyone? I would like it to be known to the Israeli and International communities, who have a right to know. Why should you hide the truth?

https://www.thedailybeast.com/jeffrey-epstein-epstein-hooked-up-jpmorgan-exec-jes-staley-with-benjamin-netanyahu-prince-andrew-emails-show

https://www.reuters.com/world/middle-east/netanyahus-likud-party-plummets-local-news-poll-2023-04-10/

https://edition.cnn.com/2019/07/11/middleeast/jeffrey-epstein-barak-netanyahu-israel-elections-intl/index.html

**I'm very aware that in Israel, municipality, local councils, and regional council elections were scheduled for the end of this month, 31st October. Conveniently, they have now been delayed until 30 January 2024.**

**Benjamin, you know that if the elections went ahead at the end of the month, you would lose by a large margin because you're NOT popular AND NOT FIT FOR OFFICE BECAUSE OF YOUR CORRUPTION LIKE YOU, BIDEN!!**

**Municipal elections** are set to be held in Israel on 30 January 2024.[1] In accordance with changes made in 2018, election day will be a paid day off work.[2] As will their leaders, all municipalities, local councils and regional councils will be up for election. Top-two runoffs will be held on 14 November in all localities where no leadership candidate won 40% or more of the vote in the first round.[*citation needed*]

https://www.theguardian.com/world/2023/oct/22/netanyahu-told-to-quit-now-as-ex-leaders-pin-blame-on-dysfunctional-government

https://www.theguardian.com/world/2023/oct/22/peacekeepers-fatah-or-anarchy-what-would-follow-an-israeli-victory-in-gaza

**Hamas has already been declared terrorists** and has been **terrorists** for many years, which will be dealt with swiftly by the **international community when we rebuild The Independent State Of Palestine, which you've just blown up**, I pray, especially in the **Middle East,** after **ALL,** hostages are released. Still, I now, along with, I'm sure, much of the rest of the world, declare both your administrations as a **terrorist organisation**, including **IDF** and both administrations a **dictatorship**.

https://www.theguardian.com/world/commentisfree/2023/oct/21/toxic-netanyahu-could-drag-biden-down-in-his-fight-for-political-survival

https://www.theguardian.com/world/2023/oct/22/an-atmosphere-of-fear-free-speech-under-threat-in-israel-activists-say

https://www.theguardian.com/world/2023/oct/03/video-of-ultra-orthodox-jews-spitting-by-christians-in-jerusalem-sparks-outrage

Yes, and both your administrations are responsible for democracy dying a slow death in the darkness, and **Friday, 20 October**, is when that final flame went out!

I find it extraordinary when only approximately three publications wrote about the

judge's ruling regarding the Deutsche Bank settlement for the Epstein Survivors. Has anyone notified the Epstein survivors yet, or is it a big secret suddenly?

**Benjamin, Biden/Hilary, Boies (Deablous) and Demon,** after Friday's court ruling, I, a survivor of Epstein, also accuse you of violating **international laws** by **aiding and abetting** one of the most prolific **sex trafficking** organisations in history, which again breaches the **Geneva Convention**. The war crimes you have committed include the following:

- Atrocities or offences against persons or property constituting violations of the laws or customs of war
- Murder, ill-treatment or deportation to slave labour or for any other purpose of the civilian population in occupied territory
- Murder or ill-treatment of prisoners of war
- Killing of hostages
- Torture or inhumane treatment, including biological experiments
- Deception by perfidy
- Plunder of public property (all our Epstein evidence)
- Devastation not justified by military necessity

I accuse you of **genocide** under **international law** for committing the following acts:

- Killing members of the group
- Causing serious bodily and mental harm to the group
- Deliberating inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part
- Forcibly transferring children and young women of the group to another group.

I also accuse you of the following crimes against humanity: **mass systematic rape and sexual enslavement, imprisonment, murder and the prosecuting on political, racial and religious grounds.**

You have also tried to infiltrate the **British Monarchy** and must be tried for **Treason**. Biden, I hope King Charles and Prince Andrew kick your arse down the stage stairs next time they see you.

You have also violated the **U.S. First Amendment,** the **MANN ACT** and the **START ACT (Survivors of Trafficking Attaining Relief Together Act)** - which, after ███████████ 's super big recent win in the Supreme USA High Court, I now know **I am protected** under.

https://www.newsweek.com/prince-andrew-█████████-major-win-jeffrey-

epstein-1835363

Ghislaine Maxwell, under no circumstances, must be released from prison using the STRAT Act as a legal loophole. As it is, that Act conveniently protects the main Epstein accomplices, and we already had that juror fiasco as if that wasn't deliberate.

For these reasons, I am asking that the **international community** place **IMMEDIATE sanctions** on both your **Israeli** and **U.S. governments** until they acknowledge **Palestine as an Independent State,** which is simply looking at a map which I have attached, recognise the **Epstein Survivors** and take responsibility for the crimes you have committed, and international arrest warrants issued for all Epstein enablers for the protection of the Epstein survivors including myself.

After last Friday's ruling once again, you've left me no alternative but to fight even harder for justice, truth, and freedom for all. Perhaps you knew Friday's outrageous ruling would only torment me, the survivors, and the world watching the Epstein saga further. One wonders what provoked the terrorist organisation Hamas out of the blue because I know that Friday's ruling was made deliberately to rile. So, who is to blame here for what happens next?

Indeed, it has badgered me to some degree. However, I'm exceptionally grateful, too, for the judge's ruling on Friday, just like I sang from the heavens when you disobeyed God's word and went to Israel on Wednesday, 18 October Biden.

Boies, don't all the Epstein survivors have a right to know about Friday's ruling? Or is it just your and Edward's clients that are important and get notified?

This is a massive concern, especially after Boies, you and Edwards publicly advertised in **Poland**, **Ukraine** and **Russia** for more Epstein victims to come forward. What about all the U.S. and other international victims? Do we deserve to be notified?

https://www.bloomberg.com/news/articles/2023-06-01/epstein-victim-lawyers-fees-in-deutsche-bank-case-questioned?leadSource=uverify%20wall

David, as we all know, Poland plays a significant geopolitical role as a NATO base, with around 10,000 U.S. troops stationed there. After all these years, why have you only chosen to advertise for specifically those nationalities of Epstein victims to come forward? **Ukraine**, **Russia** and **Poland**. This Epstein malarkey has been going on for almost 20 years, so why now, David?

David, please share your specific involvement in **Poland** and, even more specifically, what happened with the Polish victims you and your attorneys acquired.

https://www.cnbc.com/2023/10/20/ukraine-ally-poland-is-moving-to-the-

political-center-bad-news-for-russias-putin.html

Did any victims receive the £75 000 cash incentive promised if they came forward? As there is a war between **Ukraine** and **Russia**, you must answer these questions, especially as **Poland** is essential for **Ukraine's** grain distribution, the Polish farmers are struggling, and people are starving.

Biden, since you have come into administration, the following has happened:

Troops were removed from Afghanistan, which caused mass murder and women having every human right stolen right from under their noses. A war between Ukraine and Russia, and now a global war in our most precious Holy Lands, Israel and The Independent State Of Palestine, loved and respected by all faiths.

Even though we differ, the land unites us because **love bonds us all**. Isn't that what God teaches us? Isn't that what faith and religion teach us? Because without faith, what do we have if not each other?

Biden, I warned you about your recent trip to Israel. I said,

"Please **DO NOT GO**. I foresee what will happen: you will not make it back, and this will destroy your family and create a world catastrophe, which can be completely avoided altogether if you heed my warning."

**You and Benjamin have shown the world on a stage platform just how effective the Iron Dome is and how effective U.S. and Israeli intelligence is.**

Biden, you were there for approximately seven hours, and according to reports, it was as if you could hear a pin drop; it was so quiet. You both went to a beachside hotel to show solidarity for the victims of war, and I'm surprised you didn't whip out the margaritas. Talk about rubbing the salt in the wounded.

Why is it that when other officials visit from other countries like Germany, there bombs flying all over the place? That sounds fishy if you ask me.

https://www.dailymail.co.uk/news/article-12644553/How-Bidens-seven-hour-Israel-trip-fell-apart-began-Hundreds-bodies-Gaza-hospital-embassies-burning-boycott-Middle-East-leaders-overshadowed-presidents-visit-unusually-quiet-Tel-Aviv.html

https://www.dailymail.co.uk/news/article-12643803/Moment-terrified-German-official-lie-face-tarmac-Tel-Aviv-airport-Chancellor-Scholz-rushed-waiting-car-air-raid-warning.html

Biden, you went to a war zone after having **ALL** meetings in the Middle East cancelled except the one with your ego. You also went to a war zone, knowing that the Iran Nuclear deal expired on the day of your trip. How irresponsible!

Please, I also ask for immediate financial restitution for all the Epstein survivors while appropriate investigations are carried out by the international community, which includes Stanley Pottinger and all mentioned.  We are all desperately struggling!!

I would also like to ask if the international community to please, please come up with a reasonable compensation figure to pay for Epstein's crimes and compensate for the horrick acts and trauma suffered. We're all exhausted from being held captive. Please, I beg, set us free once and for all.

Regards

Sarah Ransome


P.s. I'm rewriting the script of Adam and Eve. High five for Eve because it was more than likely Adam's delinquent behaviour that got them kicked out of paradise. Adam just played the victim as per usual and blamed Eve. Well, not anymore!

| From: | Sarah Ransome |
|---|---|
| To: | David Boies; Sigrid McCawley; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Woodsome, Kate; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Bannerman, Lucy; Catherine Whelan; Florence Nash; gmb@itv.com; simone.k.lelchuk@gmail.com; Josie.ensor@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; Puskas, Jackie; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; mike.baker@nytimes.com; emily.steel@nytimes.com; Jessica Church; jessica.silvergreenberg@gmail.com; foreigndesk@telegraph.co.uk |
| Subject: | Re: Pandora"s Box |
| Date: | Tuesday, October 24, 2023 11:02:09 AM |

**CAUTION:** **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

And Jamie Demon, I know where you are, you touch my big brother and I will personally cut you into little pieces my friend.

So be careful!

Sent from Proton Mail for iOS

On Tue, Oct 24, 2023 at 16:50, Sarah Ransome <sarahransome@protonmail.com> wrote:

> **Dear:**
>
> **Your Majesty King Salman bin Abdulaziz Al Saud,**
> **Your Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud,**
> **Your Majesty King Abdullah II ibn Al Hussein,**
> **Your Majesty's King Charles and Queen Camilla,**
> **Your Majesty's King Willem-Alexander and Queen Maxima,**
> **Prime Minister Mark Rutte,**
> **President Cyril Ramaphosa,**
> **Prime Minister Rishi Sunak,**
> **Prime Minister Mohammad Shtayyeh,**
> **His Excellency Abdel Fattah El-Sisi,**
> **His Excellency Recep Tayyip Erdogan,**
> **Prime Minister Najib Mikati and**
> **President Recap Tayyip Erdogan.**
>
> I bow before you today as a mere, humble servant of truth, compassion, humility, and love. I have no alternative other than sharing my story and **MY** truth. I sincerely apologise if any of what I write below offends; it is not my intention for whom I have addressed above but to reveal the serpent what lies beneath, the best way I know how, by being me.
>
> I beg you, please protect my big brother James and keep him safe on his travels. He genuinely has no idea what his little sister is up to, and when he finds out I'm already going to get the tongue-lashing from hell, I can assure you. So please, I

beg keep him safe.

I'm not proud of some of my decisions; however, I've channelled and embraced my inner Mary Magdalene and made peace with her. My bad choices have made me who I am today. I'm not ashamed of who I am, and I hold my head high. If anyone went into Amsterdam to see those beautiful women with the perception that they deserve to be raped and have no right to consent over their body, they would rip your head off clean; let me tell you—one shot and girls like us don't miss.

My bad choices because life dealt me a rather rough hand doesn't change the fact that I was raped repeatedly and trafficked by Epstein, no matter how hard the U.S. and Israeli Administration deflect that they indeed have broken the **Geneva Convention** and have been committing **war crimes** globally for decades.

Why has no one done anything to stop the Epstein victim's continuous exploitation, nor has anyone stopped the sex trafficking ring where thousands of children and young women are being sold to be sex slaves in real-time?

We all know that the material Epstein filmed for both governments has been used to broker deals in their favour for years.

I was raped, tortured, and trafficked by Epstein regardless of my "chequered" past. Period. So were all Epstein victims because we all have them, which made us all vulnerable to Epstein's military-trained grooming. We were ALL ripe and ready for the picking because of our brokenness.

As you are all fathers and mothers who love your children unconditionally even though they make mistakes sometimes, what would you do if your child was raped?

Would you fight to the death to get justice for your child? We all know the answer to that.

So please, I request that you assist in this time of darkness and sorrow.

Please help.

Yours Sincerely

Sarah Ransome


**To: Benjamin, Biden/Hilary, Boies (Deablous) and Demon**

I accuse you of breaching the **Geneva Convention**, specifically **Article 3**, which applies not only to all the innocent's held hostage, which yesterday's reporting shows figures according to The Guardian at **222** but also to the murder of approximately **1300** innocent Israelis from **7 October** and the current death toll of **5,791** innocent Palestinian (**2,360** being children) civilians killed by

your **military administration**, including **IDF** in the **Independent State Of Palestine.**

Both administrations knew about the **Hamas Terrorist attack** days prior, which your intelligence has confirmed, Benjamin. I hope you can explain to the released hostages why you knew and didn't press the green button that day. You stood by and did nothing, and now you're using a terrorist attack you knew about and propaganda as an excuse to commit complete genocide while the world watches and does nothing.

https://www.politico.com/news/2023/10/21/idf-prepares-for-ground-invasion-00122881

As you know, I'm hopeless at Math, but I think the figures speak for themselves. I grew up in South Africa and am among the last generation to experience the cruelty and brutality of **Apartheid**, which
means **segregation** or **discrimination** based on **race** in Afrikaans. Bill should know this, Hilary.

**Apartheid** has still today left our land in tatters, with anger festering like an unhealed septic wound about to burst at any time. I pray that the **South African community** can **unite**, especially at these dangerous times and assist where necessary because there is no doubt that what is happening today in Israel and Palestine, I mean "Gaza", is indeed Apartheid.

In return, South Africa can resow the seeds of hope and peace by finally taking the lead and building that **"Rainbow Nation"** by sharing and learning from our many mistakes. That's proper up your **Clinton Foundation's** street, Hilary, and we all know your husband Bill likes South Africa; ask ████. I highly recommend you don't go there on holiday again.

 https://apnews.com/article/israel-apartheid-palestinians-occupation-c8137c9e7f33c2cba7b0b5ac7fa8d115

Benjamin, it's time to cut the head off the Epstein snake. Can you reveal your involvement with Epstein and your relationship with Boies and Demon to everyone? I would like it to be known to the Israeli and International communities, who have a right to know. Why should you hide the truth?

https://www.thedailybeast.com/jeffrey-epstein-epstein-hooked-up-jpmorgan-exec-jes-staley-with-benjamin-netanyahu-prince-andrew-emails-show

 https://www.reuters.com/world/middle-east/netanyahus-likud-party-plummets-local-news-poll-2023-04-10/

https://edition.cnn.com/2019/07/11/middleeast/jeffrey-epstein-barak-netanyahu-israel-elections-intl/index.html

**I'm very aware that in Israel, municipality, local councils, and regional council elections were scheduled for the end of this month, 31st October. Conveniently, they have now been delayed until 30 January 2024.**

**Benjamin, you know that if the elections went ahead at the end of the month, you would lose by a large margin because you're NOT popular AND NOT FIT FOR OFFICE BECAUSE OF YOUR CORRUPTION LIKE YOU, BIDEN!!**

**Municipal elections** are set to be held in Israel on 30 January 2024.[1] In accordance with changes made in 2018, election day will be a paid day off work.[2] As will their leaders, all municipalities, local councils and regional councils will be up for election. Top-two runoffs will be held on 14 November in all localities where no leadership candidate won 40% or more of the vote in the first round. [*citation needed*]

https://www.theguardian.com/world/2023/oct/22/netanyahu-told-to-quit-now-as-ex-leaders-pin-blame-on-dysfunctional-government

https://www.theguardian.com/world/2023/oct/22/peacekeepers-fatah-or-anarchy-what-would-follow-an-israeli-victory-in-gaza

**Hamas has already been declared terrorists** and has been **terrorists** for many years, which will be dealt with swiftly by the **international community when we rebuild The Independent State Of Palestine, which you've just blown up**, I pray, especially in the **Middle East,** after **ALL,** hostages are released. Still, I now, along with, I'm sure, much of the rest of the world, declare both your administrations as a **terrorist organisation**, including **IDF** and both administrations a **dictatorship**.

https://www.theguardian.com/world/commentisfree/2023/oct/21/toxic-netanyahu-could-drag-biden-down-in-his-fight-for-political-survival

https://www.theguardian.com/world/2023/oct/22/an-atmosphere-of-fear-free-speech-under-threat-in-israel-activists-say

https://www.theguardian.com/world/2023/oct/03/video-of-ultra-orthodox-jews-spitting-by-christians-in-jerusalem-sparks-outrage

Yes, and both your administrations are responsible for democracy dying a slow death in the darkness, and **Friday, 20 October**, is when that final flame went out!

I find it extraordinary when only approximately three publications wrote about the judge's ruling regarding the Deutsche Bank settlement for the Epstein Survivors. Has anyone notified the Epstein survivors yet, or is it a big secret suddenly?

**Benjamin, Biden/Hilary, Boies (Deablous) and Demon,** after Friday's court ruling, I, a survivor of Epstein, also accuse you of violating **international laws** by **aiding and abetting** one of the most prolific **sex trafficking** organisations in history, which again breaches the **Geneva**

**Convention**. The war crimes you have committed include the following:

- Atrocities or offences against persons or property constituting violations of the laws or customs of war
- Murder, ill-treatment or deportation to slave labour or for any other purpose of the civilian population in occupied territory
- Murder or ill-treatment of prisoners of war
- Killing of hostages
- Torture or inhumane treatment, including biological experiments
- Deception by perfidy
- Plunder of public property (all our Epstein evidence)
- Devastation not justified by military necessity

I accuse you of **genocide** under **international law** for committing the following acts:

- Killing members of the group
- Causing serious bodily and mental harm to the group
- Deliberating inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part
- Forcibly transferring children and young women of the group to another group.

I also accuse you of the following crimes against humanity: **mass systematic rape and sexual enslavement, imprisonment, murder and the prosecuting on political, racial and religious grounds.**

You have also tried to infiltrate the **British Monarchy** and must be tried for **Treason**. Biden, I hope King Charles and Prince Andrew kick your arse down the stage stairs next time they see you.

You have also violated the **U.S. First Amendment,** the **MANN ACT** and the **START ACT (Survivors of Trafficking Attaining Relief Together Act)** - which, after ████████████ s super big recent win in the Supreme USA High Court, I now know **I am protected** under.

https://www.newsweek.com/prince-andrew-███████████-major-win-jeffrey-epstein-1835363

Ghislaine Maxwell, under no circumstances, must be released from prison using the STRAT Act as a legal loophole. As it is, that Act conveniently protects the main Epstein accomplices, and we already had that juror fiasco as if that wasn't deliberate.

For these reasons, I am asking that the **international community** place **IMMEDIATE SANCTIONS** on both your **Israeli** and **U.S. governments** until they acknowledge **Palestine as an Independent State,** which is simply looking at a map which I have attached, recognise the **Epstein Survivors** and take responsibility for the crimes you have committed, and international arrest warrants issued for all Epstein enablers for the protection of the Epstein survivors including myself.

After last Friday's ruling once again, you've left me no alternative but to fight even harder for justice, truth, and freedom for all. Perhaps you knew Friday's outrageous ruling would only torment me, the survivors, and the world watching the Epstein saga further. One wonders what provoked the terrorist organisation Hamas out of the blue because I know that Friday's ruling was made deliberately to rile. So, who is to blame here for what happens next?

Indeed, it has badgered me to some degree. However, I'm exceptionally grateful, too, for the judge's ruling on Friday, just like I sang from the heavens when you disobeyed God's word and went to Israel on Wednesday, 18 October Biden.

Boies, don't all the Epstein survivors have a right to know about Friday's ruling? Or is it just your and Edward's clients that are important and get notified?

This is a massive concern, especially after Boies, you and Edwards publicly advertised in **Poland**, **Ukraine** and **Russia** for more Epstein victims to come forward. What about all the U.S. and other international victims? Do we deserve to be notified?

https://www.bloomberg.com/news/articles/2023-06-01/epstein-victim-lawyers-fees-in-deutsche-bank-case-questioned?leadSource=uverify%20wall

David, as we all know, Poland plays a significant geopolitical role as a NATO base, with around 10,000 U.S. troops stationed there. After all these years, why have you only chosen to advertise for specifically those nationalities of Epstein victims to come forward? **Ukraine**, **Russia** and **Poland**. This Epstein malarkey has been going on for almost 20 years, so why now, David?

David, please share your specific involvement in **Poland** and, even more specifically, what happened with the Polish victims you and your attorneys acquired.

https://www.cnbc.com/2023/10/20/ukraine-ally-poland-is-moving-to-the-political-center-bad-news-for-russias-putin.html

Did any victims receive the £75 000 cash incentive promised if they came forward? As there is a war between **Ukraine** and **Russia**, you must answer these questions, especially as **Poland** is essential for **Ukraine's** grain distribution, the Polish farmers are struggling, and people are starving.

Biden, since you have come into administration, the following has happened:

Troops were removed from Afghanistan, which caused mass murder and women having every human right stolen right from under their noses. A war between Ukraine and Russia, and now a global war in our most precious Holy Lands, Israel and The Independent State Of Palestine, loved and respected by all faiths.

Even though we differ, the land unites us because **love bonds us all**. Isn't that what God teaches us? Isn't that what faith and religion teach us? Because without faith, what do we have if not each other?

Biden, I warned you about your recent trip to Israel. I said,

"Please **DO NOT GO**. I foresee what will happen: you will not make it back, and this will destroy your family and create a world catastrophe, which can be completely avoided altogether if you heed my warning."

**You and Benjamin have shown the world on a stage platform just how effective the Iron Dome is and how effective U.S. and Israeli intelligence is.**

Biden, you were there for approximately seven hours, and according to reports, it was as if you could hear a pin drop; it was so quiet. You both went to a beachside hotel to show solidarity for the victims of war, and I'm surprised you didn't whip out the margaritas. Talk about rubbing the salt in the wounded.

Why is it that when other officials visit from other countries like Germany, there bombs flying all over the place? That sounds fishy if you ask me.

https://www.dailymail.co.uk/news/article-12644553/How-Bidens-seven-hour-Israel-trip-fell-apart-began-Hundreds-bodies-Gaza-hospital-embassies-burning-boycott-Middle-East-leaders-overshadowed-presidents-visit-unusually-quiet-Tel-Aviv.html

https://www.dailymail.co.uk/news/article-12643803/Moment-terrified-German-official-lie-face-tarmac-Tel-Aviv-airport-Chancellor-Scholz-rushed-waiting-car-air-raid-warning.html

Biden, you went to a war zone after having **ALL** meetings in the Middle East cancelled except the one with your ego. You also went to a war zone, knowing that the Iran Nuclear deal expired on the day of your trip. How irresponsible!

https://www.dailymail.co.uk/news/article-12640477/Biden-Israel-Iran-missile-embargo.html?ito=email_share_article_top

Hypothetically, if Iran wanted to harm you, they could have, and let's say they did. What do you think would happen to the rest of us? I appreciate you think the U.S. is the best thing since sliced bread, but there are other countries here; thank you very much.

Hilary, no one voted for you because your ethics and warmongering are unfit for office, and Biden, you are just as bad. I love the U.S. very much, and I have many beautiful close friends there that I care deeply for, and they need to know the truth: **Benjamin, Biden/Hilary**, **Boies (Deablous) and Demon.**

Biden and Hilary, your administration is not about peace and looking after your own U.S. citizens who can't even afford or get health care or feed the hungry but to line the pockets of the wealthy, including yourselves. Half of San Francisco is walking around like zombies with their skin hanging off their flesh, for goodness' sake!!

Have you used the textbook method to grow or create a wealthy economy quickly? Create a war—stuff the people who can't afford to heat their homes this winter. Or the mums and Dads who must choose between feeding themselves or their children. Why doesn't the whole world starve if you guys get rich because you love blowing stuff up? Who cares if more children and young women are raped and trafficked or if the Epstein victims have been exploited again, including myself.

You're creating a military machine economy where the consumer market dies, and the people suffer.  Society and democracy are dying, and you don't care because you're the ones killing it!!

I would love to know how much income has been generated by companies like BAA since the start of the war between Ukraine and Russia. No wonder governments are spending like "drunken sailors" on war.

https://www.dailymail.co.uk/news/article-12658529/U-S-sends-additional-air-defense-missiles-Middle-East-Pentagon-orders-troops-prepare-potential-deployment-Israel-pounds-southern-Gaza-ahead-ground-incursion.html

You guys have created this just like you guys have created this ongoing Epstein saga.

So, please, I beg the international community to send immediate aid to the Independent State of Palestine and help defuse the situation.

https://www.theguardian.com/world/live/2023/oct/24/israel-hamas-war-live-news-conflict-biden-netanyahu-aid-gaza-hostages-latest-updates

Please, I also ask for immediate financial restitution for all the Epstein survivors while appropriate investigations are carried out by the international community, which includes Stanley Pottinger and all mentioned.  We are all desperately struggling!!

I would also like to ask if the international community to please, please come up with a reasonable compensation figure to pay for Epstein's crimes and compensate

for the horrick acts and trauma suffered. We're all exhausted from being held captive. Please, I beg, set us free once and for all.

Regards

Sarah Ransome


P.s. I'm rewriting the script of Adam and Eve. High five for Eve because it was more than likely Adam's delinquent behaviour that got them kicked out of paradise. Adam just played the victim as per usual and blamed Eve. Well, not anymore!

https://www.dailymail.co.uk/news/article-12640477/Biden-Israel-Iran-missile-embargo.html?ito=email_share_article-top

Hypothetically, if Iran wanted to harm you, they could have, and let's say they did. What do you think would happen to the rest of us? I appreciate you think the U.S. is the best thing since sliced bread, but there are other countries here; thank you very much.

Hilary, no one voted for you because your ethics and warmongering are unfit for office, and Biden, you are just as bad. I love the U.S. very much, and I have many beautiful close friends there that I care deeply for, and they need to know the truth: **Benjamin, Biden/Hilary**, **Boies (Deablous) and Demon.**

Biden and Hilary, your administration is not about peace and looking after your own U.S. citizens who can't even afford or get health care or feed the hungry but to line the pockets of the wealthy, including yourselves. Half of San Francisco is walking around like zombies with their skin hanging off their flesh, for goodness' sake!!

Have you used the textbook method to grow or create a wealthy economy quickly? Create a war—stuff the people who can't afford to heat their homes this winter. Or the mums and Dads who must choose between feeding themselves or their children. Why doesn't the whole world starve if you guys get rich because you love blowing stuff up? Who cares if more children and young women are raped and trafficked or if the Epstein victims have been exploited again, including myself.

You're creating a military machine economy where the consumer market dies, and the people suffer.  Society and democracy are dying, and you don't care because you're the ones killing it!!

I would love to know how much income has been generated by companies like BAA since the start of the war between Ukraine and Russia. No wonder governments are spending like "drunken sailors" on war.

https://www.dailymail.co.uk/news/article-12658529/U-S-sends-additional-air-defense-missiles-Middle-East-Pentagon-orders-troops-prepare-potential-deployment-Israel-pounds-southern-Gaza-ahead-ground-incursion.html

You guys have created this just like you guys have created this ongoing Epstein saga.

So, please, I beg the international community to send immediate aid to the Independent State of Palestine and help defuse the situation.

https://www.theguardian.com/world/live/2023/oct/24/israel-hamas-war-live-news-conflict-biden-netanyahu-aid-gaza-hostages-latest-updates

**From:** Sarah Ransome

**To:** David Boies; Sigrid McCawley; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Bob Lewis Y. Lewis; Jennifer Freeman; Margaret E. Mabie; Cassandra Sorrentino; coriIacopelli@marsh.law; Lucia Osborne-Crowley; Woodsome, Kate; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Bannerman, Lucy; Catherine Whelan; Florence Nash; gmb@itv.com; simone.k.lelchuk@gmail.com; Josie.ensor@telegraph.co.uk; Bannon, Lisa; david.benoit@wsj.com; khadeeja.safdar@wsj.com; marcelo.prince@wsj.com; Lyall, Erin; @CND - Live News Center; @CND AM Newsdesk; @CND AM Production MGRS; Puskas, Jackie; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; mike.baker@nytimes.com; emily.steel@nytimes.com; Jessica Church; jessica.silvergreenberg@gmail.com; foreigndesk@telegraph.co.uk

**Subject:** Pandora"s Box

**Date:** Tuesday, October 24, 2023 10:52:08 AM

**Attachments:** Joe and Hunter Biden Picture.JPG
Sarah Ransome 18082022 - Details of complaint against David Boies and Co .pdf
Hunter Biden Picture 2.png
Hunter Biden Picture 1 .png
Independent State Of Palastine - Map 2.PNG
Independent State Of Palastine - Map 1 .PNG

---

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

**Dear:**

**Your Majesty King Salman bin Abdulaziz Al Saud,**
**Your Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud,**
**Your Majesty King Abdullah II ibn Al Hussein,**
**Your Majesty's King Charles and Queen Camilla,**
**Your Majesty's King Willem-Alexander and Queen Maxima,**
**Prime Minister Mark Rutte,**
**President Cyril Ramaphosa,**
**Prime Minister Rishi Sunak,**
**Prime Minister Mohammad Shtayyeh,**
**His Excellency Abdel Fattah El-Sisi,**
**His Excellency Recep Tayyip Erdogan,**
**Prime Minister Najib Mikati and**
**President Recap Tayyip Erdogan.**

I bow before you today as a mere, humble servant of truth, compassion, humility, and love. I have no alternative other than sharing my story and **MY** truth. I sincerely apologise if any of what I write below offends; it is not my intention for whom I have addressed above but to reveal the serpent what lies beneath, the best way I know how, by being me.

I beg you, please protect my big brother James and keep him safe on his travels. He genuinely has no idea what his little sister is up to, and when he finds out I'm already going to get the tongue-lashing from hell, I can assure you. So please, I beg keep him safe.

I'm not proud of some of my decisions; however, I've channelled and embraced my inner Mary Magdalene and made peace with her. My bad choices have made me who I am today. I'm not ashamed of who I am, and I hold my head high. If anyone went into Amsterdam to see those beautiful women with the perception that they deserve to be raped and have no right to consent over their body, they would rip your head off clean; let me tell you—one shot and girls like us don't miss.

My bad choices because life dealt me a rather rough hand doesn't change the fact that I was raped repeatedly and trafficked by Epstein, no matter how hard the U.S. and Israeli Administration deflect that they indeed have broken the **Geneva Convention** and have been committing **war crimes** globally for decades.

Why has no one done anything to stop the Epstein victim's continuous exploitation, nor has anyone stopped the sex trafficking ring where thousands of children and young women are being sold to be sex slaves in real-time?

We all know that the material Epstein filmed for both governments has been used to broker deals in their favour for years.

I was raped, tortured, and trafficked by Epstein regardless of my "chequered" past. Period. So were all Epstein victims because we all have them, which made us all vulnerable to Epstein's military-trained grooming. We were ALL ripe and ready for the picking because of our brokenness.

As you are all fathers and mothers who love your children unconditionally even though they make mistakes sometimes, what would you do if your child was raped?

Would you fight to the death to get justice for your child? We all know the answer to that.

So please, I request that you assist in this time of darkness and sorrow.

Please help.

Yours Sincerely

Sarah Ransome


**To: Benjamin, Biden/Hilary, Boies (Deablous) and Demon**

I accuse you of breaching the **Geneva Convention**, specifically **Article 3**, which applies not only to all the innocent's held hostage, which yesterday's reporting shows figures according to The Guardian at **222** but also to the murder of approximately **1300** innocent Israelis from **7 October** and the current death toll of **5,791** innocent Palestinian (**2,360** being children) civilians killed by your **military administration**, including **IDF** in the **Independent State Of Palestine.**

Both administrations knew about the **Hamas Terrorist attack** days prior, which your intelligence has confirmed, Benjamin. I hope you can explain to the released hostages why you knew and didn't press the green button that day. You stood by and did nothing, and now you're using a terrorist attack you knew about and propaganda as an excuse to commit complete genocide while the world watches and does nothing.

https://www.politico.com/news/2023/10/21/idf-prepares-for-ground-invasion-00122881

As you know, I'm hopeless at Math, but I think the figures speak for themselves. I grew up in

South Africa and am among the last generation to experience the cruelty and brutality of **Apartheid**, which means **segregation** or **discrimination** based on **race** in Afrikaans. Bill should know this, Hilary.

**Apartheid** has still today left our land in tatters, with anger festering like an unhealed septic wound about to burst at any time. I pray that the **South African community** can **unite**, especially at these dangerous times and assist where necessary because there is no doubt that what is happening today in Israel and Palestine, I mean "Gaza", is indeed Apartheid.

In return, South Africa can resow the seeds of hope and peace by finally taking the lead and building that **"Rainbow Nation"** by sharing and learning from our many mistakes. That's proper up your **Clinton Foundation's** street, Hilary, and we all know your husband Bill likes South Africa; ask ████. I highly recommend you don't go there on holiday again.

[https://apnews.com/article/israel-apartheid-palestinians-occupation-c8137c9e7f33c2cba7b0b5ac7fa8d115](https://apnews.com/article/israel-apartheid-palestinians-occupation-c8137c9e7f33c2cba7b0b5ac7fa8d115)

Benjamin, it's time to cut the head off the Epstein snake. Can you reveal your involvement with Epstein and your relationship with Boies and Demon to everyone? I would like it to be known to the Israeli and International communities, who have a right to know. Why should you hide the truth?

[https://www.thedailybeast.com/jeffrey-epstein-epstein-hooked-up-jpmorgan-exec-jes-staley-with-benjamin-netanyahu-prince-andrew-emails-show](https://www.thedailybeast.com/jeffrey-epstein-epstein-hooked-up-jpmorgan-exec-jes-staley-with-benjamin-netanyahu-prince-andrew-emails-show)

[https://www.reuters.com/world/middle-east/netanyahus-likud-party-plummets-local-news-poll-2023-04-10/](https://www.reuters.com/world/middle-east/netanyahus-likud-party-plummets-local-news-poll-2023-04-10/)

[https://edition.cnn.com/2019/07/11/middleeast/jeffrey-epstein-barak-netanyahu-israel-elections-intl/index.html](https://edition.cnn.com/2019/07/11/middleeast/jeffrey-epstein-barak-netanyahu-israel-elections-intl/index.html)

**I'm very aware that in Israel, municipality, local councils, and regional council elections were scheduled for the end of this month, 31st October. Conveniently, they have now been delayed until 30 January 2024.**

**Benjamin, you know that if the elections went ahead at the end of the month, you would lose by a large margin because you're NOT popular AND NOT FIT FOR OFFICE BECAUSE OF YOUR CORRUPTION LIKE YOU, BIDEN!!**

Municipal elections are set to be held in Israel on 30 January 2024.[1] In accordance with changes made in 2018, election day will be a paid day off work.[2] As will their leaders, all municipalities, local councils and regional councils will be up for election. Top-two runoffs will be held on 14 November in all localities where no leadership candidate won 40% or more of the vote in the first round.[*citation needed*]

[https://www.theguardian.com/world/2023/oct/22/netanyahu-told-to-quit-now-as-ex-leaders-pin-blame-on-dysfunctional-government](https://www.theguardian.com/world/2023/oct/22/netanyahu-told-to-quit-now-as-ex-leaders-pin-blame-on-dysfunctional-government)

[https://www.theguardian.com/world/2023/oct/22/peacekeepers-fatah-or-anarchy-what-would-follow-an-israeli-victory-in-gaza](https://www.theguardian.com/world/2023/oct/22/peacekeepers-fatah-or-anarchy-what-would-follow-an-israeli-victory-in-gaza)

**Hamas has already been declared terrorists** and has been **terrorists** for many years, which will be dealt with swiftly by the **international community when we rebuild The Independent State Of Palestine, which you've just blown up**, I pray, especially in the **Middle East,** after **ALL,** hostages are released. Still, I now, along with, I'm sure, much of the rest of the world, declare both your administrations as a **terrorist organisation**, including **IDF** and both administrations a **dictatorship**.

https://www.theguardian.com/world/commentisfree/2023/oct/21/toxic-netanyahu-could-drag-biden-down-in-his-fight-for-political-survival

https://www.theguardian.com/world/2023/oct/22/an-atmosphere-of-fear-free-speech-under-threat-in-israel-activists-say

https://www.theguardian.com/world/2023/oct/03/video-of-ultra-orthodox-jews-spitting-by-christians-in-jerusalem-sparks-outrage

Yes, and both your administrations are responsible for democracy dying a slow death in the darkness, and **Friday, 20 October**, is when that final flame went out!

I find it extraordinary when only approximately three publications wrote about the judge's ruling regarding the Deutsche Bank settlement for the Epstein Survivors. Has anyone notified the Epstein survivors yet, or is it a big secret suddenly?

**Benjamin, Biden/Hilary, Boies (Deablous) and Demon,** after Friday's court ruling, I, a survivor of Epstein, also accuse you of violating **international laws** by **aiding and abetting** one of the most prolific **sex trafficking** organisations in history, which again breaches the **Geneva Convention**. The war crimes you have committed include the following:

- Atrocities or offences against persons or property constituting violations of the laws or customs of war
- Murder, ill-treatment or deportation to slave labour or for any other purpose of the civilian population in occupied territory
- Murder or ill-treatment of prisoners of war
- Killing of hostages
- Torture or inhumane treatment, including biological experiments
- Deception by perfidy
- Plunder of public property (all our Epstein evidence)
- Devastation not justified by military necessity

I accuse you of **genocide** under **international law** for committing the following acts:

- Killing members of the group
- Causing serious bodily and mental harm to the group
- Deliberating inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part

- Forcibly transferring children and young women of the group to another group.

I also accuse you of the following crimes against humanity: **mass systematic rape and sexual enslavement, imprisonment, murder and the prosecuting on political, racial and religious grounds.**

You have also tried to infiltrate the **British Monarchy** and must be tried for **Treason**. Biden, I hope King Charles and Prince Andrew kick your arse down the stage stairs next time they see you.

You have also violated the **U.S. First Amendment,** the **MANN ACT** and the **START ACT (Survivors of Trafficking Attaining Relief Together Act)** - which, after ██████ ██████'s super big recent win in the Supreme USA High Court, I now know **I am protected** under.

https://www.newsweek.com/prince-andrew-████████-major-win-jeffrey-epstein-1835363

Ghislaine Maxwell, under no circumstances, must be released from prison using the STRAT Act as a legal loophole. As it is, that Act conveniently protects the main Epstein accomplices, and we already had that juror fiasco as if that wasn't deliberate.

For these reasons, I am asking that the **international community** place **IMMEDIATE sanctions** on both your **Israeli** and **U.S. governments** until they acknowledge **Palestine as an Independent State,** which is simply looking at a map which I have attached, recognise the **Epstein Survivors** and take responsibility for the crimes you have committed, and international arrest warrants issued for all Epstein enablers for the protection of the Epstein survivors including myself.

After last Friday's ruling once again, you've left me no alternative but to fight even harder for justice, truth, and freedom for all. Perhaps you knew Friday's outrageous ruling would only torment me, the survivors, and the world watching the Epstein saga further. One wonders what provoked the terrorist organisation Hamas out of the blue because I know that Friday's ruling was made deliberately to rile. So, who is to blame here for what happens next?

Indeed, it has badgered me to some degree. However, I'm exceptionally grateful, too, for the judge's ruling on Friday, just like I sang from the heavens when you disobeyed God's word and went to Israel on Wednesday, 18 October Biden.

Boies, don't all the Epstein survivors have a right to know about Friday's ruling? Or is it just your and Edward's clients that are important and get notified?

This is a massive concern, especially after Boies, you and Edwards publicly advertised in **Poland**, **Ukraine** and **Russia** for more Epstein victims to come forward. What about all the U.S. and other international victims? Do we deserve to be notified?

https://www.bloomberg.com/news/articles/2023-06-01/epstein-victim-lawyers-fees-in-deutsche-bank-case-questioned?leadSource=uverify%20wall

David, as we all know, Poland plays a significant geopolitical role as a NATO base, with

around 10,000 U.S. troops stationed there. After all these years, why have you only chosen to advertise for specifically those nationalities of Epstein victims to come forward? **Ukraine**, **Russia** and **Poland**. This Epstein malarkey has been going on for almost 20 years, so why now, David?

David, please share your specific involvement in **Poland** and, even more specifically, what happened with the Polish victims you and your attorneys acquired.

https://www.cnbc.com/2023/10/20/ukraine-ally-poland-is-moving-to-the-political-center-bad-news-for-russias-putin.html

Did any victims receive the £75 000 cash incentive promised if they came forward? As there is a war between **Ukraine** and **Russia**, you must answer these questions, especially as **Poland** is essential for **Ukraine's** grain distribution, the Polish farmers are struggling, and people are starving.

Biden, since you have come into administration, the following has happened:

Troops were removed from Afghanistan, which caused mass murder and women having every human right stolen right from under their noses. A war between Ukraine and Russia, and now a global war in our most precious Holy Lands, Israel and The Independent State Of Palestine, loved and respected by all faiths.

Even though we differ, the land unites us because **love bonds us all**. Isn't that what God teaches us? Isn't that what faith and religion teach us? Because without faith, what do we have if not each other?

Biden, I warned you about your recent trip to Israel. I said,

"Please **DO NOT GO**. I foresee what will happen: you will not make it back, and this will destroy your family and create a world catastrophe, which can be completely avoided altogether if you heed my warning."

**You and Benjamin have shown the world on a stage platform just how effective the Iron Dome is and how effective U.S. and Israeli intelligence is.**

Biden, you were there for approximately seven hours, and according to reports, it was as if you could hear a pin drop; it was so quiet. You both went to a beachside hotel to show solidarity for the victims of war, and I'm surprised you didn't whip out the margaritas. Talk about rubbing the salt in the wounded.

Why is it that when other officials visit from other countries like Germany, there bombs flying all over the place? That sounds fishy if you ask me.

https://www.dailymail.co.uk/news/article-12644553/How-Bidens-seven-hour-Israel-trip-fell-apart-began-Hundreds-bodies-Gaza-hospital-embassies-burning-boycott-Middle-East-leaders-overshadowed-presidents-visit-unusually-quiet-Tel-Aviv.html

https://www.dailymail.co.uk/news/article-12643803/Moment-terrified-German-official-lie-face-tarmac-Tel-Aviv-airport-Chancellor-Scholz-rushed-waiting-car-air-raid-warning.html

Biden, you went to a war zone after having **ALL** meetings in the Middle East cancelled except the one with your ego. You also went to a war zone, knowing that the Iran Nuclear deal expired on the day of your trip. How irresponsible!

https://www.dailymail.co.uk/news/article-12640477/Biden-Israel-Iran-missile-embargo.html?ito=email_share_article-top

Hypothetically, if Iran wanted to harm you, they could have, and let's say they did. What do you think would happen to the rest of us? I appreciate you think the U.S. is the best thing since sliced bread, but there are other countries here; thank you very much.

Hilary, no one voted for you because your ethics and warmongering are unfit for office, and Biden, you are just as bad. I love the U.S. very much, and I have many beautiful close friends there that I care deeply for, and they need to know the truth: **Benjamin, Biden/Hilary**, **Boies (Deablous) and Demon.**

Biden and Hilary, your administration is not about peace and looking after your own U.S. citizens who can't even afford or get health care or feed the hungry but to line the pockets of the wealthy, including yourselves. Half of San Francisco is walking around like zombies with their skin hanging off their flesh, for goodness' sake!!

Have you used the textbook method to grow or create a wealthy economy quickly? Create a war—stuff the people who can't afford to heat their homes this winter. Or the mums and Dads who must choose between feeding themselves or their children. Why doesn't the whole world starve if you guys get rich because you love blowing stuff up? Who cares if more children and young women are raped and trafficked or if the Epstein victims have been exploited again, including myself.

You're creating a military machine economy where the consumer market dies, and the people suffer.  Society and democracy are dying, and you don't care because you're the ones killing it!!

I would love to know how much income has been generated by companies like BAA since the start of the war between Ukraine and Russia. No wonder governments are spending like "drunken sailors" on war.

https://www.dailymail.co.uk/news/article-12658529/U-S-sends-additional-air-defense-missiles-Middle-East-Pentagon-orders-troops-prepare-potential-deployment-Israel-pounds-southern-Gaza-ahead-ground-incursion.html

You guys have created this just like you guys have created this ongoing Epstein saga.

So, please, I beg the international community to send immediate aid to the Independent State of Palestine and help defuse the situation.

https://www.theguardian.com/world/live/2023/oct/24/israel-hamas-war-live-news-conflict-biden-netanyahu-aid-gaza-hostages-latest-updates

Please, I also ask for immediate financial restitution for all the Epstein survivors while

appropriate investigations are carried out by the international community, which includes
Stanley Pottinger and all mentioned.  We are all desperately struggling!!

I would also like to ask if the international community to please, please come up with a
reasonable compensation figure to pay for Epstein's crimes and compensate for the horrick
acts and trauma suffered. We're all exhausted from being held captive. Please, I beg, set us
free once and for all.

Regards

Sarah Ransome


P.s. I'm rewriting the script of Adam and Eve. High five for Eve because it was more than
likely Adam's delinquent behaviour that got them kicked out of paradise. Adam just played
the victim as per usual and blamed Eve. Well, not anymore!

| | |
|---|---|
| **From:** | Sarah Ransome |
| **To:** | Sigrid McCawley; Linda; Gayle; Karrah; Michael; Whitney; Kate; Lisa; Erin; Jen |
| **Subject:** | Fw: Biden - US Election Interferance |
| **Date:** | Tuesday, October 17, 2023 4:31:30 AM |
| **Attachments:** | Lesley Groff - Email 7 - 12 & 13_02_2007.png |
| | Lesley Groff - Email 4 - 09_02_2007.png |
| | Lesley Groff - Email 10 - 16_02_2007.png |
| | Lesley Groff - Email 8 - 12&15_02_2007.png |
| | Lesley Groff - Email 11 - 21_02_2007.png |
| | ██████ - Email 3 - 15_02_2007.png |
| | ██████ - Email 3 - 15_02_2007.png |
| | ██████ & Sarah Ransome - Photo 1 - 02_01_2007.JPG |
| | ██████ & Cathy Alexander - 01_01_2007.JPG |
| | ██████ - Photo 3 - 02_01_2007.JPG |
| | ██████ Sarah Ransome ██████ - 02_01_2007.JPG |
| | Adam Castellani - Email 2- 26_01_2007.png |
| | Adam Castellani - Email 8- 22_03_2007.png |
| | Adam Castellani - Email 16 - 30_06_2008.png |
| | Ghislaine Maxwell-& Jean-Luc Brunel Photo 8- 2_01_2007.JPG |

---

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Biden,

Will you let me die on Thursday because of your pride? I'm not afraid of death, I've been there before, are you? I was damn serious about what I said, and you need to know that.

I'm not like you, I would never see you come to any harm, which is why I need to warn you **NOT** to go to Israel tomorrow. Please **DO NOT GO**. I foresee what will happen: you will not make it back, and this will destroy your family and create a world catastrophe, which can be completely avoided altogether if you heed my warning.

It is your 1000th day in office today, and you have only done 13 solo press conferences so far. Today will be number 14.

Will you address me, the Epstein survivors and explain why you tried to silence me? Can you also address ██████████'s family and give her the obituary
she deserves for her beautiful, brave soul that gave us all hope and courage when we felt helpless? She should be remembered for the hero she is.

Regards

Sarah Ransome

------- Forwarded Message -------
From: Sarah Ransome <sarahransome@protonmail.com>
Date: On Monday, October 16th, 2023 at 18:38
Subject: Biden - US Election Interference
To: Sigrid M <smccawley@bsfllp.com>, dboies@bsfllp.com <dboies@bsfllp.com>,

Brad@cvlf.com <Brad@cvlf.com>, felicia.ellsworth@wilmerhale.com
<felicia.ellsworth@wilmerhale.com>, Singer, Linda <lsinger@motleyrice.com>, James R.
Marsh <jamesmarsh@marsh.law>, Jennifer Freeman <jenniferfreeman@marsh.law>, Bob
Lewis Y. Lewis <robertlewis@marsh.law>, Lucia Osborne-Crowley
<luciaosbornecrowley@gmail.com>, Kate Briquelet <kate.briquelet@thedailybeast.com>,
King, Gayle <Gayle@cbsnews.com>, Mario.Ledwith@thetimes.co.uk
<Mario.Ledwith@thetimes.co.uk>, Florence Nash <Florence.Nash@peoplemag.com>,
gmb@itv.com <gmb@itv.com>, foreigndesk@telegraph.co.uk
<foreigndesk@telegraph.co.uk>, Kaplan, Karrah <Karrah.kaplan@FOX.COM>, LaMarca,
Michael <michael.lamarca@FOX.COM>, Petralia, Whitney
<Whitney.Petralia@FOX.COM>, simone.k.lelchuk@gmail.com
<simone.k.lelchuk@gmail.com>, Woodsome, Kate <Kate.Woodsome@washpost.com>,
Josie.ensor@telegraph.co.uk <Josie.ensor@telegraph.co.uk>, Bannon, Lisa
<lisa.bannon@wsj.com>, marcelo.prince@wsj.com <marcelo.prince@wsj.com>,
david.benoit@wsj.com <david.benoit@wsj.com>, khadeeja.safdar@wsj.com
<khadeeja.safdar@wsj.com>, @CND AM Senior Staff <CNDAMSeniorStaff@cbs.com>,
@CND AM Newsdesk <CNDAMNewsdesk@cbs.com>, Lyall, Erin
<LyallE@cbsnews.com>, @CND - Live News Center <CND-LiveNewsCenter@CBS.com>,
@CND AM Production MGRS <CNDAMProductionMGRS@cbs.com>, @CND National
Desk Staff <CNDNationalStaff@cbs.com>, american@telegraph.co.uk
<american@telegraph.co.uk>, Balderama, Jen <Jen.Balderama@washpost.com>


Dear Biden,

As the US is a democratic state, as are all countries in the West, I thought I would
write to remind you what is the freedom of democracy and to ask why you
personally tried to silence me.

***Every person has the right and freedom of thought, belief, political opinion,
and the choice to fulfil or not to fulfil the requirements of his/her chosen
religion.

**Nobody can dominate other opinions and consciences. This is why we have
democracy, a core value of the United Nations that supports democracy by
promoting human rights, development, and peace and security.**

I want to call you and your administration out for **personally** trying to silence and
discredit and stop me from coming forward about **JP Morgan** and **Adam
Castellani** (you interfered in the last election with the FBI, concealing what was
on your son's filthy laptop), spreading lies and disinformation to the media and
world.

Please can you explain to me and the media why you deliberately tried to silence
me when coming forward with direct evidence implicating JP Morgan's role in
knowingly facilitating a trafficking ring that saw 1000's children and young
women sold, raped, tortured, and trafficked, including me, which still as I have
shown continues today?

As you know, I wanted to testify in the **USVI** and **JP Morgan civil suit** to understand why Adam enabled my trafficking with Epstein. Let me clarify: Adam deliberately integrated himself into my life, **not** vice versa. He enabled my trafficking. I did not traffic Adam. I **didn't** file any claim against the banks but the greedy lawyers, so you can thank them for this, too.

Adam **followed me** into my own **"safe"** home country and not only sexually violated my rights to consent by not concealing his true identity and coercing me into a false relationship but also slept in my bed every night, ate my food, and was around my mom when I was trying to care for her, all the while working for Epstein. And the guy almost killed me. He did, but I just came alive again a few times. I bet you he's now kicking himself for not finishing the job.

When I approached Linda, the attorney who worked closely with the other Epstein accomplices, I mean class action attorneys, to do a press release, I was given the details of your ex-press secretary, **Kendra Barkoff**. So, you knew I wanted to do a press release before any of this started, and I was strongly recommended to do any media through her.

I have attached all email correspondence with Linda on 20th September regarding a press release confirming this.

As I don't like you either, I didn't want to place my trust about my rape into someone even remotely connected to you, your party, the paedophile Clintons, or Diabolus Boies because most, let's be honest about it, are high-powered Democrats who seem to be involved with Epstein's trafficking and can't keep their penises in their pants. Fact.

Also, please disclose your son's role in Diabolus Boies' law firm. He didn't do anything, so why was he getting paid, and for what from Boies Shiller?

Thank goodness I acted on my intuition because, on the 24th of September, Hilary Clinton was sitting and interviewing with your current press secretary, Jen Psaki.

https://www.dailymail.co.uk/news/article-12554953/Hillary-Clinton-says-doesnt-believe-Trump-saying-likely-wont-pardon-sit-Bidens-ex-Press-Secretary-Jen-Psaki.html?ito=email_share_article-top

Then, to make matters worse, you had a secret meeting with bloody Hilary on the 25th of September.

https://www.dailymail.co.uk/news/article-12558453/Hillary-Clinton-warns-Joe-Biden-private-meeting-party-candidates-prove-disastrous-White-House-official-calls-situation-pretty-f-ing-concerning.html?ito=email_share_article-top

There seems to be a recurring theme here, and it's not me!!

The media outlet I felt most comfortable with, which I made clear to Linda, was the Daily Beast, one of the few unbiased, uncorrupt media publications that value justice over money and aren't afraid to seek the truth, which is why I trusted Kate. I truly hope the rest of the media can follow Kate's footsteps of what it means to be a journalist in a democratic society and fight for freedom and liberty.

I didn't want to get justice for politically motivated reasons like ███████████ and Diabolus Bois; however, **you** and **your** administration recently have turned my coming forward to bring justice and closure into a political mess. You are responsible for this, and you alone!

I guess it always has been a political mess when **only** the **United Kingdom**, **British Monarchy**, and **Prince Andrew** were hammered solely for a **US Sex trafficking** ring that's still selling children to be raped, **funded by the US**. Why can I smell **Tony Blair's**, **Alister Darling** and **Peter Mandelson's** rotting stench? They must have been frothing at the mouth like rabid dogs on ecstasy. God help the United Kingdom if Labour gets in; the **UK will be finished**, and **definitely the Royal Family!!!!!!!!!!!!!!!!!!!! Do you people want me to do Pictionary diagrams of what is going on!!**

We had buses around Buckingham Palace, billboards nationwide, even in yours mocking Prince Andrew, which incidentally has never been proven. What about all the paedophiles still walking the streets in the US and worldwide? Don't you have a responsibility to them too?

So seriously, I don't know why everyone has their feathers in fluff. It was okay when it was Prince Andrew and the Monarchy; double standards, or is this just the ███████████ show that all the 1000's other survivors didn't know we were staring in? Are you going to hold any US citizens accountable for rape and trafficking of children and young woman?

It's also interesting that Hilary Clinton keeps bleating in your ear. What is she saying precisely because she isn't president and should be nowhere near the US President? No one wanted her in politics because no one likes her, and her husband enabled sex trafficking and paedophilia. So, who is running the show because you can't even find your way off a stage or on without walking into a flagpole?

So please, can you explain why you tried to silence me for coming forward with viable evidence about a current sex trafficking ring that's been running for decades? And don't say you care about women or children because you can't even recognise your own flesh and blood, your grandchild. So please don't preach about morals and standards because you have none.

**When will you treat me and the Epstein survivors with dignity and respect**

**because the US government can't seem to hold their hands up and take accountability for the crimes that they have committed?**

Also, are you going to investigate ██████████**'s murder** fully I also have correspondence from someone close to ██████ very clearly stating that her husband and his sister did think it was murder and were trying to get answers for her death. Maybe you can help them along and give some answers to her grieving Mom, brother and children.

Also, why is Jean Luc Brunel in the Middle East in the attached pictures? What was he doing there?

So, as we say in Holland:

**Make Falafel**, NOT war
**Love Hummus**, NOT Hammas
**SHALOM-SALAAM**


Sarah Ransome

------- Original Message -------

On Friday, October 13th, 2023 at 20:19, Sarah Ransome
<sarahransome@protonmail.com> wrote:

> **Dear Pope Francis, Benjamin, Biden, Demon, David Boies (Diabolus), The Epstein Enablers, Khaled Meshaal, Mohammed Deif, Marwan Issa, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan.**
>
> I come to you all today as a mere humble servant, and I beg you to please spare me a few minutes of your time to listen to what I have to say.
>
> "There is no greater agony than bearing an untold story inside you," and anyone with the wisdom of war knows that there are always two sides to every fight, even though one or both might be wrong.
>
> Vladimir, when the war started between your country and Ukraine, as you well know, I tried everything in my power to intervene and to stop both Ukrainian and Russian innocents from being raped, tortured, slaughtered, and displaced from their homes, irrespective of who started what fight and when because maybe your both to blame? Vladimir, only you can look inside yourself and answer that question. No one can hide from God on Judgement Day.
>
> My attempts were futile, and I am still exiled from society for defending justice and humanity.
>
> I failed significantly; however, I will not fail this time.
>
> Vladimir, you said respectfully three days ago, "Let men fight each other and leave kids and women alone." May I ask that you keep to your word and let all the elderly, women, children, and innocent prisoners of war go?
>
> Your and Ukraine's fight is not ours; we have all paid a heavy price. Your recent powerful words and humility have profoundly impacted me, and I trust that during this dark time of war, you can lead others by example and show them how it's done. Please, in God's name, restore peace.
>
> Zelenskyy, I don't like you, and I see you for what you are, and that's a war-mongering crook.
>
> On 20 September, your wife received the Clinton Global Citizen Award, which is presented for **civil leadership**.

https://odessa-journal.com/the-first-lady-received-the-clinton-global-citizen-award-which-is-presented-for-civil-leadership

That's odd because the Clintons aided one of the most prolific sex trafficking rings in history. It's still going on, as you know because one of the trafficking agencies is in your country. It's called 1Mother Agency, but you already know that.

http://www.1motheragency.com/models/

Why is your wife accepting awards from paedophiles and rape enablers? It's not setting a good example to the rest of the world, pumping you billions that have never been accounted for.

I'm also intrigued as to why you met even more of Epstein's enablers on 21 September.

https://www.dailymail.co.uk/news/article-12542905/amp/Volodymyr-Zelenskyy-secret-NYC-meeting-JPMorgan-Google-Blackstone.html

You met with JP Morgan (Epstein's financial arm), Google – Eric Schmidt, Mike Bloomberg, Robert Kraft, Bill Ackman, and Henry Kissinger. Hours earlier, you met with Larry Fink. I'm surprised David Boies, Demon, Bill Clinton, the Weinstein brothers, Ghislaine, and a few kids weren't there, too.

We all know that JP Morgan knowingly financed Epstein's trafficking, and Adam enabled my rape and almost killed me. Isn't that right, Adam? We all know that Sergey Brin and Larry Page are traffickers. I met Sergey Brin on Jefferies Island, and they were both subpoenaed in recent litigation.

Epstein was even Sergey's financial adviser and JP Morgan's biggest revenue earner, so if Sergey doesn't have anything to hide, like raping children, why can't he just be transparent like all the Epstein survivors have had to be. Why can't everyone at that meeting be truthful about their involvement with Epstein?

So please, can you explain to all the other survivors of Epstein and me what you and your wife are doing associating with the rapists, paedophiles, and enablers that saw thousands of children and women raped.

The tragedy between Palestine and Israel on 7 October 2023 was the last straw that broke the camel's back. The camel is now dead, and there is no straw left. We all made sure of that, but the reality is that we all knew this was going to happen. Just like Rep Michael McCaul

confirmed, Egyptian Intelligence told Israeli Intelligence three days before the Hamas attack on Saturday that they would slaughter innocent Israelis.

It is also reported that three days before the attack, the US government organised the Wireless Emergency Alerts (WEA) system for phones being tested at the same time as Emergency Alert Systems, our EAS, for TVs and radios.

What a coincidence that both events happened on the same day, three days before the tragic massacre. Benjamin Netanyahu, you knew this would happen, and you did nothing.

I'm sorry. **You do** share responsibility for slaughtering your people because that **Peace** festival could have been cancelled and innocents moved out, but you did nothing with the intel given. Why?

Is it because you are trying to defy ancient scripture about what's to come? Man is not God; you can't disregard the Almighty's word regardless of what religion one follows. Every faith's universal message is one of love. Not hatred. The Vicar of Christ walks among us, and you know that, we all know that. There is no need to be afraid, for only profound love exists in his heart.

Benjamin, I understand you are angry and hurting. I'm angry and hurting, too, for the inferno Epstein and others threw me and other innocents into the day we were all enslaved for Epstein.

The unimaginable suffering your government and the US government have caused me, my family, and my loved ones since 2006, never mind all the other rape victims and their families affected, is irreparable.

What is currently happening regarding JP Morgan (**$290 million**) and Deutsche Bank (**($75 million**) settlements is another example of your and the US government's deceitful and evil ways. This time it's not physical rape but financial for both US survivors and international survivors.  So, this has nothing to do with antisemitism, extremism, or being a made-up spy, and I won't tolerate that being used as a scapegoat for you to continue raping children and young women.
 You are a bunch of bullies, and bullies don't scare me. Shame on you!

Both governments could have treated the Epstein rape survivors with dignity, humility, and respect. Yet, you openly mocked our bravery and courage to hold those accountable for the devastating impact our rape and trafficking had on us.

What's worse is that it's continuing, and no one is doing anything about it. So please, can we all be very clear that when Merrick Garland says, "No one is above the law," that's a brazen lie!

You have openly proved that your brutality knows no bounds towards women and children, so genocide against Palestine is complete hypocrisy and politically motivated. Genocide is not the answer, and you should know better.

When I was at school, I learned about the atrocities that occurred in World War 2. Many innocent lives were lost, and the cruelty shown to the Jewish community was the work of the devil himself.

Every year, the world stands united together to mourn all the innocent lives lost and vow that it shall never happen again. But nothing has changed except for time. I beg you to please reconsider your decision to bomb Gaza tomorrow, which will massacre millions of innocents. There and innocent Israli's blood will be on your hands. and only yours.

Let me ask you this: if you bomb Gaza tomorrow, have you considered the consequences for innocent Israelis and the rest of the world? No one has the right to play God and decide who lives and dies. Have we, not all, learned God's teachings yet after all this time?

Benjamin, I'm here to tell you that that is not the Almighty's plan for Palestine, nor is it in God's plan to see Israel suffer. God's house in Jerusalem was supposed to be a 'place of prayer for all the nations. 'You can't rewrite history and what has been prophesied since the beginning of time, which is peace for all in our final cycle stage.

Benjamin, you say Israel has a right to defend itself. Let me be very clear the Epstein rape and trafficking survivors, and I **also** have the right to defend ourselves, fight for justice, fight for our homes and futures, and live in peace which you and the US continue to deny us.

Why won't you free us all and let us live in peace? Yoav Gallant, you said, "We are fighting human animals." Oh no, Yoav, you have got it wrong! We are not fighting human animals, but the very Anti-Christ himself, and I know he doesn't lurk in the shadows of Palestine but has been right before our very eyes.

Benjamin and Biden, rape is rape, murder is murder, torcher is torcher regardless of nationality, class, and gender, and the truth is for every man, woman, and child murdered and raped, you could have prevented it just like you're and the US government could have prevented ours.

Pope Francis, I humbly ask for your prayers for courage and love in the name of St Peter and Jesus Christ, Our Saviour.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I condemn the three of you, and you will meet your maker soon and have your judgment day.

You **are** terrorists and **not** representatives of the Palestinian community or Islam. What did you think was going to happen? You have killed and brought war on your people, so you must be prosecuted. Set Palestine free of your evil ways and leave. There will never be no peace in Palestine with your presence there.

Before you do, I offer this to reveal who I truly am. I sacrifice my body and my life in return for the innocents you have captured in the name of "peace" and "Islam." You paraded a beautiful angel soul, Shani's naked, beaten body, around for the world to see how "tough" you are. Let's see how "tough" you are now.

Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi, and His Excellency Recep Tayyip Erdogan, I humbly ask you for your help.

In **seven days**, please arrange transportation for me from the Netherlands to be delivered directly to Khaled Meshaal, Mohammed Deif, and Marwan Issa in exchange for Shani and innocent lives.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I have tried to live with piety, love, and faith all my life. Although I am a woman of faith, I am unclean and a sinner.

I sold my body to feed myself and to provide shelter. My body was my only currency for survival. I'm unwed and live in shame because I live with a man I have devoted my heart and love to, who is not Catholic but Protestant.

I'm also infertile and have no children, so there is no use for me. I'm damaged and broken because I was raped hundreds of times by Epstein while his enablers stood by and watched.

So please, in the name of "peace," I want you to rape me, beat me, break my body, and stone me for the world to see. I am the unclean woman and deserve your punishment.

I sacrifice my body to show you your cause is **wrong**, but know this: you will never have my soul, my heart, or the spirit that lives on

within me. I am not afraid of death. I died on the grave that night, 16 August 2008.

My mother witnessed me die **three times**. I know what awaits me in the afterlife. Death is not the end of life but part of it, and in my final words, I will forgive you.

To the Israeli government, the US government, David Boies (Diabolus), Demon, Adam, and all those who enabled and are enabling the trafficking of women and children, including you, Simone, God sees you. It is time to reveal what's truly underneath your **Dante's Mask**.

It is now **7 Days** until the **19 October** deadline for all victims to be denied their fundamental civil and international rights, and you've broken every possible foreign policy law repeatedly. You must tell the media and world your intentions to steal all settlement funds falsely "pledged" to all the Epstein survivors. Hopefully, the actual US survivors will get a few scraps, and we all know that no funds or little will be distributed to the international survivors.

Why is it to date that there has only been one successful conviction (a woman and British and French Citizen) and the only other man a British Royal? It seems odd, considering the scale of the operation and the time scale.

Indeed, Diabolus, considering your firm and Brads represent most survivors who supply you with evidence, more people would have been held accountable. Diabolus, aren't you supposed to be one of the best lawyers in the world? I think your clients should reconsider judging by your poor performance.

Why did you make a big thing about wanting to advertise in countries like Russia and Ukraine for more survivors to come forward when there was never any intention of any international victims being compensated or receiving justice? Don't you think it's time you answer questions everyone has been too afraid to ask or have you silenced the media? Let me remind you.

https://www.nytimes.com/2019/11/30/business/david-boies-pottinger-jeffrey-epstein-videos.html

I want to state that you **all** have **violated US and international law** and have done so multiple times. You've also broken the **First Amendment,** the backbone of US democracy**.**

Let me remind you:

**The First Amendment:**

The First Amendment to the United States Constitution **prevents** the government from making laws that regulate an establishment of religion, prohibit the free exercise of religion, abridge the freedom of speech, and the freedom of the press, so **Karine Jean-Pierre**, that means answering uncomfortable questions to reporters such as **Steven Nelson** from the **New York Post**. The First Amendment also allows citizens the freedom of assembly or the right to petition the government to redress grievances.

Simone, have you contacted and interviewed all the rape survivors to date? Have you also notified all the survivors that you are a long-term Weinstein employee and that your other employer, Kasowitz Benson Torres LLP, considered Donald Trump, another well-known sex offender, and Epstein accomplice their best client? That is a direct conflict of interest; all victims must be notified immediately.

Demon, Diabolus, Sigrid, Brad, and Brittiany, first, you all are a disgrace to the human race. You are vicious, vicious, greedy, nasty, evil humans who wouldn't know what integrity was if it hit you in the face.

As you are the class attorneys and represent most Epstein rape survivors, please immediately notify **all survivors or their chosen attorneys** that Simone will only offer settlements after Judge Rakoff's (a friend of Boies) final hearing on the **9th of November**. I have attached the email Sigrid sent ████████ on the 09th of September after her interview with Simone. Why have you not notified any survivors of this?

**This means the following:**

All survivors have now lost the right to contest their settlement offer and file any legal claim due to the ambiguous terms and conditions of the settlement and the dates and deadlines set by the attorneys and administrator deliberately entrapping us and silencing us.

Because of this, I and others won't be able to file any civil suits against JP Morgan and Deutsche Bank for their blatant facilitation in my and thousands of others rape and trafficking. You have defiled my and all survivor's civil liberties and are the very **Anti-Christ** himself!

You could potentially offer **$20** to each of the **200** survivors and pocket the rest, which is precisely what will happen. At least be honest to the survivors, the media and leaders of countries you raped and pillaged innocent victims from.

Don't forget that a charity of your and Demon's choice will also receive funds left over from an already diabolical settlement; I'm guessing ███████████'s "epic" charity. You and Brad are both board members, so you can save so many victims of trafficking. What a joke!

Precisely, what does Virginia's and your charity do exactly, Diabolus? And what happened to Prince Andrew's large cash donation? I'm also confused. Wasn't ████████ supposed to save us all instead of pocketing millions and millions of dollars, posting pictures of her multi-million-dollar villa and stuffing her greedy face?

Also, what happened to all the women █████ recruited to get raped and trafficked? I hope none of them have been murdered because that would look suspect, considering there is a massive motive there.

So, **Benjamin, Biden, Demon, David Boies (Diabolus), and The Epstein Enablers**, please understand that **rape** is **rape,** and **rapists don't stop raping**.

Stop playing games with the Epstein survivors' lives, homes, and futures. You have completely broken me. This is on all of you; you all have blood on your hands.

See what you have done! I hope you are happy.

**Pope Francis, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan,** I trust you can honour my wishes and transport me to Khaled Meshaal, Mohammed Deif, Marwan Issa to be raped, stoned and murdered for the world to see in exchange for innocent lives.

I leave in 7 days.

Regards

Sarah Ransome

------- Original Message -------
On Tuesday, October 10th, 2023 at 18:00, Sarah Ransome
<sarahransome@protonmail.com> wrote:

Dear Bill, Hillary Clinton, David Boies ( Diabolus),  Demon
and Merrick Garland.

My heart weeps for you all!

It is a treat to introduce myself to you, Bill, Hilary and
Merrick and to greet such a wonderful, close-knit group of
friends. My name is Sarah Ransome, and I'm an Epstein
survivor of rape and trafficking and a defender of justice.

Bill, you and Boies have been pals for many years, and this
is a fact. Again, I have attached the picture of you all
having dinner while you were repressing Epstein victims,
myself included, in December 2016.  Bill, you have an
excellent "package", which I circled whilst another rape
victim was massaging you on that 2002 rape trip of yours.
That would explain why, Hilary, you always have a smile.

They say you're lucky if you can count five true friends on
your hands, and Bill, I can confirm that Boies truly is your
friend. Sad that he has had to do most of your dirty work
for you, so you must be a really good soul, Bill, because I
wouldn't do that for any of my friends, especially if I knew
they were complicit in the world's most prolific paedophile
and sex trafficking ring which saw 1000's of children and
young woman raped, trafficked and yes murdered.

Yes, a well-known, well-loved Epstein victim was murdered
a few months ago, and no doubt Merrick, you've destroyed
the evidence? It's pretty convenient for you, David and I'm
surprised you've kept it quiet for so long. Lucia Osborn will
make a statement shortly on behalf of this beautiful soul
you destroyed and murdered.

Bill, you met ███████████ on your trip to our country,
South Africa, in 2002. ███████ trusted you. You being there,
shaking her hand, and being at her modelling casting with
███████████ in Epstein's hotel suit made her feel secure.
You enabled Epstein to traffick ███████; where she was
raped over and over again by Epstein for approximately
two years. Bill, you can find out the exact amount of times
███████ was raped when you shake her hand again and
beg for her forgiveness in person. David, you should be
ashamed that you have not told your friend to apologise to

your client ██████ and at least in some way make amends. I have attached a video she made for you, Bill, asking for an explanation. Bill, please, can you at least have the common courtesy to make things right with ██████, considering your wife supposedly advocates for women's rights and all?

Demon, as you know, I was going to testify against you and Adam Castellani, your Vice President of Media Relations, at the USVI trial on 23 October for enabling my rape and trafficking with Epstein and co. I sent a factual all-around email (which I'm entitled to seeing as I've wasted 7 years of my life fighting for justice) on the 22nd of September, and then poof, all of a sudden, like magic you settled with the USVI, which you are right are just as guilty as you and JP Morgan and Jess Staley. Mmm, really, because that's not shady at all?????  I thought you said Jess Staley was solely responsible for JP Morgan funding decades of rape and trafficking of thousands of women and children, including mine, or have I missed something?

Demon, I also know through the courts because I was going to testify that you deleted all of Adams's correspondence, bar one email from 2004. Linda and my attorney can confirm this. This one email saved on your server while every other one was deleted confirms that Adam, Vice President of Media Relations, was given a media briefing from the NY Times, which would have been given daily. The email mentioned Epstein but was unrelated to him being the biggest paedophile on the planet.

So this confirms Epstein as your Client was flagged for media otherwise, I'm guessing Epstein wouldn't be in the 2004 media report, but what do I know at least you have given me the closure that Adam was indeed involved. I have attached a couple of Adams emails using his JP Morgan and Citibank for you, Demon. If possible, I would like to meet you next week, Demon, to discuss Adam's behaviour and show you the rest of his emails. I can't afford an air ticket, so please fly here to the Netherlands. The flights are not long, and we can also discuss giving myself and all the victims (not just the US victims) decent compensation for the rapes and trafficking your company funded... for decades.

Demon, I would also like you to explain to everyone and the victims directly why no 314a or 314b's were issued when you funded Epstein's trafficking. Linda confirmed this, and I have the recording, so I'm confused, as compliance has raised multiple red flags over the years. So either you or Linda are lying, and I don't think Linda is a liar like you. If you had issued those which are standard practice in the

banking industry, you would have immediately found out that, yes, Epstein was trafficking children and young women all over the world and frozen his accounts immediately. Hence, Epstein no longer would have had access to cash to rape and traffic, and you could have unfrozen his accounts once a thorough investigation was done. You also went to law enforcement as early as 2002 about your suspicions about Epstein? So again, I'm really confused as to why Epstein and all the co-conspirators weren't arrested under the RICO Act in 2002. So the reality is you are responsible, Demon we can discuss this when we meet next week.

David and Demon, please explain to everyone and the victims why Simone, the victim administrator you chose, has been a long-term Harvey Weinstein employee since 2008. This must be made known **IMMEDIATELY** to the other victims so we can all prepare our Objections as the deadline is next week, Thursday the 19th of October.

The international victims **MUST** know this, as the US government can **NO** longer be trusted. The US government has consistently **NOT** kept its word on foreign policy commitments and endangered vulnerable children and women **WORLDWIDE** for decades, which is still going on. Below is an email I sent to Linda and Anne Claire Le Jeune the French prosecutor still fighting for justice for the French victims of Epstein and Brunel on 11th September 2023.

This Epstein matter and everyone involved, including you, Bill, David and Demon, must now be taken to the International Court Of Justice at the Hague, where **ALL** victims can share their stories and evidence, including mine.

So before you go guns blazing and calling people who really do care about what happens to children and women terrorists, understand this: in my eyes and my own personal experience, you're no different to terrorists yourselves. You've done exactly the same thing to me and 1,000's other women in countries around the globe. What's the difference, or is it that because I'm Catholic and not a US Citizen, it's okay to be raped, tortured and trafficked especially in the US, by a US citizens? Pot calling the kettle black?

I'm appalled and condemn the actions over the weekend carried out by Hamas and am deeply affected by the display of that innocent, beautiful young woman, Shani, irrespective of her faith and nationality, who quite frankly could have been my little sister at that Peace festival whose naked body was paraded around for the world to see. Shani our Darling Angel, your spirit lives on in all of

us, and your death will not be in vain. We love you and will all dance with you in heaven when we arrive. Requiem aeternam dona ei (eis), Domine, et lux perpetua Lucent ei (eis). Requiescat (-ant) in pace. Amen.

What Hamas did to Shani is precisely what the US has done, parading all Epstein rape and traffic victims in front of the world's media with no hope of ever holding those accountable for their deplorable actions. **HOW IS THIS DIFFERENT YOU SERPENTS!!!**

You must have all laughed your heads off, including the media, when we all read out our victim impact statements in August 2019 in court about our rape and trauma suffered at the hands of Epstein and all you addressed in this email. I hope you enjoyed your entertainment, but now the fun is over.

You've gone into other countries for decades, raped, pillaged and kidnapped children and young women, never mind all the body counts along the way, Hillary. Bill, Hilary, David, Demon and Merck, I'm warning you, touch me, my loved ones or ████'s or make their lives or careers difficult; the world really will fucking end, and that's a promise, so don't push that button because the world is watching.

You think you are superior to any other faith and nationality; perhaps that's why the **FBI** regards **Catholics as terrorists**. Yes, I'm very aware, Merrick that because I stand up for women's and children's rights of all faiths, you've labelled me the following:  Anti- Semitic, Catholic terrorist (you even numbered my request to give my Victim Impact statement 666), Russian spy, and I bet Hillary, you'll now call me a Hamas ninja!!

Talk about victim shaming of the most extreme form, as I'm none of the above and you damn well know that. I would be very careful labelling myself again because I have half a brain, courage, and integrity and am a defender of justice for women and children. Something your FBI should be Merrick. Isn't that your job?

So I suggest you pull your fucking God damn fingers out and start treating the Epstein victims with dignity, respect, compassion and humility.

You're all nothing better than a bunch of thugs in expensive suits, and that's all you will ever be!

Regards

Sarah Ransome

| From: | Sarah Ransome |
|---|---|
| To: | Sigrid McCawley; David Boies; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; foreigndesk@telegraph.co.uk; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; simone.k.lelchuk@gmail.com; Woodsome, Kate; Josie.ensor@telegraph.co.uk; Bannon, Lisa; marcelo.prince@wsj.com; david.benoit@wsj.com; khadeeja.safdar@wsj.com; @CND AM Senior Staff; @CND AM Newsdesk; Lyall, Erin; @CND - Live News Center; @CND AM Production MGRS; @CND National Desk Staff; american@telegraph.co.uk; Balderama, Jen |
| Subject: | Biden - US Election Interference |
| Date: | Monday, October 16, 2023 12:40:36 PM |
| Attachments: | Kendra Barkoff No.1.png |
| | JP Morgan Press Release.png |
| | Kendra Barkoff No. 2 .png |
| | JP Morgan No. 1 .png |
| | JP Morgan No.2.png |
| | Sarah Ransome - Photo 4 - Epsteins Boat To St Little James .jpeg |
| | ▮▮▮▮▮▮ - Email 1 - 28_12_06.png |
| | Lesley Groff - Email 1 - 06_02_2007.png |
| | ▮▮▮▮ - Email 2 - 12_01_2007.png |
| | ▮▮ & ▮▮▮▮ - Photo 5 - 02_02_2007.JPG |
| | Sarah Ransome - Photo 1 - 02_01_2007.JPG |
| | ▮▮▮▮ & ▮▮▮▮ - Photo 3 02_02_2007.JPG |
| | Jean-Luc Brunel & Sarah Ransome - Photo 2- 01_01_2007.JPG |
| | DSC07041.JPG |
| | DSC05119.JPG |
| | DSC05454.JPG |
| | DSC05048.JPG |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Biden,

As the US is a democratic state, as are all countries in the West, I thought I would write to remind you what is the freedom of democracy and to ask why you personally tried to silence me.

\*\*\*Every person has the right and freedom of thought, belief, political opinion, and the choice to fulfil or not to fulfil the requirements of his/her chosen religion.

**Nobody can dominate other opinions and consciences. This is why we have democracy, a core value of the United Nations that supports democracy by promoting human rights, development, and peace and security.**

I want to call you and your administration out for **personally** trying to silence and discredit and stop me from coming forward about **JP Morgan** and **Adam Castellani** (you interfered in the last election with the FBI, concealing what was on your son's filthy laptop), spreading lies and disinformation to the media and world.

Please can you explain to me and the media why you deliberately tried to silence me when coming forward with direct evidence implicating JP Morgan's role in knowingly facilitating a trafficking ring that saw 1000's children and young women sold, raped, tortured, and trafficked, including me, which still as I have shown continues today?

As you know, I wanted to testify in the **USVI** and **JP Morgan civil suit** to understand why

Adam enabled my trafficking with Epstein. Let me clarify: Adam deliberately integrated himself into my life, **not** vice versa. He enabled my trafficking. I did not traffic Adam. I **didn't** file any claim against the banks but the greedy lawyers, so you can thank them for this, too.

Adam **followed me** into my own **"safe"** home country and not only sexually violated my rights to consent by not concealing his true identity and coercing me into a false relationship but also slept in my bed every night, ate my food, and was around my mom when I was trying to care for her, all the while working for Epstein. And the guy almost killed me. He did, but I just came alive again a few times. I bet you he's now kicking himself for not finishing the job.

When I approached Linda, the attorney who worked closely with the other Epstein accomplices, I mean class action attorneys, to do a press release, I was given the details of your ex-press secretary, **Kendra Barkoff**. So, you knew I wanted to do a press release before any of this started, and I was strongly recommended to do any media through her.

I have attached all email correspondence with Linda on 20th September regarding a press release confirming this.

As I don't like you either, I didn't want to place my trust about my rape into someone even remotely connected to you, your party, the paedophile Clintons, or Diabolus Boies because most, let's be honest about it, are high-powered Democrats who seem to be involved with Epstein's trafficking and can't keep their penises in their pants. Fact.

Also, please disclose your son's role in Diabolus Boies' law firm. He didn't do anything, so why was he getting paid, and for what from Boies Shiller?

Thank goodness I acted on my intuition because, on the 24th of September, Hilary Clinton was sitting and interviewing with your current press secretary, Jen Psaki.

https://www.dailymail.co.uk/news/article-12554953/Hillary-Clinton-says-doesnt-believe-Trump-saying-likely-wont-pardon-sit-Bidens-ex-Press-Secretary-Jen-Psaki.html?ito=email_share_article-top

Then, to make matters worse, you had a secret meeting with bloody Hilary on the 25th of September.

https://www.dailymail.co.uk/news/article-12558453/Hillary-Clinton-warns-Joe-Biden-private-meeting-party-candidates-prove-disastrous-White-House-official-calls-situation-pretty-f-ing-concerning.html?ito=email_share_article-top

There seems to be a recurring theme here, and it's not me!!

The media outlet I felt most comfortable with, which I made clear to Linda, was the Daily Beast, one of the few unbiased, uncorrupt media publications that value justice over money and aren't afraid to seek the truth, which is why I trusted Kate. I truly hope the rest of the media can follow Kate's footsteps of what it means to be a journalist in a democratic society

and fight for freedom and liberty.

I didn't want to get justice for politically motivated reasons like ██████████ and Diabolus Bois; however, **you** and **your** administration recently have turned my coming forward to bring justice and closure into a political mess. You are responsible for this, and you alone!

I guess it always has been a political mess when **only** the **United Kingdom**, **British Monarchy**, and **Prince Andrew** were hammered solely for a **US Sex trafficking** ring that's still selling children to be raped, **funded by the US**.  Why can I smell **Tony Blair's**, **Alister Darling** and **Peter Mandelson's** rotting stench? They must have been frothing at the mouth like rabid dogs on ecstasy. God help the United Kingdom if Labour gets in; the **UK will be finished**, and **definitely the Royal Family!!!!!!!!!!!!!!!!!!!! Do you people want me to do Pictionary diagrams of what is going on!!**

We had buses around Buckingham Palace, billboards nationwide, even in yours mocking Prince Andrew, which incidentally has never been proven. What about all the paedophiles still walking the streets in the US and worldwide? Don't you have a responsibility to them too?

So seriously, I don't know why everyone has their feathers in fluff. It was okay when it was Prince Andrew and the Monarchy; double standards, or is this just the ██████████ show that all the 1000's other survivors didn't know we were staring in? Are you going to hold any US citizens accountable for rape and trafficking of children and young woman?

It's also interesting that Hilary Clinton keeps bleating in your ear. What is she saying precisely because she isn't president and should be nowhere near the US President? No one wanted her in politics because no one likes her, and her husband enabled sex trafficking and paedophilia. So, who is running the show because you can't even find your way off a stage or on without walking into a flagpole?

So please, can you explain why you tried to silence me for coming forward with viable evidence about a current sex trafficking ring that's been running for decades? And don't say you care about women or children because you can't even recognise your own flesh and blood, your grandchild. So please don't preach about morals and standards because you have none.

**When will you treat me and the Epstein survivors with dignity and respect because the US government can't seem to hold their hands up and take accountability for the crimes that they have committed?**

Also, are you going to investigate ██████████**'s murder** fully I also have correspondence from someone close to ██████ very clearly stating that her husband and his sister did think it was murder and were trying to get answers for her death. Maybe you can help them along and give some answers to her grieving Mom, brother and children.

Also, why is Jean Luc Brunel in the Middle East in the attached pictures? What was he doing there?

So, as we say in Holland:

**Make Falafel**, NOT war
**Love Hummus**, NOT Hammas
**SHALOM-SALAAM**


Sarah Ransome


------- Original Message -------
On Friday, October 13th, 2023 at 20:19, Sarah Ransome <sarahransome@protonmail.com> wrote:

> **Dear Pope Francis, Benjamin, Biden, Demon, David Boies (Diabolus), The Epstein Enablers, Khaled Meshaal, Mohammed Deif, Marwan Issa, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan.**
>
> I come to you all today as a mere humble servant, and I beg you to please spare me a few minutes of your time to listen to what I have to say.
>
> "There is no greater agony than bearing an untold story inside you," and anyone with the wisdom of war knows that there are always two sides to every fight, even though one or both might be wrong.
>
> Vladimir, when the war started between your country and Ukraine, as you well know, I tried everything in my power to intervene and to stop both Ukrainian and

Russian innocents from being raped, tortured, slaughtered, and displaced from their homes, irrespective of who started what fight and when because maybe your both to blame? Vladimir, only you can look inside yourself and answer that question. No one can hide from God on Judgement Day.

My attempts were futile, and I am still exiled from society for defending justice and humanity.

 I failed significantly; however, I will not fail this time.

Vladimir, you said respectfully three days ago, "Let men fight each other and leave kids and women alone." May I ask that you keep to your word and let all the elderly, women, children, and innocent prisoners of war go?

Your and Ukraine's fight is not ours; we have all paid a heavy price. Your recent powerful words and humility have profoundly impacted me, and I trust that during this dark time of war, you can lead others by example and show them how it's done. Please, in God's name, restore peace.

Zelenskyy, I don't like you, and I see you for what you are, and that's a war-mongering crook.

On 20 September, your wife received the Clinton Global Citizen Award, which is presented for **civil leadership**.

https://odessa-journal.com/the-first-lady-received-the-clinton-global-citizen-award-which-is-presented-for-civil-leadership

That's odd because the Clintons aided one of the most prolific sex trafficking rings in history. It's still going on, as you know because one of the trafficking agencies is in your country. It's called 1Mother Agency, but you already know that.

http://www.1motheragency.com/models/

Why is your wife accepting awards from paedophiles and rape enablers? It's not setting a good example to the rest of the world, pumping you billions that have never been accounted for.

I'm also intrigued as to why you met even more of Epstein's enablers on 21 September.

https://www.dailymail.co.uk/news/article-12542905/amp/Volodymyr-Zelenskyy-secret-NYC-meeting-JPMorgan-Google-Blackstone.html

You met with JP Morgan (Epstein's financial arm), Google – Eric Schmidt, Mike Bloomberg, Robert Kraft, Bill Ackman, and Henry Kissinger. Hours earlier, you met with Larry Fink. I'm surprised David Boies, Demon, Bill Clinton, the

Weinstein brothers, Ghislaine, and a few kids weren't there, too.

We all know that JP Morgan knowingly financed Epstein's trafficking, and Adam enabled my rape and almost killed me. Isn't that right, Adam? We all know that Sergey Brin and Larry Page are traffickers. I met Sergey Brin on Jefferies Island, and they were both subpoenaed in recent litigation.

Epstein was even Sergey's financial adviser and JP Morgan's biggest revenue earner, so if Sergey doesn't have anything to hide, like raping children, why can't he just be transparent like all the Epstein survivors have had to be. Why can't everyone at that meeting be truthful about their involvement with Epstein?

So please, can you explain to all the other survivors of Epstein and me what you and your wife are doing associating with the rapists, paedophiles, and enablers that saw thousands of children and women raped.

The tragedy between Palestine and Israel on 7 October 2023 was the last straw that broke the camel's back. The camel is now dead, and there is no straw left. We all made sure of that, but the reality is that we all knew this was going to happen. Just like Rep Michael McCaul confirmed, Egyptian Intelligence told Israeli Intelligence three days before the Hamas attack on Saturday that they would slaughter innocent Israelis.

It is also reported that three days before the attack, the US government organised the Wireless Emergency Alerts (WEA) system for phones being tested at the same time as Emergency Alert Systems, our EAS, for TVs and radios.

What a coincidence that both events happened on the same day, three days before the tragic massacre. Benjamin Netanyahu, you knew this would happen, and you did nothing.

I'm sorry. **You do** share responsibility for slaughtering your people because that **Peace** festival could have been cancelled and innocents moved out, but you did nothing with the intel given. Why?

Is it because you are trying to defy ancient scripture about what's to come? Man is not God; you can't disregard the Almighty's word regardless of what religion one follows. Every faith's universal message is one of love. Not hatred. The Vicar of Christ walks among us, and you know that, we all know that. There is no need to be afraid, for only profound love exists in his heart.

Benjamin, I understand you are angry and hurting. I'm angry and hurting, too, for the inferno Epstein and others threw me and other innocents into the day we were all enslaved for Epstein.

The unimaginable suffering your government and the US government have caused me, my family, and my loved ones since 2006, never mind all the other rape victims and their families affected, is irreparable.

What is currently happening regarding JP Morgan (**$290 million**) and Deutsche Bank (**($75 million**) settlements is another example of your and the US government's deceitful and evil ways. This time it's not physical rape but financial for both US survivors and international survivors.  So, this has nothing to do with antisemitism, extremism, or being a made-up spy, and I won't tolerate that being used as a scapegoat for you to continue raping children and young women.  You are a bunch of bullies, and bullies don't scare me. Shame on you!

Both governments could have treated the Epstein rape survivors with dignity, humility, and respect. Yet, you openly mocked our bravery and courage to hold those accountable for the devastating impact our rape and trafficking had on us.

What's worse is that it's continuing, and no one is doing anything about it. So please, can we all be very clear that when Merrick Garland says, "No one is above the law," that's a brazen lie!

You have openly proved that your brutality knows no bounds towards women and children, so genocide against Palestine is complete hypocrisy and politically motivated. Genocide is not the answer, and you should know better.

When I was at school, I learned about the atrocities that occurred in World War 2. Many innocent lives were lost, and the cruelty shown to the Jewish community was the work of the devil himself.

Every year, the world stands united together to mourn all the innocent lives lost and vow that it shall never happen again. But nothing has changed except for time. I beg you to please reconsider your decision to bomb Gaza tomorrow, which will massacre millions of innocents. There and innocent Israli's blood will be on your hands. and only yours.

Let me ask you this: if you bomb Gaza tomorrow, have you considered the consequences for innocent Israelis and the rest of the world? No one has the right to play God and decide who lives and dies. Have we, not all, learned God's teachings yet after all this time?

Benjamin, I'm here to tell you that that is not the Almighty's plan for Palestine, nor is it in God's plan to see Israel suffer. God's house in Jerusalem was supposed to be a 'place of prayer for all the nations. 'You can't rewrite history and what has been prophesied since the beginning of time, which is peace for all in our final cycle stage.

Benjamin, you say Israel has a right to defend itself. Let me be very clear the Epstein rape and trafficking survivors, and I **also** have the right to defend ourselves, fight for justice, fight for our homes and futures, and live in peace which you and the US continue to deny us.

Why won't you free us all and let us live in peace? Yoav Gallant, you said, "We

are fighting human animals." Oh no, Yoav, you have got it wrong! We are not fighting human animals, but the very Anti-Christ himself, and I know he doesn't lurk in the shadows of Palestine but has been right before our very eyes.

Benjamin and Biden, rape is rape, murder is murder, torcher is torcher regardless of nationality, class, and gender, and the truth is for every man, woman, and child murdered and raped, you could have prevented it just like you're and the US government could have prevented ours.

Pope Francis, I humbly ask for your prayers for courage and love in the name of St Peter and Jesus Christ, Our Saviour.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I condemn the three of you, and you will meet your maker soon and have your judgment day.

You **are** terrorists and **not** representatives of the Palestinian community or Islam. What did you think was going to happen? You have killed and brought war on your people, so you must be prosecuted. Set Palestine free of your evil ways and leave. There will never be no peace in Palestine with your presence there.

Before you do, I offer this to reveal who I truly am. I sacrifice my body and my life in return for the innocents you have captured in the name of "peace" and "Islam." You paraded a beautiful angel soul, Shani's naked, beaten body, around for the world to see how "tough" you are. Let's see how "tough" you are now.

Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi, and His Excellency Recep Tayyip Erdogan, I humbly ask you for your help.

In **seven days**, please arrange transportation for me from the Netherlands to be delivered directly to Khaled Meshaal, Mohammed Deif, and Marwan Issa in exchange for Shani and innocent lives.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I have tried to live with piety, love, and faith all my life. Although I am a woman of faith, I am unclean and a sinner.

I sold my body to feed myself and to provide shelter. My body was my only currency for survival. I'm unwed and live in shame because I live with a man I have devoted my heart and love to, who is not Catholic but Protestant.

I'm also infertile and have no children, so there is no use for me. I'm damaged and broken because I was raped hundreds of times by Epstein while his enablers stood by and watched.

So please, in the name of "peace," I want you to rape me, beat me, break my body, and stone me for the world to see. I am the unclean woman and deserve your punishment.

I sacrifice my body to show you your cause is **wrong**, but know this: you will never have my soul, my heart, or the spirit that lives on within me. I am not afraid of death. I died on the grave that night, 16 August 2008.

My mother witnessed me die **three times**. I know what awaits me in the afterlife. Death is not the end of life but part of it, and in my final words, I will forgive you.

To the Israeli government, the US government, David Boies (Diabolus), Demon, Adam, and all those who enabled and are enabling the trafficking of women and children, including you, Simone, God sees you. It is time to reveal what's truly underneath your **Dante's Mask**.

It is now **7 Days** until the **19 October** deadline for all victims to be denied their fundamental civil and international rights, and you've broken every possible foreign policy law repeatedly. You must tell the media and world your intentions to steal all settlement funds falsely "pledged" to all the Epstein survivors. Hopefully, the actual US survivors will get a few scraps, and we all know that no funds or little will be distributed to the international survivors.

Why is it to date that there has only been one successful conviction (a woman and British and French Citizen) and the only other man a British Royal? It seems odd, considering the scale of the operation and the time scale.

Indeed, Diabolus, considering your firm and Brads represent most survivors who supply you with evidence, more people would have been held accountable. Diabolus, aren't you supposed to be one of the best lawyers in the world? I think your clients should reconsider judging by your poor performance.

Why did you make a big thing about wanting to advertise in countries like Russia and Ukraine for more survivors to come forward when there was never any intention of any international victims being compensated or receiving justice? Don't you think it's time you answer questions everyone has been too afraid to ask or have you silenced the media? Let me remind you.

https://www.nytimes.com/2019/11/30/business/david-boies-pottinger-jeffrey-epstein-videos.html

I want to state that you **all** have **violated US and international law** and have done so multiple times. You've also broken the **First Amendment,** the backbone of US democracy**.**

Let me remind you:

**The First Amendment:**

The First Amendment to the United States Constitution **prevents** the government from making laws that regulate an establishment of religion, prohibit the free exercise of religion, abridge the freedom of speech, and the freedom of the press, so **Karine Jean-Pierre**, that means answering uncomfortable questions to reporters such as **Steven Nelson** from the **New York Post**. The First Amendment also allows citizens the freedom of assembly or the right to petition the government to redress grievances.

Simone, have you contacted and interviewed all the rape survivors to date? Have you also notified all the survivors that you are a long-term Weinstein employee and that your other employer, Kasowitz Benson Torres LLP, considered Donald Trump, another well-known sex offender, and Epstein accomplice their best client? That is a direct conflict of interest; all victims must be notified immediately.

Demon, Diabolus, Sigrid, Brad, and Brittiany, first, you all are a disgrace to the human race. You are vicious, vicious, greedy, nasty, evil humans who wouldn't know what integrity was if it hit you in the face.

As you are the class attorneys and represent most Epstein rape survivors, please immediately notify **all survivors or their chosen attorneys** that Simone will only offer settlements after Judge Rakoff's (a friend of Boies) final hearing on the **9th of November**. I have attached the email Sigrid sent ▓▓▓▓▓▓▓▓ on the 09th of September after her interview with Simone. Why have you not notified any survivors of this?

**This means the following:**

All survivors have now lost the right to contest their settlement offer and file any legal claim due to the ambiguous terms and conditions of the settlement and the dates and deadlines set by the attorneys and administrator deliberately entrapping us and silencing us.

Because of this, I and others won't be able to file any civil suits against JP Morgan and Deutsche Bank for their blatant facilitation in my and thousands of others rape and trafficking. You have defiled my and all survivor's civil liberties and are the very **Anti-Christ** himself!

You could potentially offer **$20** to each of the **200** survivors and pocket the rest, which is precisely what will happen. At least be honest to the survivors, the media and leaders of countries you raped and pillaged innocent victims from.

Don't forget that a charity of your and Demon's choice will also receive funds left over from an already diabolical settlement; I'm guessing ▓▓▓▓▓▓▓▓'s "epic" charity. You and Brad are both board members, so you can save so many victims of trafficking. What a joke!

Precisely, what does Virginia's and your charity do exactly, Diabolus? And what

happened to Prince Andrew's large cash donation? I'm also confused. Wasn't ██████ supposed to save us all instead of pocketing millions and millions of dollars, posting pictures of her multi-million-dollar villa and stuffing her greedy face?

Also, what happened to all the women ██████ recruited to get raped and trafficked? I hope none of them have been murdered because that would look suspect, considering there is a massive motive there.

So, **Benjamin, Biden, Demon, David Boies (Diabolus), and The Epstein Enablers**, please understand that **rape** is **rape,** and **rapists don't stop raping**.

Stop playing games with the Epstein survivors' lives, homes, and futures. You have completely broken me. This is on all of you; you all have blood on your hands.

See what you have done! I hope you are happy.

**Pope Francis, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan,** I trust you can honour my wishes and transport me to Khaled Meshaal, Mohammed Deif, Marwan Issa to be raped, stoned and murdered for the world to see in exchange for innocent lives.

I leave in 7 days.

Regards

Sarah Ransome

------- Original Message -------
On Tuesday, October 10th, 2023 at 18:00, Sarah Ransome <sarahransome@protonmail.com> wrote:

Dear Bill, Hillary Clinton, David Boies ( Diabolus),  Demon and Merrick

Garland.

My heart weeps for you all!

It is a treat to introduce myself to you, Bill, Hilary and Merrick and to greet such a wonderful, close-knit group of friends. My name is Sarah Ransome, and I'm an Epstein survivor of rape and trafficking and a defender of justice.

Bill, you and Boies have been pals for many years, and this is a fact. Again, I have attached the picture of you all having dinner while you were repressing Epstein victims, myself included, in December 2016. Bill, you have an excellent "package", which I circled whilst another rape victim was massaging you on that 2002 rape trip of yours. That would explain why, Hilary, you always have a smile.

They say you're lucky if you can count five true friends on your hands, and Bill, I can confirm that Boies truly is your friend. Sad that he has had to do most of your dirty work for you, so you must be a really good soul, Bill, because I wouldn't do that for any of my friends, especially if I knew they were complicit in the world's most prolific paedophile and sex trafficking ring which saw 1000's of children and young woman raped, trafficked and yes murdered.

Yes, a well-known, well-loved Epstein victim was murdered a few months ago, and no doubt Merrick, you've destroyed the evidence? It's pretty convenient for you, David and I'm surprised you've kept it quiet for so long. Lucia Osborn will make a statement shortly on behalf of this beautiful soul you destroyed and murdered.

Bill, you met ██████████ on your trip to our country, South Africa, in 2002. ██████ trusted you. You being there, shaking her hand, and being at her modelling casting with ████████ in Epstein's hotel suit made her feel secure. You enabled Epstein to traffick █████; where she was raped over and over again by Epstein for approximately two years. Bill, you can find out the exact amount of times ██████ was raped when you shake her hand again and beg for her forgiveness in person. David, you should be ashamed that you have not told your friend to apologise to your client █████ and at least in some way make amends. I have attached a video she made for you, Bill, asking for an explanation. Bill, please, can you at least have the common courtesy to make things right with █████, considering your wife supposedly advocates for women's rights and all?

Demon, as you know, I was going to testify against you and Adam Castellani, your Vice President of Media Relations, at the USVI trial on 23 October for enabling my rape and trafficking with Epstein and co. I sent a factual all-around email (which I'm entitled to seeing as I've wasted 7 years of my life fighting for justice) on the 22nd of September, and then poof, all of a sudden, like magic you settled with the USVI, which you are right are just as guilty as you and JP Morgan and Jess Staley. Mmm, really, because that's not shady at all?????  I thought you said Jess Staley was solely responsible for JP Morgan funding decades

of rape and trafficking of thousands of women and children, including mine, or have I missed something?

Demon, I also know through the courts because I was going to testify that you deleted all of Adams's correspondence, bar one email from 2004. Linda and my attorney can confirm this. This one email saved on your server while every other one was deleted confirms that Adam, Vice President of Media Relations, was given a media briefing from the NY Times, which would have been given daily. The email mentioned Epstein but was unrelated to him being the biggest paedophile on the planet.

So this confirms Epstein as your Client was flagged for media otherwise, I'm guessing Epstein wouldn't be in the 2004 media report, but what do I know at least you have given me the closure that Adam was indeed involved. I have attached a couple of Adams emails using his JP Morgan and Citibank for you, Demon. If possible, I would like to meet you next week, Demon, to discuss Adam's behaviour and show you the rest of his emails. I can't afford an air ticket, so please fly here to the Netherlands. The flights are not long, and we can also discuss giving myself and all the victims (not just the US victims) decent compensation for the rapes and trafficking your company funded... for decades.

Demon, I would also like you to explain to everyone and the victims directly why no 314a or 314b's were issued when you funded Epstein's trafficking. Linda confirmed this, and I have the recording, so I'm confused, as compliance has raised multiple red flags over the years. So either you or Linda are lying, and I don't think Linda is a liar like you. If you had issued those which are standard practice in the banking industry, you would have immediately found out that, yes, Epstein was trafficking children and young women all over the world and frozen his accounts immediately. Hence, Epstein no longer would have had access to cash to rape and traffic, and you could have unfrozen his accounts once a thorough investigation was done. You also went to law enforcement as early as 2002 about your suspicions about Epstein? So again, I'm really confused as to why Epstein and all the co-conspirators weren't arrested under the RICO Act in 2002. So the reality is you are responsible, Demon we can discuss this when we meet next week.

David and Demon, please explain to everyone and the victims why Simone, the victim administrator you chose, has been a long-term Harvey Weinstein employee since 2008. This must be made known **IMMEDIATELY** to the other victims so we can all prepare our Objections as the deadline is next week, Thursday the 19th of October.

The international victims **MUST** know this, as the US government can **NO** longer be trusted. The US government has consistently **NOT** kept its word on foreign policy commitments and endangered vulnerable children and women **WORLDWIDE** for decades, which is still going on. Below is an email I sent to Linda and Anne Claire Le Jeune the French prosecutor still fighting for justice for the French victims of Epstein and Brunel on 11th September 2023.

This Epstein matter and everyone involved, including you, Bill, David and Demon, must now be taken to the International Court Of Justice at the Hague, where **ALL** victims can share their stories and evidence, including mine.

So before you go guns blazing and calling people who really do care about what happens to children and women terrorists, understand this: in my eyes and my own personal experience, you're no different to terrorists yourselves. You've done exactly the same thing to me and 1,000's other women in countries around the globe. What's the difference, or is it that because I'm Catholic and not a US Citizen, it's okay to be raped, tortured and trafficked especially in the US, by a US citizens? Pot calling the kettle black?

I'm appalled and condemn the actions over the weekend carried out by Hamas and am deeply affected by the display of that innocent, beautiful young woman, Shani, irrespective of her faith and nationality, who quite frankly could have been my little sister at that Peace festival whose naked body was paraded around for the world to see. Shani our Darling Angel, your spirit lives on in all of us, and your death will not be in vain. We love you and will all dance with you in heaven when we arrive. Requiem aeternam dona ei (eis), Domine, et lux perpetua Lucent ei (eis). Requiescat (-ant) in pace. Amen.

What Hamas did to Shani is precisely what the US has done, parading all Epstein rape and traffic victims in front of the world's media with no hope of ever holding those accountable for their deplorable actions. **HOW IS THIS DIFFERENT YOU SERPENTS!!!**

You must have all laughed your heads off, including the media, when we all read out our victim impact statements in August 2019 in court about our rape and trauma suffered at the hands of Epstein and all you addressed in this email.  I hope you enjoyed your entertainment, but now the fun is over.

You've gone into other countries for decades, raped, pillaged and kidnapped children and young women, never mind all the body counts along the way, Hillary. Bill, Hilary, David, Demon and Merck, I'm warning you, touch me, my loved ones or █████'s or make their lives or careers difficult; the world really will fucking end, and that's a promise, so don't push that button because the world is watching.

You think you are superior to any other faith and nationality; perhaps that's why the **FBI** regards **Catholics as terrorists**. Yes, I'm very aware, Merrick that because I stand up for women's and children's rights of all faiths, you've labelled me the following:  Anti- Semitic, Catholic terrorist (you even numbered my request to give my Victim Impact statement 666), Russian spy, and I bet Hillary, you'll now call me a Hamas ninja!!

Talk about victim shaming of the most extreme form, as I'm none of the above and you damn well know that. I would be very careful labelling myself again because I have half a brain, courage, and integrity and am

a defender of justice for women and children. Something your FBI should be Merrick. Isn't that your job?

So I suggest you pull your fucking God damn fingers out and start treating the Epstein victims with dignity, respect, compassion and humility.

You're all nothing better than a bunch of thugs in expensive suits, and that's all you will ever be!

Regards

Sarah Ransome



| From: | Sarah Ransome |
|---|---|
| To: | Sigrid McCawley; David Boies; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; foreigndesk@telegraph.co.uk; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; simone.k.lelchuk@gmail.com; Woodsome, Kate; Josie.ensor@telegraph.co.uk; Bannon, Lisa; marcelo.prince@wsj.com; david.benoit@wsj.com; khadeeja.safdar@wsj.com; @CND AM Senior Staff; @CND AM Newsdesk; Lyall, Erin; @CND - Live News Center; @CND AM Production MGRS; @CND National Desk Staff; press@kremlin.museum.ru |
| Subject: | Hypocrites, Rapists and Murderers! |
| Date: | Friday, October 13, 2023 2:21:55 PM |
| Attachments: | Ransome PT 02 Final Packet - Epstein & JPM.pdf |
| | Screenshot 2023-09-22 at 09.54.21.png |
| | Screenshot 2023-10-04 at 19.09.22.png |
| | Screenshot 2023-10-04 at 19.07.57.png |
| | Screenshot 2023-10-04 at 19.09.43.png |
| | Screenshot 2023-10-04 at 19.11.14.png |
| | JP Morgan Compensation Offer Date .jpg |
| | Karin Trafficking Agency - Bangkok No.1 .PNG |
| | Karin Trafficking Agency - Bangkok No.4.PNG |
| | Karin Trafficking Agency - Bangkok No.5.PNG |
| | Karin Trafficking Agency - Bangkok No.3.PNG |
| | Karin Trafficking Agency - Bangkok No.2.PNG |
| | MC2 - Tel Aviv .png |
| | Brad Edwards - 26th Jan 2023 Email No. 1 .png |
| | Brad Edwards - 28th Jan 2023 Email No. 2.png |
| | Brad Edwards - 09 March 2023 Email No. 5.png |
| | Brad Edwards - 21 June 2023 Email No 7.png |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

**Dear Pope Francis, Benjamin, Biden, Demon, David Boies (Diabolus), The Epstein Enablers, Khaled Meshaal, Mohammed Deif, Marwan Issa, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan.**

I come to you all today as a mere humble servant, and I beg you to please spare me a few minutes of your time to listen to what I have to say.

"There is no greater agony than bearing an untold story inside you," and anyone with the wisdom of war knows that there are always two sides to every fight, even though one or both might be wrong.

Vladimir, when the war started between your country and Ukraine, as you well know, I tried everything in my power to intervene and to stop both Ukrainian and Russian innocents from being raped, tortured, slaughtered, and displaced from their homes, irrespective of who started what fight and when because maybe your both to blame? Vladimir, only you can look inside yourself and answer that question. No one can hide from God on Judgement Day.

My attempts were futile, and I am still exiled from society for defending justice and humanity.

I failed significantly; however, I will not fail this time.

Vladimir, you said respectfully three days ago, "Let men fight each other and leave kids and

women alone." May I ask that you keep to your word and let all the elderly, women, children, and innocent prisoners of war go?

Your and Ukraine's fight is not ours; we have all paid a heavy price. Your recent powerful words and humility have profoundly impacted me, and I trust that during this dark time of war, you can lead others by example and show them how it's done. Please, in God's name, restore peace.

Zelenskyy, I don't like you, and I see you for what you are, and that's a war-mongering crook.

On 20 September, your wife received the Clinton Global Citizen Award, which is presented for **civil leadership**.

https://odessa-journal.com/the-first-lady-received-the-clinton-global-citizen-award-which-is-presented-for-civil-leadership

That's odd because the Clintons aided one of the most prolific sex trafficking rings in history. It's still going on, as you know because one of the trafficking agencies is in your country. It's called 1Mother Agency, but you already know that.

http://www.1motheragency.com/models/

Why is your wife accepting awards from paedophiles and rape enablers? It's not setting a good example to the rest of the world, pumping you billions that have never been accounted for.

I'm also intrigued as to why you met even more of Epstein's enablers on 21 September.

https://www.dailymail.co.uk/news/article-12542905/amp/Volodymyr-Zelenskyy-secret-NYC-meeting-JPMorgan-Google-Blackstone.html

You met with JP Morgan (Epstein's financial arm), Google – Eric Schmidt, Mike Bloomberg, Robert Kraft, Bill Ackman, and Henry Kissinger. Hours earlier, you met with Larry Fink. I'm surprised David Boies, Demon, Bill Clinton, the Weinstein brothers, Ghislaine, and a few kids weren't there, too.

We all know that JP Morgan knowingly financed Epstein's trafficking, and Adam enabled my rape and almost killed me. Isn't that right, Adam? We all know that Sergey Brin and Larry Page are traffickers. I met Sergey Brin on Jefferies Island, and they were both subpoenaed in recent litigation.

Epstein was even Sergey's financial adviser and JP Morgan's biggest revenue earner, so if Sergey doesn't have anything to hide, like raping children, why can't he just be transparent like all the Epstein survivors have had to be. Why can't everyone at that meeting be truthful about their involvement with Epstein?

So please, can you explain to all the other survivors of Epstein and me what you and your wife are doing associating with the rapists, paedophiles, and enablers that saw thousands of children and women raped.

The tragedy between Palestine and Israel on 7 October 2023 was the last straw that broke the

camel's back. The camel is now dead, and there is no straw left. We all made sure of that, but the reality is that we all knew this was going to happen. Just like Rep Michael McCaul confirmed, Egyptian Intelligence told Israeli Intelligence three days before the Hamas attack on Saturday that they would slaughter innocent Israelis.

It is also reported that three days before the attack, the US government organised the Wireless Emergency Alerts (WEA) system for phones being tested at the same time as Emergency Alert Systems, our EAS, for TVs and radios.

What a coincidence that both events happened on the same day, three days before the tragic massacre. Benjamin Netanyahu, you knew this would happen, and you did nothing.

I'm sorry. **You do** share responsibility for slaughtering your people because that **Peace** festival could have been cancelled and innocents moved out, but you did nothing with the intel given. Why?

Is it because you are trying to defy ancient scripture about what's to come? Man is not God; you can't disregard the Almighty's word regardless of what religion one follows. Every faith's universal message is one of love. Not hatred. The Vicar of Christ walks among us, and you know that, we all know that. There is no need to be afraid, for only profound love exists in his heart.

Benjamin, I understand you are angry and hurting. I'm angry and hurting, too, for the inferno Epstein and others threw me and other innocents into the day we were all enslaved for Epstein.

The unimaginable suffering your government and the US government have caused me, my family, and my loved ones since 2006, never mind all the other rape victims and their families affected, is irreparable.

What is currently happening regarding JP Morgan (**$290 million**) and Deutsche Bank **(($75 million**) settlements is another example of your and the US government's deceitful and evil ways. This time it's not physical rape but financial for both US survivors and international survivors.  So, this has nothing to do with antisemitism, extremism, or being a made-up spy, and I won't tolerate that being used as a scapegoat for you to continue raping children and young women.  You are a bunch of bullies, and bullies don't scare me. Shame on you!

Both governments could have treated the Epstein rape survivors with dignity, humility, and respect. Yet, you openly mocked our bravery and courage to hold those accountable for the devastating impact our rape and trafficking had on us.

What's worse is that it's continuing, and no one is doing anything about it. So please, can we all be very clear that when Merrick Garland says, "No one is above the law," that's a brazen lie!

You have openly proved that your brutality knows no bounds towards women and children, so genocide against Palestine is complete hypocrisy and politically motivated. Genocide is not the answer, and you should know better.

When I was at school, I learned about the atrocities that occurred in World War 2. Many

innocent lives were lost, and the cruelty shown to the Jewish community was the work of the devil himself.

Every year, the world stands united together to mourn all the innocent lives lost and vow that it shall never happen again. But nothing has changed except for time. I beg you to please reconsider your decision to bomb Gaza tomorrow, which will massacre millions of innocents. There and innocent Israli's blood will be on your hands. and only yours.

Let me ask you this: if you bomb Gaza tomorrow, have you considered the consequences for innocent Israelis and the rest of the world? No one has the right to play God and decide who lives and dies. Have we, not all, learned God's teachings yet after all this time?

Benjamin, I'm here to tell you that that is not the Almighty's plan for Palestine, nor is it in God's plan to see Israel suffer. God's house in Jerusalem was supposed to be a 'place of prayer for all the nations. 'You can't rewrite history and what has been prophesied since the beginning of time, which is peace for all in our final cycle stage.

Benjamin, you say Israel has a right to defend itself. Let me be very clear the Epstein rape and trafficking survivors, and I **also** have the right to defend ourselves, fight for justice, fight for our homes and futures, and live in peace which you and the US continue to deny us.

Why won't you free us all and let us live in peace? Yoav Gallant, you said, "We are fighting human animals." Oh no, Yoav, you have got it wrong! We are not fighting human animals, but the very Anti-Christ himself, and I know he doesn't lurk in the shadows of Palestine but has been right before our very eyes.

Benjamin and Biden, rape is rape, murder is murder, torcher is torcher regardless of nationality, class, and gender, and the truth is for every man, woman, and child murdered and raped, you could have prevented it just like you're and the US government could have prevented ours.

Pope Francis, I humbly ask for your prayers for courage and love in the name of St Peter and Jesus Christ, Our Saviour.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I condemn the three of you, and you will meet your maker soon and have your judgment day.

You **are** terrorists and **not** representatives of the Palestinian community or Islam. What did you think was going to happen? You have killed and brought war on your people, so you must be prosecuted. Set Palestine free of your evil ways and leave. There will never be no peace in Palestine with your presence there.

Before you do, I offer this to reveal who I truly am. I sacrifice my body and my life in return for the innocents you have captured in the name of "peace" and "Islam." You paraded a beautiful angel soul, Shani's naked, beaten body, around for the world to see how "tough" you are. Let's see how "tough" you are now.

Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi, and His Excellency Recep Tayyip Erdogan, I humbly ask you for your help.

In **seven days**, please arrange transportation for me from the Netherlands to be delivered directly to Khaled Meshaal, Mohammed Deif, and Marwan Issa in exchange for Shani and innocent lives.

Khaled Meshaal, Mohammed Deif, and Marwan Issa, I have tried to live with piety, love, and faith all my life. Although I am a woman of faith, I am unclean and a sinner.

I sold my body to feed myself and to provide shelter. My body was my only currency for survival. I'm unwed and live in shame because I live with a man I have devoted my heart and love to, who is not Catholic but Protestant.

I'm also infertile and have no children, so there is no use for me. I'm damaged and broken because I was raped hundreds of times by Epstein while his enablers stood by and watched.

So please, in the name of "peace," I want you to rape me, beat me, break my body, and stone me for the world to see. I am the unclean woman and deserve your punishment.

I sacrifice my body to show you your cause is **wrong**, but know this: you will never have my soul, my heart, or the spirit that lives on within me. I am not afraid of death. I died on the grave that night, 16 August 2008.

My mother witnessed me die **three times**. I know what awaits me in the afterlife. Death is not the end of life but part of it, and in my final words, I will forgive you.

To the Israeli government, the US government, David Boies (Diabolus), Demon, Adam, and all those who enabled and are enabling the trafficking of women and children, including you, Simone, God sees you. It is time to reveal what's truly underneath your **Dante's Mask**.

It is now **7 Days** until the **19 October** deadline for all victims to be denied their fundamental civil and international rights, and you've broken every possible foreign policy law repeatedly. You must tell the media and world your intentions to steal all settlement funds falsely "pledged" to all the Epstein survivors. Hopefully, the actual US survivors will get a few scraps, and we all know that no funds or little will be distributed to the international survivors.

Why is it to date that there has only been one successful conviction (a woman and British and French Citizen) and the only other man a British Royal? It seems odd, considering the scale of the operation and the time scale.

Indeed, Diabolus, considering your firm and Brads represent most survivors who supply you with evidence, more people would have been held accountable. Diabolus, aren't you supposed to be one of the best lawyers in the world? I think your clients should reconsider judging by your poor performance.

Why did you make a big thing about wanting to advertise in countries like Russia and Ukraine for more survivors to come forward when there was never any intention of any international victims being compensated or receiving justice? Don't you think it's time you answer questions everyone has been too afraid to ask or have you silenced the media? Let me remind you.

https://www.nytimes.com/2019/11/30/business/david-boies-pottinger-jeffrey-epstein-videos.html

I want to state that you **all** have **violated US and international law** and have done so multiple times. You've also broken the **First Amendment,** the backbone of US democracy**.**

Let me remind you:

**The First Amendment:**

The First Amendment to the United States Constitution **prevents** the government from making laws that regulate an establishment of religion, prohibit the free exercise of religion, abridge the freedom of speech, and the freedom of the press, so **Karine Jean-Pierre**, that means answering uncomfortable questions to reporters such as **Steven Nelson** from the **New York Post**. The First Amendment also allows citizens the freedom of assembly or the right to petition the government to redress grievances.

Simone, have you contacted and interviewed all the rape survivors to date? Have you also notified all the survivors that you are a long-term Weinstein employee and that your other employer, Kasowitz Benson Torres LLP, considered Donald Trump, another well-known sex offender, and Epstein accomplice their best client? That is a direct conflict of interest; all victims must be notified immediately.

Demon, Diabolus, Sigrid, Brad, and Brittiany, first, you all are a disgrace to the human race. You are vicious, vicious, greedy, nasty, evil humans who wouldn't know what integrity was if it hit you in the face.

As you are the class attorneys and represent most Epstein rape survivors, please immediately notify **all survivors or their chosen attorneys** that Simone will only offer settlements after Judge Rakoff's (a friend of Boies) final hearing on the **9th of November**. I have attached the email Sigrid sent ████████████ on the 09th of September after her interview with Simone. Why have you not notified any survivors of this?

**This means the following:**

All survivors have now lost the right to contest their settlement offer and file any legal claim due to the ambiguous terms and conditions of the settlement and the dates and deadlines set by the attorneys and administrator deliberately entrapping us and silencing us.

Because of this, I and others won't be able to file any civil suits against JP Morgan and Deutsche Bank for their blatant facilitation in my and thousands of others rape and trafficking. You have defiled my and all survivor's civil liberties and are the very **Anti-Christ** himself!

You could potentially offer **$20** to each of the **200** survivors and pocket the rest, which is precisely what will happen. At least be honest to the survivors, the media and leaders of countries you raped and pillaged innocent victims from.

Don't forget that a charity of your and Demon's choice will also receive funds left over from an already diabolical settlement; I'm guessing ████████████ 's "epic" charity. You and Brad are both board members, so you can save so many victims of trafficking. What a joke!

Precisely, what does Virginia's and your charity do exactly, Diabolus? And what happened to Prince Andrew's large cash donation? I'm also confused. Wasn't ███████ supposed to save us all instead of pocketing millions and millions of dollars, posting pictures of her multi-million-dollar villa and stuffing her greedy face?

Also, what happened to all the women ███████ recruited to get raped and trafficked? I hope none of them have been murdered because that would look suspect, considering there is a massive motive there.

So, **Benjamin, Biden, Demon, David Boies (Diabolus), and The Epstein Enablers**, please understand that **rape** is **rape,** and **rapists don't stop raping**.

Stop playing games with the Epstein survivors' lives, homes, and futures. You have completely broken me. This is on all of you; you all have blood on your hands.

See what you have done! I hope you are happy.

**Pope Francis, Vladimir Putin, Your Royal Highness Salman bin Abdelaziz Al Saud, His Excellency Ebrahim Raisi, His Excellency Abdel Fattah El-Sisi and His Excellency Recep Tayyip Erdogan,** I trust you can honour my wishes and transport me to Khaled Meshaal, Mohammed Deif, Marwan Issa to be raped, stoned and murdered for the world to see in exchange for innocent lives.

I leave in 7 days.

Regards

Sarah Ransome

------- Original Message -------
On Tuesday, October 10th, 2023 at 18:00, Sarah Ransome <sarahransome@protonmail.com> wrote:

> Dear Bill, Hillary Clinton, David Boies ( Diabolus),  Demon and Merrick Garland.
>
> My heart weeps for you all!
>
> It is a treat to introduce myself to you, Bill, Hilary and Merrick and to greet such a

wonderful, close-knit group of friends. My name is Sarah Ransome, and I'm an Epstein survivor of rape and trafficking and a defender of justice.

Bill, you and Boies have been pals for many years, and this is a fact. Again, I have attached the picture of you all having dinner while you were repressing Epstein victims, myself included, in December 2016.  Bill, you have an excellent "package", which I circled whilst another rape victim was massaging you on that 2002 rape trip of yours. That would explain why, Hilary, you always have a smile.

They say you're lucky if you can count five true friends on your hands, and Bill, I can confirm that Boies truly is your friend. Sad that he has had to do most of your dirty work for you, so you must be a really good soul, Bill, because I wouldn't do that for any of my friends, especially if I knew they were complicit in the world's most prolific paedophile and sex trafficking ring which saw 1000's of children and young woman raped, trafficked and yes murdered.

Yes, a well-known, well-loved Epstein victim was murdered a few months ago, and no doubt Merrick, you've destroyed the evidence? It's pretty convenient for you, David and I'm surprised you've kept it quiet for so long. Lucia Osborn will make a statement shortly on behalf of this beautiful soul you destroyed and murdered.

Bill, you met ████████ on your trip to our country, South Africa, in 2002. ██ trusted you. You being there,  shaking her hand, and being at her modelling casting with ████████ in Epstein's hotel suit made her feel secure. You enabled Epstein to traffick █████; where she was raped over and over again by Epstein for approximately two years. Bill, you can find out the exact amount of times ████ was raped when you shake her hand again and beg for her forgiveness in person. David, you should be ashamed that you have not told your friend to apologise to your client ████ and at least in some way make amends. I have attached a video she made for you, Bill, asking for an explanation. Bill, please, can you at least have the common courtesy to make things right with ████, considering your wife supposedly advocates for women's rights and all?

Demon, as you know, I was going to testify against you and Adam Castellani, your Vice President of Media Relations, at the USVI trial on 23 October for enabling my rape and trafficking with Epstein and co. I sent a factual all-around email (which I'm entitled to seeing as I've wasted 7 years of my life fighting for justice) on the 22nd of September, and then poof, all of a sudden, like magic you settled with the USVI, which you are right are just as guilty as you and JP Morgan and Jess Staley. Mmm, really, because that's not shady at all????? I thought you said Jess Staley was solely responsible for JP Morgan funding decades of rape and trafficking of thousands of women and children, including mine, or have I missed something?

Demon, I also know through the courts because I was going to testify that you deleted all of Adams's correspondence, bar one email from 2004. Linda and my attorney can confirm this. This one email saved on your server while every other one was deleted confirms that Adam, Vice President of Media Relations, was given a media briefing from the NY Times, which would have been given daily. The email mentioned Epstein but was unrelated to him being the biggest paedophile on the planet.

So this confirms Epstein as your Client was flagged for media otherwise, I'm guessing Epstein wouldn't be in the 2004 media report, but what do I know at least

you have given me the closure that Adam was indeed involved. I have attached a couple of Adams emails using his JP Morgan and Citibank for you, Demon. If possible, I would like to meet you next week, Demon, to discuss Adam's behaviour and show you the rest of his emails. I can't afford an air ticket, so please fly here to the Netherlands. The flights are not long, and we can also discuss giving myself and all the victims (not just the US victims) decent compensation for the rapes and trafficking your company funded... for decades.

Demon, I would also like you to explain to everyone and the victims directly why no 314a or 314b's were issued when you funded Epstein's trafficking. Linda confirmed this, and I have the recording, so I'm confused, as compliance has raised multiple red flags over the years. So either you or Linda are lying, and I don't think Linda is a liar like you. If you had issued those which are standard practice in the banking industry, you would have immediately found out that, yes, Epstein was trafficking children and young women all over the world and frozen his accounts immediately. Hence, Epstein no longer would have had access to cash to rape and traffic, and you could have unfrozen his accounts once a thorough investigation was done. You also went to law enforcement as early as 2002 about your suspicions about Epstein? So again, I'm really confused as to why Epstein and all the co-conspirators weren't arrested under the RICO Act in 2002. So the reality is you are responsible, Demon we can discuss this when we meet next week.

David and Demon, please explain to everyone and the victims why Simone, the victim administrator you chose, has been a long-term Harvey Weinstein employee since 2008. This must be made known **IMMEDIATELY** to the other victims so we can all prepare our Objections as the deadline is next week, Thursday the 19th of October.

The international victims **MUST** know this, as the US government can **NO** longer be trusted. The US government has consistently **NOT** kept its word on foreign policy commitments and endangered vulnerable children and women **WORLDWIDE** for decades, which is still going on. Below is an email I sent to Linda and Anne Claire Le Jeune the French prosecutor still fighting for justice for the French victims of Epstein and Brunel on 11th September 2023.

This Epstein matter and everyone involved, including you, Bill, David and Demon, must now be taken to the International Court Of Justice at the Hague, where **ALL** victims can share their stories and evidence, including mine.

So before you go guns blazing and calling people who really do care about what happens to children and women terrorists, understand this: in my eyes and my own personal experience, you're no different to terrorists yourselves. You've done exactly the same thing to me and 1,000's other women in countries around the globe. What's the difference, or is it that because I'm Catholic and not a US Citizen, it's okay to be raped, tortured and trafficked especially in the US, by a US citizens? Pot calling the kettle black?

I'm appalled and condemn the actions over the weekend carried out by Hamas and am deeply affected by the display of that innocent, beautiful young woman, Shani, irrespective of her faith and nationality, who quite frankly could have been my little sister at that Peace festival whose naked body was paraded around for the world to see. Shani our Darling Angel, your spirit lives on in all of us, and your death will not be in vain. We love you and will all dance with you in heaven when we arrive.

Requiem aeternam dona ei (eis), Domine, et lux perpetua Lucent ei (eis). Requiescat (-ant) in pace. Amen.

What Hamas did to Shani is precisely what the US has done, parading all Epstein rape and traffic victims in front of the world's media with no hope of ever holding those accountable for their deplorable actions. **HOW IS THIS DIFFERENT YOU SERPENTS!!!**

You must have all laughed your heads off, including the media, when we all read out our victim impact statements in August 2019 in court about our rape and trauma suffered at the hands of Epstein and all you addressed in this email.  I hope you enjoyed your entertainment, but now the fun is over.

You've gone into other countries for decades, raped, pillaged and kidnapped children and young women, never mind all the body counts along the way, Hillary. Bill, Hilary, David, Demon and Merck, I'm warning you, touch me, my loved ones or ████'s or make their lives or careers difficult; the world really will fucking end, and that's a promise, so don't push that button because the world is watching.

You think you are superior to any other faith and nationality; perhaps that's why the **FBI** regards **Catholics as terrorists**. Yes, I'm very aware, Merrick that because I stand up for women's and children's rights of all faiths, you've labelled me the following:  Anti- Semitic, Catholic terrorist (you even numbered my request to give my Victim Impact statement 666), Russian spy, and I bet Hillary, you'll now call me a Hamas ninja!!

Talk about victim shaming of the most extreme form, as I'm none of the above and you damn well know that. I would be very careful labelling myself again because I have half a brain, courage, and integrity and am a defender of justice for women and children. Something your FBI should be Merrick. Isn't that your job?

So I suggest you pull your fucking God damn fingers out and start treating the Epstein victims with dignity, respect, compassion and humility.

You're all nothing better than a bunch of thugs in expensive suits, and that's all you will ever be!

Regards

Sarah Ransome

| From: | Sarah Ransome |
|---|---|
| To: | Sigrid McCawley; David Boies; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; foreigndesk@telegraph.co.uk; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; simone.k.lelchuk@gmail.com; Woodsome, Kate; Josie.ensor@telegraph.co.uk; Bannon, Lisa; marcelo.prince@wsj.com; david.benoit@wsj.com; khadeeja.safdar@wsj.com; @CND AM Senior Staff; @CND AM Newsdesk; Lyall, Erin; @CND - Live News Center; @CND AM Production MGRS; @CND National Desk Staff |
| Subject: | Re: Hypocrites, Rapists and Murderers! |
| Date: | Tuesday, October 10, 2023 3:38:10 PM |
| Attachments: | Sarah Ransome - Suicide 2 - Photo 3 - October 2018.JPG |
| | Sarah Ransome - Suicide 1- Photo 1 - Aug_Sept 2008.pdf |
| | Sarah Ransome - Suicide 1 - Photo 2 - Aug_Sept 2008.pdf |
| | Sarah Ransome - Suicide 1 - Photo 3 - Aug_Sept 200.pdf |
| | Sarah Ransome - Suicide 2 - Photo 2 - October 2018.JPG |
| | Sarah Ransome - Suicide 2 - Photo 1 - Oct 2018.JPG |
| | Sarah Ransome ██████████ ██████████ - Photo 2 - 02_01_2007.JPG |
| | Sarah Ransome - Suicide 2 - Photo 4 - October 2018.jpg |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

**DO I NOT MATTER, BIDEN!! LOOK WHAT YOU DID TO ME!**

**LOOK AT EVERY SINGLE PHOTO I HAVE ATTACHED, AND TELL ME WHAT YOU SEE!!!**

**HYPOCRITE!!!**

**YOUR A TRAITOR TO HUMAN KIND!!!**

------- Original Message -------
On Tuesday, October 10th, 2023 at 18:00, Sarah Ransome <sarahransome@protonmail.com> wrote:

> Dear Bill, Hillary Clinton, David Boies ( Diabolus),  Demon and Merrick Garland.
>
> My heart weeps for you all!
>
> It is a treat to introduce myself to you, Bill, Hilary and Merrick and to greet such a wonderful, close-knit group of friends. My name is Sarah Ransome, and I'm an Epstein survivor of rape and trafficking and a defender of justice.
>
> Bill, you and Boies have been pals for many years, and this is a fact. Again, I have attached the picture of you all having dinner while you were repressing Epstein victims, myself included, in December 2016.  Bill, you have an excellent "package", which I circled whilst another rape victim was massaging you on that 2002 rape trip of yours. That would explain why, Hilary, you always have a smile.
>
> They say you're lucky if you can count five true friends on your hands, and Bill, I can confirm that Boies truly is your friend. Sad that he has had to do most of your dirty work for you, so you must be a really good soul, Bill, because I wouldn't do that for any of my friends, especially if I knew they were complicit in the world's most prolific paedophile and sex trafficking ring which saw 1000's of children and young woman

raped, trafficked and yes murdered.

Yes, a well-known, well-loved Epstein victim was murdered a few months ago, and no doubt Merrick, you've destroyed the evidence? It's pretty convenient for you, David and I'm surprised you've kept it quiet for so long. Lucia Osborn will make a statement shortly on behalf of this beautiful soul you destroyed and murdered.

Bill, you met ▮▮▮▮▮▮▮ on your trip to our country, South Africa, in 2002. ▮▮▮ trusted you. You being there,  shaking her hand, and being at her modelling casting with ▮▮▮▮▮▮▮ in Epstein's hotel suit made her feel secure. You enabled Epstein to traffick ▮▮▮▮; where she was raped over and over again by Epstein for approximately two years. Bill, you can find out the exact amount of times ▮▮▮▮ was raped when you shake her hand again and beg for her forgiveness in person. David, you should be ashamed that you have not told your friend to apologise to your client ▮▮▮▮ and at least in some way make amends. I have attached a video she made for you, Bill, asking for an explanation. Bill, please, can you at least have the common courtesy to make things right with ▮▮▮▮, considering your wife supposedly advocates for women's rights and all?

Demon, as you know, I was going to testify against you and Adam Castellani, your Vice President of Media Relations, at the USVI trial on 23 October for enabling my rape and trafficking with Epstein and co. I sent a factual all-around email (which I'm entitled to seeing as I've wasted 7 years of my life fighting for justice) on the 22nd of September, and then poof, all of a sudden, like magic you settled with the USVI, which you are right are just as guilty as you and JP Morgan and Jess Staley. Mmm, really, because that's not shady at all?????  I thought you said Jess Staley was solely responsible for JP Morgan funding decades of rape and trafficking of thousands of women and children, including mine, or have I missed something?

Demon, I also know through the courts because I was going to testify that you deleted all of Adams's correspondence, bar one email from 2004. Linda and my attorney can confirm this. This one email saved on your server while every other one was deleted confirms that Adam, Vice President of Media Relations, was given a media briefing from the NY Times, which would have been given daily. The email mentioned Epstein but was unrelated to him being the biggest paedophile on the planet.

So this confirms Epstein as your Client was flagged for media otherwise, I'm guessing Epstein wouldn't be in the 2004 media report, but what do I know at least you have given me the closure that Adam was indeed involved. I have attached a couple of Adams emails using his JP Morgan and Citibank for you, Demon. If possible, I would like to meet you next week, Demon, to discuss Adam's behaviour and show you the rest of his emails. I can't afford an air ticket, so please fly here to the Netherlands. The flights are not long, and we can also discuss giving myself and all the victims (not just the US victims) decent compensation for the rapes and trafficking your company funded... for decades.

Demon, I would also like you to explain to everyone and the victims directly why no 314a or 314b's were issued when you funded Epstein's trafficking. Linda confirmed this, and I have the recording, so I'm confused, as compliance has raised multiple red flags over the years. So either you or Linda are lying, and I don't think Linda is a liar like you. If you had issued those which are standard practice in the banking industry, you would have immediately found out that, yes, Epstein was trafficking children and

young women all over the world and frozen his accounts immediately. Hence, Epstein no longer would have had access to cash to rape and traffic, and you could have unfrozen his accounts once a thorough investigation was done. You also went to law enforcement as early as 2002 about your suspicions about Epstein? So again, I'm really confused as to why Epstein and all the co-conspirators weren't arrested under the RICO Act in 2002. So the reality is you are responsible, Demon we can discuss this when we meet next week.

David and Demon, please explain to everyone and the victims why Simone, the victim administrator you chose, has been a long-term Harvey Weinstein employee since 2008. This must be made known **IMMEDIATELY** to the other victims so we can all prepare our Objections as the deadline is next week, Thursday the 19th of October.

The international victims **MUST** know this, as the US government can **NO** longer be trusted. The US government has consistently **NOT** kept its word on foreign policy commitments and endangered vulnerable children and women **WORLDWIDE** for decades, which is still going on. Below is an email I sent to Linda and Anne Claire Le Jeune the French prosecutor still fighting for justice for the French victims of Epstein and Brunel on 11th September 2023.

This Epstein matter and everyone involved, including you, Bill, David and Demon, must now be taken to the International Court Of Justice at the Hague, where **ALL** victims can share their stories and evidence, including mine.

So before you go guns blazing and calling people who really do care about what happens to children and women terrorists, understand this: in my eyes and my own personal experience, you're no different to terrorists yourselves. You've done exactly the same thing to me and 1,000's other women in countries around the globe. What's the difference, or is it that because I'm Catholic and not a US Citizen, it's okay to be raped, tortured and trafficked especially in the US, by a US citizens? Pot calling the kettle black?

I'm appalled and condemn the actions over the weekend carried out by Hamas and am deeply affected by the display of that innocent, beautiful young woman, Shani, irrespective of her faith and nationality, who quite frankly could have been my little sister at that Peace festival whose naked body was paraded around for the world to see. Shani our Darling Angel, your spirit lives on in all of us, and your death will not be in vain. We love you and will all dance with you in heaven when we arrive. Requiem aeternam dona ei (eis), Domine, et lux perpetua Lucent ei (eis). Requiescat (-ant) in pace. Amen.

What Hamas did to Shani is precisely what the US has done, parading all Epstein rape and traffic victims in front of the world's media with no hope of ever holding those accountable for their deplorable actions. **HOW IS THIS DIFFERENT YOU SERPENTS!!!**

You must have all laughed your heads off, including the media, when we all read out our victim impact statements in August 2019 in court about our rape and trauma suffered at the hands of Epstein and all you addressed in this email.  I hope you enjoyed your entertainment, but now the fun is over.

You've gone into other countries for decades, raped, pillaged and kidnapped children

and young women, never mind all the body counts along the way, Hillary. Bill, Hilary, David, Demon and Merck, I'm warning you, touch me, my loved ones or Juliette's or make their lives or careers difficult; the world really will fucking end, and that's a promise, so don't push that button because the world is watching.

You think you are superior to any other faith and nationality; perhaps that's why the **FBI** regards **Catholics as terrorists**. Yes, I'm very aware, Merrick that because I stand up for women's and children's rights of all faiths, you've labelled me the following:  Anti- Semitic, Catholic terrorist (you even numbered my request to give my Victim Impact statement 666), Russian spy, and I bet Hillary, you'll now call me a Hamas ninja!!

Talk about victim shaming of the most extreme form, as I'm none of the above and you damn well know that. I would be very careful labelling myself again because I have half a brain, courage, and integrity and am a defender of justice for women and children. Something your FBI should be Merrick. Isn't that your job?

So I suggest you pull your fucking God damn fingers out and start treating the Epstein victims with dignity, respect, compassion and humility.

You're all nothing better than a bunch of thugs in expensive suits, and that's all you will ever be!

Regards

Sarah Ransome



| | |
|---|---|
| **From:** | Sarah Ransome |
| **To:** | Sigrid McCawley; David Boies; Brad Edwards; felicia.ellsworth@wilmerhale.com; Singer, Linda; James R. Marsh; Jennifer Freeman; Bob Lewis Y. Lewis; Lucia Osborne-Crowley; Kate Briquelet; King, Gayle; Mario.Ledwith@thetimes.co.uk; Florence Nash; gmb@itv.com; foreigndesk@telegraph.co.uk; Kaplan, Karrah; LaMarca, Michael; Petralia, Whitney; simone.k.lelchuk@gmail.com; Woodsome, Kate; Josie.ensor@telegraph.co.uk; Bannon, Lisa; marcelo.prince@wsj.com; david.benoit@wsj.com; khadeeja.safdar@wsj.com; @CND AM Senior Staff; @CND AM Newsdesk; Lyall, Erin; @CND - Live News Center; @CND AM Production MGRS; @CND National Desk Staff |
| **Subject:** | Hypocrites, Rapists and Murderers! |
| **Date:** | Tuesday, October 10, 2023 12:02:01 PM |
| **Attachments:** | ▮▮▮▮▮▮ Video for Bill Clinton .mp4 |
| | The Rapists Dinner - Clintons Weinstein & Boies.jpg |
| | Bills Big Willy & Chante Davis - Epstein Victim .jpg |
| | Bill Clinton & Ghislaine Maxwell 20022.png |
| | Worlds Most Expensive Massage - Bill Clinton .jpg |
| | Adam Castellani - Email 17 - 01_07_2008.png |
| | Adam Castellani - Email 6 - 09022007.pdf |
| | Adam Castellani - Email 1 - 25012007.png |
| | Shani Louk .jpg |
| | Adam Castellani - Email 16 - 30062008.png |
| | Adam Castellani - Email 11 - 10072007.png |

**CAUTION:** **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Dear Bill, Hillary Clinton, David Boies ( Diabolus),  Demon and Merrick Garland.

My heart weeps for you all!

It is a treat to introduce myself to you, Bill, Hilary and Merrick and to greet such a wonderful, close-knit group of friends. My name is Sarah Ransome, and I'm an Epstein survivor of rape and trafficking and a defender of justice.

Bill, you and Boies have been pals for many years, and this is a fact. Again, I have attached the picture of you all having dinner while you were repressing Epstein victims, myself included, in December 2016.  Bill, you have an excellent "package", which I circled whilst another rape victim was massaging you on that 2002 rape trip of yours. That would explain why, Hilary, you always have a smile.

They say you're lucky if you can count five true friends on your hands, and Bill, I can confirm that Boies truly is your friend. Sad that he has had to do most of your dirty work for you, so you must be a really good soul, Bill, because I wouldn't do that for any of my friends, especially if I knew they were complicit in the world's most prolific paedophile and sex trafficking ring which saw 1000's of children and young woman raped, trafficked and yes murdered.

Yes, a well-known, well-loved Epstein victim was murdered a few months ago, and no doubt Merrick, you've destroyed the evidence? It's pretty convenient for you, David and I'm surprised you've kept it quiet for so long. Lucia Osborn will make a statement shortly on behalf of this beautiful soul you destroyed and murdered.

Bill, you met ▮▮▮▮▮▮ on your trip to our country, South Africa, in 2002. ▮▮▮▮▮ trusted you. You being there,  shaking her hand, and being at her modelling casting with ▮▮▮▮▮▮ in Epstein's hotel suit made her feel secure. You enabled Epstein to traffick ▮▮▮▮; where she was raped over and over again by Epstein for approximately two years. Bill, you can find out the exact amount of times ▮▮▮▮ was raped when you shake her hand again and beg for her forgiveness in person. David, you should be ashamed that you have not told your friend to apologise to your

client ▉▉▉▉ and at least in some way make amends. I have attached a video she made for you, Bill, asking for an explanation. Bill, please, can you at least have the common courtesy to make things right with ▉▉▉▉, considering your wife supposedly advocates for women's rights and all?

Demon, as you know, I was going to testify against you and Adam Castellani, your Vice President of Media Relations, at the USVI trial on 23 October for enabling my rape and trafficking with Epstein and co. I sent a factual all-around email (which I'm entitled to seeing as I've wasted 7 years of my life fighting for justice) on the 22nd of September, and then poof, all of a sudden, like magic you settled with the USVI, which you are right are just as guilty as you and JP Morgan and Jess Staley. Mmm, really, because that's not shady at all?????  I thought you said Jess Staley was solely responsible for JP Morgan funding decades of rape and trafficking of thousands of women and children, including mine, or have I missed something?

Demon, I also know through the courts because I was going to testify that you deleted all of Adams's correspondence, bar one email from 2004. Linda and my attorney can confirm this. This one email saved on your server while every other one was deleted confirms that Adam, Vice President of Media Relations, was given a media briefing from the NY Times, which would have been given daily. The email mentioned Epstein but was unrelated to him being the biggest paedophile on the planet.

So this confirms Epstein as your Client was flagged for media otherwise, I'm guessing Epstein wouldn't be in the 2004 media report, but what do I know at least you have given me the closure that Adam was indeed involved. I have attached a couple of Adams emails using his JP Morgan and Citibank for you, Demon. If possible, I would like to meet you next week, Demon, to discuss Adam's behaviour and show you the rest of his emails. I can't afford an air ticket, so please fly here to the Netherlands. The flights are not long, and we can also discuss giving myself and all the victims (not just the US victims) decent compensation for the rapes and trafficking your company funded... for decades.

Demon, I would also like you to explain to everyone and the victims directly why no 314a or 314b's were issued when you funded Epstein's trafficking. Linda confirmed this, and I have the recording, so I'm confused, as compliance has raised multiple red flags over the years. So either you or Linda are lying, and I don't think Linda is a liar like you. If you had issued those which are standard practice in the banking industry, you would have immediately found out that, yes, Epstein was trafficking children and young women all over the world and frozen his accounts immediately. Hence, Epstein no longer would have had access to cash to rape and traffic, and you could have unfrozen his accounts once a thorough investigation was done. You also went to law enforcement as early as 2002 about your suspicions about Epstein? So again, I'm really confused as to why Epstein and all the co-conspirators weren't arrested under the RICO Act in 2002. So the reality is you are responsible, Demon we can discuss this when we meet next week.

David and Demon, please explain to everyone and the victims why Simone, the victim administrator you chose, has been a long-term Harvey Weinstein employee since 2008. This must be made known **IMMEDIATELY** to the other victims so we can all prepare our Objections as the deadline is next week, Thursday the 19th of October.

The international victims **MUST** know this, as the US government can **NO** longer be trusted. The US government has consistently **NOT** kept its word on foreign policy commitments and endangered vulnerable children and women **WORLDWIDE** for decades, which is still going on. Below is an email I sent to Linda and Anne Claire Le Jeune the French prosecutor still fighting for justice for the French victims of Epstein and Brunel on 11th September 2023.

This Epstein matter and everyone involved, including you, Bill, David and Demon, must now be

taken to the International Court Of Justice at the Hague, where **ALL** victims can share their stories and evidence, including mine.

So before you go guns blazing and calling people who really do care about what happens to children and women terrorists, understand this: in my eyes and my own personal experience, you're no different to terrorists yourselves. You've done exactly the same thing to me and 1,000's other women in countries around the globe. What's the difference, or is it that because I'm Catholic and not a US Citizen, it's okay to be raped, tortured and trafficked especially in the US, by a US citizens? Pot calling the kettle black?

I'm appalled and condemn the actions over the weekend carried out by Hamas and am deeply affected by the display of that innocent, beautiful young woman, Shani, irrespective of her faith and nationality, who quite frankly could have been my little sister at that Peace festival whose naked body was paraded around for the world to see. Shani our Darling Angel, your spirit lives on in all of us, and your death will not be in vain. We love you and will all dance with you in heaven when we arrive. Requiem aeternam dona ei (eis), Domine, et lux perpetua Lucent ei (eis). Requiescat (-ant) in pace. Amen.

What Hamas did to Shani is precisely what the US has done, parading all Epstein rape and traffic victims in front of the world's media with no hope of ever holding those accountable for their deplorable actions. **HOW IS THIS DIFFERENT YOU SERPENTS!!!**

You must have all laughed your heads off, including the media, when we all read out our victim impact statements in August 2019 in court about our rape and trauma suffered at the hands of Epstein and all you addressed in this email.  I hope you enjoyed your entertainment, but now the fun is over.

You've gone into other countries for decades, raped, pillaged and kidnapped children and young women, never mind all the body counts along the way, Hillary. Bill, Hilary, David, Demon and Merck, I'm warning you, touch me, my loved ones or ███████'s or make their lives or careers difficult; the world really will fucking end, and that's a promise, so don't push that button because the world is watching.

You think you are superior to any other faith and nationality; perhaps that's why the **FBI** regards **Catholics as terrorists**. Yes, I'm very aware, Merrick that because I stand up for women's and children's rights of all faiths, you've labelled me the following:  Anti- Semitic, Catholic terrorist (you even numbered my request to give my Victim Impact statement 666), Russian spy, and I bet Hillary, you'll now call me a Hamas ninja!!

Talk about victim shaming of the most extreme form, as I'm none of the above and you damn well know that. I would be very careful labelling myself again because I have half a brain, courage, and integrity and am a defender of justice for women and children. Something your FBI should be Merrick. Isn't that your job?

So I suggest you pull your fucking God damn fingers out and start treating the Epstein victims with dignity, respect, compassion and humility.

You're all nothing better than a bunch of thugs in expensive suits, and that's all you will ever be!

Regards

Sarah Ransome

**From:** Sarah Ransome
**To:** David Boies; Sigrid McCawley; Brad Edwards; Jennifer Freeman; James R. Marsh; Bob Lewis Y. Lewis; Singer, Linda; felicia.ellsworth@wilmerhale.com
**Subject:** Mistake
**Date:** Monday, October 9, 2023 8:14:01 AM

---

**CAUTION:** **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

David and Demon

You've made the biggest mistake crossing me. You've underestimated me and I'm coming for you.

Sarah Ransome