UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

    Defendant.

No. 22-cv-10019 (JSR)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sebastian Harrell hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae, the State of Mississippi in the above-captioned action.

I am in good standing of the bar of the State of Mississippi, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and the Certificates of Good Standing.


Dated: 11/1/23

Respectfully submitted,

*/s/ Sebastian Harrell*

Sebastian Harrell
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, MS 39205
Telephone: 601-359-3070
Sebastian.Harrell@ago.ms.gov