**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

       Plaintiff,

v.                                                      No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

       Defendant.

**AFFIDAVIT FOR ADMISSION
PRO HAC VICE**

     I, the undersigned Sebastian Harrell, do solemnly swear to the following under Local Civil

Rule 1.3(c)(1) of the United States Courts for the Southern and Eastern Districts of New York:

(a) I have never been convicted of a felony; (b) I have never been censured, suspended, disbarred,

or denied admission or readmission by any court; (c) there are no disciplinary proceedings

presently against me.

     WITNESS my signature this _1st_ day of _November_, 2023.

_Sebastian Harrell_
AFFIANT

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _1_ day of _November_,
2023.

_[signature]_
NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 293316
LAKEN NICOLE HANNA
Commission Expires
Oct. 18, 2025
RANKIN COUNTY