UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

    Plaintiff,

v.                                                   No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of Sebastian Harrell, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared he is a member in good standing of the bar of the state of Mississippi; and that his contact information is as follows:

    Applicant's Name: <u>Sebastian Harrell</u>
    Firm Name: <u>Mississippi Attorney General's Office</u>
    Address: <u>P.O. Box 220</u>
    City/ State/ Zip: <u>Jackson, Mississippi 39205</u>
    Telephone: <u>601-359-3070</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Amicus Curiae, the State of Mississippi in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before the Court are subject to the Local Rules of this Court, included the Rules governing discipline of attorneys.

Dated: _____                                    _____
                                                                                           United States District Judge