UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>    Defendants | Case No.  1:22-CV-10019(JSR)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Christopher T. Han hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Amicus Curiae, the State of Hawaiʻi, in the above-captioned action.

I am in good standing of the bar of the State of Hawaiʻi and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: November 3, 2023
      Honolulu, HI

Respectfully submitted,

*/s/ Christopher T. Han*

CHRISTOPHER T. HAN
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813
PH:  (808) 586-1180
FX:  (808) 586-1205
christopher.t.han@hawaii.gov