UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe 1, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>        Defendants | Case No.    1:22-CV-10019(JSR)<br><br>AFFIDAVIT OF CHRISTOPHER T. HAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, CHRISTOPHER T. HAN, being duly sworn, hereby deposes and says as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of the State of Hawai'i.

WITNESS my signature this 2 day of November, 2023.

*[signature]*

AFFIANT Christopher T. Han

Doc. Date: 11/2/2023    # Pages: 4

Alma Preciosa Villarin    First Circuit

Doc. Description: motion for admission Pro Hac Vice

*[signature]*    11/2/2023

Notary Signature    Date

NOTARY CERTIFICATION

ALMA PRECIOSA VILLARIN
EXP. DATE: 5/10/2027