# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

**CHRISTOPHER TONG-NYONG HAN**

...............................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that **Christopher Tong-Nyong Han** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on November 20, 2020. This attorney's current status is active and they are presently in good standing.

DATED:     Honolulu, Hawai‘i, November 3, 2023.

*[signature]*
Clerk, Supreme Court of Hawai‘i