UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe 1, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　　　　　Defendants | Case No. 1:22-CV-10019(JSR)<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of Christopher T. Han, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Hawai'i; and that his contact information is as follows

　　Christopher T. Han
　　Deputy Attorney General
　　Department of the Attorney General
　　425 Queen Street
　　Honolulu, Hawai'i  96813
　　christopher.t.han@hawaii.gov
　　Tel/Fax:  808-586-1180 / 808-586-1205

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the State of Hawai'i in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge