UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

    Plaintiff,

vs.                                 No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER FOR ADMISSION
## PRO HAC VICE

The Motion of James Warren Grayson for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Mexico and the bar of the State of Washington, and that his contact information is as follows:

    JAMES GRAYSON
    jgrayson@nmag.gov
    (505) 218-0850
    New Mexico Attorney General's Office
    P.O. Drawer 1508
    Santa Fe, NM 87504-1508

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae the State of New Mexico in the above entitled action;

**IT IS HEREBY ORDERED** that James Warren Grayson is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

United States District/Magistrate Judge