# AFFIDAVIT

STATE OF NEW MEXICO  )
                     ) ss.
COUNTY OF SANTA FE   )

I, James Warren Grayson, being duly sworn upon my oath, do hereby state as follows:

1. I am the Chief Deputy Attorney General in the New Mexico Attorney General's Office.

2. I am an active member in good standing of the state bar of New Mexico and an inactive member in good standing of the state bar of Washington.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending against me.

FURTHER AFFIANT SAYETH NOT.

STATE OF NEW MEXICO
NOTARY PUBLIC
Loretta Baca
Commission No. 1085287
February 01, 2027

James Warren Grayson

Subscribed and sworn to before me by

James Warren Grayson (Name of Affiant)

this  3  day of  11 , 2023.

NOTARY PUBLIC

My commission expires:

2-1-27