**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

     Plaintiff,

vs.                                                                                          No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

     Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James Warren Grayson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae the State of New Mexico in the above-captioned action.

I am in good standing of the bars of the states of New Mexico and Washington, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and the Certificates of Good Standing.

Dated: <u>November 6      </u>, 2023               Respectfully submitted,

<div style="margin-left: 40%;">
<u>/s/ James Warren Grayson           </u>  
James Warren Grayson  
Chief Deputy Attorney General  
New Mexico Attorney General's Office  
P.O. Drawer 1508  
Santa Fe, NM  87504-1508  
(505) 218-0850  
jgrayson@nmag.gov
</div>