

IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO  }
                     }  ss.
SUPREME COURT        }

I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon motion for admission without examination under Rule 15-107 NMRA, **JAMES W. GRAYSON** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **April 24, 2006**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 1st day of November, 2023.

_____
Elizabeth A. Garcia
Chief Clerk of the Supreme Court
of the State of New Mexico

By: *Jessica Gilmore* _____
Deputy Clerk