AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe et al. *Plaintiff* v. JP Morgan Chase Bank NA *Defendant* | Case No. 1:22-cv-10019-JSR |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, the State of Mississippi through the Attorney General of Mississippi

Date:    11/06/2023

*/s/ Sebastian Harrell*
*Attorney's signature*

Sebastian Harrell MS Bar# 106589
*Printed name and bar number*

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
*Address*

sebastian.harrell@ago.ms.gov
*E-mail address*

(601) 359-3070
*Telephone number*

*FAX number*