UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Doe,<br>Plaintiff,<br><br>-against-<br><br><br>JPMorgan Chase Bank, N.A.,<br>Defendant | 1:22-cv-10019 (JSR)<br>**MOTION FOR ADMISSION PRO HAC VICE** |

Under Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Assistant Attorney General Nadeen J. Saqer hereby moves for an Order for admission to practice Pro Hac Vice to appear as counsel for the District of Columbia in the above-captioned case.

I am in good standing of the bars of the states of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

Dated:  November 6, 2023        Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Nadeen J. Saqer*
NADEEN J. SAQER [DC Bar # 1673312]
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7433
Nadeen.Saqer@dc.gov

*Counsel for the District of Columbia*