UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Doe,
Plaintiff,

-against-

JPMorgan Chase Bank, N.A.,
Defendant

1:22-cv-10019 (JSR)

## AFFIDAVIT OF NADEEN J. SAQER

I, Nadeen J. Saqer, declare as follows:

1. I am over eighteen years of age and competent to testify to the matters contained in this affidavit, which is based on my personal knowledge.

2. I am an applicant for Pro Hac Vice admission to this Court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. The certificates of good standing for my admissions to the state bars of New York and the District of Columbia are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Nadeen J. Saqer

Signed and sworn before me this __6__ day of November 2023

*Althea Geletka*

DISTRICT OF COLUMBIA, SS.

My Commission expires ____ALTHEA GELETKA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 30, 2023