UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| Doe,<br>Plaintiff,<br><br>-against-<br><br><br>JPMorgan Chase Bank, N.A.,<br>Defendant | 1:22-cv-10019 (JSR)<br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Nadeen J. Saqer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of New York and the District of Columbia; and that her contact information is as follows:

Nadeen J. Saqer
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
202-805-7433
Nadeen.saqer@dc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the District of Columbia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____          _____

JUDGE JED S. RANKOFF
United States District Court, Southern
District of New York