**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

    Plaintiff,

vs.                                                                                         No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tim D. Nord hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae the State of Oregon in the above-captioned action.

I am in good standing of the bar of the states of Oregon, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and the Certificates of Good Standing.

Dated: November 6    , 2023                        Respectfully submitted,

                                                              /s/ Tim D. Nord
                                                              Tim D. Nord
                                                              Oregon Attorney General's Office
                                                              1162 Court St NE
                                                              Salem, OR 97301
                                                              Telephone: (503) 934-4400
                                                              Fax: (503)378-5017
                                                              Tim.d.nord@doj.state.or.us