UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jane Doe 1 | ) | |
| Plaintiff, | ) | Case No.   1:22-CV-10019(JSR) |
| | ) | |
| | ) | AFFIDAVIT OF TIM D. NORD IN SUPPORT |
| v. | ) | OF MOTION FOR ADMISSION |
| | ) | |
| JPMorgan Chase Bank, N.A. | ) | |
| Defendant. | ) | |

STATE OF OREGON   )
                  ) ss.
County of Lane    )

I, Tim D. Nord, being first duly sworn, depose and say:

1. I serve as Special Counsel in in the Civil Enforcement Division of the Oregon Department of Justice.

2. I have never been convicted of a felony,

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court,

4. There are no disciplinary proceedings presently against me.

Dated: 11/6/2023

Respectfully Submitted,
Applicant Signature: _____
Applicant's Name:   Tim D. Nord
Firm Name: Oregon Department of Justice
Address: 1162 Court St NE City/State/Zip: Salem, Oregon 97301
Telephone/Fax: (503) 934-4400 / (503) 378-5017
Email: tim.d.nord@doj.state.or.us

SUBSCRIBED AND SWORN to before me this 6th day of November, 2023, by Tim D. Nord.

Notary Public for Oregon
My Commission Expires: 3-30-2026

OFFICIAL STAMP
SHELLI HAYES
NOTARY PUBLIC - OREGON
COMMISSION NO. 1022941
MY COMMISSION EXPIRES MARCH 30, 2026