UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

    Plaintiff,

vs.                                                  No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of Tim D. Nord, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Oregon; and that his contact information is as follows:

    Applicant's Name:    TIM D. NORD
    Firm Name: Oregon Department of Justice
    Address: 1162 Court St NE
    City/State/Zip: Salem, Oregon 97301
    Telephone/Fax: (503) 934-4400 / (503) 378-5017
    Email: tim.d.nord@doj.state.or.us

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The State of Oregon in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated   11/7/2023                                                                      *Jed S. Rakoff, U.S.D.J.*

                                                                                         United States District
                                                                                             Judge