

November 7, 2023

**VIA ELECTRONIC FILING**

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, New York 10007

    Re:   *Jane Doe 1 v. JPMorgan Chase Bank, N.A..* –
           Updated Expenses
           Case No.: 1:22-CV-10019 (JSR)

Dear Judge Rakoff:

    Class Counsel submits this update in support of their Motion for an Award of Attorneys' Fees and Expenses. ECF No. 235. Enclosed are (1) an Amended Declaration of Bradley J. Edwards in Support of Motion for an Award of Attorneys' Fees and Expenses ("Edwards Declaration"); (2) an Amended Declaration of Sigrid S. McCawley in Support of Motion for Award of Attorney's Fees and Expenses ("McCawley Declaration"), and (3) an amended Proposed Order. These documents amend ECF Nos. 238, 239, and 240, respectively.

    The amount of expenses requested in the enclosed Proposed Order ($1,071,223.56) is the total of the amounts in paragraph 7 of the Edwards Declaration ($537,677.43) and paragraph 7 of the McCawley Declaration ($533,546.13).

                                                     Sincerely,

                                                     /s/ David Boies

                                                  David Boies
                                                  Andrew Villacastin
                                                  Sabina Mariella
                                                  Alexander Law
                                                  Boies Schiller Flexner LLP
                                                  55 Hudson Yards
                                                  New York, New York
                                                  Telephone: (212) 446-2300
                                                  Fax: (212) 446-2350
                                                  Email: dboies@bsfllp.com
                                                  Email: avillacastin@bsfllp.com
                                                  Email: smariella@bsfllp.com
                                                  Email: alaw@bsfllp.com



Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman PLLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com

Brittany N. Henderson
Edwards Henderson Lehrman PLLC
1501 Broadway
Floor 12
New York, NY
Telephone: (954)-524-2820
Fax: (954) 524-2820
Email: Brittany@cvlf.com

*Counsel for Jane Doe 1 and the Class*