AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe I ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CV-10019 (JSR) |
| JPMorgan Chase BAnk, N.A. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon.

Date: 11/08/2023

/s/ Tim D. Nord
*Attorney's signature*

Tim D. Nord, OSB 882800
*Printed name and bar number*

Oregon Dep of Justice
1162 Court St NE
Salem, OR 97301

*Address*

tim.d.nord@doj.state.or.us
*E-mail address*

(503) 934-4400
*Telephone number*

(503) 378-5017
*FAX number*