# UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK

Jane Doe 1, individually and on behalf of all others similarly situated, Plaintiff

v.

Deutsche Bank Aktiengesellschaft, et. al., Defendants

JPMorgan Chase Bank, N.A., Defendant

Case No. 1:22-CV-10018 (JSR)
& Consolidated Case No. 1:22-CV-10019 (JSR)

**CLASS ACTION LAWSUIT**

## NOTICE OF APPEARANCE OF THE OBJECTOR DOE #7 (seven)

**THE COURT & PARTIES TO THE ACTION CAPTIONED IN THE HEADER ARE HEREBY NOTIFIED:**

This Notice of Appearance is filed for the court records to note Objector Doe #7 as appearing in the case.

Objector, (Charlene Y. Latham) appears as Doe #7 in the above captioned class action lawsuits using a Doe psuedonym as permitted by the Court's granting permission for anonymity.

Dated: 11/02/2023

s/Jane Doe #7 (seven)
redacted for Anonymity
USPS Service Address Redacted
Electronic Mail Address Redacted
Phone Number Redacted

janedoenumberseven@gmail.com
(provided as general email for purposes of identity protection)