UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

  Plaintiff,

vs.              No. 22-cv-10019 (JSR)

JP MORGAN CHASE BANK, N.A.,

  Defendant.

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record

I am authorized to practice in this Court, and I appear in this Court as counsel for Amicus Curiae the State of New Mexico, lead Amicus for sixteen Amici states and Amicus the District of Columbia. The Amici include the States of Arizona, California, Illinois, Minnesota, Utah, and Vermont, which are represented by the attorneys listed below. Those attorneys are either awaiting additional documentation to seek pro hac vice admission or further direction of the Court to file individual notices of appearance, if needed, but will rely on New Mexico as lead Amicus to present arguments on their behalf at the hearing scheduled for November 9, 2023.

Dated: <u>November 9  </u>, 2023   Respectfully submitted,

              <u>/s/ James Warren Grayson  </u>
              James Warren Grayson (NM Bar # 22732)
              Chief Deputy Attorney General
              New Mexico Attorney General's Office
              P.O. Drawer 1508
              Santa Fe, NM  87504-1508
              Tel: (505) 218-0850
              Fax: (505) 490-4060
              Email: jgrayson@nmag.gov

Counsel for Arizona:

Vince Rabago
Chief Counsel – Consumer Protection and Advocacy
Office of the Arizona Attorney General
vince.rabago@azag.gov
(Application for Pro Hac Vice to be Filed upon Further Direction of the Court)

Counsel for California:

Emily Kalanathi (NY 4191805)
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Emily.Kalanithi@doj.ca.gov
(Admitted to Practice in this Court)

Counsel for Illinois:

Elizabeth Blackston
Assistant Attorney General
Chief, Consumer Fraud Bureau, Southern Region
Office of the Illinois Attorney General
500 South Second St.
Springfield, IL 62701
217-782-9021
Elizabeth.Blackston@ilag.gov
(Application for Pro Hac Vice Forthcoming)

Counsel for Minnesota:

Jason Pluggenkuhle
Manager, Consumer, Wage, and Antitrust Division
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
(Application for Pro Hac Vice to be Filed Upon Further Direction of the Court)

Counsel for Utah:

Christopher A. Bates
Deputy Solicitor General
Utah Attorney General's Office
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114
(801) 366-0260
chrisbates@agutah.gov
(Application for Pro Hac Vice Forthcoming)

Counsel for Vermont:

Merideth C. Chaudoir
Assistant Attorney General
Public Protection Division
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
802-828 1422
Merideth.chaudoir@vermont.gov
(Application for Pro Hac Vice to be Filed Upon Further Direction of the Court)