UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>       Defendant. | 22-cv-10019 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   Jane Doe 7, a purported class member of the class certified in the above-captioned case, filed an objection to the proposed settlement and request for discovery. See Objs. to Proposed Settlement, ECF No. 218; Mot. for Permission to Conduct Disc., ECF No. 259. The Court hereby reconfirms its ruling to deny Jane Doe 7's objection and request for discovery for substantially the same reasons that are laid out in the Court's Opinion denying her essentially identical objection and request for discovery in Doe 1 v. Deutsche Bank AG et al., 22-cv-10018. See 11/13/23 Opinion, Doe 1 v. Deutsche Bank AG et al., 22-cv-10018, ECF No. 126. If anything, the differences between the settlement of the Deutsche Bank matter and the settlement in the above-captioned case even more strongly favor overruling Jane Doe 7's objection.

   SO ORDERED.

New York, NY
November 17, 2023

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

1