UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

  -v-

JP MORGAN CHASE BANK, N.A.,

       Defendant.

---

22-cv-10019 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The Court has received a request from a class member in the above-captioned action -- who wishes to remain anonymous -- seeking permission to use the transcript and video recording of her deposition taken in this case in a manner otherwise inconsistent with the terms of the protective order previously entered by the Court. See Dkt. 35. That unopposed request is hereby granted, provided that the personally identifying information of all other class members contained in the transcript and recording will remain subject to the protective order and must be redacted or removed from any reproduction or use of the transcript or recording.

    SO ORDERED.

New York, NY
December 1, 2023

                                                  JED S. RAKOFF, U.S.D.J.