UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌────────────────────────────────────────┐
│ JANE DOE 1, Individually and on         │         22-cv-10019 (JSR)
│ Behalf of All Others Similarly          │
│ Situated,                               │
│                                         │
│          Plaintiff,                     │
│                                         │
│     -v-                                 │
│                                         │
│ JP MORGAN CHASE BANK, N.A.,             │
│                                         │
│          Defendant.                     │
└────────────────────────────────────────┘
```

```
┌────────────────────────────────────────┐
│ GOVERNMENT OF THE UNITED STATES         │         22-cv-10904 (JSR)
│ VIRGIN ISLANDS,                         │
│                                         │
│          Plaintiff,                     │
│                                         │
│     -v-                                 │
│                                         │
│ JP MORGAN CHASE BANK, N.A.,             │
│                                         │
│          Defendant.                     │
└────────────────────────────────────────┘
```

ORDER

JED S. RAKOFF, U.S.D.J.:

Consistent with this Court's Opinion and Order dated July 30, 2024 (ECF No. 295), the Class Counsel submitted proposed redactions of the relevant class certification transcripts to the Court for *in camera* review. The Court finds the proposed redactions acceptable. Accordingly, the Court hereby orders the Class Counsel

1

to furnish the redacted exhibits to the non-party movant New York

Times.

      SO ORDERED.

New York, NY
September 30, 2024

                                                                     
JED S. RAKOFF, U.S.D.J.