October 4, 2024

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, New York 10007

   **Re:** ***Jane Doe 1 v. JPMorgan Chase Bank, N.A.. –***
      **Notice of Unsealing**
      **Case Nos.: 1:22-CV-10019 (JSR); 1:22-CV-10904 (JSR)**

Dear Judge Rakoff:

   Pursuant to the Court's July 30, 2024, and September 30, 2024, Orders, Class Counsel are filing the exhibits at issue in redacted form as attachments hereto.

           Respectfully Submitted,

           <u>*s/* Andrew Villacastin</u>

           David Boies
           Andrew Villacastin
           Sabina Mariella
           Alexander Law
           Boies Schiller Flexner LLP
           55 Hudson Yards
           New York, New York
           Telephone: (212) 446-2300
           Fax: (212) 446-2350
           Email: dboies@bsfllp.com
           Email: avillacastin@bsfllp.com
           Email: smariella@bsfllp.com
           Email: alaw@bsfllp.com

           Sigrid McCawley (*pro hac vice*)
           Daniel Crispino (*pro hac vice*)
           Boies Schiller Flexner LLP
           401 E. Las Olas Blvd. Suite 1200
           Fort Lauderdale, FL 33316
           Telephone: (954) 356-0011
           Fax: (954) 356-0022
           Email: smccawley@bsfllp.com



Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman PLLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com

Brittany N. Henderson
Edwards Henderson Lehrman PLLC
1501 Broadway
Floor 12
New York, NY
Telephone: (954)-524-2820
Fax: (954) 524-2820
Email: Brittany@cvlf.com

*Counsel for Jane Doe 1 and the Class*