# EXHIBIT 36

CONFIDENTIAL

1

2                    VIDEO DEPOSITION
                  ███████████████████
3

4

5   IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF NEW YORK
6
    ----------------------------------------
7
    JANE DOE 1, individually and on behalf
8   of all others similarly situated,

9                         Plaintiff,

10               - vs -      Case No.
                            22-cv-10019(JSR)
11
    JPMORGAN CHASE BANK, N.A.,
12
                         Defendant.
13  ----------------------------------------

14          Video deposition of ████████████

15  Plaintiff, taken pursuant to the Federal Rules of

16  Civil Procedure, at ████████████████████████

17  ████████████████████████████████,

18  on March 3, 2023, commencing at 9:12 a.m., before

19  ██████████████, Notary Public.

20

21

22

23

24

25

1          ████████████████

2          Q.   Okay.  Have you -- did you speak with

3    any of the other victims who were in court that day

4    before you addressed the court?

5          A.   I mean, I would need a slice of time

6    that you're -- you have in mind because, you know,

7    I met them -- some of them through Jeffrey.

8          So if it was in 2000 -- you know, at

9    first -- or could you just rephrase the question?

10         Q.   Sure.  That morning -- the morning of

11   ████████████████ --

12         A.   Yeah.

13         Q.   -- you were in the courtroom in ████

14   ████, right?

15         A.   Yes.

16         Q.   Okay.  Who else do you recall seeing

17   there that had been other victims of Jeffrey Epstein?

18         A.   ████████████ was there, a girl named

19   ██████████, another victim, ██████████████.  I

20   didn't realize it was her until she came up to me

21   after.  I can't recall anyone else specifically,

22   but I -- I know that there were other women there.

23         Q.   Okay.

24         A.   If that's --

25         Q.   And did ██████████████ address the court

1 ▮▮▮▮▮

2 that day?

3      A.   Yeah.

4      Q.   Did ▮▮▮▮▮ address the court that

5 day?

6      A.   I don't remember if she did.

7      Q.   Did ▮▮▮▮▮ address the court that

8 day?

9      A.   I don't remember.

10      Q.   Okay.  Do you agree with the statement

11 that you don't want to speak for all of the

12 victims?

13      A.   Not anymore.

14      Q.   What has caused you to change that

15 view?

16      A.   I find it my -- my duty as a human

17 being who experienced very similar things, to help

18 them.  Help people who may not want to speak for

19 themselves, who may want to be -- remain more

20 anonymous than I am.

21      For example, sitting here today, I -- it's

22 important to me to seek justice for them and for

23 myself ▮▮▮▮▮.

24      Q.   Have you spoken with ▮▮▮▮▮ about

25 this lawsuit?

```
 1                        ████████████
 2        A.   No.
 3        Q.   When is the last time you spoke with
 4   ████████████?
 5        A.   I believe it was the day before
 6   yesterday, maybe two days ago.
 7        Q.   Does ████████████ know that you're
 8   involved in this lawsuit?
 9        A.   I don't know.
10        Q.   Have you ever told ████████████ that you
11   were involved in this lawsuit?
12        A.   I don't remember if -- maybe.  I don't
13   know.
14        Q.   Do you think -- do you think you've
15   told ████████████ that you're involved in this
16   lawsuit?
17        A.   Possibly.
18        Q.   Have you told ████████████ that you're
19   involved in this lawsuit?
20        A.   No.
21        Q.   Have you told ████████████ that you're
22   involved in this lawsuit?
23        A.   No.
24        Q.   Have you told any of the other Epstein
25   victims that you are aware of, that you're involved
```

 1                    ████████████████

 2          THE VIDEOGRAPHER:  Okay.  We are going back

 3   on the record, time is 11:41.

 4          BY MS. ELLSWORTH:

 5          Q.   Okay.  So ███████, I'm going to ask

 6   you about your time with Mr. Epstein and we will

 7   take breaks if you need them at any time.

 8          So I want you to feel free to -- we can just

 9   take a quick break and go off the record if we need

10   to at any point in time.  Okay?

11          A.   Okay.

12          MR. EDWARDS:  And just so we're clear, the

13   questions you're going to be asking are not going

14   to be based on documents that were produced to you

15   yesterday that haven't yet been produced to us from

16   the production --

17          MS. ELLSWORTH:  I'm asking --

18          MR. EDWARDS:  -- from the estate?

19          MS. ELLSWORTH:  I'm asking questions about

20   documents that ██████ has produced.

21          MR. EDWARDS:  Okay.

22          BY MS. ELLSWORTH:

23          Q.   So I believe you provided information

24   to the estate -- excuse me, to the fund and to your

25   therapist that ████████ is the individual who

1          ██████████████

2    introduced you to Mr. Epstein; is that correct?

3          A.   Yes.

4          Q.   Okay.  How did you first meet

5    ████████████?

6          A.   We were both ████████ studying at █████

7    ████████████.

8          Q.   Okay.  And your complaint indicates

9    that you met Mr. Epstein via ████████████ in 2006?

10         A.   Yeah.

11         Q.   Okay.  And what time of the year in

12   2006, do you know?

13         A.   I remember it being when I was ████

14   ████████████, which ████████████ usually -- generally

15   start in like September, October, so it had to have

16   been around then or towards -- a little bit later.

17         Q.   Okay.  And how did Mr. Epstein come up

18   in your conversation with ████████████?

19         A.   We weren't like generally friends

20   before that, she worked ████████████████████████, I did

21   ████████████ at night there ████████████████████, but I

22   knew of her and exchanged conversations when I

23   bought something, I saw her ████████████████████.  We

24   exchanged very brief words.

25         She saw me at the grocery store adjacent to

1 ██████████████

2 ██████, called ██████, and I was in the soup aisle,

3 I think, looking -- just getting some groceries

4 before I went home to my mom's house.  I lived with

5 her at the time.

6         She saw me sort of blankly staring and came

7 and started talking to me, sort of asking if I was

8 okay.  That's -- this is my understanding of the

9 conversation.

10        I don't know the exact words that were

11 exchanged, but it came up that I was stressing

12 about not financially being able to provide for my

13 family, the way that I was, all the stress was on

14 me to take care of them.

15        And -- and I was desperately trying to find

16 a████████████, ██████████████ when I could on the

17 weekends generally.

18        And I was having a hard time making it to

19 some auditions because I would end up late because

20 I was working in ████ on the street.

21        Around that time, my mom was ██████████████

22 with ████████ and I was putting the money that we

23 made, ████████████████ I, into a bank account

24 and my mom was spending it.  It was a very

25 stressful time for me because of this.

1          ████████████

2          We were -- ████████████ I were

3    responsible for taking care of my mom █████

4    ████████████ and ████████████ started to lose

5    it, so all of this pressure was on me and this is

6    what I was telling █████, that I just -- I was

7    really depressed.

8          I don't know if I told her that generally,

9    but I think she understood that I wasn't okay and

10   she seemed to have this ability to help me.

11         She knew someone who could employ me, who

12   was looking for a massage and I lit up because I --

13   my mom had a bad back and throughout my childhood,

14   I was made to massage her.

15         And I didn't really like it, but I was good

16   at it and I knew I was good at it because my mom's

17   a tough critic and wouldn't lie.  Like she -- she

18   would rather say mean stuff than nice stuff.

19         I didn't know that it was like a profession.

20   I didn't know that you needed a license or anything

21   at that time.  I just was like someone wants to pay

22   me to do massage and I know how to do it and that

23   could be a way out of like working in the freezing

24   cold and -- and not making very much money.

25         Because it was -- the mayor was cracking

1          ███████████████

2    down on vendors and taking their stuff and smashing

3    it and throwing it away.  There was a lot of, like,

4    unrest among the artists in ████ between them and

5    the mayor and the police.

6          And I was forced to deal with all of that as

7    a child, like, on -- being on the street, cops

8    would come up and harass us.  So these were things

9    that were really weighing on me and I -- I would

10   have done anything to ameliorate that with a

11   different job.

12         I wouldn't have done what I -- like now what

13   happened to me, I didn't want that to happen.

14   That's not what I was told would happen.

15         Q.   Did ████████ tell you that she had

16   been providing massages to Mr. Epstein?

17         A.   I don't know if she did, but she knew

18   that he got them.

19         Q.   Did she tell you how much you would be

20   paid for providing a massage?

21         A.   I believe she -- I believe she told me

22   that he paid -- I think at that time, I don't

23   remember for sure, but I think she did tell me that

24   it was like $300 for a massage, that that was like

25   what you would get.

1                         ████████████

2          Q.   Okay.  And after she told you about

3     this opportunity, had you -- did she tell you the

4     name of the individual?

5          A.   No.

6          Q.   Okay.  What -- did she bring you to his

7     house?  Did she provide you with a phone number?

8     Sort of how did the connection happen?

9          A.   I don't remember exactly, but I think

10    that maybe she had -- maybe she gave my number to

11    Lesley Groff and she called me to set it up I

12    think.

13          I kind of vaguely remember that.  I'm not

14    100 percent sure that's how it happened, but I'm --

15    that's my best guess.

16          Q.   And so how long after the conversation

17    with ████████ at the grocery store was it before

18    you went to the house to meet Mr. Epstein?

19          A.   I don't recall because it was so many

20    years ago, but probably that week.

21          Q.   Okay.  Did ████████ come with you

22    when you went to the house?

23          A.   No.

24          Q.   You went by yourself?

25          A.   Yes.

```
 1                    ████████████
 2        Q.   Okay.  And you were given an address to
 3   go to?
 4        A.   Yes.
 5        Q.   Okay.  And you think somebody called
 6   you to tell you where to go?
 7        A.   I think so.
 8        Q.   Okay.  Did -- anything else that you
 9   remember about that phone call or communication
10   about where to go or how much you'd be paid?
11        A.   No.  It was so many years ago.
12        Q.   Do you know whether ████████ received
13   any compensation for providing your information to
14   Mr. Epstein?
15        A.    I don't know if she explicitly told me,
16   but I know that that's how it worked after being
17   friends with her, that that was something she did.
18   That that was -- that was the -- like the network.
19   That's how the network operated of Jeffrey.
20        That girls found girls and were compensated
21   for it.  It was -- it was sort of just like that's
22   like how the operation ran.  That was -- it was
23   what everyone did.
24        So sort of -- I don't know when I came to
25   that realization, but she must have been
```

1          ████████████████
2 compensated for it.
3          Q.   And you said after being friends with
4 her, that that was something she did, so by that
5 was something she did, you mean introducing other
6 women to Epstein?
7          A.   Yes, I believe I remember -- I think I
8 remember her introducing other women or like
9 scouting for him, so to speak.
10         Q.   At the time that you were first
11 introduced to him, where were you living?
12         A.   I was living with ██████.
13         Q.   And is that in ████████?
14         A.   No.
15         Q.   Okay.  Where were you living, where was
16 it?
17         A.   ████████████████.
18         Q.   Okay.  How did you -- so when you first
19 went to Epstein's house, did you take the subway
20 there?  How did you get there?
21         A.   It's so -- so many years ago.  It
22 depends on where I -- I don't remember where I was
23 coming from.
24              It's possible I walked across ████████████,
25 it's possible I took the bus across town from ██████

```
 1                        █████████████
 2  if I was ████████.  It's possible I came from ████
 3  ████████, I would have taken the subway.
 4          There are so many areas of ██████████████
 5  that I could have been coming from.  I could have
 6  been coming from █████ at -- working on the street.
 7  Any way that I would have come was probably subway
 8  or a bus.
 9          Q.   And when you got there, who did you
10  encounter first at the house?
11          A.   Lesley Groff, I believe.
12          Q.   And what conversation did you have with
13  Ms. Groff?
14          A.   I don't remember the exact words, but I
15  was made to believe that things were confidential,
16  that my stuff was to remain in the front office
17  space before I proceeded into the rest -- into the
18  rest of the home.  I couldn't bring my phone or
19  anything or my purse.
20          She was nice to me, like polite, but I --
21  just, like, firm and I don't remember, like,
22  anything else, like, word-wise.
23          Q.   Did you interact with or see anybody
24  else at the house other than Ms. Groff on that day?
25          A.   Oh.  I could have, but I don't
```

1  ███████████

2  remember.  Besides Jeffrey, I don't remember.

3  Maybe like the house staff probably.

4      Q.   And then you've already provided

5  information and statements about this initial

6  massage appointment that you had with Mr. Epstein

7  which did not have a sexual component; is that

8  correct?

9      A.   Can you rephrase the question?

10      Q.   Yes.  Did the initial massage that you

11  gave Jeffrey Epstein have a sexual component?

12      A.   This has been hard with my

13  recollection.  The way I remember is that it

14  happened over a series of visits slowly because

15  he -- I didn't -- had a hard time trusting people,

16  hiding -- you know, like, my -- on education and

17  stuff, so I -- it was done slowly and I believe it

18  was over a series of days.

19      Q.   Okay.  How much were you paid for the

20  first massage?

21      A.   I believe it was 300.

22      Q.   And how were you paid that money?

23      A.   Cash.

24      Q.   By whom?

25      A.   By Jeffrey.

1    ███████████████

2        Q.   Then did you go back to his house the

3    next day?

4        A.   I mean, I came -- I went back to his

5    house, I don't remember what day it was.

6        Q.   Was it within a day or two?

7        A.   It was probably within a day or two.

8        Q.   Okay.  And the second time that you

9    went back to the house, how did that -- how was

10   that arranged?

11       A.   What do you mean?

12       Q.   I mean, how did you -- were you asked

13   to come back?  What was the setup?

14       A.   In order to answer truthfully, like, it

15   would be hard for me to say, like, how.  It was

16   probably a phone call by Lesley.

17       Jeffrey, I don't know if he even said I'll

18   see you tomorrow, like, I don't remember.  But

19   that's the only way it could have happened is that

20   his assistant called.

21       Q.   Okay.  When you came back for a second

22   massage, did you provide a massage to

23   Jeffrey Epstein the second time?

24       A.   This is where I have a hard time

25   answering because what do you mean by massage?

1                               █████████████

2      Q.   Well, let me ask the question in this

3 way.  You've provided statements that indicate that

4 it was the third time that you went to Epstein's

5 house that the massages took a sexual turn?

6      A.   Yep.

7      Q.   And so I'm trying to understand your

8 best memory --

9      A.   Okay.

10      Q.   -- of that.

11      A.   Because like massage requires a

12 license, so this has been hard when people ask me

13 questions or even when I'm responding, like,

14 massage therapy, you have to have a license for it.

15 So I've never actually given a legal massage.

16      What I thought at the time, my naivete was

17 that it was a profession that I was able to do, but

18 I wasn't -- I wasn't equipped to do that.

19      And in terms -- like there was body

20 touching, I -- I gave him what a massage therapist

21 would -- would give, I would say.

22      And you were asking on the second day what?

23      Q.   So let me ask this.  What -- if there's

24 a vocabulary that we can use, that sort of we can

25 agree on --

```
 1                      ███████████
 2         A.    Yeah.
 3         Q.    -- that might be helpful.
 4         So when you went to Jeffrey Epstein's house
 5   the second time, you were massaging him.  Like, is
 6   that language that we could use?  I understand what
 7   you're saying about the certification.
 8         A.    I think nonsexual touch or something
 9   maybe or like as long as we understand it.  Because
10   I feel like in terms of being able to tell the
11   truth, like I can't say I gave him a massage at
12   that time, you know what I mean?
13         Like, it was -- it would have to be -- I
14   could say it was like -- like a massage --
15         Q.    Mm-hmm.
16         A.    -- but it wasn't like a legal massage.
17         Q.    Okay.
18         A.    So maybe like nonsexual touch would be
19   a -- as a placeholder.  I don't -- I'm not a -- I'm
20   not like the best person to figure that out right
21   now, but --
22         Q.    So the second time that you went to
23   Epstein's house -- and well, let me ask the
24   question a different way.
25         What was the first time that your
```

 1                    ████████████████

 2   interactions with Epstein became sexual?

 3        A.   I can't tell you exactly which day or

 4   how many days later it was.  It's speculation, but

 5   I just know that it wasn't like the first time.

 6        Q.   It was within a few days --

 7        A.   Yeah.

 8        Q.   -- of the first time that you met him?

 9        A.   Yes.

10        Q.   Okay.  And after the interactions

11   became more sexual in nature, you -- did you tell

12   anybody about it?

13        A.   I talked to one person.

14        Q.   Who did you talk to?

15        A.   I talked to ██████████████

16        Q.   And what did -- did you call her?  Did

17   you meet her in person?  How did that happen?

18        A.   I remember it as a call.

19        Q.   Okay.  Do you remember you calling her?

20        A.   Yes.

21        Q.   Okay.  And what did you say?

22        A.   I was freaked out.  I was upset and

23   felt like she -- I felt like she knew and I was

24   upset with her for -- for like putting me in an

25   unsafe situation.

1          ████████████

2          I -- she apologized, she's very good at --

3    she has a very high, innocent, squeaky voice.  Like

4    I believed her.  I don't know -- she knew.

5          Now that I know in hindsight, but she was,

6    like, I'm so sorry, I never know who -- who he does

7    that with or who he doesn't.  Some people he

8    doesn't.

9          And so that was her explanation for not

10   telling me that it could turn into sex or a sexual

11   nature, sexual touch.

12         Q.   And what did you say in response to

13   that?

14         A.   I think about people's feelings more

15   than my own a lot of the time and I felt really bad

16   that she felt bad.  That's how I was trained from

17   my mom.

18         I remember -- I mean, I became friends with

19   her after that, so I guess I -- I felt bad that she

20   was so upset about it and my go to, the way that my

21   brain is wired from my mother, is to care for

22   others who are in distress right away.

23         And she was -- she seemed to be really

24   distraught that she had done this to me and I

25   forgave her and I said it was okay, but it wasn't.

1                                ████████████████

2          Q.   Did she tell you that she was also

3    engaged in sexual conduct with Epstein?

4          A.   I didn't ask her, but I -- I just

5    assumed.  There's a lot of assuming, right?  Like

6    later I found out that she was, but in that moment,

7    I didn't know.

8          Q.   And later did you see her with Epstein

9    at times that you were at the house or elsewhere

10   with him?

11         A.   I don't think he ever had crossover

12   with the two of us for some reason.

13         Q.   What do you mean by crossover?

14         A.   Like I don't remember us being in the

15   same -- at the house at the same time.  There might

16   have been at a later date, there were a lot of

17   threesomes that I was forced to participate in

18   against my will.

19         But I don't -- it's possible she and I did.

20   I've blocked a lot from my brain and that I'm not

21   sure of.

22         Q.   You stayed in contact with ██████████

23   over the course of time that you were involved with

24   Epstein, correct?

25         A.   Yes.  I -- when I left my mom's house,

```
 1                    ███████████████
 2   I stayed with her for a bit of time.
 3        Q.   Okay.  And where did she live?
 4        A.   She lived across from ██████, I don't
 5   know the exact address.
 6        Q.   So at the time that you were first
 7   introduced to Epstein, you were living in ████
 8   ██████, correct?
 9        A.   Yes.
10        Q.   Where did you live after ████████████?
11        A.   My mom would have assumed that like I
12   was still living at her house because I had to do
13   it gently so she wouldn't freak out.  I never took
14   all of my stuff out and moved.
15        I had a small bag of belongings like a few
16   outfits and I lived with ██████ and I kind of stayed
17   with -- I stayed with her for a little while and a
18   couple other friends here and there.  Yeah,
19   that's --
20        Q.   Who are the other friends that you
21   stayed with?
22        A.   I don't remember.  I just -- ████████
23   friends, people at ██████.
24        Q.   At some point did you move to ████████?
25        A.   Yes.
```

1                    ███████

2       Q.    When was that?

3       A.    I don't remember the exact date.

4       Q.    Was it after this time when you were

5 staying with different ███ friends?

6       A.    Yes.

7       Q.    Okay.  Was ███ the next place you

8 moved after you were sort of staying around at

9 friends' houses?

10      A.    Yes, I think so.

11      Q.    And this is on ███████ in ████?

12      A.    It sounds right.

13      Q.    Okay.  How long did you live there?

14      A.    I don't know.

15      Q.    Who did you live with there?

16      A.    It was a place that ███ used to

17 reside in and she moved -- I don't know how -- how

18 it happened, but she had a room set up there with

19 stuff in it that I could use, like a bed and stuff

20 and she let me pay her rent for staying there, so

21 that was what I did.

22       There were two other housemates, a friend of

23 her -- a friend of hers or someone she dated knew

24 these two guys or like rented the property out to

25 them.  I don't know the specifics.  So there were

1 ███████████████

2 two other ███████ guys that lived there in the

3 house.

4          Q.    Do you remember their names?

5          A.    No, I don't remember their names.

6          Q.    And how long did you live at that place

7 in ██████?

8          A.    I couldn't tell you.

9          Q.    Like a year, two years?

10          A.    Everything -- time felt different back

11 then.  I -- I have no -- I can't even guess.

12          Q.    Okay.  After you left that apartment in

13 ███████, where did you live next?

14          A.    I'm not sure the order of where I

15 moved, like which place was next.  I may have moved

16 home for a chunk of time because there was a time

17 where I did that, but I don't know the order of --

18 I would have to, like, really see everything laid

19 out to -- I could figure it out, but right now I

20 can't give you a straight answer.

21          Q.    At some point, did you move to New

22 Jersey?

23          A.    No.

24          Q.    Okay.  Let's go back to the 2006

25 timeframe that we were talking about when you first

1          ███████████████

2    met Epstein.  At that point in time, you were

3    living in ████████████ in ███████, right?

4          A.   Yes.

5          Q.   Okay.  After the first sexual encounter

6    with Epstein, when was the next time that you went

7    back to Epstein's house?

8          A.   I think I already answered this

9    question, I don't -- I don't know.

10         Q.   Was it within days?

11         A.    It could have been days.  It -- it was

12   over a series of days.  But the second time I went

13   there, I don't remember the exact day, it could

14   have been the next day, it could have been -- I

15   don't know.

16         Q.   When -- after the -- the interaction

17   that turned sexual with Epstein, were you paid

18   differently for that interaction than the previous

19   nonsexual interactions?

20         A.   Yes.

21         Q.   Okay.  How much were you paid for the

22   interaction that turned sexual?

23         A.   I can't tell you an exact dollar

24   amount, but I think it was like 800 or something.

25         Q.   Okay.  And after the interaction with

1   ███████████

2   Epstein turned sexual, the next time you went,

3   whenever that was, in a couple of days -- did you

4   have another sexual interaction with Epstein?

5         A.   After that first time, the sexual

6   interaction, every interaction was sexual in nature

7   pretty much.

8         Q.   Okay.  Did you ever have any nonsexual

9   interactions with Epstein?  Nonsexual touching, to

10  use that terminology, after the interactions had

11  turned sexual?

12        A.   Yes.

13        Q.   Okay.  How many times did you have the

14  nonsexual interactions with Epstein?

15        A.   I don't know.  It depends.  Like what

16  kind of -- what kind of interactions are you

17  talking about?  Like -- like the non-massage

18  massage or --

19        Q.   Let's talk about both, so first the

20  non-massage massages, but without a sexual

21  component.

22        A.   Any time that it involved the massage

23  room in the mansion, it was sexual nature at some

24  point during that time.

25        Q.   Okay.  What about other interactions

Confidential

 1    ███████████

 2    that didn't involve the massage room?

 3        A.   He kept tabs on me, he had me followed.

 4    I had to report to his -- I -- we called them

 5    reports.  The other women, it was standard to be

 6    called in, if he was gone for, like, a week or

 7    something, he would -- we never knew why we were

 8    showing up.

 9        Sometimes it would be for a massage and I

10    never knew how many hours.  Sometimes I would be

11    waiting all day to see him.  I'd be in the office

12    waiting.

13        We would just -- we just knew we had to be

14    there when we were called.  I would show up and

15    sometimes it would just be -- when I was in school,

16    how's school?  What are you doing?

17        I got in trouble for going on a -- on a trip

18    without asking him.  I was -- it was -- I didn't

19    realize that I was basically on call, like, I was

20    not allowed to go anywhere without his permission.

21        So there are, like, times where he would

22    ask -- have me come in to discuss certain things

23    like that.

24        Rules or ask me to -- if I knew anyone to

25    introduce to him, which I did not want to do, so he

1          ████████████████

2    would push me on other women, that isn't there any

3    pretty girls at the ██████████ or things like

4    that.  We would discuss stuff like that during

5    these times.

6          Q.   When you went -- interacted with

7    Epstein and there wasn't a sexual component, were

8    you paid to go there?

9          A.   I don't believe I was, no.

10          Q.   And every time -- well, withdrawn.

11          When you interacted with Epstein in the

12   massage room, which you've testified there was

13   always a sexual component, were you paid every time

14   that you had those types of interactions with

15   Epstein?

16          A.   Yes, almost every single time.  There

17   were a few times where after he got back from jail

18   he may have forgotten or something, but there was

19   other forms of payment.

20          Like paying for ██████████ or it was

21   understood at a certain point when he felt like he

22   hadn't scared me enough, that I didn't -- I

23   couldn't ask for cash.

24          Like I didn't ever asked for anything or

25   said, oh, you forgot to pay me, but there was

1                    ███████████

2   always some form of payment involved, be it like

3   over a length of time, like ██████ or -- yeah, yeah

4   stuff like that.

5        Q.   And just to make sure my question is

6   precise, when you would go and provide a sexual

7   massage in the massage room, were you always paid

8   cash for those interactions?

9        A.   Yes.

10       Q.   And how were you paid, again,

11  physically?  Was it from Epstein, was it from

12  somebody else?

13       A.   It was from Jeffrey, but a lot of times

14  I would be told to go to the office to get the

15  money.

16       Q.   And how much were you paid for those

17  sexualized massages?

18       A.   That's sort of a broad question.

19       Q.   Was it the same amount of money every

20  time?

21       A.   No.

22       Q.   Okay.  You testified earlier that for

23  the first time that it took a sexual component, you

24  were paid $800, correct?

25       A.   Yes.

Confidential

1

2      Q.    Okay.  What different amounts were you

3  sometimes paid for the sexualized massages?

4      A.    For some reason it fluctuated.  The

5  general amount was 300, which was standard for --

6  it was, you know, what he paid most women was the

7  general like amount of money.

8      Sometimes when he was feeling -- I don't

9  know, he would give me more or it was over, but the

10  most -- most of the time it was $300.

11      Q.    Did you ever receive wire transfers

12  from Epstein?

13      A.    From my memory, no.

14      Q.    You said that sometimes Epstein would

15  pay you cash and sometimes you'd go to the office

16  to get cash, correct?

17      A.    Yes.

18      Q.    Who in the office would give you the

19  cash?

20      A.    There were three individuals that I

21  named earlier.  Well, one that I couldn't remember

22  the name of.  It would have been one of them.

23  Bella or Darren or -- and I'm forgetting the third

24  name.

25      Q.    I think you had said earlier

 1                     ████████████

 2  Bella Klein and Richard Kahn?

 3          A.    And then Darren Indyke.

 4          Q.    And Darren Indyke.  Did Lesley Groff

 5  ever give you the cash?

 6          A.    I think she did at certain times

 7  when -- it depended on who was -- who was there or

 8  where I got the money, but I -- it depended on the

 9  time of -- of like where the office was located

10  also.

11          Q.    Okay.  Did you ever get a check?

12          A.    Can you be more specific or --

13          Q.    Did you ever receive payment for the

14  sexualized massages by check as opposed to cash?

15          A.    I don't know.

16          Q.    Do you have any memory of receiving a

17  check from Epstein or Kahn or Klein or Indyke?

18          A.    Yes.

19          Q.    And what memory do you have of

20  receiving those checks?

21          A.    I just know that I -- I received

22  checks.

23          Q.    And were those checks for the usually

24  $300 for the sexualized massage?

25          A.    I'm not sure.

1 ▮▮▮▮▮▮▮▮

2      Q.   Okay.  Do you have any memory of

3 receiving a check from Epstein or any of these

4 other individuals as payment for the sexual

5 massage?

6      A.   I believe so.  I don't -- I'm not

7 100 percent sure.

8      Q.   Okay.  Do you have any memory of

9 receiving a wire transfer in the amount of ▮▮▮▮▮

10 from Epstein?

11      A.   I don't.  I don't remember that, but --

12      MS. ELLSWORTH:  Do you -- why don't you pull

13 it out?  Let's do both of them.

14      MS. WARREN:  Mm-hmm.

15      MS. ELLSWORTH:  Thank you.  I'm going to

16 mark as Exhibit -- are we on 5 -- Exhibit 5, a

17 document that has been produced, but I think it was

18 in Excel, so I don't have a Bates number on it, but

19 I know this has been produced.

20      MR. EDWARDS:  It's been produced from JP

21 Morgan --

22      MS. ELLSWORTH:  Yeah.

23      MR. EDWARDS:  -- to us?

24      MS. ELLSWORTH:  Yeah.

25      MR. EDWARDS:  And it's originating from JP