# EXHIBIT 47

```
                                                                    Page 1
                         CONFIDENTIAL
 1

 2                     VIDEO DEPOSITION
                       ███████████████
 3

 4

 5    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 6
      -----------------------------------------
 7
      JANE DOE 1, individually and on behalf
 8    of all others similarly situated,

 9                     Plaintiff,

10            - vs -         Case No.
                             22-cv-10019(JSR)
11
      JPMORGAN CHASE BANK, N.A.,
12
                       Defendant.
13    -----------------------------------------

14           Video deposition of ███████████████

15    Plaintiff, taken pursuant to the Federal Rules of

16    Civil Procedure, at ████████████████████████████

17    ████████████████████████████████████████████,

18    on March 3, 2023, commencing at 9:12 a.m., before

19    ███████████████████, Notary Public.

20

21

22

23

24

25
```

1          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2       A.   I believe I saved some of it to give to
3  ▮▮▮▮▮▮▮ for rent.  I think that because he
4  stressed that we should go and buy stuff that he
5  would like, we purchased a few things super cheap,
6  I think, at Macy's or something.  A pair of shoes
7  and a belt and some pants.
8            I don't remember.  Some objects just to --
9  he wanted -- he wanted us to be enjoying things and
10 having fun and he -- I don't know why, but I mean,
11 I could speculate.
12           But he asked us -- he wanted us to show him
13 the things.  Basically, we knew that we had to
14 eventually say, okay, we bought these things.
15      Q.   And what about this $8,000?  Do you
16 know what you used the $8,000 for?
17      A.   I -- I don't know.
18      Q.   How often -- after you were first
19 introduced to him in 2006, how many times did you
20 have sexualized massage interactions with Epstein?
21      A.   I can't give you a number.  It's too
22 hard.
23      Q.   Can you give me an estimate?
24      A.   I really can't, but it's so many that I
25 can't tell you.  Like it's -- it's a huge number.

1         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2   Like he was a sexual predator who had a habit of
3   bringing multiple girls over on multiple days for
4   multiple hours.  I was leaving and another girl
5   would be arriving.
6         Like it depended on his wants and needs on a
7   weekly basis.  I could be there every single day or
8   go there twice in one day.  We were coming and
9   going and overlapping.
10        That's -- that's -- there were girls there
11  all the time.  He had girls surrounding him every
12  time I -- almost every time I went to the house,
13  unless it was at -- there were certain times where
14  it would just be me there.
15        But overall, I would say that he surrounded
16  himself with women and when I was leaving, someone
17  else was coming.
18        Q.   You testified earlier that he had asked
19  you if you knew anyone to introduce to him --
20        A.   Yes.
21        Q.   -- correct?  And we've already talked
22  about the -- the way in which ▓▓▓▓▓▓▓▓▓ got
23  involved.  Is there anybody else that you
24  introduced to Jeffrey Epstein?
25        A.   I did not want to introduce anyone to

1                    ███████████████
2  him.  I didn't want what happened to me to happen
3  to them.
4         I -- I pushed back very strongly to the
5  point where he was threatening me in certain ways
6  and I tried to avoid him for a few days.
7         I wasn't sure how to disconnect, like,
8  disentangle myself from the situation, but there
9  were a series of -- there was some time that I
10 tried to avoid him or dissect myself from the
11 situation and he demanded that I come back in.
12        At a certain point, he stopped talking to me
13 for something.  I think to punish me and show me
14 that I couldn't survive without his help.
15        And when -- when he brought me back in and
16 had me come -- like had me come back in, I -- he
17 made it clear that I was supposed -- I was to bring
18 girls in and I fought back again.
19        And there was a girl who I was living with,
20 sharing a very small bed, she knew everything.  She
21 was friends with ██████ as well.  The three of us
22 sort of were friends and like hung out and did
23 things.
24        She knew everything that was happening and
25 had always expressed extremely strong interest in

```
 1              [REDACTED]
 2   meeting him because she didn't have any problem
 3   doing those things.
 4              I still told her that I didn't think that it
 5   was a good idea and I -- and I resisted introducing
 6   her to him for most of our friendship.
 7              But we were desperate when he started
 8   talking to me again, like, we were sharing one
 9   avocado and like a piece of bread per day.  We
10   spent our time in Starbucks because we had nowhere
11   to go.  We were barely making her rent.
12              I think we got some odd jobs in, like, some
13   restaurants like under the table, hostess position
14   for me where I was able to help her pay, like, the
15   small room that she was renting.
16              And at the time that he started talking to
17   me, it was almost like horrible to say this, but
18   like I don't even want to -- it -- there was some
19   relief because I was so hungry and so financially
20   burdened that you're desperate in those times and
21   although I didn't want to talk to him again, I also
22   didn't have -- I didn't have a choice.
23              He -- I was scared of him.  If he told me to
24   come, I would have been there anyway.  But
25   basically I told her what he said, she was waiting
```

1           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  for me actually because we had nowhere to go.  We
3  somehow -- I think we skipped a turnstyle in the
4  subway and made it up to his house when he asked me
5  to visit -- or told me to visit, is more ad -- more
6  accurate.
7           And she waited for me on a -- the bus bench,
8  I believe, on ▮▮▮▮▮▮▮▮ there until I came out
9  and I told her what he said and she was excited and
10 wanted to meet him.
11          And I again told her that this was not
12 something that she wanted.  Like, she knew about ▮
13 ▮▮▮.  I believe that was the time -- actually, I
14 don't know.  That's -- that's not accurate.  I
15 don't know if she knew about ▮▮▮▮▮ or if that
16 had happened yet, I'd need to look at my notes.
17          But she -- she expressed interest in meeting
18 him and I thought it was a good solution because I
19 would give him one person to meet and maybe he
20 would back off.
21          So I waited for her one day, she met with
22 him and when she came out, she was fine.  She told
23 me, like, in detail, like, what she -- like, how
24 she had sex with him and that she -- she was loud
25 about it.

```
 1                 ▮▮▮▮▮▮▮▮▮▮
 2        I don't know -- she's very -- she's a big
 3   personality.  She wasn't upset, she wasn't
 4   distraught.  And I still feel bad obviously about
 5   introducing her, but that -- that is the one person
 6   that I did.
 7        Q.   And what is this person's name?
 8        A.   ▮▮▮▮▮.
 9        Q.   Is that spelled ▮▮▮▮▮▮
10        A.   I don't know how she spells it.
11        Q.   Okay.  Do you know her last name?
12        A.   I don't know her -- I -- I know her
13   last name, but I don't know if she's changed it
14   or --
15        Q.   Okay.  What was her last name at the
16   time?
17        A.   ▮▮▮▮▮ [phonetic] I think.
18        Q.   ▮▮▮▮▮
19        A.   ▮▮▮▮▮ I think.  I don't know how to
20   spell it.
21        Q.   Were you -- did you receive any
22   compensation from Epstein for introducing him to
23   ▮▮▮▮▮?
24        A.   I did not receive a cash transaction
25   for it.
```

```
 1                    ████████████
 2        Q.   Did you receive other compensation for
 3   introducing Epstein to ██████?
 4        A.   Like I said, there were things that
 5   were paid for.  So it was understood that that was
 6   payment for doing things.
 7        Q.   Is there anybody else that you recall
 8   introducing to Epstein over the course of time that
 9   you were interacting with him?
10        A.   I never introduced anyone else to my
11   knowledge to him.
12        MR. EDWARDS:  And we're in agreement, right,
13   that if this gets attached to any -- for any court
14   document, that in addition to --
15        MS. ELLSWORTH:  Any names.
16        MR. EDWARDS:  -- any names.
17        MS. ELLSWORTH:  Correct.
18        MR. EDWARDS:  So that we don't have to guess
19   as to --
20        MS. ELLSWORTH:  Correct, any names.
21        MR. EDWARDS:  I appreciate that.  Thank you.
22        BY MS. ELLSWORTH:
23        Q.   Yeah, of course.
24             Other than ████████ and this individual,
25   did you speak with anybody else at -- withdrawn.
```