UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>    Defendant. | Case No. 22-cv-10018 (JSR) |
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A,<br><br>    Defendant. | Case No. 22-cv-10019 (JSR) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, this Court appointed Simone Lelchuk as claims administrator (the "Claims Administrator") to supervise and administer the notice procedure and the processing of claims relating to the settlements in *Jane Doe 1 v. Deutsche Bank Aktiengesselschaft, et al.*, No. 22-cv-10018 (S.D.N.Y.) (the "DB Settlement") and *Jane Doe 1 v. JP Morgan Chase Bank, N.A.*, No. 22-cv-10019 (S.D.N.Y.) (the "JPMC Settlement" and, together with the DB Settlement, the

1

"Settlements") (*see* 22-cv-10018 ("DB Dkt."), ECF No. 95 at ¶ 6; 22-cv-10019 ("JPMC Dkt."), ECF No. 183 at ¶ 6); and

WHEREAS, this Court entered an Order and Final Judgment in each of the above-captioned cases approving the Settlements, directing the entry of Judgment, and retaining jurisdiction over matters relating to the administration and distribution of the proceeds of the Settlements to Participating Claimants (*see* DB Dkt., ECF No. 122; JPMC Dkt., ECF No. 284); and

WHEREAS, as part of the process for administrating the two Settlements, the Claims Administrator received information from Participating Claimants who were allocated payments from one or both of the Settlements; and

WHEREAS, Bank of America, N.A. ("BANA") is a defendant in Case No. 25-cv-08520-JSR (the "BANA Lawsuit") and BANA's counsel contacted counsel for the Claims Administrator to request certain information relating to the confidential claims administration process over which this Court has continuing jurisdiction; and

WHEREAS, BANA has, at the Claims Administrator's request and without waiving any rights, refrained from serving a subpoena while the parties were engaged in discussions about these information requests; and

WHEREAS, the Claims Administrator and BANA have agreed to a process for the production of certain anonymized and aggregated information as described below, with all parties reserving all rights with respect to seeking any further production of materials and objections to any such requests for production;

NOW, THEREFORE, it is stipulated and agreed, subject to the order of this Court, that the Claims Administrator shall undertake the following process:

2

1. The Claims Administrator shall identify the following information:

    a. For each Settlement, the (i) total number of Participating Claimants; and (ii) total number of Participating Claimants who received a payment.

    b. For the DB Settlement (based on tiers as defined by the Settlement):

        i. The total number of Eligible Class Members, as defined in the Stipulation of Settlement.

        ii. The total number of Participating Claimants, as defined in the Stipulation of Settlement.

    c. The birth year of each Eligible Class Member or Participating Claimant, who will be identified only by a unique, anonymized identifier determined by the Claims Administrator, not by name or pseudonym.

    d. The approximate time period during which each Eligible Class Member or Participating Claimant (who will be identified by the same unique, anonymized identifier) interacted with Jeffrey Epstein and/or anyone associated with him, as reported in each Eligible Class Member or Participating Claimant's response on the claim forms for each Settlement to Question 2.

    e. The approximate date(s) of sexual abuse and/or trafficking for each Eligible Class Member or Participating Claimant (who will be identified by the same unique, anonymized identifier), as reported in each Eligible Class Member or Participating Claimant's response on the claim forms for each Settlement to Question 4.

    f. The location(s) reported by each Eligible Class Member or Participating Claimant (who will be identified by the same unique, anonymized identifier) on the claim forms for each Settlement in response to Question 3.

    g. The amount paid to each Eligible Class Member or Participating Claimant (if any) from each Settlement; each Eligible Class Member or Participating Claimant will be identified by the same unique, anonymized identifier.

    h. The total number of Eligible Class Member or Participating Claimants who referenced any bank, and of those, the total number who referenced Bank of America, in their response on the claim forms for each Settlement to any of the following questions: (i) the second part of Question 1; (ii) Question 6; (iii) Question 7.

    i. The total number of Eligible Class Members or Participating Claimants who identified the Plaintiff in the BANA Lawsuit in their response on the claim forms for each Settlement to any of the following questions: (i) the second part of Question 1; (ii) Question 6; (iii) Question 7.

    j. The number of Eligible Class Members or Participating Claimants who identified "Leon" or an individual with the last name "Black" in their response on the claim forms for each Settlement to any of the following questions: (i) the second part of Question 1; (ii) Question 6; (iii) Question 7.

    k. The number of Eligible Class Members or Participating Claimants who identified "Jean-Luc" or "Brunel" or "MC2" in their response on the claim forms for each Settlement to any of the following questions: (i) the second part of Question 1; (ii) Question 6; (iii) Question 7.

2. The information identified in Section 1 above will be provided to the parties in the BANA Lawsuit in the form of a declaration from the Claims Administrator, or her counsel, which will be designated as "Confidential" under the terms of the protective order in the BANA Lawsuit. If this information is transmitted electronically, the parties shall use commercially reasonable efforts to do so under secure or encrypted means, including but not limited to password protection.

3. The identity of the Plaintiff in the BANA Lawsuit will be provided to the Claims Administrator and her counsel upon their signing of the Protective Order in that action.

4. BANA has agreed to pay the costs and expenses of the Claims Administrator's performance of the steps outlined in this stipulation, based on the estimate provided.

5. This Court retains continuing jurisdiction to address or resolve all matters relating to the administration of the Settlements, including any further requests for information from the Claims Administrator. No other information in the possession of the Claims Administrator shall be disclosed absent further order of the Court.

Dated: February 8, 2026                                      Respectfully submitted,

*/s/ John Roberti*                                           */s/ Bethany K. Biesenthal*
John Roberti                                                 Bethany K. Biesenthal (*pro hac vice*)
Douglas J. Pepe                                              Paula S. Quist (*pro hac vice*)
Zaiger Linden Roberti & Pepe LLC                             Kristina K. Cercone (*pro hac vice*)
125 Park Avenue, 25th Floor                                  Shea F. Spreyer (*pro hac vice*)
New York, NY 10017                                           Carol T. Li (*pro hac vice*)
Tel: (212) 258-0652                                          JONES DAY
Email: jroberti@zlrp.com                                     110 North Wacker Drive, Suite 4800
Email: dpepe@zlrp.com                                        Chicago, IL 60606
                                                             Telephone: +1.312.782.3939
*Attorney for the Claims Administrator*                      Facsimile: +1.312.782.8585
                                                             bbiesenthal@jonesday.com
                                                             pquist@jonesday.com
                                                             kcercone@jonesday.com
                                                             sfspreyer@jonesday.com
                                                             cli@jonesday.com

                                                             Charlotte H. Taylor
                                                             JONES DAY
                                                             51 Louisiana Avenue, NW
                                                             Washington, DC 20001
                                                             Telephone: +1.202.879.3939
                                                             Facsimile: +1.202.626.1700
                                                             ctaylor@jonesday.com

                                                             Amanda Dollinger
                                                             JONES DAY
                                                             250 Vesey Street
                                                             New York, NY 10281
                                                             Telephone: +1.212.326.3939
                                                             Facsimile: +1.212.755.7306
                                                             adollinger@jonesday.com

                                                             *Attorneys for Bank of America, N.A.*

SO ORDERED:

_____

Hon. Jed S. Rakoff    7/9/26
United States District Judge